1  Steve Wilson Briggs

2  681 Edna Way

3  San Mateo, CA 94402

4  510 200 3763

5  snc.steve@hotmail .com

6  Pro Se **PLAINTIFF**

7

**FILED**

OCT 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10  STEVE WILSON BRIGGS              ) CASE NO:

11  Plaintiff,                       )

12              vs.                  ) **CV  13    4679** *PJH*

13  NEILL BLOMKAMP,                  )

14  SONY PICTURES ENT., INC.,        )       **COMPLAINT FOR**

15  TRISTAR PICTURES, INC.,          )   **COPYRIGHT INFRINGEMENT**

16  MEDIA RIGHTS CAPITAL,            )

17  QED INTERNATIONAL,               )

18  Defendants                       )

19              **NATURE OF ACTION:**

20      1.  Pursuant to 17 U.S.C. § 101, et seq, this is an action for copyright infringement of the

21  Plaintiff's screenplay "Butterfly Driver" (originally "Uberopolis: City of Light") written in 2005;

22  W.G.A. reg. #1103287, 2005; U.S. Copyright Office reg. certificate # PAu 3-683-232, June 21st,

23  2013. **[See Exhibit C].** The infringement commensed on August, 9th, 2013, when The

24  Defendants distributed, and publically displayed, "Elysium"; a film infringing on the Plaintiff's

25  work, including the heart of his story, plot, characters, unusual settings, themes, conflict, catalyst,

26  crisis, climax-twist, his hero's unique "character-affliction", the hero's "keepsake necklace", and

27  more. The Plaintiff contends: 1) the Defendants' "Elysium" is substantially similar to his work; 2)

28  the Defendants had access to his work;  3) the Defendants tried to disguise their infringement.

1

COMPLAINT

**JURISDICTION**

2.   **Jurisdiction.** This court has subject matter jurisdiction over this complaint pursuant to 28 U.S.C. **§§** 1331 & 1338(a), as this action is for copyright infringement arising under the copyright laws of the United States. This court also has subject matter jurisdiction pursuant to 28 U.S.C. 1332(a)(2) as Defendant, Neill BlomKamp, is a Canadian resident and a citizen of Canada and South Africa; not a citizen of the United States.

3.   **Venue.** Venue is proper, and this court has personal jurisdiction, pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to this complaint occured in this district. It is also the proper venue pursuant to 28 U.S.C. § 1391(d) by virtue of defendant's business transactions with this district; and under 326 US 310, as all defendants meet minimum contact rule.

4.   **Intradistrict Assignment.** San Francisco is the proper division assignment as a substantial part of the events and omissions giving rise to this lawsuit occurred in this district.

**THE PARTIES**

5.   **The Plaintiff,** STEVE WILSON BRIGGS, is a resident of California, currently residing in San Mateo, California. He is the writer, producer and director of the feature film, "The Amazing Mr. Excellent", several short film projects, writer of several unproduced screenplays, musician, and a teacher's aide at Sequoia High School in Redwood City, California.

6.   **Defendant,** NEILL BLOMKAMP is a resident of Vancouver, Canada. He is credited with writing, directing and co-producing the screenplay in question, "Elysium".

7.   **Defendant,** SONY PICTURES ENT., INC., is the American based television and film production and distribution wing of Japanese media conglomerate, Sony. It is headquartered at 10202 West Washington Blvd., Culver City, California. Sony provided Neill Blomkamp with $115,000,000 to make "Elysium".

8.   **Defendant,** TRISTAR PICTURES, INC., is an American film production/ distribution studio (and a property of Sony Pictures). TriStar is located in Culver City California. TRISTAR PICTURES is the distributor of the film "Elysium".

9.   **Defendant,** MEDIA RIGHTS CAPITAL, is a film studio located at 1800 Century Park E, Ste 1000, Los Angeles, CA 90067. Media Rights Capital is credited as a studio that

2

1 | helped create "Elysium", and helped facilitate film funding.

2 |      10.    **Defendant,** QED INTERNATIONAL is a motion picture production, financing

3 | and sales distribution company, headquartered at1800 N Highland Ave, 5th Floor, Los Angeles,

4 | CA 90028. QED INTERNATIONAL is credited as a studio responsible for making Elysium.

5 | **BACKGROUND**

6 |      11.    In May, 2005, the Plaintiff completed the first draft of "Uberopolis: City of light",

7 | sending it via email to family and friends. **[See Exhibit D]**

8 |      12.    December 16th, 2005, the Plaintiff registered a revised version of "Uberopolis: City

9 | of Light" with theWriter's Guild of America (West); registration ID #: 1103287. **[See Exhibit E]**

10 |      13.    In January, 2006, the Plaintiff began a 23 month campaign to market his script..

11 | Midway through this campaign, approximately January, 2007, the Plaintiff revised his script and

12 | renamed it "Butterfly Driver". During this marketing campaign, the Plaintiff sent dozens of query

13 | letters and emails to literary agents, managers, and film companies. **[See Exhibit F** -a few of

14 | many letters and emails]. The Plaintiff also posted loglines (short synopses) of the script on many

15 | screenwriter and filmmaking websites; entered events, like the Philadelphia Logline Festival **[See**

16 | **Exhibit G]**; entered the script in screenwriting competitions, such as the 2006 Slamdance

17 | Screenplay Competition **[See Exhibit H];** and posted script loglines on Inktip.com; one of the

18 | largest screenwriter to industry professional website in the world. **[See Exhibit I]**

19 |      14.    February, 2007, the Plaintiff posted the entire "Butterfly Driver"" script on Kevin

20 | Spacey's and Dana Brunetti's screenwriter's website, "TriggerStreet" (triggerstreet.com). ]**See**

21 | **Exhibit J]** TriggerStreet was named one of the "50 best websites of 2004" by Time Magazine;

22 | designed to connect screenwriters with other industry  professionals. TriggerStreet has (or had)

23 | tens of thousands of users. Anyone can join, then access thousands of new screenplays

24 | (anonymously, if they wish). TriggerStreet is the ONLY place the Plaintiff  released a version of

25 | his script with the inciting incident and the "keepsake necklace". This was the only website the

26 | Plaintiff ever posted his screenplay -and the only site he ever revealed his hero's secret "character

27 | affliction". **TriggerStreet is where the Defendants had access to the Plaintiff's script.**

28 | Triggerstreet.com is now "Trigger Street Labs", at: http://labs.triggerstreet.com/labs/Screenplays).

3

COMPLAINT

15.     From February to August of 2007, the Plaintiff posted "Butterfly Driver" on TriggerStreet three or four times. During this time the Plaintiff communicated about Butterfly Driver with Triggerstreet writers, Thomas Gilman, Jason Beck, and Bob Thielke **[Exhibit K, L, M]**, all who gave the Plaintiff great guidance, which helped make his script more marketable.

**16.**     Late July, to early Augus,t 2007, the Plaintiff posted the last revised version of Butterfly Driver" **[See Exhibit A]** on TriggerSteet for a few days. During this time, there were more script downloads than usual -and a person identifying himself as a writer or producer for the TV series "The Wire" contacted the plaintiff (through the website's message board) to say he enjoyed the Plaintiff's script. During this same period, a young director (whose name the Plaintiff can't recall) contacted the Plaintiff (through the message board), to express appreciation for his script. The Plaintiff believes this director may have been Defendant, Neill Blomkamp.

17.     In December, 2007, now intent to produce his own movies, the Plaintiff stopped marketing his script; "Butterfly Driver", hoping to film it himself, someday.

18.     The Plaintiff began production of his first feature film, "The Amazing Mr. Excellent", in January, 2008; which won "Best Of Fest" at the 2010, Temecula International Film Festival.

19.     On May 27th, 2013, the Plaintiff went to see a movie with friend, and Sequoia High School teacher, Cameron Farris. Before the feature, the theater previewed a trailer for the movie, "Elysium", to be released on August, 9th, 2013. The trailer featured a plot, characters and settings seemingly misappropriated from the plaintiff's "Butterfly Driver".

20.     Later that evening, the Plaintiff, Steve Wilson Briggs, read about "Elysium" online, at Wikipedia.com; and discovered *Elysium's* story structure closely conformed to his script.

21.     Approximately, June 6th, 2013, the Plaintiff found, and downloaded, a copy of the Defendants' script, "Elysium" (probably an unauthorized posting) at the web address: http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . **[See Exhibit B]**

22.     The text of the script conformed to the trailer dialogue viewed on May 27th, 2013.

23.     On June 21st, 2013, the Plaintiff registered his screenplay, "Butterfly Driver", with the U.S. Copyright Office, as required to file an infringement complaint (Plaintiff's official copyright registration effective date: June 21st, 2013, certificate number PAu 3-683-232).

4

**STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

24. On August 9th, 2013, the Defendants released, distributed and displayed publicly, "Elysium"in The USA and 11 other countries (http://www.imdb.com/title/tt1535108/releaseinfo) -marking the date of the commencement of infringement.

25. On August 10th, 2013, the Plaintiff viewed the Defendants' film "Elysium" at a local theater. The script the Plaintiff found online was certainly the "Elysium" script, but not the final draft.

26. Upon viewing the Defendants' film, the Plaintiff concluded: the film and screenplay, "Elysium", infringed on the Plaintiff's copyright protected story "Butterfly Driver" -as a whole, and on the parts; including the Plaintiff's five story elements (character, setting, plot, conflict, theme), his four key "plot-points" (catalyst, crisis, climax, inciting incident), his peculiar characters, his hero's "character affliction", his unusual "keepsake necklace" and much more.

**PRIMARY ACTS OF COPYRIGHT INFRINGEMENT**

**1) PLOT INFRINGEMENT:**

27. The basic plot of the Defendants' "Elysium" is almost identical to the basic plot of the Plaintiff's "Butterfly Driver". Compare:

**"Butterfly Driver" Plot :**

28. A poor man, living in the impoverished ruins of Earth, pays his family's emmigration out of their dangerous "zone" city by doing a dangerous mission for a disabled transporter -only to learn his seven year old daughter will die within seven days without medicine found on a satellite world for the super-rich (Uberopolis). But the hero is poor; and getting to the satellite world requires big money and special identification. Perhaps impossible, without the help of an outlaw political network. But the hero suffers the affliction of sudden, short, excrutiating headaches. The hero also carries secrets the World President (who has been genetically reprogrammed to appear much younger than he is) will kill to suppress. The President deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for medical aid for his son. An important woman gives the hero a special "keepsake necklace". In the climatic finish, as the hero battles the villain, just when it finally looks as if the

5

1   hero might prevail, he falls to his knees, clutches his head and screams with a terrible headache.

2   The hero somehow defeats the villain -but sustains a life threatenning injury. As the hero drifts

3   off toward death, he dreams about the "keepsake necklace". The dream saves the hero. The hero's

4   action impacts the world: allowing people to vote in an open election.

5                               "Elysium"  Plot :

6       29.   A poor man, living in the impoverished ruins of Earth has five days to get to a satellite

7   world for the super-rich (Elysium) to get medical care to save himself (and his girl-friend's sick

8   and dying six year old daughter). But the hero is poor; and getting to the satellite world requires

9   big money and special identification. Impossible without the help of an outlaw, disabled human

10   trafficker -who requires that the hero do a dangerous mission in exchange for emmigration to the

11   satellite world. While downloading information into his brain, the hero acquires the affliction of

12   sudden, short, excrutiating headaches. The hero now carries secrets a powerful Elysium official

13   (who has been genetically "re-atomized" to appear much younger than she is) will kill to possess.

14   The official deploys a special agent to apprehend the hero. The special agent doesn't want the

15   assignment, so he negotiates for restored privileges and a mansion on Elysium. The hero carries a

16   "keepsake necklace", given to him by an important woman from his past. In the climatic finish, as

17   the hero battles the special-agent villain, just when it looks as if the hero might finally prevail, the

18   hero suddenly falls to his knees, clutches his head and screams with a terrible headache. But

19   somehow the hero defeats the villain. But the hero must die to save much of the world. As he

20   prepares to die the hero takes comfort in his "keepsake necklace", in a dream-like montage.

21   The hero's action impacts the world: bringing medical aid, and perfect health, to the world.

22                     SUMMARY: Plot Infringement

23       31.   The Plaintiff's plot features: **1)** a giant satellite world for the super-rich; **2)** a hero

24   prone to excrutiating headaches (which knock him to his knees); **3)** a villain who has been

25   genetically reprogrammed to appear much younger than he/she is; **4)** advanced medicine found

26   on the satellite world; **5)** a hero who must get to the satellite world for medicine (medical care);

27   **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero

28   who is poor and needs I.D. and transport to a satellite world; **9)** an "anguish of living without

1  healthcare" theme; **10)** a disabled transporter who helps the hero; **11)** an agent (sent by the villain

2  to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace,

3  carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished

4  Earth, ruled by a rich elite who live on the satellite world.

5       31.   The collection of unique plot features, in paragraph 30, outline a crafted expression,

6  the plot of the Plaintiff's screenplay, "Butterfly Driver"; copyright of the plaintiff.

7       32.   The Defendants' "Elysium" uses each aspect of the Plaintiff's plot, listed in paragraph

8  30, and much more; infringing on the Plaintiff's copyright protect work.

9       33.   Further, in changing minor details about their work (e.g changing the hero's

10  backstory; villain's gender) the Defendants made obvious effort to disguise their infringement.

## 2) CHARACTER INFRINGEMENT

12       34.   Several characters from the defendants' movie, "Elysium", infringe on copyright

13  protected characters from the Plaintiff's  "Butterfly Driver". Compare:

### THE HERO:  Arlo vs Max

15       35.   The heroes of both movies are  tough, poor men, 35-45 years of age, who carry

16  keepsake necklaces, and suffer a unique affliction:  short, sudden, excruciating headaches, which

17  cause the hero to stumble, grab his head and scream. Both heroes have with the same goals:

18       36.   THE HERO'S GOAL (**Butterfly Driver**): the hero has less than 5 days to get from

19  Earth to an orbiting satellite world for the rich, to get medicine to save his daughter.

20       37.   THE HERO'S GOAL, (**Elysium**): the hero has less than 5 days to get to an orbiting

21  satellite world for the rich, to get medical care to save himself (and inevitably, his girl-friend's

22  daughter, too).

### SUMMARY: Arlo vs Max

24       38.   The Plaintiff's hero, Arlo Grainer: 1) is a 35-45 year old male, living around 100 years

25  in the future; 2) is poor, living in the overpopulated ruins of a largely impoverished Earth; 3) has

26  less than a week to get to the satellite world for the super rich; 4) contacts underworld figures to

27  get I.D. and transport to the satellite world; 5) suffers from rare, brief, excruciating headaches; 6)

28  suffers a headaches in the thick of battle in the climax; 7) must get medical aid (medicine) to save

COMPLAINT

1  his daughter; 8) carries a keepsake necklace from a special woman.

2      39.   The characteristics and conditions listed in paragraph 38 are the expression of the

3  Plaintiff's copyrighted character, Arlo Grainer; from the Plaintiff's work "Butterfly Driver".

4      40.   Alll of the characteristics and conditions, listed in paragraph 38, also apply to the

5  Defendant's character "Max". Thus, the Defendants' character "Max" infringes on the Plaintiff's

6  copyright protected character, "Arlo", and his copyright protected work, "Butterfly Driver".

7      41.   Further, the Defendants made willful, obvious efforts to disguise their infringementt

8  by changing Elysium's hero's name, job, parental status, and changing the hero's goal from

9  "needing to get to the satellite world to save his 7 year old daughter", to "needing to get to the

10 satellite world to save himself " -then attaching a female friend's 6 year old daughter to the goal.

11                 **THE HERO'S "AFFLICTION"**

12     42.   The Plaintiff's hero, Arlo,  suffers rare ophthalmodynia (ice picks) headaches, so

13 excrutiating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo

14 occasionally falls to his knees, clutching his head, crying-out in pain. In the script's climax, Arlo

15 suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

16     43.   ELYSIUM manifests the exact symptoms of the "affliction" for it's hero; even the

17 reactions to pain. Max also suffers a headache in the climax. **[Exhibit B pp. 62, 63, 77, 112].**

18     COMPARISON of PLAINTIFF & DEFENDANTS' AFFLICTION "HEADACHES"

19     44.   Note: the script "Elysium" contains four headache, but the film shows only three.

