AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Steve Wilson Briggs
_____
Plaintiff(s)

v.

Neill Blomkamp,
Sony Pictures Ent., Inc.
Trister Pictures, Inc.
Media Rights Capital
QED International
_____
Defendant(s)

Civil Action No. CV 13 4679 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sony Pictures Ent., Inc.,
10102 West Washington Blvd.
Culver City, CA USA
AND ALL ABOVE DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 15 2013

CLERK OF COURT

CYNTHIA LENAHAN

*Signature of Clerk or Deputy Clerk*