KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT, INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as Media Rights Capital), and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>  Defendants. | Case No. CV 13-4679-PJH<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS**<br><br>[Local Rule 5-1] |

NOTICE OF APPEARANCE – MICHAEL J. KUMP

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Michael J. Kump, who is a member of the State Bar of California (Bar No. 100983) and is admitted to practice before this Court, hereby enters an appearance as attorney of record for Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc., MRC II Distribution Company L.P. (erroneously sued as Media Rights Capital), and QED International, LLC and consents to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E).

Mr. Kump's contact information is as follows:

>Michael J. Kump
>Kinsella Weitzman Iser Kump & Aldisert LLP
>808 Wilshire Boulevard, 3rd Floor
>Santa Monica, California 90401
>Telephone:   310.566.9800
>Facsimile:   310.566.9850
>Email:   mkump@kwikalaw.com

DATED: November 27, 2013         KINSELLA WEITZMAN ISER
                                 KUMP & ALDISERT LLP


                                 By:     /s/ Michael J. Kump
                                     Michael J. Kump
                                     Attorneys for NEILL BLOMKAMP, SONY
                                     PICTURES ENTERTAINMENT INC., TRISTAR
                                     PICTURES, INC., MRC II DISTRIBUTION
                                     COMPANY L.P., and QED INTERNATIONAL,
                                     LLC

10021.00015/194870.1

---

1
NOTICE OF APPEARANCE – MICHAEL J. KUMP