# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On **November 27, 2013,** I served true copies of the following document(s) described as**:**

**NOTICE OF APPEARANCE FOR DEFENDANTS (Gregory P. Korn)**

on the interested parties in this action as follows:

| | |
|---|---|
| Steve Wilson Briggs<br>681 Edna Way<br>San Mateo, CA 94402<br>Tele.:   510.200.3763<br>Email: snc.steve@gmail.com | *Plaintiff Pro Se* |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 27, 2013**, at Santa Monica, California.

　　　　　　　　　　　　　　　　　　　　/s/ Barbara DiPalma
　　　　　　　　　　　　　　　　　　　　Barbara DiPalma

10021.00015/195203.1