1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants NEILL BLOMKAMP,
   SONY PICTURES ENTERTAINMENT INC.,
7  TRISTAR PICTURES, INC., MRC II
   DISTRIBUTION COMPANY L.P. (erroneously
8  named as MEDIA RIGHTS CAPITAL), and
   QED INTERNATIONAL, LLC

9

10              **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

12

13  STEVE WILSON BRIGGS,                    Case No. CV 13-4679-PJH

14          Plaintiff,
                                           **DEFENDANTS' ANSWER AND**
15      vs.                                 **AFFIRMATIVE DEFENSES TO**
                                           **COMPLAINT FOR COPYRIGHT**
16  NEILL BLOMKAMP; SONY PICTURES           **INFRINGEMENT**
    ENT., INC., TRISTAR PICTURES, INC.,
17  MEDIA RIGHTS CAPITAL, and QED
    INTERNATIONAL,
18
            Defendants.
19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc., MRC II Distribution Company L.P. (erroneously sued as Media Rights Capital), and QED International, LLC (collectively, "Defendants") answer the Complaint for Copyright Infringement as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Complaint, Defendants admit that this is an action for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter, "Plaintiff's Screenplay").  Defendants admit that the film "Elysium" was initially theatrically released in the United States on or about August 9, 2013 (hereinafter, the "Film").  Defendants deny each and every remaining allegation in Paragraph 1.

## JURISDICTION

2.      Answering Paragraph 2 of the Complaint, Defendants admit that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendants deny each and every remaining allegation in Paragraph 2.

3.      Answering Paragraph 3 of the Complaint, Defendants admit that the Complaint alleges that venue is proper and that the Court has personal jurisdiction.  Defendants deny each and every remaining allegation in Paragraph 3.

4.      Answering Paragraph 4 of the Complaint, Defendants admit that the Complaint alleges that the action is properly assigned to the San Francisco division of the Northern District of California.  Defendants deny each and every remaining allegation in Paragraph 4.

## THE PARTIES

5.      Answering Paragraph 5 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

6.      Answering Paragraph 6 of the Complaint, Defendants admit the allegations thereof.

7.      Answering Paragraph 7 of the Complaint, Defendants admit that Sony Pictures Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Culver City, California.  Defendants deny each and every remaining allegation in Paragraph 7.

2      8.     Answering Paragraph 8 of the Complaint, Defendants admit that TriStar Pictures,

3  Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

4  City, California.  Defendants admit that TriStar is a distributor of the Film.  Defendants deny each

5  and every remaining allegation in Paragraph 8.

6      9.     Answering Paragraph 9 of the Complaint, Defendants admit that MRC II

7  Distribution Company (erroneously sued as Media Rights Capital) ("MRC") was involved in the

8  development and production of the Film.  Defendants deny each and every remaining allegation in

9  Paragraph 9.

10     10.    Answering Paragraph 10 of the Complaint, Defendants admit that QED

11 International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

12 90028.  Defendants admit that QED is credited as a producer of the Film.  Defendants deny each

13 and every remaining allegation in Paragraph 10.

14                              **<u>BACKGROUND</u>**

15     11.    Answering Paragraph 11 of the Complaint, Defendants lack sufficient information

16 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17 denied.

18     12.    Answering Paragraph 12 of the Complaint, Defendants lack sufficient information

19 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20 denied.

21     13.    Answering Paragraph 13 of the Complaint, Defendants lack sufficient information

22 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23 denied.

