KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as MEDIA RIGHTS CAPITAL), and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>    Defendants. | Case No. CV 13-4679-PJH<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

10021.00015/194858.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Steve Wilson Briggs (Plaintiff)

Neill Blomkamp (Defendant)

Sony Pictures Entertainment Inc. (Defendant)

TriStar Pictures, Inc. (Defendant)

MRC II Distribution Company L.P. (Defendant)

QED International, LLC (Defendant)

Media Rights Capital II, L.P. (Parent of Defendant)

DATED: November 27, 2013         KINSELLA WEITZMAN ISER
                                 KUMP & ALDISERT LLP


                                 By:    /s/ Michael J. Kump
                                        Michael J. Kump
                                        Attorneys for NEILL BLOMKAMP, SONY
                                        PICTURES ENTERTAINMENT INC., TRISTAR
                                        PICTURES, INC., MRC II DISTRIBUTION
                                        COMPANY L.P., and QED INTERNATIONAL,
                                        LLC