KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as MEDIA RIGHTS CAPITAL), and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>Defendants. | Case No. CV 13-4679-PJH<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P., AND QED INTERNATIONAL, LLC**<br><br>[Fed. R. Civ. P. 7.1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sony Pictures Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TriStar Pictures, Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MRC II Distribution Company L.P. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant QED International, LLC hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: November 27, 2013         KINSELLA WEITZMAN ISER
                                 KUMP & ALDISERT LLP


                                 By:      /s/ Michael J. Kump
                                      Michael J. Kump
                                      Attorneys for NEILL BLOMKAMP, SONY
                                      PICTURES ENTERTAINMENT INC., TRISTAR
                                      PICTURES, INC., MRC II DISTRIBUTION
                                      COMPANY L.P., and QED INTERNATIONAL,
                                      LLC

10021.00015/194859.1                 1
CORPORATE DISCLOSURE STATEMENT