UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steve Wilson Briggs

                Plaintiff(s),

v.

Neill Blomkamp, et al.

                Defendant(s).
_____/

Case No. CV-13-4679-PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: December 19, 2013

                *s/ Tim Connors*
                [Party] Defendant QED International, LLC

Dated: December 19, 2013

                *s/Michael J. Kump*
                [Counsel] Michael J. Kump

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."