1  Steve Wilson Briggs

2  681 Edna Way

3  San Mateo, CA 94402

4  510 200 3763

5  snc.steve@gmail.com

6  Pro Se **PLAINTIFF**

**FILED**

DEC 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA
OAKLAND

7

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10  STEVE WILSON BRIGGS                    } CASE NO:    CV 13 4679  PJH

11  Plaintiff,                             }
                                          }
12        vs.                             }
                                          }
13  NEILL BLOMKAMP,                       }
                                          }
14  SONY PICTURES ENT., INC.,             }        **AMENDED COMPLAINT FOR**
                                          }
15  TRISTAR PICTURES, INC.,               }        **COPYRIGHT INFRINGEMENT**
                                          }
16  MEDIA RIGHTS CAPITAL,                 }
                                          }
17  QED INTERNATIONAL,                    }
                                          }
18  Defendants                            }

19                            **NATURE OF ACTION:**

20     1.    Pursuant to 17 U.S.C. § 101, et seq, this is an action for copyright infringement of the

21  Plaintiff's copyright protected screenplay "Butterfly Driver" (originally "Uberopolis: City of

22  Light") written in 2005; W.G.A. reg. #1103287, 2005; U.S. Copyright Office reg. certificate #

23  PAu 3-683-232, June 21st, 2013. **[See Exhibit C].** The infringement commensed on August, 9th,

24  2013, when the Defendants distributed and publically displayed "Elysium", a film infringing on

25  the Plaintiff's work, including the heart of his story, plot, characters, settings, conflict, catalyst,

26  crisis, climax-twist, themes (immigration, healthcare...), hero's "affliction", "keepsake necklace",

27  and much more. The Plaintiff will show: 1) "Elysium" bears Substantial Similarity to his work; 2)

28  the Defendants had access to his work -although the Plaintiff believes the Court will find the

                                          1

                                                            COMPLAINT

1   infringement rises to "Striking Similarity" (obviating access), marked by staggering similarities

2   beyond reason and probability, further confirmed by: 1) obvious attempts to give the appearance

3   of dissimilarity; 2) the Plaintiff's idiosyncracies present in the Defendants' work, OR; 3) the

4   Plaintiff's uniqueness, intricacy and complexity emulated in the Defendants' work.

5       2.      This Amended Complaint clarifies charges, and attends concerns with the Defendants'

6   Answer And Affirmative Defenses (11/27/13). Among these concerns is Paragraph 9, stating

7   Defendant, Media Rights Capital (MRC), is erroneously named in this suit, and naming MRC II

8   Distribution Company as the proper party. This is false, and seems an effort to mislead the Court.

9       3.      MRC was the first financier to join Blomkamp. MRC sold Elysium's rights to Sony

10  Pictures. MRC gave marketing interviews prior to the film's release. **[See Exhibit D].** MRC is

11  named Elysium's finacier, studio or co-producer by countless sources -including the credits of

12  "Elysium", and MRC's own website, stating: "MRC has been financing and producing films since

13  2006...Notable films include...Neill Blomkamp's second feature film, Elysium". **[See Exhibit E].**

14  Many notables will not work with MRC due to ethics concerns and their questionable ties to Ari

15  Emanuel, of WME (agent of Defendant, Blomkamp). **[See Exhibit F].** "MRC II Distributing

16  Company" is not listed on or linked to MRC's website. Online the Plaintiff found only a defunct

17  address for the company with MRC's phone, at: http://investing.businessweek.com. The Plaintiff

18  believes Defendant, MRC, seeks to extricate from this suit and rename the possibly fictitious

19  subsidiary due to MRC's current involvement with Trigger Street Productions

20  (TriggerStreet.com) on the TV series "House of Cards". The Plaintiff contends MRC is naming

21  the subsidiary to hide from the court its ties to Trigger Street, as TriggerStreet.com is later named

22  as the Defendants' access to the Plaintiff's work. MRC's claim is unconscionably false.

23      4.      The Plaintiff hopes the Court will find the Defense's false claim (that MRC is

24  erroneously named in this suit) deceptive, and hold MRC and the Defense to account.

25      5.      The Plaintiff has added a personal information section to this complaint to attend the

26  Defense's vague character insinuations in their Answer And Affirmative Defenses.

27                                      **JURISDICTION**

28      6.   **Jurisdiction.** This court has subject matter jurisdiction over this complaint pursuant

COMPLAINT

1    to 28 U.S.C. §§ 1331 & 1338(a), as this action is for copyright infringement arising under the

2    copyright laws of the United States, and pursuant to 28 U.S.C. 1332(a)(2) as, upon information,

3    Defendant, Neill BlomKamp, is a citizen of Canada and South Africa; not a citizen of the U.S.A.

4        7.    **Venue.** Venue is proper, and this court has personal jurisdiction, pursuant to 28

5    U.S.C. § 1391(b)(2), as the events giving rise to this complaint occured in this district. It is also

6    the proper venue pursuant to 28 U.S.C. § 1391(d) by virtue of defendant's business transactions

7    with this district; and under 326 US 310, as all defendants meet minimum contact rule.

8        8.    **Intradistrict Assignment.** San Francisco is the proper division assignment as a

9    substantial part of the events and omissions giving rise to this lawsuit occurred in this district.

10                                   **THE PARTIES**

11       9.    **The Plaintiff,** STEVE WILSON BRIGGS, is a resident of San Mateo, California. He

12   is the writer, producer and director of the independent feature film "The Amazing Mr. Excellent",

13   father, musician and a teacher's aide at Sequoia High School in Redwood City, California.

14       10.   **Defendant,** NEILL BLOMKAMP is a resident of Vancouver, Canada. He is

15   credited with writing, directing and co-producing the screenplay in question, "Elysium".

16       11.   **Defendant,** SONY PICTURES ENT., INC., is the TV and film production wing of

17   Sony. Sony Pictures, upon information, provided aid to produce Elysium, and purchased the film

18   rights from Defendant, MRC. Located at 10202 West Washington Blvd., Culver City, California.

19       12.   **Defendant,** TRISTAR PICTURES, INC., is a film production/distribution studio

20   (a property of Sony Pictures), and the distributor of "Elysium; located in Culver City California.

21       13.   **Defendant,** MEDIA RIGHTS CAPITAL, is a TV and film studio, founded by

22   Asif Satchu and Modi Wiczy, credited with financing "Elysium"; located at 9665 Wilshire Blvd,

23   2nd Floor, Beverly Hills, CA 90212. Media Rights Capital is properly named in the lawsuit.

24       14.   **Defendant,** QED INTERNATIONAL is a film production and financing company,

25   credited with producing Elysium; located at1800 N Highland Ave, 5th Flr, L.A., CA 90028.

26                                   **BACKGROUND**

27       15.   In May 2005, the Plaintiff completed the first draft of his screenplay "Uberopolis: City

28   of light", emailing it to family and friends. **[See Exhibit G** (the first 3 pages of 113]**.**

                                         3

16.   December 16th, 2005, the Plaintiff registered a revised version of "Uberopolis: City of Light" with the Writer's Guild of America (West); registration ID #: 1103287. **[See Exhibit H]**

17.   In January, 2006, the Plaintiff began a 23 month campaign to market his script. Approximately January, 2007, the Plaitiff revised and renamed his script "Butterfly Driver". During this campaign, the Plaintiff sent dozens of query letters and emails to literary agents, and film companies. **[See Exhibit I** -a few of many letters and emails]. The Plaintiff posted loglines (very short synopses) on screenwriter websites; entered events like the Philadelphia Logline Festival **[See Exhibit J]**; entered private script competitions, like the 2006 Slamdance Screenplay Competition **[See Exhibit K];** posted loglines and synopses on Inktip.com -a private, secured screenwriter to industry professional website (with strict "Terms Of Use").**[See Exhibit L]**.

18.   February, 2007, the Plaintiff posted the entire "Butterfly Driver"" script on Kevin Spacey's and Dana Brunetti's filmmaker-screenwriter website, "Trigger Street" (triggerstreet.com) -named one of the "50 best websites of 2004"; designed to link filmmakers and screenwriters with industry professionals, by allowing members to post screenplays, short films (10 minutes or less), and short stories to get feedback from peers and professionals. **[See Exhibit M]**

19.   TriggerStreet had approximately 50,000 active members in 2007. Around 2011 the site was re-named "Trigger Street Labs" and moved to "labs.triggerstreet.com", allowing Spacey and Brunetti to use "triggerstreet.com" exclusively for their production company. But in 2007, when the Plaintiff's work was posted, there was one site: triggerstreet.com, known as "Trigger Street".

20.   Trigger Street (now TriggerStreet Labs) is a private site. Anyone can become a member, free (anonomously, if they wish), by agreeing to "Terms of Use" (not to use, copy or share other members' expressions, ideas, work, etc.), then access thousands of screenplays and short films.

21.   In 2007, like today, the majority of TriggerStreet members were short filmmakers and screenwriters. In 2007, Defendant, Neill Blomkamp was a short filmmaker, with only a few short films to his credit. Blomkamp wouldn't begin his first feature for another year. Defendant, MRC, was a struggling new film company with but 1 credit for 2007, "Couples", filmed for only $2,500.

22.   Trigger Street is the ONLY place the Plaintiff ever posted a complete script of Butterfly Driver -and the only place he released a version of the script with the new "inciting

4

COMPLAINT

1   incident", the "keepsake necklace", and his hero's secret "character affliction".

2       23.    TriggerStreet.com is where the Defendants had access to the Plaintiff's script.

3       24.    From February to August of 2007, the Plaintiff posted "Butterfly Driver" on

4   TriggerStreet.com about 4 times, making script revisions, each time.

5       25.    During this time the Plaintiff communicated with TriggerStreet members, Thomas

6   Gilman, Jason Beck, and Bob Thielke **[Exhibit N, O, P]**, whose input helped improve his script.

7       26.    Late July, 2007, the Plaintiff posted to TriggerSteet the last revised version of "Butterfly

8   Driver", for a short while. **[See Exhibit A].** During this time, his script received more downloads

9   than usual. A person identifying himself as a writer or producer for the TV series "The Wire" or

10  "Homicide: Life On The Streets" contacted the plaintiff, through the site's message board, to

11  compliment the script. A young director (whose name escapes the Plaintiff) also praised the script

12  through the message board. The Plaintiff believes this director MAY have been Defendant, Neill

13  Blomkamp. Although Blomkamp, or any associate, may have accessed the work, without a word.

14      27.    In December, 2007, now intent to produce his own movies, the Plaintiff stopped

15  marketing his script; Butterfly Driver, intent to film it himself, someday.

16      28.    January 2008, The Plaintiff began production of his film "The Amazing Mr. Excellent".

17      29.    In 2009, the Plaintiff filmed an investment trailer for his screenplay "Sunflowers".

18      30.    In 2010, The Amazing Mr. Excellent won "Best Of Fest" at the Temecula Valley

19  International Film Festival; and was singled out at the 2011 Oakland International Film Festival.

20      31.    In the spring of 2012, the Plaintiff wrote and filmed an anti-bullying short film, "The

21  Space Nerd", with students of Sequoia High School, San Mateo, CA (viewable online).

22      32.    In 2012, the Plaintiff filmed investment trailers for two new scripts, "Sweeter Nectar

23  Cherries" and "Alfy and Darry" (both viewable online, A&D script unfinished). He also produced

24  two infomercials for "Sweeter Nectar Cherries", and ran a Kickstarter.com financing campaign

25  for the film (which failed), and opened the film's website: sweeternectarcherries.com.

26      33.    On May 27th, 2013, the Plaintiff went to see a movie with friend, Sequoia High School

27  teacher, Cameron Farris. Before the feature, the theater previewed a trailer for the film "Elysium",

28  which featured a plot, characters, settings seemingly misappropriated from Butterfly Driver.

COMPLAINT

1     34.    Later that evening, the Plaintiff read about Elysium online, at Wikipedia.com; and

2    discovered Elysium's story structure closely conformed to his script.

3     35.    June 13th, 2013, the Plaintiff found and downloaded the Defendants' screenplay,

4    "Elysium" (probably an unauthorized posting), at the web address:

5    http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . **[See Exhibit B]**

6     36.    The text of the script conformed to the trailer dialogue viewed on May 27th, 2013.

7     37.    On May 28th, 2013, Plaintiff began contacting attorneys for representation, including

8    Defense counsel: Kinsella, Weitzman, Iser, Kump, and Aldisert, LLP, (KWIKA Law), on June

9    3rd, 2013.

10    38.    The Plaintiff found attorneys open to limited or hybrid contingencies, but none to

11    commit through trial -without guaranteed money.

12    39.    On June 20th, 2013, while meeting in his San Francisco office, attorney, Vijay Toke

13    informed the Plaintiff that in order to file an infringement complaint he would need to register his

14    copyright first. The next day, June 21st, 2013, the Plaintiff registered Butterfly Driver, with the

15    U.S. Copyright Office; registration effective 06/21/13, certificate number PAu 3-683-232).

16            **STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**:

17    40.    On August 9th, 2013, the Defendants released, distributed and displayed publicly,

18    "Elysium"in The USA and 11 other countries; marking the the commencement of infringement.

19    41.    On August 10th, 2013, the Plaintiff viewed the film, Elysium, at a local theater. This

20    confirmed the script the Plaintiff found online was the Elysium script, but not the final draft.

21    42.    Upon viewing the Defendants' film, the Plaintiff concluded: the film and screenplay,

22    Elysium, was a severe infringement on his copyright protected story "Butterfly Driver", as a

23    whole, and on the parts; including his plot, characters, settings, conflicts, themes, catalyst, crisis,

24    climax, inciting incident, his hero's "character affliction" and "keepsake necklace" and more.

25             **PRIMARY INCIDENTS OF COPYRIGHT INFRINGEMENT**

26                  **1)** PLOT INFRINGEMENT**:**

27    43.    The basic plot of the Defendants' "Elysium" is almost identical to the basic plot of the

28    plaintiff's "Butterfly Driver". Compare:

COMPLAINT

"Butterfly Driver" Plot :

44.    A poor man, living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) pays his family's emmigration out of their dangerous "zone" city by doing a dangerous mission for a disabled transporter -only to learn his seven year old daughter will die within seven days without medicine found only on a satellite world for the super-rich (Uberopolis). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without help from an outlaw political network. The hero suffers sudden, short, excrutiating headaches -and carries secrets the World President ( who has been genetically "reprogrammed" to appear much younger than he is) will kill to suppress. The President deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for medical aid for his son. An important woman gives the hero a special "keepsake necklace". To gain access to the villain, Arlo threatens to detonate an explosive device. In the climatic final battle, when it looks as if the hero might prevail, he falls to his knees, clutches his head and screams with a terrible headache. Eventually the hero defeats the villain -but sustains a life threatenning injury. As the hero drifts off toward death, he has a dream-like vision about the "keepsake necklace". The vision saves the hero. In the end, the hero's action impacts the world: bringing a cheap energy source, and allowing people to vote in open elections.

"Elysium" Plot :

45.    A poor man, living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) has less than a week to get to a satellite world for the super-rich (Elysium) to get medical care to save himself (and his girl-friend's dying six year old daughter). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without the help of an outlaw, disabled human trafficker -who requires that the hero do a dangerous mission in exchange for emmigration to the satellite. While downloading information into his brain, the hero acquires a condition of sudden, short, excrutiating headaches. In his brain, the hero now carries secrets that a powerful Elysium official (who has been genetically "re-atomized" to appear much younger than she is) will kill to possess. The official deploys a special agent to apprehend the hero. The special agent doesn't want the assignment,

7

1   so he negotiates for restored privileges and a mansion on Elysium. The hero carries a "keepsake

2   necklace", given to him by an important woman from his past. To gain access to the satellite

3   world, Max threatens to detonate an explosive device to his head. In the climatic final battle, just

4   when it looks as if the hero might finally prevail, the hero suddenly falls to his knees, clutches his

5   head and screams with a terrible headache. Somehow the hero defeats the villain. But the hero

6   must die to save much of the world. As he prepares to die the hero takes comfort in his "keepsake

7   necklace", in a dream-like montage. In the end, the hero's action brings medical aid, and perfect

8   health, to the world.

9   SUMMARY: Plot Infringement

10   46.   The Plaintiff's plot features: **1)** a giant satellite world for the super-rich; **2)** a hero

11   prone to excrutiating headaches (which knock him to his knees); **3)** a villain who has been

12   genetically reprogrammed to appear much younger than he/she is; **4)** advanced medicine found

13   on the satellite world; **5)** a hero who must get to the satellite world for medicine (medical care);

14   **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero

15   who is poor, and needs I.D. and transport to a satellite world; **9)** an "anguish of living without

16   healthcare" theme; **10)** a disabled transporter who helps the hero; **11)** an agent (sent by the villain

17   to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace,

18   carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished

19   Earth, where police vehicles loom in the sky and brutalize the poor, ruled by a rich elite who live

20   on the satellite world; **14)** a hero who threatens the villain with detonating an explosive device...

21   47.   The unique collection of plot features, in paragraph 46, outline a crafted expression, the

22   plot of the Plaintiff's screenplay, Butterfly Driver; copyright of the plaintiff.

23   48.   "Elysium" uses each aspect of the Plaintiff's plot, listed in paragraph 46 (and much

24   more, delineated in the subsequent pages); infringing on the Plaintiff's copyright protect work.

25   49.   Further, the Defendants made obvious efforts to give the appearance of dissimilarity

26   by changing their medical technolgy's name from "reprogramming" to "re-atomizing"; changing

27   the hero's backstory; changing the villain's gender; making the sick girl the girl-friend's daughter,

28   rather than the hero's daughter (which weakens, slows and complicates the story).

8

COMPLAINT

## 2) CHARACTER INFRINGEMENT

50.     Several central characters (including the hero and villain) of the Defendants', "Elysium", infringe on copyright protected characters from the Plaintiff's "Butterfly Driver". Compare:

**THE HERO:**  Arlo vs Max

51.     The heroes of both movies are  tough, poor men, age 35-45 (Plaintiff's hero is 45, Defendants' script hero is "30s", played in film by Matt Damon at 41-42), who carry keepsake necklaces, and suffer a unique affliction: short, sudden, excruciating headaches, which cause the hero to stumble, grab his head and scream. Both heroes have with the same goals:

52.     THE HERO'S GOAL (**Butterfly Driver**): the hero has less than a week to get from Earth to a satellite world for the rich, to get medicine to save his daughter.

53.     THE HERO'S GOAL, (**Elysium**): the hero has less than a week to get to a satellite world for the rich, to get medical care to save himself (and inevitably, his girl-friend's daughter).

SUMMARY: Arlo Vs Max

54.     The Plaintiff's hero, Arlo Grainer: **1)** is a 35-45 year old male, living 100 plus years in the future; **2)** is poor, living in the overpopulated ruins of a largely impoverished Earth; **3)** has less than a week to get to a satellite world for the super rich; **4)** contacts underworld figures to get I.D. and transport to the satellite world; **5)** suffers from rare, brief, excrutiating headaches; **6)** suffers a headache, battling in the story's climax; **7)** must get medical aid or medicine to save his daughter; **8)** carries a keepsake necklace from a special woman from his past.

55.     The characteristics, context and conditions listed in paragraph 54 are the expression of the Plaintiff's copyrighted character, Arlo Grainer; from the Plaintiff's work "Butterfly Driver".

56.     All of the characteristics, context and conditions, listed in paragraph 54, apply to the Defendants' character "Max". Thus, the Defendants' "Max" infringes on the Plaintiff's copyright protected character, "Arlo", and his copyright protected work, Butterfly Driver.

57.     The Defendants made obvious efforts to conceal their infringement by changing their hero's job, backstory, parental status, and changing the hero's goal from: "going to a satellite world to save his 7 year old daughter"; to "going to a satellite world to save himself ," then attaching a girl-friend's 6 year old daughter to the mission, to achieve the same effect.

9

**THE HERO'S "AFFLICTION"**

58.   The Plaintiff's hero, Arlo,  suffers rare (never before used in film) ophthalmodynia (ice picks) headaches, so excrutiating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo occasionally: 1) falls to his knees; 2) clutches his head; 3) cries-out in pain. In the script's climax, Arlo suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

59.   Elysium's hero, Max, displays the symptoms and reactions listed in paragraph 58 -even suffers a headache in battle, in the climax. **[Exhibit B pp. 62, 63, 77, 112].**

COMPARISON OF PLAINTIFF & DEFENDANTS' AFFLICTION "HEADACHES"

60.   NOTE: the script "Elysium" contains four headache, but the film shows only three. The Plaintiff's "Butterfly Driver" had three events -but the early WGA reg. version "Uberopolis: CIty of Light" had four. The extra event from that script [EVENT #2] was added, for comparison.

LEGEND:      Plaintiff's "Butterfly Driver" **(BD) - in bold print [Exhibit A];**

Defendants' "Elysium" - in regular print **[Exhibit B]**

61.   FIRST EVENT:

**(BD):   Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR." His eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

(ELYSIUM):   Max tries to run, but he collapses. He clasps his head in pain... Max clasps his head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

62.   SECOND EVENT:

**(BD):   Arlo stands up then unexpectedly drops to his knees in pain. ARLO: "GGGRRRR! Argh!" Arlo's eyes roll back behind his head, showing only the whites of his eyes for a moment. Arlo cries out. ARLO: "AAAHHHH!"** ["Uberopolis:City of Light" p. 33]

(ELYSIUM):    Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

63.   THIRD EVENT:

**(BD):   He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. [Exhibit A p. 46]**

COMPLAINT

1   (ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head

2   wants to explode. He collapses to the ground... (more)  **[Exhibit B p. 77]**

3   64.   FOURTH EVENT:

4   **(BD):   Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his**

5   **face.  ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving him to**

6   **one knee. Arlo's eyes roll in their sockets as he groans and struggles to his feet. BANG! A**

7   **fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler**

8   **looming over him.  DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

9   (ELYSIUM):   Max starts to get the upperhand when- A white hot flash of cerebral pain... He

10   trips and stumbles over desks and terminals, holding his head.  Manual grabs Max and pulls him

11   back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel.

