He turns to see two ROBOTIC POLICE OFFICERS move through the train. They check passengers, one of them carries a portable scanner. They shine it at the HUMANS and their data comes up.

The Officers walk up to a bunch of decidedly dangerous looking GANGSTERS. Each of them is scanned. The robots pat the suspects down fairly violently.

> GANGSTER
> I'm clean, don't fucking touch me!

> POLICE DROID
> (robotic voice) Checked, move on.

The droids stalk through the train. They walk up to Max. He watches them coming. They scan him. He smiles, cheery.

> MAX
> Good morning officers.

> POLICE DROID
> Multiple felonies. Extended history
> of dealing. What's in the backpack?

> MAX
> Ah, you know, a little of this,
> little of that--

One of the Officers tries to grab Max's bag. Max resists.

> MAX (CONT'D)
> Guys seriously, I'm just on my way
> to work, this is my stop here.

The Officer is not happy with Max hanging onto the bag. Very quickly it whips out a telescopic BATON, as the train suddenly comes to a stop. People start getting off.

> MAX (CONT'D)
> Look, your stick's very scary, but
> this is my stop, okay? I don't want
> any trouble.

Max tries to walk. WHACK! The Officer lashes him across the knees, he falls. The second Officer grabs his neck and holds him down. The first one rummages through his backpack.

The train starts moving again. Max struggles to look up at the Officers since his head is down.

> MAX (CONT'D)
> That was my stop!

They subdue him violently, giving him a crack to the ribs.

9.

The DROID is satisfied there are no drugs in the bag. He throws it next to Max on the ground.

                    POLICE DROID
          You are scheduled for parole hearing
          68 today. Thank you citizen.

They move on. Max lies on the floor, his lip bleeding now. He watches his stop disappear behind him. Then he slowly looks up, chin bloody, eyes staring at ELYSIUM, so far away...

EXT. ELYSIUM

The huge 100 km diameter ring spins ever so slowly. Birds of paradise wave gently in the clean air. We pan over to--

A large government complex. THE CCB. Its metal exterior looks like a shiny version of the Pentagon.

INT. CCB HQ CONTROL ROOM

The control room is a large NASA mission control style room. Many workers sit at computer terminals. All of them are aimed at a huge wall-screen of data which projects a map of Elysium with incoming and outgoing shuttle flight paths, real time police data etc. At the highest seat of authority sits:

SECRETARY RHODES. Powerful, beautiful. Her eyes are cold, sharp, missing nothing. She is the head of the CCB.

                    CCB AGENT
          Sixteen incoming ships, ma'am. We
          have permits for nine of them.
          Usual raw materials, cargo. Seven
          unaccounted for.

Rhodes watches the screen. Small ships incoming.

                    RHODES
          Normal Monday morning. Scramble
          units for each of the landing
          sites.

                    CCB AGENT 2
          Uh, actually ma'am, it looks like
          fifteen of our operational units
          were pulled offline last night.

Rhodes snaps her focus over to the agent.

                    RHODES
          What?!

The agent is reading her terminal in real time.

> CCB AGENT 3
> Looks like they were decommissioned
> by Minister Patel. We have six
> active units, ma'am.

> RHODES
> Five of which are dealing with
> yesterday's squatters?

> CCB AGENT 2
> And the immigrants in delta
> quadrant. Would you like us to send
> the standard warning to the
> incoming ships?

Rhodes just shakes her head, disgusted.

> RHODES
> Yeah, that always works.

> CCB AGENT 3
> (checking comm) First undocumented
> ship just touched down.

A massive satellite-image comes up, looking down on the
graffiti-riddled ship as it lands and ILLEGALS stream out.

> OVERHEAD VOICE
> We are tracking...24 illegals.

> CCB AGENT
> Ma'am, we need to dispatch our
> available team to one of the
> landing sites. Should we send them?

Rhodes looks at the little red dots on screen.

> RHODES
> Are there any active weapons
> satellites?

> CCB AGENT 4
> Negative ma'am. Also decommissioned
> two days ago. Along with all
> terrestrial batteries.

Rhodes slides back in her chair watching the satellite feed.
She considers, the red dots spreading. Finally...

> RHODES
> How many of those incoming ships
> are a debris danger?

Silence. A room of blank faces.

· · ·

>                    RHODES (CONT'D)
>           Simple question. If we shoot them
>           down...how many...are...a....
>           debris...danger?

A flurry of typing. Rhodes keeps her eyes on the ships.

>                    CCB AGENT 3
>           Uh....Based on current flight
>           paths, two of them. But again, all
>           systems are offline.

The wall graphic changes, two of the ships go red. With a
warning and a graphic showing potential debris spill.

>                    RHODES
>           Not completely offline... What
>           agents are currently active that
>           have access to class 5 weaponry?

>                    CCB AGENT 4
>           We have two agents active that are
>           capable. R SMITH and M KRUGER.

>                    RHODES
>           Activate Kruger. He's always
>           reliable.

>                    CCB AGENT
>           Uh ma'am, that is a direct--

>                    RHODES
>           I gave you an order.

>                    CCB AGENT
>           Yes ma'am.

EXT. LIQUOR STORE LOS ANGELES - DAY

We see a man outside a dilapidated liquor store, his ragged
clothing covering his head like a Jedi. He picks at his
fingernails with a lethal looking knife. This is M KRUGER.

His wrist vibrates. He moves the burlap material to reveal a
shockingly high-tech device on his wrist built by RAYTHEON.

He clicks the ANSWER button, we see a wire running back up to
his ear. We cannot see his face. Not yet.

>                    CCB AGENT 3 (ON COMM)
>           Agent 32 Alpha 21b. We are sending
>           a packet over.

12.

Kruger pulls the ear-piece out of his ear. He clicks the wrist device, a large iPod style screen. INCOMING DATA.

INT. CCB HQ CONTROL ROOM

The huge wall-screen is a satellite image following Kruger into a deserted field. We see him overhead as he pulls a rope that removes a cover from a hole in the ground.

EXT. DESERTED FIELD LOS ANGELES – DAY

Kruger pulls out a stinger MISSILE looking device. He gets into firing position, the ugly snout of the giant bazooka housing multiple rockets.

He presses a button on his wrist device which syncs with the missile launcher. He aims at the sky.

                    KRUGER
          System in place.

INT. CCB HQ CONTROL ROOM

Rhodes leans forward, inhales.

                    RHODES
          Shoot them down.

                    CCB AGENT 3
          Greenlight, 21b greenlight.

EXT. DESERTED FIELD LOS ANGELES

CLICK. He fires. Four small missiles snake up into the stratosphere many times faster than the speed of sound. Kruger is coughing on the rocket smoke. And laughing.

INT. CCB HQ CONTROL ROOM

                    CCB AGENT 4
          Missiles away.

EXT. SPACE

Four MISSILES speed into space. Like tiny pixels against black, we see the ships hundreds of kilometers away.

We travel with one of the immigrant ships. We see Elysium up ahead, a small snaking missile screaming toward us.

BOOOOOM!

The missile strikes, the ship implodes and jettisons thousands of kilograms of shrapnel into space.

13.

EXT. SHUTTLE

We see another shuttle filled with immigrants.

INT. SHUTTLE

A FATHER looks out of the dirty porthole. His face goes white as the missile snakes toward them. He holds his DAUGHTER.

EXT. SPACE

BOOOOM! The second ship is blown into oblivion. Sparkling glinting shards of metal sprinkle into the universe.

INT. CCB HQ CONTROL ROOM

The explosions fill the big wall-screen. One ship disappears.

                    OVERHEAD VOICE
          Target neutralized.

The other one is gone.

                    OVERHEAD VOICE (CONT'D)
          Target neutralized.

The screen is clear. The skies are empty again. Rhodes leans back, exhales. The room sits in total silence. Then...

                    OVERHEAD VOICE (CONT'D)
          Secretary Rhodes please report to
          the briefing center immediately.
          Secretary Rhodes. To the briefing
          center.

Rhodes stands up, straightens her jacket and confidently walks out of the control room. The agents watch her go.

EXT. DESERTED FIELD LOS ANGELES

KRUGER looks over to see two YOUNG BOYS who witnessed him firing the rockets. He tosses the weapon onto the ground.

                    KRUGER
          Hey kids.

                    KID
          Are you like...the police?

He pulls a lethal knife from his coat.

                    KRUGER
          Not really.

14.

As he approaches them with the knife, we CUT TO--

EXT. LOS ANGELES COUNTY HOSPITAL - DAY

The hospital is old, dirty, run down. And very overcrowded.

INT. LOS ANGELES COUNTY HOSPITAL - DAY

We move through the masses to find: MAX sitting, holding a
tissue to his lip, still bleeding.

A NURSE emerges. She is beautiful, but has the look of not
enough sleep and too much stress. This is FREY, late
twenties. She slows when she sees him.

                         FREY
              Max...? Max DaCosta...?

He smiles, but it pains him to smile.

                         MAX
              Frey?! Long time.

                         FREY
              Yeah.

She looks at his bloody lip, with a hint of disapproval.

                         FREY (CONT'D)
              I see things haven't changed.

                         MAX
              This, this isn't my fault.

                         FREY
              Okay.

She takes out gauze, stitches, starts working.

                         FREY (CONT'D)
              This might sting a little.

                         MAX
              How long have you--

                         FREY
              Don't talk.

He keeps his mouth shut, as she stitches him up. He looks at
her, their faces close. She finishes. Max starts to talk but--

                         NURSE
              Frey. They need you up on the third
              floor.

15.

                    FREY
          Be right there.

She packs up her stuff to go.

                    MAX
          Hey, you think maybe we could...

                    FREY
          Bye Max, you stay out of trouble.

Max just smiles. It still stings a little.

                    MAX
          You know me...(she's gone) I'm
          clean.

He sits there a moment. Alone. Then he grabs his bag.

EXT. BIOSPHERE FACTORY - DAY

MAX walks towards the entrance of the immense plant. Its
smoke stacks pour pollution into the atmosphere.

The giant facility is ringed by a tatty chain-link fence with
barbed wire. Guards at the front wave him through.

INT. BIOSPHERE FACTORY

Max walks into a busy safety prep area. He grabs a respirator
MASK off a hook and is about to put it on when the FOREMAN
stops him.

                    FOREMAN
          Third time this month.

                    MAX
          Yeah I know, sorry sir, won't
          happen again.

                    FOREMAN
          That's what you said last time. I'm
          docking thirty minutes. Get your
          act together, Da Costa.

                    MAX
          Yes sir.

Max salutes, walks to the airlock separating the entry from
the factory. As he enters the airlock, the Foreman yells:

                    FOREMAN
          You're lucky to have this job.

16.

>                           MAX
>               Very lucky sir. I always dreamed of
>               it.

The airlock hisses open, revealing:

The interior of the factory is MASSIVE. Thousands of workers
slave over machinery. On the assembly lines, we see--

The familiar POLICE and MILITARY DROIDS of ELYSIUM. This is
where their army is built.

Max walks through the huge space. He looks up to the second
level office, where the CEO presides, standing at the glass:

INT. CARLYLE'S OFFICE - DAY

CEO JOHN CARLYLE is Elysian, rich. He watches over the
factory through thick bulletproof glass. He sees all his
little minions. He watches Max with cold attention.

INT. BIOSPHERE FACTORY

Max grabs his dolly off the rack and walks to his spot at the
end of an assembly line. He keeps his eyes on Carlyle.

>                           WORKER
>               Dude, you crazy? Don't look at him.

>                           MAX
>               Whatever. You think he had his face
>               peel this morning?

The worker laughs.

Max uses a foot pedal to load the new ROBOTIC head. He pulls
the silicone cover down and stretches it over the steel skull
of the police droid. He puts the head into the pallet.

Jump cuts: more heads, more silicone, more pallets.

Max walks them over to the kiln. Unloads them. Goes back,
gets more. Unloads them. Gets more.

He gets a fresh batch of robotic SKULLS, he starts pulling
the silicone over one, he completes it.

Max looks around the factory. He looks up at the CEO, to make
sure he isn't watching. He's not there.

Max grabs a permanent marker and writes "FUCK THE POLICE"
over the droid's face. He then covers it with the silicone.

17.

The kiln is full. He shuts the door. He looks at the large
buttons on the wall. CLICK he pushes THERMOPLAST. A large red
light shines. Through the three-inch thick glass porthole, we
see the massive microwave fire radiation at the DROID heads.

Once baked, the HEADS slide out of the back of the kiln. The
light goes off. A warning comes up. COOLING.

And then SAFE TO ENTER.

Max disengages the door and opens it. The kiln is EMPTY,
ready for more...

EXT. CCB HQ - DAY

The government building gleams. Outer space seen beyond it.

INT. CCB HQ BRIEFING ROOM - CONTINUOUS

The room looks like a military tribunal, all aimed at
Secretary RHODES who sits alone with a single microphone,
facing a panel of high-level POLITICIANS.

                    REP PATEL
          Do you understand that this
          administration was elected on the
          basis we would be more
          compassionate to Earth? Do you get
          that? We promised a kinder, gentler
          rule. Instead, now we have a PR
          nightmare on our hands.

                    RHODES
          Forgive me sir. I don't speak that
          language. I don't know what a PR
          nightmare is. I do however know
          that if this administration keeps
          dodging the real issue, then we
          will actually have a real nightmare
          on our hands.

                    REP BURRARD
          The real issue?

                    RHODES
          Jesus Christ. Yes the REAL issue.
          The ungodly influx of illegal
          immigrants into this orbital
          habitat. That issue. Go get your
          milk and cookies and go to bed,
          junior.

                    REP PENNY
          How old are you, Secretary?

18.

                    RHODES
          I'm one hundred and eight, ma'am.

                    REP PENNY
          Well perhaps that explains your
          penchant for resorting to twentieth
          century tactics.

Representative Patel lifts a file sitting in front of him.

                    REP PATEL
          Then there's the use of this agent.
          A Mr M KRUGER. Fifteen human rights
          violations, spanning four
          territories, rapes, weapons charges,
          misappropriation of military
          resources, false flag operations,
          human rights atrocities--

                    REP PENNY
          The guy's been diagnosed with
          serious psychological issues.

                    REP PATEL
          We made it explicitly clear to you
          that we were no longer using
          sleeper agents. And this is the
          kind of person you hire? Some crazy
          sleeper agent hiding out on earth?
          You are a reckless fanatic, Rhodes.

                    RHODES
          A fanatic? Sir, I am a patriot. I'm
          the one protecting our children
          from the great unwashed.

                    REP PATEL
          I vote for a complete dismissal.

Not enough hands are raised. It's split.

                    REP PATEL (CONT'D)
          Alright. Fine, let's reduce her
          classification to level two, make
          sure she never fires another
          missile. And let's discharge this
          (looking at paper) Agent Kruger
          permanently. All in favour?

The majority hold up their hands. Rhodes clenches her jaw so
tightly we can see the muscles flexing under her skin.

> REP PATEL (CONT'D)
> Good. Effective immediately. Let's
> update the protocol.

Patel puts his hand onto a biometric screen in front of him.
The screen reads his hand. BEEEP. The other politicians do
the same on their screens. Beeeeep.

> REP PATEL (CONT'D)
> Secretary R Rhodes. Demoted to
> level two clearance only.

> OVERHEAD VOICE
> Accepted. Secretary Rhodes demoted.

INT. PROTOCOL ROOM

The familiar high tech room. Two heavily-armed DROIDS stand
outside. Inside, we see a server array of computers, with
AIDEM written across them. A screen flashes:

SECRETARY RHODES DEMOTED - LEVEL TWO CLEARANCE ONLY.

INT. CCB HQ BRIEFING ROOM

> REP PATEL
> AGENT M KRUGER discharged from CCB.

> OVERHEAD VOICE
> Agent Kruger discharged
> immediately.

The politicians take their hands off the screens.

> REP PATEL
> Thank you everyone, dismissed.

The politicians get up and leave. Rhodes accosts Patel,
getting in his way. She speaks low, deadly.

> RHODES
> Don't come crying to me when there
> are so many of them here that this
> place looks like Earth, and you
> need a nuclear weapon to restore
> order.

> REP PATEL
> Don't worry, I will have moved.

The politician turns, leaves. Rhodes watches him walk away.

20.

EXT. KRUGER'S SHACK -- DAY

A tin shack sits in the baking sun. Various feral dogs roam around, barking. Poverty stricken children play.

INT. KRUGER'S SHACK - DAY

We see Kruger's hands using a CRKT tactical knife to RIP the boy's red sweater apart, he pulls change out of its pockets.

His shack is stuffed to the brim with a mixture of absurd Elysian weaponry, along with blades and swords and computer tech. Various women's high heels and clothing lie around.

Kruger's wrist vibrates. He pulls his sleeve back, "incoming encrypted NOTIFICATION."

"AGENT C M KRUGER immediate DISCHARGE from CCB. Please report to HQ for debrief - repeat IMMEDIATE DISCHARGE."

Kruger stands motionless.

A new text flashes: RETURN all weaponry to local EMBASSY.

Kruger punches the wall with immense power. Suddenly he grabs a throwing knife and hucks it out of the open door. We hear a dog yelp in dying pain. And then silence.

INT. PAROLE HEARING OFFICE -- DAY

The office looks like the DMV. Throngs of plastic chairs line the large room. Up in front of the reformed criminals are:

Booths where PAROLE OFFICER ROBOTS sit. Like a cheaply built plastic robot version of a $1 kids ride outside a grocery store, its mouth a simple speaker.

Tatoo-covered reformees sit and explain themselves to the plastic bureaucrats.

MAX sits holding his paper number. BEEEP.

                    OVERHEAD VOICE
          Four hundred and thirty five.

Max walks to the cubicle booth. As he adjusts the chair and sits down, speakers in the booth begin playing.

                    CUBICLE SPEAKERS
          Max Da Costa. 36 years old.
          Incarcerated twice. 2.4 years, 3.5
          years. Trafficking controlled
          substances. Grand theft auto.
          Vandalism.

21.

                    MAX
          Hi, hello, before we st--

                    ROBOT PAROLE OFFICER
          Violation of penal code 221a today
          onboard metro transit train c4
          south.

                    MAX
          Yes, I know, but if you would--

                    ROBOT PAROLE OFFICER
          Immediate extension of parole
          duration by a further eight months.

                    MAX
          WHAT?! No no wait, this is a--

                    ROBOT PAROLE OFFICER
          Police officers noted violent anti
          social behavior. We regretfully
          must extend parole.

Max clenches his jaw. We see his hands under the table
flexing. The robot who has only been looking straight ahead
adjusts its head to face Max for the first time.

                    ROBOT PAROLE OFFICER (CONT'D)
          Elevation in heart rate detected.
          Trace amounts of testosterone in
          bloodstream. Would you like a pill?

A small container sponsored by PFIZER pops up from the desk.

                    MAX
          No no, thank you. I just wanted to
          explain that today was not my
          fault. It was a--

                    ROBOT PAROLE OFFICER
          Stop talking. Have you engaged in
          the use or distribution of
          controlled substances in the last
          24 hours?

                    MAX
          No. What? All of that is behind m--

                    ROBOT PAROLE OFFICER
          Stop talking. Personality matrix
          suggests a 78.3% chance of
          regression to old behavior
          patterns.
                    (MORE)

22.

                    ROBOT PAROLE OFFICER (CONT'D)
        Trafficking of and soliciting of
        controlled substances. Theft. Would
        you like to talk to a human?

                    MAX
        (mocking in robot voice) No, I am
        ok.