20 The Plaintiff's "Butterfly Driver" had three events -but the early WGA reg. version "Uberopolis:

21 CIty of Light" had four. The extra event from that script [EVENT #2] was added, for comparison.

22     LEGEND:    Plaintiff's "Butterfly Driver" (BD) - **in bold print [Exhibit A];**

23                       Defendants' "Elysium" - in regular print **[Exhibit B]**

24    45.   FIRST EVENT:

25 **(BD):  Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR." His**

26 **eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

27 (ELYSIUM):   Max tries to run, but he collapses. He clasps his head in pain... Max clasps his

28 head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

46.   SECOND EVENT:

**(BD):   Arlo stands up then unexpectedly drops to his knees in pain. ARLO: "GGGRRRR! Argh!" Arlo's eyes roll back behind his head, showing only the whites of his eyes for a moment. Arlo cries out. ARLO: "AAAHHHH!"** ["Uberopolis:City of Light" p. 33]

(ELYSIUM):   Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

47.   THIRD EVENT:

**(BD):   He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. [Exhibit A p. 46]**

(ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head wants to explode. He collapses to the ground... (more)  **[Exhibit B p. 77]**

48.   FOURTH EVENT:

**(BD):   Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his face.  ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving him to one knee. Arlo's eyes roll in their sockets as he groans and struggles to his feet. BANG! A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.**

**DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

(ELYSIUM):   Max starts to get the upperhand when- A white hot flash of cerebral pain... He trips and stumbles over desks and terminals, holding his head.  Manual grabs Max and pulls him back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel. Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112]**

SUMMARY: Hero's Affliction

49.   The unusual headaches (in paragraph 45-48) and the way they manifest in the Plaintiff's character, Arlo (grabbing head, stumbling, crying-out), and the surprising way a headache occurs in the story's climax, are the Plaintiff's unique expression and copyright.

50.   In adopting the symptoms and signs of the Plaintiff's hero's affliction for the hero of

9

COMPLAINT

1 | their work, "Elysium", the Defendants infringed on the Plaintiff's copyright protected character,

2 | Arlo Grainer, and infringed on his copyright protected script, "Butterfly Driver".

3 |     51.   As seen in paragraphs 45-48, the Defendants do not call these events "headaches";

4 | rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>.

5 | The Defendants also, twice, call the events "seizures", and an "epileptic white static". Which

6 | reveal the Defendants' misinformation of a serious disability -as epilepsy and epileptic seizures

7 | do not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also

8 | call the event "A white hot flash of cerebral pain." "Cerebral pain" is a "headache".

9 |     52.   The Defendants' willful misuse of language, as illustrated in paragraph 50, reveal an

10 | obvious effort to disguise their infringement (e.g. using the terms "migraines", "seizures" and

11 | "epileptic white static", to avoid the word "headache" -to appear to describe a different

12 | "affliction", while describing a strikingly similar, vitually identical, reaction to the pain).

13 | **THE HERO'S "KEEPSAKE NECKLACE"**

14 |     53.   In the Plaintiff's, "Butterfly Driver", a character, "Benni", gives the hero, Arlo, a

15 | keepsake necklace-pendant . As Arlo faces death, in the end of the screenplay, he has a dream in

16 | which he sees the neclace-pendant Benni gave him. The dream saves Arlo's life and adds emotion

17 | to the story. The pendant also has another special story behind it, too. The writer (Plaintiff) refers

18 | to the necklace as a "necklance" and a "pendant". **[Exhibit A pp. 54, 55, 65, 113]**

19 |     54.   In the Defendants' "Elysium" screnplay, a num gives the hero, Max, a keepsake

20 | necklace-pendant.  As Max faces death he looks at the necklace and remembers "Frey" (in a

21 | dream-like way). The pendant also has another special story behind it. The Defendants refer to

22 | the pendant as a "pendant", a "necklace", and once as a "locket". **[Exhibit B pp. 29, 117, 120]**

23 |     55.   SUMMARY:  In using a keepsake necklace, in "Elysium", just as the Plaintiff used a

24 | keepsake necklace in "Butterfly Driver", the Defendants infringed on the Plaintiff's copyright.

25 | **THE VILLAIN:** Drexler Vs Delacourt (Rhodes)

26 |     56.   The Villains of both works (Drexler Butterfly Driver; Delecourt/Rhodes, Elysium)

27 | have been genetically reprogrammed (or "re-atomized") to appear much younger than they really

28 | are **[Exhibit A p. 3; Exhibit B p. 18]**; both villains send agents to apprehend the hero due to

1  information he possesses; and both villains order mass killings of prisoners traveling in

2  space shuttles (a literary strategy to reveal the depth of the character's evil) **[Exhibit A p.105;**

3  **Exhibit B pp. 12, 13];** and both are seemingly evil, but committed to the belief that they are

4  defending their elite ilk, **[Exhibit A pp. 93-96; Exhibit B p. 18].** Additionally, The villain of

5  Butterfly Driver, Drexler, is the World President. He used his media company to cheat himself

6  into The Presidency. Again, following the Plaintiff's model, in the actual film, "Elysium", the

7  villain, Delacourt, also devises an evil plan to cheat herself into The Presidency.

8                              SUMMARY: Drexler vs Delacourt

9       57.   The plaintiff's character, "Drexler": 1) has been genetically *"reprogrammed" to appear

10  much younger than he is (*Elysium calls this medical technology "re-atomizing"); 2) is very rich;

11  3) lives on a giant satellite world for the super-rich; 4) orders the mass killings of people

12  traveling in space shuttles; 5) wants the story's hero apprehended due to information the hero

13  possesses; 6) sends a special agent to apprehend a hero; 7) is evil, but committed to the belief that

14  his deeds serve his rich, elite ilk; 8) cheats himself into the Presidency.

15       58.   The characteristics, actions, wants and conditions listed in paragraph 57 are the

16  Plaintiff's unique expression; forming his copyright protected character "Drexler", from his

17  copyright protected work, "Butterfly Driver".

18       59.   By adopting all (or substantial aspects) of each of the attributes, listed in paragraph

19  57, for their villain, "Delacourt" ("Rhodes" in the original screenplay) the Defendants infringed

20  on the Plaintiff's copyright protected character, and copyright protected work "Butterfly Driver".

21       60.   In changing minor details about their character "Deleacourt" or "Rhodes" (gender,

22  rank, making the character intent to cheat her way into the Presidency, rather than having already

23  commited the deed) the Defendants made obvious efforts to disguise their infringement.

24       **SICK CHILD:** Franny Vs Matilda

25       61.   In Elysium, Frey's sick 6 year old daughter, "MATILDA", dying from Leukemia, is an

26  infringement on the character "FRANNY", from the Plaintiff's "Butterfly Driver".  Compare:

27       62.   FRANNY. In Butterfly Driver, "Franny" is Arlo's sick 7 year old daughter. She is

28  dying of a respiratory disease. Franny's life hangs in the balance of the hero's actions; if he fails,

1    she dies. Thus, she is central to the story. Franny is finally saved by Arlo's heroic action, and is

2    seen alive and healthy in the script's final minutes.

3       63.    MATILDA. In Elysium, 6 years old, "Matilda", is dying of Leukemia. Her life hangs

4    in the balance of the hero's actions; if he fails, she dies. Thus, she is central to the sttory. Matilda

5    is finally saved by Max's heroic action, and is seen alive and healthy in the story's final moments.

6       64.    Franny's importance to the Plaintiff's work can't be overstated. She makes Arlo's

7    journey matter. She makes his goal worthy, the future relevant and the story matter.

8                     SUMMARY: "Franny" Vs "Matilda"

9       65.   The Plaintiff's character, "Franny", has these characteristics, conditions, and literary

10    duties: 1) Franny is a very sick little girl; 2) Franny will die in less than a week without hard to

11    obtain medicine or medical aid; 3) Franny's medicine or medical aid is only available on a

12    satellite world; 4) Franny is saved by the hero's heroic deeds; 5) the writer links Franny's fate to

13    the hero'success or failure -to make the hero's journey (and the future itself) meaningful; 6)

14    Franny is shown alive and well (for emotional appeal) in the closing moments of the screenplay

15    or film; 7) Franny lives in an overpopulated, polluted future Earth.

16       66.   The unique characteristics, listed in paragraph 65 are the Plaintiff's unique expression

17    of his copyright protected character, "Franny", from his work, "Butterfly Driver".

18       67.   The Defendant's, "Matilda", shares all attributes, conditions, and literary duties, listed

19    in paragraph 61. Thus, the Defendants' "Matilda" infringes on the Plaintiff's character, "Franny".

20       68.   In making nuanced changes to "Matilda" (e.g. her name, age, her relationship to the

21    hero) the Defendants made willful and obvious efforts to disguise their infringement.

22                    3)   SETTING INFRINGEMENT:

23       69.   Perhaps the most unusual settings in film this year, the two central settings of the

24    Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

25         SETTING 1: GIANT SATELLITE WORLD FOR THE RICH

26       70.   The Plaintiff's satellite is 3 miles in diameter **[Exhibit A p. 26]**. The Defendants' script

27    calls for a satellite 60 miles in diameter. But the film's satellite is 1 or 2 miles in diameter.

28       71.   The plaintiff's satellite world has many unusual aspects: 1) it is an enormous satellite

COMPLAINT

world, with forests and large aquatic features; 2) only the super-rich live in the satellite's pristine

biosphere; 3) there are fantastic medical technologies available on the satellite; 4) entering the

satllite requires special identification; 5) it is home to the story's genetically reprogrammed

villain; 6) it orbits an overpopulated, impoverished Earth; 7) it is where the final battle transpires;

8) here, orange-jump-suited prisoners are seen boarding shuttles. **[Exhibit A pp.3, 33; Exhibit B**

**p. 5];** the satellite's citizen capacity is 300,000, when complete, 150,000 at the time of the story.

Elysium capacity: 251,200. **[Exhibit A p. 4; and SEE Elysium website:**

**http://www.welcometoelysium.com/ ]**

SUMMARY:  Setting 1, Giant Satellite for the Rich

72.   The list of features, in paragraph 71, are a simplification of the Plaintiff's expression of

his copyright protected satellite world, Uberopolis, featured in his work, "Butterfly Driver".

73.   The Defendants, "Elysium" uses all of characteristics listed in paragraph 71 for their

satelliute world. Thus, the Defendant's "Elysium" infringes on the Plaintiff's copyright.

74.   Additionally, by never referring to Elysium as a "satellite" (to avoid the Plaintiff's

language), and in making superficial changes to their satellite world (size, shape), the Defendants

made obvious effort to disguise their infringementas.

SETTING 2:  DYSTOPIAN EARTH

**75.**   The other central setting of both screenplays is the impoverished overpopulated ruin

of Earth. On this setting, in both scripts:: 1) the poor have little access to medical care; 2) the

hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky

and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7];** 4) Army ships, full of

"undesirables"are released into the slums **[Exhibit A p. 53; Exhibit B p. 5];** 5) the poor are

brutalized by the governement of the satellite world (who also do a few kind things for the poor,

such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18];** 6) rich businesses build

manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95;**

**Exhibit B pp.15, 16, 27, 28];** 7) people commonly travel by flying shuttles and flying cars; 8) the

poor live in the ruins of cities in decay. (NOTE:  Elysium's script doesn't specify "ruins", but its

synopsis does, and the film illustrates this state).

COMPLAINT

SUMMARY: Setting 2, Dystopian Earth

76.   The characteristics listed in paragraph 75 are the Plaintiff's expression of his dystopian vision of a future Earth, and his copyright, from his copyright protected work, "Butterfly Driver".

77.   The Defendants',"Elysium", adopts (all, or significant aspects of) each of the conditions listed in paragraph 75, infringing on the Plaintiff's copyright,

78.   In making superficial changes to their vision of Earth in "Elysium" (adding robots, changing the year, etc.) the Defendants made obvious efforts to disguise their infringement.

SETTING YEAR

79.   Butterfly Driver is set in the year 2120.  Elysium's original script says the movie is set in 2109 . But the actual film and official synopsis revise that year to 2154. However, In 2010, on his website (before the Defendants had written their script) the Plaintiff changed the setting year of Butterfly Driver to 2144 -ten years from Elysium's final setting. **[See Exhibit N]** .

80.   In placing Elysium's setting year near the Plaintiff's setting year, the Defendants adhere to and expand a pattern of infringement and similarity.

4) CENTRAL CONFLICT INFRINGEMENT

81.   The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes of both, the Plaintiff's "Butterfly Driver", and the Defendants' "Elysium", have extremely similar goals. Both heroes need to get to a satellite world to access the satellite's medical technology. And both heroes must overcome identical (or extremely similar) conflicts, which are: 1) the hero is not a citizen of the satellite world; 2) the hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a  powerful, evil, official wants the hero stopped; 5) the hero suffers debilitating headaches which make reaching his goal more difficult; 6) The evil, powerful official sends a special agent to apprehend the hero.

SUMMARY: Central Conflict

82.   All of the story conflicts, enumerated in paragraph 81, together, are an expression of the Plaintiff's effort, from his screenplay, "Butterfly Driver", the Plaintiff's exclusive copyright.

83.   The Defendants infringed on the Plaintiff's copyright by adopting all of the Plaintiff's central "conflicts", listed in paragraph 81, for their screenplay and film.=, "Elysium".

14

COMPLAINT

84.   Further, the Plaintiff charges that in making three minor changes to the "conflicts" in "Elysium" (e.g. making the pursuing agent into an "evil" agent, and changing the gender and office of the evil Official), the Defendants made willful efforts to disguise their infringement.

5) <u>THEME(S) INFRINGEMENT</u>

85.   The Plaintiff's "Butterfly Driver" has five central themes: 1) <u>Survival without adequate healthcare is inhumane</u>; 2) <u>the plight of immigrants is brutal</u>; 3) <u>wealth corrupts and divides us</u>; (literally -the poor on Earth, the rich on a satellite world);

4) <u>Heroic Sacrifice</u> (in Butterfly Driver: Arlo  risks everything, taking a near fatal bullet, to save his daughter; Elysium: in the end, Max gives up his life to save Matilda and mankind.

5) <u>Redemption comes from refusing to give up hope</u> (the spiritual theme of both movies). BUTTERFLY DRIVER: Arlo doesn't give up hope of saving his daughter. Thus, in the end, he finds redemption and liberates the world with free, fair elections. "Butterfly Driver" uses a rabbi, a cleric, a pastor and a necklace to reinforce this theme.

ELYSIUM: Max doesn't give up his dream of getting to Elysium; thus, finds redemption -and liberates the world. "Elysium" uses a nun and a necklace to reinforce this theme.

SUMMARY: Themes

86.   The five themes (listed in paragraph 85) are (in the context of  his script "Butterfly Driver", or in any substantially similar story), the artful expression and copyright of the Plaintiff.

87.   The Defendants adopted all five of the Plaintiff's central themes for "Elysium", and thus, further infringe on the Plaintiff's copyright.

6) <u>CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT</u>

88.   Typically a screenplay has three imparitive "plot points": 1) catalyst, 2) crisis, 3) climax. Elysium borrows all three from the Plaintiff's, "Butterfly Driver".

89.   **CATALYST:** the event that pushes the hero into action, and gives him his goal.

90.   BUTTERFLY DRIVER:  the hero learns his daughter has only about seven days to live, unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

91.   ELYSIUM: the hero learns he has only five days to live, unless he can get to Elysium for medical care. **[Exhibit B p. 31]** *His girl-friend's dying daughter must get there, too.

15

COMPLAINT

92. **CRISIS:** the story's low point, when all hope seems lost.

93. Usually the crisis occurs about halfway through the story. The Plaintiff's crisis occurs near the third act, The Defendants also place their crisis near the end. Compare:

94. BUTTERFLY DRIVER: after struggling to get to Uberopolis, Arlo learns the medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**

95. ELYSIUM: Arriving to Elysium, Max learns he can't be treated without wiping out the data in his head, and Matilda can't be treated because she's not a citizen. **[Exhibit B pp. 105, 106]**

96. **CLIMAX:** where the hero confronts the villain and battles him to the end.

97. It was imparitive to the Plaintiff to set the climax on the giant satellite: the great battle on the great satellite. Conversely, the Defendants started their climax on Earth; where the battle could have ended. But Defendant, Neill Blomkamp, moved the dying child, her mother, the hero, and the villain, all to the satellite world, to conclude the battle; emulating the effect as the Plaintiff's script.

98. Both works have identical CLIMAX TWISTS: The hero battles the villain on the giant satellite. They struggle. Finally the hero gains the advantage, then suddenly, the twist: the hero has a massive headache. **[Exhibit A p. 109; Exhibit B p 112]**

SUMMARY: Catalyst, Crisis, Climax (and twist)

99. The Plaintiff's catalysts, crisis, climax (and "climax twist") are the Plaintiff's structure and expression; and are (in the Plaintiff's "Butterfly Driver" or in any similar work) the Plaintiff's copyright.

100. As shown in paragraph 88-98, the Defendants' catalyst, crisis and climax are identical, or extremely similar to the Plaintiff's work; thus, they infringe on the Plaintiff's copyright.

7) <u>INCITING INCIDENT INFRINGEMENT</u>

101. **INCITING INCIDENT:** the event that takes the hero out of his normal routine world.

102. The Plaintiff's inciting incident occurs midway through the first act. The Defendants', "Elysium", uses the Plaintiff's inciting incident as the first event of the second act.

103. BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city

16

COMPLAINT

1 and into the rich, safe "State". But he needs money to pay their transport and immigration

2 ("repatriation") fees. Arlo turns to his friend -a local underground transporter. <u>The transporter</u>

3 <u>has a disability: he is a missing arm</u>. The transporter arranges Arlo's wife and kids' transport and

4 immigration -BUT Arlo must do a VERY dangerous mission in exchange.

5     104. ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has

6 only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With

7 no money to pay, Max asks his friend (a local underground transporter) to smuggle him to

8 Elysium. <u>The transporter has a disability: he has a paralyzed leg</u>. The transporter agrees to

9 transport Max -if Max does a VERY dangerous mission in exchange.