24     14.    Answering Paragraph 14 of the Complaint, Defendants deny that they had any

25 access to Plaintiff's Screenplay and further deny that they accessed Plaintiff's Screenplay on the

26 website triggerstreet.com.  Defendants lack sufficient information and belief upon which to admit

27 or deny the remaining allegations in Paragraph 14, and on that basis those remaining allegations

28 are denied.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

15.     Answering Paragraph 15 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

16.     Answering Paragraph 16 of the Complaint, Blomkamp denies that he was aware of the triggerstreet.com website at any time prior to the filing of this lawsuit.  Blomkamp denies that he contacted Plaintiff regarding Plaintiff's  Screenplay. Defendants deny that they were familiar with and/or accessed Plaintiff's Screenplay in any way or at any time, including without limitation on triggerstreet.com.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 16, and on that basis, those remaining allegations are denied.

17.     Answering Paragraph 17 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

18.     Answering Paragraph 18 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

19.     Answering Paragraph 19 of the Complaint, Defendants deny that the Film and the trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's Screenplay.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 19, and on that basis those remaining allegations are denied.

20.     Answering Paragraph 20 of the Complaint, Defendants deny that the story structure of the Film conforms to Plaintiff's Screenplay in any way.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 20, and on that basis those remaining allegations are denied.

21.     Answering Paragraph 21 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

22.     Answering Paragraph 22 of the Complaint, Defendants lack sufficient information

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2  denied.

3      23.    Answering Paragraph 23 of the Complaint, Defendants lack sufficient information

4  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5  denied.

6      <u>**STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**</u>

7      24.    Answering Paragraph 24 of the Complaint, Defendants admit that the Film was

8  theatrically released in the United States and certain other territories on August 9, 2013.

9  Defendants deny each and every remaining allegation in Paragraph 24 and specifically deny that

10  the Film infringes Plaintiff's alleged copyright interests.

11      25.    Answering Paragraph 25 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      26.    Answering Paragraph 26 of the Complaint, Defendants deny that the Film infringes

15  any copyright interests Plaintiff might have in the Screenplay in whole or part.  Defendants lack

16  sufficient information and belief upon which to admit or deny the remaining allegations in

17  Paragraph 26, and on that basis those remaining allegations are denied.

18      27.    Answering Paragraph 27 of the Complaint, Defendants deny each and every

19  allegation thereof.

20      28.    Answering Paragraph 28 of the Complaint, Defendants admit that Plaintiff's

21  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

22  every allegation in Paragraph 28.

23      29.    Answering Paragraph 29 of the Complaint, Defendants admit that the Film is the

24  best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

25  evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

26  Paragraph 29.

27      30.    Answering Paragraph 31 of the Complaint (on page 6 line 23 to page 7 line 4),

28  Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

1 admitted, Defendants deny each and every allegation in Paragraph 31.

2      31.      Answering Paragraph 31 of the Complaint (on page 7 lines 5 to 6), Defendants

3 admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted,

4 Defendants deny each and every allegation in Paragraph 31 and specifically deny that the "plot

5 features" referenced in Paragraph 31 constitute either Plaintiff's original or copyrightable

6 expression.

7      32.      Answering Paragraph 32 of the Complaint, Defendants deny each and every

8 allegation thereof.

9      33.      Answering Paragraph 33 of the Complaint, Defendants deny each and every

10 allegation thereof.

11      34.      Answering Paragraph 34 of the Complaint, Defendants deny each and every

12 allegation thereof.

13      35.      Answering Paragraph 35 of the Complaint, Defendants admit that Plaintiff's

14 Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

15 admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

16 each and every allegation in Paragraph 35.

17      36.      Answering Paragraph 36 of the Complaint, Defendants admit that Plaintiff's

18 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

19 every allegation in Paragraph 36.

20      37.      Answering Paragraph 37 of the Complaint, Defendants admit that the Film is the

21 best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

22 evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

23 Paragraph 37.

24      38.      Answering Paragraph 38 of the Complaint, Defendants admit that Plaintiff's

25 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26 every allegation in Paragraph 38.

27      39.      Answering Paragraph 39 of the Complaint, Defendants admit that Plaintiff's

28 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    every allegation in Paragraph 39.