12   Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112]**

13                          SUMMARY: Hero's Affliction

14   65.   The unusual headaches (in paragraph 60-64) and the way they manifest in the Plaintiff's

15   character, Arlo (grabbing head, stumbling, crying-out), and the surprising way a headache occurs

16   in the story's climax, are the Plaintiff's unique expression and copyright.

17   66.   In adopting the symptoms and reactions of the Plaintiff's hero's affliction, and using

18   them similarly (including amid battle in the climax), the Defendants infringed on the Plaintiff's

19   copyright protected character, Arlo Grainer, and on his copyrighted script, "Butterfly Driver".

20   67.   As seen in paragraphs 60-64, the Defendants do not call these events "headaches";

21   rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>.

22   The Defendants also, twice, call the events "seizures", and an "epileptic white static" -which

23   reveal the Defendants' misinformation of a serious disability, as epilepsy and epileptic seizures do

24   not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also

25   call the event "A white hot flash of cerebral pain." But "cerebral pain" is a "headache".

26   68.   The Defendants' willful misuse of language, illustrated in paragraph 67, is a crude and

27   obvious effort to give an appearance of dissimilarity (e.g. using the terms "migraines", "seizures"

28   and "epileptic white static", to avoid the word "headache" -to appear to describe a different

11

1   "affliction", while describing an almost identical reaction -to pain in the head.

2                              Uniqueness And Intricacy

3        69.   Amid these headaches, the Defendants mirror the Plaintiff's hero's "will" to his feet (in

4   paragraph 63, Line 23, from the Plaintiff's work). "**...Arlo rises to his feet, holding his temple,**

5   **as if defying the pain to stop him**"**[Exhibit A p. 46]**; and paragraph 61, Line 12 **"as he fights**

6   **his way back to his feet" [Exhibit A p. 9]**. Compare to Defendants' work, (paragraph 64, Line

7   8): "...Max uses every ounce of strength to will himself to his feet." **[Exhibit B p. 112]**.

8        70.   The example provided in paragraph 69 (as well as the general parity of the passages

9   comapred  in paragraph 61 and 64) shows more than just infringement -it shows replication of

10  uniqueness, intricacy and complexity of the similar sections: a poor man trying to get to a satellite

11  world, driven to his knees by a crushing headache, grabbing his head, willing himself to his feet.

12                     **THE HERO**'S "KEEPSAKE NECKLACE"

13       71.   In the Plaintiff's, "Butterfly Driver", a character, "Benni", gives the hero, Arlo, a

14  keepsake necklace . As Arlo faces death, near the end of the screenplay, he sees the neclace in a

15  dream-like vision, which saves his life. The Plaintiff refers to the necklace as a "necklance" and a

16  "pendant". **[Exhibit A pp. 54, 55, 65, 113]**

17       72.   In  "Elysium" a nun gives Max a keepsake necklace. As Max faces death, near the end,

18  he looks at the necklace and remembers "Frey" (in a dream-like way). The Defendants refer to the

19  necklace as a "pendant", and a "necklace" (and once as a "locket"). **[Exhibit B pp. 29, 117, 120]**

20       73.   SUMMARY: In using a keepsake necklace, in Elysium, as the Plaintiff used the

21  keepsake necklace in Butterfly Driver, the Defendants infringed on the Plaintiff's copyright.

22                     **THE VILLAIN:** Drexler Vs Delacourt (Rhodes)

23       74.   The Villains of both works (Drexler in Butterfly Driver; Delecourt/Rhodes in Elysium)

24  have been genetically "reprogrammed" (or "re-atomized") to appear much younger than they are

25  **[Exhibit A p. 3; Exhibit B p. 18]**; both villains send agents to apprehend the hero due to

26  information he possesses; and both villains order mass killings of prisoners traveling in space

27  shuttles (to reveal the depth of the character's evil) **[Exhibit A p.105; Exhibit B pp. 12, 13]**; and

28  both villains are seemingly evil, but committed to the belief that they are defending their elite ilk,

                                      12

**[Exhibit A pp. 93-96; Exhibit B p. 18].**  Additionally, The villain of Butterfly Driver, Drexler, is the World President, and used his media company to cheat himself into The Presidency. Once again, following the Plaintiff's model, in the film, Elysium, the villain, Delacourt, devises an evil plan to cheat herself into The Presidency.

SUMMARY: Drexler Vs Delacourt (Rhodes)

75.   The plaintiff's character, "Drexler": 1) has been genetically *"reprogrammed" to appear much younger than he is (Elysium calls this technology *"re-atomizing"); 2) is very rich; 3) lives on a satellite world for the rich; 4) orders mass killings of people traveling in space shuttles; 5) wants the hero apprehended for information he possesses; 6) sends a special agent to apprehend the hero; 7) is evil, but believes his deeds serve his elite ilk; 8) cheats himself into the Presidency.

76.   The characteristics, actions, motivations and conditions listed in paragraph 75 are the Plaintiff's unique expression; forming his copyright protected character "Drexler", from his copyright protected work, "Butterfly Driver".

77.   By adopting all (or substantial aspects) of each attributes listed in paragraph 75, for their villain, "Delacourt" ("Rhodes" in the original screenplay), the Defendants infringed on the Plaintiff's copyright protected character, "Drexler", and his protected work "Butterfly Driver".

78.   In changing minor details about their character "Deleacourt" or "Rhodes" (gender, rank, making the character intent to cheat her way into the Presidency, rather than having already commited the deed), the Defendants made obvious efforts to disguise their infringement.

**SICK CHILD:**  Franny Vs Matilda

79.   Franny" is Arlo's sick 7 year old daughter, who has a respiratory disease. She will die in less than a week -without medicine found only on a satellite for the super rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. Franny is saved by the hero and seen, healthy, in the script's final minutes. She lives in a world where the rich live on a giant satellite with great medical aid; and where the poor live on Earth.

80.   The unique role Franny plays in the plot, within the story's unique settings, are part of her copyrightability. Han Solo would just be another guy in a vest, and Luke Skywalker another guy in a Karate gi, if not for the unique world around them.

COMPLAINT

81.   Elysium's, "MATILDA" is Frey's (the hero's girl-friend's) sick 6 year old daughter. She is very sick with Leukemia. She will die in less than a week -without medical aid only found on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. She is saved by the hero's action, and seen, healthy, in the story's final moments. Matilda lives in a world where the rich live on a giant satellite with great medical aid, and the poor live on Earth.

SUMMARY: "Franny" Vs "Matilda"

82.   The Plaintiff's character, "Franny", has these characteristics and conditions: 1) she is a very sick little girl; 2) she has less than a week to live -without medicine or medical aid found on a satellite for the rich; 3) her life depends on the hero's actions; 4) she is saved by the hero and seen healthy in the final story's final moments; 5) she is a central to the plot; 6) she lives in a world where the rich live on a giant satellite with great medical aid; while the poor live on Earth.

83.   The unique collection of characteristics and circumstances, listed in paragraph 82 form an intricate, interdependant, copyrightable character structure, and are the Plaintiff's expression of his copyright protected character, "Franny", from his work, "Butterfly Driver".

84.   The unique role Franny plays in the plot, and the uniques settings around her, are part of her copyrightability. In today's world, Han Solo would just be a guy in a vest, and Luke Skywalker just a guy in a Karate gi. But in their story context and settings, they are copyrightable.

85.   The Defendant's, "Matilda", shares all attributes, listed in paragraph 82, thus, the Defendants' "Matilda" infringes on the Plaintiff's character, "Franny".

86.   In making nuanced changes to "Matilda" (e.g. changing her name, her age, her relationship to the hero) the Defendants made obvious efforts to disguise their infringement.

3) SETTING INFRINGEMENT:

87.   Perhaps the most unusual settings in film this year (2013), the two central settings of the Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

SETTING 1:  GIANT SATELLITE WORLD FOR THE RICH

88.   The Plaintiff's satellite is 3 miles in diameter [Exhibit A p. 26]. The Defendants' script calls for a satellite 60 miles in diameter. But the film's satellite is 1 or 2 miles in diameter.

14

COMPLAINT

89.    The plaintiff's satellite world has many unusual aspects: 1) it is an enormous satellite man-made world, with forests and large aquatic features; 2) only the super-rich live in the satellite's pristine biosphere; 3) fantastic medical technologies are available there; 4) entering the satllite requires special identification; 5) it is home to the story's genetically reprogrammed villain; 6) it orbits an overpopulated, impoverished Earth; 7) it is where the final battle transpires; 8) there, prisoners in orange jumpsuits board shuttles for Earth. **[Exhibit A pp.3, 33; Exhibit B p. 5]**; the satellite's capacity is 300,000, when complete, 150,000 currently. (Elysium's capacity is 251,200). **[Exhibit A p. 4; and SEE Elysium website: http://www.welcometoelysium.com/ ]**

SUMMARY:  Setting 1, Giant Satellite for the Rich

90.    The list of features, in paragraph 89, are a simplification of the Plaintiff's expression of his copyright protected satellite world, Uberopolis, featured in his work, "Butterfly Driver".

91.    The Defendants, "Elysium" uses all of characteristics listed in paragraph 89 for their satellite world. Thus, the Defendant's "Elysium" infringes on the Plaintiff's copyright.

92.    By never referring to Elysium as a "satellite" (to avoid the Plaintiff's language), and in making superficial changes to their satellite world (size, shape), the Defendants made obvious effort to give the appearance of dissimilarity.

SETTING 2:  DYSTOPIAN EARTH

93.    The other central setting of both screenplays is the impoverished overpopulated ruin of Earth. On this setting, in both scripts:: 1) the poor have little access to medical care; 2) the hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7]**; 4) Army ships, full of "undesirables" are released into the slums **[Exhibit A p. 53; Exhibit B p. 5]**; 5) the poor are brutalized by the governement of the satellite world (who also do a few kind things for the poor, such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18]**; 6) rich businesses build manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95; Exhibit B pp.15, 16, 27, 28]**; 7) people commonly travel by flying shuttles and flying cars, and commute to the giant satellite; 8) the poor live in the ruins of cities in decay. (NOTE:  Elysium's script doesn't specify "ruins", but its synopsis does, and the film illustrates this state).

15

COMPLAINT

SUMMARY: Setting 2, Dystopian Earth

94.     The characteristics listed in paragraph 93 are the Plaintiff's expression of his dystopian vision of a future Earth, and his copyright, from his copyright protected work, "Butterfly Driver".

95.     The Defendants',"Elysium", adopts (all, or significant aspects of) each of the conditions listed in paragraph 93, infringing on the Plaintiff's copyright.

96.     In making superficial changes to their vision of Earth in "Elysium" (adding robots, changing the year, etc.) the Defendants made obvious efforts to disguise their infringement.

CONJOINED SETTINGS: Rich Satellite World, Poor Dystopic Earth:

97.     The placement of the Plaintiff's two unique settings (the satellite for the super-rich, orbitting the Plaintiff's dystopic future-Earth, paragraphs 87-96) are the Plaintiff's copyright.

98.     The Plaintiff is aware of no other story, prior to Butterfly Driver, featuring a gigantic man-made super satellite with giant aquatic and forested areas, great medical technologies for the rich, and the other aspects listed in paragraph 89. Nor is he aware of any stories, prior to his, featuring his vision of a dystopic future-Earth, with all the the aspects listed in paragraph 93.

99.     The Star Trek (1969, TV) episode, "The Cloud Minder" is the nearest copyrightable equivlent known. But "The Cloud Minders" did not feature a man-made orbitting giant satellite, but a city that floated in the the clouds. The human-like alien beings there were not super-rich. Rather, they were alien artists and intellectuals. There were no aquatic or forested features, nor special medicine that compelled the other alien species, on the planet below, to the cloud city. On the planet, the aliens all worked in mines, and was nothing like the Plaintiff's future-Earth.

100.     Butterfly Driver and Elysium are "Science Fiction" works, because they loosely adhere to, or expand, understood science. The fact that The Cloud Minders features a city that floats in a cloud (against all science), makes it a "Fantasy" genre story.

SETTING: YEAR

101.     Butterfly Driver is set in the year 2120.  Elysium's original script says the movie is set in 2109 . But the actual film and official synopsis revise that year to 2154. However, In 2010, before the Defendants had written their script, the Plaintiff posted an 80 word logline of his screenplay (for investors), on his website (mrexcellentmovie.com) in which he changed the setting year of

16

Butterfly Driver to 2144 -ten years from Elysium's final setting. **[See Exhibit Q]** .

102.    In placing Elysium's setting year near the Plaintiff's setting year, the Defendants adhere to and expand a pattern of infringement and similarity.

### 4)  CENTRAL CONFLICT INFRINGEMENT

103.    The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes of both, the Plaintiff's, Butterfly Driver, and the Defendants', Elysium, have extremely similar goals. Both heroes need to get to a satellite world to access medical technology. Both heroes must overcome an almost identical conflict list:: 1) the hero is not a citizen of the satellite world; 2) the hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a  powerful, evil, official wants the hero stopped; 5) the hero suffers debilitating headaches which make reaching his goal more difficult; 6) The evil, powerful official  sends a special agent to apprehend the hero.

SUMMARY: Central Conflict

104.    All of the story conflicts, enumerated in paragraph 103, together, are an expression of the Plaintiff's effort, from his screenplay, "Butterfly Driver", the Plaintiff's exclusive copyright.

105.    The Defendants infringed on the Plaintiff's copyright by adopting all of the Plaintiff's central "conflicts", listed in paragraph 103, for their screenplay and film, "Elysium".

106.    Further, the Plaintiff charges that in making three minor changes to the "conflicts" in "Elysium" (e.g. making the pursuing agent into an "evil" agent, and changing the gender and office of the evil Official), the Defendants made willful efforts to disguise their infringement.

### 5)  THEME(S) INFRINGEMENT

107.    The Plaintiff's "Butterfly Driver" has at least five imperarive central themes:

1) Survival without adequate healthcare is inhumane

2) the plight of immigrants is brutal

3) wealth corrupts and divides us (literally -the poor on Earth, the rich on a satellite)

4) Heroic Sacrifice:  BUTTERFLY DRIVER: Arlo  risks everything for his daughter.

ELYSIUM: Max gives up his life to save Matilda and mankind.

5) Redemption comes from refusing to give up hope (the spiritual theme of both movies).

BUTTERFLY DRIVER (spiritual theme): Arlo doesn't give up hope of saving his

17

daughter. Thus, in the end, he finds redemption and liberates the world with free, fair elections. (Butterfly Driver uses a rabbi, a cleric, a pastor and a necklace to reinforce this theme).

ELYSIUM (spiritual theme): Max doesn't give up his dream of getting to Elysium; thus, finds redemption -and liberates the world. (Elysium uses a nun and a necklace to reinforce this theme).

SUMMARY: Themes

108.    The five themes (listed in paragraph 107) are, in the context of his script, "Butterfly Driver", or in any substantially similar story, the artful expression and copyright of the Plaintiff.

109.    The Defendants adopted all five of the Plaintiff's central themes for "Elysium", further infringing on the Plaintiff's copyright.

6) <u>CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT</u>

110.    Typically a screenplay has three imparitive "plot points": 1) catalyst, 2) crisis, 3) climax. Elysium borrows all three from the Plaintiff's, "Butterfly Driver".

**CATALYST**

111.    The catalyst is the event that pushes the hero into action, and gives him his goal. The catalyst usually marks then end of the first act and the beginning of second.

112.    BUTTERFLY DRIVER:  the hero learns his daughter has less than a week to live, unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

113.    ELYSIUM:  the hero learns he has only five days to live, unless he can get to Elysium for medical care. *His girl-friend's dying daughter must get there, too. In the film Max has 5 days to live. Elysium's script is inconsistent: "only a few days" or "20 days". **[Exhibit B pp 31, 72]**

**CRISIS**

114.    The crisis is the story's low point, when all hope seems lost.

115.    Usually the crisis occurs about halfway through the story. The Plaintiff's crisis occurs near the third act, The Defendants also place their crisis near the end.  Compare:

116.    BUTTERFLY DRIVER:  after struggling to get to Uberopolis, Arlo learns the medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**

18

1    117.   ELYSIUM:  Arriving to Elysium, Max learns he can't be treated without wiping out the

2    data in his head, and Matilda can't be treated  because she's not a citizen. **[Exhibit B pp. 105, 106]**

3         **CLIMAX**

4    118.   The climax begins when the hero directly confronts the villain, until the resolution.

5    119.   The Plaintiff set his climax on the giant satellite for the effect: the great battle on the

6    great satellite. Arlo initiates the climax by holding an explosive devise to his head to gain access

7    to the villain.

8    120.   Conversely, the Defendants started their climax on Earth; where the battle could have

9    ended. But the Defendants moved the dying child, her mother, the hero, and the villain, all to the

10   satellite world, to conclude the battle; to emulate the effect of the Plaintiff's script. Max escalates

11   the climax by holding a grenade to his head to gain entry into Elysium.

12   121.   Both works have identical CLIMAX TWISTS: The hero battles the villain on the giant

13   satellite. They struggle. Finally the hero gains the advantage, then suddenly, the "twist": the hero

14   has a massive headache. **[Exhibit A p. 109; Exhibit B p 112]**

15        SUMMARY: Catalyst, Crisis, Climax (and twist)

16   122.   The Plaintiff's catalysts, crisis, climax (and "climax twist") are, collectively the

17   Plaintiff's unique expression, and the plaintiff's exclusive copyright.

18   123.   As shown in paragraph 110-122, the Defendants' catalyst, crisis and climax are

19   all identical, or extremely similar to the Plaintiff's; and thus, infringe on the Plaintiff's copyright.

20        7)  INCITING INCIDENT INFRINGEMENT

21   124.   The inciting incident, as many writers and screenwriters know, is the event that takes

22   the hero out of his normal routine world. It is sometimes, simply, the catalyst.

23   125.   The Plaintiff's inciting incident occurs midway through the first act. The Defendants'

24   "Elysium" uses the Plaintiff's inciting incident as the first event of the second act. But in both

25   works, oddly, the inciting incident is separate from the inciting incident.

26   126.   BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are

27   closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city

28   and into the rich, safe "State". But he needs money to pay their transport and immigration

COMPLAINT

1  ("repatriation") fees. Arlo turns to his friend -a local underground transporter. <u>The transporter has</u>

2  <u>a disability: he is a missing arm</u>. The transporter arranges Arlo's wife and kids' transport and

3  immigration -BUT Arlo must do a VERY dangerous mission in exchange.

4      127.    ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has

5  only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With

6  no money to pay, Max asks his friend (a local underground transporter) to smuggle him to

7  Elysium. <u>The transporter has a disability: he has a paralyzed leg</u>. The transporter agrees to

8  transport Max -if Max does a VERY dangerous mission in exchange.

9                         SUMMARY: Inciting Incident

10      128.    The unusual structure of "paying emmigration transport, by doing a dangerous mission

11  for a disabled underworld transporter," is the Plaintiff's expression and copyright.

12      129.    As illustrated in paragraph 124-128, the Defendants "Elysium", adopts the Plaintiff's

13  inciting incident, and thus infringes on the Plaintiff's copyright.

14            8) <u>IDIOSYNCRATIC & STYLE INFRINGEMENT</u>

15      130.    The Plaintiff use of two unusual words, one double naming of a prop, one word play,

16  and the omission of race and sex, can be considered idiosyncratic, or a style signature. The

17  Defendants','"Elysium", uses these same (or extremely similar) idiosyncrasies :

18      131.  **(A)**  BUTTERFLY DRIVER uses the very uncommon word "repatriate", in lieu of

19  the word "immigrate**". [Exhibit A pp. 12, 13, 34, 41 117]**.

20      132.    ELYSIUM uses the word "repatriated" on page 5. **[Exhibit B p. 5]**

21      133.    "Repatriation" is usually used in association with war. The Plaintiff uses it to reference

22  immigration in a warlike state. The word departs from Blomkamp's simple story language.

23      134.  **(B)**  BUTTERFLY DRIVER uses the term genetic "reprogramming" for the act of

24  reversing the effects of disease, age, and physically improving a person. **[Exhibit A p. 3, 36, 90].**

25      135.    ELYSIUM uses a similar term "reatomizing" for the act of reversing the effects of

26  disease and age, and physically improving a person. **[Exhibit B pp. 2, 4, 104)**

27      136.  **(C)**  BUTTERFLY DRIVER refers to a key necklace as a "necklace" and a "pendant".

28  This is unusual because most screenwriters refer to each object by one name, to avoid confusing

1  the props department -who dissect the script to prepare props for each scene.

2       ELYSIUM also refers to their necklace as a "necklace" and a "pendant"

3  137.  **(D)**  BUTTERFLY DRIVER shows humans killed in space and their bodies left to

4  fall back to Earth. The Plaintiff uses the terms "disposal" and "litter" to show the dead bodies are

5  the new "trash" hazard. Playing with this motif, the villain, Drexler, orders a shuttle set for

6  "disposal" -meaning: dump all aboard into space. **[Exhibit A pp. 3, 31, 107, 105, 108]**

7       138.   ELYSIUM: Before Rhodes orders Kruger to destroy two shuttles full of immigrants

8  (to let their bodies to fall to Earth) she asks how many of the ships are a "debris danger" -playing

9  on the "trash" motif. **[Exhibit B pp. 10, 11]** (the "debri danger" line was cut out of the movie).

10      139.  **(E)**  BUTTERFLY DRIVER omits the racial identities of the central characters, to

11 reflect a less "racial' future. Omitting this information is unusual for a screenplay.

12      140.   ELYSIUM also omits any mention of the racial identity of its central characters.

13      141.  **(F)**  BUTTERFLY DRIVER, is somewhat unique in that there is an absence of sex in

14 the storyline (against Hollywood conventions). The Plaintiff made this unusual style decision to

15 maintain the integrity of his story and his central hero, and to add urgency to the story.