                    ROBOT PAROLE OFFICER
        Change in speech pattern noted. Are
        you being sarcastic and or abusive.

                    MAX
        (still in robot voice) Negative.

                    ROBOT PAROLE OFFICER
        It is a federal offence to abuse a
        parole officer.

Max stands up aggressively and grabs his back pack.

                    MAX
        Understood.

                    ROBOT PAROLE OFFICER
        This meeting is adjourned. Next
        meeting is in three days.

EXT. FAVELA OUTDOORS - DUSK

Max arrives home at the favela. RAP blares, GANGSTERS mill
about. YOUNG KIDS and single MOTHERS all over.

Max finally gets to his shack. JULIO, Max's lifelong friend,
drinks beers outside his place with some other sketchy
looking GUYS. Julio follows Max in and grabs a beer for him.

INT. MAX'S SHACK - NIGHT

Max opens his closet and starts putting his stuff down. Julio
hands him a beer and slumps onto the bed.

                    JULIO
        What up man? How was the line?

Max takes a swig on the beer. Julio sees Max's lip.

                    JULIO (CONT'D)
        Dude! What happened?

Max feels his lip. He shrugs.

                    MAX
        The usual.

23.

Julio leans forward and gets serious.

                    JULIO
          Listen man...

Max anticipates what's coming and stops him.

                    MAX
          Can we just skip to the part where
          I say no?

                    JULIO
          Hear me out first, okay? Please.

Julio takes a zip lock bag of weed out of his cargo pants.

                    JULIO (CONT'D)
          I got a new connection, giving me
          this shit for nothing, for dirt.
          I'm selling it like crazy, man.
          We're making good cash right now.

A beat. Max waits for the rest of the pitch.

                    MAX
          I'm sorry, was that it? Was that
          the whole pitch?

                    JULIO
          Shut up--

                    MAX
          No, I mean, did you rehearse that?

                    JULIO
          Look homey, I don't want to be
          selling this shit, I don't want
          this life, just like you, but we
          both want Elysium, right?

                    MAX
          Yeah.

                    JULIO
          So dude. Hello. You're like the
          best hustler on the block, let me
          hook you up, we go back doing it
          old school, the two of us. I swear
          to you, within a year we'll have
          enough cash for IDs and a flight up
          there.

Max lifts his pants leg to show Julio a parole anklet.

                         MAX
          I think you might have forgotten
          this little guy. This fella means
          ten-to-twenty next time. Got it?
          Yeah I want to get up there, live
          in a big house, eat all I want. But
          I gotta save up, man.

                         JULIO
          And how you gonna do that? Your big
          hip hop career?

Julio laughs. Max laughs with him.

                         MAX
          Shut up. I would have been awesome,
          I had some sick rhymes.

                         JULIO
          Ah, so it's not the rap career.

                         MAX
          No bitch, I got a job. Unlike some
          people.

Julio shakes his head.

                         JULIO
           Pussy.

                         MAX
           Idiot.

                         JULIO
           Puta.

                         MAX
          Shut the fuck up, get out.

Max stands up to force Julio out.

                         JULIO
          You wanna step out for some fun? We
          met some nice ladies on the beach.

                         MAX
          Oh yeah, I'm sure, like the last
          ones you got, what was it again?
          Herpes.

                         JULIO
          They can fix that shit on Elysium.

Max escorts Julio to the door as he speaks.

                  JULIO (CONT'D)
        Seriously, these girls are really
        fine, they said they want to meet
        you, we all going to Raza's.

Julio takes the small zip locked bag of weed and dangles it
in front of Max's face.

                  JULIO (CONT'D)
        Sell me, sell me. Buy a ticket,
        leave this shit hole.

Max laughs.

                  MAX
        Get out.

                  JULIO
        I will wear you down, you used to
        be a LEGEND.

He pushes Julio out and shuts the door.

EXT. MAX'S SHACK - CONTINUOUS

                  JULIO
        Now you make the po po!

Julio turns and leaves, meets up with the other guys.

                  JULIO (CONT'D)
        No dice.

INT. HOSPITAL - LOCKER ROOM - DAY

Frey slides her RFID chip across a digital punch-card
machine. It beeps. Work is over. Frey stands there for a
moment. Another NURSE approaches her.

                  NURSE (O.S.)
        Hey, you okay?

Frey turns, nods politely.

                  NURSE (CONT'D)
        Well look, if you need anything
        sweetheart, just lemme know. We all
        wanna do what we can.

                  FREY
        Thank you.

26.

INT. HOSPITAL WARD - DAY

Frey arrives at a ward that reads CANCER. She walks through
rows and rows of sickly children in creaking, rusted beds.

Frey goes into a private area with a curtain drawn. She finds
a YOUNG GIRL laying in bed. 6 years old.

Frey checks the girl's vitals, charts. And then Frey just
looks at her. And runs a hand through the girl's hair.

This sick kid is her daughter MATILDA. A beat. And...

A DOCTOR arrives.

                    DOCTOR
          Hey. I was wondering if we could
          have a quick word.

INT. X-RAY LAB - DAY

The Doctor finds an empty room, and they go inside.

                    DOCTOR
          Look, Frey, you know we've done
          everything we could for your
          daughter, right?

                    FREY
          What do you mean COULD?

                    DOCTOR
          I'm on your side, okay? But I had a
          meeting today with the board and
          they're recommending we send her
          home with you.

Frey's eyes well up. But she remains calm.

                    FREY
          But...how can I work here and leave
          her at home? You know that she
          could...it could happen any minute.

                    DOCTOR
          I know, I know. If she has a
          seizure, you can bring her back to
          the ward. But until then, she's
          discharged. We're not a rich
          facility, we need that room back.

Frey slowly shakes her head as though this isn't happening.

                    FREY
          Can I just have till the end of the
          week? There are more supplies I
          have to get, please. Please.

                    DOCTOR
          Alright.

                    FREY
          Thank you. Thank you, Dr. Faizel.

The doctor turns and leaves. Frey leans back against the
wall. She puts her hands to her face.

EXT. LOS ANGELES FAVELA - MORNING

Morning light. The sound of dogs and chickens once more.

INT. MAX'S SHACK - MORNING

Max sits up as his alarm goes off. He splashes his face with
water, looks into the mirror.

INT. BIOSPHERE FACTORY - MORNING

Max walks along with many other slum dog FACTORY WORKERS.
They put on their MASKS and pass into the airlock.

INT. BIOSPHERE FACTORY - DAY

Max lifts yet another batch of HEADS onto the dolly. He
wheels them into the kiln, unloads them. He goes out, gets
one more, puts it in. He hits the button. The door shuts and
then JAMS. He looks inside: one of the pallets is skew.

He hits the CANCEL button, but it doesn't open the door.

He looks around for help. He walks to the guy next to him.

                    MAX
          Hey man, can I bug you for a second?

                    WORKER
          What? They gonna dock our pay.

                    MAX
          Yeah, it's just, the door is
          jammed. Have you seen that before?

He follows Max to his kiln, looks through the half open door.

                    WORKER
          Huh, shit that's weird. I think
          it's that skew one there, see that?

28.

                  MAX
Yeah, but I can't reset it to open.

                  WORKER
Well just squeeze through.

                  MAX
What? Fuck that.

                  WORKER
Yeah, it's fine, fuck it, I have to
get back.

The worker goes back over to his assembly line.

Max looks around nervously. The Foreman at the far end of the
factory motions for Max to get back to work.

Max points at the broken door, but the Foreman doesn't care.
Max looks back at the door, sees the skew palette.

                  MAX
Why the hell didn't I take the
Burger King job?

Max takes a breath, and tries to squeeze through the gap. He
pops his body through and is <u>inside the kiln</u>. He goes over to
the heavy palette and starts to straighten it.

BEEEEEEP. The door suddenly snags free and....<u>SHUTS</u>.

Max rushes to the door. He bangs hysterically on the glass.

The KILN fires up, we see WAVES OF HEAT DISTORTION as the
RADIATION engulfs us. Max screams and collapses to the floor.

An emergency alarm sounds. Computer monitors read "ORGANIC
TISSUE DETECTED K 34." The factory shuts down.

UP ABOVE: CEO Carlyle walks back to his window, he sees
workers run to Max's kiln. A large overhead siren wails. On
the window, we see holographic projections of BIOSPHERE stock
prices falling with each second of non-production.

Max struggles to stay conscious. We see the Foreman rush to
the door, other workers using CROWBARS to wrench it open.

They force it open and allow a small BOMB DISPOSAL-STYLE
ROBOT to enter. It wheels itself up to Max and scans him. It
grabs Max with its robotic pincer and starts to drag him out.

Max lies on the floor unconscious as he is dragged.
CLOSE UP: Max's face.

29.

FLASHBACK:

EXT. ORPHANAGE - DAY

YOUNG MAX sits outside on a dilapidated merry go round in the dirty, sunny orphanage playground. He has his head in his lap. His eight year old knuckles are bloody.

The NUN we saw earlier walks out into the empty playground. She calmly sits down next to him. He lifts his head and looks over at her, he has a bloody nose.

                    MAX
          It wasn't my fault, sister.

                    NUN
          Yes I know. I know, Max.

Max slumps his chin onto his knee, squinting in the sunlight. We see ELYSIUM through his POV.

                    MAX
          I just want to go there.

The nun looks at the broken boy for a beat. She delicately reaches around her neck and unclips a gold chain. At the end of it is a small spherical pendant. She points up at Elysium.

                    NUN
          You see how beautiful it looks to
          us from here?

The torus looks stunning, glinting in sunlight.

                    MAX
          Yeah.

                    NUN
          Well, look how beautiful we look
          from there.

She opens the locket and it reveals a photo of EARTH from space. The blue marble. Equally stunning.

                    NUN (CONT'D)
          You keep this. This is yours now.
          To never forget about where you
          come from, little Max.

She puts it into his hand. He closes his fingers.

INT. FACTORY MED BAY - DAY

MAX POV: a blurred figure overhead. The image comes into focus. It is the small optical array "head" of the HAZMAT ROBOT. It runs a scan of him. A laser skims over Max.

                    MAX
          What.....what....happened?

He looks over to see he's in a gross little med bay. He sees a porthole embedded in a thick blast-proof door. The Foreman looks through it at Max.

EXT. FACTORY MED BAY - CONTINUOUS

Carlyle walks with purpose. Two heavily armed 24/7 security droids walk with him. As Carlyle approaches the Foreman, he takes out a Prada handkerchief, so repulsed by the setting.

                    CARLYLE
          What the hell is going on? Why has
          production stopped?

                    FOREMAN
          Sir, an accident in one of the
          thermoplast kilns, he's been
          exposed. (nodding at med bay)

                    CARLYLE
          Don't breathe on me, cover your
          mouth.

                    FOREMAN
          Sorry sir.

                    CARLYLE
          Are you telling me that our
          assembly lines are down because
          some worker got irradiated? Is that
          what you're telling me?

The Foreman averts his gaze, turns to some SUPERVISORS. He gives them a sign to start up. We hear machines rev to life.

                    FOREMAN
          Sorry, sir.

Carlyle moves to the glass porthole and looks in at Max. Max looks back. Their eyes lock.

                    CARLYLE
          I assume he signed the usual
          waivers. Does his skin fall off or
          something?
                         (MORE)

31.

                  CARLYLE (CONT'D)
      I don't want to replace that
      bedding in there, just get him out,
      get him out of there.

Carlyle turns and leaves.

INT. FACTORY MED BAY - CONTINUOUS

                  HAZMAT ROBOT
      You have endured a level four
      radioactive exposure.

Max is frozen as he hears the news.

                  HAZMAT ROBOT (CONT'D)
      Your white blood cell count will
      diminish rapidly, followed by
      multiple organ failure. Finally
      cardiac arrest, resulting
      approximately twenty days from
      exposure.

Max's hand grips the bed linen and crushes it.

                  HAZMAT ROBOT (CONT'D)
      For legal reasons we ask you use
      the secondary exit from the factory
      to avoid contamination of staff.

The robot drops a bottle of pills on Max.

                  HAZMAT ROBOT (CONT'D)
      MIPOROL will abate symptoms.
      Thank you.

The robot wheels itself out of the room. Max lies alone in
the tin bed. He looks over at the porthole. The Foreman
leaves the window. Max watches as he disappears.

Max lies back and slowly looks up at the roof. He tries to
control his breathing. He grits his teeth. Bites down hard.

EXT. BIOSPHERE FACTORY - DAY

Max hobbles out of a steel door into the LOS ANGELES
sunlight. His face is white and sick. His eyes black.

A wall of bulletproof plexiglass runs the length of the exit.
A thick yellow line shows the side WORKERS must stay on. Max
slowly puts one foot in front of the next, struggling.

Carlyle comes out of the factory on the other side of the
glass escorted by his security droids. A magnificent ELYSIAN
shuttle, like a Rolls Royce, sits waiting for him.

32.

Max sways with nausea, he loses his footing, steps over the line, supports himself on the glass. INSTANTLY, sentry GUNS aim at him, getting too close to Carlyle.

                    SECURITY SPEAKERS
          You have stepped into a restricted
          area. Please step back into the
          approved area.

Saliva drips from Max's mouth as he looks up at the guns and over at Carlyle, staring through the glass.

Carlyle is about to climb into his shuttle. He looks over at Max. Then he covers his face with his handkerchief, and climbs into the SHUTTLE. Max steps away from the plexiglass, as the turbines spool up. The guns return to neutral.

INT. TRAIN - DAY

Max sits in one of the chairs. He is awkwardly slumped. His face a sallow pale white. A thick glaze of sweat coats his features. His black bagged eyes look out over the city.

EXT. FAVELA - DUSK

Max hobbles very slowly up the stairs into the favela. The little CHILDREN circle him, curious about what his ailment is. Max is too weak to disperse them.

EXT. MAX'S SHACK - CONTINUOUS

Max is able to see his shack. Julio and the others are crowded around the area. Julio looks over at Max.

Max hangs onto the wall to stay upright. Julio runs to his friend. Max collapses and falls to the dirty favela floor.

                    JULIO
          My god man, what happened? MAX!

INT. MAX'S SHACK - NIGHT

Julio has Max draped over his shoulder, other gangsters push the door open as Julio brings him inside and slumps him down on his bed. The others follow. Lots of noise and commotion.

Max looks over at the gangsters, weakly.

                    MAX
          Get out, get the fuck out.

The gangsters all leave. Except Julio who sits on his bed.

                         MAX (CONT'D)
          Go.

                         JULIO
          No. No man.

Max looks over at his backpack, tries to reach it, his hands
tremble. Julio leans and grabs it for him.

                         MAX
          Water.

Julio runs out. Max slowly pulls the MIPOROL out of the bag,
Julio comes back with a coke bottle filled with water.

                         JULIO
          What's going on, Max?

Max ignores him and swallows the pills, sipping the water.

                         MAX
          Can they really cure anything up
          there?

                         JULIO
          Yeah, man...they fix it all.

                         MAX
          I need to get up there. Now.

                         JULIO
          Do you have any cash?

Max shakes his head.

                         JULIO (CONT'D)
          Listen, you can have everything I
          have, but a ticket from Spider is
          like 90, I don't even have half
          that yet, I been saving. Any other
          coyote will probably be double.

                         MAX
          I don't want your money. I just
          need to see Spider.

EXT. SPIDER'S LAIR - NIGHT

In the baddest area of the LA favelas, we find Spider's lair.
Thumping reggaeton spills out into the night air. Max and
Julio push their way through the busy sidewalk to the lair.

34.

INT. SPIDER'S LAIR

A fat BOUNCER sits in front of a dented steel door. GANGSTERS
lounge with GIRLS in skimpy clothing, maybe prostitutes. Max
and Julio approach the bouncer.

                    JULIO
          We need to talk to Spider.

The bouncer ignores Julio, keeps chewing on his toothpick.

                    MAX
          Heey...

Max's voice is breaking from the sickness.

                    MAX (CONT'D)
          Hey, asshole. We need to get in.

The bouncer carelessly motions to another THUG who sits on a
plastic produce box, with an AK47 slung across his chest. He
gets up and uses a metal detector on Max and his chum.

                    THUG
          Clean.

The bouncer waves his fat arm without looking at them. The
thug pushes the steel door open and Max enters.

Max and Julio walk into the lair. The halls are bustling with
people. Max and Julio walk past hookers and dealers.

Max knows where he is going, he's clearly been here before.
They finally reach a door leading to a large room, and enter--

INT. SPIDER'S LAIR MISSION CONTROL  - NIGHT

The mission control is where the illegal shuttles are
launched from. The room is a strange combination of wall-
sized plasmas and a favela. Litter and exposed brick next to
super computers and monitors displaying flight routes.

TEN TECHIE GANGSTERS are working on computers.

It is the opposite of the clean, pristine CCB CONTROL ROOM.

We see a MAN orchestrating the scene, he sits in a chair. He
leans back throwing a football up toward the roof and
catching it. This is SPIDER. A walking stick lies next to his
chair. One of his legs is paralysed. Despite his disability,
he is muscular, powerful, almost regal in his shabby throne.

As the ball lands in his hands, he looks over at Max.

35.

                    SPIDER
          You look like shit.

Julio helps Max into the room. He collapses into an empty
chair, knocking over some cans and bottles and a keyboard.

                    SPIDER (CONT'D)
          Goddamn, watch yourself.

Spider leans closer to Max, looking at him.

                    SPIDER (CONT'D)
          What the hell's wrong with you?

                    MAX
          I'm sick, I....I'm dying.

                    SPIDER
          Interesting.

                    MAX
          I need to get up there. I can pay
          you back when I'm cured, when I'm
          better. Then I can do whatever you
          want. But I need to get up there.

Spider leans back in his chair. He starts laughing. Some of
the other techie gangsters start laughing with him.

                    SPIDER
          Oh man, that is priceless. You
          think you just waltz in here and
          demand a ticket, and I'm going to
          give it to you like I'm some kind
          of magic genie that grants wishes
          or some shit? Maybe I can lend you
          my flying rug too.

He laughs. Max gets really close to Spider's face.

                    MAX
          How many jobs did I do for you? How
          many? I'm asking for help here, I
          need help Spider, please.

                    SPIDER
          Do you have any idea how many
          idiots come in here saying this
          same bullshit? Do you think I'd be
          able to put food in my children's
          mouths if I ran a fucking charity?
          The fuel alone is more than 85% of
          what I charge. And forging an
          identity for you?
                    (MORE)

36.

            SPIDER (CONT'D)
That's two programers for six days
straight. Who's gonna pay for that?
SERIOUSLY get the fuck out.

Spider turns back to the tech guys.

            JULIO
I told you. Let's go.

Julio starts helping Max up. They are moving toward the door.
Spider returns to throwing his ball up in the air and
catching it. But suddenly he stops.

            SPIDER
Wait... You said it's terminal?
This disease thing?

            MAX
Yes.

Spider tosses the ball in the air, catches it as he thinks.

            SPIDER
You willing to take a chance then?
There's something I always wanted
to do, but no one had the balls to
do it.

Spider grabs his walking stick and hobbles over to them.

            JULIO
I don't like the sound of this.

            MAX
What is it?

INT. SPIDER'S LAIR ARMORY

Spider leads them inside. Serious guns and ammo lie all over
the place. Spider goes over to a pile of tech and starts
rummaging for something. He finally pulls out a small device:

            SPIDER
Here we go.

The size of a matchbox, it has a tethered tail of wire caked
in old blood. He puts it on the table in front of them.