10                   SUMMARY: Inciting Incident

11     105. The unusual structure of "paying for immigration transport by doing a very dangerous

12 mission for a disabled underworld transporter," is the Plaintiff's expression and copyright.

13     106. As illustrated in paragraph 101-104, the Defendants "Elysium", adopts the Plaintiff's

14 inciting incident, and thus infringes on the Plaintiff's copyright.

15         8) <u>IDIOSYNCRATIC & STYLE INFRINGEMENT</u>

16     107. The Plaintiff uses two words, one word play, and an unusual omission that can be

17 considered idiosyncratic or style signature. The Defendants',"Elysium", uses these same (or, in

18 one case, very similar) idiosyncrasies :

19     108. **(A)** BUTTERFLY DRIVER uses the very uncommon word "repatriate", in lieu of

20 the word "immigrate**". [Exhibit A pp. 12, 13, 34, 41 117].**

21     109. ELYSIUM uses the word "repatriated" on page 5. **[Exhibit B p. 5]**

22     110. NOTE: The word 'repatriation is extremely uncommon. It's usually used in association

23 with war. The Plaintiff chose it to reference immigration in a warlike atmosphere. In "Elysium"

24 the word is an exotic departure from Blomkamp's ordinarily simple, casual story language.

25     111. **(B)** BUTTERFLY DRIVER uses the term genetic "reprogramming" for the act of

26 reversing the effects of disease, age, and physically improving a person **[Exhibit A p. 3, 36, 90).**

27 ELYSIUM uses a similar term "reatomizing" for the act of reversing the effects of disease and

28 age, and physically improving a person. **[Exhibit B pp. 2, 4, 104)**

                                    COMPLAINT

112.  **(C)**   BUTTERFLY DRIVER shows humans killed in space and their bodies left to fall back to Earth. The Plaintiff uses the terms "disposal" and "litter" to show the dead bodies are the new "trash" hazard. Playing with this motif, the villain, Drexler, orders a shuttle set for "disposal" -meaning: dump all aboard into space. **[Exhibit A pp. 3, 31, 107, 105, 108]**

113.  ELYSIUM: Before Rhodes orders Kruger to destroy two shuttles full of immigrants (to let their bodies to fall to Earth) she asks how many of the ships are a "debris danger" -playing on the "trash" motif. **[Exhibit B pp. 10, 11]** (the "debri danger" line was cut out of the movie).

114.  **(D)**   BUTTERFLY DRIVER omits the racial identities of the central characters, to reflect a less "racial' future. Omitting this information is unusual for a screenplay.

ELYSIUM also omits any mention of the racial identity of its central characters.

SUMMARY: Idiosyncratic and Style Infringement

115.  The Plaintiff's idiosyncratic elements, enumerated in paragraphs 107-114, are his copyright. In adopting these idiosyncrasies the Defendants infringed on the Plaintiff's copyright.

9) TECHNOLOGICAL 'VISION" INFRINGEMENT

116.   The central technologies in the Plaintiff's "Butterfly Driver" are: an advanced satellite world for the rich, and medical technologies. "Elysium" also features the central technologies of a satellite world for the rich, and medical technology (one of these medical technologies is identical to the Plaintiff's medical technology, "genetic reprogramming").

117.  SUMMARY: The Defendants' technological "vision" in "Elysium", infringes on the Plaintiff's copyright, and conforms to a pattern of similarity and infringement by the Defendants.

10) RESOLUTION SIMILARITY

118.   In both scripts, the heroes of actions have unlikely global consequences. Compare:

119.  **"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

120.  **"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

121.   SUMMARY: The Defendants' resolution mirrors the nature, style and scale of the Plaintiff's resolution, and conforms to an expanding pattern of similarity and infringement.

18

**SECONDARY INSTANCES OF COPYRIGHT INFRINGEMENT**

1) <u>SECONDARY SCENE INFRINGEMENT</u>

140.    The following scenes from the Plaintiff's work, were infringed on by "Elysium".

141.    **(1)** In BUTTERFLY DRIVER, to gain access to the villain, Arlo, holds up an explosive "A-cell" and threatens to detonate it if his demand is refused. Later, in an uncertain moment with the villain, Arlo throws the A-cell out a window -initiating the climax. .**[Exhibit A pp. 88, 97]**

142.    In ELYSIUM, to get to Elysium, Max holds a grenade to his head and threatens to detonate it if his demand is refused. Later, in an uncertain moment with the villain, Max suddenly throws the grenade in a shuttle's cockpit -initiating the climax. **[Exhibit B pp. 94-95]** (*Note: in the actual film, Max does not throw the grenade).

143.    **(2)** In BUTTERFLY DRIVER, hero, Arlo, is strap-locked in a doomed shuttle, and breaks free and struggles to saves his friend from his straps. **[Exhibit A p. 31]**

144.    In ELYSIUM, hero, Max, must struggle to free his friend, Frey, who is strap-locked in the seat of a doomed shuttle. **[Exhibit B p. 96-99]**

145.    **(3)** Butterfly Driver: Jerry negotiates with insurers for his son's life. **[Exhibit A p. 22]**

146.    Elysium: Frey negotiates with hospital for her daughter's life.**[Exhibit B pp. 26, 27]**

147.    **(4)** In BUTTERFLY DRIVER, the villain, Drexler, is extremely strong because he was reprogrammed without myostatin **[Exhibit A p. 36].** Drexler also refers to himself as "immortal", suggesting he feels superior to regular humans. **[Exhibit A p. 99]**

148.    In ELYSIUM, the villain, Kruger possesses "immense strength" **[Exhibit B p. 20]**, from re-atomizing.  Kruger calls the humans on Earth "humans" and "peasants", suggesting he thinks he and Elysians are superior to regular humans.  **[Exhibit B pp. 57, 67, 91]**

149. **(5)**  In BOTH screenplays tech programmers must forge documents to get the heroes into Uberopolis and Elysium, respectively. **[Exhibit A pp. 57-58, Exhibit B pp. 44]**

150. **(6)**  BUTTERFLY DRIVER:   Arlo has tracker cut out of his neck.**[Exhibit A p. 33]**

151.    ELYSIUM: Kruger cuts ID & tracking chip out of his wrist. **[Exhibit B p. 57]**

152.    SUMMARY: Paragraphs 140-151 are further instances and evidence of the Defendants' "Elysium" infringing on the Plaintiff's copyright protected work, "Butterfly Driver".

19

## 2) SECONDARY CHARACTER INFRINGEMENT

**(1) Rianna & Benni Vs Frey :**

122.    Elysium's character FREY is a hybrid character based on the characters RIANNA & BENNI from the Plaintiff's copyright protected work, "Butterfly Driver". Compare:

123.    BUTTERFLY DRIVER: Rianna lives in an uneducated slum, but is an educated, devoted mother; while Benni is beautiful, hopeful, but disappointed with the men around her. **[Exhibit A p. 52]**.

124.    ELYSIUM: Frey lives in an uneducated slum, but is an educated, tough and devoted mother -also beautiful hopeful and disappointed with the men around her **[Exhibit B p. 75]**.

125.    BUTTERFLY DRIVER: the writer hints at an attraction between Benni and Arlo, but no romance occurs, as it would undermine the story's urgency. **[Exhibit A p. 52]**

ELYSIUM: there is an attraction between Frey and Max, but no romance occurs. **[Exhibit B pp. 15, 75]**

**(2) Jerry Vs Kruger:**

126.    Although Elysium's "KRUGER" is evil and Butterfly Driver's JERRY Matthiessen is basically good, they have a few important things in common:

127. **(A)** JERRY and KRUGER are both sent to apprehend the hero by a high ranking official.

128. **(B)** BUTTERFLY DRIVER: when superiors ask agent Jerry Matthiessen to find Arlo, Jerry bargains for health care for his son, before accepting the mission. **[Exhibit A pp. 25, 45]**

129.    ELYSIUM: when his superior asks special agent Kruger to apprehend Max, Kruger bargains for a mansion and more, before accepting the mission. **[Exhibit B pp. 56, 57]**

130. **(C)** BUTTERFLY DRIVER: Jerry works for government law enforcement, the OFI

131.    ELYSIUM: Kruger works for government law enforcement, the CCB.

**(3) Dylan Vs Spider:**

132.    The Defendants' character "SPIDER" bears a striking resemblance to the Plaintiff's "Butterfly Driver" character, "DYLAN". Compare:

133.    In "Butterfly Driver" "Dylan" runs an underground base with flight path monitors on the walls. He sometimes transports immigrants. He is disabled: missing an arm. **[Exhibit A p. 7]**

20

134.    In "Elysium" "Spider" runs an underground base, with flight path monitors on the walls. He transports immigrants. <u>He is disabled with a paralyzed leg.</u>  **[Exhibit B p. 36]**

### (4) Matty Vs Matilda:

135.    Elysium's character, "Matilda" (who infringes on Plaintiff's character, "Franny") also bears striking resemblance to the Plaintiff's character "MATTY". Compare:

136.    BUTTERFLY DRIVER: "Matty" is Jerry's sick 9 year old son. He is dying of a respiratory disease. He wants to be healthy and get out of his air chamber. **[Exhibit A  p. 44]**

137.    ELYSIUM: "Matilda" is 6 and dying of Leukemia. She is the daughter of Frey, Max's childhood sweetheart. Matilda wants to be healthy and get out of the hospital.  **[Exhibit B p. 66]**

138.    The fact that "Matilda" is the feminine form of "Matty" is also a significant similarity.

139.    SUMMARY: Paragraphs 122-138 are further instances of the Defendants', "Elysium", infringing on the Plaintiff's copyright.

<u>MINOR SCRIPT INFRINGEMENT</u>:

153.  **(B)** BUTTERFLY DRIVER: A character named "VAN" reflects  some current attitudes toward immigrants, when he comments about an immigrant woman's hard work, "She just repatriated. People from the state can't work like that." **[Exhibit A p. 41]**

154.    ELYSIUM: reflects some current attitudes toward immigrants when Rhodes says, "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants..." **[Exhibit B p. 17]**

155.  **(C)** BUTTERFLY DRIVER: the final battle and chase on Uberopolis, Arlo runs through doors that take the fight under the metal city floor.  **[Exhibit A p. 101]**

156.    ELYSIUM: the final battle and chase on Elysium, Max goes through a hatch that takes the fight under the metal city floor. **[Exhibit B pp. 110-112]**

157.  **(D)**   In BUTTERFLY DRIVER, Arlo's best friend is killed (by a state bounty hunter). **[Exhibit A p. 10]**

158.    In ELYSIUM, Max's best friend is killed (by state assassin, Kruger). **[Exhibit B p. 64]**

159.  **(E)** BUTTERFLY DRIVER uses Bush era, post 911 terms to reinforce points, such as: "I don't negotiate with State enemies," and tags like "embolden". **[Exhibit A pp. 51, 88]**

160.    ELYSIUM borrows this stroke with "Homeland Defense" ("Homeland Security" in

COMPLAINT

1 the movie). **[Exhibit B p. 2, 100]**

2    161. **(F)** BUTTERFLY DRIVER: Drexler and leaders talk politics and P.R. **[Exhibit A p.75]**

3    162.    In ELYSIUM: Delacourt, and leaders discuss politics and P.R. **[Exhibit B pp. 17-18]**

4    163. **(G)** In BUTTERFLY DRIVER, the massive climax battle causes chaos among civilians,

5 and causes security officers to evacuate as alarms blare. **[Exhibit A p. 105]**

6    164.    In ELYSIUM, the massive climax battle causes chaos among civilians, and causes

7 security officers to evacuate as alarms blare. **[Exhibit B p. 110]**

8    165. **(H)** BUTTERFLY DRIVER: remote cameras track Arlo. **[Exhibit A pp. 98, 103, 107]**

9       In ELYSIUM: remote cameras track Max **[Exhibit B pp. 80, 90]**

10    166. **( I )** BUTTERFLY DRIVER: Characters refer to Arlo as a "LEGEND". **[Exhibit A**

11 **pp. 14, 48]**

12    167.    ELYSIUM: Julio tells Max "... you used to be a "LEGEND". **[Exhibit B p. 25]**

13    168.    Paragraphs 153-167 are further evidence of infringement, by the Defendants, of the

14 Plaintiff's copyrighted work, "Butterfly Driver", and expand a pattern of similarity.

15                INTERNET / MULTI-MEDIA INFRINGEMENT

16    169.    Through his characters, the Plaintiff, showed the science and politics history behind

17 his world, and the backstories of his primary characters. The Defendants eliminated the social

18 and political history from their screenplay and film (and most of the character's backstories). But

19 they included this information on the official Elysium website. Some on these details further

20 infringe on the Plaintiff's "Butterfly Driver" script, listed below:

21    170. **(A)** In BUTTERFLY DRIVER, the villain, Drexler, is directly responsible for creating

22 Uberopolis. He is the richest man in the world and owner of the most profitable company ever -

23 Drexler Industries. Drexler Industries makes it's fortunes from 3 enterprises: 1) HEALTH &

24 MEDICAL; 2) REAL ESTATE (homes on Uberopolis); 3) its media company.

25    171.    In ELYSIUM the evil character Carlyle is directly responsible for creating Elysium.

26 He is the CEO of Armadyne Corp. Armadyne is the most profitable company ever. Armadyne

27 makes its fortune from 3 enterprises: 1) HEALTH & MEDICAL COMPANY;2) REAL ESTATE

28 (Elysium); 3) his robotics products. (http://www.armadyne.net/company/leadership.php )

                                  COMPLAINT

172.   **(B)** BUTTERFLY DRIVER : When the second half of Uberopolis is completed it will support 200,000 to 300,000 citizens.  **[Exhibit A p. 4]**

173.   The offficial ELYSIUM website says Elysium has a maximum capacity of 251,200 citizens -approximating Uberopolis's capacity. (http://www.welcometoelysium.com/)

174.   **(C)** In BUTTERFLY DRIVER, immigration into the state costs tens of thousands of dollars. But only citizens who pass an intelligence test can vote.  **[Exhibit A pp. 12, 84]**
On the ELYSIUM official website, it is revealed that legal immigration requires an IQ test. The website includes an IQ test site visitors can take.  http://www.itsbetteruphere.com/

175.   **(D)** In "BUTTERFLY DRIVER" the government of Uberopolis also governs Earth, from Uberopolis, and it is a corporate, business centered world government.

176.   The official ELYSIUM website establishes that the government of Elysium also governs the Earth. It is a business centered government, governed by The Elysium Corporate Authority. ( http://www.armadyne.net/#../company/about.php )

177.   Paragraphs 169-176 are further evidence of the Defendants, "Elysiun",' infringes on the Plaintiff's copyright protected work, "Butterfly Driver".

## MARKETING INFRINGEMENT

178.   The synopsis is a filmmaker's foremost marketing tool.  In 2010, the Plaintiff updated and posted a synopsis of "Butterfly Driver" on "The Amazing Mr. Excellent" website, to attract investment for "Butterfly Driver". The Defendants synopsis is patterned after the Plaintiff's. The Plaintiff's synopsis, from Aug. 6th, 2010, can be seen, archived on the Wayback Machine, at: http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html **[See Exhibit N].** That synopsis-logline reads:

179.   **"BUTTERFLY DRIVER:** In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxery satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth".

23

180.    **ELYSIUM** (Synopsis-Logline): "In the year 2154, two classes of people exist: the very wealthy, who live on a pristine man-made space station called Elysium, and the rest, who live on an overpopulated, ruined planet. The people of Earth are desperate to escape the crime and poverty that is now rampant throughout the land. The only man with the chance to bring equality to these worlds is Max (Matt Damon), an ordinary guy in desperate need to get to Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but if he succeeds, he could save not only his own life, but millions of people on Earth as well."

181.    The Defendants' synopsis only mentions aspects infringed on from the Plaintiff's work -no mention of robots, exoskeleton suits, or high-tech guns, as they are insubstantial, and added only to disguise the infringement.  The Defendants' synopsis follows the Plaintiff's synopsis structure. Mention, first, the year; then the class division, then the satellite world, followed by some plot details.

182.    Paragraph 178-181 establish that the Defendants' "Elysium" marketing synopsis is an infringement of the Plaintiff's copyright, and adheres to a pattern of infringement and similarity between the two works, beyond coincidence, reason or probability.

**DEFENDANTS' ATTEMPTS TO APPEAR DISSIMILAR AND HIDE INFRINGEMENT**

183.    Beyond the extensive copyright infringement, detailed in paragraphs 1-182, the Defendants also attempted to hide their infringement in obious ways -as described in the preceding paragraphs. Additionally, while making their film, "Elysium", the Defendants implemented extreme measures to keep their infringement secret. This was done to keep the Plaintiff unaware that his work was misappropriated. To keep their infringement secret, the Defendants would not permitt any cast member to take a script home -including legendary actress, Jody Foster. **[See Exhibit O]** The Defendants would not permit actors to see a script, to review their lines, before auditioning, and cast and crew members were not permitted to reveal any story details to the public.