2         40.    Answering Paragraph 40 of the Complaint, Defendants admit that the Film is the

3    best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

4    evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

5    Paragraph 40 and specifically deny that any characters from the Film or the screenplay on which

6    the Film is based infringe Plaintiff's alleged copyright interests.

7         41.    Answering Paragraph 41 of the Complaint, Defendants deny each and every

8    allegation thereof.

9         42.    Answering Paragraph 42 of the Complaint, Defendants admit that Plaintiff's

10   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

11   every allegation in Paragraph 42.

12        43.    Answering Paragraph 43 of the Complaint, Defendants admit that Exhibit B to the

13   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

14   every allegation in Paragraph 43.

15        44.    Answering Paragraph 44 of the Complaint, Defendants admit that the Film is the

16   best evidence of its contents.  Defendants admit that Plaintiff's Screenplay and Exhibit B to the

17   Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each

18   and every allegation in Paragraph 44.

19        45.    Answering Paragraph 45 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

21   admitted, Defendants deny each and every allegation in Paragraph 45.

22        46.    Answering Paragraph 46 of the Complaint, Defendants admit the purported

23   document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best

24   evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in

25   Paragraph 46.

26        47.    Answering Paragraph 47 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

28   admitted, Defendants deny each and every allegation in Paragraph 47.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

48.     Answering Paragraph 48 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 48.

49.     Answering Paragraph 49 of the Complaint, Defendants deny each and every allegation thereof.

50.     Answering Paragraph 50 of the Complaint, Defendants deny each and every allegation thereof.

51.     Answering Paragraph 51 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 51.

52.     Answering Paragraph 52 of the Complaint, Defendants deny each and every allegation thereof.

53.     Answering Paragraph 53 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 53.

54.     Answering Paragraph 54 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 54.

55.     Answering Paragraph 55 of the Complaint, Defendants deny each and every allegation thereof.

56.     Answering Paragraph 56 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 56.

57.     Answering Paragraph 57 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 57.

58.     Answering Paragraph 58 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

every allegation in Paragraph 58 and specifically deny that the "characteristics, actions, wants and conditions listed in paragraph 57" constitute either Plaintiff's original or copyrightable expression.

59.     Answering Paragraph 59 of the Complaint, Defendants deny each and every allegation thereof.

60.     Answering Paragraph 60 of the Complaint, Defendants deny each and every allegation thereof.

61.     Answering Paragraph 61 of the Complaint, Defendants deny each and every allegation thereof.

62.     Answering Paragraph 62 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 62.

63.     Answering Paragraph 63 of the Complaint, Defendants admit the Film is the best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 63.

64.     Answering Paragraph 64 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 64.

65.     Answering Paragraph 65 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 65.

66.     Answering Paragraph 66 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 66 and specifically deny that the characteristics listed in Paragraph 65 (as incorporated by reference in Paragraph 66) constitute either Plaintiff's original or copyrightable expression.

67.     Answering Paragraph 67 of the Complaint, Defendants admit the Film is the best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 67

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and specifically deny that the character "Matilda" in the Film infringes Plaintiff's alleged

2  copyright interests.

3       68.     Answering Paragraph 68 of the Complaint, Defendants deny each and every

4  allegation thereof.

5       69.     Answering Paragraph 69 of the Complaint, Defendants deny each and every

6  allegation thereof.

7       70.     Answering Paragraph 70 of the Complaint, Defendants admit that Plaintiff's

8  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

9  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

10  each and every allegation in Paragraph 70.

11       71.     Answering Paragraph 71 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

13  admit that the purported website www.welcometoelysium.com is the best evidence of its contents.

14  Except as so admitted, Defendants deny each and every allegation in Paragraph 71.

15       72.     Answering Paragraph 72 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17  every allegation in Paragraph 72 and specifically deny that the characteristics listed in Paragraph

18  71 (as incorporated by reference in Paragraph 72) constitute either Plaintiff's original or

19  copyrightable expression.