16      142.   ELYSIUM also follows the Plaintiff's model and permits no sexual contact.

17            SUMMARY: Idiosyncratic and Style Infringement

18      143.   The Plaintiff's idiosyncratic elements described in paragraphs 131-142, in the

19 context of Butterfly Driver, or any similar work, are the plaintiff's copyright. In taking these

20 idiosyncrasies for Elysium, the Defendants further infringed on the Plaintiff's copyright.

21            9) FUTURE TECHNOLOGICAL 'VISION" INFRINGEMENT

22      144.   **Butterfly Driver:** the Plaintiff's future vision is expressd in threee central technologies:

23 1) an advanced satellite world, 2) medical technology; 3) a future where the rich routinely

24 commute from Earth, to their homes on a satellite world, in private and public spacecraft.

25 **Elysium:** features the central technologies of: 1) a satellite world for the rich; 2)  medical

26 technology (identical to the Plaintiff's medical technology, "genetic reprogramming"); 3) shows

27 the rich routinely commute from Earth, to their homes on a satellite world, in private and public

28 spacecraft. **[Exhibit A p 33, 70, 73, 76; Exhibit B p 50, 51, 52 ].**

21

COMPLAINT

145.   SUMMARY: paragraph 144 illustrates the Defendants' technological "vision" infringes on the Plaintiff's technological "vision", and on his copyright protected work, Butterfly Driver.

10)  RESOLUTION SIMILARITY

146.   In both scripts, the heroes actions have unlikely global consequences. Compare:

147.   **"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

148.   **"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

149.   SUMMARY: The Defendants' resolution mirrors the nature, style and scale of the Plaintiff's resolution, and conforms to an expanding pattern of similarity and infringement.

MOOD and PACING

150.   Mood is the pervading feel of a work; created by setting, tone and pace. The Defendants' mirror the mood of the Plaintiff's work, as; 1) The pacing of both works is similar: fast but not frenetic; (2) both works feature disabled characters, suggesting a brutal government; (3) both works are serious, with little humor in narrative, dialogue or action; (4) the settings and themes of both works are identical; (5) both works used similar scenes too darken the mood, such as unnecessary, casual police beatings of the heroes. **[See Exhibit A p. 30; See Exhibit B p. 8]**

151.   Again, both works feature the mood and pacing aspects listed in paragraph 150, expanding the Defendants' pattern of infringement of the Plaintiff's work.

**SECONDARY INSTANCES OF COPYRIGHT INFRINGEMENT**

1)  SECONDARY SCENE INFRINGEMENT

152.   The following scenes from the Plaintiff's work, were infringed on by "Elysium".

153.   **(A)** In Butterfly Driver, to gain direct access to the villain, Arlo, holds up an explosive "A-cell" and threatens to detonate it. In an uncertain moment with the villain, Arlo throws the A-cell out a window.  **[Exhibit A pp. 88, 97]**

154.   In Elysium, to get to Elysium, Max holds a grenade to his head and threatens to detonate it. In an uncertain moment villain, Max throws the grenade in a shuttle's cockpit. **[Exhibit B pp. 94-95]** (*Note: in the actual film, Max does not throw the grenade).

22

155. **(B)** In <u>Butterfly Driver</u>, hero, Arlo, is strap-locked in a doomed shuttle, and breaks free and struggles to saves his friend from his straps. **[Exhibit A p. 31]**

156. In <u>Elysium</u>, hero, Max, must struggle to free his friend, Frey, who is strap-locked in the seat of a doomed shuttle. **[Exhibit B p. 96-99]**

157. **(C)** In <u>Butterfly Driver</u>, Jerry negotiates with insurers for his son's life. **[Exhibit A p. 22]**

158. <u>Elysium</u>: Frey negotiates with hospital for her daughter's life. **[Exhibit B pp. 26, 27]**

159. **(D)** In <u>Butterfly Driver</u>, the villain, Drexler, is extremely strong because he was reprogrammed without myostatin **[Exhibit A p. 36]**. Drexler also refers to himself as "immortal", suggesting he feels superior to regular humans. **[Exhibit A p. 99]**

160. In <u>Elysium</u>, the villain, Kruger possesses "immense strength" **[Exhibit B p. 20]**, from re-atomizing. Kruger calls the humans on Earth "humans" and "peasants", suggesting he thinks he and Elysians are superior to regular humans. **[Exhibit B pp. 57, 67, 91]**

161. **(E)** In <u>BOTH</u> screenplays tech programmers must forge documents to get the heroes into Uberopolis and Elysium, respectively. **[Exhibit A pp. 57-58, Exhibit B pp. 44]**

162. 163. **(F)** <u>Butterfly Driver</u>: Arlo has a tracker cut out of his neck. **[Exhibit A p. 33]**

163. <u>Elysium</u>: Kruger cuts an ID & tracking chip out of his wrist. **[Exhibit B p. 57]**

164. SUMMARY: Paragraphs 153-163 are further instances and evidence of the Defendants' "Elysium" infringing on the Plaintiff's copyright protected work, "Butterfly Driver".

## 2) SECONDARY CHARACTER INFRINGEMENT

### (1) Rianna & Benni Vs Frey :

165. Elysium's character FREY is a hybrid character based on the characters RIANNA & BENNI from the Plaintiff's copyright protected work, "Butterfly Driver". Compare:

166. <u>Butterfly Driver</u>: Rianna lives in an slum, but is an educated, devoted mother; while Benni is beautiful, hopeful, but disappointed with the men around her. **[Exhibit A p. 52].**

167. <u>Elysium</u> : Frey lives in an uneducated slum, but is an educated, tough and devoted mother -also beautiful hopeful and disappointed with the men around her **[Exhibit B p. 75].**

168. <u>Butterfly Driver</u>: the writer hints at an attraction between Benni and Arlo, but no romance occurs, as it would undermine the story's urgency. **[Exhibit A p. 52]**

23

169.  Elysium : Max is attracted to Frey, but no romance occurs. **[Exhibit B pp. 15, 75]**

**(2) Jerry Vs Kruger:**

170.  Although Elysium's "KRUGER" is evil and Butterfly Driver's JERRY Matthiessen is good, they have a few important things in common:

171.  **(A)** JERRY and KRUGER are both sent to apprehend the hero by a high ranking official.

172.  **(B)** Butterfly Driver: when superiors ask agent Jerry Matthiessen to find Arlo, Jerry bargains for health care for his son, before accepting the mission. **[Exhibit A pp. 25, 45]**

173.  Elysium : when his superior asks special agent Kruger to apprehend Max, Kruger bargains for a mansion and more, before accepting the mission. **[Exhibit B pp. 56, 57]**

174.  **(C)** Butterfly Driver: Jerry works for government law enforcement, the OFI

175.  Elysium : Kruger works for government law enforcement, the CCB.

**(3) Dylan Vs Spider:**

176.  The Defendants' character "SPIDER" bears a striking resemblance to the Plaintiff's character, "DYLAN". Compare:

177.  In Butterfly Driver, "Dylan" runs an underground base with flight path monitors on the walls. He sometimes transports immigrants. He is disabled: missing an arm. **[Exhibit A p. 7]**

178.  In Elysium,"Spider" runs an underground base, with flight path monitors on the walls. He transports immigrants. He is disabled: a paralyzed leg. **[Exhibit B p. 36]**

**(4) Matty Vs Matilda:**

179.  Elysium's character, "Matilda" (who infringes on Plaintiff's character, "Franny") also bears striking resemblance to the Plaintiff's character "MATTY". Compare:

180.  Butterfly Driver: "Matty" is Jerry's sick 9 year old son. He is dying of a respiratory disease. He wants to be healthy and get out of his air chamber. **[Exhibit A  p. 44]**

181.  Elysium : "Matilda" is 6 and dying of Leukemia. She is the daughter of Frey, Max's childhood sweetheart. Matilda wants to be healthy and get out of the hospital. **[Exhibit B p. 66]**

182.  The fact that "Matilda" is the feminine form of "Matty" is also curious.

183.  SUMMARY: Paragraphs 165-183 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

24

COMPLAINT

## MINOR SCRIPT INFRINGEMENT:

184.  **(B)** <u>Butterfly Driver</u>: the final battle and chase on Uberopolis, Arlo runs through doors that take the fight under the metal city floor.  **[Exhibit A p. 101]**

185.  <u>Elysium</u> the final battle and chase on Elysium, Max goes through a hatch that takes the fight under the metal city floor. **[Exhibit B pp. 110-112]**

186.  **(C)** <u>Butterfly Driver</u>, Arlo's friend is killed by a state bounty hunter. **[Exhibit A p. 10]**

187.  In <u>Elysium</u> , Max's friend is killed by state assassin, Kruger. **[Exhibit B p. 64]**

188.  **(D)** <u>Butterfly Driver</u>: uses Bush era, post 911 terms to reinforce points, such as: "I don't negotiate with State enemies," and tags like "embolden".  **[Exhibit A pp. 51, 88]**

189.  <u>Elysium</u> borrows this stroke with "Homeland Defense" ("Homeland Security" in the movie). **[Exhibit B p. 2, 100]**

190.  **(A)** <u>Butterfly Driver</u>: A character named "VAN" reflects  some current attitudes toward immigrants, when he comments about an immigrant woman's hard work, "She just repatriated. People from the state can't work like that." **[Exhibit A p. 41]**

191.  <u>Elysium</u> : reflects some current attitudes toward immigrants when Rhodes says, "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants..." **[Exhibit B p. 17]**

192.  **(E)** <u>Butterfly Driver</u>: Drexler and leaders talk politics and P.R. **[Exhibit A p.75]**

193.  In <u>Elysium</u> : Delacourt, and leaders discuss politics and P.R. **[Exhibit B pp. 17-18]**

194.  **(F)** In <u>Butterfly Driver</u>:, the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare.  **[Exhibit A p. 105]**

195.  In <u>Elysium</u> , the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare. **[Exhibit B p. 110]**

196.  **(G)** <u>Butterfly Driver</u>: remote cameras track Arlo. **[Exhibit A pp. 98, 103, 107]**

In <u>Elysium</u> : remote cameras track Max **[Exhibit B pp. 80, 90]**

197.  **( H )** <u>Butterfly Driver</u>: Characters refer to Arlo as a LEGEND. **[Exhibit A pp. 14, 48]**

198.  <u>Elysium</u> : Julio tells Max "... you used to be a LEGEND. **[Exhibit B p. 25]**

199.  Paragraphs 184-199 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

25

COMPLAINT

1  INTERNET / MULTI-MEDIA INFRINGEMENT

2  200.  The Plaintiff, showed the science, social nd political history behind his world,. The

3  Defendants eliminated the social and political history from their script and film, but included this

4  information on the official Elysium website. These details further infringe on the Plaintiff's

5  "Butterfly Driver"; listed below:

6  201.  **(A)**  In <u>Butterfly Driver</u>: the villain, Drexler, is directly responsible for creating

7  Uberopolis. He is the richest man in the world and owner of the most profitable company ever -

8  Drexler Industries. Drexler Industries makes it's fortunes from 3 enterprises: 1) HEALTH &

9  MEDICAL; 2) REAL ESTATE (homes on Uberopolis); 3) its media company.

10  202.  In <u>Elysium</u> the evil character Carlyle is directly responsible for creating Elysium.

11  He is the CEO of Armadyne Corp. Armadyne is the most profitable company ever. Armadyne

12  makes its fortune from 3 enterprises: 1) HEALTH & MEDICAL COMPANY;2) REAL ESTATE

13  (Elysium); 3) his robotics products. (http://www.armadyne.net/company/leadership.php )

14  203.  **(B)**  <u>Butterfly Driver</u>: : When the second half of Uberopolis is completed it will support

15  200,000 to 300,000 citizens.  **[Exhibit A p. 4]**

16  204.  The offficial <u>Elysium</u> website says Elysium has a maximum capacity of 251,200

17  citizens -approximating Uberopolis's capacity. (http://www.welcometoelysium.com/)

18  205.  **(C)**  In <u>Butterfly Driver:</u>, immigration into the state costs tens of thousands of

19  dollars. But only citizens who pass an intelligence test can vote.  **[Exhibit A pp. 12, 84]**

20  On the <u>Elysium</u>  official website, it is revealed that legal immigration requires an IQ test. The

21  website includes an IQ test site visitors can take.  http://www.itsbetteruphere.com/

22  206.  **(D)**  In "<u>Butterfly Driver</u>:" the government of Uberopolis also governs Earth, from

23  Uberopolis, and it is a corporate, business centered world government.

24  207.  The official <u>Elysium</u>  website establishes that the government of Elysium also governs

25  the Earth. It is a business centered government, governed by The Elysium Corporate Authority.

26  ( http://www.armadyne.net/#../company/about.php).

27  208.  Paragraphs 200-207 provide further examples and evidence of the Defendants'

28  infringement of the Plaintiff's copyright, and expand a pattern of similarity.

26

COMPLAINT

## MARKETING INFRINGEMENT

1

2      209.   The synopsis is a filmmaker's foremost marketing tool.  In 2010, the Plaintiff posted an

3   updated Butterfly Driver investor synopsis online, **[See Exhibit Q]** archived Aug. 6th, 2010, at:

4   http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html

5   The Defendants synopsis seems patterned after that synopsis written by the Plaintiff's. Compare:

6      210.   "**BUTTERFLY DRIVER**: In 2144 Earth is grossly overpopulated, with 95% of the

7   population living in poverty, while the elite .01% live on the giant man made luxery satellite,

8   Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's

9   most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless

10   she receives an extremely costly drug. For that medicine Arlo will go across the globe and into

11   the heart of Uberopolis, pursued by every bounty hunter on Earth".

12      211.   **ELYSIUM** (Synopsis-Logline): "In the year 2154, two classes of people exist: the

13   very wealthy, who live on a pristine man-made space station called Elysium, and the rest, who

14   live on an overpopulated, ruined planet. The people of Earth are desperate to escape the crime

15   and poverty that is now rampant throughout the land. The only man with the chance to bring

16   equality to these worlds is Max (Matt Damon), an ordinary guy in desperate need to get to

17   Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one

18   that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but

19   if he succeeds, he could save not only his own life, but millions of people on Earth as well."

20                         SUMMARY: Marketing Infringement

21      212.   The Defendants' synopsis only mentions aspects infringed on from the Plaintiff's work

22   -no mention of robots, exoskeleton suits, or high-tech guns, as they are insubstantial, and added

23   only to disguise the infringement.  The Defendants' synopsis follows the Plaintiff's synopsis

24   structure. Mention, first, the year, then the class division, then the satellite world, followed by

25   plot details. On IMDB's top 200 science fiction films, of the future-set non-time-travel films, only

26   "Elysium" and "Children Of Men", include the setting year in their synopsis, just as the Plaintiff.

27      213.   Paragraph 209-212 illustrate the Defendants' "Elysium" marketing synopsis adheres to

28   a pattern of infringement and  similarity.

27

COMPLAINT

## DEFENDANTS' ATTEMPT TO APPEAR DISSIMILAR:

214.    Beyond the extensive copyright infringement outlined herein, (see in paragraphs 1-213) the Plaintiff believes the Defendants made obvious efforts to hide infringement and appear dissimilar from the Plaintiff's work (see paragraph 1-213). These efforts began long before the film was released. While making Elysium, the Defendants implemented measures of extreme secrecy -to keep the Plaintiff unaware his work was being misappropriated. In pre-production, the Defendants would not permit actors to see a script, or review their lines before auditioning. Cast and crew members were not permitted to reveal any story details, or take a script home. Legendary actress, Jody Foster, star of Silence of The Lambs (perhaps the film with the most surprise ending ever), says she had never seen such secrecy. **[See Exhibit R]**.

215.    Further evidence of the Defendants' efforts to hide their infringement is Jodie Foster's media statements that her character was originally written for a man. **[See Exhibit S].**

216.    Late May 2013, the Plaintiff contacted about 40 attorneys (including the Defendants' Counsel, K.W.I.K.A. Law) providing, via email, many case details. **[See Exhibit T]**. A few attorneys declined due to a "conflict of interests". KWIKA Law did not respond.

217.    The plaintiff believes, in May or early June 2013, the Defendants were informed of the immanent suit, giving them two months to re-edit portions of the film. The Plaintiff suspects this because the Defendants' script calls for four headaches, yet the film shows only three. And the 3 surviving headaches were inexplicably short; and all missing the special effects described in the script. The "eplileptic white static", the "blast of static pain", the "searing white light", and the "white hot flash of cerebral pain..." are all missing, as if someone tried to edit out the headaches, but couldn't make the scene work without a pinch of the headache footage. Defendant, Neill Blomkamp, is a special effects master. Every special effect in his film is executed as described - except the headaches. The Plaintiff contends the Defendants removed one headache, and attempted to remove the others, but could not, due to  insufficient coverage film footage.

218.    The Plaintiff believes the enormity of infringement, outlined throughout this complaint, joined with the Defendants' efforts to appearance of dissimilar, surpass substantial similarity, and comfortably meet the Striking Similarity criteria.

COMPLAINT

**DEFENDANTS' PROFITS**

219.    As of December 16th, 2013, Elysium had earned over $286,000,000, worldwide, against a cost of 115,000,000; amounting to profits of $161,000,000 (not include online, TV, or DVD sales). The Plaintiff suspects the Defendants overstate losses in anticipation of this litigation, as the budget for Elysium was listed at $90,000,000 from late May to late July, 2013, all around the internet. Suddenly, in July 2013, months after production ended, the budget skyrocketed to $115 million. The Plaintiff believes this is "Hollywood acounting, at play, where expenses are inflated to make films appear to be losses."**[See Exhibit U]** See: (http://web.archive.org/web/20130629221705/http://en.wikipedia.org/wiki/Elysium_(film)

220.    The Plaintiff believes, upon learning of this litigation, June 2013, the Defendants began to grossly inflate their expenses. The Plaintiff believes the actual cost of Elysium is $90,000,000, and the global marketing expenses to be $40,000,000, based on the $35,000,000 marketing budget Sony gave "District 9", Blomkamp's first film in 2009 ($210,000,000 gross worldwide). The Plaintiff believes each Defendants' fees, royalties, salaries, or other "expenses" received for any service they provided in the infringement (including fees for writing, directing, producing, facilities, rights, etc.) must be deducted from costs and counted as profit.

DEFENDANTS' BUSINESS ETHICS CONCERN

221.    On May 14th, and June 11th 2013, billionaire investor, Daniel Loeb, CEO of Third Point, LLP, Sony's largest shareholder (7%), wrote an open letter to Sony's President, Kazuo Hirai, asking Hirai to make Sony Pictures Entertainment (Defendant) a partially publically traded company because it lacks transparency, accountability and discipline. **[See Exhibit V]**. Other articles criticize Sony picture for not implementing the same accounting methods for their film production as propounded in their investment business plans. Mr. Loeb's letter initiated an investor conference,  November 2013, and a budget slashing of $100,000,000 at Sony Pictures.

**PERSONAL DAMAGES AND INJURY**

222.    The Plaintiff's "Butterfly Driver" is a tight, thoughtful work, cultivated from the American experience of a native Californian, transplanted to an immigrant community in New York City (Inwood, Washington Heights) during the events of 911 (2001); forged from first-hand

29

perspective of the failures of the American healthcare system (then); and life-long witness experience of the heart wrenching dichotomy engendered by America's immgration issues. Even "Franny", the sick seven year old girl, was based of the Plaintiff's asthmatic seven year old son.

223.    Conversely, the Defendant(s)'s "Elysium" lacked any authenticity feel, is marred by story flaws, such as the collision of thoughtful and absurd ideas, a lack of character depth, story consistency -and basic science understanding (e.g., using turbine engines for space travel, etc.).

The Defendants' film promulgated conspicuously racist views; such as their vision of a future where Latinos have amassed no wealth and (in the Defendants' eyes) have no work ethic -as seemingly all Latinos in their film and script, wish to illegally enter a space world, where no jobs are offered, so they can illegally live in mansions, get free health care, and not work. These flaws and offensive views made Elysium one of Slate Magazine's Worst Movies of 2013.

224.    As a consequence of the Defendants' infringement, and their offensive views, the Plaintiffs' reputation may be permanently damaged by the igniminious association with the Defendants' infringing work. The Defendants' infringement makes it much harder for the Plaintiff to approach the filmmaking establishment for support on future works, as Sony Pictures Ent., Inc. also owns Columbia Pictures, and fellow Defendant, TriStar Pictures.

225.    The Defendant's infringement makes it impossible for the Plaintiff to market his screenplay, as there is no room in the film market for two films about a poor man living in the future ruins of an impoverished Earth, who needs to get to a satellite world for the super rich, etc. As affirmed by LEWIS GALOOB TOYS, INC.v. NINTENDO OF AMERICA, INC., 964 F.2d 965 (9th Cir. 1992) Judge FARRIS [Cite: The Supreme Court specifically affirmed finding that the motion picture adaptation "impinged on the ability to market new versions of the story." Stewart, 495 U.S. at 238]

## ACCESS NOTE

226.    The Plaintiff is does not believe Kevin Spacey or Dana Brunetti were complicit in the access of his work or the infringement. But the Plaintiff is certain one or more of the Defendants, or an acquaintance, accessed the Plaintiff's work on TriggerStreet.com.

227.    Since Defendant, Blomkamp, is at least credited with writing Elysium, the Plaintiff

30

COMPLAINT

1   believes he is most likely the infringer. Since TriggerStreet (now Trigger Street Labs) is a website

2   for short filmmakers and screenwriter, and in 2007 Blomkamp was exclusively a short

3   filmmaker, and the Plaintiff a screenwriter, adds to the weight of evidence against Blomkamp.

4       228.    Defendant, MRC, has been invloved with Spacey's and Brunetti's Trigger Street

5   Productions since late 2010 or early 2011 concerning, "House of Cards" (six months to a year

6   before production of Elysium began).

7       229.    Defendant QED International and CEO, Bill Block, have had been in business

8   contact with Trigger Street Productions since 2009 or early 2010, on the film "Inseparable" -

9   almost two years before production of Elysium.