            SPIDER (CONT'D)
That my friend, is your ticket up
there. One last job for me, earn
your way up.

37.

                    MAX
          What is it?

Spider leans back against the wall, getting more comfortable.

                    SPIDER
          Take an Elysian asshole, a
          billionaire, he's down on earth
          doing some business, whatever. We
          hijack him OK?

                    MAX
          Fuck that.

                    SPIDER
          Relax. It gets much worse. Forget
          his watch, forget his ride, forget
          all that shit. (he taps his brow)
          This is what you take. Organic
          Information right out of his head.
          Bank codes, passwords, log in data.
          Access to billions. We got a few
          hours before they figure it out and
          switch the codes, you've extracted
          enough to fund your own army.

Max shakes his head, points to the data-port.

                    MAX
          You know what the failure rate is
          with those?

                    SPIDER
          Yeah. It's why all these pussies
          always bail on me.

                    MAX
          We couldn't even get into a
          hospital to install it.

                    SPIDER
          No no, HOSPITAL? What the fuck? My
          guys are very skilled. You don't
          have to worry.

                    JULIO
          Your GUYS? Are you kidding?

                    SPIDER
          Hey. These boys can hot wire a car
          in under ten seconds.

38.

                        JULIO
             So that means they can perform
             brain surgery?!

Spider looks at Max.

                        SPIDER
             C'mon, you know it's your only
             option. You do this for me, I
             guarantee you a clean ID and a
             ticket up there. All you have to do
             is walk into a house and use the
             med bay. Bingo, you're cured.

                        MAX
             You swear?

                        SPIDER
             On my children's life. Once we
             verify the data, I'll give you a
             one way ride, all expenses paid.
             I'll even throw in snacks and a
             drink.

Spider smiles, continues--

                        SPIDER (CONT'D)
             Sandro will do the surgery, he's
             good, we do it right here. But
             actually...

He rummages through more tech for something. He finds it:

A HULC SUIT. A metal exoskeleton that fits to human limbs. It
looks like a clump of STEEL, a dirt-bike chassis with joints.

                        SPIDER (CONT'D)
             You seem all weak and fucked up, so
             I'd have them install this too,
             you're already under the knife
             right? Ensure mission success.

He slaps the HULC suit.

                        SPIDER (CONT'D)
             Shit is hardcore. Last guy blinged
             it up a little, but it runs real
             good.

The HULC on second inspection has been "lowridered." Chrome
and sparkle green paint with gang artwork. Max considers.

                    MAX
          I pick the team, I don't want your
          attack dogs turning on me when
          things go bad, and small numbers,
          just four of us.

                    SPIDER
          Nah, I'm sending my own data
          wrangler, I don't want to fuck this
          up, brain to brain data is real
          tough. Small numbers, yeah sure.
          I'll give you Manuel, BALLS OF
          STEEL. You want him around. So
          that's two plus you.

                    MAX
          Do you know who the mark is?

                    SPIDER
          I got some ideas, some rich
          business guys.

                    MAX
          No. I know who it is. I know
          exactly who it is.

                    SPIDER
          Oh yeah? Who you thinking?

                    MAX
          John Carlyle.

Spider starts laughing. Julio looks down shaking his head.

                    SPIDER
          The CEO of Biosphere, CARLYLE?
          That's better than any shit I
          woulda came up with. Fucking guy
          BUILT Elysium, built their
          operating system, built the police
          droids. You aim high son. Good job.

                    MAX
          Yeah. He's gonna pay.

                    SPIDER
          Okay, you can shoot this
          motherfucker, stab him, do whatever
          you want, just don't damage his
          head. Then you plug into his brain,
          Sandro copies the data to you, and
          bingo. You're sipping margaritas on
          Elysium by sunset.

40.

Spider starts to move, but--

          MAX
     I want another ticket.

Max points at Julio. Spider slows.

          SPIDER
     And if I say no?

          MAX
     Good luck finding somebody else.

Spider looks at Max, knows it's non-negotiable.

          SPIDER
     Alright. Two tickets up there.
     Thirty minutes, downstairs.

Spider leaves the room.

          JULIO
     You can't seriously be considering
     this.

          MAX
     You know a faster way to get up
     there?

Julio has no answer. Max gets close to him.

          MAX (CONT'D)
     This is it, man. This is our ticket.

EXT. SPIDER'S LAIR - NIGHT

Gangsters mill about. Laughing. Smoking spliffs. A bevy of
young favalitas flirting with them. We see a wiry gangster
MANUEL among them. The fat guard sits with his AK47.

FREY approaches the lair. She wears a hoodie over her nurse's
uniform. She pulls out a crumpled piece of paper with an
address. She looks up at the lair and triple checks the
address.  She watches the seedy patrons of Spider's world.

She reaches into her pocket and pulls out a wad of cash. It's
clasped together with a rubber band. She looks down at it.

And then puts it back in her hoodie. One of the tatted thugs
suddenly spots her. He is swigging from a tequila bottle.

          THUG
     Hey, hey Baby.

Frey turns away.

                    THUG (CONT'D)
               I ain't seen you around. Hey where
               you going? Come back here.

He starts walking after her. He grabs her arm.

                    THUG (CONT'D)
               I SAID....where you going?

She tries to tug her arm loose.

                    FREY
               Please. Just let go.

                    THUG
               C'mon, don't be like that. I can be
               real friendly.

Manuel sees what's happening.

                    MANUEL
               Hey! Marco, let her go.

Frey rips her arm free and briskly walks away. The thug
laughs and holds up his tequila.

                    THUG
               What? I just wanted to talk.

As Frey turns, she sees a silhouette in one of the windows of
the lair. It's MAX. Their eyes meet. She's not surprised to
see him in this criminal world.

She lowers her head, and walks away. He watches her go in her
uniform, the one clean thing in this dark, dirty world.

INT. ELYSIUM - RHODES HOUSE - DAY

RHODES enters her house. A ridiculous palatial mansion. She
puts her keys down on the marble center island. She tosses
her jacket over a chair as she walks out to--

EXT. RHODES HOUSE - DAY

Rhodes walks by the marble and granite infinity pool. Her two
little DAUGHTERS sit on the grass playing with dolls.

                    GIRL 1
               Hi mommy!

                    RHODES
               Hey sweetie.

42.

           GIRL 2
How was your day?

           RHODES
It was...difficult, sweetheart.

           GIRL 2
Do you want to play?

           RHODES
In a minute. Mommy's got to make a
call first.

She sits down at a patio. Her daughters go back to playing on
the grass in front of her. She dials into her wrist device.

           RHODES (CONT'D)
I hope I'm not intruding. But we
need to talk.

INT. BIOSPHERE FACTORY - CEO OFFICE - DAY

Carlyle stands in his office. Rhodes is visible, an image
projected in front of him.

           CARLYLE
No intrusion. Go ahead.

           RHODES
I've had a bit of a setback.

           CARLYLE
What? What happened?

           RHODES
I have lost certain executive
abilities. If we are going to pull
this off, we need to do it soon.
Extremely soon.

Carlyle looks over at a computer server array.

           CARLYLE
What do you think I've been doing
down here? You think I _enjoy_
spending time on Earth? I'm going
as fast as I can, believe me, but
if you want to control an entire
mainframe, you need to get it
right. Now, when's the soonest you
can get down here so I can hook
your biometrics into the program?

43.

>               RHODES
>     I'm afraid that's not going to be
>     possible. There's no time.
>
>               CARLYLE
>     Well I don't feel comfortable
>     moving this data if it's not wired
>     to you. That's a blank cheque, it's
>     too risky.
>
>               RHODES
>     Unfortunately, that's how it's got
>     to be. I need you here in 12 hours.

Carlyle tightens.

>               CARLYLE
>     I'm sorry, Secretary, was that an
>     order?

Rhodes bites down, trying to stay calm, respectful.

>               RHODES
>     Look, you designed the original,
>     you're the genius, I have full
>     confidence you can figure it out.
>
>               CARLYLE
>     Well that's very assuring, but it
>     took me decades to make that
>     program, DECADES, it was built to
>     be impenetrable. This has to
>     supercede that. We're not dealing
>     with the grays of politics here,
>     it's numbers, codes, variables--
>
>               RHODES
>     All of which is meaningless if I
>     can't upload it. So, please, sir,
>     just get it done.

Rhodes clicks off her headset and watches her girls playing
on the lawn. So peaceful, so happy. They smile toward her.

Her gorgeous HUSBAND comes out of the house. He hands her a
drink and starts massaging her neck and shoulders.

>               HUSBAND
>     You seem tense.

She shrugs his hands away.

>               RHODES
>     I am tense.

44.

Rhodes rises and joins the girls. They play on the grass together, a beautiful happy family. Off this tableau...

INT. SPIDER'S LAIR - NIGHT

Julio and Max walk through dark, dirty halls following Spider to a staircase descending deeper into the lair.

INT. SPIDER'S LAIR SURGERY - NIGHT

The basement level room looks like a veterinary clinic, covered in graffiti. In the center is a makeshift surgery bed and several stainless steel tables of old medical equipment.

Around the table are three GANGSTERS wearing green medical aprons over baggy pants. One of them pulls his mask down to speak. His face is tattooed. He is smoking a joint. He takes it out, looks at Max.

                    SANDRO
          Is this the guy?

                    SPIDER
          This is him.

The other gangsters laugh. Sandro takes a drag.

                    SANDRO
          Shit, we gonna cut you up real
          good.

                    SPIDER
          Play nice, Sandro, play nice. And
          let's get him an ID first.

Sandro yells back at the guys.

                    SANDRO
          Ok man, let's get the chief one of
          them identification codes!

One of the "surgeons" hands Sandro a device that looks like a nail gun. The end has a laser lens.

                    SANDRO (CONT'D)
          Wrist up, bitch.

Max extends his wrist. Sandro places the device over it. He clicks the trigger, the tip of the device burns the ID into Max. There is a slight amount of smoke. Max grits his teeth.

                    SANDRO (CONT'D)
          Have to burn it right in there,
          merge it with the DNA.
                    (MORE)

45.

>                    SANDRO (CONT'D)
>          There you go, chief. Now you fit
>          right in. Like you were born there.

Max looks down at the barcode.

>                    SANDRO (CONT'D)
>          And now for the real fun.

Sandro holds the small data port in his latex gloved hand. He
taunts Max with it. Max doesn't respond. He just starts
taking off his shirt. Slow, steel. Resolved.

MONTAGE – MAX is naked in a tiled room as they hose him down.
His hair is shaved. They draw incision lines on his bald
head. We see computer monitors of vitals and internal images.

>                    SANDRO (CONT'D)
>          Move it over to vivisection.

MAX lies on a surgical table. Sandro stands over him. The
other gangsters are getting ready. We see carts wheeled in,
full of the most godawful looking saws and instruments.

>                    MAX
>          When this thing is installed, will
>          it hurt?

The gangsters laugh.

>                    SANDRO
>          Yeah bitch, it's gonna hurt.

A gangster grabs Max's hand and shoves a needle in between
his fingers. Max winces in pain, but doesn't make a sound.

>                    SANDRO (CONT'D)
>          Yo, Pablo, d'you got the bone saw
>          down here?

>                    PABLO
>          Nah, it's upstairs man.

SANDRO screams up the stairs.

>                    SANDRO
>          Yo! Marianna, hey, get the bonesaw.

We hear mumbling coming from up the stairs.

>                    SANDRO (CONT'D)
>          Huh?!...what!? I can't hear shit,
>          just get the bone saw bitch.

Spider grabs his walking stick, he turns to go.

46.

>                    SPIDER
>           Alright, this is where I leave.

Max slowly exhales. A tear runs down his cheek as he watches
Spider go. Julio sits in the corner watching his friend.

>                    PABLO
>           Don't cry homeboy. We gonna make
>           you a fucking favela NINJA.

>                    GANGSTER
>           You gonna be a cold blooded killa.

Sandro looks over at Julio.

>                    SANDRO
>           You should take a walk now.

>                    JULIO
>           No, I'll stick around thanks.

He looks at Max who looks back. Max smiles. He gives the
thumbs up. Julio nervously smiles back.

POV - we see JULIO'S silhouette become blurred and fade...

TO BLACK.

>                    SANDRO
>           Ok...he's out...bring in the ENDO.

A large robotic bone-saw comes down and saws off the top of
Max's skull like a cap. We look down on Max's face, his eyes
closed. Specks of blood on his chin and neck.

>                    PABLO
>           Alright...full cerebral scan...in
>           2...1...

The image fades out....

EXT. FAVELA - FLASHBACK

A filthy YOUNG MAX sits on the steps of a shack. YOUNG JULIO
is with him, joking and laughing.

An OLDER TOUGHER BOY comes down the stairs with a few other
young gang members. Max stops laughing. The older boy slaps
him across the face.

>                    OLDER BOY
>           You think this is a joke?

Max rubs his cheek.

47.

                              MAX
             No.

                         OLDER BOY
             Good. (takes out butterfly knife)
             because you (taps him on the nose
             with the knife) need to act serious
             if you wanna be in our gang.

The other older kids laugh.

                         OLDER BOY (CONT'D)
             Now, I want you to go into her room
             and steal something.

He points up to a shack high on the hill. A YOUNG GIRL leaves
carrying laundry.

                         OLDER BOY (CONT'D)
             Make sure it's something that makes
             me believe it's hers.

Max looks embarrassed. He leaves holding his head down.

He sneaks up the street. As he gets closer to the house, he
starts stalking, making sure the girl doesn't see him. He
hides himself behind a wall, and sneaks into--

INT. SHACK - DAY

Max creeps into the girl's room. He starts looking through
her stuff. She has very little. He opens a drawer in the
dresser, a small worn woman's WATCH sits alone.

He steals it. He turns to leave but...the GIRL stands at the
door holding the laundry basket looking at him.

                         YOUNG GIRL
             Please Max. Please. Give it back.

Max runs for it and knocks her over as he races away. As he
disappears into the hazy favela, we return to....

EXT. SPIDER'S LAIR - DAWN

Dogs bark, sirens on the horizon. The dawn air looks crisp.

INT. SPIDER'S LAIR

A small window lets the morning light in. Max is lying on a
gurney. His head is bandaged. He slowly painfully sits up.

The HULC suit servos whine as he moves. He feels the
aluminium cladding over his body. IV cables dangling.

48.

He looks out the window, sees kids playing with a tattered
soccer ball. Feral dogs. He looks up into the morning sky to
ELYSIUM floating peacefully.

He slowly raises his hands to his bandaged head, he starts
pulling the bandages away. Julio enters the room.

                    JULIO
          Whoa whoa, don't do that, hang on.

Julio turns to yell up the stairs.

                    JULIO (CONT'D)
          Hey HEY! He's up.

Julio walks over to Max, looks at him.

                    JULIO (CONT'D)
          You OK man?

Max shrugs.

                    JULIO (CONT'D)
          Does it hurt?

Max slowly nods.

JUMP CUT: a dirty GHETTO CHICK hands Max a glass of water and
a handful of pills.

                    GIRL.
          They said you gotta take em all.

JUMP CUT: Sandro checks Max's eyes with a doctor's penlight.

Spider enters the room. Max is looking at the joints where
the HULC is bolted through his flesh into the bone.

                    MAX
          What is this...?

Spider looks at him, smiles.

                    SPIDER
          Your way out.

EXT. FAVELA - MORNING

Julio stands in the morning light. A cigarette dangles from
his lips as he caresses the fresh ID on his wrist.

Manuel and Sandro lean up against their crime vehicles. They
all watch Max come slowly toward them.

49.

>                    MANUEL
>            What's up, partner?

He goes in for a gangsta style shake, Max reciprocates.

>                    MANUEL (CONT'D)
>            I'm your wingman today. How's that
>            suit working out for you? I always
>            wanted one. Surgery scares me too
>            much. But fuck me. That is tight.

>                    MAX
>            Where are the guns?

Manuel takes a final drag, flicks the cigarette and pulls out
his heavy duffel bag. He slams it down on the hood of the
car, unzips it and pulls out an old AK47. Hands it to Max.

>                    MAX (CONT'D)
>            What is this? Family heirloom?

>                    MANUEL
>            No no, wait for it.

Manuel leans into the bag and pulls out a few magazines. He
pops some of the rounds out into his hand. They don't look
like normal bullets at all, more like miniature tank rounds.

>                    MANUEL (CONT'D)
>            Air bursting ammunition.

He takes the gun from Max and hands him the bullets. He lifts
the AK and shows Max a crazy Russian attachment at the end.

>                    MANUEL (CONT'D)
>            Designate your enemy (click button)
>            and any round you fire will explode
>            around them, five meter kill
>            radius, that shit will fuck you UP.

Max takes the gun and practices hitting the button.

>                    MAX
>            Hmm. Yeah, this'll do.

Max climbs into the GTR and Julio hops in the driver's seat.
Manuel hops into the pickup while Sandro fires up the engine.

EXT. BIOSPHERE FACTORY - DAY

The huge factory pollutes the LA sky.

50.

INT. BIOSPHERE FACTORY - CEO OFFICE - DAY

Carlyle types fast on his keyboard. His screen flickers:
SEQUENCE COMPLETE.

INT. CCB HQ CONTROL ROOM

Rhodes sits at her terminal in the huge CCB control room. Her
wrist vibrates. She casually pulls her sleeve back revealing
a Patek Phillipe wrist iPod device. It reads:

CCMPLETED....ON MY WAY.

INT. BIOSPHERE FACTORY - CARLYLE'S OFFICE

Carlyle sits down at the large server array. He opens a small
USB style socket in the computer. He plugs a wire into the
socket, he then feels around next to his ear. The same SOCKET
exists in his head. A wetware interface. He plugs it in.

A small blue LED lights up next to his ear.

MONITOR: SYNCING..... please stand by.

He transfers the data to his head. The exabytes COUNTING as
it transfers. Once complete, he burns the original.

INT. GTR - CONTINUOUS

Julio is sweating, focusing on the road. Max grabs a walkie.

                    MAX (INTO WALKIE)
          You read me?

INT. PICK UP TRUCK - CONTINUOUS

Manuel picks up his walkie. He is wearing what looks like a
fighter jet HELMET, with a bulletproof face-plate.

                    MANUEL
          I got you.

INT. GTR - CONTINUOUS

                    MAX
          Here's the deal, Spider's guys
          scrambled the shuttle, so Carlyle's
          gonna have to drive out to the
          launchpad. You get ahead of his
          ride. Then when the time's right,
          we box him in. Pin him down. Any
          questions?

None. Max puts down his walkie. He sees Julio sweating.

                    MAX (CONT'D)
          Relax. You'll be fine. This is
          gonna work.

                    JULIO
          Relax? Shit, you're not nervous at
          all?

                    MAX
          No.

                    JULIO
          Well I fucking am, ok? I haven't
          done this shit in years.

MAX slowly extends his newly augmented arm. The hydraulic
pistons hiss and whir, hinting at the immense power. He drops
his hand down into his lap. Looking at it.

                    MAX
          Actually, maybe I am.

Julio looks at him, smiles.

                    JULIO
          Yeah, see you've had this stone
          cold thing going on since last
          night.

                    MAX
          Yeah. I'm actually shitting myself.

Julio laughs. Max smiles at his friend. For a moment, they
are like kids again. They slap hands.

INT. CARLYLE'S OFFICE - DAY

A heavily armed SECURITY DROID comes to the door.

                    SECURITY DROID
          Sir, we are having technical
          problems with your shuttle. We need
          to drive to the central launch pad.
          Security is standing by.