184.    The fact that the Defendants avoid using the word "satellite" to refer to their satellite world "Elysium" in both their film and screenplay is part of their effort to appear dissimilar to the

24

1 | Plaintiff's work.; done throughout "Elysium".

2 | 185.     Upon learning of the impending infringement of his screenplay, on May 27th, 2013,

3 | the Plaintiff began contacting attorneys about the case (about 50 attorneys), during the last days

4 | of May and the first week of June -including one or more attorneys who decline because of

5 | "conflicts of interests". In mid June a legal advisor advised the Plaintiff that if he had contacted

6 | so many attorneys it's probable the Defendants are aware of the Plaintiff's impending legal action.

7 | 186.     The plaintiff believes the Defendants may have been tipped about this litigation in

8 | late May or early June; which gave the Defendants 2 months to re-edit the movie. Although the

9 | Defendants' hero suffers three "character affliction" headaches, the Defendants removed one of

10 | the headaches and may have tried to remove the other headaches, but could not, due to

11 | insufficient coverage film footage. The Defendants would do this to make their film appear

12 | dissimilar from the Plaintiff's story. Defendant, Neill Blomkamp is a special effects master;

13 | vitually every special effect his script is executed just as  described. Yet, two of the three

14 | headaches that survived, into the film, are very short. And all three of the surviving headaches are

15 | are missing the special effects described for them: the "epilleptic white static" and the "blast of

16 | static pain grates through Max's brain", and "The searing white light", and the "white hot flash of

17 | cerebral pain..."

18 | **DEFENDANTS' PROFITS**

19 | 187.     As of October 8th, 2013, Elysium had earned over $272,000,000, worldwide,

20 | against a cost of 115,000,000 -amounting to assumed profits of $157,000,000. The Defendants

21 | may be overstating losses in anticipation of this litigation, as the budget for Elysium was listed as

22 | $90,000,000, from late May to late July, 2013. Then, late July, 2013, the budget  suddenly

23 | skyrocketed to $115,000,000 -perhaps related to the notoriously dishonest accounting practices of

24 | the film industry -often referred to as "Hollywood acounting". **[See Exhibit P]**

25 | **PERSONAL DAMAGES AND INJURY**

26 | 188.     The Plaintiff's "Butterfly Drivver" is a tight, thoughtful work, cultivated  from the

27 | American experience of a native Californian, transplanted to an immigrant community in New

28 | York City (Inwood, Washington Heights) during the events of 911 (2001); forged from first-hand

1  perspective of the failures of the American healthcare system; and life-long witness experience of

2  the heart wrenching dichotomy engendered by America's immgration issues. Even "Franny", the

3  sick seven year old girl, was based of the Plaintiff's asthmatic (then) seven year old son.

4       189.     Conversely, the Defendant(s)'s "Elysium" lacked any feeling of authenticity, and

5  was marred by story flaws; such as the collision of thoughtful and absurd ideas, a lack of

6  character depth, a lack of story consistency, a lack of subtlety, and a lack of basic science

7  knowledge (such as using turbine engines for space travel, more). Adding to these failings, the

8  Defendants' film promulgated conspicuously racist views; such as their vision of a future where

9  Latinos have amassed no wealth and (in the Defendants' eyes) have no work ethic -as seemingly

10  all Latinos, in their film and script, wish to illegally enter a space world (where no jobs are

11  offered to them) so they can live in mansions, illegally, get free health care, and not work. These

12  story flaws and offensive views contribute to "Elysium" poor reviews by most respected critics.

13       190.     As a consequence of the Defendants' infringement, and their insensitive and

14  offensive social views, the Plaintiffs' reputation may be permanently damaged by the igniminious

15  association with the Defendants' infringing work. The Defendants' infringement makes it much

16  harder for the Plaintiff to approach the filmmaking establishment for support on future works, as

17  Sony Pictures Ent., Inc. also owns Columbia Pictures, and fellow Defendant, TriStar Pictures.

18       191.     The Defendant's infringement makes it impossible for the Plaintiff to market his

19  screenplay, as there is no room in the film market for two films about a poor man living in the

20  future ruins of an impoverished Earth, who needs to get to a satellite world for the super rich ,

21  etc. As affirmed by LEWIS GALOOB TOYS, INC.v. NINTENDO OF AMERICA, INC., 964

22  F.2d 965 (9th Cir. 1992) Judge FARRIS [Cite: The Supreme Court specifically affirmed finding

23  that the motion picture adaptation "impinged on the ability to market new versions of the story."

24  Stewart, 495 U.S. at 238]

25                         **SUMMARY**

26       192.     The Defendants' "Elysium" infringes on dozens of the Plaintiff's original

27  expressions, including the Plaintiff's elaborate PLOT, his CENTRAL CHARACTERS (including

28  the Plaintiff's HERO, his VILLAIN, his essential SICK GIRL, and others); it infringing on the

COMPLAINT

1   Plaintiff's SETTINGS (including the giant orbiting satellite city for the super-rich), his HERO'S

2   AFFLICTION (terrible random headache syndrome), the Plaintiff's HERO'S GOAL(getting to

3   satellite world for medical aid), all 5 of the Plaintiff's CENTRAL THEMES, the Plaintiff's 6

4   CENTRAL CONFLICTS, his CATALYST, his CRISIS, his INCITING INCIDENT (doing a

5   dangerous mission, for a disabled illegal transporter, to pay his family's immigration fees),

6   infringing on the Plaintiff's CLIMAX TWIST, his IDIOSYNCRATIC ELEMENTS, the

7   Plaintiff's GLOBAL IMPACT RESOLUTION, the Plaintiff's FUTURE TECHNOLOGY

8   (including the technology of genetic "reprogramming"), the Plaintiff's HERO'S KEEPSAKE

9   NECKLACE (which recurs in a dreamlike way in the story's final pages ), and much more.

10      193.    The Defendant's infringement is so extensive that when the Plaintiff's infringed

11  content is extracted from Elysium there is no story left to market -all that remains are robots, two

12  exoskeletons, some high-tech guns, and the hero's new backstory; all of which are simply "add-

13  ons", added to disguise infringement -not connected to the central story.

14                                     **CLAIM ONE**

15      194.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

16  through 193, inclusive, as if fully set forth herein.

17      195.    The Plaintiff alleges that the Defendants' film (and screenplay) "Elysium", infringes

18  on the Plaintiff's copyright of his original screenplay, Butterfly Driver". The Defendant's willfully

19  infringed on his work for purposes of commercial advantage or private financial gain.

20      196.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

21  through 195, inclusive, and alleges that in making derivatives, reproducing, distributing and

22  displaying publicly their infringing "Elysium", the Defendants violated the Plaintiff's exclusive

23  rights as the copyright owner of his original work "Butterfly Driver", pursuant to 17 USC § 106 ".

24      197.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

25  through 196, inclusive, as if fully set forth herein. The Plaintiff further alleges the Defendendant

26  (s) made crude and obvious efforts to to give their infringing work, "Elysium", the appearance of

27  dissimilarity from the Plaintiff's "Butterfly Driver".

28      198.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

27

COMPLAINT

1   through 197, inclusive. The Plaintiff additionally alleges the Defendants' infringing conduct has

2   caused and is causing substantial and irreparable injury and damage to Plaintiff.

3        199       On information and belief, The Plaintiff alleges that, as a direct result of the

4   Defendants' wrongful conduct, the Defendants have realized and continue to realize profits,

5   rightfully belonging to the Plaintiff. As of October 1st, 2013, Elysium had earned over

6   $272,000,000, against a cost of 115,000,000 -profits in excess of $155,000,000, and growing.

7                                    **PRAYERS FOR RELIEF**

8        200.      WHEREFORE, the Plaintiff asks the Court to enter judgment in his favor, and

9   against Defendants, Neill Blomkamp, Sony Pictures Ent., Inc., TriStar Picture, Inc., Media Rights

10   Capital, and Q.E.D. International, and grant the Plaintiff the following relief:

11       201.      A.) Declare that the Defendants' unauthorized conduct violates the Plaintiff's rights

12   under the Federal Copyright Act;

13       202.      B.) Pursuant to Title 17 USC § 503(b) the Plaintiff requests The Court order the

14   end of production and distribution, and the impounding and destruction of all original recordings

15   and all copies of the Defendants' film "Elysium", in all formats (DVD, CD, film, digital, etc), and

16   order the impounding and destruction of all derivatives (such as video games, soundtracks, etc.);

17       203.      D.) As per Title 17 USC § 504(a)(b) the Plaintiff seeks Actual Damages (the

18   opportunity to make and market his film) and Lost Profits;

19       204.      E.) Such other and further relief as the Court deems just and proper;

20       205.      F.) Pursuant to Title 17 USC § 506(a)(1)(A), as the Defendants' actions were willful

21   and for purposes of commercial advantage, the Plaintiff asks the Court to hold the Defendant(s)

22   criminally accountable as provided under section 2319 of Title 18.

23       206.      G.) The Plaintiff also prays for the injunctive remedies of: ordering the stopping any

24   further and future sales and distribution of the Defendants' infringing work, "Elysium" (by that

25   name or any other name), in any form (digital, film, DVD, CD, online video, games, toys, etc.).

26       207.      The Plaintiff incorporates by reference all of the allegations of paragraphs 1 through

27   208, inclusive, as if fully set forth herein. Consistent with the guidelines for injunctive remedies

28   to establish that the Plaintiff (the moving party) will suffer irreparable harm without the

COMPLAINT

1   injunctive measures. Consistent with the guidelines for injunctive remedies, the Plaintiff has

2   presented a solid complaint and evidence supporting his claim that he will prevail. And,

3   consistent with the guidelines for injunctive remedies, the Defendants will not be harmed by the

4   injunction more than the Plaintiff will be harmed without them. And consistent with the

5   guidelines for injunctive remedies, it is in the publics interest to be protected from being sold

6   media and content misappropriated from other artists.

7      208.    H.) Pursuant to 17 U.S.C. §§ 412, the Plaintiff's "Butterfly Driver" was preregistered

8   under section 408 (f) before the commencement of the infringement (and that has an effective

9   date of registration not later than the earlier of 3 months after the first publication of the work or

10  1 month after the copyright owner has learned of the infringement). Thus, the Plaintiff prays of

11  the Court for the remedy of reasonable fees for attorneys and disbursements, to be paid by the

12  Defendants -as accrued, independent of, and in advance of judgement. The Plaintiff's U.S.

13  Copyright Office registration effective date for his unpublished script, "Butterfly Driver", is June

14  21st, 2013, which is seven weeks before the Defendants released, distributed and displayed

15  publicly, "Elysium", in The USA and 11 other countries, on August 9th, 2013 (SEE:

16  http://www.imdb.com/title/tt1535108/releaseinfo); which marked the commencement of the

17  infringement -as any infringement before that date would be presumptively fair, non-profit

18  activity. [LEWIS GALOOB TOYS, INC. v. NINTENDO OF AMERICA, INC. (9th Cir., 1992)

19  (964 F.2d 965) "Game Genie users are engaged in a non-profit activity. Their use of the Game

20  Genie to create derivative works therefore is presumptively fair." The Court also ruled in this

21  case that, "a family's use of a Game Genie for private home enjoyment must be characterized as a

22  non-commercial, nonprofit activity."].

23

24  DATED:  October 8th, 2013

25  Respectfully submitted,

26

27  By:

28  (Signature od Steve Wilson Briggs, Plaintiff)

29

COMPLAINT

Exhibit A

**Butterfly Driver**

Written By

Steve Wilson Briggs

WGAw # 1103287                                    Steve Wilson Briggs
Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD - NIGHT

Blinding rays of a parked car's headlights cut the night
fog, silhouetting five figures trudging through a sparsely
wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY
Matthiessen, 45); a slender, neatly attired man (HOWARD Mann,
35); a portly FARMWOMAN (55); two barking dogs.

                    HOWARD
          It makes me uncomfortable.

                    JERRY
          Relax, Howard. All dogs put their
          noses there.

                    FARMWOMAN
          Whatever made that hole made such a
          noise.  Got Bessie and Baxter to
          barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function
phone/computer/global positioning device (called an omni-
com) in his hand, to pinpoint a location.

                    JERRY
          Friend at the observatory's echo-
          locators pegged it here.  You didn't
          call the police?

                    FARMWOMAN
          Not if I don't have to. Y'all police,
          anyway. I seen him on TV.
                    (shining her
                    flashlight at Jerry)
          Um...uh... Jerry Mathers!

                    JERRY
          Matthiessen. We're not exactly police.
          But we wanna be sure it's not
          contaminated. Spores, or what not.

                    FARMWOMAN
          Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight
into a five foot in diameter by three foot deep hole.

                     FARMWOMAN (CONT'D)
            Got some kinda ooze in it. Is that
            spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-
red "goo" lining the crater.

                         JERRY
            I won't know till tomorrow.

                      FARMWOMAN
            Chilly.  Mind if I go inside?

                         JERRY
            Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry
crouches at the mouth of the crater and puts on a pair of
latex gloves. Howard looks around nervously.

                     JERRY (CONT'D)
            Ten times more meteor sightings since
            they built Uberopolis.

                     HOWARD
           You think this fell from Sky Town?

                       JERRY
         A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

                    HOWARD
           Ah, the scientific "stick test"...
          Smells like ham. I read cannibals
          said cooked human tastes like pork.
          They called human meat "long pork";
          cause we're long when you roast us -
          not short like pigs,...

As Howard continues, Jerry takes a small sample jar and a
scraper from the breast pocket of his overcoat, leans over,
scrapes a sample and wipes it into the jar.

                    HOWARD (CONT'D)
          Can you hurry? I hate being way out
          here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear
plastic bag, and tucks it in his pocket.

JERRY
Let's go.

Howard nods. The two men head back toward their vehicle. Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent, in space. Beyond the corpse, a 3 mile wide satellite city, Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster and faster, until the skin peels and burns from the heat of re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy (JOHN CARL, 15) jogs down a crowded street, carrying a small bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a large garage, a woman, Rianna (40) looks out a bedroom window, anxiously, seated by her daughter, Franny (7) who lies in bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50, although he appears only 25) greets the viewers; behind him, a photo of a satellite city, Uberopolis, floating on space.

DREXLER (on TV)
Hi, I'm President Peter Drexler, and owner of Uberopolis. We have a lot
(MORE)

> DREXLER (on TV) (CONT'D)
> to celebrate in the Global State.
> 100 percent employment, almost no
> crime, but with 15 billion people,
> pollution and congestion persist
> everywhere -except, Sky Town. I invite
> you to come enjoy our casinos, museums
> and golf courses, all orbiting 1000
> miles above the worries of Earth.
> Let the pure air heal your lungs and
> the low gravity heal your bones...

An elderly man jumps from a three story building, landing
unharmed on the Uberopolis street.

> DREXLER (CONT'D)
> Last year the first half of Uberopolis
> sold out in 6 months. The second
> half is under construction, to be
> opened next year. Reserve your home
> now. See why over 150,000 people
> like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running,
down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

> RIANNA
> Thank you.

Rianna pulls the cough medicine from the bag.

> FRANNY
> John Carl, I just saw a shooting
> star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

> JOHN CARL
> Cool.
> (turning to Rianna)
> I'm going downstairs to see dad before
> he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves,
drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move —except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

                    LITTLE GIRL
          I can't get it.

                    ARLO
          Just keep trying. That's the secret.
          We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

                    ARLO (CONT'D)
          That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

                    JOHN CARL
          You kept your room clean when you
          lived upstairs with mom.

                    ARLO
          Yeah, well, I'm a bachelor, now.
          Homework?

> JOHN CARL
>> Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called a SKY-CYCLE (resembling a large motorcycle with a sidecar) parked in the rear of the garage. As Arlo mounts the sky-cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

> JOHN CARL
>> You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the garage door. Arlo pushes a button on the sky-cycle's dash; a canopy covers the sky-cycle. He pushes another button; wings extend from below the sky-cycle.

> ARLO
>> G'night.

> JOHN CARL
>> Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a large warehouse full of boxed supplies. He parks near a loading dock where two large, worn, HOVER-JETS (flying cargo trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over the warming hover-jet engine.

> DYLAN
> We got an emergency call about two minutes ago, so I had to send Roddy out with Isaac. I got enough M.T.'s. You can line-ride, unless you wanna do a butterfly run?

> ARLO
> We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing, nervously, near the warehouse office. TAMARA GWYNN (30).

> DYLAN
> Tamara Gwynn. A driver from 186 dropped her off. State energy researcher. Loaded. Needs to get to L.A. by morning for a court trial. She's offering 500 grand up front and 500 after. That's 300 for you.

> ARLO
> I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY hover-jet. A WORKER throws a bundle into the cargo hull and latches the door.

> DYLAN
> Run this to 238. Take theirs to 246; bring 246's jet here. It's in the flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo enters the city low to the ground and quickly loses the police-

8

jet. Winding through the streets, Arlo disappears down a
ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan
walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device)
rings. He pulls it out as he dashes toward his sky-cycle...

                    ARLO
          That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the
dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky,
looking at his omni-com's screen to track Roddy's location.
Below, he spots two sky-cycles, on top of an old three-story
office building. Arlo speaks into his omni-com.