20       73.     Answering Paragraph 73 of the Complaint, Defendants deny each and every

21  allegation thereof.

22       74.     Answering Paragraph 74 of the Complaint, Defendants deny each and every

23  allegation thereof.

24       75.     Answering Paragraph 75 of the Complaint, Defendants admit that Plaintiff's

25  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

26  admitted, Defendants deny each and every allegation in Paragraph 75.

27       76.     Answering Paragraph 76 of the Complaint, Defendants admit that Plaintiff's

28  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

1   every allegation in Paragraph 76 and specifically deny that the characteristics listed in Paragraph

2   75 (as incorporated by reference in Paragraph 76) constitute either Plaintiff's original or

3   copyrightable expression.

4          77.     Answering Paragraph 77 of the Complaint, Defendants deny each and every

5   allegation thereof.

6          78.     Answering Paragraph 78 of the Complaint, Defendants deny each and every

7   allegation thereof.

8          79.     Answering Paragraph 79 of the Complaint, Defendants admit that Plaintiff's

9   Screenplay and Exhibit N to the Complaint are the best evidence of their contents.  Defendants

10  admit that the Film and any screenplay on which the Film is based are the best evidence of their

11  contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 79.

12         80.     Answering Paragraph 80 of the Complaint, Defendants deny each and every

13  allegation thereof.

14         81.     Answering Paragraph 81 of the Complaint, Defendants admit that Plaintiff's

15  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

16  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

17  each and every allegation in Paragraph 81.

18         82.     Answering Paragraph 82 of the Complaint, Defendants admit that Plaintiff's

19  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

20  every allegation in Paragraph 82 and specifically deny that the characteristics listed in Paragraph

21  81 (as incorporated by reference in Paragraph 82) constitute either Plaintiff's original or

22  copyrightable expression.

23         83.     Answering Paragraph 83 of the Complaint, Defendants deny each and every

24  allegation thereof.

25         84.     Answering Paragraph 84 of the Complaint, Defendants deny each and every

26  allegation thereof.

27         85.     Answering Paragraph 85 of the Complaint, Defendants admit that Plaintiff's

28  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

2  each and every allegation in Paragraph 85.

3        86.      Answering Paragraph 86 of the Complaint, Defendants admit that Plaintiff's

4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

5  every allegation in Paragraph 86 and specifically deny that the "themes" listed in Paragraph 85 (as

6  incorporated by reference in Paragraph 86) constitute either Plaintiff's original or copyrightable

7  expression.

8        87.      Answering Paragraph 87 of the Complaint, Defendants deny each and every

9  allegation thereof.

10        88.      Answering Paragraph 88 of the Complaint, Defendants deny each and every

11  allegation thereof.

12        89.      Answering Paragraph 89 of the Complaint, Defendants deny each and every

13  allegation thereof and further allege that Paragraph 89 contains no allegation of fact and is

14  unintelligible.

15        90.      Answering Paragraph 90 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17  every allegation in Paragraph 90.

18        91.      Answering Paragraph 91 of the Complaint, Defendants admit that Exhibit B to the

19  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

20  every allegation in Paragraph 91.

21        92.      Answering Paragraph 92 of the Complaint, Defendants deny each and every

22  allegation thereof and further allege that Paragraph 92 contains no allegation of fact and is

23  unintelligible.

24        93.      Answering Paragraph 93 of the Complaint, Defendants admit that Plaintiff's

25  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

26  admitted, Defendants deny each and every allegation in Paragraph 93.

27        94.      Answering Paragraph 94 of the Complaint, Defendants admit that Plaintiff's

28  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   every allegation in Paragraph 94.

2        95.    Answering Paragraph 95 of the Complaint, Defendants admit that Exhibit B to the

3   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4   every allegation in Paragraph 95.