10      230.    Defendants Sony Pictures Entertainment and TriStar began work with Trigger Street

11  Productions in March of 2007, on the feature film "21" -a few months before the Plaintiff alleges

12  one or more of the Defendants accessed his script.

13      231.    In 2007 TriggerStreet.com ("Trigger Street") gave screenwriters access to critical

14  feedback from their peers -and a small hope of being noticed by a Hollywood insider. In 2004,

15  and again in 2007, Defendant Neill Blomkamp gained worldwide attention due to his knack for

16  using social media to create viral global interests in his short films.

17      232.    In 2007, the Plaintiff, was a screenwriter seeking feedback from his peers, and

18  Defendant, Blomkamp, was a short filmmaker, based in Los Angeles (home of Trigger Street).

19  Neill Blomkamp, at the time (2007), was perhaps the most social media savvy short filmmaker in

20  the world -and living in the screenwriting hub of the world. The idea that a viral short filmmaker

21  could be in Los Angeles in 2007 and not be aware of Trigger Street, seems implausible.

22      233.    In 2007, just as today, the majority of TriggerStreet members were short filmmakers

23  and screenwriters. In 2007, Neill Blomkamp was a short filmmaker, with only a few short films

24  (and no feature films) to his credit. Blomkamp would wouldn't start his first feature film,

25  "District 9", for another year, until June 2008; and wouldn't finish until 2009.

26                      **DEFENSE'S CHARGE OF "PREVIOUSLY PUBLISHED"**

27      234.    In the Defense's Answer And Affirmative Defenses to the Plaintiff's original

28  Complaint, the Defense suggests that potions of the Plaintiffs work were previously published

COMPLAINT

1   (paragraph 201). This is mistaken. The Defense is suggesting the short (25-90 word)

2   logline/synopses the Plaintiff posted on his website and private and special interest, screenwriter

3   websites (with "Term of Use", etc., to attract investors, agents and filmmakers) constitutes

4   "publication".

5       235.    The Plaintiff contends the Defense's interpretation of "publishing" is wrong, and -were

6   that to become the precedent standard of "publication"- it would have a chilling effect on

7   innovation, as inventers and creators would be forced to secret away their wares from the very

8   entrepreneurs who would otherwise make their ideas real, for fear that even a simplified emailed

9   description of their work could be considered publication, and violate their protections.

10                                    **COPYRIGHT REGISTRATION**

11       236.    As stated earlier (paragraph 1, and 15-17) in this amended Complaint (and in the

12   previous Complaint), the Plaintiff finished the first draft of his screenplay, "Uberopolis:City of

13   Light", May, 2005. He continued to revise it, eventually renaming it, "Butterfly Driver", January

14   2007 (approx.). The Plaintiff revised the work until late July or early August 2007, to the

15   Plaintiff's recollection and evidence. If the Plaintiff had registered sepearate copyrights for each

16   of the earlier, verifiable, fixed versions of Uberopolis, or Butterfly Driver (several posted on

17   TriggerStreet.com) there would be substantially more infringement claims in this Complaint.

18   But this suit is only for the final revised version of "Butterfly Driver", registered June 21st, 2013.

19       237.    During the registration process, on the U.S. Copyright Office's website, the Plaintiff

20   was asked to provide any previous titles of the work. As stated, Butterfly Driver is a revision and

21   refinement of the Plaintiff's original, "Uberopolis: City of Light"; thus, the Plaintiff provided that

22   previous title **[As Seen in Exhibit C].** The Plaintiff was also asked, near that point to provide a

23   "Year of Completion". **[As Seen in Exhibit C].** The Plaintiff was uncertain if the Copyright

24   Office wanted the year of completion of the earliest, previous, title, from 2005, or the final

25   version, from 2007. Uncertain, the Plaintiff entered the year of the "previous title", 2005. But the

26   Pllaintiff uploaded and registered, for the U.S. Copyright Office archives, a digital PDF of his

27   2007 title, "Butterfly Driver". This suit is for the infringement of that uploaded and registered

28   screenplay: the last edited 2007 version of Butterfly Driver, attached as **Exhibit A.**

COMPLAINT

1   **SERVICE NOTE**

2   238.    It should be noted that the Plaintiff's nephew, Vince Marchbanks, a graduate of USC's

3   architecture department, 2007 (not a professional server), arrived to serve QED International at

4   1:50 pm, December 4th, 2013. A QED receptionist told Mr. Marchbanks the legal representative

5   was at "lunch" and would be back in 20 minutes. After waiting an hour, and seeing no employees

6   enter the building, Mr. Marchbanks asked the receptionist if the legal rep had returned. She said

7   she would "check" his office. In a few minutes, she returned, saying the representative was now

8   "busy", but he had directed the receptionist to take the documents.

9   239.    This was the second time Mr. Marchbanks attempted to served QED. The first time,

10  on Tuesday, November 26th, 2013, the same receptionist received Mr. Marchbanks in the foyer

11  and told him the other QED staff members were on vacation.

12  **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

13  240.    Due to doubts posed by the Defense concerning the Plaintiff's identity, (line 5 of the

14  Defense's Answers And Affirmative Defenses to the Plaintiff's original Complaint), and the

15  vague character insinuations the Defense's intends, the Plaintif isf providing this section to assert

16  his identity, hoping to spare the Court this effort.

17  241.    The Plaintiff has NO criminal history, and has worked with emotionally disturbed

18  kids for 26 years, requiring routine Federal and State background checks and fingerprinting.

19  Except for a custody suit, the Plaintiff has never sued (ot threatened to sue) another party. Nor

20  has he ever collected unemployment, social assistance, etc.

21  PLAINTIFF"S IDENTITY

22  242.    The Plaintiff was born Steve Kenyatta Briggs, in San Francisco, California, September

23  24th, 1964.  After his mother re-married to his step-father, Dennis Wilson, when the Plaintiff was

24  5 years old; the Plaintiff then took the name "Wilson". The name Wilson has been on his Social

25  Security card as long as the Plaintiff can remember. The Plaintiff began to hyphenate his name,

26  Steve Wilson-Briggs, around the time he was 16 years, or so, to the best of the Plaintiff's

27  recollection. The Plaintiff, if memory serves, has been known as Steve Wilson-Briggs, or Steve

28  Wilson Briggs (without hyphen), for  about thirty years. In the late 1990's the Plaintiff began to

33

COMPLAINT

1   drop tthe hyphen when certain government and private agancies' (including certain airlines)

2   computers could not process a hyphen. These agencies would then manufacture convenient

3   names for the plaintiff, such as WilsonBriggs, or Wilsonbriggs (including the DMV) **[See**

4   **Exhibit W** -S.S. Card, License, bank cards, AAA, passport; IRS and DMV mail; assorted

5   travel documents**]**. While  other agencies drop the hyphen entirely, for "Wilson Briggs". Oddly,

6   the hyphen appears on the Plaintiff's Social Security card, but not on the Social Security mailings.

7   **[See Exhibit W]**

8       243.   The Plaintiff's banking, DMV, lIRS, emails, and everything else is in his life, is under

9   the last name "Wilson-Briggs", or "Wilson Briggs" . The name that appeared on his license

10   (expired in September 2013) was Wilson-Briggs. The name on his current licence is Wilson

11   Briggs. National airlines and railrways process the Plaintiff's name with and without hyphen.**[See**

12   **Exhibit W]**. The name that appears on his son's birth certificate is Steve K. Wilson Briggs.

13       244.   "Steve Kenyatta Wilson Briggs", "Steve Kenyatta Wilson-Briggs", or "Steve

14   Wilson Briggs", "Steve Wilson-Briggs", and "Steve Kenyatta Briggs" (or Steven);  all these

15   names refer, nationally, to one person, alone, the Plaintiff. Steve Wilson Briggs.

16       245.   The Plaintiff found nowhere in Copyright law or in the registration process, requiring

17   applicants use their birth name, or any specific name. If so, this would have a debilitatimg impact

18   on women's standing in intellectual property, as they often take their spouse's names. It would

19   have a similar effect on immigrants who's identities are valid, but often impossible to verify.

20                          PLAINTIFF"S RESIDENCE

21       246.   For the past 15 years the Plaintiff has lived only at these addresses: 4996 Broadway #

22   4G, NY, NY 10034 (1999-2007); 4322 Chico Ave. Santa Rosa, California 95407 (his family's

23   home for 42 years, 1971-the present); 681 Edna Way, San Mateo California, 94402 (2011 to

24   present); and for 4 months at a forgotten address in Elmhearst, Queens, NY (1998-1999).

25       247.   From 1999 to the 2007, the Plaintiif declared dual residency in California and New

26   York, using his family's home in Santa Rosa as his California residence -for reasons pertaining to

27   maintaining custodial ties to California regarding parenting arrangements of his son. During this

28   time the Plaintiff lived 8 to 9 monhs per year in New York and 3-4 months per year in California,

34

1    where he worked (exclusively) for Seneca Cente. This arrangement allowed the Plaintiff to live in

2    New York City, without working, which afforded the Plaintiff unlimited time to parent his son,

3    when he was in New York -without need for other Child Care -and unlimited time to write.

4        248.    When the Plaintiff moved back to California, in 2007, the Plaintiff returned to the

5    family address in Santa Rosa. He uses that address on his license, Social Security, IRS and for

6    some mail, as his home in San Mateo, is transitional.

7                                PLAINTIFF"S EMPLOYMENT

8        249.    For the past 15 years the Plaintiff has worked for Seneca Center (Northern California,

9    1993 to 2009); Pheonix House (NYC, 1999); and The Sequoia Union High School District,

10   (Redwood City, CA, 2010 to Present); all concurrent to his private writing, film and music

11   endeavors. The agencies above have been the Plaintiff's only employers over the past 15 years.

12                                   **COUNT ONE**

13              **Copyright Infringement Under 17 U.S.C. §§ 101 et seq.**

14       250.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

15   through 250, inclusive, as if fully set forth herein.

16       251.    The Plaintiff is the writer of his screenplay, Butterfly Driver. Butterfly Driver is an

17   original screeplay, copyrightable under the Copyright Act, The Plaintiff has a valid

18   Copyright to his work. As such, per Title 17 U.S.C. §§ 101. et seq., the Plaintiff has the exclusive

19   right to reproduce, distribute, perform, display, license, and to prepare derivative works based on

20   the copyrighted work.

21       252.    The Plaintiff alleges that the Defendants' screenplay and film Elysium are derived

22   from unauthorized misappropriation of the Plaintiff's work, Butterfly Driver; and infringe on the

23   Plaintiff's copyright; in violation of Title 17 U.S.C. §§ 101. et seq.

24       253.    Pursuant to 17 USC § 106, in making derivatives, reproducing, distributing and

25   displaying publicly their film, "Elysium" (based on their screenplay, Elysium), which infringes on

26   the Plaintiff copyright protected Butterfly Driver, the Defendants violated the Plaintiff's exclusive

27   rights of under Title 17 U.S.C. §§ 101. et seq.

28       254.    The Plaintiff alleges the Defendant's willfully committed the infringement of the

                                        35

1   Plaintiff's work for purposes of commercial advantage and/or private financial gain.

2   255.   On information and belief, The Plaintiff alleges that, as a result of the Defendants'

3   infringement of the Plaintiff's copyright protected work, Butterfly Driver, the Defendants have

4   realized and continue to realize profits, rightfully belonging to the Plaintiff. As of October 1st,

5   2013, Elysium had earned over $286,000,000 million, against a cost of $90 to $115,000,000.

6   Earning profits in excess of $161,000,000, and growing.

7   256.   The Plaintiff asserts the Defendants' infringement has caused and is causing substantial,

8   irreparable damage to Plaintiff.

9   257.   The Plaintiff contends that the Defendant's screenplay and film, Elysium, bear

10  "Substantial Similarity" to the Plaintiff's screenplay, and believes the Court may agree that the

11  transgression rises to "Striking Similarity".

12  258.   The Plaintiff alleges each of the Defendants had discrete and convenient access to his

13  work via Trigger Street (triggerstreet.com). Trigger Street can be accessed, free, and

14  anonymously, anywhere there is internet connectivity.

15  259.   Beyond the vast similarity, the Plaintiff contends: 1) the Defendants made obvious

16  attempts to give the appearance of dissimilarity; 2) the plaintiff's work contains idiosyncratic

17  elements repeated or emulated in the Defendants work; 3) uniqueness, and intricacy of sections

18  of the Plaintiff's work are mirrored in the Defendants'; 4) the same mistakes occur in both works.

19  260.   The Plaintiff alleges the Defendants' screenplay and film specifically infringe on the

20  heart of the Plaintiff's story, Butterfly Driver, including the Plaintiff's plot, characters (hero,

21  villain, sick girl, more), settings (including the giant orbiting satellite city for the super-rich),

22  hero's affliction headache, hero's keepsake necklace, hero's goal, themes, central conflicts,

23  catalyst, crisis, nciting incident, climax-twist, idiosyncratic elements, resolution, future vision,

24  more.

25  261.   The Defendant's infringement is so extensive that when the Plaintiff's infringed

26  content is extracted from Elysium there is no story left to market -all that remains are robots, two

27  exoskeletons, some high-tech guns, and the hero's new backstory; all of which are simply "add-

28  ons", added to disguise infringement -not connected to the central story.

COMPLAINT

### PRAYERS FOR RELIEF

#### FIRST CAUSE OF ACTION: COPYRIGHT INFRINGEMENT

262.     WHEREFORE, the Plaintiff asks the Court to enter judgment in his favor, and against Defendants, Neill Blomkamp, Sony Pictures Ent., Inc., TriStar Picture, Inc., Media Rights Capital, and Q.E.D. International, and grant the Plaintiff the following relief:

263.     A.) Declare that the Defendants' unauthorized conduct violates the Plaintiff's rights under the Federal Copyright Act;

264.     B.) Pursuant to Title 17 USC § 503(b) the Plaintiff requests The Court order the end of production and distribution, and the impounding and destruction of all original recordings and all copies of the Defendants' film "Elysium", in all formats (DVD, CD, film, digital, etc), and order the impounding and destruction of all derivatives (such as video games, soundtracks, etc.);

265.     D.) As per Title 17 USC § 504(a)(b) the Plaintiff seeks Actual Damages (the opportunity to make and market his film) and Lost Profits;

266.     E.) Such other and further relief as the Court deems just and proper;

267.     F.) Pursuant to Title 17 USC § 506(a)(1)(A), as the Defendants' actions were willful and for purposes of commercial advantage, the Plaintiff asks the Court to hold the Defendant(s) criminally accountable as provided under section 2319 of Title 18.

268.     G.) The Plaintiff also prays for the injunctive remedies of: ordering the stopping any further and future sales and distribution of the Defendants' infringing work, "Elysium" (by that name or any other name), in any form (digital, film, DVD, CD, online video, games, toys, etc.).

269.     The Plaintiff incorporates by reference all of the allegations of paragraphs 1 through 208, inclusive, as if fully set forth herein. Consistent with the guidelines for injunctive remedies: 1) the Plaintiff has established that he will suffer irreparable harm without the injunctive measures;  2) the Plaintiff has presented a solid complaint and evidence supporting his claim that he will prevail; 3) the Defendants will not be harmed by the injunction more than the Plaintiff will be harmed without them; 4) and consistent with theguidelines for injunctive remedies, it is in the public's interest to be protected from being sold media and content misappropriated from other artists.

COMPLAINT

270.   H.) Pursuant to 17 U.S.C. §§ 412, the Plaintiff's "Butterfly Driver" was preregistered under section 408 (f) before the commencement of the infringement (and that has an effective date of registration not later than the earlier of 3 months after the first publication of the work or 1 month after the copyright owner has learned of the infringement). Thus, the Plaintiff prays of the Court for the remedy of reasonable fees for attorneys and disbursements. The Plaintiff's U.S. Copyright Office registration effective date for his unpublished script, "Butterfly Driver", is June 21st, 2013, which is seven weeks before the Defendants released, distributed and displayed publicly, "Elysium", in The USA and 11 other countries, on August 9th, 2013 (SEE: http://www.imdb.com/title/tt1535108/releaseinfo); which marked the commencement of the infringement -as any infringement before that date would be presumptively fair, non-profit activity. [LEWIS GALOOB TOYS, INC. v. NINTENDO OF AMERICA, INC. (9th Cir., 1992) (964 F.2d 965) "Game Genie users are engaged in a non-profit activity. Their use of the Game Genie to create derivative works therefore is presumptively fair." The Court also ruled in this case that, "a family's use of a Game Genie for private home enjoyment must be characterized as a non-commercial, nonprofit activity."].

DATED:  December 19th, 2013

Respectfully submited,

By: _____

(Signature of Steve Wilson Briggs, Plaintiff)

38

COMPLAINT

ExA

# Butterfly Driver

Written By

Steve Wilson Briggs

WGAw # 1103287                                    Steve Wilson Briggs
Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD - NIGHT

Blinding rays of a parked car's headlights cut the night
fog, silhouetting five figures trudging through a sparsely
wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY
Matthiessen, 45); a slender, neatly attired man (HOWARD Mann,
35); a portly FARMWOMAN (55); two barking dogs.

> HOWARD
> It makes me uncomfortable.

> JERRY
> Relax, Howard. All dogs put their
> noses there.

> FARMWOMAN
> Whatever made that hole made such a
> noise.  Got Bessie and Baxter to
> barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function
phone/computer/global positioning device (called an omni-
com) in his hand, to pinpoint a location.

> JERRY
> Friend at the observatory's echo-
> locators pegged it here.  You didn't
> call the police?

> FARMWOMAN
> Not if I don't have to. Y'all police,
> anyway. I seen him on TV.
>> (shining her
>> flashlight at Jerry)
> Um...uh... Jerry Mathers!

> JERRY
> Matthiessen. We're not exactly police.
> But we wanna be sure it's not
> contaminated. Spores, or what not.

> FARMWOMAN
> Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight
into a five foot in diameter by three foot deep hole.

2

                    FARMWOMAN (CONT'D)
            Got some kinda ooze in it. Is that
            spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-
red "goo" lining the crater.

                    JERRY
            I won't know till tomorrow.

                    FARMWOMAN
            Chilly.  Mind if I go inside?

                    JERRY
            Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry
crouches at the mouth of the crater and puts on a pair of
latex gloves. Howard looks around nervously.

                    JERRY (CONT'D)
            Ten times more meteor sightings since
            they built Uberopolis.

                    HOWARD
            You think this fell from Sky Town?

                    JERRY
            A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

                    HOWARD
            Ah, the scientific "stick test"...
            Smells like ham. I read cannibals
            said cooked human tastes like pork.
            They called human meat "long pork";
            cause we're long when you roast us -
            not short like pigs...

As Howard continues, Jerry takes a small sample jar and a
scraper from the breast pocket of his overcoat, leans over,
scrapes a sample and wipes it into the jar.

                    HOWARD (CONT'D)
            Can you hurry? I hate being way out
            here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear
plastic bag, and tucks it in his pocket.

3

                              JERRY
                    Let's go.

Howard nods. The two men head back toward their vehicle.
Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle
levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent,
in space. Beyond the corpse, a 3 mile wide satellite city,
Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster
and faster, until the skin peels and burns from the heat of
re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy
(JOHN CARL, 15) jogs down a crowded street, carrying a small
bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a
large garage, a woman, Rianna (40) looks out a bedroom window,
anxiously, seated by her daughter, Franny (7) who lies in
bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50,
although he appears only 25) greets the viewers; behind him,
a photo of a satellite city, Uberopolis, floating on space.

                         DREXLER (on TV)
                    Hi, I'm President Peter Drexler, and
                    owner of Uberopolis. We have a lot
                              (MORE)

4

                    DREXLER (on TV) (CONT'D)
          to celebrate in the Global State.
          100 percent employment, almost no
          crime, but with 15 billion people,
          pollution and congestion persist
          everywhere -except, Sky Town. I invite
          you to come enjoy our casinos, museums
          and golf courses, all orbiting 1000
          miles above the worries of Earth.
          Let the pure air heal your lungs and
          the low gravity heal your bones...

An elderly man jumps from a three story building, landing
unharmed on the Uberopolis street.

                    DREXLER (CONT'D)
          Last year the first half of Uberopolis
          sold out in 6 months. The second
          half is under construction, to be
          opened next year. Reserve your home
          now. See why over 150,000 people
          like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running,
down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

                    RIANNA
          Thank you.

Rianna pulls the cough medicine from the bag.

                    FRANNY
          John Carl, I just saw a shooting
          star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

                    JOHN CARL
          Cool.
                (turning to Rianna)
          I'm going downstairs to see dad before
          he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves,
drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move -except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

                    LITTLE GIRL
          I can't get it.

                    ARLO
          Just keep trying. That's the secret.
          We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

                    ARLO (CONT'D)
          That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

                    JOHN CARL
          You kept your room clean when you
          lived upstairs with mom.

                    ARLO
          Yeah, well, I'm a bachelor, now.
          Homework?

6

                        JOHN CARL
            Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called
a SKY-CYCLE (resembling a large motorcycle with a sidecar)
parked in the rear of the garage. As Arlo mounts the sky-
cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

                        JOHN CARL
            You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the
garage door. Arlo pushes a button on the sky-cycle's dash; a
canopy covers the sky-cycle. He pushes another button; wings
extend from below the sky-cycle.

                        ARLO
            G'night.

                        JOHN CARL
            Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks
on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns
the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a
large warehouse full of boxed supplies. He parks near a
loading dock where two large, worn, HOVER-JETS (flying cargo
trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over the warming hover-jet engine.

>                    DYLAN
>           We got an emergency call about two
>           minutes ago, so I had to send Roddy
>           out with Isaac. I got enough M.T.'s.
>           You can line-ride, unless you wanna
>           do a butterfly run?

>                    ARLO
>           We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing, nervously, near the warehouse office. TAMARA GWYNN (30).