Carlyle stands up, grabs his jacket. As they head out,
another scary SECURITY DROID falls into step with them.

EXT. BIOSPHERE FACTORY

Carlyle's LIMO pulls out of the dirty factory. The car is a
cross between an IRAQ anti-IED vehicle and a Rolls Royce. On
the roof sits an automated 50 cal machine gun.

52.

INT. CARLYLE LIMO

Carlyle looks out of the bulletproof glass. His judging eyes watching the decrepit world of LA passing him by while stock prices and commercials play on holographic screens. He sees:

Burrito stands and beggars. Filthy children and feral dogs.

The LIMO slows at a stop. A donkey-drawn cart wheels by in front. Carlyle looks over to see a child at the glass window. Hand outstretched. Carlyle turns away. The LIMO accelerates.

More kids, poverty, pollution pass. Then SUDDENLY--

SCREEEEECH. SNAKE's pickup truck SLAMS its brakes up ahead. CRAAASHHH! The LIMO dives into the back of the truck.

The GTR comes up behind the LIMO.

Julio accelerates and SMASHES into the LIMO wedging the GTR against the back bumper of the limo, which is now sandwiched between the two cars, stopped in the middle of the road.

INT. ROLLS - CONTINUOUS

The Security Droids grabs their guns.

                    SECURITY DROID
          Stay down, sir.

The Security Droid driving tries to reverse out, but the wheels spin against the front of the GTR. Carlyle looks out of his window at the horrendous human hijackers.

                    CARLYLE
          Kill them!

                    SECURITY DROID
          Activating remote gun station.

We see the 50 cal roof GUN spin toward the GTR.

INT. GTR

Max pulls out his handgun and kicks his door open.

                    MAX
          Here we GO.

Max opens fire on the limo. His bullets ping pathetically off the composite materials. The sentry gun spins and faces Max.

                    SECURITY DROID
          Targeting...

The gun opens fire at Max, TEARING UP the hood and windshield of the GTR. Max dives away.

Manuel hops out of the pickup holding a SLEDGE HAMMER. He hops onto the hood of the LIMO and wields the hammer behind his head. He takes a MASSIVE swing, BANGGGG!

He smashes the gun off its turret, it sparks and blasts to pieces.

He looks through the bulletproof glass at Carlyle's terrified face. Manuel smiles and taps the glass with the hammer.

INT. CCB HQ CONTROL ROOM

The giant wall-screen suddenly flashes "CITIZEN UNDER THREAT." Rhodes whips her head over to the wall screen.

> CCB AGENT
> Ma'am, we have an Elysian citizen
> on Earth under threat. Data coming
> up now, it's a... J CARLYLE.

All the agents slow, recognizing the name.

> CCB AGENT 3
> My god.

Extreme close-up of RHODES. Beads of sweat on her forehead.

> RHODES
> Bring it up, please.

The screen pops to a satellite feed of the heist.

> CCB AGENT 4
> Recovery task force has been
> scrambled, ma'am. En route now.

INT. CCB ARMORY

We see MILITARY DROIDS grabbing guns. Jump cut to them hopping on board a shuttle. The shuttle SHOOTS toward earth.

INT. CCB HQ CONTROL ROOM

Rhodes gets up from her desk and walks out of the control room. The agents watch her go. Confused.

INT. CCB HQ

Rhodes walks through corridors, through airlocks. Nervously looking around, she swipes into--

54.

INT. CCB ARMORY

Rhodes walks into the room full of weaponry and lockers. She grabs a headset, and dials fast on a wrist computer.

EXT. LANDFILL LOS ANGELES - DAY

Kruger stands on a landfill in LA. He presses the receive call on his wrist computer.

                    RHODES
          I've got a situation here.

INT. GTR - CONTINUOUS

Max dives back behind the GTR holstering his handgun and getting the ferocious AK ready.

Suddenly, the DROID side door of the limo opens. The first droid moves out like a combat veteran, firing at Manuel.

It targets his face in a millisecond. BANG BANG. Two shots CRACK his face visor, in what would have been a killshot.

Manuel drops violently, looking out through his cracked face plate. He returns fire in a panicked spray. The bullets ping off the droid's metal shell.

In one motion, the droid leaps behind the limo, unclips a GRENADE and tosses it at Manuel.

                    MANUEL
          YOU GOTTA BE SHITTING ME.

He dives as the grenade goes off, sending him flying back.

Max dodges the shrapnel. The droid turns and fires from behind the limo. Max turns the proximity fuze device on.

                    MAX
          Let's see how you do against this.

Max targets and fires a burst in the direction of the droid.

ULTRA SLOW MO: the droid lifts his gun to fire back, but the small bullets come spiraling in, each of them detonating into miniature airborne claymores. A magnificent shower of gold shrapnel, as the droid is torn to smithereens.

Sandro ducks behind the PICKUP, he has the laptop connected to his chest armor, booting up. He gives a go sign.

Max gets up and runs toward the ravaged limo. Julio runs around the back of the pickup, breathing heavy.

55.

Manuel rises, goes for the pickup truck. Max looks over at Sandro who is holding a LASER DEVICE.

                    MAX (CONT'D)
          Go go go! Cut it open!

Sandro jumps out with the LASER. Manuel covers him. Sandro lifts the beast of a LASER and aims at Carlyle's door. A bright red circular target is projected onto the door.

                    MAX (CONT'D)
          HIT IT.

Sandro presses the trigger. FIIZZZ. The entire door area is MELTED free in a millisecond, the shape of laser cutting across door and body alike. The huge steel plates clang onto the road, smoking, leaving Carlyle exposed, drenched in sun.

Suddenly the opposite side door opens and the second SECURITY DROID hops out with amazing speed. BRRRR, he fires a burst straight toward Manuel. Manuel dives behind the pickup.

He flips the VISOR down on his helmet. It syncs with the camera on his gun. The droid keeps firing at Manuel, but--

Manuel sticks the barrel of his gun AROUND the pickup. He sees the droid in his visor, and he unloads on it, shredding its mechanical legs. As it goes down, it lunges at SANDRO, hurling its legless torso at him, grabbing the LASER DEVICE.

They wrestle with it violently, suddenly it goes off aimed at the pick-up truck. The beam SLICES the truck in half FLIPPING one half with glowing red edges over, almost onto Manuel.

Manuel fires wildly at the droid, chewing the entire area to shreds. Bullets fly dangerously close to everyone.

                    MAX (CONT'D)
          Don't hit the mark!

Manuel holds his finger down, the 1000 round mag shredding the street, pinging the limo. Hitting Carlyle in the chest.

                    MAX (CONT'D)
          NO!!!!

Max aims and pulls the trigger, click, gun jam.

                    MAX (CONT'D)
          Fuck!

Max tosses the jammed gun and leaps up toward the droid. The enhanced power of the suit thrusting him through the air.

56.

                    MAX (CONT'D)
          JESUUUSSSSS!

He comes FLYING across and body-checks the droid, ripping it
away from Sandro, tearing the laser out of its grip.

Max and the droid smash up against the limo and struggle with
one another, thousands of pounds of pressurized hydraulic
pistons wrestling, suit vs droid.

Max slams the droid up against the limo, using all of his new
synthetic might, he tears the head of the droid off its
shoulders. Oil and lubricant spray everywhere. He tosses the
upper metal carcass into the weeds.

Carlyle lies slumped in his seat, gasping for air.

INT. CCB ARMORY

Rhodes briefs Kruger via headset.

                    RHODES
          There's a package of utmost secrecy
          being transported in the city right
          now. Problem is some thieves are
          trying to hijack it.

                    KRUGER
          What is it?

                    RHODES
          That's classified.

                    KRUGER
          No no no. You don't call a recently
          deactivated agent to retrieve data.
          I'm betting the government doesn't
          know it exists. Am I right?

Silence.

                    KRUGER (CONT'D)
          I am right. Which means it's
          illegal. Which means this job is
          undocumented. Which means I can ask
          for whatever I want.

                    RHODES
          Look, we don't have much time,
          there's a recovery task force
          headed to earth now. You need to
          recover this data before they do.
          You understand?

                    KRUGER
          I want a fresh clean slate.

                    RHODES
          Fine.

                    KRUGER
          New name, new citizenship number. I
          want those, those other...issues to
          go away. You understand?

                    RHODES
          Fine, YES.

                    KRUGER
          Good, I want a mansion of my
          choosing. And...I want to bring a
          human back, I want to bring a human
          from Earth, and I want customs to
          look the other way. None of that
          bullshit like before.

                    RHODES
          Fine, DONE... I've commissioned two
          of your old agents. Off the books.
          They should be at your position in
          thirty seconds.

Kruger watches a VTOL RAVEN flying toward him.

                    KRUGER
          Send me the mission data.

Kruger clicks his wrist off. He casually takes out a tactical
blade. He carves out the CITIZENSHIP CHIP in his wrist. He
pulls the chip out and throws it into the weeds.

The RAVEN slows and hovers, blowing garbage. It gently
touches down. Like a cross between an Osprey helicopter and a
space-ship, it looks sleek and lethal.

Two special forces ELYSIAN tough guys DRAKE and CROWE greet
Kruger. He tosses his bag into the Raven.

                    KRUGER (CONT'D)
          Drake, Crowe. Howsit boys?

They smile as he climbs aboard.

                    DRAKE
          Lekker, boss. Good to see you.

58.

EXT. LOS ANGELES LANDFILL

The RAVEN accelerates, blasting the garbage and litter beneath it as it gains altitude.

EXT. LOS ANGELES STREETS

Julio keeps his eyes open, looking around the area as Max and Sandro run up. Manuel keeps watch too. Waving people away.

Max leans into the LIMO, gun drawn on the ruthless CEO. Max watches him as he breathes shallowly, his lungs punctured.

> MAX
> Tell me. How does that feel?

INT. LIMO

Sandro climbs in. He frantically pulls out the router cables.

> SANDRO
> We are fucked for time.

Carlyle sees the DATA ROUTER. He lifts his finger and feels the data port on his own head. With his other hand--

He suddenly pulls a gold plated DESERT EAGLE out of his jacket. Max and Sandro watch in disbelief as--

Carlyle lifts the gun to his own head.

> CARLYLE
> You can't, you can't have it--

He is about to pull the trigger when Max SLAPS the gun away. BANG! It fires, blowing a hole in the seat.

> MAX
> You don't get off that easy.

Sandro passes a long USB-like cable to Max.

> SANDRO
> Ok, plug this into him.

Max grabs Carlyle's head, forces the data flap open at the back and sticks the cable into the port. Sandro passes a second cable leading out of the data router to Max.

> SANDRO (CONT'D)
> OK, and this into you...

Max plugs the cable into his own data port. Sandro furiously hits keys on his computer.

59.

                    SANDRO (CONT'D)
          Syncing.

EXT. LIMO - CONTINUOUS

Julio is getting nervous, eyes ticking, fingers tensing.

INT. LIMO - CONTINUOUS

Max watches Carlyle, as Sandro types on the keyboard.

                    MAX
          I'm going to let you bleed out.

Carlyle struggles to form a sentence.

                    CARLYLE
          You...you have no idea...what you
          have done.

                    SANDRO
          OK, we're synced.

His finger hits the transfer button. The blue LEDs on both of
their heads light up like IPODS. We see the DATA bar start
copying on the small router screen.

                    SANDRO (CONT'D)
          Come on, baby.

We hear the whine of jet turbines. Sandro looks out of the
window to see the RAVEN approaching.

                    SANDRO (CONT'D)
          Fuck me.

TAT TAT. Julio FIRES at the RAVEN on the horizon.

                    JULIO
          We gotta go, we gotta go right now!

INT. LIMO

Max looks at the data screen, beads of sweat dripping. 90%
91% 92%. He looks up at the incoming ship. Closer, closer.

We cut to the data screen: 94% 95% 96%...

INT. CCB HQ CONTROL ROOM

An Agent watches warnings come up on his terminal.

60.

                    CCB AGENT 4
          The assailants are initiating a
          data heist, they are syncing NOW.

Rhodes clenches her jaw and crunches back into her chair. She
casually lifts her wrist. And speaks under her breath.

                    RHODES
          They have the data.

INT. RAVEN

The open door of the Raven feels like a Vietnam era Huey, the
terrain of Los Angeles flies by at 400kph. Kruger hears:

                    RHODES (IN EARPIECE)
          Repeat. The thieves have the data.
          Destroy the original.

                    KRUGER
          Got it.

INT. LIMO

Sandro watches the screen intently.

                    SANDRO
          C'mon baby...almost there...

BEEP. The data screen flashes: TRANSFER COMPLETE.

                    MAX
          DID WE GET IT?

                    SANDRO
          Hang on!

He types into the data port, starts shaking his head.

                    SANDRO (CONT'D)
          There's an error, I CAN'T READ the
          data. Something must be corrupted.

                    MAX
          What?!

Manuel leans in, holding his massive gun.

                    MANUEL
          It's no good?

                    SANDRO
          The data is FUCKED.

61.

Manuel takes off. Sandro looks out the window at the incoming
RAVEN. It's bearing down now, bigger and bigger.

>                    SANDRO (CONT'D)
>           I'm bailing.

Max grabs his shirt.

>                    MAX
>           No! You can't go! I need that data,
>           that's my ticket!

The WHINE of the Raven turbines is now thunderous.

>                    SANDRO
>           Fuck you, don't touch me--

>                    MAX
>           We went through all this shit, DO
>           IT AGAIN!

Sandro breaks Max's grasp and runs out.

>                    MAX (CONT'D)
>           COME BACK HERE!

Julio watches the extremely close Raven. He leans into the
car and grabs Max by his backpack.

>                    JULIO
>           We need to get out of here!

He drags Max out of the car.

>                    MAX
>           I NEED THE DATA! LEMME GO!

Max looks back at Carlyle who is losing consciousness.

INT. CCB HQ CONTROL ROOM

The satellite feed plays on the huge screen. An alarm beeps.
CITIZEN IN CRITICAL STATE scrolls across the screen.

>                    CCB AGENT 4
>           Recovery team is almost there ma'am.

EXT. SPACE

We see the shuttle whip by toward earth.

62.

EXT. LOS ANGELES

As Sandro runs, the deadly RAVEN finally gets right on top of them. The turbines blow debris all over.

Max tries to run, but he COLLAPSES. He clasps his head in pain. Julio runs over to him. Trying to lift him.

> JULIO
> Come on man! Get up!

Max clasps his head like a migraine. The DATA creating an epileptic white STATIC in his head. Julio tries to drag him.

> JULIO (CONT'D)
> COME ON!

INT. RAVEN

Kruger leans out of the door, sees Max clasping his head, he sees Sandro running like a trapped rat, Manuel close behind.

Kruger pulls a laser designator off his wrist computer, he shines it on Sandro. BEEEP.

> KRUGER
> Tag, you're it.

EXT. LOS ANGELES

Sandro slides two Beretta handguns down their rails and into his palms. He sprays the entire area between him and the RAVEN. The hail of bullets splinter around Max.

INT. RAVEN

Kruger calmly takes cover inside the ship for a second. His hand still out, pointing the laser on SANDRO. Not even watching his victim, he presses a button on his wrist tech.

EXT. LOS ANGELES

BOOOOOM!! Sandro EXPLODES in a blinding flash.

INT. RAVEN

> KRUGER
> I think I got him! Did I get him?

Crowe and Drake laugh.

> CROWE
> Yessir, I think you did.

EXT. LOS ANGELES - CONTINUOUS

Julio hops into the driver side, screeches up to Max.

                    JULIO
          Let's go!

Max pulls himself in. Julio floors the car in reverse.

INT. RAVEN

Kruger uses his laser designator again, shining it on the
HOOD of the moving vehicle. CLICK. He presses the button.

EXT. LOS ANGELES

BOOOOOM!! The hood of the GTR is hit with the force of an
IED. It EXPLODES sending the vehicle FLIPPING onto its roof.

INT. CCB HQ CONTROL ROOM

The satellite imagery of Kruger flipping the car plays to
open mouths in the control room. Rhodes watches silently.

                    CCB AGENT 4
          Jesus. Who the hell is that?

A tracking program on the huge screen reads IDENTITY UNKNOWN.

                    CCB AGENT
          That's military tech.

INT. GTR

The upside-down interior is smoky, filled with broken glass,
flames. Max comes to. He can barely fit through the crushed
window, he uses his jaws-of-life power to crumple the car
like a coke can. He drags an unconscious Julio out to safety.

EXT. LOS ANGELES

The Raven descends, hovering a few feet off the ground.
Kruger hops out, and starts walking to the smoking wreckage,
watching Max pathetically try to save his friend.

Suddenly, another blast of STATIC PAIN grates through Max's
brain. He screams, holding his head.

Max can see the blurred figure of Kruger coming. He staggers
to his feet. Like a drunk in a bar, he clambers for a grip on
the concrete. Max pulls out his gun.

Kruger deliberately draws a large, lethal knife.

64.

Before Max even has time to realize what happened, Kruger disarms Max, grabs him in a jiu jitsu position and stabs the huge blade into his kidney. Max howls and drops.

                    KRUGER
          And now my friend...I'm going to
          cut off your head.

Kruger gets ready to lop off his head, but suddenly JULIO fires a burst of bullets at Kruger's side. Kruger evades the bullets and sweeps the gangster's feet out from under him.

Max sees his friend go down. Max starts fumbling the magazine out of his gun, trying to put a new one in.

                    MAX
          Get it together get it together.

Julio takes one last SHOT at Kruger. He misses. And--

WHHM. Kruger drives his knife through Julio's chest.

                    MAX (CONT'D)
          NOOOOOOOOOOOOO!

Max stands up and clicks the magazine in place, he cocks the gun and fires a fresh batch of fuzed ammunition at Kruger.

But Kruger drops his sword and pulls a device off his chest armor, it is a DEFLECTOR. As he clicks it on, a faintly visible force-field surrounds him.

BANG BANG BANG, the lethal rounds explode around Kruger like Guy Fawkes, but they are violently deflected.

The force of the bullets is still enough that Kruger stumbles, dazed, like being shot in the chest wearing a bulletproof vest.

Max turns and runs back to his friend, rolls him over. NOTHING. A pool of dark blood spills out.

                    MAX (CONT'D)
          No no...noooocooooo!

He looks around in desperation, looks over at Kruger who is steaming, rising again. Max looks back at Julio. He looks over to see the RECOVERY TASK FORCE SHIP coming in fast.

                    MAX (CONT'D)
          Please, JULIO, COME ON MAN!

But Julio's eyes flutter.....dead. Max rips himself away from his best friend, pained, limping as fast as he can.

65.

Kruger staggers to his feet. The Raven descends for him to
climb aboard. He looks at CARLYLE, as the wheezing CEO gasps
a few remaining breaths. Kruger aims his gun, and--

BANG! He SHOOTS the billionaire in the middle of his head.

EXT. FAVELA - DUSK

Max runs, clasping his stomach. He darts between old shacks.
He turns back to see Kruger climbing aboard the RAVEN.

EXT. LOS ANGELES

As the RAVEN takes off, the smaller recovery SHUTTLE touches
down. Kruger watches as the droids start to leap out.

                    KRUGER
          Good luck!

The droids move fast, guns drawn. They run to Carlyle and
begin treating him like paramedics. A DROID SLAMS a
hypodermic of adrenalin into him. NOTHING. He's dead.

                    DROID
          Citizen has sustained irreversible
          damage to multiple brain areas.
          Time of death E-EST 17:45.

ON CCB SCREENS: CITIZEN DECEASED.