                    ARLO
          Their cycles are on the roof of the
          old Beckler building.

                    DYLAN (on the phone)
          OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward
the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks
'on' his gun-mounted flashlight. At the base of the stairs
he pushes open a door and steps into a long hall.

IN THE HALL

A dozen office doors face the hall. The eerie silence is broken by the sound of leaking rain DRIPPING through the aging ceiling. The offices are littered with broken furniture and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS in pain.

His eyes roll back as he fights his way to his feet. The pain subsides as streetlight through the office windows reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking in each office door. His omni-com indicates Roddy is in an office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding him for an instant, just as his foot breaks through the rotting office floor.

He SLAMS down violently, smacking his face against the dirty floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is only inches from the bloody face of a motionless man -also wearing a gray jacket. Arlo checks the man for a pulse. Nothing. A voice calls, weakly, from the corner.

                    VOICE
          Isaac's gone.

                    ARLO
          Roddy?

Arlo turns his gun-light toward the voice, to discover it's Roddy, slumped in a corner, looking in his omni-com at a digital photo of a woman holding a baby.

                    RODDY
          My son would be eighteen. That war
          killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He opens Roddy's jacket to find Roddy's chest bloodied from several bullet holes.

                    ARLO
          We're gettin' out of here.

                    RODDY
          I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                    ARLO
          Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                    RODDY
          Bounty hunters set us up to find the
          butterfly -Tamara. They beat us...
          We couldn't give up the warehouse.
          Isaac broke and told 'em you were
          here. You got a bigger bounty than
          Gwynn. They found your name in Ike's
          omni-com. Won't be long before they
          break his code and get your info.
          Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                    ARLO
          Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                    GOMEZ
          Grainer!

                    ARLO
          Gomez, bounty hunters killed Roddy.
          Isaac's dead downstairs. They're
          after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

> VOICE / RIANNA
> Arlo?

> ARLO
> Blue Guard's coming. Get the kids
> and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

> ARLO
> I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor -except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain -in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits
behind Arlo, as Rianna holds Franny in the side-seat.

> RIANNA
> We have no money. Where can we go?
> The kids have never been out of 242.

> ARLO
> Maybe your mom's, in New York.
> Franny's gonna need State care.

> RIANNA
> You can't go back to the State.

> ARLO
> I'm not coming...

> JOHN CARL
> But dad...

> ARLO
> Not now.
>          (turning to Rianna)
> You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna.
Rianna takes the card and swipes it through her omni-com.

> RIANNA
> That won't last a week in The State.
> And won't touch repatriation fees...
> What if she gets as bad as last month,
> and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.

INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the
phone. On a small battered couch, Franny sleeps on Rianna's
lap; beside her, John Carl sits, stoically.

> DYLAN
> OK... Three... Cheapest possible...

Arlo gestures to Rianna to pass him her omni-com.  She
obliges. Arlo activates the video feed from the omni-com he
left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty
hunters mistake the coat-rack shadow (behind the curtains)
for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack,
causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the
phone and turns to Arlo.

                    DYLAN (CONT'D)
          I got a guy who can get them into
          New York, legit, and start the
          repatriation for a hundred grand.

                    ARLO
          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a
money card.

                    ARLO
          Here's another 150 grand. She'll
          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo
strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo
looks at his family through the cargo door.

14

                              ARLO (CONT'D)
                    Love you.

Arlo closes the hull door. As the hover-jet accelerates
through the gate, Arlo turns to find Dylan and Tamara
watching, a few yards away. Dylan makes the introductions:

                              DYLAN
                    This is the butterfl -- Tamara Gwynn.
                    That's Arlo Grainer.

Tamara and Arlo shake.

                              TAMARA
                    Honored to meet the legend.

                              ARLO
                    Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

                              DYLAN
                    Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle.
Tamara turns to Arlo.

                              TAMARA
                    I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

                              ARLO
                    Why would they send bounty hunters?

                              TAMARA
                    I want change -the natural enemy of
                    The State... The war you fight here,
                    I fought inside the system.

                              ARLO
                         (shaking his head)
                    The war ended fourteen years ago. I
                    just fight to feed my family, now.

                              TAMARA
                    That's too bad. My father taught me,
                    "A war isn't over if one soldier's
                    still fighting." I always thought of
                    you when he said it.

                    ARLO
          YOU can be that soldier.

                    TAMARA
          I'm prepared to be...

                    ARLO
          What's to fight for, anyway? I'm
          free of State control out here.

                    TAMARA
          You? What about the world?

                    ARLO
          I fought for them for a long time.
          They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt.Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                    TAMARA
          Those for religious riots?

                    ARLO
          Nah. The religious killed each other
          the first couple years the State
          dumped 'em here, but stopped when
          they got their own sectors. They're
          not dangerous if you keep them apart.

                    TAMARA
          Progress... So, you're religious?

                    ARLO
          Nah. Maybe there's a God, though...
          You religious?

                    TAMARA
               (shaking her head)
          Faith comes from our unreasonably
          hopeful nature. How we survive. I
          put unreasonable hopes in my A-Cell.

                    ARLO
          A-Cell?

                    TAMARA
          Antimatter cell... Traditional fuel
          pollution kills 130 million people
                    (MORE)

                        TAMARA (CONT'D)
            every year. The State calls that an
            acceptable environmental sacrifice.
            My father believed every problem has
            an absolute solution —without
            sacrifice. After 6 years, via atomic
            polarity reversal, we created our A-
            cells, isolating antimatter H2O in a
            neutral plasmic insulator. A teaspoon
            of water produces enough clean energy
            to power a sky-car for a week. They'll
            save over 100 million lives per year.

                        ARLO
            And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines —representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

                        TAMARA
            I hear there are 700 zones now?

Arlo nods.

                        TAMARA (CONT'D)
            So, you transport exiles now?

                        ARLO
            First time. I'm a line rider and an
            M.T.

                        TAMARA
            M.T.?

                        ARLO
            Moving Target. Street slang for us
            volunteer cops. No tax base to pay
            us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

                        ARLO (CONT'D)
            We run supplies between the zones on
            the outland. Ride outside the lanes
            or more than 100 feet from the
            surface, you trip the radar, signal
            the Blue Guard, and get shot down.

                    TAMARA
          A lot of slang in the zones... I
          guess you call exiles "butterflies"
          because we're weak, chased by the
          wind from a thousand predators?

                    ARLO
                 (shrugging)
          Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

                    TAMARA
          Mr. Grainer, I need a place for the
          A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

                    TAMARA (CONT'D)
          If we don't make it, it can't fall
          into The State's hands. The research
          is micro-chipped inside... But be
          careful. If the shield breaks and
          the antimatter touches regular matter,
          the explosion will level a city block.

                    ARLO
          And you want to market this?

                    TAMARA
          It's a prototype. The production
          models will use less antimatter.

                    ARLO
          What's in the black case?

                    TAMARA
          A worthless decoy -just in case.

                    ARLO
          It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

                    ARLO (CONT'D)
          Send this to me, care of Tian, at
          the 115 Z.R. Center. Fragile.

                    DYLAN
          First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

                    TAMARA
          Zone 115?

                    ARLO
          I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

                    DYLAN
          Better hurry...

Dylan and Arlo exchange a warm handshake.

                    ARLO, DYLAN
                  (simultaneously)
          Until then.

Arlo and Tamara hop on their sky-cycle, but before they can
exit, Drake and Gomez glide into the warehouse, using their
sky-cycle side cars to transport the dead bodies of Roddy
and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs
the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles,
through the sky-cycle window Tamara sees a few small PIRATE
SKY-CYCLES force down a POSTAL HOVER-JET.

                    TAMARA
          Are they robbing that mail truck?

                    ARLO
          Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of
conversation.

                    ARLO (CONT'D)
          So, why did The State chase you out?

                    TAMARA
          They wanted to buy the A-cell rights.
          But planned a slow transition to
          protect the energy industry. Too
          many lives would be lost. When we
          refused, they banned  A-cell
          production. So file suit. Dad was
          killed two days later. I went into
          hiding in the zones. After the trial
          starts, with the media attention,
          I'll be O.K.

Arlo contemplates Tamara's explanation.

                    TAMARA (CONT'D)
          And you never told me where you keep
          your "unreasonable" hope?

Arlo pauses as he drives.

                    ARLO
          My garage...

Tamara's face takes a confused twist.

                    ARLO (CONT'D)
          The kids in my neighborhood had to
          stay inside 'cause it wasn't safe to
          play outside... Same in all the zones.
          But after I turned my garage into a
          rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

                    ARLO (CONT'D)
          We're about to enter State's airways.
          My sky-cycle's not State legal. Keep
          an eye out for the blue guard.

Arlo and Tamara proceed deeper into the vast, modern city. The buildings grow thicker and taller as they fly. Tamara points to a distant skyscraper with a giant "R" on the top.

> TAMARA
> The court's next to the Riordan News Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase. Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his sky-cycle. With vehicles in all directions but down, Arlo smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding. Tamara hops out. The police sky-car begins a U-turn.

> ARLO
> We're a block away --

> TAMARA
> Split up. I can make it from here.

> ARLO
> I don't think...

> TAMARA
> They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo. "BANG!" People on the street duck, and dive for safety. Arlo turns and runs toward the Riordan building, two blocks away.

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.


INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.


INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

              ARLO
       I'm Arlo Grainer! Wanted for
       insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.


INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

             JERRY
       Sure, I can hold...

Jerry taps his fingers impatiently, "on hold", as a news
report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension,
surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court
> appearance, Arlo Grainer brazenly
> kidnapped the researcher, to access
> her fortune to fund Z.R. terrorists.
> Sadly, Gwynn was killed in a high
> speed crash when The State attempted
> to save her, moments before Grainer's
> surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair...
> Right... But an oxygen chamber isn't
> a luxury... How much time can I
> get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions
> forced the U.S. to join The State,
> Grainer declared Stockton, California,
> a 'zone' outside State authority.
> Six hundred cities soon followed. To
> evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-
watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got
> kicked out cause he got "ice-picks".

23

Howard looks at Jerry, dumbstruck.

                    JERRY (CONT'D)
          Opthalmodynia. Short, terrible
          headaches. Like being stabbed in the
          brain with an ice pick... They said
          he was unsafe to fly and made him a
          flatfoot...

                    HOWARD
          Hmm. You think he kidnapped Gwynn?

                    JERRY
          I dunno. I'm about to fly to L.A. to
          do a DNA check on Arlo's sky-cycle.

                    HOWARD
          So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

                    JERRY
          DNA. Matched a prisoner named Leonard
          Lespi, arrested six months ago. Prison
          Commissioner Guerrero said Lespi
          lost his hand working on Sky Town
          and it fell to Earth in a heat
          resistant glove.

                    HOWARD
          A hand? Whatever made that crater
          weighed at least 150 pounds. And
          what glove?

                    JERRY
          You're surprised?... Guerrero granted
          me a call with Lespi -after The State
          response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

                    JERRY (CONT'D)
          I better get going... See yuh.

Howard nods. Jerry exits.

INT. L.A. POLICE IMPOUND GARAGE - DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT
to the stowed wreckage of Arlo's sky-cycle. The escort nods
to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he
sees no blood evidence. He produces a cotton swab, and swabs
samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer,
Jerry produces a liquid solution from his pocket and pours a
few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH
SHENKAR (50) appears in Jerry's eyepiece attachment, sitting
in his office.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH:

                    JERRY
          Aneesh.

                    ANEESH
          Tampering with State evidence?

                    JERRY
          Naturally.

DING! The DNA analyzer sounds.

INSERT - DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO
GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

                    ANEESH
          The case is airtight.

                    JERRY
          That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

                    ANEESH
          We've had some riots in the zones
          since we arrested Grainer. We thought
          having you lead our investigation
          might calm things down.

                    JERRY
          I'm supposed to watch you guys, not
          help you. I'm better suited for the
          defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

                    ANEESH
          Grainer won't accept a State rep...
          It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

                    ANEESH (CONT'D)
          We can always suspend O.F.I. funding.

                    JERRY
          My son's filter room is about to be
          repossessed. I don't have time for
          your threats today.

                    ANEESH
          Jerry, we're trying to avoid a hot
          war here. Get on board and I'll buy
          your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

                    ANEESH
          Matthiessen's on board.

                    COMMISSIONER GUERRERO
          Good. Should I have the warden take
          Grainer out?

                    ANEESH
          Why? Zone felons get 120 days on sky
          town, before trial. We'll handle him
          there, like all the rest.

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle
launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter,
enclosed in a transparent, spherical shield, with a flora-
sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete
with casinos, golf courses, towering apartments and offices.
On the other side of the wall: a construction zone, where
thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, WEARING A SHORT BEARD, Arlo rivets
a vent. A hundred yards away, a shuttle sits atop the dividing
wall; another sits halfway up the wall, on a platform. As
Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red
ticket, then calls to Arlo, yelling over Arlo's Rivet gun.
The neighboring prisoner listens to the name the guard calls:

                    GUARD SUPERVISOR
          Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

                    GUARD SUPERVISOR (CONT'D)
          You're on the 6 PM Earth-bound
          shuttle, after work... Lunch break.

                         ARLO
          Thanks.

Arlo drops his rivet gun and removes his lunch. The
neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

                         DAVID
          You're Arlo Grainer.
               (extending his hand)
          David Levine, zone 319 outside of
          Boston. Honored.
               (shaking Arlo's hand)

                         ARLO
          242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

                         DAVID
          Looks like we're going back together.
          Your trial start on Monday, too?

Arlo nods.

                         DAVID (CONT'D)
          Hey, I gotta friend over here who'd
          love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and
follows David to a machine with a pipe spigot extending from
its side, pouring clear water into a large hole in the floor,
covered by a metal bar grate.

                    DAVID (CONT'D)
          The dehumidifier recycles condensation
          back into the harbor, on the other
          side of that wall.

                    ARLO
          So, if we take this grate off, we
          can escape into the city?

                    DAVID
          It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

                    DAVID (CONT'D)
          This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

                    ARLO
          Incredible...

                    DAVID
          One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

                    DAVID (CONT'D)
          You dig shuttles, too? I taught myself
          mechanical design by studying 'em. I
          know 'em inside out.

                    ARLO
          Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

                    ARLO (CONT'D)
          The medical shuttles load those boxes
          from the medical warehouse --

                    DAVID
          Not just boxes -Drexlerin 2. That
          stuff's gonna be gold on the black
          market. They started pulling it out
                    (MORE)

>                    DAVID (CONT'D)
>              of the medical warehouse a couple
>              weeks back.

Arlo looks at David startled at his awareness.

>                    DAVID (CONT'D)
>              You won't last in the zones, if you
>              don't pay attention.

Arlo nods then continues. He points to a shuttle at the top
of the dividing wall, where  free citizens from the other
side of the wall board, easily.

>                    ARLO
>              The problem is: the hourly citizen
>              commuter shuttle takes five hours -
>              to Earth and back; but...

Arlo points to the shuttle on the construction zone floor.
Prisoners exit its hull.

>                    ARLO (CONT'D)
>              ...the inmate return shuttles only
>              take two hours.

>                    DAVID
>              That doesn't make sense.

As David ponders, the supervisor calls from behind them.

>                    GUARD SUPERVISOR
>              Time to get back to work!

>                    DAVID
>              Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours
Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by
guards.  A GUARD yells:

>                    GUARD
>              Line up!

Arlo and David find each other in the crowd and join the
other prisoners forming a line.

                ARLO
        I got a bad feeling about this.

At the front of the line guards help prisoners into neck
collars and handcuffs attached to a cable. Arlo squints at
the cockpit —no pilots inside, or pilot loading platform.

                ARLO (CONT'D)
        There are no pilots. No pilot loading
        platform.

Distracted, Arlo and David fail to notice that they've arrived
at the front of the line. A GUARD attempts to place the
restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses,
the guard slaps the restraints on him. Safe from retaliation,
the guard pounds Arlo in the ribs. Intimidated, David doesn't
resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE - CARGO BAY - SAME

Arlo, David and the other prisoners are pulled to their seats.
The cable restraints pop off as new wrist and waist restraints
pop out of the seats. The shuttle doors close.

                ARLO
        It only takes two hours round trip.
        That's too fast to get back. No pilots -
        no guilty consciences. We're getting
        dumped in space.

                DAVID
        What? Dumped?... What can we do?

                ARLO
        Get in the airlock. I flew in the
        Army. If we can get to the cockpit I
        can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock.
The rear airlock gate closes. The front gate opens. The
shuttle accelerates into space. David yells to the prisoners:

                DAVID
        We're about to get dumped in space!
        Break free and get into the airlock!

PRISONER #1
You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

ARLO
Get free or you're gonna die in here!

PRISONER #3
Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

ARLO
There must be a cargo lock to keep
the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

DAVID
God. They're all dead!

ARLO
We'll die, too, if this thing
autopilots back to Sky Town.

Rushing into

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few
buttons then nose-dives the shuttle toward Earth. David jerks
back violently and turns to Arlo, dismayed.

>           ARLO
>       Taking a direct course to New York,
>       before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

>           DAVID
>       A warhead...