5        96.    Answering Paragraph 96 of the Complaint, Defendants deny each and every

6   allegation thereof and further allege that Paragraph 96 contains no allegation of fact and is

7   unintelligible.

8        97.    Answering Paragraph 97 of the Complaint, Defendants admit that the Film is the

9   best evidence of its contents.  Defendants admit that Plaintiff's Screenplay and Exhibit B to the

10   Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each

11   and every allegation in Paragraph 97.

12        98.    Answering Paragraph 98 of the Complaint, Defendants admit that Plaintiff's

13   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

14   admitted, Defendants deny each and every allegation in Paragraph 98.

15        99.    Answering Paragraph 99 of the Complaint, Defendants deny each and every

16   allegation thereof.

17        100.    Answering Paragraph 100 of the Complaint, Defendants deny each and every

18   allegation thereof.

19        101.    Answering Paragraph 101 of the Complaint, Defendants deny each and every

20   allegation thereof and further allege that Paragraph 101 contains no allegation of fact and is

21   unintelligible.

22        102.    Answering Paragraph 102 of the Complaint, Defendants admit that Plaintiff's

23   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

24   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

25   each and every allegation in Paragraph 102.

26        103.    Answering Paragraph 103 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28   every allegation in Paragraph 103.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

104.    Answering Paragraph 104 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 104.

105.    Answering Paragraph 105 of the Complaint, Defendants deny each and every allegation thereof.

106.    Answering Paragraph 106 of the Complaint, Defendants deny each and every allegation thereof.

107.    Answering Paragraph 107 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 107.

108.    Answering Paragraph 108 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 108.

109.    Answering Paragraph 109 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 109.

110.    Answering Paragraph 110 of the Complaint, Defendants lack sufficient information and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to "reference immigration in a warlike atmosphere," and on that basis the allegation is denied. Defendants deny each and every remaining allegation in Paragraph 110.

111.    Answering Paragraph 111 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 111.

112.    Answering Paragraph 112 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 112.

113.    Answering Paragraph 113 of the Complaint, Defendants admit that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2  every allegation in Paragraph 113.

3        114.     Answering Paragraph 114 of the Complaint, Defendants admit that Plaintiff's

4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

5  every allegation in Paragraph 114.

6        115.     Answering Paragraph 115 of the Complaint, Defendants deny each and every

7  allegation thereof.

8        116.     Answering Paragraph 116 of the Complaint, Defendants admit that Plaintiff's

9  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

10  admit that the Film is the best evidence of its contents. Except as so admitted, Defendants deny

11  each and every allegation in Paragraph 116.

12        117.     Answering Paragraph 117 of the Complaint, Defendants deny each and every

13  allegation thereof.

14        118.     Answering Paragraph 118 of the Complaint, Defendants admit that Plaintiff's

15  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

16  admitted, Defendants deny each and every allegation in Paragraph 118.

17        119.     Answering Paragraph 119 of the Complaint, Defendants admit that Plaintiff's

18  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

19  every allegation in Paragraph 119.

20        120.     Answering Paragraph 120 of the Complaint, Defendants admit that Exhibit B to the

21  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

22  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

23  120.

24        121.     Answering Paragraph 121 of the Complaint, Defendants deny each and every

25  allegation thereof.

26        122.     Answering Paragraph 122 of the Complaint (on page 20), Defendants deny each

27  and every allegation thereof.

28        123.     Answering Paragraph 123 of the Complaint (on page 20), Defendants admit that

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

2   each and every allegation in Paragraph 123.

3          124.    Answering Paragraph 124 of the Complaint (on age 20), Defendants admit that

4   Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

5   deny each and every allegation in Paragraph 124.

6          125.    Answering Paragraph 125 of the Complaint (on page 20), Defendants admit that

7   Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

8   each and every allegation in Paragraph 125.

9          126.    Answering Paragraph 126 of the Complaint (on page 20), Defendants deny each

10  and every allegation thereof.