>                    DYLAN
>           Tamara Gwynn. A driver from 186
>           dropped her off. State energy
>           researcher. Loaded. Needs to get to
>           L.A. by morning for a court trial.
>           She's offering 500 grand up front
>           and 500 after. That's 300 for you.

>                    ARLO
>           I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY hover-jet. A WORKER throws a bundle into the cargo hull and latches the door.

>                    DYLAN
>           Run this to 238. Take theirs to 246;
>           bring 246's jet here. It's in the
>           flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo enters the city low to the ground and quickly loses the police-

8

jet. Winding through the streets, Arlo disappears down a
ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan
walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device)
rings. He pulls it out as he dashes toward his sky-cycle...

                         ARLO
                That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the
dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky,
looking at his omni-com's screen to track Roddy's location.
Below, he spots two sky-cycles, on top of an old three-story
office building. Arlo speaks into his omni-com.

                         ARLO
                Their cycles are on the roof of the
                old Beckler building.

                      DYLAN (on the phone)
                OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward
the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks
'on' his gun-mounted flashlight. At the base of the stairs
he pushes open a door and steps into a long hall.

9

IN THE HALL

A dozen office doors face the hall. The eerie silence is
broken by the sound of leaking rain DRIPPING through the
aging ceiling. The offices are littered with broken furniture
and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS
in pain.

His eyes roll back as he fights his way to his feet. The
pain subsides as streetlight through the office windows
reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking
in each office door. His omni-com indicates Roddy is in an
office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding
him for an instant, just as his foot breaks through the
rotting office floor.

He SLAMS down violently, smacking his face against the dirty
floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is
only inches from the bloody face of a motionless man -also
wearing a gray jacket. Arlo checks the man for a pulse.
Nothing. A voice calls, weakly, from the corner.

                    VOICE
          Isaac's gone.

                    ARLO
          Roddy?

Arlo turns his gun-light toward the voice, to discover it's
Roddy, slumped in a corner, looking in his omni-com at a
digital photo of a woman holding a baby.

                    RODDY
          My son would be eighteen. That war
          killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He
opens Roddy's jacket to find Roddy's chest bloodied from
several bullet holes.

                    ARLO
          We're gettin' out of here.

10

                    RODDY
          I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                    ARLO
          Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                    RODDY
          Bounty hunters set us up to find the
          butterfly -Tamara. They beat us...
          We couldn't give up the warehouse.
          Isaac broke and told 'em you were
          here. You got a bigger bounty than
          Gwynn. They found your name in Ike's
          omni-com. Won't be long before they
          break his code and get your info.
          Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                    ARLO
          Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                    GOMEZ
          Grainer!

                    ARLO
          Gomez, bounty hunters killed Roddy.
          Isaac's dead downstairs. They're
          after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

                    VOICE / RIANNA
          Arlo?

                    ARLO
          Blue Guard's coming. Get the kids
          and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

                    ARLO
          I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor -except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain -in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits
behind Arlo, as Rianna holds Franny in the side-seat.

                    RIANNA
          We have no money. Where can we go?
          The kids have never been out of 242.

                    ARLO
          Maybe your mom's, in New York.
          Franny's gonna need State care.

                    RIANNA
          You can't go back to the State.

                    ARLO
          I'm not coming...

                    JOHN CARL
          But dad...

                    ARLO
          Not now.
               (turning to Rianna)
          You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna.
Rianna takes the card and swipes it through her omni-com.

                    RIANNA
          That won't last a week in The State.
          And won't touch repatriation fees...
          What if she gets as bad as last month,
          and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.


INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the
phone. On a small battered couch, Franny sleeps on Rianna's
lap; beside her, John Carl sits, stoically.

                    DYLAN
          OK... Three... Cheapest possible...

13

Arlo gestures to Rianna to pass him her omni-com. She obliges. Arlo activates the video feed from the omni-com he left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty hunters mistake the coat-rack shadow (behind the curtains) for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack, causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the phone and turns to Arlo.

>                    DYLAN (CONT'D)
>          I got a guy who can get them into
>          New York, legit, and start the
>          repatriation for a hundred grand.

>                    ARLO
>          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a money card.

>                    ARLO
>          Here's another 150 grand. She'll
>          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo looks at his family through the cargo door.

14

                    ARLO (CONT'D)
        Love you.

Arlo closes the hull door. As the hover-jet accelerates
through the gate, Arlo turns to find Dylan and Tamara
watching, a few yards away. Dylan makes the introductions:

                    DYLAN
        This is the butterfl -- Tamara Gwynn.
        That's Arlo Grainer.

Tamara and Arlo shake.

                    TAMARA
        Honored to meet the legend.

                    ARLO
        Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

                    DYLAN
        Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle.
Tamara turns to Arlo.

                    TAMARA
        I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

                    ARLO
        Why would they send bounty hunters?

                    TAMARA
        I want change -the natural enemy of
        The State... The war you fight here,
        I fought inside the system.

                    ARLO
            (shaking his head)
        The war ended fourteen years ago. I
        just fight to feed my family, now.

                    TAMARA
        That's too bad. My father taught me,
        "A war isn't over if one soldier's
        still fighting." I always thought of
        you when he said it.

15

                    ARLO
          YOU can be that soldier.

                    TAMARA
          I'm prepared to be...

                    ARLO
          What's to fight for, anyway? I'm
          free of State control out here.

                    TAMARA
          You? What about the world?

                    ARLO
          I fought for them for a long time.
          They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt.Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                    TAMARA
          Those for religious riots?

                    ARLO
          Nah. The religious killed each other
          the first couple years the State
          dumped 'em here, but stopped when
          they got their own sectors. They're
          not dangerous if you keep them apart.

                    TAMARA
          Progress... So, you're religious?

                    ARLO
          Nah. Maybe there's a God, though...
          You religious?

                    TAMARA
               (shaking her head)
          Faith comes from our unreasonably
          hopeful nature. How we survive. I
          put unreasonable hopes in my A-Cell.

                    ARLO
          A-Cell?

                    TAMARA
          Antimatter cell... Traditional fuel
          pollution kills 130 million people
                    (MORE)

16

                    TAMARA (CONT'D)
          every year. The State calls that an
          acceptable environmental sacrifice.
          My father believed every problem has
          an absolute solution -without
          sacrifice. After 6 years, via atomic
          polarity reversal, we created our A-
          cells, isolating antimatter H2O in a
          neutral plasmic insulator. A teaspoon
          of water produces enough clean energy
          to power a sky-car for a week. They'll
          save over 100 million lives per year.

                    ARLO
          And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines -representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

                    TAMARA
          I hear there are 700 zones now?

Arlo nods.

                    TAMARA (CONT'D)
          So, you transport exiles now?

                    ARLO
          First time. I'm a line rider and an
          M.T.

                    TAMARA
          M.T.?

                    ARLO
          Moving Target. Street slang for us
          volunteer cops. No tax base to pay
          us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

                    ARLO (CONT'D)
          We run supplies between the zones on
          the outland. Ride outside the lanes
          or more than 100 feet from the
          surface, you trip the radar, signal
          the Blue Guard, and get shot down.

                    TAMARA
          A lot of slang in the zones... I
          guess you call exiles "butterflies"
          because we're weak, chased by the
          wind from a thousand predators?

                    ARLO
                (shrugging)
          Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

                    TAMARA
          Mr. Grainer, I need a place for the
          A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

                    TAMARA (CONT'D)
          If we don't make it, it can't fall
          into The State's hands. The research
          is micro-chipped inside... But be
          careful. If the shield breaks and
          the antimatter touches regular matter,
          the explosion will level a city block.

                    ARLO
          And you want to market this?

                    TAMARA
          It's a prototype. The production
          models will use less antimatter.

                    ARLO
          What's in the black case?

                    TAMARA
          A worthless decoy -just in case.

                    ARLO
          It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

                    ARLO (CONT'D)
          Send this to me, care of Tian, at
          the 115 Z.R. Center. Fragile.

                    DYLAN
          First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

                    TAMARA
          Zone 115?

                    ARLO
          I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

                    DYLAN
          Better hurry...

Dylan and Arlo exchange a warm handshake.

                    ARLO, DYLAN
                  (simultaneously)
          Until then.

Arlo and Tamara hop on their sky-cycle, but before they can
exit, Drake and Gomez glide into the warehouse, using their
sky-cycle side cars to transport the dead bodies of Roddy
and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs
the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles,
through the sky-cycle window Tamara sees a few small PIRATE
SKY-CYCLES force down a POSTAL HOVER-JET.

                    TAMARA
          Are they robbing that mail truck?

                    ARLO
          Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of
conversation.

> ARLO (CONT'D)
> So, why did The State chase you out?

> TAMARA
> They wanted to buy the A-cell rights.
> But planned a slow transition to
> protect the energy industry. Too
> many lives would be lost. When we
> refused, they banned  A-cell
> production. So file suit. Dad was
> killed two days later. I went into
> hiding in the zones. After the trial
> starts, with the media attention,
> I'll be O.K.

Arlo contemplates Tamara's explanation.

> TAMARA (CONT'D)
> And you never told me where you keep
> your "unreasonable" hope?

Arlo pauses as he drives.

> ARLO
> My garage...

Tamara's face takes a confused twist.

> ARLO (CONT'D)
> The kids in my neighborhood had to
> stay inside 'cause it wasn't safe to
> play outside... Same in all the zones.
> But after I turned my garage into a
> rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

> ARLO (CONT'D)
> We're about to enter State's airways.
> My sky-cycle's not State legal. Keep
> an eye out for the blue guard.

20

Arlo and Tamara proceed deeper into the vast, modern city.
The buildings grow thicker and taller as they fly. Tamara
points to a distant skyscraper with a giant "R" on the top.

>TAMARA
>The court's next to the Riordan News
>Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase.
Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through
countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his
sky-cycle. With vehicles in all directions but down, Arlo
smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks
and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding.
Tamara hops out. The police sky-car begins a U-turn.

>ARLO
>We're a block away --

>TAMARA
>Split up. I can make it from here.

>ARLO
>I don't think...

>TAMARA
>They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo.
"BANG!" People on the street duck, and dive for safety. Arlo
turns and runs toward the Riordan building, two blocks away.

21

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.


INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.


INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

                    ARLO
          I'm Arlo Grainer! Wanted for
          insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.


INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

                    JERRY
          Sure, I can hold...

22

Jerry taps his fingers impatiently, "on hold", as a news report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension, surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court appearance, Arlo Grainer brazenly kidnapped the researcher, to access her fortune to fund Z.R. terrorists. Sadly, Gwynn was killed in a high speed crash when The State attempted to save her, moments before Grainer's surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair... Right... But an oxygen chamber isn't a luxury... How much time can I get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions forced the U.S. to join The State, Grainer declared Stockton, California, a 'zone' outside State authority. Six hundred cities soon followed. To evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got kicked out cause he got "ice-picks".

23

Howard looks at Jerry, dumbstruck.

                    JERRY (CONT'D)
          Opthalmodynia. Short, terrible
          headaches. Like being stabbed in the
          brain with an ice pick... They said
          he was unsafe to fly and made him a
          flatfoot...

                    HOWARD
          Hmm. You think he kidnapped Gwynn?

                    JERRY
          I dunno. I'm about to fly to L.A. to
          do a DNA check on Arlo's sky-cycle.

                    HOWARD
          So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

                    JERRY
          DNA. Matched a prisoner named Leonard
          Lespi, arrested six months ago. Prison
          Commissioner Guerrero said Lespi
          lost his hand working on Sky Town
          and it fell to Earth in a heat
          resistant glove.

                    HOWARD
          A hand? Whatever made that crater
          weighed at least 150 pounds. And
          what glove?

                    JERRY
          You're surprised?... Guerrero granted
          me a call with Lespi -after The State
          response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

                    JERRY (CONT'D)
          I better get going... See yuh.

Howard nods. Jerry exits.

24

INT. L.A. POLICE IMPOUND GARAGE - DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT
to the stowed wreckage of Arlo's sky-cycle. The escort nods
to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he
sees no blood evidence. He produces a cotton swab, and swabs
samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer,
Jerry produces a liquid solution from his pocket and pours a
few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH
SHENKAR (50) appears in Jerry's eyepiece attachment, sitting
in his office.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH:

                         JERRY
          Aneesh.

                         ANEESH
          Tampering with State evidence?

                         JERRY
          Naturally.

DING! The DNA analyzer sounds.

INSERT - DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO
GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

                         ANEESH
          The case is airtight.

                         JERRY
          That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

                         ANEESH
          We've had some riots in the zones
          since we arrested Grainer. We thought
          having you lead our investigation
          might calm things down.

>           JERRY
> I'm supposed to watch you guys, not
> help you. I'm better suited for the
> defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

>           ANEESH
> Grainer won't accept a State rep...
> It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

>           ANEESH (CONT'D)
> We can always suspend O.F.I. funding.

>           JERRY
> My son's filter room is about to be
> repossessed. I don't have time for
> your threats today.

>           ANEESH
> Jerry, we're trying to avoid a hot
> war here. Get on board and I'll buy
> your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

>           ANEESH
> Matthiessen's on board.

>           COMMISSIONER GUERRERO
> Good. Should I have the warden take
> Grainer out?

>           ANEESH
> Why? Zone felons get 120 days on sky
> town, before trial. We'll handle him
> there, like all the rest.

26

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter, enclosed in a transparent, spherical shield, with a flora-sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete with casinos, golf courses, towering apartments and offices. On the other side of the wall: a construction zone, where thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, WEARING A SHORT BEARD, Arlo rivets
a vent. A hundred yards away, a shuttle sits atop the dividing
wall; another sits halfway up the wall, on a platform. As
Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red
ticket, then calls to Arlo, yelling over Arlo's Rivet gun.
The neighboring prisoner listens to the name the guard calls:

                    GUARD SUPERVISOR
          Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

                    GUARD SUPERVISOR (CONT'D)
          You're on the 6 PM Earth-bound
          shuttle, after work... Lunch break.

                    ARLO
          Thanks.

Arlo drops his rivet gun and removes his lunch. The
neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

                    DAVID
          You're Arlo Grainer.
              (extending his hand)
          David Levine, zone 319 outside of
          Boston. Honored.
              (shaking Arlo's hand)

                    ARLO
          242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

                    DAVID
          Looks like we're going back together.
          Your trial start on Monday, too?

Arlo nods.

                    DAVID (CONT'D)
          Hey, I gotta friend over here who'd
          love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and
follows David to a machine with a pipe spigot extending from
its side, pouring clear water into a large hole in the floor,
covered by a metal bar grate.

                    DAVID (CONT'D)
          The dehumidifier recycles condensation
          back into the harbor, on the other
          side of that wall.

                    ARLO
          So, if we take this grate off, we
          can escape into the city?

                    DAVID
          It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

                    DAVID (CONT'D)
          This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

                    ARLO
          Incredible...

                    DAVID
          One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

                    DAVID (CONT'D)
          You dig shuttles, too? I taught myself
          mechanical design by studying 'em. I
          know 'em inside out.

                    ARLO
          Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

                    ARLO (CONT'D)
          The medical shuttles load those boxes
          from the medical warehouse --

                    DAVID
          Not just boxes -Drexlerin 2. That
          stuff's gonna be gold on the black
          market. They started pulling it out
                    (MORE)

29

>               DAVID (CONT'D)
>       of the medical warehouse a couple
>       weeks back.

Arlo looks at David startled at his awareness.

>               DAVID (CONT'D)
>       You won't last in the zones, if you
>       don't pay attention.

Arlo nods then continues. He points to a shuttle at the top of the dividing wall, where  free citizens from the other side of the wall board, easily.

>                   ARLO
>       The problem is: the hourly citizen
>       commuter shuttle takes five hours -
>       to Earth and back; but...

Arlo points to the shuttle on the construction zone floor. Prisoners exit its hull.

>               ARLO (CONT'D)
>       ...the inmate return shuttles only
>       take two hours.

>                   DAVID
>       That doesn't make sense.

As David ponders, the supervisor calls from behind them.

>               GUARD SUPERVISOR
>       Time to get back to work!

>                   DAVID
>       Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by guards.  A GUARD yells:

>                   GUARD
>       Line up!

30

Arlo and David find each other in the crowd and join the
other prisoners forming a line.

                    ARLO
          I got a bad feeling about this.

At the front of the line guards help prisoners into neck
collars and handcuffs attached to a cable. Arlo squints at
the cockpit -no pilots inside, or pilot loading platform.

                    ARLO (CONT'D)
          There are no pilots. No pilot loading
          platform.

Distracted, Arlo and David fail to notice that they've arrived
at the front of the line. A GUARD attempts to place the
restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses,
the guard slaps the restraints on him. Safe from retaliation,
the guard pounds Arlo in the ribs. Intimidated, David doesn't
resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE - CARGO BAY - SAME

Arlo, David and the other prisoners are pulled to their seats.
The cable restraints pop off as new wrist and waist restraints
pop out of the seats. The shuttle doors close.

                    ARLO
          It only takes two hours round trip.
          That's too fast to get back. No pilots -
          no guilty consciences. We're getting
          dumped in space.

                    DAVID
          What? Dumped?... What can we do?

                    ARLO
          Get in the airlock. I flew in the
          Army. If we can get to the cockpit I
          can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock.
The rear airlock gate closes. The front gate opens. The
shuttle accelerates into space. David yells to the prisoners:

                    DAVID
          We're about to get dumped in space!
          Break free and get into the airlock!

31

                    PRISONER #1
            You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

                    ARLO
            Get free or you're gonna die in here!

                    PRISONER #3
            Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

                    ARLO
            There must be a cargo lock to keep
            the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

                    DAVID
            God. They're all dead!

                    ARLO
            We'll die, too, if this thing
            autopilots back to Sky Town.

Rushing into

32

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few
buttons then nose-dives the shuttle toward Earth. David jerks
back violently and turns to Arlo, dismayed.

> ARLO
> Taking a direct course to New York,
> before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

> DAVID
> A warhead...

David holds hid breat. Arlo races he engine. The warhead
gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City
comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into
the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

> ARLO
> It must have been programmed to
> disable over major State centers.

> DAVID
> We could've just ejected in the pod.

Arlo cuts a confused glance at David.

> DAVID (CONT'D)
> This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up
and flips a few promising buttons on an overhead panel.

33

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the
fuselage to crash into the sea.


EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot
near the transit mall. David and Arlo hop out and race through
the river of commuters, into the transit mall.


INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended
luggage.  He taps David to draw his attention to the bags.
Dressed liked baggage handlers in their orange jumpsuits
they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David
rifle through the contents of the suitcases.

                    DAVID
          Nothing.

Arlo pulls a razor from the luggage.

                    ARLO
          Perfect.

David bends over. Arlo cuts a tiny tracking device from the
back of his neck. Fingers bloody, Arlo drops the tracker in
the toilet, and hands David the razor. David hesitates.

                    ARLO (CONT'D)
          Just do it.

David nervously cuts the tracking device from Arlo's neck
and drops it in the toilet. Arlo stands upright.

                    DAVID
          Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing
his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET - NIGHT

Arlo emerges from the subway onto a street of upper Manhattan.
Across the street, Arlo sees a romantic couple about to enter
an apartment building. Glancing both ways, Arlo trots across
the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks
on the door. Rianna opens the door, eyes wet with tears,
shocked to find Arlo.

                    RIANNA
          Arlo? You escaped.

                    ARLO
          They tried to kill me. I Just want
          to see the kids then I'll go... Are
          you crying?...

                    RIANNA
          Our repatriation is held because we
          didn't get Tamara's second payment.
          So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a
respirator. Arlo sits at her bedside with DR. LANEY SHULER
(45, female, WITH A BURN SCAR ON HER FACE). Rianna and her
mother (MRS RAMIREZ, 65) watch near the doorway.  Laney places
a BLOOD ANALYZER to Franny's arm.

                    ARLO
          Thanks for coming so quick, Schuler.

                    DR. LANEY SCHULER
          Save me from a burning truck, you
          get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to
Arlo.  Arlo shoves it in hs pocket.  Mrs. Ramirez turns to
Rianna.

                    MRS. RAMIREZ
          He shouldn't have come here.  They're
          going to arrest us any minute.

Rianna glares at her mother.  DING! The analyzer's bell
sounds. Laney reads the LED.

                    DR. LANEY SCHULER
          Respiratory Distress Syndrome.
          Prolonged exposure to carbon dioxide
          inflames the alveoli, restricts
          oxygen, causing system failures. The
          only treatment is extremely expensive:
          Drexlerin.  An inverse agonist
          polypeptide.  I'd give her a 50
          percent survival chance with it -
          less than a week without it.

                    ARLO
          How soon can you get some for her?

                    DR. LANEY SCHULER
          Drexlerin was discontinued. Drexlerin
          2 will be released in a week or two.
          There's none left in The State.

                    ARLO
          Yes there is...


EXT. REMOTE FIELD - NIGHT

A sky-car lands on a dark field. A dimly lit town is visible
in the distance. Arlo steps from the sky-car into darkness.

                    DR. LANEY SCHULER
          115 is just ahead.

                    ARLO
          Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney
slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on, glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

                         HOWARD
              Maybe that Drexlerin stuff?

                         JERRY
              Out of supply. 'Sides, the doctor
              says Jacob's allergen impacted; so,
              it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to
receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                         JERRY (CONT'D)
              Commissioner...

                         COMMISSIONER GUERRERO
              Matthiessen, I've got Lespi. You got
              one minute. Ready?

                         JERRY
              A minute?

                         COMMISSIONER GUERRERO
              Maximum security limits. Here he is.

                         JERRY
              Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears,
sitting in a cell.

                         LESPI
              I know you?

                         JERRY
              Jerry Matthiessen... Seems we found
              your hand in a crater.

                         LESPI
              Gonna arrest me?

                         JERRY
              Just wondering how it got there?

                         LESPI
              I was riding cargo on a supply
              shuttle, when a battery started a
              box fire. I tried to jump in the
              airlock, but the alarm triggered and
              slammed the airlock door on my wrist.