EXT. FAVELA OUTDOORS

Max limps and struggles through the run-down favela. He hears
the whine of the RAVEN behind him. A single OLD WOMAN leads a
pack of mangy DONKEYS. She stops when she sees Max.

He can barely walk. He drops to one knee, tries to keep
moving. The Old Woman looks the bloody gangster up and down.

                    OLD WOMAN
          Policia?

Max looks at her with specks of blood on his face. Nods. She
waits a beat, hearing the sound of the Raven. She slowly
walks the pack of filthy beasts toward him and completely
covers him.

Max lies on the dirt between the horse hooves.

The RAVEN approaches, hovering low over the street.



66.

INT. RAVEN

Drake works a monitor as it scans all the faces in the area.
We see the targeting system scanning the surroundings,
instantly acquiring the Old Woman and a small herd of
donkeys. Everything shows up in thermo as a hot white blob.

                    DRAKE
          Nothing sir, not showing up here.

EXT. FAVELA - DUSK

We see Max hiding under the hooves, the jet wash overhead
howling, dust swirling. He blinks hard, and...

The Raven leaves the area to search other places. Max watches
it disappear. So does the Old Woman. She clicks her tongue
and casually leads the animals away, not even looking back.

Max looks down at his wound. He slowly pulls himself up,
needing serious medical attention. He knows where he's going.

INT. HOSPITAL - DUSK

Frey puts down a bundle of medical forms and stacks them in a
filing case, she punches her time card, done for the night.

INT. PEDIATRICS WARD - NIGHT

Frey goes into Matilda's small area and pulls the curtain
shut sealing them in. She checks all the medical details, and
runs diagnostics on the machines linked to her daughter.

Then Frey caresses her daughter's hair, and gazes at this
peaceful child. Slowly, Matilda wakes up.

                    FREY
          Hey sweetie.

                    MATILDA
          Hi.

                    FREY
          So, remember how mommy said we
          could go home when you get better?

                    MATILDA
          Am I better? Can we go?

Frey nods. Matilda starts to sit upright excitedly.

                    FREY
          Whoa, easy, remember we have to be
          slow, take it easy.

Frey starts undoing the medical gear, forcing a smile.

EXT. LOS ANGELES - NIGHT

Max hobbles through a shanty town. Fires burn. He sees the
dilapidated hospital up ahead. He keeps limping.

INT. PEDIATRICS WARD - NIGHT

Frey gently takes out the IV from her child's arm, leans
forward and gives her a kiss on the forehead.

               FREY
        I'm going to get the car, I'll be
        right back, ok?

EXT. LOS ANGELES - NIGHT

Kruger's Raven hovers over the city. The blanket of lights
twinkling under the VTOL jet.

INT. RAVEN

Kruger leans over a series of monitors. All FLIR infrared.
The images are scanning every single person. He whispers:

               KRUGER
        Where are you, peasant?

Kruger walks through the jet over to the control center.

               KRUGER (CONT'D)
        Alright, let's get surveillance up.

EXT. RAVEN

Three SURVEILLANCE UAVs (Unmanned Aerial Vehicles) take off
and fly into the favela. They look like metal birds of prey
with high-tech cameras fixed into their heads.

INT. RAVEN

The camera feed from the UAVs is visible on the monitors.

               KRUGER
        Okay, let's contain this fucker.
        Put up a jamming signal across the
        whole city.

Drake types into the keyboard. We see the satellite dish and
radar array on top of the Raven fire to life. The satellite
dishes orient themselves and lock in.

68.

                    DRAKE
          Grid is up, sir.

INT. SPIDER'S LAIR

SPIDER sits at a terminal eating crisps out of a bag. The
wall screen suddenly goes red with a warning: SIGNAL JAM.

                    SPIDER
          What the hell...? They put up a
          net. Ground all our flights!

The techie gangsters check commands on computers. A techie
slams his keyboard and lifts his hands in the air.

                    TECHIE
          We're locked out. The whole
          system's down.

Spider looks stunned, confused.

EXT. LOS ANGELES STREETS - DUSK

Max hobbles through people, on the verge of death. No one
seems to care about him. He gets closer to the hospital.

But he sees: A COP standing at the entrance. Max limps
forward, the cop seems to be looking away, the huge glass
doors open. Diseased people bustle in and out.

One of Kruger's UAVs flies overhead, coming in low like a
hawk stalking its prey. Max sees it, and takes cover under a
garbage dumpster. The UAV passes right overhead, the little
propellers kicking up leaves and dirt as it hovers.

Once satisfied, it takes off to search the next area.

Max gets up, he watches the cop with eagle-like focus. He
moves over to the side of the hospital. Struggling with the
pain, he looks through the windows. He catches a glimpse of:

FREY as she walks in the opposite direction.

Max uses all of his energy to walk in that direction. He
heads down an ALLEY, holds onto the wall for support. He
tries to walk more, but he collapses onto a knee.

                    MAX
          C'mon... get up.

Max looks down the alley. A rear exit door is visible.

                    MAX (CONT'D)
          C'mon motherfucker... GET UP!

He forces himself onto shaky legs. He stumbles forward a few paces and collapses completely, smashing over garbage.

He rolls onto his back. He lies still, looks up into the sky. He can see ELYSIUM. It's never felt so far away.

INT. HOSPITAL - NIGHT

Frey heads down a corridor toward a door. She swipes her ID tag and the door buzzes. She opens it and walks out into--

EXT. HOSPITAL ALLEY - CONTINUOUS

Frey heads for the garage, but she hears--

                    MAX
          Frey...

Frey stops abruptly, spins and looks down amongst the garbage. Max lies curled up in blood. He raises his hand.

                    MAX (CONT'D)
          Please...

Frey looks at his wounds and the unbelievable stitches at the back of his head.

                    FREY
          Max? My god, what happened to you?
          Let me get the medics.

She heads for the door.

                    MAX
          No! (coughs) No please...don't go.

                    FREY
          You need serious help, Max.

                    MAX
          I can't. They'll kill me. Please. I
          came here to find you. You have to
          help me.

Frey shakes her head.

                    FREY
          There are people in triage who can
          help you. Much better than me.
          I...I can't get involved in your
          crime.

70.

                     MAX
           Please...they'll find me. Frey, I'm
           begging you, please...don't go in
           there.

Frey looks at Max, his wounds.

                     FREY
           I'm sorry, I can't get involved.
           You need serious attention.

                     MAX
           Not...not in there.

He coughs. Frey looks at him, conflicted.

                     FREY
           You've got to go through the system
           to get treatment. I can get the
           paramedics out here to carry you
           in. I can help you, Max. Let me.

                     MAX
           No. (weakly) Please. I came here
           for you. I need you, Frey...

Frey rises and walks away from Max. She looks straight ahead,
but then stops abruptly and looks back at him, this dying man
in a dirty alley. As she makes her decision...

INT. CCB HQ

Rhodes walks towards us, leaving the control room corridor.
In front of her is the PROTOCOL ROOM. Two armed DROIDS stand
on either side of the airlock. Rhodes walks between them.

She swipes her card and walks into the security airlock. She
types a code and the second doors open.

INT. PROTOCOL ROOM

The room is cylindrical and glossy. Housing the most
important computer in ELYSIUM. Rhodes walks across a glass
floor. EARTH is fully visible under her feet as she walks to
a central server database in the middle of the room.

She puts her hand on the biometric reader.

                OVERHEAD VOICE
          Recognized. Secretary R RHODES.

Rhodes looks around nervously.

...

                    RHODES
          I need all files from Biosphere CEO
          J Carlyle moved to my data cluster.

                    OVERHEAD VOICE
          Negative. You do not have clearance.

The doors suddenly open. REP PATEL steps in.

                    REP PATEL
          Rhodes.

Rhodes turns, surprised to see him.

                    RHODES
          Don't you have some fundraisers you
          should be attending?

                    REP PATEL
          I'm assuming because you're in
          intelligence you know that the
          weapons assigned to your attack-
          dog Kruger were used at that crime
          scene today.

Rhodes looks back at him defiantly.

                    RHODES
          Okay.

They both stare at one another.

                    RHODES (CONT'D)
          Do you actually have something to
          say? Or can I get back to looking
          for these criminals.

                    REP PATEL
          PERHAPS Secretary...you are looking
          in the wrong place?

                    RHODES
          If you have something to say, just
          say it.

Patel looks into her eyes. A beat. Rhodes turns and leaves.
The politician watches her go.

EXT/INT. FREY HOUSE - DUSK

A small house with burglar bars. Looks like a rough
neighborhood. But at least it's a house and not a shack.

72.

Frey knocks the front door open with speed. She helps Max inside. She dumps him onto a couch. He's barely conscious.

The room is bizarre, part house, part hospital.

>                    MAX
>          Are we.... in your house?

>                    FREY
>          Stop talking.

Frey goes outside and comes back with Matilda in her arms. She puts the little girl down in her room.

>                    FREY (CONT'D)
>          Try and sleep, honey.

>                    MATILDA
>          I want to see the man. What's wrong
>          with him?

Frey doesn't answer. She goes back to Max. There's a hospital gurney in the corner of the room. She puts a new sheet on it.

>                    MAX
>          It's like a...hospital.

Frey helps him over to the gurney and lifts his legs onto the bed. Frey starts moving faster, his situation deteriorating.

She grabs heart-rate monitors and medical equipment. She links them up to Max with lightning speed.

She rips off his heavy tactical webbing, grabs medical scissors and cuts his shirt off, revealing the knife wound.

>                    FREY
>          My god.....

He tries to push the wound area shut with his hand. But becoming weak, his hand slides away and flops off the table.

>                    FREY (CONT'D)
>          Max. This is a life threatening
>          wound. You need to put as much
>          pressure on it as you can okay?
>          Help me out here.

>                    MAX
>          Ok.

Max's eyes begin to roll back in his head. We hear the heart rate monitor suddenly flatline... BEEEEEEEEEEEP.

Frey races into another room and comes back with electric defibrillators. She jump-starts his heart. Again. Again.

Beep...beep...she looks panicked and......beepbeepbeepbeep, his heart starts.

Frey exhales, knows Max will make it. She looks at him. His head lies peacefully unconscious.

We slowly PUSH IN on MAX'S FACE. It blurs.

EXT. LOS ANGELES FAVELA - FLASHBACK

YOUNG MAX and YOUNG JULIO and other children play in a city fire hydrant. They laugh and throw water at one another.

Max climbs up onto the top of a concrete wall. Lying in the sun. Young Julio sitting down below him.

                    JULIO
          What you doing?

                    MAX
          Thinking.

                    JULIO
          Bout who you can mug?

The other kids laugh. Max squints into the bright blue sky. He sees ELYSIUM glinting in the sunlight. Although several hundred thousand kilometers away, it is huge in the sky.

                    MAX
          I'm going to live there.

Julio and the other kids laugh.

                    JULIO
          You're not going to live there,
          SLUM RAT.

                    MAX
          Yes I am. I'm gonna be somebody
          someday.

                    JULIO
          You think we'll still be friends?

Max turns and looks down at Julio.

                    MAX
          Yeah man, always.

They slap hands, the same way they did before the heist.

74.

INT. FREY HOUSE - EARLY MORNING

Max wakes up. He winces in pain. He feels his neck, it's
neatly bandaged. He looks down to see his stomach bandaged.

Frey stands at the entrance of the room sipping coffee. She
looks as though she had no sleep. Max delicately puts his
hand on the bandages where the wound is.

                    MAX
          Thank you.

Frey nods as she sips her coffee.

                    MAX (CONT'D)
          You always see me at my best.

                    FREY
          The blade went into your kidney.

                    MAX
          You live here alone?

                    FREY
          It's a very serious wound Max. But
          the more serious part is...your
          kidney was already failing. The
          wound will be okay, that doesn't
          concern me as much. The real
          problem is whatever this is.

She points to his entire body.

                    FREY (CONT'D)
          I've never seen anything like it.
          You're okay now because I pumped
          enough meds into your body that you
          could get hit by a train and walk
          away. But your organs are failing,
          one after the next. Your body...it
          only has a few days before it just
          stops running.

                    MAX
          A few days?

                    FREY
          At the very most.

Max hardens, snapped back to reality. He SLAMS his fist down,
hits a tray of surgical utensils. Frey goes to pick them up.

                    MAX
          I'm sorry, I'm...

Another voice rings out from the next room.

                       MATILDA (O.S.)
     Mommy?

Max realizes he's looking at drawings on the wall, a kid's
painting of a girl in a field of blue flowers.

Suddenly Matilda enters the room. She holds a tattered doll.
The little girl is clearly very sick, small IV's still
attached to her wrists. Her hospital bracelet visible.

                    MATILDA (CONT'D)
     This is the man...?

                    FREY
     His name is Max. Mommy knew him
     when he was just your age.

                    MAX
     Hello.

Max holds out his hand, along with its HULC stainless steel
knuckle dusters.

                    MAX (CONT'D)
     What's your name?

Matilda looks away from him and nuzzles into her mom's chest.

                    MAX (CONT'D)
     Too formal I think. The whole
     handshake.

                    FREY
     Baby, go watch cartoons, I'll come
     lie with you soon soon, OK?

Matilda leaves the room, she stops at the door and gives Max
an evil eye. He looks kind of worried. Frey gets up and
closes the door gently. Frey stands there a moment.

                    FREY (CONT'D)
     Matilda.....is her name.

                    MAX
     She's beautiful. Like you. Who's her
     father? Where is he?

                    FREY
     Dead. Ran around with the same kind
     of guys you did... Look, Max, I
     helped you. Now I need you to help
     me.

76.

Frey gets closer.

>                    FREY (CONT'D)
>          She's in the final stages of
>          leukemia. I need to get her up
>          there. Up to Elysium.

Max looks at her, surprised.

>                    MAX
>          And you think I can help?

>                    FREY
>          Well... you know who to talk to,
>          right? I mean you're still involved
>          in crime obviously?

>                    MAX
>          Obviously? What is it with you?
>          I've been--

>                    FREY
>          Keep your voice down--

>                    MAX
>          I've been trying to live like a
>          decent person, ok? I've been doing
>          the right thing, and this, THIS is
>          what I got for it.

He motions to his wounds, his body.

>                    FREY
>          Look Max, I don't care how you got
>          here, I really don't. But you're
>          here now. And you have to help my
>          daughter. I've saved up enough to
>          get her a ticket up there and an
>          ID...but I don't have enough for
>          me. So you have to take her. Take
>          her with you and heal her as soon
>          as you land. Then when I have
>          enough, I'll come too.

Max leans back in his hospital gurney.

>                    MAX
>          How do you know I'm going?

She motions to the ID burned into his wrist.

>                    FREY
>          That's not a gang tatt. And I saw
>          you at Spider's.

Max looks away from Frey. Looks at the drawing on the walls.

> MAX
> You really have enough money?

> FREY
> I have enough for her.

Max considers. Slowly turns his head back to Frey.

> MAX
> Yeah. Okay. I can help.

> FREY
> Thank you... (she puts her hand on
> his arm) Thank you.

> MAX
> Can I get up?

> FREY
> Yes. I need to get you some more
> supplies from the hospital. I won't
> be long. Can you watch her?

> MAX
> Yeah.

Frey stands, tightens her sweater. She starts to go, stops.

> FREY
> Max...

He looks at her. She tries to hold back her emotion.

> FREY (CONT'D)
> I think you were sent to me. That's
> what I think.

He has no response. He watches Frey leave the house.

INT. FREY HOUSE - LATER

Max stands, looks at himself in the mirror. He inspects his
body, looks at the scars. He runs his hand over the bandages.
He moves in close to the mirror looking at his own face.

Suddenly he has a mini SEIZURE. The searing white light. The
migraine. His head wants to explode.

He collapses down onto the ground. Breathing heavy.

His fingers run up to the WETWARE socket in his skull, he
feels it. Like a USB plug in his flesh.

78.

                    MAX
          Goddamn sons of bitches.

He smashes some medical paraphernalia that rattles about the
room. He lies there. Defeated. Head sideways against the
wall. Breathing slowly. Eyes shifting as he thinks.

His eyes slowly focus. And he gets up.

INT. LIVING ROOM - CONTINUOUS

Max quietly enters the living room. Matilda lies sleeping on
the couch. He watches her for a beat and then...

INT. FREY'S ROOM - CONTINUOUS

Max walks into Frey's room. He pulls open her cupboards.
Starts looking through her stuff. Shoe boxes. Drawers.

Fast jump cuts as he quietly rips the room apart. Finally he
finds a small box with a ballerina on it. He opens it.

We see a ton of MONEY clumped together in neat bills. He puts
the box down on the dresser and sits on her bed.

He looks at himself in the dresser mirror. Stares at himself.

He suddenly grabs the money and counts it. A beat.

                    MAX
          Thank you god.

He puts his hoodie on and buries the money in a pocket. He
quietly walks out of Frey's room into--

INT. FREY HOUSE - HALL

Little Matilda is standing in the hallway.

                    MATILDA
          Where's mommy?

                    MAX
          She'll be back in a minute.

                    MATILDA
          You have bandages.

She points to her own bandages on her arms.

                    MAX
          Oh, yeah. We both have them.

The two stand awkwardly. She has a book in hand.

79.

                    MATILDA
          Do you want to hear my story?

                    MAX
          Your what?

                    MATILDA
          My story. It's about a meerkat.

                    MAX
          A meerkat?

                    MATILDA
          He was hungry. But he was small. So
          small. And the other big animals
          had all the food, cause they can
          reach the fruits. So he had to
          watch them eat all the nice foods
          and berries cause he so small.

Max feels the money behind his back.

                    MATILDA (CONT'D)
          So he made friends with a
          hippopotamus, so he can stand on
          the hippopotamus to get all the
          fruits he wants. And they eat all
          the fruit together.

Max just looks at her.

                    MAX
          Yeah, I wish that's how it ended.

                    MATILDA
          It is, that's how the story ends.

                    MAX
          Not in the real world, kid. (moves
          for the door) Be right back, ok?

Before she can answer, he's out the door. He closes it behind
him. Pauses there. Conflicted. Then he walks away.

EXT. LOS ANGELES STREETS - DAY

Max moves quickly down the road, but stops when he sees: A
UAV coming toward him, scanning.

                    MAX
          Fuck.

The UAV spots him. It relays the info to--

80.

INT. RAVEN

Crowe sees the flashing light on a monitor.

                    CROWE
          Sir, I think we got him.

Kruger whips his head over. He sees a shot of Max from the
UAV. The computer facial recognition software ID's him.

                    KRUGER
          There you are.

EXT. LOS ANGELES

The hovering Raven drops fast down to the city.

EXT. LOS ANGELES STREETS

Max moves fast, trying to lose the UAV. It flies over him,
not letting him out of its sight.

Max dives under a concrete OVERPASS to a highway. We hear the
UAV hovering and scanning. Max crawls under the narrow
overpass, and gets away on the other side.

                    MAX
          Christ! Leave me alone!

Max grabs baseball-sized ROCKS and starts hucking them at the
UAV, missing, missing, then PING! He cracks one of the
propellers. It dives onto the ground and bounces down a
filthy embankment. Max scrambles away.

EXT. LOS ANGELES - DAY

The massive RAVEN flies down.

INT. RAVEN - DAY

Kruger grabs a gun off the weapons rack and loads it. Drake
and Crowe arm up behind him.

INT. FREY HOUSE - DAY

Frey comes into her house carrying medical supplies. Frey
throws the keys on the table and freezes. She slowly looks
around at the mess. Drawers out. Clothes on the floor.