David holds hid breat. Arlo races he engine. The warhead
gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City
comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into
the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

>           ARLO
>       It must have been programmed to
>       disable over major State centers.

>           DAVID
>       We could've just ejected in the pod.

Arlo cuts a confused glance at David.

>           DAVID (CONT'D)
>       This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up
and flips a few promising buttons on an overhead panel.

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the
fuselage to crash into the sea.


EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot
near the transit mall. David and Arlo hop out and race through
the river of commuters, into the transit mall.


INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended
luggage.  He taps David to draw his attention to the bags.
Dressed liked baggage handlers in their orange jumpsuits
they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David
rifle through the contents of the suitcases.

                    DAVID
          Nothing.

Arlo pulls a razor from the luggage.

                    ARLO
          Perfect.

David bends over. Arlo cuts a tiny tracking device from the
back of his neck. Fingers bloody, Arlo drops the tracker in
the toilet, and hands David the razor. David hesitates.

                    ARLO (CONT'D)
          Just do it.

David nervously cuts the tracking device from Arlo's neck
and drops it in the toilet. Arlo stands upright.

                    DAVID
          Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing
his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET - NIGHT

Arlo emerges from the subway onto a street of upper Manhattan.
Across the street, Arlo sees a romantic couple about to enter
an apartment building. Glancing both ways, Arlo trots across
the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks
on the door. Rianna opens the door, eyes wet with tears,
shocked to find Arlo.

                    RIANNA
          Arlo? You escaped.

                    ARLO
          They tried to kill me. I Just want
          to see the kids then I'll go... Are
          you crying?...

                    RIANNA
          Our repatriation is held because we
          didn't get Tamara's second payment.
          So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a
respirator. Arlo sits at her bedside with DR. LANEY SHULER
(45, female, WITH A BURN SCAR ON HER FACE). Rianna and her
mother (MRS RAMIREZ, 65) watch near the doorway.  Laney places
a BLOOD ANALYZER to Franny's arm.

                    ARLO
          Thanks for coming so quick, Schuler.

35

                    DR. LANEY SCHULER
              Save me from a burning truck, you
              get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to
Arlo.  Arlo shoves it in hs pocket.  Mrs. Ramirez turns to
Rianna.

                    MRS. RAMIREZ
              He shouldn't have come here.  They're
              going to arrest us any minute.

Rianna glares at her mother.  DING! The analyzer's bell
sounds. Laney reads the LED.

                    DR. LANEY SCHULER
              Respiratory Distress Syndrome.
              Prolonged exposure to carbon dioxide
              inflames the alveoli, restricts
              oxygen, causing system failures. The
              only treatment is extremely expensive:
              Drexlerin.  An inverse agonist
              polypeptide.  I'd give her a 50
              percent survival chance with it -
              less than a week without it.

                    ARLO
              How soon can you get some for her?

                    DR. LANEY SCHULER
              Drexlerin was discontinued. Drexlerin
              2 will be released in a week or two.
              There's none left in The State.

                    ARLO
              Yes there is...


EXT. REMOTE FIELD - NIGHT

A sky-car lands on a dark field. A dimly lit town is visible
in the distance. Arlo steps from the sky-car into darkness.

                    DR. LANEY SCHULER
              115 is just ahead.

                    ARLO
              Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney
slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on, glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

                          HOWARD
              Maybe that Drexlerin stuff?

                          JERRY
              Out of supply. 'Sides, the doctor
              says Jacob's allergen impacted; so,
              it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to
receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                          JERRY (CONT'D)
              Commissioner...

                          COMMISSIONER GUERRERO
              Matthiessen, I've got Lespi. You got
              one minute. Ready?

                          JERRY
              A minute?

                          COMMISSIONER GUERRERO
              Maximum security limits. Here he is.

                          JERRY
              Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears,
sitting in a cell.

                          LESPI
              I know you?

                          JERRY
              Jerry Matthiessen... Seems we found
              your hand in a crater.

                          LESPI
              Gonna arrest me?

                          JERRY
              Just wondering how it got there?

                          LESPI
              I was riding cargo on a supply
              shuttle, when a battery started a
              box fire. I tried to jump in the
              airlock, but the alarm triggered and
              slammed the airlock door on my wrist.

                         JERRY
               Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                         JERRY (CONT'D)
               How'd you get a new one?

                         LESPI
               State bought me a bionic... Hey,
               tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                         FEMALE AUTOMATED VOICE
               You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                         JERRY
               I thought prisoners can't get
               electives or bionics?

                         HOWARD
               They can't.

Howard stands and grabs his jacket.

                         HOWARD (CONT'D)
               Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                         JERRY
               I gotta press conference for the
               Grainer trial downstairs in 45
               minutes. P.R.

                         HOWARD
               Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

TV MONITOR

A news report plays video footage of a few boats pulling the
wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

                    HOWARD
          An unmanned shuttle crashed.

                    JERRY
          Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

                    JERRY (CONT'D)
          Mmm... 'Member when they served the
          real meat kind at the company party?

                    HOWARD
          Yeah. Those were incredible.

Jerry glances at his watch.

                    JERRY
          I gotta get back for that press
          statement.

Jerry tidies his hair then throws a tip on the table.

                    JERRY (CONT'D)
          See yuh.

Howard nods and sips a beverage. Jerry races out of the
restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no
reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde
LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van
Auck recognizes Jerry and approaches, hand extended.

                    VAN
          Van Auck, Public Imaging.

Jerry and Van shake.

                        JERRY
            Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                        VAN
                We make sure the administration is
                seen in the right light. The questions
                will come through the earpiece.

Van turns to the Make Up Artist.

                        VAN (CONT'D)
                Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                        JERRY
                Where are the reporters?

                        VAN
                We superimpose them. Look at your
                monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                        VAN (CONT'D)
                Gens. Computer generated models.
                I've preprogrammed the questions.

Van turns to the Make Up Artist.

                        VAN (CONT'D)
                Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

                    VAN (CONT'D)
          She just repatriated. People from
          The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                    VAN (CONT'D)
          You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                    HOWARD
          Why you running?

                    JERRY
              (checking his watch)
          My press conference comes on in three
          minutes. What are you watching?

                    HOWARD
          Old war footage of Arlo's platoon
          debriefing; after they were almost
          wiped out.

                    JERRY
          Why you watching that?

                    HOWARD
          Case background. The States's kinda
          obsessed with the guy. Doesn't seem
          like a killer. Saved his troops --

                    JERRY
          Tamara's DNA was in his sky-cycle.

                    HOWARD
          Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                    JERRY
          Two minutes.

42

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

                    GENERAL 1
          ...Lieutenant Midland stayed at base
          with the prisoner and sent the rest
          of the platoon into San Gabriel?

                    ERIC
          Just the four of us made it back to
          base. Midland and the prisoner were
          gone. We headed south along the river -
          before the Allies finished us.

                    ARLO (younger)
          About five minutes outta camp we
          found Midland's hover truck smoldering
          about 100 feet from the riverbank.
          We stopped to help, but he was gone.
          We found the prisoner dying half way
          to the river, face burned, holding
          an American field pistol -he must
          have wrestled it away from Midland.

                    GENERAL 2
          No sign of Lieutenant Midland?

                    TIAN
          Just his uniform by the river near
          some British sand-boots and a pool
          of blood.

                    LU WON PHAM
          Probably jumped in the river to get
          past the heat seekers to defect to
          the Allies -and didn't want his
          uniform getting in the way.

                    TIAN
          We heard Allied rovers, so we left
          the prisoner for the Allies to save.

VIDEO ENDS.

43

BACK TO SCENE

> JERRY
> If he's innocent, he'll have his day
> in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

> JERRY / ON TV
> My involvement in the Grainer case
> has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

> JERRY
> Am I that fat?

> HOWARD
> Even fatter. How come it says "Live"?

> JERRY
> Good question. Those reporters weren't
> even there. They're all gens. Computer
> generated.

> JERRY / ON TV
> Mr. Grainer refuses State
> representation. So the best way I
> can assure a fair trial is to
> cooperate with the prosecution...

> HOWARD
> All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

> HOWARD (CONT'D)
> You wearing lipstick?

                                        CUT TO:

44

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the
book 'The Little Prince'. Matty lies on a bed inside a large
clear, plastic tent, which filters out air impurities, next
to a window overlooking the city.

                    JERRY
          " 'You become responsible forever
          for what you have tamed. You are
          responsible for your rose...' 'I am
          responsible for my rose,' the little
          prince repeated so that he would be
          sure to remember.' "

Jerry closes the book.

                    JERRY (CONT'D)
          That's it for tonight, big guy.

                    MATTY
          Aah...

                    JERRY
          Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard
bought Matty.

                    MATTY
          Dad, how long do I have to stay in
          here this time?

                    JERRY
          Probably only three days.

                    MATTY
          That's so long...

Matty leans his head against the plastic glass.

                    JERRY
          I know it's hard, Matty. But the
          air's dirty this time of year. But
          you'll get better soon and we'll
          finally get to go fishing.

                    MATTY
          Really?

                    JERRY
          I know it.

45

Jerry kisses his son's head –through the plastic glass.

                    JERRY (CONT'D)
       G'night, big man.

Jerry stands and turns out the light.

                    MATTY
       Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

                    LAURA
       You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

                    JERRY
       I'm not even gonna be there. They
       just need me for P.R. spots.

Jerry lies beside Laura on the couch.

                    LAURA
       I don't know why they'd ask you to
       help their prosecution? What if he's
       innocent...?

                    JERRY
       He'll have his day in court. I give
       'em one favor, to keep my kid's
       filter, and I never hear the end.

                    LAURA
       I understand what you did... I was
       just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

                                CUT TO:

EXT. ZONE 115 - DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road
and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the
ruined building. He suddenly falls to one knee and grabs his
head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple,
as if defying the pain to stop him. The pain quickly subsides.
Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to
make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS,
17) in tattered shoes and a GRAY SWEATER, sleeping with a
rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's
belt. Arlo approaches the teenager and cautiously places one
hand on the kid's rifle and swiftly pulls the handgun out of
the kid's belt with the other.

The teenager awakens, startled and unable to move under the
force of Arlo's arm on the rifle. Arlo touches the handgun
to the teen's mouth, as if asking him to hush. Panic fills
the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good
intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within
striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

                        ARLO
                Then why are you here?

                        LOUIS
                Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                        ARLO
                For what?

                        LOUIS
                A State company makes fancy clothes
                in there. They brought a lot of jobs
                to this zone. We protect the workers
                from the thugs, and the workers
                sometimes buy us food.

                        ARLO
                Us?

                        LOUIS
                My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                        BENNI
                You ask a lot of questions.
                        (turning to Louis)
                And you talk too much, Louis.

                        LOUIS
                I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                        BENNI
                Maybe if you weren't listening to
                that crap all the time.

Benni turns to Arlo.

                        BENNI (CONT'D)
                You with the blue guard?

                        ARLO
                Arlo Grainer. Zone 242.

48

                    BENNI
                (excited)
        Arlo Grainer? Oh my god. You're
        supposed to be in prison?

                    ARLO
        I didn't like it. And you are...?

                    BENNI
        Benni...
                (shaking Arlo's hand)
        ...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                    BENNI (CONT'D)
        Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                    LOUIS
        You know him?

                    BENNI
        Arlo Grainer is like a myth. Don't
        you remember in school...

                    LOUIS
                (to Benni)
        On TV... didn't Arlo Grainer kill
        that lady scientist?

                    ARLO
        I didn't kill anyone.

                    BENNI
        The State frames people, Louis, then
        takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                    BENNI (CONT'D)
        Why would you come here?

                    ARLO
        Looking for the Z.R. Center and Tian
        Shen Wu.

                    BENNI
          Bounty hunters killed Tian about two
          years ago. The new center's not too
          far. Why are you going there?

                    ARLO
          I need to get to Sky Town.

                    BENNI
          Really?

Benni considers Arlo's shabby outfit.

                    BENNI (CONT'D)
          Looking like that?

                    ARLO
          Got something better?

                    BENNI
          We collect the sweatshop's irregular
          clothes for Faith House... Come
          upstairs and see what we can find...
                    (turning to Louis)
          Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                    BENNI (CONT'D)
          Why are you going to Sky Town?

                    ARLO
          To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

                          BENNI
                   Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                          BENNI (CONT'D)
                   You can change in there. I'll get
                   you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                          JERRY
                   Hello.

                          ANEESH
                   Jerry,  I've reserved a ticket for
                   you to New York. Grab your hat.

                          JERRY
                   What?

                          ANEESH
                   Arlo escaped on the crashed shuttle --

                          JERRY
                   What?

                          ANEESH
                   If we don't find him before his trial,
                   Monday morning, we're gonna have a
                   mess on our hands. You're our
                   investigator. You have all your
                   weapons and travel clearances.

                          JERRY
                   I don't investigate for The State.
                   You must have some regulars, 'Neesh.

51

> ANEESH
> Evidence planters, not investigators.
> Imagine how emboldened the zones
> will be if he's not in that court
> room Monday. You could save a lot of
> lives.

Jerry pauses to consider the request.

> JERRY
> With one condition -I don't work for
> the prosecution anymore.

Aneeshes pauses to consider the terms.

> ANEESH
> Fine. Just find him.

> JERRY
> On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the dresser. Laura slowly rouses, awake.

> LAURA
> What's going on?

> JERRY
> I gotta go to New York.

Jerry spins the combination lock, opens the door and removes a hand gun and a pre-packed travel bag. Laura watches as Jerry pack his gun into his bag.

> LAURA
> Weapons clearance?... You're
> investigating for them... It's Arlo.

Jerry throws on his pants.

> JERRY
> Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

> LAURA
> Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new
clothes, Arlo exits the bathroom to find Benni bending over
a bucket of water, in a tank top, finishing her hair wash.

> BENNI
> Wow, You look great.

> ARLO
> You too... I mean --

> BENNI
> Don't. That's the nicest thing I've
> heard in a month.

> ARLO
> You don't have a boyfriend?

> BENNI
> Only thugs and paint blowers around
> here.

Arlo notices military dog tags on Benni's wrist.

> ARLO
> U.S. Army issue.

Benni reaches for the dog-tags protectively.

> BENNI
> My dad's. He was arrested in a police
> sweep. I'm sure they killed him. Mom
> was killed when they bombed this
> building.

Benni throws on a jacket, then picks up a plastic bowl and a
spoon from the floor.

> BENNI (CONT'D)
> The Z.R. Center can probably arrange
> tickets for you to Uberopolis, but
> we're gonna need to stop at Faith
> House for a fake I.D. and passport.

> ARLO
> What's the bowl for?

> BENNI
> You'll see.

CUT TO:

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary streets of Zone 115 as a few down-trodden people emerge from the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly descends to the street ahead of them. A gate opens, releasing dozens of weak and gaunt women and children.  Arlo and Benni watch unflinchingly, familiar with the State's practice of dumping religious prisoners in the zones.

> BENNI
> When the State started dumping the
> religious in our zone, it wasn't
> long before they started killing
> each other.

Cargo emptied, the army hover-truck quickly flies away.

> BENNI (CONT'D)
> Tian got their leaders to meet and
> work things out... They opened Faith
> House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

> BENNI (CONT'D)
> The killing stopped. They even have
> a school there for gifted children...

A young girl and a young boy, just dumped from the truck walk weakly toward Arlo and Benni.  The young girl looks into Arlo's eyes imploringly.

> YOUNG GIRL
> Please, sir.  We haven't eaten for
> two days.

> YOUNG BOY
> We lost our mother at the camp.

> YOUNG GIRL
> They took our father away.

Arlo reaches into his coat pocket, removes the bread John Carl gave him and hands it to the kids.

> ARLO
> That's all I have.

                          YOUNG GIRL, YOUNG BOY
              Thanks you.  Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.  As they pass a tiny
neglected park Benni's voice perks up.

                          BENNI
              I found something amazing here
              yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                          ARLO
              Incredible.

                          BENNI
              I think it's a violet. We never get
              flowers here... It's even prettier
              in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                          ARLO
              You're gonna keep it?

                          BENNI
              I'm taking it to Faith House. Maybe
              they can save it and make more.
              Imagine, a few of these in every
              neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                          BENNI (CONT'D)
              Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                          ARLO
              That a dream catcher?

55

Benni nods.

                    BENNI
          I made it... Dreams are like my
          religion.

                    ARLO
          You believe in 'em?

                    BENNI
          When that's all you got...

Arlo considers the butterfly dream-catcher.

                    ARLO
          Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their
hands touch along the necklace string.

                    BENNI
          Change, to me... I'm not afraid of
          change.

Benni looks up at Arlo's face.

                    BENNI (CONT'D)
          Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems
comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward
the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

                    BENNI (CONT'D)
          You must be happily married?

                    ARLO
          Separated.

                    BENNI
          You think she's your soul mate?

                    ARLO
                (shrugging)
        I'm not sure what a soul-mate is...?

                    BENNI
        Someone you're deeply connected to.

                    ARLO
        Maybe. But she says I don't talk
        enough.

                    BENNI
        I think guys avoid talking to avoid
        their feelings.