11         127.    Answering Paragraph 127 of the Complaint (on page 20), Defendants admit that

12  Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.

13  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted,

14  Defendants deny each and every allegation in Paragraph 127.

15         128.    Answering Paragraph 128 of the Complaint (on page 20), Defendants admit that

16  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

17  each and every allegation in Paragraph 128.

18         129.    Answering Paragraph 129 of the Complaint (on page 20), Defendants admit that

19  Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

20  deny each and every allegation in Paragraph 129.

21         130.    Answering Paragraph 130 of the Complaint (on page 20), Defendants admit that

22  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

23  each and every allegation in Paragraph 130.

24         131.    Answering Paragraph 131 of the Complaint (on page 20), Defendants admit that

25  Exhibit B to the Complaint is the best evidence of its contents.  Defendants admit that the Film is

26  the best evidence of its contents.  Except as so admitted, Defendants deny each and every

27  allegation in Paragraph 131.

28         132.    Answering Paragraph 132 of the Complaint (on page 20), Defendants deny each

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   and every allegation thereof.

2        133.   Answering Paragraph 133 of the Complaint (on page 20), Defendants admit that

3   Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

4   each and every allegation in Paragraph 133.

5        134.   Answering Paragraph 134 of the Complaint (on page 21), Defendants admit that

6   Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

7   deny each and every allegation in Paragraph 134.

8        135.   Answering Paragraph 135 of the Complaint (on page 21), Defendants deny each

9   and every allegation thereof.

10       136.   Answering Paragraph 136 of the Complaint (on page 21), Defendants admit that

11   Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

12   each and every allegation in Paragraph 136.

13       137.   Answering Paragraph 137 of the Complaint (on page 21), Defendants admit that

14   Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

15   deny each and every allegation in Paragraph 137.

16       138.   Answering Paragraph 138 of the Complaint (on page 21), Defendants deny each

17   and every allegation thereof.

18       139.   Answering Paragraph 139 of the Complaint (on page 21), Defendants deny each

19   and every allegation thereof.

20       140.   Answering Paragraph 140 of the Complaint (on page 19), Defendants deny each

21   and every allegation thereof.

22       141.   Answering Paragraph 141 of the Complaint (on page 19), Defendants admit that

23   Plaintiff's Screenplay is the best evidence of its contents.   Except as so admitted, Defendants

24   deny each and every allegation in Paragraph 141.

25       142.   Answering Paragraph 142 of the Complaint (on page 19), Defendants admit that

26   Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

27   deny each and every allegation in Paragraph 142.

28       143.   Answering Paragraph 143 of the Complaint (on page 19), Defendants admit that

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

2  each and every allegation in Paragraph 143.

3         144.   Answering Paragraph 144 of the Complaint (on page 19), Defendants admit that

4  Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

5  deny each and every allegation in Paragraph 144.

6         145.   Answering Paragraph 145 of the Complaint (on page 19), Defendants admit that

7  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

8  each and every allegation in Paragraph 145.

9         146.   Answering Paragraph 146 of the Complaint (on page 19), Defendants admit that

10  Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

11  deny each and every allegation in Paragraph 146.

12         147.   Answering Paragraph 147 of the Complaint (on page 19), Defendants admit that

13  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

14  each and every allegation in Paragraph 147.

15         148.   Answering Paragraph 148 of the Complaint (on page 19), Defendants admit that

16  Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

17  deny each and every allegation in Paragraph 148.

18         149.   Answering Paragraph 149 of the Complaint (on page 19), Defendants admit that

19  Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.

20  Except as so admitted, Defendants deny each and every allegation in Paragraph 149.

21         150.   Answering Paragraph 150 of the Complaint (on page 19), Defendants admit that

22  Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny

23  each and every allegation in Paragraph 150.

24         151.   Answering Paragraph 151 of the Complaint (on page 19), Defendants admit that

25  Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants

26  deny each and every allegation in Paragraph 151.