38

                    JERRY
          Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                    JERRY (CONT'D)
          How'd you get a new one?

                    LESPI
          State bought me a bionic... Hey,
          tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                    FEMALE AUTOMATED VOICE
          You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                    JERRY
          I thought prisoners can't get
          electives or bionics?

                    HOWARD
          They can't.

Howard stands and grabs his jacket.

                    HOWARD (CONT'D)
          Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                    JERRY
          I gotta press conference for the
          Grainer trial downstairs in 45
          minutes. P.R.

                    HOWARD
          Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

39

TV MONITOR

A news report plays video footage of a few boats pulling the wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

                    HOWARD
          An unmanned shuttle crashed.

                    JERRY
          Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

                    JERRY (CONT'D)
          Mmm... 'Member when they served the
          real meat kind at the company party?

                    HOWARD
          Yeah. Those were incredible.

Jerry glances at his watch.

                    JERRY
          I gotta get back for that press
          statement.

Jerry tidies his hair then throws a tip on the table.

                    JERRY (CONT'D)
          See yuh.

Howard nods and sips a beverage. Jerry races out of the restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van Auck recognizes Jerry and approaches, hand extended.

                    VAN
          Van Auck, Public Imaging.

Jerry and Van shake.

40

                         JERRY
              Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                         VAN
              We make sure the administration is
              seen in the right light. The questions
              will come through the earpiece.

Van turns to the Make Up Artist.

                         VAN (CONT'D)
              Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                         JERRY
              Where are the reporters?

                         VAN
              We superimpose them. Look at your
              monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                         VAN (CONT'D)
              Gens. Computer generated models.
              I've preprogrammed the questions.

Van turns to the Make Up Artist.

                         VAN (CONT'D)
              Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

41

                        VAN (CONT'D)
               She just repatriated. People from
               The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                        VAN (CONT'D)
               You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                        HOWARD
               Why you running?

                        JERRY
                    (checking his watch)
               My press conference comes on in three
               minutes. What are you watching?

                        HOWARD
               Old war footage of Arlo's platoon
               debriefing; after they were almost
               wiped out.

                        JERRY
               Why you watching that?

                        HOWARD
               Case background. The States's kinda
               obsessed with the guy. Doesn't seem
               like a killer. Saved his troops --

                        JERRY
               Tamara's DNA was in his sky-cycle.

                        HOWARD
               Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                        JERRY
               Two minutes.

42

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

                    GENERAL 1
...Lieutenant Midland stayed at base
with the prisoner and sent the rest
of the platoon into San Gabriel?

                    ERIC
Just the four of us made it back to
base. Midland and the prisoner were
gone. We headed south along the river -
before the Allies finished us.

                    ARLO (younger)
About five minutes outta camp we
found Midland's hover truck smoldering
about 100 feet from the riverbank.
We stopped to help, but he was gone.
We found the prisoner dying half way
to the river, face burned, holding
an American field pistol -he must
have wrestled it away from Midland.

                    GENERAL 2
No sign of Lieutenant Midland?

                    TIAN
Just his uniform by the river near
some British sand-boots and a pool
of blood.

                    LU WON PHAM
Probably jumped in the river to get
past the heat seekers to defect to
the Allies -and didn't want his
uniform getting in the way.

                    TIAN
We heard Allied rovers, so we left
the prisoner for the Allies to save.

VIDEO ENDS.

43

BACK TO SCENE

                    JERRY
          If he's innocent, he'll have his day
          in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

                    JERRY / ON TV
          My involvement in the Grainer case
          has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

                    JERRY
          Am I that fat?

                    HOWARD
          Even fatter. How come it says "Live"?

                    JERRY
          Good question. Those reporters weren't
          even there. They're all gens. Computer
          generated.

                    JERRY / ON TV
          Mr. Grainer refuses State
          representation. So the best way I
          can assure a fair trial is to
          cooperate with the prosecution...

                    HOWARD
          All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

                    HOWARD (CONT'D)
          You wearing lipstick?

                                        CUT TO:

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the book 'The Little Prince'. Matty lies on a bed inside a large clear, plastic tent, which filters out air impurities, next to a window overlooking the city.

                    JERRY
          " 'You become responsible forever
          for what you have tamed. You are
          responsible for your rose...' 'I am
          responsible for my rose,' the little
          prince repeated so that he would be
          sure to remember.' "

Jerry closes the book.

                    JERRY (CONT'D)
          That's it for tonight, big guy.

                    MATTY
          Aah...

                    JERRY
          Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard bought Matty.

                    MATTY
          Dad, how long do I have to stay in
          here this time?

                    JERRY
          Probably only three days.

                    MATTY
          That's so long...

Matty leans his head against the plastic glass.

                    JERRY
          I know it's hard, Matty. But the
          air's dirty this time of year. But
          you'll get better soon and we'll
          finally get to go fishing.

                    MATTY
          Really?

                    JERRY
          I know it.

Jerry kisses his son's head –through the plastic glass.

                    JERRY (CONT'D)
          G'night, big man.

Jerry stands and turns out the light.

                    MATTY
          Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

                    LAURA
          You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

                    JERRY
          I'm not even gonna be there. They
          just need me for P.R. spots.

Jerry lies beside Laura on the couch.

                    LAURA
          I don't know why they'd ask you to
          help their prosecution? What if he's
          innocent...?

                    JERRY
          He'll have his day in court. I give
          'em one favor, to keep my kid's
          filter, and I never hear the end.

                    LAURA
          I understand what you did... I was
          just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

                                        CUT TO:


EXT. ZONE 115 – DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the ruined building. He suddenly falls to one knee and grabs his head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. The pain quickly subsides. Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS, 17) in tattered shoes and a GRAY SWEATER, sleeping with a rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's belt. Arlo approaches the teenager and cautiously places one hand on the kid's rifle and swiftly pulls the handgun out of the kid's belt with the other.

The teenager awakens, startled and unable to move under the force of Arlo's arm on the rifle. Arlo touches the handgun to the teen's mouth, as if asking him to hush. Panic fills the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

                    ARLO
          Then why are you here?

                    LOUIS
          Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                    ARLO
          For what?

                    LOUIS
          A State company makes fancy clothes
          in there. They brought a lot of jobs
          to this zone. We protect the workers
          from the thugs, and the workers
          sometimes buy us food.

                    ARLO
          Us?

                    LOUIS
          My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                    BENNI
          You ask a lot of questions.
               (turning to Louis)
          And you talk too much, Louis.

                    LOUIS
          I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                    BENNI
          Maybe if you weren't listening to
          that crap all the time.

Benni turns to Arlo.

                    BENNI (CONT'D)
          You with the blue guard?

                    ARLO
          Arlo Grainer. Zone 242.

                                BENNI
                          (excited)
Arlo Grainer? Oh my god. You're
supposed to be in prison?

                                ARLO
I didn't like it. And you are...?

                                BENNI
Benni...
                          (shaking Arlo's hand)
...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                            BENNI (CONT'D)
Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                              LOUIS
You know him?

                              BENNI
Arlo Grainer is like a myth. Don't
you remember in school...

                              LOUIS
                        (to Benni)
On TV... didn't Arlo Grainer kill
that lady scientist?

                                ARLO
I didn't kill anyone.

                              BENNI
The State frames people, Louis, then
takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                            BENNI (CONT'D)
Why would you come here?

                                ARLO
Looking for the Z.R. Center and Tian
Shen Wu.

49

                          BENNI
          Bounty hunters killed Tian about two
          years ago. The new center's not too
          far. Why are you going there?

                          ARLO
          I need to get to Sky Town.

                          BENNI
          Really?

Benni considers Arlo's shabby outfit.

                          BENNI (CONT'D)
          Looking like that?

                          ARLO
          Got something better?

                          BENNI
          We collect the sweatshop's irregular
          clothes for Faith House... Come
          upstairs and see what we can find...
                (turning to Louis)
          Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                          BENNI (CONT'D)
          Why are you going to Sky Town?

                          ARLO
          To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

50

                            BENNI
                Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                        BENNI (CONT'D)
                You can change in there. I'll get
                you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                        JERRY
           Hello.

                        ANEESH
           Jerry,  I've reserved a ticket for
           you to New York. Grab your hat.

                        JERRY
           What?

                        ANEESH
           Arlo escaped on the crashed shuttle --

                        JERRY
           What?

                        ANEESH
           If we don't find him before his trial,
           Monday morning, we're gonna have a
           mess on our hands. You're our
           investigator. You have all your
           weapons and travel clearances.

                        JERRY
           I don't investigate for The State.
           You must have some regulars, 'Neesh.

51

                    ANEESH
          Evidence planters, not investigators.
          Imagine how emboldened the zones
          will be if he's not in that court
          room Monday. You could save a lot of
          lives.

Jerry pauses to consider the request.

                    JERRY
          With one condition -I don't work for
          the prosecution anymore.

Aneeshes pauses to consider the terms.

                    ANEESH
          Fine. Just find him.

                    JERRY
          On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the
dresser. Laura slowly rouses, awake.

                    LAURA
          What's going on?

                    JERRY
          I gotta go to New York.

Jerry spins the combination lock, opens the door and removes
a hand gun and a pre-packed travel bag. Laura watches as
Jerry pack his gun into his bag.

                    LAURA
          Weapons clearance?... You're
          investigating for them... It's Arlo.

Jerry throws on his pants.

                    JERRY
          Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

                    LAURA
          Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

52

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new
clothes, Arlo exits the bathroom to find Benni bending over
a bucket of water, in a tank top, finishing her hair wash.

                    BENNI
          Wow, You look great.

                    ARLO
          You too... I mean --

                    BENNI
          Don't. That's the nicest thing I've
          heard in a month.

                    ARLO
          You don't have a boyfriend?

                    BENNI
          Only thugs and paint blowers around
          here.

Arlo notices military dog tags on Benni's wrist.

                    ARLO
          U.S. Army issue.

Benni reaches for the dog-tags protectively.

                    BENNI
          My dad's. He was arrested in a police
          sweep. I'm sure they killed him. Mom
          was killed when they bombed this
          building.

Benni throws on a jacket, then picks up a plastic bowl and a
spoon from the floor.

                    BENNI (CONT'D)
          The Z.R. Center can probably arrange
          tickets for you to Uberopolis, but
          we're gonna need to stop at Faith
          House for a fake I.D. and passport.

                    ARLO
          What's the bowl for?

                    BENNI
          You'll see.

                                              CUT TO:

53

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary
streets of Zone 115 as a few down-trodden people emerge from
the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly
descends to the street ahead of them.  A gate opens, releasing
dozens of weak and gaunt women and children.  Arlo and Benni
watch unflinchingly, familiar with the State's practice of
dumping religious prisoners in the zones.

                    BENNI
          When the State started dumping the
          religious in our zone, it wasn't
          long before they started killing
          each other.

Cargo emptied, the army hover-truck quickly flies away.

                    BENNI (CONT'D)
          Tian got their leaders to meet and
          work things out... They opened Faith
          House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

                    BENNI (CONT'D)
          The killing stopped. They even have
          a school there for gifted children...

A young girl and a young boy, just dumped from the truck
walk weakly toward Arlo and Benni.  The young girl looks
into Arlo's eyes imploringly.

                    YOUNG GIRL
          Please, sir.  We haven't eaten for
          two days.

                    YOUNG BOY
          We lost our mother at the camp.

                    YOUNG GIRL
          They took our father away.

Arlo reaches into his coat pocket, removes the bread John
Carl gave him and hands it to the kids.

                    ARLO
          That's all I have.

                    YOUNG GIRL, YOUNG BOY
          Thanks you.  Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.  As they pass a tiny
neglected park Benni's voice perks up.

                    BENNI
          I found something amazing here
          yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                    ARLO
          Incredible.

                    BENNI
          I think it's a violet. We never get
          flowers here... It's even prettier
          in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                    ARLO
          You're gonna keep it?

                    BENNI
          I'm taking it to Faith House. Maybe
          they can save it and make more.
          Imagine, a few of these in every
          neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                    BENNI (CONT'D)
          Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                    ARLO
          That a dream catcher?

55

Benni nods.

                    BENNI
          I made it... Dreams are like my
          religion.

                    ARLO
          You believe in 'em?

                    BENNI
          When that's all you got...

Arlo considers the butterfly dream-catcher.

                    ARLO
          Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their
hands touch along the necklace string.

                    BENNI
          Change, to me... I'm not afraid of
          change.

Benni looks up at Arlo's face.

                    BENNI (CONT'D)
          Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems
comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward
the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

                    BENNI (CONT'D)
          You must be happily married?

                    ARLO
          Separated.

                    BENNI
          You think she's your soul mate?

                    ARLO
               (shrugging)
     I'm not sure what a soul-mate is...?

                    BENNI
     Someone you're deeply connected to.

                    ARLO
     Maybe. But she says I don't talk
     enough.

                    BENNI
     I think guys avoid talking to avoid
     their feelings.

                    ARLO
               (shaking his head)
     I just have a way saying the wrong
     thing... You sound like a therapist.

Benni smiles.

                    BENNI
     I'd love to be a children's therapist.
     If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                    BENNI (CONT'D)
     Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE - DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                    ARLO
     Thank you for your help.

57

                             BENNI
                He's doesn't have much time.

                             GURU
                It will only be a few moments.

                           PASTOR
                    (turning to Arlo)
                Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

                           RABBI
                I found a corpse, killed in a skyway
                accident yesterday. His Uberopolis
                permits haven't been vacated yet.
                Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

                           BENNI
                You look nervous.

                           ARLO
                Different religions in the same
                room...

                           BENNI
                Happens here everyday.

                           RABBI
                We fought for centuries...

                           PASTOR
                Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

> STUDENT
> ...internationally scorned for its
> belligerent history, but its trade
> imbalance and social and corporate
> welfare destroyed its economy, and
> eventually the world's. No longer
> beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

> BENNI
> What are you doing?!

> ARLO
> (breathing heavily)
> I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

> CLERIC
> Your I.D.

> ARLO
> Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

> GURU
> Surviving the war and fourteen years
> underground requires some healthy
> paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel. Arlo lowers the gun and wipes the sweat from his brow.

                    ARLO
          I thought...

The cleric nods, understanding.

                    BENNI
              (nervously embarrassed)
          We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

                    GURU
          Blessings.

                    PASTOR
          Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo, through the impoverished local pedestrians, predators and their quarry.

                    ARLO
          I'm sorry.

Arlo catches up to Benni.

                    ARLO (CONT'D)
          I got nervous.

                    BENNI
          You put a gun in the cleric's face.

                    ARLO
          The religious can't mix in my zone.
              (overlapping)

                    BENNI
              (overlapping)
          If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply to gather her strength.

                    BENNI (CONT'D)
          Did you kidnap Tamara Gwynn?... They
          found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

                    ARLO
          Tamara came to 242 trying to get
          back to L.A. for her trial before
          the State killed her -to stop her
          from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

                    ARLO (CONT'D)
          When the bounty hunters who followed
          Tamara learned I was in 242 they
          came after me and my family, instead.
          I agreed to drive her to the L.A.
          for money to get my family to safety.
          I almost got her there... She was
          like you... Strong, full of hope.
          She was gonna save the world...

Benni's face softens as Arlo explains.

                    ARLO (CONT'D)
          I'm afraid you don't believe me, but
          I didn't hurt Tamara.

Benni stops to face Arlo.

                    BENNI
          I believe you...

Benni turns away and resumes walking. Arlo follows.

                    BENNI (CONT'D)
          Weird to hear the fearless Arlo
          Grainer say he's afraid.

                    ARLO
          Fearless? I got fears. They keep me
          smart... on my toes.

                    BENNI
          What fears could you have?

                    ARLO
          Fear I won't live to see my kids
          grow up... Fear I'll outlive 'em...
                    (MORE)

> ARLO (CONT'D)
> Or I'll fail 'em...  Like I failed
> Tamara.

> BENNI
> You did all you could.

> ARLO
> Fear of my own mistakes.

> BENNI
> What? You inspired millions of us --

> ARLO
> It was a mistake.

Benni's jaw drops with shock and disillusionment.

> ARLO (CONT'D)
> I wouldn't have declared Stockton a
> free zone if I knew how many zone
> fighters would die... for a mistake.

Benni's eyes grow wet with tears.

> BENNI
> It's not mistake. My parents died
> for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

> ARLO
> You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

> ARLO (CONT'D)
> I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

Two young Chinese men: a tall man, RICK (25), and a short
man, BRUCE (25) open the door suspiciously.

                            BRUCE
      Benni.

                            BENNI
      Rick, Bruce. This is Arlo Grainer -a
      friend of your father's...


INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl
watches the proceedings carefully from the door of Franny's
bedroom, behind him Franny is visible, unconscious, in bed.

                            RIANNA
      ...he came alone. Only long enough
      to see Franny. Then he left.
           (turning to her mother)
      I can't believe you called these
      people.

                        MRS. RAMIREZ
      If I didn't, we would have been
      arrested.

                            RIANNA
      You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic
carpet cover and onto the carpet. Rianna's mother reacts.

                        MRS. RAMIREZ
      Please, don't step on the carpet.

                            JERRY
      Sorry.

Jerry steps forward and returns to Rianna.

                       JERRY (CONT'D)
      Where's he going?

Rianna hesitates.

                       JERRY (CONT'D)
      He's better off if I find him before
      the Blue Guard.

                    RIANNA
          Zone 115. He has a friend there...
          Tian Shen Wu.


INT. Z.R. CENTER - DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                    ARLO
          ... He introduced me to Sun Tzu.

                    RICK
          My father told us many stories about
          you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                    BRUCE
          A few months ago, this came for you,
          in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                    BRUCE (CONT'D)
          I've never seen anything like it.

Bruce hands the box to Arlo.

                    ARLO
          Thank you. Thank you.

Arlo opens the box, quickly, to find...

                    ARLO (CONT'D)
          The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                    BENNI
          How can it be here?

64

                         ARLO
              Dylan sent it... I forgot.

                         BENNI
              This means --

                         ARLO
                    (whispering)
              Hope is unreasonable.

                         BENNI
              It means you can still help Tamara
              change the world.

Benni's phone rings. She answers.

                         BENNI (CONT'D)
              Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                         AFRICAN AMERICAN MAN
              You're booked on the 3 PM shuttle to
              Uberopolis, gate five.

Arlo nods appreciatively.

                         ARLO
              Thanks. That only gives me three
              hours.

Arlo and Bruce consider the A-cell.

                         RICK
              Maybe we can help get that into the
              right hands.

                         BENNI
                    (on the phone)
              ... Thanks.

Benni hangs up, and turns to Arlo.

                         BENNI (CONT'D)
              Louis says a State investigator just
              came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

65

                     ARLO
          I can't leave it here with The State
          coming...

Arlo moves closer to address Benni more personally.

                     ARLO (CONT'D)
          Thanks for everything... I'm sorry
          about what I said. It's not a mistake.

                     BENNI
          It's OK.

                     ARLO
          I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

                     BENNI
          For luck.

                     ARLO
          Thanks.

                     BENNI
          If you're ever back in 115...

Benni looks down self-consciously.

                     ARLO
          Of course.

Arlo turns for the door.

                     BENNI
          How can you get back into The State
          without a State car?

                     ARLO
          I'll work on that. I gotta go before
          they get here.

Arlo pulls the basement door open to leave.

                     RICK
          I know how you can get back in The
          State.

Arlo stops to listen.

60

EXT. Z.R. CENTER - DAY

Jerry parks his sky-car on the street outside of the Z.R.
center. Stepping out into the rain, Jerry raises his hands
over his head, to show he's unarmed as he approaches the
Z.R. basement headquarters.


INT. Z.R. CENTER - DAY

Jerry stands in the living area of the sector 115 Z.R. center
with the tall and the short Chinese man. The computer and
gadgets are all gone now, hidden. Bruce stares at Jerry with
admiration and comments to his brother:

                    BRUCE
          All these celebrities.

                    RICK
               (to Jerry)
          Brave of you to come here without
          the Blue Guard.

                    JERRY
          I figured I was safer without 'em.
          His wife said he came to see a...
          Tian Shen Wu.

                    RICK
          Our father's dead. Arlo needed a
          passport back into the State.

                    JERRY
          Where's he going?

Rick and Bruce look at each other cautiously.

                    JERRY (CONT'D)
          He's better off if I get him before
          the blue guard does.

                    BRUCE
          The shuttle port.

                    JERRY
          To where?

                    RICK
          We didn't ask.

67

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

                    JERRY
          Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later,
Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in
their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

                    HOWARD
          Jerry.

                    JERRY
          You look great.

                    HOWARD
          I'm meeting Michael for lunch. Where
          are you?

                    JERRY
          New York. Tracking Arlo. He escaped
          in that shuttle crash --

                    HOWARD
          You're kidding?

                    JERRY
          They asked me to find him. I tracked
          him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage
as he continues talking with Howard (on the phone).

                    HOWARD
          Where's he going?

                    JERRY
          I don't know? His friends in 115
          just said he was coming here.

                    HOWARD
          115?

68

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror monitor) listens engrossed, as Jerry pulls his sky-car into the largely empty garage.

> JERRY
> He went there to see a dead friend...
> Tian Shen Wu.

> HOWARD
> From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

> JERRY
> I knew that name sounded familiar...
> Can you run a check on all the San
> Gabriel survivors?

> HOWARD
> Sure.

> JERRY
> Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror as he hangs up. As the regular rear-view mirror perspective returns, Jerry's body jolts, startled to find Arlo, in the back seat, holding a gun to Jerry's head.

> ARLO
> Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes the gun from Jerry's belt, takes the keys from the ignition, and takes Jerry's omni-com. Arlo drops the omni-com on the sky-car seat, but puts the gun and keys in his jacket pocket.

> ARLO (CONT'D)
> I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's arm, powerfully, knocking Arlo's gun into the trunk.

69

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry Kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

                    JERRY
          Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

                    ARLO
          You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

                    ARLO (CONT'D)
          Drop it or I'll shoot.