                    MATILDA
          Mommy. The man left.

                    FREY
          No...no no no...

81.

She runs into her room. She is about to look in the drawer
when she sees the box with the ballerina sitting on the
dresser. She picks it up very slowly and opens it.

Frey collapses down the side of the bed onto the floor.

                    FREY (CONT'D)
          Stupid stupid stupid.

Matilda is standing at the door.

                    MATILDA
          What's wrong?

Frey uses every ounce of strength to hold herself together.

                    FREY
          Nothing baby. Come here.

She hugs her kid, tears forming in her eyes.

EXT. SPIDER'S LAIR - DAY

Max arrives outside the lair. We notice an unusually large
number of people piled up. Throngs of them, on crutches, in
wheelchairs, sick, dying. Max moves past them.

INT. SPIDER'S LAIR - CONTINUOUS

Max walks down the corridor, sweat beading off his forehead.
It's loud and crammed with people shouting. Max checks each
room as he passes, searching for Spider.

Finally he reaches the main room. Spider looks over at him.

                    SPIDER
          Oh god (mockingly) someone call the
          POLICE. Jesus, that's the last time
          I send you on a mission. Could you
          have fucked up any worse?

Max tries to walk right in. A BODYGUARD attempts to stop him.
Max effortlessly chokes him out and tosses him into the hall.
Max marches right up to Spider.

                    MAX
          You need to get me up there. Now.

                    SPIDER
          Bullshit, Manuel said the data is
          fucked. No data...no ticket. Now
          get the fuck out, and go downstairs
          so they can take back my suit.

82.

Max slams all the money down on the table.

>                    MAX
>          90. It's all there.

Spider looks at the roll of cash.

>                    SPIDER
>          Where did you get that?

>                    MAX
>          Who gives a shit? Put the fuel in
>          the jet. Let's go!

>                    SPIDER
>          We CAN'T.

Max shakes his head, the words don't register.

>                    MAX
>          That's the right amount? That's a
>          one way ticket. Fuck our other deal!

Spider picks up the cash and hands it back to Max.

>                    SPIDER
>          THE...FLIGHT...SYSTEM...IS JAMMED.

Max stares blankly at Spider, desperate.

>                    MAX
>          I...I gotta get up there.

>                    SPIDER
>          Join the club. I don't mean to be
>          blunt but you need to get the fuck
>          out of here. I need to see if we
>          have a hope in hell, which I
>          personally don't think we do, of
>          EVER getting back online.

Max collapses forward, holding his head. He instinctively
feels the data port scars on his head, rubbing them, in total
frustration and anguish.

>                    SPIDER (CONT'D)
>          What happened out there?

Max doesn't seem to hear him.

>                    SPIDER (CONT'D)
>          Answer me. How did you manage to
>          get everyone killed? And corrupt
>          the data.

83.

                    MAX
          Corrupt? CORRUPT!? They came
          looking for me because of this
          fucking data.

                    SPIDER
          What?

                    MAX
          Some kind of CCB hitman came after
          me. Said he was going to CUT OFF MY
          FUCKING HEAD. For data which
          according to you is apparently
          fucking useless. Explain that,
          genius.

Max starts hitting the side of his head.

                    MAX (CONT'D)
          THIS! This! Stuff in my head.
          Codes, numbers, PROTOCOL, every
          time I think of it, I see it in my
          eyes, like a fucking nightmare!

He forces his thumbs into his eyes, as if trying to stop a
migraine. Spider looks at him.

                    SPIDER
          That's.... How can that be...?

Spider looks back at the monitors flashing NO FLY INITIATED.
He turns back toward Max, putting the pieces together.

                    SPIDER (CONT'D)
          We have to see what's in your head.

                    MAX
          What?

                    SPIDER
          I think we may have caused this.

Spider hobbles over to a computer console, grabs a long cable
and tries to plug it into Max's head. Max slaps it away.

                    SPIDER (CONT'D)
          Listen, Max...if they are hunting
          you, don't you want to know WHY?

Max considers. The words resonate. He lowers his hands.

Spider plugs in. He fires up a program and the computer scans
Max's head. Huge monitors display billions of lines of code.

84.

                     SPIDER (CONT'D)
My god...

                     MAX
What, what is it?

Spider is speechless. He turns to look at Max.

                     SPIDER
They will hunt you to the edge of
the earth for this.

He slumps back in his chair, stunned by the discovery.

                     MAX
<u>What is it</u>?

                     SPIDER
We could make every human a citizen
of Elysium. That code gives us the
power to run their whole system.

Max looks down, holding the money he stole.

                     MAX
Humans could live there? Legally?
Medical? All of it?

                     SPIDER
Yeah. But I don't give a shit about
that, have a nice house, whatever.
I care about the larger picture...
WE CONTROL THEM.

                     MAX
How the fuck do we do that?

                     SPIDER
Well...we fly up there, break into
the central server and upload this
into it. This data lets us take
control of every single Biosphere
droid. They have no military, no
police, they only have these
droids. Which means, I control
them, I control Elysium.

Max looks at him.

                     MAX
Break into the mainframe?

                     SPIDER
Yes.

85.

>           MAX
>      The one in Elysium? The most
>      protected in the universe?
>           (chuckles coldly)
>      If you want to kill yourself, go
>      right ahead. Don't expect me to go.

Spider hobbles closer to Max.

>           SPIDER
>      Listen kid, I can appreciate that
>      you don't have the capacity to
>      understand how important this is.
>      BUT YOU HAVE TO TRY.

>           MAX
>      No. You're the one who doesn't
>      understand.

Max stands up aggressively.

>           MAX (CONT'D)
>      I don't give a shit about your
>      suicide mission. I just need a ride
>      up there. You're a taxi service to
>      me. Get it? You're a fucking BUS.

Max throws the chair out of the way and starts leaving.

>           SPIDER
>      You selfish sonofabitch. You hold
>      the key to flipping the whole
>      system, and you don't have the
>      balls to man up and do it!

Max rips the door open to leave, we see Spider clumsily grab
a tiny stamp of technology off his desk.

>           SPIDER (CONT'D)
>      Hey! Don't you leave! Where are you
>      gonna go? Huh? Go curl up under a
>      bridge somewhere? YOU NEED ME!

Spider tries to stop Max, his uncoordinated hands feverishly
clawing for a grip on Max's chest. However, with a very fast
sleight of hand he sticks a tracking microchip on Max's HULC.

Max effortlessly pushes him back across the room, sending him
crashing into tables, computers. Max points to his own head.

>           MAX
>      If they want this thing so fucking
>      bad?
>           (MORE)

86.

>           MAX (CONT'D)
> Then they will cut me a deal,
> they'll give me WHAT I WANT. A
> ticket up there.

>           SPIDER
> Or WHAT?

Max leans down to the knocked-out guard, pulls a grenade off
his kevlar. He holds up the grenade and points to his head.

>           MAX
> Or I'll blow it up.

Max walks out, Spider yells from the floor.

>           SPIDER
> Come back here! You can't give that
> to them.

Spider desperately grabs for a walkie.

>           SPIDER (INTO WALKIE) (CONT'D)
> Stop him!

INT. SPIDER'S LAIR - VARIOUS

We hear SPIDER'S crunchy RT voice echo off gangsters'
walkies. They attempt to stop Max as he leaves, but--

He effortlessly takes them out, using the super-strength of
the HULC, his metal enhanced limbs flashing in the shadows.

Max leaves bodies in his wake. He turns a corner and faces:

A sea of destitute people.

Refugees waiting for Spider to save them. Each one needing a
ticket to the land of salvation. They look at Max, deep into
his eyes. A big beat, and...Max starts walking through them.

We can hear Spider YELLING through the open door.

>           SPIDER
> They will NEVER bargain with you,
> IDIOT. YOU'RE A DEAD MAN!

Max walks out the front door. The guard knows better than to
pull a gun on him. He just puts his hands up.

INT. FREY HOUSE - DAY

Frey tucks Matilda into a bed inside her room. The mess lies
about everywhere. Frey starts cleaning it up.

                    MATILDA
          Why are you crying?

                    FREY
          Oh, nothing sweetie just a bad day.

                    MATILDA
          Is it cause of that man? Who was
          he?

                    FREY
          He was..... what I thought he was.

Suddenly, they hear whining jet engines. The sound of the
shuttle touching down outside. Frey moves for the door when--

BOOM. CROWE kicks the door open, DRAKE storms the room, guns
out. KRUGER enters behind them.

                    FREY (CONT'D)
          What are you -- please no --

Crowe violently takes Frey to the ground. Drake goes to check
rooms. Kruger slowly steps toward Frey.

                    FREY (CONT'D)
          Who are you? You have no right.
          Leave us alone!

                    KRUGER
          Oh...my my...we have no right.

Kruger grabs Frey by the upper arms, pulls her close.

                    KRUGER (CONT'D)
          Where is he?

                    FREY
          Are you looking for that criminal?
          I hope you find him, I hope you
          throw him in jail for the rest of
          his life!

Kruger smiles, looks at his men.

                    KRUGER
          Lot of anger there, lotaaaa anger
          there boys.

Kruger gently feels her hair between his fingers. He lifts a
handful of it and smells. His eyes focus over to see MATILDA.

                    KRUGER (CONT'D)
          And who is this little one?

88.

>           FREY
> Please. He's gone, just leave us. I
> don't know anything, I just helped
> him, he was wounded.

Kruger silences her by putting his finger on her lips.

>           KRUGER
> Shhhhh, I know I know...

Kruger gently walks over and sits next to Matilda.

>           KRUGER (CONT'D)
> And what's your name?

>           MATILDA
> Mommy...

Frey runs over and picks her up.

>           FREY
> Please...you're scaring her.

Drake returns to the room.

>           DRAKE
> There's no sign of him here, sir.

>           KRUGER
> Well, that's alright for now. I've
> found something else...

Kruger motions for them to take Frey. Crowe grabs her.

>           FREY
> No! No please! Listen! I don't know
> anything. I don't know where he is!
> He took everything from me!

>           MATILDA
> MOMMY!

Kruger gently caresses the child's head.

>           KRUGER
> There there, don't worry little
> one.

>           FREY
> LEAVE HER ALONE! I told you
> everything I know! What the hell do
> you want from me?

Kruger looks at Frey, smiles.

89.

>                         KRUGER
>                 What do I want? Now I want...you.

He turns toward Matilda.

>                         KRUGER (CONT'D)
>                 Both of you. I want a family.

EXT/INT. RAVEN - DAY

The back hydraulic bay doors open. Kruger's men drag Frey and
Matilda inside. Frey is forced into a seat.  A huge chest-
restraint bolts her in like a rollercoaster brace.

>                         FREY
>                 Please don't do this, please just
>                 let us go, I'm begging you.

Kruger ignores her, turns to his men.

>                         KRUGER
>                 Let's get comms up with the embassy
>                 team, need FMRI scan in twenty.

The rear hydraulic doors seal up. Frey looks to Matilda.

>                         FREY
>                 It's ok sweetie, it's ok.
>                 Everything's going to be ok.

For the first time, her words are hollow. And the little girl
knows it. Frey reaches out, pulls Matilda close.

EXT. LOS ANGELES STREETS

Max walks fast through the streets. Suddenly, he sees--

The shuttle rise up from behind some houses. Max begins
yelling, waving his arms.

>                         MAX
>                 Hey! Hey!! I'm right here. Come and
>                 get me, you sack of shit.

He realizes they are still leaving. Max runs down the road
toward the area where he escaped the UAV.

INT. RAVEN - DAY

Kruger steps close to Frey, almost kissing her cheek.

> KRUGER
> I always wanted a wife. I never
> could quite settle down, if you
> know what I mean. You'll love
> Elysium, feel right at home....and
> you (to Matilda) you can have any
> pet you want. Even a parrot.

Frey tries to push him, but she is bolted down by the chest
restraints. He violently pushes her arms back, laughs.

> KRUGER (CONT'D)
> You need to have more respect for
> me, if we're going to be a happy
> family.

EXT. LOS ANGELES - DAY

Max climbs down the embankment to find the UAV operational in
the weeds. He lifts it up. Looks into the lens.

INT. RAVEN - CONTINUOUS

MAX's FACE comes up on one of the monitors. They can see him
yelling into the lens but cannot hear any audio.

> DRAKE
> Holy shit. Sir, you better take a
> look at this.

Kruger snaps his attention away from Frey. He walks over to
the monitor. He sees Max, then looks to his men.

> KRUGER
> TURN US AROUND.

EXT. LOS ANGELES

The RAVEN hovers for a second and then rapidly descends.

EXT. LOS ANGELES HIGHWAY - DAY

Max throws the UAV to the dirt. He walks through a line of
weeds on the side of the highway and leaps onto the road.

The shuttle approaches head on. Max stands in the road.

The RAVEN lands, weeds and garbage spin in its vortex.

INT. RAVEN - CONTINUOUS

Kruger snaps his kevlar vest on, and hits the rear door
button. The hydraulic steel door whines as it opens.

EXT. LOS ANGELES HIGHWAY - CONTINUOUS

Max reaches into his pocket and pulls out the THERMAL
GRENADE. He pops the pin. Holds it closed with his hand.

Kruger emerges from the Raven. He walks out into the sunlight
towards Max.  Max watches him coming like a hawk.

>                   KRUGER
>          There's my favorite human. What's
>          that for? I am unarmed, my dear.

>                   MAX
>          If you ever want to use this
>          bullshit (pointing to his head),
>          you're going to do exactly what I
>          say. You understand?

Kruger stops walking. They stand facing each other. The hot
sun beating down on the road.

>                   KRUGER
>          It seems as though you hold the
>          upper hand my friend. Step on board
>          and let's discuss.

>                   MAX
>          Does it look like I WANT TO DISCUSS
>          THINGS?! Fly me up there. I need
>          medical attention now.

>                   KRUGER
>          Fine.

>                   MAX
>          You can have whatever this shit is
>          (pointing at head) when I'm healed.

>                   KRUGER
>          OK. Let's go. Climb aboard partner.

Kruger points to the doorway of the RAVEN. Max's eyes dart
over to the large shuttle and back to Kruger.

>                   MAX
>          I swear to Christ, you make one
>          move, I will blow this fucking
>          thing and myself into red mist.

Kruger nods and smirks.

>                   KRUGER
>          Let's go. Let's take you up there
>          to your new existence.
>                     (MORE)

92.

                    KRUGER (CONT'D)
          Leave this terrible latrine of a
          planet. Leave all this behind you.
          Get that horrible irradiated body
          fixed.

Kruger heads for the Raven. Max grips his grenade and follows
him. Kruger walks into the shuttle. Max enters and sees......

FREY.

Max freezes in his tracks. His eyes transfixed on her. As she
comforts Matilda, she looks at him. Tears run down her face.

                    FREY
          What.........

Suddenly her demeanor changes. She becomes ice cold.

                    FREY (CONT'D)
          You backstabbing bastard. You did
          this to us--

Kruger covers her mouth, she struggles, only angry muffled
sounds can be heard. Max stands speechless, stunned.

                    KRUGER
          Okay, let's head out boys!

The rear bay doors seal up with a hydraulic HISS.

EXT. LOS ANGELES

The RAVEN accelerates up into the sky at blistering speed.

INT. RAVEN

Max still holds his grenade. He sits opposite Frey. He looks
at her without blinking.

                    MAX
          I'm....I....I didn't...

He turns to look at Kruger.

                    MAX (CONT'D)
          Let her go for god's sake. What the
          hell does she have to do with this?

Kruger turns to Max and smiles.

                    KRUGER
          Well, you two are obviously old
          friends.
                    (MORE)

93.

                    KRUGER (CONT'D)
          Please feel free to come round and
          visit, you can catch up on old
          times. We have a lovely patio at
          home. (icy to Max) Focus on your
          own problems, son.

INT. SPIDER'S LAIR

Spider hobbles over to a computer. A techie operates it.

                    SPIDER
          Ok, where is he?

                    TECHIE
          Just pulling it up sir.

The tracking point on Max shows up as a dot on the screen.

                    TECHIE (CONT'D)
          Whoa... he's airborne. Leaving
          earth sir, bound for Elysium.

Spider looks shocked. Then snaps into motion.

                    SPIDER
          Manuel, Rico, fire up the shuttle.
          Get weapons, get kit. We're going
          up.

INT. CCB HQ CONTROL ROOM - DAY

RHODES sits at her desk. Her wrist vibrates. She sees the
number, very calmly and quietly leans forward.

                    RHODES
          Do you have it?

                    KRUGER
          Protocol is onboard.

Rhodes looks around to make sure nobody is watching.

                    RHODES
          I'll expect you in 19 minutes.

EXT. SPACE

The RAVEN hurtles toward ELYSIUM at 22 thousand kph.

INT. RAVEN

Max watches Frey. He attempts to say something.

94.

>                    MAX
>          Frey...

She doesn't look at him.  Max glances over at Crowe, who
stares back, getting uneasy in the Zero G.

>                    MATILDA
>          Mommy I'm scared.

>                    FREY
>          Don't worry, everything's going to
>          be fine, I promise.

She slowly looks up at Max.  Their eyes meet.  He looks away.

He grips the grenade so hard his tendons flex.

He looks around the craft.  And his eyes slow on warning
logos: "warning pressurised hull."

Max looks out the porthole at the vacuum of space.  He sees
ELYSIUM coming into focus.  Frey looks at him.  Hard, bitter.

>                    FREY (CONT'D)
>          This how you always imagined it?

He says nothing.  Deeply conflicted.

Suddenly the jet hits the atmosphere of Elysium.  Shaking and
reverberating through the whole ship.  Matilda starts CRYING.

>                    FREY (CONT'D)
>          It's ok sweetie.  It's alright.

Kruger goes and sits dangerously close to Matilda.

>                    KRUGER
>          It's just called reentry.  We're
>          about to land.  We're home.  I
>          promise you, you're gonna love it.

Max looks out his window.  The ship slows, rows of gorgeous
mansions extend forever.  His dream, right there.

He looks back at Frey, Matilda.  The child terrified, tears on
Frey's cheeks.  Max blinks hard, makes an impossible decision.

>                    MAX
>          Fuck it.

He reels back and tosses the GRENADE all the way up to the
cockpit.  It clinks and rolls up to Drake.

95.

SLOW MO: Kruger whips his head over, his pupils dilate. Drake looks at the grenade at his feet in disbelief.

                    MAX (CONT'D)
          (to Frey) Cover your ears!!!

Max is free in his seat, he moves fast and grabs Matilda. He covers her ears and gets into a firm brace position as--

EXT. ELYSIUM

BOOOCOOOOOOOOM.

A MASSIVE EXPLOSION tears through the RAVEN cockpit. The explosion sends the RAVEN screaming downward into the mansions, crashing into the lawns.

SSSSSSMMMMMMAAAAASHHHHHHHH. Frey is shaken around violently, screaming, but she's held by her harness. Max hangs onto Matilda for dear life as the impact sends everything flying.

EXT. ELYSIUM

THE RAVEN clips a MANSION, blasting cement dust out like a meteor hit, it digs into the lawn sending clumps of dirt and grass hundreds of feet in the air.

Martini sipping ELYSIAN women scream and PANIC, jumping out of their hot tub as the ship tears through their garden.

INSIDE THE RAVEN:

Crowe is shaken violently in his harness.

Kruger is unbelted and slammed into the cockpit with car-crash speed, smashing his head on a steel railing.

The behemoth scrapes along, tearing up the Bel Air style garden, finally smashing into a mansion and stopping.