                    ARLO
                (shaking his head)
        I just have a way saying the wrong
        thing... You sound like a therapist.

Benni smiles.

                    BENNI
        I'd love to be a children's therapist.
        If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                    BENNI (CONT'D)
        Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE - DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                    ARLO
        Thank you for your help.

                    BENNI
He's doesn't have much time.

                    GURU
It will only be a few moments.

                    PASTOR
               (turning to Arlo)
Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

                    RABBI
I found a corpse, killed in a skyway
accident yesterday. His Uberopolis
permits haven't been vacated yet.
Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

                    BENNI
You look nervous.

                    ARLO
Different religions in the same
room...

                    BENNI
Happens here everyday.

                    RABBI
We fought for centuries...

                    PASTOR
Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

                         STUDENT
              ...internationally scorned for its
              belligerent history, but its trade
              imbalance and social and corporate
              welfare destroyed its economy, and
              eventually the world's. No longer
              beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

                         BENNI
                What are you doing?!

                         ARLO
                    (breathing heavily)
                I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

                         CLERIC
                Your I.D.

                         ARLO
                Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

                         GURU
                Surviving the war and fourteen years
                underground requires some healthy
                paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel.
Arlo lowers the gun and wipes the sweat from his brow.

> ARLO
> I thought...

The cleric nods, understanding.

> BENNI
> (nervously embarrassed)
> We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

> GURU
> Blessings.

> PASTOR
> Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo,
through the impoverished local pedestrians, predators and
their quarry.

> ARLO
> I'm sorry.

Arlo catches up to Benni.

> ARLO (CONT'D)
> I got nervous.

> BENNI
> You put a gun in the cleric's face.

> ARLO
> The religious can't mix in my zone.
> (overlapping)

> BENNI
> (overlapping)
> If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply
to gather her strength.

                    BENNI (CONT'D)
          Did you kidnap Tamara Gwynn?... They
          found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

                    ARLO
          Tamara came to 242 trying to get
          back to L.A. for her trial before
          the State killed her -to stop her
          from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

                    ARLO (CONT'D)
          When the bounty hunters who followed
          Tamara learned I was in 242 they
          came after me and my family, instead.
          I agreed to drive her to the L.A.
          for money to get my family to safety.
          I almost got her there... She was
          like you... Strong, full of hope.
          She was gonna save the world...

Benni's face softens as Arlo explains.

                    ARLO (CONT'D)
          I'm afraid you don't believe me, but
          I didn't hurt Tamara.

Benni stops to face Arlo.

                    BENNI
          I believe you...

Benni turns away and resumes walking. Arlo follows.

                    BENNI (CONT'D)
          Weird to hear the fearless Arlo
          Grainer say he's afraid.

                    ARLO
          Fearless? I got fears. They keep me
          smart... on my toes.

                    BENNI
          What fears could you have?

                    ARLO
          Fear I won't live to see my kids
          grow up... Fear I'll outlive 'em...
                    (MORE)

61

                    ARLO (CONT'D)
          Or I'll fail 'em...  Like I failed
          Tamara.

                    BENNI
          You did all you could.

                    ARLO
          Fear of my own mistakes.

                    BENNI
          What? You inspired millions of us --

                    ARLO
          It was a mistake.

Benni's jaw drops with shock and disillusionment.

                    ARLO (CONT'D)
          I wouldn't have declared Stockton a
          free zone if I knew how many zone
          fighters would die... for a mistake.

Benni's eyes grow wet with tears.

                    BENNI
          It's not mistake. My parents died
          for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

                    ARLO
          You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

                    ARLO (CONT'D)
          I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

Two young Chinese men: a tall man, RICK (25), and a short man, BRUCE (25) open the door suspiciously.

> BRUCE
> Benni.

> BENNI
> Rick, Bruce. This is Arlo Grainer -a friend of your father's...

INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl watches the proceedings carefully from the door of Franny's bedroom, behind him Franny is visible, unconscious, in bed.

> RIANNA
> ...he came alone. Only long enough to see Franny. Then he left.
> (turning to her mother)
> I can't believe you called these people.

> MRS. RAMIREZ
> If I didn't, we would have been arrested.

> RIANNA
> You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic carpet cover and onto the carpet. Rianna's mother reacts.

> MRS. RAMIREZ
> Please, don't step on the carpet.

> JERRY
> Sorry.

Jerry steps forward and returns to Rianna.

> JERRY (CONT'D)
> Where's he going?

Rianna hesitates.

> JERRY (CONT'D)
> He's better off if I find him before the Blue Guard.

                    RIANNA
          Zone 115. He has a friend there...
          Tian Shen Wu.


INT. Z.R. CENTER - DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                    ARLO
          ... He introduced me to Sun Tzu.

                    RICK
          My father told us many stories about
          you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                    BRUCE
          A few months ago, this came for you,
          in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                    BRUCE (CONT'D)
          I've never seen anything like it.

Bruce hands the box to Arlo.

                    ARLO
          Thank you. Thank you.

Arlo opens the box, quickly, to find...

                    ARLO (CONT'D)
          The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                    BENNI
          How can it be here?

                        ARLO
            Dylan sent it... I forgot.

                        BENNI
            This means --

                        ARLO
                    (whispering)
            Hope is unreasonable.

                        BENNI
            It means you can still help Tamara
            change the world.

Benni's phone rings. She answers.

                        BENNI (CONT'D)
            Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                        AFRICAN AMERICAN MAN
            You're booked on the 3 PM shuttle to
            Uberopolis, gate five.

Arlo nods appreciatively.

                        ARLO
            Thanks. That only gives me three
            hours.

Arlo and Bruce consider the A-cell.

                        RICK
            Maybe we can help get that into the
            right hands.

                        BENNI
                    (on the phone)
            ... Thanks.

Benni hangs up, and turns to Arlo.

                        BENNI (CONT'D)
            Louis says a State investigator just
            came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

                    ARLO
          I can't leave it here with The State
          coming...

Arlo moves closer to address Benni more personally.

                    ARLO (CONT'D)
          Thanks for everything... I'm sorry
          about what I said. It's not a mistake.

                    BENNI
          It's OK.

                    ARLO
          I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

                    BENNI
          For luck.

                    ARLO
          Thanks.

                    BENNI
          If you're ever back in 115...

Benni looks down self-consciously.

                    ARLO
          Of course.

Arlo turns for the door.

                    BENNI
          How can you get back into The State
          without a State car?

                    ARLO
          I'll work on that. I gotta go before
          they get here.

Arlo pulls the basement door open to leave.

                    RICK
          I know how you can get back in The
          State.

Arlo stops to listen.

EXT. Z.R. CENTER - DAY

Jerry parks his sky-car on the street outside of the Z.R. center. Stepping out into the rain, Jerry raises his hands over his head, to show he's unarmed as he approaches the Z.R. basement headquarters.


INT. Z.R. CENTER - DAY

Jerry stands in the living area of the sector 115 Z.R. center with the tall and the short Chinese man. The computer and gadgets are all gone now, hidden. Bruce stares at Jerry with admiration and comments to his brother:

                    BRUCE
All these celebrities.

                    RICK
           (to Jerry)
Brave of you to come here without the Blue Guard.

                    JERRY
I figured I was safer without 'em. His wife said he came to see a... Tian Shen Wu.

                    RICK
Our father's dead. Arlo needed a passport back into the State.

                    JERRY
Where's he going?

Rick and Bruce look at each other cautiously.

                    JERRY (CONT'D)
He's better off if I get him before the blue guard does.

                    BRUCE
The shuttle port.

                    JERRY
To where?

                    RICK
We didn't ask.

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

                    JERRY
          Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later,
Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in
their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

                    HOWARD
          Jerry.

                    JERRY
          You look great.

                    HOWARD
          I'm meeting Michael for lunch. Where
          are you?

                    JERRY
          New York. Tracking Arlo. He escaped
          in that shuttle crash --

                    HOWARD
          You're kidding?

                    JERRY
          They asked me to find him. I tracked
          him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage
as he continues talking with Howard (on the phone).

                    HOWARD
          Where's he going?

                    JERRY
          I don't know? His friends in 115
          just said he was coming here.

                    HOWARD
          115?

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror
monitor) listens engrossed, as Jerry pulls his sky-car into
the largely empty garage.

>                    JERRY
>           He went there to see a dead friend...
>           Tian Shen Wu.

>                    HOWARD
>           From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

>                    JERRY
>           I knew that name sounded familiar...
>           Can you run a check on all the San
>           Gabriel survivors?

>                    HOWARD
>           Sure.

>                    JERRY
>           Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror
as he hangs up. As the regular rear-view mirror perspective
returns, Jerry's body jolts, startled to find Arlo, in the
back seat, holding a gun to Jerry's head.

>                    ARLO
>           Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes
the gun from Jerry's belt, takes the keys from the ignition,
and takes Jerry's omni-com. Arlo drops the omni-com on the
sky-car seat, but puts the gun and keys in his jacket pocket.

>                    ARLO (CONT'D)
>           I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of
the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his
gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's
arm, powerfully, knocking Arlo's gun into the trunk.

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry Kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

> JERRY
> Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

> ARLO
> You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

> ARLO (CONT'D)
> Drop it or I'll shoot.

> JERRY
> Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

> JERRY (CONT'D)
> Was it loaded.

> ARLO
> Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

> ARLO (CONT'D)
> Good to see you again. Sorry 'bout
> the circumstances...

                    JERRY
          I don't get it. You were safe in the
          zones. Why'd you come back?

                    ARLO
          My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

                    ARLO
          For my wife.

                    FEMALE SECURITY WORKER
          Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

                    JERRY
          Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

                         ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                         JERRY (O.S.)
                    (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                         JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                         JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                         COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                        JERRY
            San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                        HOWARD
            I've been waiting for you to call
            back... You got beat up.
                    (noticing Jerry's
                    bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                        JERRY
            It's nothing. I made contact with
            Arlo. Too much contact.

                        HOWARD
            Where's he going?

                        JERRY
                    (shrugging)
            That's the problem. I don't know. He
            just said he needs Drexlerin.

                        HOWARD
            I heard they're warehousing it on
            Uberopolis till it's released.

                        JERRY
            Sky Town? OK... Look check the
            connection between Arlo, Drexler and
            San Gabriel.

                        HOWARD
            Got it.

                        JERRY
            Call Aneesh first and tell him to
            warn Drexler that Arlo may be in Sky
            Town already.

                        HOWARD
            On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the
shuttle-port concourse, as the public address plays a soothing
info-mercial about the history of Uberopolis:

> PUBLIC ADDRESS
> ...All six billion gallons of water
> in the Uberopolis Harbor were secured
> when Drex-Tech captured the Rathman-
> Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small
vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

> CUT TO:

INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and
clearances to a SECURITY WORKER. The worker takes the guns,
reading Jerry's paperwork:

> SECURITY WORKER
> Sorry, Mr. Matthiessen. We'll issue
> you a stun gun, right away.

> JERRY
> I've got permits...

> SECURITY WORKER
> No guns permitted on Sky Town. Fragile
> environment. A bullet up there might
> ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry
looks confused by the gift.

> JERRY
> Underwear?

                    FEMALE SECURITY WORKER
          Gravity garments. Socks, briefs and
          arm bands... Magnetized. There's no
          gravity on Sky Town. The electro-
          magnetic floor grid simulates a
          gravity about one third of Earth's.
          Without these, you'll just float in
          the air.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

                    DREXLER
          Six years ago Drexler Labs introduced
          Drexlerin -a bi-monthly maintenance
          drug, rather than a cure -to ensure
          future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

                    DREXLER (CONT'D)
          Sold in packs of 5, the expense and
          popularity of Drexlerin made it a
          hot black market target -resulting
          in huge losses. Postal distribution
          proved disastrous, too. It's
          popularity was eventually killing
          more people than it was saving.
          Next week we introduce the one time...

Drexler removes the small bottle.

                    DREXLER (CONT'D)
        ...curative, Drexlerin 2. As you're
        aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

                    DREXLER (CONT'D)
        I have an interview here in a few
        minutes, so, business to add to
        tomorrow's agenda?

                    BUSINESSMAN #2
        I'd like to expand the prison labor
        program to Earth-based industry. I
        hear you have over 5,000 workers up
        here?

                    DREXLER
        Hmm... Interesting. Anyone else?

                    BUSINESS WOMAN
        I'm concerned that the Riordan Network
        is pushing free speech limits. Maybe
        it's time...

Drexler shakes his head.

                    DREXLER
        Riordan's 10 percent market share
        assures voters the media is free.

                    BUSINESSMAN #3
        I'm concerned about rising zone
        pirating. If we close the trade lanes
        we end the pirating...

                    BUSINESS WOMAN #2
        Close the lanes and take them off
        our power grid. We'd save --

                    DREXLER
        We've been through this. The threat
        of a zone attack galvanizes the voters
        behind us. If we close the lanes or
        the power grid, we lose our factories,
        cheap labor, and our grip of power...
        We'll increase Blue Guard presence
        in the lanes.
                (looking at his watch)
        Let resume in the morning.

EXT. STREETS OF UBEROPOLIS - NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

                    POLICE OFFICER 1
          Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

                                        CUT TO:


EXT. UBEROPOLIS - SHUTTLE-PORT - NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

                    PUBLIC ADDRESS
          Uberopolis comes from the German
          "Uber" meaning above. And Uberopolis
          is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
          You get anything?

                    HOWARD
          Wu, Pham, and Sanchez all survived
          San Gabriel. Pham and Sanchez were
          busted for conspiracy after the war.
          Standard 120 days on Sky Town. After
          they returned to Earth, both were
          incinerated in prison riots. I checked
          "prisoners killed in riots" in the
          Corrections base and every Sky Town
          prisoner, ever, was killed in riots -
          after they returned to Earth. And
          all from the zones.

                    JERRY
          Hmm.

                    HOWARD
          What's more curious is Leonard Lespi
          was on the list... It said he died
          four months ago.

                    JERRY
          What?... That means the Lespi I spoke
          with --

                    HOWARD
          Was a gen... Died in space somehow
          and was sucked back to Earth and
          into our crater.

                    JERRY
          If he died in space, the other
          prisoners on that list did too.

                    HOWARD
          But how?

                    JERRY
          I dunno. And we have no evidence of
          a crime; no bodies or witnesses -
          except Arlo. Find any connection to
          San Gabriel?

                    HOWARD
          You won't believe... The platoon
          Drexler escaped from was Arlo's.

78

                    JERRY
          No shit?

                    HOWARD
          They erased any mention of the
          capturing platoon from The State
          database. I had to go to the prewar
          archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
          I dug up this old photo of Arlo's
          platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
          ...95 percent of the materials used
          to construct Uberopolis were mined
          and produced at President Drexler's
          lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                    JERRY
          That guy on the left looks sort of
          like Drexler.

                    HOWARD
          Frank Midland, Platoon lieutenant.
          Incinerated by the same lancer that
          burned Drexler's face.

                    JERRY
          Hmm. Can you dig up Drexler's, Arlo's,
          and Midland's military records?

                    HOWARD
          On it.

                                        CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General.
Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL - NIGHT

Arlo's police uniform has allowed him to penetrate deep into
the hospital. He arrives at a SECURITY DESK where a brown
jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED
PERSONNEL". Arlo adjusts his hat and approaches the desk.

                    ARLO
          We're sweeping for that nut, Grainer.
          They asked me to check the Drexlerin
          warehouse.

                    DESK GUARD
          Yeah, dispatch said that dude might
          be here. They've all gone home for
          the day. If he's back there, he'll
          be easy to find. The warehouse is
          the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry
pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port,
he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out
his badge and hails him to stop. The officer complies.

                    POLICE OFFICER 2
          We got a prisoner on the loose. What
          do you need?

                    JERRY
          That's who I'm after... Where can I
          get a sky-car?

                    POLICE OFFICER 2
          Get a cop ranger or cycle from the
          downtown station. Civilian vehicles
          can't go higher than twenty feet
                    (MORE)

                    POLICE OFFICER 2 (CONT'D)
          from the street. Police vehicles can
          free-range.

Jerry nods appreciatively and points at a video camera mounted
along the street.

                    JERRY
          Can the station get me access to
          these camera monitors, to locate the
          prisoner?

                    POLICE OFFICER 2
          Hell no. Until today we never had
          crime to monitor. Those are so The
          Drexler Media Center can televise
          the celebrities here. It's good for
          business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight,
Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he
enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size
of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the
distant corners of the room for any sign of Drexlerin.

                                                    CUT TO:

EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

81

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

                    JERRY
          I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a
LARGE GUARD stands imposingly.

                    RECEPTIONIST
          In there. But you --

                    JERRY
          Thanks.

Jerry turns, approaches the GUARD and flashes his ID and
credentials to the guard.

                    RECEPTIONIST
          But, you can't just --

                    JERRY
          Federal Inquiries. I need the
          engineer.

Jerry quickly proceeds toward the control room.

                    LARGE GUARD
          Hold up, cowboy.

                    JERRY
          I've got an escaped prisoner. There's
          no time.

The guard grabs Jerry's shoulder forcefully.

                    LARGE GUARD
          I said, "wait".

                    JERRY
          I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping
him to his knees.