27         152.   Answering Paragraph 152 of the Complaint (on page 19), Defendants deny each

28  and every allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

153. Answering Paragraph 153 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 153.

154. Answering Paragraph 154 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 154.

155. Answering Paragraph 155 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 155.

156. Answering Paragraph 156 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 156.

157. Answering Paragraph 157 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 157.

158. Answering Paragraph 158 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 158.

159. Answering Paragraph 159 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 159.

160. Answering Paragraph 160 of the Complaint, Defendants deny each and every allegation thereof.

161. Answering Paragraph 161 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 161.

162. Answering Paragraph 162 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

1  every allegation in Paragraph 162.

2       163.    Answering Paragraph 163 of the Complaint, Defendants admit that Plaintiff's

3  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4  every allegation in Paragraph 163.

5       164.    Answering Paragraph 164 of the Complaint, Defendants admit that Exhibit B to the

6  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

7  every allegation in Paragraph 164.

8       165.    Answering Paragraph 165 of the Complaint, Defendants admit that Plaintiff's

9  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

10  admitted, Defendants deny each and every allegation in Paragraph 165.

11       166.    Answering Paragraph 166 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

13  every allegation in Paragraph 166.

14       167.    Answering Paragraph 167 of the Complaint, Defendants admit that Exhibit B to the

15  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 167.

17       168.    Answering Paragraph 168 of the Complaint, Defendants deny each and every

18  allegation thereof.

19       169.    Answering Paragraph 169 of the Complaint, Defendants admit that Plaintiff's

20  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

21  admit that the purported "official Elysium website" is the best evidence of its contents.

22  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted,

23  Defendants deny each and every allegation in Paragraph 169.

24       170.    Answering Paragraph 170 of the Complaint, Defendants admit that Plaintiff's

25  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26  every allegation in Paragraph 170.

27       171.    Answering Paragraph 171 of the Complaint, Defendants admit that Exhibit B to the

28  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

2  171.

3  172.    Answering Paragraph 172 of the Complaint, Defendants admit that Plaintiff's

4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

5  every allegation in Paragraph 172.

6  173.    Answering Paragraph 173 of the Complaint, Defendants admit that the purported

7  "official ELYSIUM website" is the best evidence of its contents.  Except as so admitted,

8  Defendants deny each and every allegation in Paragraph 173.

9  174.    Answering Paragraph 174 of the Complaint, Defendants admit that Plaintiff's

10  Screenplay is the best evidence of its contents.  Defendants admit that the purported "ELYSIUM

11  official website" is the best evidence of its contents.  Except as so admitted, Defendants deny each

12  and every allegation in Paragraph 174.

13  175.    Answering Paragraph 175 of the Complaint, Defendants admit that Plaintiff's

14  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15  every allegation in Paragraph 175.

16  176.    Answering Paragraph 176 of the Complaint, Defendants admit that the purported

17  "official ELYSIUM website" is the best evidence of its contents.  Except as so admitted,

18  Defendants deny each and every allegation in Paragraph 176.

19  177.    Answering Paragraph 177 of the Complaint, Defendants deny each and every

20  allegation thereof.

21  178.    Answering Paragraph 178 of the Complaint, Defendants admit that the purported

22  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendants deny each and

23  every allegation in Paragraph 178 and specifically deny that Defendants created a synopsis of the

24  Film which is patterned after Plaintiff's alleged synopsis.

25  179.    Answering Paragraph 179 of the Complaint, Defendants admit that the "synopsis"

26  purportedly quoted in Paragraph 179 is the best evidence of its contents.  Except as so admitted,

27  Defendants deny each and every allegation in Paragraph 179.

28  180.    Answering Paragraph 180 of the Complaint, Defendants admit that the purported

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

synopsis quoted in Paragraph 180 is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 180.

181.    Answering Paragraph 181 of the Complaint, Defendants admit that the purported synopsis is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 181 and specifically deny that Defendants created a synopsis of the Film which "follows" Plaintiff's alleged synopsis in any way.