                    JERRY
          Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

                    JERRY (CONT'D)
          Was it loaded.

                    ARLO
          Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

                    ARLO (CONT'D)
          Good to see you again. Sorry 'bout
          the circumstances...

> JERRY
> I don't get it. You were safe in the
> zones. Why'd you come back?

> ARLO
> My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

> ARLO
> For my wife.

> FEMALE SECURITY WORKER
> Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

> JERRY
> Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

71

                    ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                    JERRY (O.S.)
                      (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                    JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                    JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                    COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                    JERRY
         San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                    HOWARD
          I've been waiting for you to call
          back... You got beat up.
                    (noticing Jerry's
                    bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                    JERRY
          It's nothing. I made contact with
          Arlo. Too much contact.

                    HOWARD
          Where's he going?

                    JERRY
              (shrugging)
          That's the problem. I don't know. He
          just said he needs Drexlerin.

                    HOWARD
          I heard they're warehousing it on
          Uberopolis till it's released.

                    JERRY
          Sky Town? OK... Look check the
          connection between Arlo, Drexler and
          San Gabriel.

                    HOWARD
          Got it.

                    JERRY
          Call Aneesh first and tell him to
          warn Drexler that Arlo may be in Sky
          Town already.

                    HOWARD
          On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the
shuttle-port concourse, as the public address plays a soothing
info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
               ...All six billion gallons of water
               in the Uberopolis Harbor were secured
               when Drex-Tech captured the Rathman-
               Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small
vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                            CUT TO:


INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and
clearances to a SECURITY WORKER. The worker takes the guns,
reading Jerry's paperwork:

                    SECURITY WORKER
               Sorry, Mr. Matthiessen. We'll issue
               you a stun gun, right away.

                    JERRY
               I've got permits...

                    SECURITY WORKER
               No guns permitted on Sky Town. Fragile
               environment. A bullet up there might
               ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry
looks confused by the gift.

                    JERRY
               Underwear?

                    FEMALE SECURITY WORKER
          Gravity garments. Socks, briefs and
          arm bands... Magnetized. There's no
          gravity on Sky Town. The electro-
          magnetic floor grid simulates a
          gravity about one third of Earth's.
          Without these, you'll just float in
          the air.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

                    DREXLER
          Six years ago Drexler Labs introduced
          Drexlerin -a bi-monthly maintenance
          drug, rather than a cure -to ensure
          future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

                    DREXLER (CONT'D)
          Sold in packs of 5, the expense and
          popularity of Drexlerin made it a
          hot black market target -resulting
          in huge losses. Postal distribution
          proved disastrous, too. It's
          popularity was eventually killing
          more people than it was saving.
          Next week we introduce the one time...

Drexler removes the small bottle.

                      DREXLER (CONT'D)
...curative, Drexlerin 2. As you're
aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

                      DREXLER (CONT'D)
I have an interview here in a few
minutes, so, business to add to
tomorrow's agenda?

                      BUSINESSMAN #2
I'd like to expand the prison labor
program to Earth-based industry. I
hear you have over 5,000 workers up
here?

                      DREXLER
Hmm... Interesting. Anyone else?

                      BUSINESS WOMAN
I'm concerned that the Riordan Network
is pushing free speech limits. Maybe
it's time...

Drexler shakes his head.

                      DREXLER
Riordan's 10 percent market share
assures voters the media is free.

                      BUSINESSMAN #3
I'm concerned about rising zone
pirating. If we close the trade lanes
we end the pirating...

                      BUSINESS WOMAN #2
Close the lanes and take them off
our power grid. We'd save --

                      DREXLER
We've been through this. The threat
of a zone attack galvanizes the voters
behind us. If we close the lanes or
the power grid, we lose our factories,
cheap labor, and our grip of power...
We'll increase Blue Guard presence
in the lanes.
           (looking at his watch)
Let resume in the morning.

EXT. STREETS OF UBEROPOLIS - NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

                    POLICE OFFICER 1
         Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

                                      CUT TO:

EXT. UBEROPOLIS - SHUTTLE-PORT - NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

                    PUBLIC ADDRESS
         Uberopolis comes from the German
         "Uber" meaning above. And Uberopolis
         is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
          You get anything?

                    HOWARD
          Wu, Pham, and Sanchez all survived
          San Gabriel. Pham and Sanchez were
          busted for conspiracy after the war.
          Standard 120 days on Sky Town. After
          they returned to Earth, both were
          incinerated in prison riots. I checked
          "prisoners killed in riots" in the
          Corrections base and every Sky Town
          prisoner, ever, was killed in riots -
          after they returned to Earth. And
          all from the zones.

                    JERRY
          Hmm.

                    HOWARD
          What's more curious is Leonard Lespi
          was on the list... It said he died
          four months ago.

                    JERRY
          What?... That means the Lespi I spoke
          with --

                    HOWARD
          Was a gen... Died in space somehow
          and was sucked back to Earth and
          into our crater.

                    JERRY
          If he died in space, the other
          prisoners on that list did too.

                    HOWARD
          But how?

                    JERRY
          I dunno. And we have no evidence of
          a crime; no bodies or witnesses -
          except Arlo. Find any connection to
          San Gabriel?

                    HOWARD
          You won't believe... The platoon
          Drexler escaped from was Arlo's.

78

                    JERRY
          No shit?

                    HOWARD
          They erased any mention of the
          capturing platoon from The State
          database. I had to go to the prewar
          archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
          I dug up this old photo of Arlo's
          platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
          ...95 percent of the materials used
          to construct Uberopolis were mined
          and produced at President Drexler's
          lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                    JERRY
          That guy on the left looks sort of
          like Drexler.

                    HOWARD
          Frank Midland, Platoon lieutenant.
          Incinerated by the same lancer that
          burned Drexler's face.

                    JERRY
          Hmm. Can you dig up Drexler's, Arlo's,
          and Midland's military records?

                    HOWARD
          On it.

                                        CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General.
Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL - NIGHT

Arlo's police uniform has allowed him to penetrate deep into
the hospital. He arrives at a SECURITY DESK where a brown
jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED
PERSONNEL". Arlo adjusts his hat and approaches the desk.

                    ARLO
          We're sweeping for that nut, Grainer.
          They asked me to check the Drexlerin
          warehouse.

                    DESK GUARD
          Yeah, dispatch said that dude might
          be here. They've all gone home for
          the day. If he's back there, he'll
          be easy to find. The warehouse is
          the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry
pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port,
he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out
his badge and hails him to stop. The officer complies.

                    POLICE OFFICER 2
          We got a prisoner on the loose. What
          do you need?

                    JERRY
          That's who I'm after... Where can I
          get a sky-car?

                    POLICE OFFICER 2
          Get a cop ranger or cycle from the
          downtown station. Civilian vehicles
          can't go higher than twenty feet
                    (MORE)

80

                    POLICE OFFICER 2 (CONT'D)
          from the street. Police vehicles can
          free-range.

Jerry nods appreciatively and points at a video camera mounted
along the street.

                    JERRY
          Can the station get me access to
          these camera monitors, to locate the
          prisoner?

                    POLICE OFFICER 2
          Hell no. Until today we never had
          crime to monitor. Those are so The
          Drexler Media Center can televise
          the celebrities here. It's good for
          business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight,
Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he
enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size
of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the
distant corners of the room for any sign of Drexlerin.

                                                  CUT TO:

EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

81

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

                    JERRY
          I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a
LARGE GUARD stands imposingly.

                    RECEPTIONIST
          In there. But you --

                    JERRY
          Thanks.

Jerry turns, approaches the GUARD and flashes his ID and
credentials to the guard.

                    RECEPTIONIST
          But, you can't just --

                    JERRY
          Federal Inquiries. I need the
          engineer.

Jerry quickly proceeds toward the control room.

                    LARGE GUARD
          Hold up, cowboy.

                    JERRY
          I've got an escaped prisoner. There's
          no time.

The guard grabs Jerry's shoulder forcefully.

                    LARGE GUARD
          I said, "wait".

                    JERRY
          I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping
him to his knees.

The guard topples to the floor, unconscious. Jerry walks
briskly beyond the door into the Broadcast Center.

82

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily.  Jerry addresses one of them.

                    JERRY
          Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

                    JERRY
          Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

                    JERRY (CONT'D)
          I have a prisoner loose in Sky Town.
          I need surveillance camera access.

                                        CUT TO:


INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

                    HANNA TROWERS
          Tonight I'm honored to welcome
          President Peter Drexler, live from
          Uberopolis...

                    DREXLER
          Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

                    DESK GUARD
          Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

                    ARLO
          No. The warehouse is empty. They
          want me to look in the Drexlerin
          lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

                    DESK GUARD
          Spence, where's the Drexlerin lab?

                    SECURITY GUARD
          That shit's made on Earth. They just
          stored it here until they were...

The security guard suddenly recognizes Arlo.

                    SECURITY GUARD (CONT'D)
          Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.


EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

                                             CUT TO:

INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

                    ENGINEER
          Touch the map anywhere to view the
          camera in that part of the city.

The engineer hands Jerry the stylus.

                    ENGINEER (CONT'D)
          When you find your man, tap his image,
          and the cameras will track him
          anywhere in the city.

84

                    JERRY
          Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                    JERRY (CONT'D)
          These are all Drexler media channels?

                    FEMALE ENGINEER
          All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                    DREXLER
          ...Brilliant, really.  We conquered
          the Middle East by allowing their
          factions to exterminate each other.

                    HANNA TROWERS
          But your voter competency test, and
          sterilization plan for the poor,
          some say they're intended to eradicate
          the intellectually challenged —much
          like The State has ousted the
          religious.

                    DREXLER
          First, citizens are free to believe
          as they wish —in their homes.
          Religious assemblers are expelled to
          prevent the wars that religious
          assemblies invite.  Voter testing
          and my sterilization plan deserve
          debate.  For thousands of years our
          social progress has been stunted by
          the intellectual limits of the masses.
          We've subsidize them while they've
          over-populated us to extinction's
          brink...

85

BACK TO SCENE

Jerry turns to the female engineer.

                    JERRY
          Is that live?
             (nodding to the
             monitors)

The female engineer nods.

                    JERRY (CONT'D)
          Where is that?

                    FEMALE ENGINEER
          Drexler's conference room. One floor
          up.


EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

                    POLICE OFFICER 3
          Hey!


EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

                    ARLO
            (whispering)
         No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

                    DREXLER
         ... We're in a historical turning
         point: when reason overcomes religion.

                    HANNA TROWERS  (on TV)
          But in expelling the religious from
          The State, how are you less guilty
          than they of committing holy war?

                    DREXLER  (on TV)
          Ten thousand wars they waged against
          mankind. I waged one, to prevent ten
          thousand more.

The Anchorwoman pauses in the drama of the moment.

                    HANNA TROWERS  (on TV)
          Thank you, President Drexler. My
          best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and
accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except
one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to
Drexler on the set.

                    PROGRAM DIRECTOR
          Great interview.

                    DREXLER
          You got all the questions right,
          this time.

                    PROGRAM DIRECTOR
          Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the
anchorwoman. Unexpectedly the Anchorwoman vanishes from the
screen. A look of disbelief takes Jerry's face.

                    JERRY
          She's a gen?

> PROGRAM DIRECTOR
> You're a detective?
>     (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket and walks to a

BAR

in a cozy corner of the conference room (near the conference table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference room, keep a low profile, careful not to disturb the President.

Drexler turns to his security guards:

> DREXLER
> Soda?

One security guard nods and Drexler graciously tosses him a canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his receptionist, LYNN.

> DREXLER (CONT'D)
> It's late, Lynn.

> LYNN (on the phone)
> I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

                    DREXLER
          What can I do for you?

                    ARLO
          We need to talk.

                    DREXLER
          I don't negotiate with State enemies.

                    ARLO
          I have the A-cell.

                    DREXLER
          I have the A-cell. It's a dud. Bad
          science.

                    ARLO
          You have a decoy.

Arlo holds up the A-cell for Drexler to see.

                    ARLO (CONT'D)
          Thing is, it's just a prototype. It
          still has some kinks. Like three
          ounces of antimatter. If someone
          were to, say, smash this open... All
          that antimatter could erase this
          city in an instant.

Drexler hesitates.

                    DREXLER
          I'm on the 57th floor of the Media
          Center. I'll have security stand
          down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
            What do yuh got?

                    HOWARD
            All there was in prewar records were
            their stat sheets and DNA index.
            Frank Midland: six-three, 230, 14
            boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    HOWARD (CONT'D)
            ... Arlo: 6'-1", 210, 12 boot, wounded
            three times, honorable discharge.
            Nothing big in his DNA. Drexler: 225
            pounds, six-two, 12 boot... Odd.
            Drexler's prewar DNA records were
            destroyed. But his current sample is
            similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    JERRY
            That's it! The burn would have
            cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

90

                    JERRY (CONT'D)
There would have been no bleeding.
The blood was Drexler's, not
Midland's.

                    HOWARD
What?

Jerry's speech intensifies.

                    JERRY
In the debriefing video: the blood
by the river with the boots -because
Drexler's boots were too small...
That's why he had the gun. Midland
killed him...

                    HOWARD
Who? -What?

Jerry ignores Howard, lost in the epiphany.

                    JERRY
... The DNA reprogramming, that's
why it's not a perfect match. That's
why he destroyed his old records...

                    HOWARD
                     (overlapping)
I don't follow.

Jerry continues, lost in the revelation.

                    JERRY
And Arlo knows... That's why they
want me on their team -so I won't be
at the trial -cause there won't be
one. Just gens acting out a televised
trial -long after they've killed
Arlo.

                    HOWARD
What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

91

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically
tracks Arlo's progress. With Jerry's tap, a tiny icon of
Arlo appears on the lower screen —a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis
map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

                    JERRY
              He's coming here.

Jerry hangs up the phone and addresses the control room.

                    JERRY (CONT'D)
              Who's in charge!

A man raises his hand.

                    PROGRAM DIRECTOR
              I'm the program director.

                    JERRY
              Go live with what I have here...
              Every news channel.

                    PROGRAM DIRECTOR
              Only President Drexler can
              authorize...

                    JERRY
              You ever see one of these?

The program director looks up to see Jerry's holding a stun
gun inches from his face.

The program director pushes a series of buttons to run the
video feed of Arlo, racing on a sky-cycle, to all 200
stations.

                                        CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-
Media building's 57th floor.

92

Arlo takes a few rotations around the building, his eyes scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the accelerator, and SMASHES the sky-ranger through the window of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the floor.  Drexler shields his face from the debris and leaps out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his
knee, wounded.

                    ARLO
          I know...
                (grimacing in pain)
          ... you killed... Tamara Gwynn.

                    DREXLER
          A painful choice, made for the greater
          good.

Arlo brings himself to a seated position.

                    ARLO
          And everyday you dump hundreds of
          prisoners into space.
                (breathing heavily)

Arlo struggles to his knees.

                    DREXLER
          To offset escalating birthrates and
          overpopulation in the zones.

                    ARLO
          You kill zoners and prisoners for
          transplant organs.

                    DREXLER
          Shouldn't those who injure society,
          also heal it?... You know quite a
          bit about me... But I don't think
          we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

                    ARLO
          Don't you remember me? You ordered
          my platoon into an ambush in the San
          Gabriel...

Grimacing, Arlo rises to his feet.

                    ARLO (CONT'D)
          So you could kidnap and ransom our
          prisoner -to finance your defection.
          But outside of camp a Lancer struck
          your hover truck -burning your face.
          Drexler survived... Facing treason,
          you took Drexler's clothes and tags,
                    (MORE)

> ARLO (CONT'D)
> and ordered him to the river; where
> you shot him, pushed his body in the
> river, put on his uniform... and
> played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

> ARLO (CONT'D)
> Face burned, with allied tags; no
> one questioned your ID. Your plastic
> surgeon sealed it. The you killed
> his parents and the inheritance was
> yours. Except we saw the burned
> soldier by the river, in British
> uniform, but U.S. boots and gun. You
> got rid of Lu, Eric and Tian before
> they realized... But I know you killed
> Drexler... Midland.

Drexler nods somberly.

> DREXLER
> Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

> DREXLER (CONT'D)
> Before the war, I dreamed only of
> serving my country then running for
> office. Leadership burned like fire
> in me. My dream was almost stolen
> when my face was burned... See, wisdom
> and character mean little to voters
> in this age. They seek fame, wealth,
> beauty. I wasn't famous... or rich...
>         (smiling)
> ...But I looked OK... I didn't kill
> Drexler for his money, I killed him
> to get back my electable face...

                                        CUT TO:


INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                        CUT TO:


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

                                    DREXLER
                    I used his name, but my with my
                    policies The State IQ average is up -
                    128; we've achieved full employment;
                    we have more billionaires than ever;
                    and brought jobs to the zones and
                    provide your youth plenty of cheap
                    video games and headsets; to keep
                    them safe from their own despair -
                    too content to fight.

Arlo's expressions flattens in the face of such evil.

                             DREXLER (CONT'D)
                    So, you're here to topple the kingdom
                    by killing the king?

                             ARLO
                     (shaking his head)
                    My daughter's sick. I need Drexlerin.

                             DREXLER
                    You'd threaten a hundred thousand
                    lives to save your daughter?... Not
                    exactly heroic...

Arlo's jaw clenches.

                             DREXLER (CONT'D)
                    Drexlerin is produced on Earth. We
                    warehoused it here to keep it safe
                    from pirates until our bunkers were
                    ready. The last shipments returned
                    to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

                             DREXLER (CONT'D)
                    But I did bring a few doses for my
                    presentation. A trade: the A-cell
                    for the Drexlerin.

Arlo pauses at the offer.

                             DREXLER (CONT'D)
                    Very generous, considering your
                    position... I'll have you escorted
                    to give your daughter the Drexlerin -
                    then returned to prison. My word...
                            (MORE)

96

> DREXLER (CONT'D)
> Or you can keep the A-cell —but how
> will that help your daughter?

Arlo's eyes race, calculating his options.

> ARLO
> Tamara didn't want you to have it.

> DREXLER
> (disgusted)
> Tamara would have destroyed the energy
> industry and our economy for her
> cause. I've planned a thirty year
> phasing; allowing industry to
> adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

> ARLO
> Thirty years? Billions more will
> die.

> DREXLER
> But the quality of life is preserved.
> There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

> DREXLER (CONT'D)
> The anguish of power: sometimes
> sacrifice is the only option. I
> sacrificed religion for peace. You
> can do this —for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                                        CUT TO:

97

INT. FAMILY'S HOME #2 (EARTH) – NIGHT (CONTINUOUS)

A family watches, tensely.

CUT TO:

INT. DREXLER MEDIA CENTER – CONFERENCE ROOM – CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses;
perhaps remembering Tamara's opinion that "sacrifice is a
failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin.
Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in
Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the
mirror, Arlo watches Drexler's right hand (no longer holding
the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand
prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell
Arlo unexpectedly flips the A-cell to his side, toward the
giant hole in the window created by his sky-ranger.

                    ARLO
          I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window.
With no time to fire, Drexler scrambles after the A-cell,
gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER – THROUGH BROKEN WINDOW – NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo
seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right
hand, Arlo grabs the window frame with his left, and flings
Drexler, with all of his might, toward the city floor.

As Drexler falls, Arlo kicks off the wall -after the A-cell.
Arlo seizes the A-cell in his finger tips, just before his
'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street
below, sending them screaming in all directions, and Arlo
Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he
falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control
center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out
the window.

Behind him, one of the engineers reaches for the controls to
switch the television stations back to their original
programs. The program director stops the engineer, pointing
at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
          Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw
wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes
the A-cell to fumble out of his hand and bounce about 40
feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for
his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

> DREXLER
>> Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

> DREXLER (CONT'D)
>> Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

> DREXLER (CONT'D)
>> You think I need a gun to kill you?
>> Your body is aging, slowing down...
>> *I'm* immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

100

The bottom of a sky-car smacks Drexler's head, prying his arm from Arlo's neck. Drexler groans in pain.

> DREXLER (CONT'D)
> Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets down the street, hitting a bystander.  The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

> POLICE OFFICER 4
> Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic, as Drexler follows. A taxi driver yells at Arlo, angrily:

> TAXI DRIVER
> Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

101

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows
a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few
speeding uber-taxis. Emerging on the other side of the street,
Arlo sees a few workmen coming out of a DOUBLE DOORWAY,
leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION,
AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of
workers in a dim, narrow hallway; pipes and cables line the
walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through
the workers, deeper into the power station, until he spies a
FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

                         WORKER
              Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns
and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite
direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER
slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking
up from the ground, the officer watches Arlo abscond with
his sky-cycle.

                    POLICE OFFICER 5
              Asshole!

Drexler emerges from the power station in time to see Arlo speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop out of the sky-ranger, jumps in the sky-ranger and resumes his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler and Arlo into the roof of the city, Jerry jumps off of his Uber-cart and flings it down the street, furiously.

                    JERRY
          Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through the tops of the city buildings and back down into the heart of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases it. The sky-cycle speeds down the street -unmanned. Arlo turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

                    DREXLER
          God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind Arlo, Jerry calls out:

                    JERRY
          Arlo!

103

Arlo doesn't respond, racing toward the edge of the harbor.

                    JERRY (CONT'D)
          It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

                    ARLO
               (gasping)
          You're with the State!

                    JERRY
          I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port, demanding to be evacuated. Chief Kanu and a few police try to calm the crowd.

                         WOMAN #3
              Take me back to earth!

                         MAN
              Get me out of here! Now!

                         CHIEF KANU
              Calm down, people!

A message comes over Chief Kanu's radio.

                         RADIO DISPATCHER
              Chief Kanu, the electrolysis station
              is down. Our oxygen supply is reduced
              until we get it up again -and there's
              a hydrogen fire burning downtown.

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

> CHIEF KANU
> Shit! Our oxygen supply is down and
> we have a hydrogen fire. We've got
> to evacuate.

> SENIOR POLICE OFFICER
> Evacuate?!