INT. SPIDER'S UPLOAD ROOM - DAY

A techie sits watching a monitor. He speaks into a mic.

                    TECHIE
          They just went down on the surface.

INT. SPIDER'S SHUTTLE

We find Spider in his own shuttle with Manuel and gangsters.

                    SPIDER
          Got it... Go faster.

96.

INT. CCB HQ CONTROL ROOM - DAY

Rhodes spins her head around as an alarm rings inside the CCB control room. The huge wall screen in the CCB displays a massive warning: FOREIGN VESSEL IMPACT, BETA QUADRANT.

                    CCB AGENT 4
          What do you want us to do ma'am?

Rhodes abruptly stands and grabs her coat.

                    RHODES
          Scramble a jet for me.

EXT/INT. RAVEN

The dust begins to settle. Electrical circuits spark and hiss. Max coughs and pulls himself upright, the entire RAVEN is on its side, the walls are now the floor.

Frey hangs suspended from the roof inside her harness.

                    FREY
          MATILDA! WHERE IS SHE??

Max finds her still in his arms.

                    MAX
          She's fine, I got her.

Matilda is crying.

                    MATILDA
          Mommy!

                    FREY
          It's ok sweetie, it's ok.

Max looks around the sparking smoked-up interior. He sees Crowe beginning to stir.

Max goes to Frey, tries to get her out of the harness, but--

It won't budge. He runs over to a console of switches and buttons at the back and hits them, one after the next, accidentally the rear BAY DOORS hydraulically hiss open.

Sunlight spills into the smoke-filled interior, along with ash and embers. Fire from the jet fuel burns outside.

As Max tries to find the button to release Frey, Crowe begins to rise. Max looks over at him, he looks back at Frey and violently tries to rip the harness open. It won't budge.

97.

> MAX
> (to Matilda) Go go, run!

> MATILDA
> No! MOMMY!!

> FREY
> Run, Matilda! RUN I'LL COME FOR
> YOU! GO!

Crowe stumbles to his feet.

> CROWE
> You're dead.

> FREY
> RRRUUUNNNN!!!

Matilda runs out the back into the garden. She hides in the
rose bushes.

SLOW MOTION: Drake grabs his huge SMART GUN and harnesses it
into a bracket connected to his chest armor.

Max dives and grabs the DEFLECTOR off a weapons rack.

Drake's finger on the trigger. CLICK.

Max's finger on the Deflector. CLICK.

Normal speed: the smartgun unloads an ungodly amount of lead
at Max, the deafening gun filling the interior with smoke.

ULTRA SLOW MO: the bullets hit the force-field around Max and
deflect in all directions, knocking Max violently back. Crowe
keeps firing, walking toward Max, never letting up.

> CROWE
> Die, peasant.

Most of the barrage of lead is sent out of the Raven, tearing
up the lawn sending plumes of dirt up.

EXT. RAVEN

The force of the bullets knocks Max out of the RAVEN onto the
dirt and the metal subsurface of Elysium exposed by the
crash.

Despite the violence, as soon as Max makes contact with
Elysium's surface, the mainframe becomes aware of him:

HOLOGRAPHIC icons and data popup all around Max: "deal on
HUGO BOSS," "amazon account - not registered," etc.

Max falls on his back, the deflector is knocked out of his hand, the force-field goes away. Max moves like a lightning bolt toward Crowe, grabbing the huge gun while the psycho continues firing. Max uses his superior HULC strength and smashes the gun in two over his titanium covered knee.

With awesome martial arts moves, Max grabs Crowe's arm, pops his elbow. Crowe howls in pain. Icons and data pop up, showing directions to the closest medical bay.

Max reaches over to Crowe's tactical webbing, pulls the pin out of a GRENADE and kicks him back onto the lawn.

Max moves back inside to help FREY, BOOOOOOOM! A cloud of blood, dirt and grass is hurled into the air behind Max.

INT. RAVEN - CONTINUOUS

Kruger stumbles up, very unsure on his feet. Frey looks at him, trembles with fear. He slowly pulls two throwing knives.

> KRUGER
> The pain isn't real.

EXT. ELYSIUM

Kruger hurls the throwing knives with cobra-like snaps. But Max moves so fast that he deflects the blades in the air.

> MAX
> C'mon. You can do better.

Kruger throws a barrage of four, Max smacks three out of the air, one digs into his stomach, he stumbles backwards.

In the second it takes Max to pull the blade from his stomach, Kruger draws his KATANA and comes at Max full force.

He swings his sword like a drunken pro. Max uses the exo-suit on his wrists and shins as steel shields.

KLINK KLINK. Kruger's sword is stopped by Max's augmented limbs. But the sheer aggressive onslaught is too much, finally knocking Max back to the ground.

The maniac stands over Max, puts a boot on his chest.

> KRUGER
> I'm going to enjoy this. I'm going
> to hand deliver them your head.

Kruger slowly raises the KATANA. Max's fingers outstretched, feeling for anything, he feels the tactical webbing of the remains of Crowe, and then his fingers find Crowe's SHOTGUN.

As Kruger brings the blade down, with bullet-like speed Max grabs the shotgun and uses it as a shield.

ULTRA SLOW MO: the KATANA shatters like glass, glinting pieces of titanium fracturing and splintering into the sunlight. Twinkling in front of Max's face.

Max spins up and KICKS Kruger so hard, the kick FLINGS Kruger back against the Raven like a rag doll. The coughing wheezing maniac drops the remains of his sword, trying to breathe.

INT. RAVEN - CONTINUOUS

Frey watches as the violence unfolds just outside the ship:

Max swings the shotgun up, cocks it and steps right up to Kruger who is now lying propped up against the Raven door. Max puts the shotgun in Kruger's face.

                    KRUGER
          (Weakly) See you soon...

Kruger smiles, and licks the barrel of the shotgun.

CLOSE UP: Max's trigger finger... CLICK.

The shotgun pellets BLOW Kruger's face off.

EXT. MANSION ELYSIUM

An ELYSIAN FATHER comes out of his house to see Max executing Kruger. The man panics.

                    ELYSIAN MAN
          Oh god! Sweetie call immigration,
          get the kids!

Max drops the gun and suddenly remembers Frey. He goes into--

INT. RAVEN - CONTINUOUS

Max walks into the smoky interior, and fires his shotgun at the control panel. BOOM! The ship flickers, the harnesses all snap open. Frey is released and falls against the wall. She slumps down. Max moves toward her, but she pushes past him.

                    FREY
          MATILDA!!

Matilda races out of the bushes, rushes up to her mom. Frey drops down and hugs her little girl tighter than ever.

Max turns to the rack of guns in the RAVEN and grabs a RAILGUN. He sees a MEDPACK on the ammo shelf and grabs it.

100.

He runs over to FREY, about to pull the two girls to safety when he realizes the beauty and scale of ELYSIUM.

Frey rises slowly, holding Matilda. The three earthlings take a moment. They have never seen anything like this before. The stunning torus creates a horizon that never ends.

But Max hears something. He snaps his head over to see: a HOMELAND DEFENSE RAVEN incoming.

>                    MAX
>          We gotta get out of here. Now.

He turns to grab Frey, she rips her arm away.

>                    MAX (CONT'D)
>          Look. I know words mean nothing,
>          but I promise you right now if you
>          want to get out of this alive, you
>          have to come with me. Please.

The HOMELAND DEFENSE RAVEN is coming in fast. Max grabs Matilda and pulls Frey. They run across the manicured lawn. The smoking wreckage of the shuttle smoulders behind them.

INT. HOMELAND DEFENSE RAVEN - CONTINUOUS

Rhodes stands at the open door. IMMIGRATION DROIDS peer over her shoulder watching the illegals run across the lawn.

>                    DROID
>          Three suspects, ma'am.

>                    CABIN SPEAKERS
>          Dispensing tear gas and net guns.

>                    RHODES
>          Negative. Use live ammunition,
>          wound the male, but do not damage
>          his head. Kill the other two.

>                    DROID
>          Roger that, ma'am.

The droid shoulders his SMG and FIRES!

EXT. MANSION ELYSIUM

Matilda screams as BULLETS kick up the dirt behind them. They race up the stairs of a palatial mansion.

Frey tries desperately to get into the house. All the doors are locked.

101.

The droids fire again, tearing up potted plants and
shattering tiles. Max turns and fires his RAILGUN at them,
HYPERSONIC ROUNDS tearing straight through the Raven.

RHODES ducks as splinters of metal shatter through the cabin.
Pin-pricks of light poke through the punctured hull.

Frey keeps trying to find a way into the house.

                    MAX
          This way!

Max and the girls run along the side of the mansion, and then
down stairs. The droids fire at them, blowing chunks out of
the earth, kicking up water from the pool.

Max turns and fires, he BLOWS one of the droids away. The
shattered droid boils across the cabin floor. Sparks and
bolts ping around the cabin. Rhodes protects her head.

                    RHODES
          Take him out!

The droid mans a huge DOOR-GUN, and opens fire, trimming palm
trees with a beam of lead. Max trips and falls, Frey turns.

                    MAX
          Go go! Keep going!

He lifts his rifle and takes a second to aim. He fires
straight into the wing turbine. The engine explodes! The
RAVEN immediately begins to lose altitude.

Max gets up. As he sprints after Frey and Matilda, we see the
Raven smack into the lawn, like a very hard chopper landing.

INT. RAVEN

Rhodes hangs on as it SLAMS to the ground and comes to rest.
Warning alarms blare. Rhodes uncouples herself and steps out
of the smoke into the sun. She looks around for Max. Gone.

EXT. MANSIONS

Max and the girls keep running across mansion grounds. Max is
clearly in serious pain, struggling. Frey looks back.

EXT. MANSION ELYSIUM

Rhodes walks over to the smoky remains of Kruger's shuttle.
She sees KRUGER'S BODY. She takes a moment to look at the
sheer devastation. Then she hears--

102.

The slow whine of a third RAVEN incoming. She turns to look at it. She waves her arms, directing it down toward her.

EXT. ELYSIUM MANSIONS

Max and the girls break through a perfect hedge. They race up marble steps. Max shatters a window and--

INT. MANSION ELYSIUM

Max lands on the marble floor. Frey and Matilda follow. They hear the roar of the CCB RAVEN outside.

Max silently peers over the edge of the windowsill. He watches as the Raven screams by overhead, departing with Rhodes in it. He watches it disappear, then--

Max starts laughing, relief washing over him.

Matilda gets up and runs through the immense house. Max slowly stands. He walks around taking it all in.

He and Frey walk onto a back deck that looks out at the magnificence of Elysium. Bright flowers. Shimmering lakes.

                    FREY
          I never thought it could be so....

                    MAX
          Beautiful. Yeah.

A look between them. They made it.

An overhead computer voice begins reading features about the house. It is for sale. Matilda runs into the children's room.

                    MATILDA (O.S.)
          Mommy! Come and see.

Frey walks into the children's room, which is bigger than their house. It is stuffed with brand new toys.

                    MATILDA (CONT'D)
          Please can we stay?

Max enters the room. As he looks around, we see a FLASH of his ORPHANAGE. We cut back to the room and--

Suddenly Max DOUBLES OVER in pain. The barcode on his wrist lights up for a second as the house scans it. BEEP.

> OVERHEAD VOICE
> RUNNING MEDICAL SCAN...completed.
> Please report to the medical bay at
> once citizen. Multiple organ
> failure imminent, white blood cell
> diminishing. Please report.

Frey rushes over to him. She feels for his vitals.

> FREY
> Oh god.

She lifts him up, he winces in pain.

INT. CCB HQ

We follow Rhodes as the CCB droids walk behind her. They
carry KRUGER in a body bag. They move through a door to--

INT. CCB ARMORY

The large high-tech room is a mixture of equipment and
weaponry. Two CCB MEDICAL DROIDS stand waiting. Rhodes waves
the droids carrying KRUGER in. They dump the body on a table.

> RHODES
> Fix him.

The droids pull the bodybag off Kruger. His wound seems
beyond the point of repair. The medical DROIDS grab plastic
packages, they break the seals and pour the white powder
contained within all over Kruger's destroyed face.

A robotic ultra-violet light begins interacting with the
powder. Magically we see Kruger's face begin to regrow. As
this happens, the droids begins linking up IV's and sensors.
Starting the heart again. Getting the body back online.

> MED ROBOT
> Blood flow is looking good.

The body starts breathing, then its eyes open. The droids
start pulling off all the medical sensors. KRUGER'S face is
complete. As good as new. In fact, better. No scars.

INT. MANSION ELYSIUM

Frey helps Max into the medical room while Matilda watches.
The room looks like a hospital MRI ROOM designed by
poggenpohl. There is a medical table.

Frey knocks the flower jars off and puts Max down. There is
one large button. She hits it. A laser scans Max's FAKE ID.
A holographic menu pops up. A choice of cosmetic upgrades.

104.

> OVERHEAD VOICE
> A variety of health upgrades are on
> offer. We have a sale at the moment
> in the Armani range. Please make
> your selection from the menu.

Max looks at Frey and Matilda. He touches the Armani logo.
The overhead cover begins coming down. Closing Max inside.

EXT. MANSION ELYSIUM

SPIDER'S graffiti-ridden ship comes in fast and lands on the
lawn outside the mansion. Spider hops out. Manuel and Rico
hop out with him. Spider looks back into the shuttle.

> SPIDER
> Take off, give them some exercise.

The shuttle takes off behind them and leaves.

INT. MANSION ELYSIUM

Spider smashes the door open. He walks inside following his
tracker. It leads him to the MED BAY. He sees Max about to be
re-atomized and healed.

> SPIDER
> NO!!!

Spider lunges forward and uses his gun to jam the machine
from closing. He hits the CANCEL button.

> MAX
> What the fuck are you doing? What
> are you doing here?!

> SPIDER
> You can't do that. Not yet. It'll
> destroy the data.

> MAX
> I don't care about your fucking
> DATA. I'M DYING. Do you know what I
> went through to get here?

> SPIDER
> Please....If you're re-atomized
> now, it'll scramble the data. You
> can't heal yourself, not yet.

> MAX
> Are you kidding? Get the hell out!

Max tries to push him away.

105.

>           SPIDER
> Will you listen? There's another
> way. There's another way asshole!

Matilda cries, the fighting getting to her.

>           FREY
> Let's get you out of here.

Max throws Spider from the med bay. Spider knocks over plants
and vases, smashing them. Matilda starts trembling.

>           FREY (CONT'D)
> Baby? Hey sweetie?!

>           MAX
> Get out! GET the hell OUT!

The gangsters point their AK47s at Max.

>           RICO
> I'm gonna waste this motherfucker!

>           SPIDER
> NO! NO!! Don't!

Matilda's eyes roll back. She is having a full seizure.

>           FREY
> MATILDA? MATILDA!!

Max and Spider and the gangsters all stop and look at the
little girl. Frey stands up frantically.

>           FREY (CONT'D)
> No! No!!

She grabs Matilda, rushes to the medical bay and puts the
child down gently. Spider is helped up by the gangsters.

>           FREY (CONT'D)
> Please god, don't let this happen.

She hits the ANALYZE button. There is a loud error BEEP.

>           OVERHEAD VOICE
> Error, no citizen detected.

>           FREY
> NOOOO!!! PLEASE!!!!

She violently hits the button again.

106.

> OVERHEAD VOICE
> Error, no citizen detected.

Frey starts hitting the machine.

> FREY
> PLEASE!!

She SMASHES the button again.

> OVERHEAD VOICE
> Error, no citizen detected.

She looks at Max.

> FREY
> GIVE HER YOUR CITIZEN CHIP! YOUR
> ARM! GIVE IT TO HER!

Max looks down at the ID burned into his arm.

> SPIDER
> He _can't_. It's coded to his DNA.

Frey collapses onto her knees beside the table. She chokes back tears. She strokes Matilda's hair.

> FREY
> Just hold on baby, mommy will find
> a way. Just hold on.

Max looks out at the sprawling estate. The manicured lawns extending for ages. The magnificent curve of Elysium.

Then he turns back to Frey and Matilda.

> MAX
> Ok... (turns to Spider) If I do
> this, it'll help her right?

Spider nods. Max looks back down at his broken body.

> MAX (CONT'D)
> Let's get on with it.

INT. CCB MED-LAB

KRUGER is now alive. The MED BOTS disengage the cables that suspend him, and he collapses like a marionette. Slowly his fingers uncurl. His muscles tremble as he rises to his feet.

> KRUGER
> Christ I hate rehabilitation.

107.

He looks around, slowly walks over to a row of sinks and mirrors. He checks out his reflection.

>                    RHODES
>          Do you realize what you've done?
>          You crashed a CCB vehicle into the
>          Bryanston sector!

Kruger continues to look at his new face.

>                    KRUGER
>          I hate how new it is. Like a baby.

>                    RHODES
>          I hired you to be covert! You know
>          how much I have to clean up now?

Kruger suddenly punches the mirror. The broken glass cascades everywhere. Rhodes seems momentarily shocked.

>                    RHODES (CONT'D)
>          Are you listening to me?

Kruger takes a shard of glass and cuts above his eyebrow.

>                    RHODES (CONT'D)
>          That human is running around here
>          now, god knows where. We need to
>          get that data out of his head
>          before he realizes what he has, or
>          before the administration realize
>          what we were doing and hang us both
>          for treason. You understand?

Kruger admires himself in the mirror, his fresh scars. He looks more like the old Kruger. Rhodes steps closer.

>                    RHODES (CONT'D)
>          Kruger. Have you heard a word I've
>          said?!

Kruger cocks his head, then turns and with lightning speed SLITS RHODES' THROAT.

SLICE.

Rhodes chokes and falls to her knees gurgling. Kruger throws the piece of glass, KLINK, it bounces off tiles somewhere.

The med robots stand by. Rhodes cannot form a sentence to get them to help her. She falls, dead.

108.

                    KRUGER
        Now nobody knows about that data.
        Nobody but him and me. Which means,
        when I get it, this place is mine.

Kruger grabs a weapon, and steps over Rhodes as he heads out.

INT. MANSION ELYSIUM

Max and Spider huddle over a tattered MAP OF ELYSIUM. It is
big, taking up the whole kitchen table. Gangsters look on.

                    SPIDER
        We need to get that data out before
        you're healed. The healing process
        strips the atoms and realigns them,
        it will corrupt the data instantly.
        After we extract the data, then
        we'll fix you up. Plan is, we break
        in, download it, then get you here
        right away. (points to map) They
        have medical bays in the armory.

Max looks over at Frey and Matilda. Frey has a wet cloth on
her brow, cooling her daughter down.

                    MAX
        You're sure this will work? This
        will give them what they need?

                    SPIDER
        Brother. If we do this, humans
        become citizens of Elysium. She can
        get cured right away. Along with
        nine billion others.

Max contemplates the answer. Spider motions to the map.

                    SPIDER (CONT'D)
        We drop in here. This is a back
        entrance to the control room.

We follow his finger along the illegal map.

                    SPIDER (CONT'D)
        All the way in here. Boom. This is
        the protocol room.

                    MAX
        How do we get through these?

He points at the airlocks. Spider reaches into his bag and
pulls out a swipe card connected to a handheld computer.

109.

                    SPIDER
          Run a bypass. I always come
          prepared, son.

                    MANUEL
          Goddamn suicide run.

Spider gives a rueful smile.

                    SPIDER
          It's much worse than that.

He looks over at Frey.

                    SPIDER (CONT'D)
          We could use your help.

                    FREY
          I'm not leaving her.

Spider holds up a headset and laptop.