The guard topples to the floor, unconscious. Jerry walks
briskly beyond the door into the Broadcast Center.

82

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily.  Jerry addresses one of them.

                    JERRY
              Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

                    JERRY
              Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

                    JERRY (CONT'D)
              I have a prisoner loose in Sky Town.
              I need surveillance camera access.

                                                  CUT TO:


INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

                    HANNA TROWERS
              Tonight I'm honored to welcome
              President Peter Drexler, live from
              Uberopolis...

                    DREXLER
              Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

                    DESK GUARD
              Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

                    ARLO
          No. The warehouse is empty. They
          want me to look in the Drexlerin
          lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

                    DESK GUARD
          Spence, where's the Drexlerin lab?

                    SECURITY GUARD
          That shit's made on Earth. They just
          stored it here until they were...

The security guard suddenly recognizes Arlo.

                    SECURITY GUARD (CONT'D)
          Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.


EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

                                        CUT TO:

INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

                    ENGINEER
          Touch the map anywhere to view the
          camera in that part of the city.

The engineer hands Jerry the stylus.

                    ENGINEER (CONT'D)
          When you find your man, tap his image,
          and the cameras will track him
          anywhere in the city.

84

                    JERRY
          Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                    JERRY (CONT'D)
          These are all Drexler media channels?

                    FEMALE ENGINEER
          All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                    DREXLER
          ...Brilliant, really.  We conquered
          the Middle East by allowing their
          factions to exterminate each other.

                    HANNA TROWERS
          But your voter competency test, and
          sterilization plan for the poor,
          some say they're intended to eradicate
          the intellectually challenged —much
          like The State has ousted the
          religious.

                    DREXLER
          First, citizens are free to believe
          as they wish —in their homes.
          Religious assemblers are expelled to
          prevent the wars that religious
          assemblies invite.  Voter testing
          and my sterilization plan deserve
          debate.  For thousands of years our
          social progress has been stunted by
          the intellectual limits of the masses.
          We've subsidize them while they've
          over-populated us to extinction's
          brink...

85

BACK TO SCENE

Jerry turns to the female engineer.

> JERRY
> Is that live?
>     (nodding to the
>     monitors)

The female engineer nods.

> JERRY (CONT'D)
> Where is that?

> FEMALE ENGINEER
> Drexler's conference room. One floor
> up.


EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

> POLICE OFFICER 3
> Hey!


EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

> ARLO
>     (whispering)
> No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

> DREXLER
> ... We're in a historical turning
> point: when reason overcomes religion.

86

>                    HANNA TROWERS (on TV)
>               But in expelling the religious from
>               The State, how are you less guilty
>               than they of committing holy war?

>                    DREXLER (on TV)
>               Ten thousand wars they waged against
>               mankind. I waged one, to prevent ten
>               thousand more.

The Anchorwoman pauses in the drama of the moment.

>                    HANNA TROWERS (on TV)
>               Thank you, President Drexler. My
>               best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and
accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except
one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to
Drexler on the set.

>                    PROGRAM DIRECTOR
>               Great interview.

>                    DREXLER
>               You got all the questions right,
>               this time.

>                    PROGRAM DIRECTOR
>               Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the
anchorwoman. Unexpectedly the Anchorwoman vanishes from the
screen. A look of disbelief takes Jerry's face.

>                    JERRY
>               She's a gen?

                    PROGRAM DIRECTOR
          You're a detective?
             (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket
and walks to a

BAR

in a cozy corner of the conference room (near the conference
table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference
room, keep a low profile, careful not to disturb the
President.

Drexler turns to his security guards:

                    DREXLER
       Soda?

One security guard nods and Drexler graciously tosses him a
canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a
drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and
glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and
Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his
receptionist, LYNN.

                 DREXLER (CONT'D)
      It's late, Lynn.

                 LYNN (on the phone)
      I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears
on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

88

>                    DREXLER
>           What can I do for you?

>                    ARLO
>           We need to talk.

>                    DREXLER
>           I don't negotiate with State enemies.

>                    ARLO
>           I have the A-cell.

>                    DREXLER
>           I have the A-cell. It's a dud. Bad
>           science.

>                    ARLO
>           You have a decoy.

Arlo holds up the A-cell for Drexler to see.

>                    ARLO (CONT'D)
>           Thing is, it's just a prototype. It
>           still has some kinks. Like three
>           ounces of antimatter. If someone
>           were to, say, smash this open... All
>           that antimatter could erase this
>           city in an instant.

Drexler hesitates.

>                    DREXLER
>           I'm on the 57th floor of the Media
>           Center. I'll have security stand
>           down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                              JERRY
                    What do yuh got?

                              HOWARD
                    All there was in prewar records were
                    their stat sheets and DNA index.
                    Frank Midland: six-three, 230, 14
                    boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                              HOWARD (CONT'D)
                    ... Arlo: 6'-1", 210, 12 boot, wounded
                    three times, honorable discharge.
                    Nothing big in his DNA. Drexler: 225
                    pounds, six-two, 12 boot... Odd.
                    Drexler's prewar DNA records were
                    destroyed. But his current sample is
                    similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                              JERRY
                    That's it! The burn would have
                    cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

                    JERRY (CONT'D)
          There would have been no bleeding.
          The blood was Drexler's, not
          Midland's.

                    HOWARD
          What?

Jerry's speech intensifies.

                    JERRY
          In the debriefing video: the blood
          by the river with the boots -because
          Drexler's boots were too small...
          That's why he had the gun. Midland
          killed him...

                    HOWARD
          Who? -What?

Jerry ignores Howard, lost in the epiphany.

                    JERRY
          ... The DNA reprogramming, that's
          why it's not a perfect match. That's
          why he destroyed his old records...

                    HOWARD
               (overlapping)
          I don't follow.

Jerry continues, lost in the revelation.

                    JERRY
          And Arlo knows... That's why they
          want me on their team -so I won't be
          at the trial -cause there won't be
          one. Just gens acting out a televised
          trial -long after they've killed
          Arlo.

                    HOWARD
          What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically
tracks Arlo's progress. With Jerry's tap, a tiny icon of
Arlo appears on the lower screen —a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis
map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

                    JERRY
               He's coming here.

Jerry hangs up the phone and addresses the control room.

                    JERRY (CONT'D)
               Who's in charge!

A man raises his hand.

                         PROGRAM DIRECTOR
               I'm the program director.

                    JERRY
               Go live with what I have here...
               Every news channel.

                         PROGRAM DIRECTOR
               Only President Drexler can
               authorize...

                    JERRY
               You ever see one of these?

The program director looks up to see Jerry's holding a stun
gun inches from his face.

The program director pushes a series of buttons to run the
video feed of Arlo, racing on a sky-cycle, to all 200
stations.

                                             CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-
Media building's 57th floor.

Arlo takes a few rotations around the building, his eyes scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the accelerator, and SMASHES the sky-ranger through the window of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the floor.  Drexler shields his face from the debris and leaps out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his knee, wounded.

> ARLO
> I know...
> (grimacing in pain)
> ... you killed... Tamara Gwynn.

> DREXLER
> A painful choice, made for the greater good.

Arlo brings himself to a seated position.

> ARLO
> And everyday you dump hundreds of prisoners into space.
> (breathing heavily)

Arlo struggles to his knees.

> DREXLER
> To offset escalating birthrates and overpopulation in the zones.

> ARLO
> You kill zoners and prisoners for transplant organs.

> DREXLER
> Shouldn't those who injure society, also heal it?... You know quite a bit about me... But I don't think we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

> ARLO
> Don't you remember me? You ordered my platoon into an ambush in the San Gabriel...

Grimacing, Arlo rises to his feet.

> ARLO (CONT'D)
> So you could kidnap and ransom our prisoner -to finance your defection. But outside of camp a Lancer struck your hover truck -burning your face. Drexler survived... Facing treason, you took Drexler's clothes and tags,
> (MORE)

                              ARLO (CONT'D)
                    and ordered him to the river; where
                    you shot him, pushed his body in the
                    river, put on his uniform... and
                    played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

                              ARLO (CONT'D)
                    Face burned, with allied tags; no
                    one questioned your ID. Your plastic
                    surgeon sealed it. The you killed
                    his parents and the inheritance was
                    yours. Except we saw the burned
                    soldier by the river, in British
                    uniform, but U.S. boots and gun. You
                    got rid of Lu, Eric and Tian before
                    they realized... But I know you killed
                    Drexler... Midland.

Drexler nods somberly.

                              DREXLER
                    Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

                              DREXLER (CONT'D)
                    Before the war, I dreamed only of
                    serving my country then running for
                    office. Leadership burned like fire
                    in me. My dream was almost stolen
                    when my face was burned... See, wisdom
                    and character mean little to voters
                    in this age. They seek fame, wealth,
                    beauty. I wasn't famous... or rich...
                         (smiling)
                    ...But I looked OK... I didn't kill
                    Drexler for his money, I killed him
                    to get back my electable face...

                                                       CUT TO:


INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                                       CUT TO:


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

> DREXLER
> I used his name, but my with my
> policies The State IQ average is up –
> 128; we've achieved full employment;
> we have more billionaires than ever;
> and brought jobs to the zones and
> provide your youth plenty of cheap
> video games and headsets; to keep
> them safe from their own despair –
> too content to fight.

Arlo's expressions flattens in the face of such evil.

> DREXLER (CONT'D)
> So, you're here to topple the kingdom
> by killing the king?

> ARLO
> (shaking his head)
> My daughter's sick. I need Drexlerin.

> DREXLER
> You'd threaten a hundred thousand
> lives to save your daughter?... Not
> exactly heroic...

Arlo's jaw clenches.

> DREXLER (CONT'D)
> Drexlerin is produced on Earth. We
> warehoused it here to keep it safe
> from pirates until our bunkers were
> ready. The last shipments returned
> to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

> DREXLER (CONT'D)
> But I did bring a few doses for my
> presentation. A trade: the A-cell
> for the Drexlerin.

Arlo pauses at the offer.

> DREXLER (CONT'D)
> Very generous, considering your
> position... I'll have you escorted
> to give your daughter the Drexlerin –
> then returned to prison. My word...
> (MORE)

96

> DREXLER (CONT'D)
> Or you can keep the A-cell -but how
> will that help your daughter?

Arlo's eyes race, calculating his options.

> ARLO
> Tamara didn't want you to have it.

> DREXLER
> (disgusted)
> Tamara would have destroyed the energy
> industry and our economy for her
> cause. I've planned a thirty year
> phasing; allowing industry to
> adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

> ARLO
> Thirty years? Billions more will
> die.

> DREXLER
> But the quality of life is preserved.
> There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

> DREXLER (CONT'D)
> The anguish of power: sometimes
> sacrifice is the only option. I
> sacrificed religion for peace. You
> can do this -for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

CUT TO:

INT. FAMILY'S HOME #2 (EARTH) - NIGHT (CONTINUOUS)

A family watches, tensely.

                                                   CUT TO:

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses;
perhaps remembering Tamara's opinion that "sacrifice is a
failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin.
Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in
Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the
mirror, Arlo watches Drexler's right hand (no longer holding
the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand
prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell
Arlo unexpectedly flips the A-cell to his side, toward the
giant hole in the window created by his sky-ranger.

                         ARLO
              I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window.
With no time to fire, Drexler scrambles after the A-cell,
gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER - THROUGH BROKEN WINDOW - NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo
seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right
hand, Arlo grabs the window frame with his left, and flings
Drexler, with all of his might, toward the city floor.

As Drexler falls, Arlo kicks off the wall —after the A-cell. Arlo seizes the A-cell in his finger tips, just before his 'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street below, sending them screaming in all directions, and Arlo Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out the window.

Behind him, one of the engineers reaches for the controls to switch the television stations back to their original programs. The program director stops the engineer, pointing at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
          Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes the A-cell to fumble out of his hand and bounce about 40 feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

> DREXLER
> Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

> DREXLER (CONT'D)
> Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

> DREXLER (CONT'D)
> You think I need a gun to kill you?
> Your body is aging, slowing down...
> *I'm* immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

100

The bottom of a sky-car smacks Drexler's head, prying his arm from Arlo's neck. Drexler groans in pain.

                    DREXLER (CONT'D)
          Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets down the street, hitting a bystander.  The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

                    POLICE OFFICER 4
          Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic, as Drexler follows. A taxi driver yells at Arlo, angrily:

                    TAXI DRIVER
          Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

101

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows
a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few
speeding uber-taxis. Emerging on the other side of the street,
Arlo sees a few workmen coming out of a DOUBLE DOORWAY,
leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION,
AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of
workers in a dim, narrow hallway; pipes and cables line the
walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through
the workers, deeper into the power station, until he spies a
FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

                         WORKER
          Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns
and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite
direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER
slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking
up from the ground, the officer watches Arlo abscond with
his sky-cycle.

                    POLICE OFFICER 5
          Asshole!

Drexler emerges from the power station in time to see Arlo speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop out of the sky-ranger, jumps in the sky-ranger and resumes his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler and Arlo into the roof of the city, Jerry jumps off of his Uber-cart and flings it down the street, furiously.

>                    JERRY
>          Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through the tops of the city buildings and back down into the heart of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases it. The sky-cycle speeds down the street -unmanned. Arlo turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

>                    DREXLER
>          God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind Arlo, Jerry calls out:

>                    JERRY
>          Arlo!

Arlo doesn't respond, racing toward the edge of the harbor.

> JERRY (CONT'D)
> It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

> ARLO
> (gasping)
> You're with the State!

> JERRY
> I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch
that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the
prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the
lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his
leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour
the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port,
demanding to be evacuated. Chief Kanu and a few police try
to calm the crowd.

                    WOMAN #3
          Take me back to earth!

                    MAN
          Get me out of here! Now!

                    CHIEF KANU
          Calm down, people!

A message comes over Chief Kanu's radio.

                    RADIO DISPATCHER
          Chief Kanu, the electrolysis station
          is down. Our oxygen supply is reduced
          until we get it up again -and there's
          a hydrogen fire burning downtown.

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

> CHIEF KANU
> Shit! Our oxygen supply is down and
> we have a hydrogen fire. We've got
> to evacuate.

> SENIOR POLICE OFFICER
> Evacuate?!

> CHIEF KANU
> Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

> CHIEF KANU (CONT'D)
> THROW THE SIRENS NOW! And raise the
> evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

> DREXLER
> Who told you to evacuate?

> RADIO DISPATCHER
> Kanu. We've got a hydrogen fire and
> the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

> DREXLER
> Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

> DREXLER (CONT'D)
> Tell Warden Arnold to set the prisoner
> evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                    POLICE OFFICER 6
          What about you, sir?

                        DREXLER
          I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                    PILOT #1 (on intercom)
              Prisoners, enter the open shuttle
              for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens
frantically board any one of a dozen long evacuation shuttle
trains.

Two of the shuttle-trains slowly lower back down below the
floor of city. The city floor slides back above them, creating
an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating
police officers calls back to Drexler from a distance.

                    POLICE OFFICER 7
          President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the
construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively
small number of guards enter the second shuttle train, leaving
the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front
shuttle of the PRISON car, a tall pilot calls to him. Arlo
listen closely, hiding behind a half wall.

                    SHORT PILOT
          Come on, we gotta go.

                    TALL PILOT
          I gotta set the autopilot over here.

                    SHORT PILOT
          They're gonna dispose of all of 'em?!

                    TALL PILOT
          Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their
seats. The pilot enters the autopilot code into a small wall
mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold.
Looking at the navigation box Arlo sees the words "DISPOSAL...
MISSION... SET...", flicker by.

                    ARLO
          Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

                    PILOT #2
          I can't reset. I don't have the code.

The prisoners watch, uncertain.

                    ARLO
          Release the prisoners.

The pilot presses a code into the box. The prisoner restraints
pop off. Keeping the pilot in a one armed headlock, Arlo
grabs the shuttle intercom to address the prisoners in the
rear freight cars.

                    ARLO (CONT'D)
          This shuttle's gonna dump you in
          space! Get on the other shuttle train
          now if you want to live.

The prisoners rush out of the disposal shuttle train and
into the guards's (largely vacant) shuttle. The prisoner's
quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo
door. The pilot runs into the opposite shuttle to pilot the
only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform.
He looks up to see Drexler racing toward him, gun drawn.

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

                    ARLO (CONT'D)
          I could kill you...
               (breathing heavily)
          I'm getting your gun. Then we're
          gonna bring Franny the medicine.
          Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee -an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

                    DREXLER
          Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                    DREXLER (CONT'D)
          GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                    JERRY
          Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                    JERRY
          Push.

Jerry glances up and discovers the shuttle is moving.

                    JERRY (CONT'D)
          What the hell?!

Weakly, Arlo points to the cockpit.

                              ARLO
                 Get in cockpit... We're getting...
                 Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform
slowly lower back down below the floor of the construction
zone. The floor slides back above them, creating an airtight
seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the
city floor, then the metal city floor automatically cover
the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry
sees the perimeter wall open at the end of the tunnel. The
automated shuttle slowly gains speed, toward the opening, to
exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with
evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover
the shuttle train is gone. Wearily, Drexler pulls out his
watch phone and speaks.