182.    Answering Paragraph 182 of the Complaint, Defendants deny each and every allegation thereof.

183.    Answering Paragraph 183 of the Complaint, Defendants deny each and every allegation thereof.

184.    Answering Paragraph 184 of the Complaint, Defendants deny each and every allegation thereof.

185.    Answering Paragraph 185 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

186.    Answering Paragraph 186 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 186 and specifically deny that they were aware of Plaintiff's Screenplay before the filing of this lawsuit and edited the Film to make it "appear dissimilar" from Plaintiff's Screenplay.

187.    Answering Paragraph 187 of the Complaint, Defendants deny each and every allegation thereof.

188.    Answering Paragraph 188 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

189.    Answering Paragraph 189 of the Complaint, Defendants deny each and every allegation thereof.

190.    Answering Paragraph 190 of the Complaint, Defendants deny each and every

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

allegation thereof.

191.   Answering Paragraph 191 of the Complaint, Defendants admit that the Ninth Circuit opinion quoted in Paragraph 191 is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 191.

192.   Answering Paragraph 192 of the Complaint, Defendants deny each and every allegation thereof.

193.   Answering Paragraph 193 of the Complaint, Defendants deny each and every allegation thereof.

## CLAIM ONE

194.   Answering Paragraph 194 of the Complaint, Defendants incorporate by reference the admissions and denials in Paragraphs 1 through 193, inclusive, as though fully set forth herein.

195.   Answering Paragraph 195 of the Complaint, Defendants admit that the Complaint alleges that the Film and the screenplay on which the Film is based infringe the copyrights in Plaintiff's Screenplay.  Defendants deny each and every remaining allegation in Paragraph 195 and specifically deny that the Film and the screenplay on which the Film is based infringe Plaintiff's alleged copyrights.

196.   Answering Paragraph 196 of the Complaint, Defendants incorporate by reference the admissions and denials in Paragraphs 1 through 195, inclusive, as though fully set forth herein. Defendants deny each and every remaining allegation in Paragraph 196.

197.   Answering Paragraph 197 of the Complaint, Defendants incorporate by reference the admissions and denials in Paragraphs 1 through 196, inclusive, as though fully set forth herein. Defendants deny each and every remaining allegation in Paragraph 197.

198.   Answering Paragraph 198 of the Complaint, Defendants incorporate by reference the admissions and denials in Paragraphs 1 through 197, inclusive, as though fully set forth herein. Defendants deny each and every remaining allegation in Paragraph 198.

199.   Answering Paragraph 199 of the Complaint, Defendants deny each and every allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT

**AFFIRMATIVE DEFENSES**

Defendants set forth the following affirmative defenses without admitting that they have the burden of proof with regard to these matters:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure To State A Claim)**

200.    Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(No Statutory Damages Or Attorneys' Fees)**

201.    One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

**THIRD AFFIRMATIVE DEFENSE**

**(Invalid Copyright)**

202.    Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

**FOURTH AFFIRMATIVE DEFENSE**

**(Laches, Estoppel, and Waiver)**

203.    Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

204.    Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

/ / /

/ / /

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff shall take nothing by way of the Complaint;

2.     That the Complaint shall be dismissed with prejudice;

3.     For an award of attorneys' fees and costs; and

4.     For such other and further relief as the Court deems just and proper.


Respectfully submitted,

DATED: November 27, 2013          KINSELLA WEITZMAN ISER
                                  KUMP & ALDISERT LLP




By:        /s/ Michael J. Kump
          Michael J. Kump
          Attorneys for NEILL BLOMKAMP, SONY
          PICTURES ENTERTAINMENT INC., TRISTAR
          PICTURES, INC., MRC II DISTRIBUTION
          COMPANY L.P., and QED INTERNATIONAL,
          LLC

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850