> CHIEF KANU
> Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

> CHIEF KANU (CONT'D)
> THROW THE SIRENS NOW! And raise the
> evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

> DREXLER
> Who told you to evacuate?

> RADIO DISPATCHER
> Kanu. We've got a hydrogen fire and
> the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

> DREXLER
> Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

> DREXLER (CONT'D)
> Tell Warden Arnold to set the prisoner
> evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                        POLICE OFFICER 6
              What about you, sir?

                          DREXLER
              I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                    PILOT #1 (on intercom)
              Prisoners, enter the open shuttle
              for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

107

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens
frantically board any one of a dozen long evacuation shuttle
trains.

Two of the shuttle-trains slowly lower back down below the
floor of city. The city floor slides back above them, creating
an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating
police officers calls back to Drexler from a distance.

                    POLICE OFFICER 7
            President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the
construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively
small number of guards enter the second shuttle train, leaving
the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front
shuttle of the PRISON car, a tall pilot calls to him. Arlo
listen closely, hiding behind a half wall.

                    SHORT PILOT
            Come on, we gotta go.

                    TALL PILOT
            I gotta set the autopilot over here.

                    SHORT PILOT
            They're gonna dispose of all of 'em?!

                    TALL PILOT
            Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their seats. The pilot enters the autopilot code into a small wall mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold. Looking at the navigation box Arlo sees the words "DISPOSAL... MISSION... SET...", flicker by.

                    ARLO
          Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

                    PILOT #2
          I can't reset. I don't have the code.

The prisoners watch, uncertain.

                    ARLO
          Release the prisoners.

The pilot presses a code into the box. The prisoner restraints pop off. Keeping the pilot in a one armed headlock, Arlo grabs the shuttle intercom to address the prisoners in the rear freight cars.

                    ARLO (CONT'D)
          This shuttle's gonna dump you in
          space! Get on the other shuttle train
          now if you want to live.

The prisoners rush out of the disposal shuttle train and into the guards's (largely vacant) shuttle. The prisoner's quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo door. The pilot runs into the opposite shuttle to pilot the only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform. He looks up to see Drexler racing toward him, gun drawn.

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

> ARLO (CONT'D)
> I could kill you...
> (breathing heavily)
> I'm getting your gun. Then we're
> gonna bring Franny the medicine.
> Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee -an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

> DREXLER
> Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

110

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                    DREXLER (CONT'D)
          GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                    JERRY
          Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                    JERRY
          Push.

Jerry glances up and discovers the shuttle is moving.

                    JERRY (CONT'D)
          What the hell?!

Weakly, Arlo points to the cockpit.

111

                        ARLO
              Get in cockpit... We're getting...
              Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform
slowly lower back down below the floor of the construction
zone. The floor slides back above them, creating an airtight
seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the
city floor, then the metal city floor automatically cover
the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry
sees the perimeter wall open at the end of the tunnel. The
automated shuttle slowly gains speed, toward the opening, to
exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with
evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover
the shuttle train is gone. Wearily, Drexler pulls out his
watch phone and speaks.

112

>           DREXLER
> Defense shield... This is the Big
> Picture... Locate prisoner disposal
> shuttle-train... Good. Neutralize.
> All points strike. Disable internal
> override.

INT. SHUTTLE COCKPIT - NIGHT

Arlo and Jerry sit in the pilot's seat, Jerry to Arlo's left.
Arlo's eyes relax as if losing consciousness.

Jerry presses Arlo's own hand against his neck wound.

>           JERRY
> Keep the pressure... Arlo!

Keeping one hand on his neck's bullet wound, the shirt now
red with blood, Arlo reaches into his pocket and hands Jerry
the Drexlerin bottle.

>           ARLO
> Give... to my daughter.

Jerry pushes Arlo's hand back.

>           JERRY
> You're gonna give 'em to her.

Jerry reaches over to help Arlo push the shirt against the
wound. Turning back to the radar monitor, Jerry sees a
speeding blip approaching from below the right.

>           JERRY (CONT'D)
> I got a Warhead. What do I do?

>           ARLO
> Go faster.

Arlo's head wobbles, light-headed from blood-loss.

>           JERRY
> Shit.

Jerry races the shuttle forward.

Arlo's eyes roll, drifting off to die.

INT. DREAM SEQUENCE - SHUTTLE - (CONTINUOUS)

Arlo turns left to find a gaunt, pale child, sitting in
Jerry's pilot seat, with a respirator mask over his face.

The child rises, smiles, and hands Arlo a yellow flower,
then turns and walks to the rear of the cockpit, and
disappears through the airlock window.

WATER SPLASHES through the airlock window.

Arlo moves to the airlock, to discover it's sealed by a steel-
bar grate. Beyond the grate he sees 'Spike', the dolphin,
swimming in the cargo hull.  Arlo tugs at the bars to free
Spike, to no avail. A voice calls:

                    VOICE (V.O.)
            There's no way out.

A RED LIGHT FLASHES in the cargo hull. An ALARM BLARES.

Deep in Spike's eye, Arlo sees the spiral of Benni's yellow
butterfly dream catcher.

END DREAM SEQUENCE


INT. SHUTTLE - COCKPIT - NIGHT (CONTINUOUS)

Waking and turning left, Arlo finds Jerry yelling as the war
heads gain.

                    JERRY
            There's no way out!

                    ARLO
            Back... to Sky Town... fast.

Jerry looks at Arlo, confused, but turns the shuttle back,
full speed. The warhead follows, gaining.

Racing the warhead back to Uberopolis, they pass dozens of
evacuating shuttle trains.

The warhead gains. Moments from impact, Arlo's eyes close...

114

INT. DREXLER'S PRIVATE SHUTTLE - COCKPIT - CONTINUOUS

The last Uberopolis evacuees: Drexler, his pilot, Warden
Arnold and Chief Kanu sit in Drexler's private shuttle.

Drexler looks out the windshield in time to see Arlo and
Jerry's shuttle racing back toward Uberopolis, with three
missiles only a moment behind. Drexler's eyes widen with
disbelief.

                    DREXLER
          Bastard.


INT. SHUTTLE - NIGHT (CONTINUOUS)

An instant before impact, Arlo opens his eyes, reaches up
and throws three switches. Thrusters fire and the evacuation
pod launches. Arlo pulls back on the control column.

Jerry watches, astonished.


EXT. UBEROPOLIS - NIGHT (CONTINUOUS)

The Evac-shuttle turns sharply up, out of the way of the
warheads, narrowly missing the outer wall of Uberopolis.

The fuselage of the shuttle plows through the outer shield
of Uberopolis. The warhead follows an instant behind,
detonating and blasting Uberopolis to ruins.


INT. SHUTTLE - NIGHT (CONTINUOUS)

Jerry exalts with both arms in the air.

                    JERRY
          HELL YEAH!! HELL YEAH!!

Jerry looks toward Arlo, to find him slumped, motionless, in
his seat.

                    JERRY (CONT'D)
          Arlo..?

Jerry reaches over and applies pressure to Arlo's neck.

115

                    JERRY (CONT'D)
        Arlo... Come on, man... Arlo...

                                              FADE TO:

EXT. CEMETERY - DAY

The green cemetery lawn contrasts against the gray sky. A
small group of people with their heads hung solemnly, sit
listening to a female orator give the funeral eulogy.

Behind the woman, a coffin. The woman's words are muffled by
the wind and street traffic.

Laura, Jerry, Howard, John Carl and Rianna, sit teary eyed
in a row.  ARLO, at the end of the row, sits with a large
scar on his neck; his face clean shaven, again.

Sitting next to Arlo, Franny reaches forward and touches
Jerry on the shoulder. Jerry turns. Franny hands him a yellow
flower.

                    FRANNY
        I'm sorry about your son, Matthew.

Taking the flower, Jerry forces a smile.

The service concludes. The mourners rise. HOWARD approaches
Jerry with a brief embraces, then somberly walks away, as
the other mourners disperses for home.

Arlo and Rianna (followed by John Carl and Franny) approach
Jerry and Laura as they arrive to their funeral car. Laura,
enters the car, too anguished to look up and notice them.
Rianna addresses Jerry.

                    RIANNA
        If there's anything you need...

Jerry nods, appreciatively.  Jerry eyes fall upon Arlo.

                    ARLO
        You gonna be OK?

Jerry hesitates.

                    JERRY
        It's always gonna hurt...
            (his voice breaks)

Jerry hugs Arlo almost convulsively.

116

                    JERRY (CONT'D)
              We went fishing... When you were in
              the hospital... He gotta go fishing.

Arlo pauses, overcome by the weight of the moment.

                    ARLO
              Maybe you can try again...

                    JERRY
                    (pausing)
              I'm not sure I'm that strong.

Jerry pulls back from Arlo.  The two men exchange a brief
look of mutual regard.

Jerry slips into the funeral car with his wife.  The funeral
car drives away, leaving Arlo with his family on the cemetery
lawn.  Drizzle falls.

Across the street, TWO UNDERCOVER AGENTS watch Arlo from a
parked sky-car.

Arlo picks up Franny and hugs her tightly.  Arlo and Franny
break their embrace and consider each other at close range,
as Arlo holds Franny, perched on his forearms.

                    ARLO
              You ready for your new school?

                    FRANNY
                    (nodding)
              Mommy got me new clothes.

                    ARLO
              I can't wait to see.

Arlo puts Franny down. Franny, John Carl, Arlo and Rianna
slowly walk toward a sky-car. John Carl and Franny walk a
few steps ahead of their parents.

                    RIANNA
              The hospital released you this
              morning?

                    ARLO
              Last night.

                    RIANNA
              I could have picked you up.

117

                    ARLO
          Didn't want to impose. The State
          gave me a hotel room —and some new
          friends while I'm in town.

Arlo nods toward the two undercover agents. Noticing Arlo's
nod, one of the agents waves to Arlo.

                    ARLO (CONT'D)
          Vince loaned me the suit...
               (waving back to the
                agents)
          John Carl says you got an apartment
          and a job?

                    RIANNA
          Just a basic apartment.  It's really
          not much.  And I'm substitute teaching
          for Laura until a permanent position
          opens.  Jerry arranged it.  We can
          afford repatriation now.

John Carl and Franny get into the car and close the doors.
Arlo and Rianna stop outside of the car to finish:

                    ARLO
          I'm not repatriating.

                    RIANNA
          The kids are happy here --

The drizzle strengthens into a light rain.

                    ARLO
               (nodding)
          And Franny needs the good medical
          care.  I'll try to visit--

                    RIANNA
          You can't be serious.  You just spent
          a month in intensive care and you
          can't even try it here?... They
          exonerated you.  You're not a
          criminal.  They're giving the profits
          from Tamara's A-cells to her
          charities... We're having an election
          soon.  Things are changing.

Arlo lowers his eyes.

118

                    RIANNA (CONT'D)
          ...Don't you get it? The war's over!
          You're the only one left fighting...
          and for what?

Arlo's eyes survey his surroundings, hesitating to answer.

                    ARLO
          Something better.

                    RIANNA
          Is it so bad here?  We can believe
          whatever we want in...
                    (hesitating at her
                     own hypocrisy)
          ...our own homes...

Rianna purses her lips in frustration. The rain smears her
VIOLET eye shadow, obscuring her tears.

                    ARLO
          You're still beautiful in the rain.

Rianna surrenders a momentary smile.

                    RIANNA
          You're still impossible.

Arlo smiles in turn.


EXT. HOVER-JET - NIGHT

A lone sky-cycle races above dark, barren fields and desserts.
The sky-cycle glides through the doors of a large warehouse.


INT. WAREHOUSE - NIGHT

Arlo parks the sky-cycle, dismounts and strides confidently
toward a hover-jet warming on the dock, next to a familiar
figure: Dylan.

Arlo gives Dylan a quick wave. Dylan nods, closes the hover-
jet's cargo hull and tosses Arlo the key.

Catching the keys, Arlo hops into the hover-jet, cranks the
key and blazes out of the warehouse, back into the night.

                                        FADE OUT:

EX. B

EXT. ORPHANAGE LOS ANGELES - DAY

A YOUNG BOY, maybe 8, helps a NUN wash clothes. She hangs
them on the lines, as the hot LOS ANGELES sun beats down.

The little boy looks up at the sky where he sees a majestic
floating SPACE HABITAT. A torus. Bigger than the moon but the
same effect against the blue sky.

                    MAX
          Sister?

                    NUN
          Yes Max?

                    MAX
          Are the people from there, are they
          different to me?

She looks over at the little boy for a moment, then goes back
to hanging the laundry, as we CUT TO--

EXT. SPACE

We see the TORUS as it sparkles in all of its glory. We fly
over millions of mansions covering the inner habitable side
of the torus as it spins slowly in the sunlight.

                    NUN (V.O.)
          They are not so different to you
          Max. They are just rich. That's the
          only difference. They are rich.

EXT. LOS ANGELES - DUSK

Gleaming rockets take off, tearing through the atmosphere and
into space from a run down SLUM in LOS ANGELES.

A LITTLE GIRL watches as they glow up into the heavens. Her
shirt is dirty and riddled with holes.

                    NUN (V.O.)
          You see one day the rich decided
          that Earth was too dirty for them
          and they wanted a new place to
          live, so they built Elysium.

EXT. ORPHANAGE - CONTINUOUS

Max looks over at the nun skeptically.

                    MAX
          But they look different.

2.

                    NUN
          I don't think so. You think so?

Max nods, and we CUT TO--

A COMMERCIAL FOR THE NEW FALL LINE BY GUCCI.

Various supermodel-like faces come up on the screen. "A"
through "F" lettered next to each head. A FINGER selects the
"C" model, we realize it's a touch screen.

A BEAUTIFUL WOMAN takes her finger off the screen and walks
into a MEDICAL BAY that sits in a high-end designer store.
She lies down on an MRI looking machine.

The machine closes around her. A flash of light and then
GUCCI reads across the image of the dazzling woman, her face
looks instantly younger.

                    NUN (V.O.)
          They just don't get old the same
          way as us...

EXT. ORPHANAGE - CONTINUOUS

Max goes back to scrubbing.

                    MAX
          Do they get sick?

INT. GUCCI MEDICAL BAY

The MRI machine runs a laser up and down the woman's body. A
computer monitor reads the diagnosis:

Trace amounts of CANCER. Certain smaller ailments. The laser
changes color. RE-ATOMIZING comes up on the screen.

                    NUN (V.O.)
          They have machines to fix that.
          They live longer. They are very
          lucky.

BEEEP. Health check COMPLETED. 100% CLEAR.

The woman's name and details come up: AGE 97. She looks 40.

EXT. ELYSIUM - DAY

ELYSIAN MOTHERS push strollers past a perfect lawn. They chat
as the curvature on the inside of the habitat stretches out
behind them. They look healthy, happy, perfect.

3.

> MAX (V.O.)
> I don't want to get sick. I want to
> go there like them. Then I won't
> get sick.

INT. SPIDER'S LAIR - NIGHT

Lines of humans wait to buy illegal tickets to Elysium from gun-strapped SMUGGLERS. We see a MOTHER and DAUGHTER.

> NUN (V.O.)
> Well, some people do go there...

We see the little girl get a fake ELYSIAN ID NUMBER burnt into her wrist. She winces. A FATHER and his YOUNG SON on crutches step forward. The father places the dirty cash down.

EXT. SPACE - DAY

A filthy graffiti-covered rickety old space-ship shoots away from earth, heading toward the magnificent ring in the sky.

> NUN (V.O.)
> Actually many people go there.

INT. IMMIGRANT SHIP

Throngs of illegal immigrants. The MOTHER strokes her DAUGHTER'S hair. Coke bottles and garbage float in zero G. The FATHER and his YOUNG SON lie waiting to land.

> NUN (V.O.)
> But it's illegal, they don't like
> us there.

EXT. ELYSIUM - DAY

As the ship pulls up to the surface...

INT. PROTOCOL ROOM

A very high-tech cylindrical room on the inside of Elysium. A tiny scroll of text blinks on a computer monitor:

ILLEGAL ENTRY. DISPATCHING HOMELAND DEFENSE.

EXT. ELYSIUM - DAY

The graffitied ship touches down. The back bay doors open and the immigrants emerge. The MOTHER helps her sick DAUGHTER out onto the lawn of this new utopia.

> NUN (V.O.)
> So they send us home...

4.

The immigrants see HELICOPTER-LIKE VEHICLES dotting the skies, getting closer, filled with IMMIGRATION POLICE DROIDS.

The immigrants run for their lives. The father and son get caught, as a droid fires a net over them, trapping them.

> MAX (V.O.)
> All of us?

> NUN (V.O.)
> No, not all...

The mother and daughter escape through a hedge. The mother throws a rock through the window of a big empty mansion. She opens the door and carries her sick child inside.

INT. MANSION ELYSIUM - MED BAY

The mother finds an in-house medical bay. Like a large hospital MRI inside each of the Elysian homes. She puts the child down on the machine and presses the button. The machine scans the barcode on her wrist. The MRI closes around her.

> NUN (V.O.)
> Some people stay...

The mother watches a screen. The graphic on screen shows the RE-ATOMIZATION PROCESS. The machine opens, and...

The girl looks healthy. The screen reads: 100% CLEAR. The mother cries with happiness as she hugs her healthy daughter.

> NUN (V.O.)
> They stay as long as they can....

EXT. ELYSIUM MANSION - LAWN - DAY

The young girl and mother sit at a picnic, enjoying every second, watching artificial waterfalls in the distance, but--

They see little black dots on the horizon. Those helicopter-like vehicles. The mother wraps up fast, racing inside.

> NUN (V.O.)
> But sooner or later, they are
> found...

INT. ELYSIUM MANSION - DAY

The mother and daughter hide. The doors BLOW OPEN. HOMELAND DEFENSE droids raid the house. The mother is violently handcuffed, the girl trying to protect her is held down.

5.

INT. DEPORTATION HANGAR - NIGHT

A huge hangar. ILLEGALS are lined up like cattle, waiting to
be deported. The massive space shuttle waits as orange jump-
suited humans climb on board. ILLEGAL ALIEN on their backs.

The mother and daughter are among them.

The immense shuttle lifts up and departs. Pan with it. Earth
comes into frame. Huge and bright, it feels not far away.

                    NUN (V.O.)
          And they are sent back here.

EXT. EARTH SLUM

The ship pulls up to a no name slum. The HUMANS are
repatriated. Thrown out by ARMED DROIDS.

                    MAX (V.O.)
          It's not fair.

EXT. ORPHANAGE - DAY

                    NUN
          I know, I know my little Max. It's
          not fair. But one day if you become
          a rich man you can go there.

Max nods, determined.

                    MAX
          I will be rich.

                    NUN
          Oh really. That's good. How are you
          going to be rich?

                    MAX
          I will be a dealer.

The nun whips her head over, looking at Max.

                    NUN
          A dealer? Who have you been
          speaking to?

Max looks down and goes back to scrubbing.

                    MAX
          Pedro. He said you can be rich if
          you be a dealer.



6.

                NUN
      Well you just stop listening to
      Pedro. I don't want to hear such
      nonsense ever. Do you understand?

The nun turns back to her washing.

                MAX
      Yes sister.

Close-up on YOUNG MAX's face as he scrubs the clothing.
Thinking, dreaming of ELYSIUM. We slowly DISSOLVE TO:

INT. MAX'S SHACK -  MORNING

Adult MAX leans forward in front of a small dirty mirror. He
splashes water on his face. He is 30s, good looking, clearly
from a troubled past. We see gang tatts run down his neck and
arms. A small gold locket dangles from his neck.

EXT. LOS ANGELES FAVELA - MORNING

Max walks past serious GANGSTERS hanging out in the favela. A
few GIRLS hang out with them.

              GANGSTER
      Off to work?

              CARLO
      Gotta be up early to work that
      line, man.

The gangsters laugh.

              MAX
      Yeah, laugh it up, remember you owe
      me bail money Carlo.

Carlo goes quiet. Max keeps moving.

Wide shot of the FAVELA: we see the thousands of rickety
little houses and cinder-block shacks all interconnected.

TITLE: LOS ANGELES - FORMERLY UNITED STATES 2109.

What looks like the layout of the Hollywood Hills,
overlooking a vast polluted population, seems to resemble
Tijuana more than Los Angeles. Women hang laundry, police
choppers fly overhead. Chickens squawk. Another day in LA.

Little favela CHILDREN suddenly appear, surrounding Max. They
try and go through his pockets. He slaps their hands away.

7.

                    CHILD 1
          You got money?

                    CHILD 2
          We want money!

                    MAX
          You think I got money? I NEED
          money, that's why I'm going to
          work. Wait...do YOU have money?

The children look confused. Max catches one of them and turns
him upside down, shaking him by his feet. A few coins fall
out of his pockets. The other children laugh hysterically.
Max puts him down and grabs a five dollar coin.

                    MAX (CONT'D)
          Uh huh! Rich!

The kid grabs for it, the other kids dying with laughter.

                    MAX (CONT'D)
          Now I can finally buy my ticket to
          Elysium!

The kids laugh even harder. Max hands it back.

                    MAX (CONT'D)
          Now fuck off.

The children run off laughing. Max continues down the sloping
favela. Up ahead he sees:

HUNDREDS OF PEOPLE gathering. Ragged clothing, filthy and
starving. A flying machine heads toward the mob.

It slows and hovers overhead. The airborne vehicle is mostly
blue and has a UN peacekeeper vibe. ELYSIUM FOOD PROGRAM
written on the side. Max keeps walking alongside the mob.

The rear bay doors open on the flying vessel and a robotic
DROID presses a release button on the cargo controls.

Food aid bags begin ejecting out of the jet. The huge grain
bags fall to the dusty ground. People fight over the food.

Max looks up at the droid. Its cold mechanical eyes looking
down on the humans. Max watches as the jet seals up and flies
away while the starving people fight fiercely over scraps.

INT. TRAIN - MORNING

Max stands in a crowded, filthy train. He watches LA skim by
out of the graffiti-laden windows.