                    SPIDER
          Just guide us. Real time satellite
          feed. When the shit hits the fan in
          there, you can be our eyes.

Frey nods. Max stands, lifts an AK47, checks the breach.

                    MAX
          Alright then.

JUMP CUTS: various guns/ammo loaded into pouches. Zipped up,
backpacks on.

They stand at the front door to the mansion. About to leave.
Max takes a headset and earpiece from Spider. He puts it on.
Frey walks over to Max. Quiet.

                    FREY
          Thank you.

Max looks back.

                    MAX
          Listen... I'm.....I just....

                    SPIDER
          Let's go, son.

                    FREY
          It's ok...Max...Go.

110.

INT. CCB ARMORY

Kruger sits on a medical bench as the MED BOTS BOLT a HULC
SUIT into his bones. Similar to Max. But more expensive. More
high-tech. Like an F22 vs an F14. It's magnificent.

Once secured, Kruger goes to his LOCKER. Still has his name
on it. He opens the locker and starts pulling out his gear.

EXT. MANSION ELYSIUM - NIGHT

Manuel and the gangsters run ahead into the night. The huge
mansions flood-lit. Max and Spider follow. Guns drawn.

INT. MANSION ELYSIUM

Frey wears the head-set. She watches them on the laptop. The
access hatch shows up in the satellite data.

                    FREY
          It's about 20 meters ahead of you.

EXT. MANSION ELYSIUM

They arrive at the still smouldering crash site. Using
flashlights, they find the hatch under the ripped-up earth.
They open it, and jump into the SUBSTRUCTURE of Elysium.

INT. CCB HQ

Kruger calmly walks out of the armory. He steps into the
central corridor. He casually lifts a grenade from a pouch,
pulls the ring and throws it down the corridor. He walks back
into the airlock. BOOOOOOOOOM!!!! Fire and smoke billow.

INT. SUB STRUCTURE

We hear the deep base rumblings of the explosion.

                    MAX
          What the hell was that?

INT. CCB HQ CONTROL ROOM

Warning lights start spinning. All the CCB agents rise.
Rushing for the exits. The lighting blinks on and off, as
though the grenade has damaged the power source.

                    OVERHEAD VOICE
          All agents, go to the nearest exit
          and proceed calmly to ground level.

The panicked agents run out of the CCB headquarters.

111.

SLOW MO: we see KRUGER move in the opposite direction to
them, walking toward us. He flips his hood down. Deadly.

INT. CCB HQ

A hatch opens above the hallway. Manuel drops down and pulls
out his gun. He spins the other way. NO ONE.

He stands like a sentry as another gangster, RICO, hops down.
The CCB is smoky, burning embers floating through the air.

                    MANUEL
          Where the hell is everybody?

Spider is lowered down by Max. Max hops into the corridor.

                    FREY (IN COMM)
          Okay. It's to your right.

Spider leads the brigade to the first airlock sealed doors.
He slips his SECURITY CARD into the reader and scans the
code, he types and...TSSSHHHHH the doors open.

                    SPIDER
          Come on, let's move.

                    FREY (IN COMM)
          Seems clear.

Spider opens the second doors to be met by more smoke. Max
cautiously checks the room, waves his gun from side to side.
Clear. They start moving into it. And suddenly--

Max hears a blood-curdling SCREAM from RICO. They spin to see
him exploded by--

KRUGER. The gangster is hurled across the room. Kruger's
deadly wrist device sparking and winding down from the kill.

Max lifts his gun and FIRES, but--

Kruger's high-tech suit MELTS the gun in Max's hand. Liquid
molten AK47 drips all over the floor.

                    MANUEL
          RUUUUNNN!!! SPIDER GO!!! TAKE HIM!

Spider tries to grab Max.

                    MAX
          NO! Don't leave him!

Manuel lifts his assault rifle, pops off a few rounds, but
the bullets just glance off Kruger's billion dollar HULC.



112.

Kruger casually lifts his wrist, sending a beam that turns
Manuel's gun into ASH. Manuel screams as his hands are burnt.
Smoking embers of burning metal floating around the room.

Kruger spin-kicks Manuel across the room, the gangster
bounces off the wall like a soccer ball.

                          MAX (CONT'D)
               FUCK THIS.

Max summons his energy, runs toward Kruger and LEAPS.

He smashes into Kruger, sending them both back, DENTING an
airlock door with 500 lbs of steal exo strength.

Max grabs one of the throwing knives off Kruger's vest and
stabs it through Kruger's wrist WEAPON. The device crackles
and sparks. Blood leaking across the white stark CCB.

                          KRUGER
               That's a cheap shot, that's a
               fucking cheap shot.

Max starts to take the upper hand when....

Max goes into a white hot flash of cerebral pain. The
epileptic seizure of DATA-OVERLOAD hits him, he trips and
stumbles over desks and terminals, holding his head.

Manuel grabs Max and pulls him back toward Spider.

Kruger rises, whips out a deadly throwing knife and wings it
at Manuel. It digs into his sternum. He drops to his knees.

Spider looks back to see his friend go down, gasping for air.
Spider turns back, hacking the control-room airlock.

Max sees Manuel die. Anger coursing through his veins, Max
uses every ounce of strength to will himself to his feet.

Kruger lunges at him. His knife comes flashing toward Max's
head like lightning, barely missing his jugular.

Max delivers a sequence of awesome martial arts kicks and
punches knocking Kruger back, giving him time to escape.

Max dives into the airlock and hits the SHUT button. The door
starts shutting. But Kruger leaps and wedges his steel
encased body in between the airlocked doors, jamming them.
He's trapped there.

Max drags himself away, looking back as Kruger struggles to
free himself. Max and Spider hobble into--

113.

INT. CCB HQ CONTROL ROOM

Max and Spider make their way through the immense, abandoned
CONTROL ROOM. Walls still flicker with warnings:

ILLEGALS DETECTED IN CONTROL ROOM.

They reach the next airlock. Max turns back to see Kruger
pulling free himself.

                    MAX
          Come on come on--

Spider disengages the door, and they move fast into--

INT. GANTRY ELYSIUM

The gantry is suspended hundreds of meters up, like a bridge
over the immense sub-structure of Elysium. It looks like
something out of STAR WARS. Huge volumes of wind swirl.

Max and Spider hobble along the gantry, MEDBAY and PROTOCOL
station writing in signs overhead. Max looks up, sees:

Kruger keeps coming, a relentless killer.

                    SPIDER
          Come on, keep moving!

Max stops, watches this cold-blooded killer.

                    MAX
          No, no... He'll never stop.

A calm passes over Max, as Kruger bears down.

                    MAX (CONT'D)
          You got nothing to fight for. I do.

Max and Kruger collide in a deadly sequence of moves.

                    KRUGER
          I have everything to fight for. I
          have all this.

Max struggles. But he makes a desperate move, GRABBING hold
of the NERVE CENTER on the back of Kruger's HULC.

Max tears it off with all his strength. SPARKS explode and
shredded circuitry come out in his hand. We hear Kruger's
suit power down, and--

Max kicks the living shit out of him.

114.

Kruger falls into a crumpled heap. They are at the end of the gantry, where the ARMORY has MEDBAYS LINED UP.

Kruger looks at Max's dying body. He looks into the ARMORY, then back at Max, choking, laughing.

                    KRUGER (CONT'D)
          Your....friend...didn't tell you
          everything, did he?

Max looks at Kruger, confused.

                    KRUGER (CONT'D)
          You think...you can pull that data
          out of your head and live? You
          think you just carry on with your
          little life?

Kruger is laughing, choking.

                    KRUGER (CONT'D)
          You fucking idiot... That data will
          kill you the second it's retrieved.

Max turns to Spider.

                    MAX
          What..? Is that...true?

A beat. Spider looks back at him. Yes.

                    KRUGER
          You wanna save...all your little
          earthlings...then you're gonna die.

INT. MANSION ELYSIUM

Frey covers her mouth as she hears them over the comms.

INT. GANTRY

Max looks at Spider.

                    MAX
          HOW COULD YOU DO THIS TO ME?

Kruger laughs with his dying breath.

                    KRUGER
          Dead.... You're dead.

Max gets up in a rage, he grabs Kruger's BODY and HURLS him off the edge of the GANTRY into oblivion. Kruger disappears into the darkness. For good. Max drops, devastated.

          SPIDER
I'm sorry man, I'm sorry. I didn't
know how to tell you. You can still
choose. It's one or the other.

          MAX
I'm not dying here.

Frey listens to the conversation. She looks toward Matilda.

          SPIDER
You have the ability to save
everyone, everyone. But I'm not
going to force you, I know I can't.
It's right there (points at med
bay)... You choose.

          MAX
And what? I have to die. That's my
goddamn choice?

Spider turns to see the security droids and politicians have
arrived at the end of the GANTRY.

Max gets up and stumbles toward the MEDBAY. Spider SHUTS the
security door behind them as they leave the gantry. He MELTS
the control circuit, sealing it.

Max stumbles over to a MEDBAY, and leans against the machine.
His fingers caress the "DIAGNOSE" and "HEAL" buttons.

We hear the sound of cutting metal. Spider looks up to see
CCB DROIDS cutting through the security door.

Max blinks hard. He wipes his face and turns away from the
machine. He looks back at the droids. He limps toward Spider.

          MAX (CONT'D)
Let's finish this.

He motions to the final airlock before the PROTOCOL ROOM. He
steps away from the MED BAY, he has made his decision.

INT. PROTOCOL ROOM

Spider runs a bypass on the protocol door. The hydraulic door
opens revealing the PROTOCOL CORE. Max stands for a moment,
stares at the space, the inner core of Elysium.

EXT. MANSION ELYSIUM

We follow IMMIGRATION DROIDS as they load up guns with tear-
gas and run across the LAWN towards Frey in the mansion.

116.

                    IMMIGRATION DROID
              Two illegals detected.

INT. PROTOCOL ROOM

Max collapses next to the central computer. Spider closes and
seals the door behind them.

The glass floor of the protocol room is the final barrier
between the inside of Elysium and space. EARTH looms directly
under them. Max looks down at the world that raised him.

INT. MANSION ELYSIUM

Frey sees Max as a small infrared heat dot on the screen.

She is fighting back tears. She sees the Immigration Droids
coming across the LAWN. She leans over and pulls Matilda
closer. But doesn't leave the monitor.

INT. PROTOCOL ROOM

Spider walks over to the central console and takes out his
little computer, he plugs his USB wire into the PROTOCOL. He
gives the other end to Max. Max clumsily plugs it into his
own head. He calmly looks back down at Earth. He remembers
the locket on his neck. He snaps it off, holding it.
                    MAX
              Frey.

She swallows and then adjusts her mic to speak into it.

                    FREY
              Yeah.

                    MAX
              Remember, when I stole your watch.

                    SPIDER
              Ok, syncing.

                    FREY
              Yeah.

                    MAX
              I'm sorry about that. It's just....
              I don't know why I took it, I
              wanted to get into that stupid
              gang.

                    FREY
              It's ok.

117.

Max opens the locket, looking at the image of Earth. The same one he can see with his own eyes now.

Spider types furiously, hacking into the system core. He looks up to see the DROIDS running to the final door.

> SPIDER
> Shit. Here they come.

> MAX
> You forgive me?

> FREY
> Yes, Max.

BANG. They hit the door. THUMP THUMP, sparks fly as the acetylene torch starts cutting.

> MAX
> And then, I stole......Matilda's money. I'm really sorry, I swear.

SLOW MO the sparks drizzle into the room. The security droids raising guns.

> FREY
> I forgive you, Max.

> MAX
> For both times?

> FREY
> Yes, both times.

INT. MANSION ELYSIUM

The droids smash open the doors to the mansion and enter. Frey looks up at them on the other side of the house.

INT. PROTOCOL ROOM

The computer screen reads: "PLEASE ENCODE NEW ADMINISTRATOR."

> SPIDER
> If I don't get this working soon, we are fucking dead.

Spider puts his open hand to the biometric reader. -SCAN- Complete. -COMPILING-

> SPIDER (CONT'D)
> HURRY UP HURRY UP!!

BEEP. SYSTEM READY.

118.

                    SPIDER (CONT'D)
          We're good, we're good--

                    MAX
          WAIT. Give it to me.

Spider hands the KEYBOARD to Max. Max takes it. With his
other hand he drops the locket on the glass floor. Two
earths, one real one image, hanging there.

                    MAX (CONT'D)
          Frey.

                    FREY
          Yes?

Max looks at the ENTER key. His finger hovers over it.

                    MAX
          Thank you.

SLOW MO: MAX hits the ENTER KEY.

His eyes close. His hand drops to the floor......<u>dead</u>.

The computer screen fills with billions of lines of code.

BOOM. The door finally gives way. The DROIDS run in. They are
trailed by REP PATEL and a young politician, REP SMYTHE. The
droids GRAB SPIDER violently, beating him.

                    SPIDER
          NO--

Patel enters the room, aghast to see the immigrants in the
most secure zone.

                    REP SMYTHE
          Kill him!

INT. MANSION ELYSIUM

The DROIDS smash the laptop in front of Frey and violently
rip her from the chair. Another one grabs Matilda.

INT. PROTOCOL ROOM

Computer screen: COMPILED. HUMAN STATUS: .......<u>LEGAL</u>.

INT. MANSION ELYSIUM

Instantaneously, the DROIDS let go of Frey. The code on their
visors suddenly starts scrolling, like a DOS REBOOT.

119.

INT. PROTOCOL ROOM

The droids let go of Spider and help him up.

>                    DROID
>          APOLOGIES CITIZEN.

>                    REP PATEL
>          Arrest him!

>                    REP SMYTHE
>          Shoot him! Now!

>                    DROID
>          I cannot harm a citizen of Elysium.

>                    REP SMYTHE
>          A CITIZEN? A what?!

Spider calmly grabs his handheld computer off the deck.

>                    SPIDER
>          Guess who Elysium belongs to now,
>          bitch?

He smiles at the politicians as he leaves. The men look at
each other, knowing their days are over. MAX'S BODY lays
there dead. And we see one final flash of memory:

INT. YOUTH PRISON - DAY

Young prisoners line up against the wall. The WARDEN makes
them stick out their tongues, while he checks for contraband.
He walks up to ELEVEN YEAR OLD MAX.

>                    WARDEN
>          You again, back for more, hey? Open
>          your mouth.

Max sticks his tongue out at the Warden, the other kids
laugh. He punches Max in the stomach. Max collapses, lying at
the Warden's feet gasping for air. The kids quiet.

>                    WARDEN (CONT'D)
>          No one knows your name.

The Warden leans down next to him.

>                    WARDEN (CONT'D)
>          No one will remember you. You will
>          never accomplish anything...

120.

INT. ORPHANAGE - NIGHT

Young Max cries. The Nun sits on the edge of his ratty bed.

                    NUN
          Everyone has one special thing Max,
          one thing that they are meant to
          do, one thing they were born for.

INT. MANSION ELYSIUM

Frey gently places Matilda down on the med table. She presses
the ANALYZE button.

                    OVERHEAD VOICE
          CITIZEN M SATIAGO. Female. Severe
          epileptic edema.

A soft blue/white light moves up and down Matilda's body. RE-
ATOMIZING. Frey watches in disbelief as her daughter is
mended. The machine gently opens.

Frey stands with baited breath. Matilda slowly opens her
eyes. She turns and looks over at her mom. 100% CLEAR.

MONTAGE:

Humans all over Elysium come out of hiding. The old, the
sick, all getting medical care in their mansions.

Shots of humans on earth scrambling for tickets to ships.
SHUTTLES stuffed like Indian trains. Bound for Elysium.

Frey and Matilda play in their garden. The huge orb of Earth
floats behind them. Frey wears Max's necklace now. She holds
it for a moment. And then continues to play with Matilda...

Ex. C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of registration:**

June 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Butterfly Driver |
| **Previous or Alternative Title:** | Uberopolis: City of Light |

## Completion/Publication

**Year of Completion:** 2005

## Author

| | | | |
|---|---|---|---|
| **Author:** | Steve Kenyatta Wilson Briggs | | |
| **Author Created:** | text | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Year Born:** | 1964 | | |

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs

681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs

**Date:** June 21, 2013

EX. D

# THINKProgress
## 'Elysium's Success Or Failure Is A Big Test For The Appeal Of Deeply Political Films

BY **ALYSSA ROSENBERG** 🐦 ON JULY 31, 2013 AT 11:03 AM



*Credit: Screencrush*

In the New York Times yesterday, Brooks Barnes makes the case that *Elysium*, Neill Blomkamp's much-anticipated–at least at this blog and in this household–follow-up to his creative alien invasion movie *District 9* is a major test case for Sony, which has had a number of high-profile blockbuster flops this summer, including *After Earth* and *White House Down*, and is being pressured by an activist investor to either overhaul its movie business or get out of the game entirely. As Barnes notes, the movie has some genuine claims to originality: "There is no sex. There is no goofy sidekick. It will not be released in 3-D. It is rated R....Don't expect to see the obligatory camera shot of a ruined New York City."

But towards the end of the piece, Barnes quotes Mordecai Wiczyk, the co-chairman of Media Rights Capital, which helped finance *Elysium* as saying that the movie will draw in viewers because it is deeply politically relevant. Barnes writes:

> Mr. Wiczyk declined to speculate on ticket sales, saying it was much too early to make a judgment. But he did say that "Elysium" has a counterintuitive insurance policy. While trying not to give moviegoers the same "orgy of special effects" that

they have seen over and over, the film also deals with topics that are very relatable — familiar, even.

"Look at Bangladeshi working conditions, people having problems accessing health care, immigration issues, the Occupy movement," Mr. Wiczyk said. "This movie may be science-fiction, but it's also about what is happening in the world right now."

What he doesn't say, though, and what makes *Elysium* an anxiety-inducing prospect as well as an exciting one, is that Wiczyk is setting up the movie as a test case for whether politics will get audiences to movie theaters. It's become extremely fashionable to have a patina of politics in action movies, whether Bane and Catwoman are nodding at economic inequality in *The Dark Knight Rises*, or *Star Trek*, *Iron Man 3* and *Man of Steel* are getting their quota of drone politics in. But that's very different from having a political issue like inequality or _____ing a story with a

Share this:  

*The Dark Knight Rises* revealed Bane's rhetoric to be a red herring for a more nebulously ideological plot, sticking with the rather comfortable idea that private generosity could cure Gotham's social ills. *Star Trek*'s rhetorical gestures at the idea that war criminals need to be tried to ensure the integrity and moral legitimacy of the Federation dissolved in favor of a storyline that advocated keeping Khan alive so his blood could be used to cure Kirk: the much-discussed trial happened off-screen if it happened at all (one can imagine it might have been complicated by his single-handed destruction of much of San Francisco), and the last we saw of Khan, he was being packed away again into permanent hibernation. These are convenient endings for movies that would rather not risk drawing a conclusion that an audience there to see punchings and explosions disagrees with.

But Blomkamp *is* a political director. *District 9* was a searing examination of what human beings are willing to do to the other, and of the agony of moving from a state of personhood and citizenship to a category outside of those designations. *Elysium* is obviously and bluntly about inequality and health care, and has rhetorically situated audiences on the side of the have-nots. I doubt *White House Down* or *After Earth* will be used to discredit the idea of generating stakes by putting the president in danger, or destroying entire cities, or even of post-apocalyptic fiction. But I can very easily see a failure by *Elysium* at the box office discrediting the kind of political science fiction that would really invigorate our action movie environment.

## From the Web

by Taboola

Ex. E