FILM     TELEVISION     PRESS     ABOUT

CONTACT

# MEDIA RIGHTS CAPITAL

**SENIOR MANAGEMENT**

**Asif Satchu and Modi Wiczyk**
Co-Chairmen and Co-CEOs

**Scott Tenley**
President, Business Affairs

**Erika Hindle**
Chief Financial Officer

**James Glander**
Senior Vice President, Head of Physical Production

**Joe Hipps**
Senior Vice President, Television Production

**Brye Adler**
Vice President, Production

**Jonathan Golfman**
Vice President, Head

**About MRC**

MRC is an independent film and television studio founded by Asif Satchu and Modi Wiczyk. It is backed by Goldman Sachs, AT&T, WPP Group and ABRY Partners. MRC specializes in the creation of premium entertainment content that has been distributed by Universal, Sony, Warner Brothers, Paramount, Fox, HBO, ABC, CBS, Netflix, Google and other leading international distributors.

**MRC Film**

MRC has been financing and producing films since 2006, all of which have been distributed by major US studios in addition to many leading international distributors. MRC's films have received Academy Award®, Golden Globe®, BAFTA® and SAG Award® nominations. Notable films include Seth MacFarlane's hit comedy Ted, which set records for the highest opening weekend ever and highest International box office gross for an original R-rated comedy; Academy Award® Best Picture nominee Babel; Bruno starring Sacha Baron Cohen; The Adjustment Bureau starring Matt Damon and Emily Blunt and District 9 director Neill Blomkamp's second feature film,

Ex . F

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS | | Log In | Register Now |

# The New York Times

## Media & Advertising

○ Business  ○ All NYT  [Search]  Capital One

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

MEDIA & ADVERTISING   WORLD BUSINESS   YOUR MONEY   DEALBOOK   MARKETS   YOUR BUSINESS   COMPANY RESEARCH   MUTUAL FUNDS   STOCK PORTFOLIO   ALERTS

## Tilting Hollywood's Balance of Power to Talent Agency Clients

More Articles in Business »



Asif Satchu, left, and Mordecai Wiczyk, co-chiefs of Media Rights Capital.

Steve Goldstein for The New York Times

By MICHAEL CIEPLY
Published: March 19, 2007

TWITTER
LINKEDIN
SIGN IN TO E-MAIL OR SAVE THIS
PRINT
REPRINTS
SHARE

LOS ANGELES, March 18 — Almost six years ago, big thinkers at Hollywood's Endeavor talent agency, best known as the players behind the industry satire "Entourage" on HBO, drilled into a bothersome question: Why should a star or director work for low pay on a labor of love only to see a film studio or foreign sales company strike it rich if the movie thrives in worldwide theatrical and video markets?



Media Close/Paramount Vantage
Media Rights Capital, the firm that helped finance "Babel," is partly owned by the prominent talent agency Endeavor.

Far better, they reckoned, would be to put those dollars in the pockets of clients and, not incidentally, of the agents who represent them.

By late 2003, a young agent, Mordecai Wiczyk, under the wing of the Endeavor partners Ariel Emanuel and Patrick Whitesell, joined with a Harvard Business School classmate, Asif Satchu, to do just that by creating Media Rights Capital.

It soon built high-profile movies — like Alejandro González Iñárritu's "Babel" and the comedic actor Sacha Baron Cohen's planned "Bruno" — around clients of Endeavor, which was quietly given part ownership in return for helping to find film projects and make deals.

AT&T and the advertising conglomerate WPP Group joined Goldman Sachs as investors. This combination, Mr. Wiczyk

MOST POPULAR - BUSINESS

EMAILED | BLOGGED | VIEWED

1. Glaxo Says It Will Stop Paying Doctors to Promote Drugs
2. Whole Foods Finds Success in Smaller Cities
3. More Retailers See Haggling as a Price of Doing Business
4. Shortcuts: An Alternative to Giving Up the Car Keys
5. DealBook: Big Bonuses, but a Shift in Who Gets the Biggest
6. Many Detect End of Line for Stimulus by the Fed
7. Wealth Matters: For Top Earners, a Bigger Tax Bite This Year
8. Surge Seen in U.S. Oil Output, Lowering Gasoline Prices
9. The Sketch Guy: How to React to Diminishing Returns
10. On the Road: Credit Card Peace Offerings Bring an Outcry Instead

Go to Complete List À »

NEW! TRADE NOW FOR $6.95
• No account minimum to open
• Free stock ratings & analyst reports
shareBUILDER
$100 BONUS
[Click here]

SAVE ONCE. READ ANYWHERE. The New York Times
FOR REGISTERED USERS ONLY.   Register for Free




HBO
Other projects have included "Bruno,"
based on a character created by
Sacha Baron Cohen.

and Mr. Satchu said, gives Media Rights the ability to invest $400 million a year into movies, television shows and broadband Internet episodes, a considerable amount even at a time when Hollywood is crawling with aspiring financiers.

If they succeed, the pair may help shift the balance of power in Hollywood by increasing opportunity for idiosyncratic movies like the multilingual "Babel," and by giving filmmakers and stars more earning power and ownership of their projects.

Despite the new money and the seven Oscar nominations for "Babel," the company has yet to convince a skeptical film business that it is not just a stalking horse for Endeavor and its clients. To expand its reach, Media Rights must overcome a widespread sense that the company is playing loose with restrictions on agencies employing their own clients or that it is somehow beholden to the agency that helped create it. "Everyone who is not in the bus, we're going to keep stopping by the house and opening the door," Mr. Wiczyk said in an interview this month at the company's office in the building that also houses Endeavor.

Mr. Wiczyk, who previously worked at the foreign sales company Summit Entertainment, and Mr. Satchu, who co-founded and later sold the online industrial supply-chain management company SupplierMarket at the height of the dot-com boom, remain more business school than Hollywood in their delivery.

Working the phones from their barebones office on Wilshire Boulevard in Beverly Hills, Mr. Satchu, 35, acknowledged a penchant for making points with scrawls on a whiteboard. Mr. Wiczyk, 34, spoke with considerable passion about their zeal for market information. "We spend all of our time thinking about the data we don't have and what would we do if we had it," he said.

The pair described a process in which information shared among partners like WPP and AT&T at the formative stages of a project — like a DVD and Internet program for homemakers, suggested by the actress Raven-Symoné — may increase its marketability later. They said the company worked through likely outcomes from, say, a series of 10 five-minute spots as opposed to 20 of half that length, granting the actress and her collaborators the final call.

Meanwhile, detailed assessments of foreign markets may influence decisions about selling rights to films like "Sleuth," coming in the fall.

"We get people comfortable; we get people to give us their information," said Mr. Wiczyk, who described himself as being "evangelical" about using data to help artists seize the value in their own work.

And they dream big. They talk of financing 10 films, five or six television shows, and 20 mobile or broadband shows annually.

A financier's connection with a talent agency is not a novelty in Hollywood. Stung by the studios' continuing retreat from star-driven films, talent companies like Creative Artists Agency, the William Morris Agency, International Creative Management and the United Talent Agency have all sought to connect their clients with alternative financing.

Cassian Elwes and his division, William Morris Independent, for instance, have helped Morris clients put together movies (like the planned "Grace Is Gone") outside the studio system. But representatives of several such companies said last week that they knew of no firm that has pushed its alliance with an agency as far as Media Rights.

Films backed by the financier have included substantial talent from other agencies — Brad

Pitt and Cate Blanchett, stars of "Babel," are represented by Creative Artists.

But virtually all of the company's projects have been built around an Endeavor-backed participant, like the actor Jude Law in "Sleuth," or Hugh Jackman, in "The Tourist."According to Mr. Wiczyk and Mr. Satchu, the agency owns a minority, nonvoting stake in their company, which they declined to specify. They added that no Endeavor agent holds an individual stake or sits on the Media Rights board.

Still, those at other agencies would like to know more. Requesting anonymity because of general industry reluctance to speak publicly about a rival's business, some agents last week questioned whether Media Rights could be trusted not to put their proprietary information in the service of Endeavor. Others wondered if the Endeavor's ownership stake ran afoul of regulatory provisions in California law or contracts with guilds.

"For us, financing opportunities are always exciting and interesting," said Jeremy Zimmer, a partner at United Talent. Mr. Zimmer said that his agency has not done business with Media Rights, but might do so if it was satisfied that the company's ownership and influences were clear. "What becomes critical is who is the management?" he asked. "What level of transparency are we going to have?"

Robert Jones, California's acting labor commissioner, whose office regulates talent agents, said the state's labor code has a provision banning conflicts of interest by agencies. The law, from a time when models were sometimes sent for hair and makeup work by operators with a close connection to their agencies, says that no agent may refer a client for services to any entity in which the agency has a direct or indirect financial interest.

The law's wording has a broad sweep, but does not specifically address film financing. Mr. Jones said he was not aware of any complaints related to the Media Rights-Endeavor association. Any ruling on a conflict, he added, would depend on the facts of a particular case.

An overall franchise agreement under which the Screen Actors Guild restricted the right of agencies to engage in film production expired in 2001, and Hollywood's major agencies have since operated without a formal agreement with that guild.

Media Rights has been careful to distinguish itself as a financier rather than a producer. Representatives of Endeavor and Media Rights said the two companies became involved only after a legal review, conducted by an outside labor lawyer, persuaded them that agency law and guild regulations permitted the venture.

Meanwhile, the studios are wary because they are likely to have only so much appetite for films in which they are not the principal owners. Last year, Universal paid $42.5 million to acquire the rights in English-speaking regions and some European territories to Mr. Baron Cohen's "Bruno," based on its namesake character, a gay Austrian fashion expert.

Some rival executives considered the figure excessive, given the limited scope of the rights (Universal will not own the negative) and the risk factor in returning to the mockumentary format that worked in "Borat: Cultural Learnings of America for Make Benefit Glorious Nation of Kazakhstan."

"From my perspective, this kind of deal is only bad for the business if you did it all the time," David Linde, the studio's co-chairman, said. He pointed out that his company had agreed to make more than two dozen of its own movies over the last 10 months; adding "Bruno" would only strengthen its release schedule.

Yet John Lesher, president of Paramount Vantage, which released "Babel," said a similar arrangement was ultimately sound, if not spectacularly lucrative, for his company. Paramount Vantage bought rights in English- and Spanish-speaking territories, and left the rest. "I'm not going to make a tremendous amount, but I'm going to make money on the film," said Mr. Lesher, who made the deal as the director's agent before joining the boutique studio.

The film has made about $114 million at the box office, almost 70 percent of that abroad. Paramount will most likely have strong sales from DVD, thanks to the movie's Oscar nominations, but it also invested heavily in a sustained award campaign.

According to Jon Kilik, a producer of "Babel," the film cost about $30 million to make, and Paramount Vantage paid less than the production cost for its rights. Mr. Kilik said Media Rights assisted the process by providing what he called bridge financing, which held the movie together for several months while talent deals and more conventional film lending were put in place. Financial benefit from the deal was ultimately split among Mr. Iñárritu, the producers, stars and writer of the film, he said.

Endeavor had a jolt last week when Mr. Iñárritu — whose film was a showcase for that agency and Media Rights — bolted to the competing Creative Artists Agency. People associated with the director said his departure had nothing to do with Media Rights, and in a statement on Friday, Mr. Iñárritu said he hoped to find a new project with the financier.

Mr. Whitesell of Endeavor, in a phone interview, said he believed that the information-sharing tack taken by Media Rights would persuade other agencies to embrace its projects, though he suspected that some might foster similar financing entities rather than signing on.



"I have mixed feelings about other people getting into it," Mr. Whitesell added. "But that will just create more opportunity for clients."

More Articles in Business »

Get 50% Off The New York Times & Free All Digital Access.

Ads by Google     what's this?

**Modeling Agencies**
Training for serious models seeking representation. Register Now!
www.modelandactnow.com

**2013 Best Skin Tighteners**
An Unbiased Review List of The Top Performing Skin Tighteners In 2013
www.skincaresearch.com/FaceLifting

**Start Acting with Us**
Open Audition for Extras: Roles in Movies, & TV - Become an Actor!
www.onesourcetalent.com

Tips
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Related Searches**
Motion Pictures
Finances
Endeavor Agency
Actors and Actresses

**INSIDE NYTIMES.COM**

| HEALTH » | OPINION » | WORLD » | SPORTS » | OPINION » | ARTS » |
|---|---|---|---|---|---|
|  |  |  |  | A Global Standard for High Schools | |
| Terrible Twos Who Stay Terrible | Op-Ed: A Transgender Volunteer | Growth Spurt Alarms the House of Lords | Britain Is Pushing for an Olympic Medal in Curling | Room for Debate asks whether American secondary schools should offer the rigorous International Baccalaureate program. | A New Preamble Before the Big Show |

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Ex. G

# Fw: Read this screenplay -not the other one

From: **Saul Goode** (q22skidoo@yahoo.com)    This sender is in your contact list.

Sent: Sat 6/01/13 4:54 PM

To:    Steve Wilson-Briggs (birdynumnumz@hotmail.com)

----- Forwarded Message -----

**From:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

**To:** Saul Goode <q22skidoo@yahoo.com>; Morgan Marchbanks <mmarchba@seq.org>; marina wilson <marinahope@hotmail.com>; dennis <denwil@sonic.net>; Cecile Lusby <cecilusby@hotmail.com>

**Sent:** Wednesday, May 25, 2005 6:31 AM

**Subject:** Read this screenplay -not the other one

                                                                    Uberopolis: City Of Light

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE
THE EARTH. IN THE BACKGROUND, THE EARTH IS SEEN -HALF
SHADED IN THE COVER OF NIGHT, BUT THE SUNLIT HALF IS SEEN
WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION
COVERING MOST OF THE SKY. THE OCEAN IS AN UNHEALTHY
GREENISH-BLUE -NOT THE VIBRANT BLUE OCEAN OF THE PAST.
THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S
GRAVITATIONAL PULL UNTIL ITS SKIN BEGINS TO PEEL AND
BURN FROM THE HEAT GENERATED FROM THE FRICTION OF RE-
ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE DARK
SIDE OF EARTH.
THE CAMERA DESCENDS FROM THE SKY TO A SMALL CITY AT
NIGHT, FULL OF LIGHT, SOMEWHERE IN SOUTH AMERICA. THE
CAMERA DESCENDS AND MOVES IN CLOSER AND CLOSER UNTIL
IT IS CLEAR THAT THE LIGHTED CITY IS LITTLE MORE THAN A
WASTELAND.
EXT. A GLOOMY WASTELAND STREET -- NIGHT
Beneath a polluted night sky, an attractive Latina mother (perhaps 35) walks
alongside her fairly-muscular ("multinational looking") teen-aged son (John
Carlos) on a desolate street on the outskirts of a large third world city. She
carries a small bag of groceries while her son carries the woman's 6 year old
daughter (his sister, Franny). On the streets around them futuristic police and
military vehicle hover ominously over the streets as they cruise slowly past,
belching ever-more pollution into the air, homeless people burn fires in trash cans
and barrels to keep warm, children run in and out of shanty-town dilapidated box

houses, few teens wearing headphones sniff paint from a plastic bag in the shadows, other shabbily dressed teen-aged boys wearing headsets and headphones, stand eerily on the corners and stoops, scanning the street predatorily for some unsuspecting prey. The woman's teen-aged son keeps a firm tough look on his face, careful not to seem like an easy target. The mother keeps her gaze down, not wanting to invite the thugs' cat calls and advances.
The flash of the shooting star (the dead body) whips across the sky. The young daughter (Franny) notices it and lifts her head from her brother's shoulder and points a weak finger.

                              FRANNY

              Mama, look! A shooting star!

The mother (Rianna) and her son (John Carlos) turns to see.

                              RIANNA

              Easy, relax remember your breathing.

                              FRANNY

              But a star...

                              RIANNA

              You're right, Franny. Make a wish.

                              FRANNY

              No, you.

                              RIANNA

              No, I'm too old. Wishes are for the young. You sound
              wheezy... I think you need your inhaler.

Rianna digs in her jacket pocket and produces a long kid's inhaler. Rianna hands the inhaler to Franny.

                              FRANNY

              Then you, John Carlos.

As John Carlos speaks Franny puffs the inhaler.

                              JOHN CARLOS

              I didn't see it. You make the wish.

FRANNY

Maybe I'll save it for daddy.

JOHN CARLOS

The person who sees it is supposed to make the wish.

FRANNY

OK. I want...

John Carlos puts a finger over each of their lips.

JOHN CARLOS

Shhh. You're not supposed to tell...

John Carlos's eyes dot back and forth, as if he's aware that perhaps the local thugs have caught him in a tender moment with his sister. He takes his fingers down from their lips.

FRANNY

Oohhh...

Franny contemplates, then closes her eyes briefly to wish.

FRANNY

It was a good one.

Franny takes another puff of her inhaler.

JOHN CARLOS

Yeah. But mine woulda been better, if I woulda seen it.

RIANNA

When I was a little girl shooting stars were so uncommon -maybe once or twice a year I'd see one. Now, it seems like every night you can see them -even through all this pollution.

A teen age male's voice calls out from the streets in a tough Spanish accent.

VOICE

Ex. H

00000000049.20060110134803346.0000000019

# Documentation of Registration

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone 323-782-4500
Fax 323-782-4803

The Writers Guild of America, west, Inc. issues this certificate to:

STEVE KENYATTA WILSON BRIGGS

for the material entitled

Uberopolis: City of Light

by the following

STEVE KENYATTA WILSON BRIGGS - Writer

Registration #:   1106387
Material Type:    SCREENPLAY
Registered By:    STEVE KENYATTA WILSON BRIGGS

Effective Date:  12/16/05
Expiration Date:  12/16/10

Ex I

Steve Wilson Briggs
4996 Broadway #4G
New York, NY 10034

02/01/2006

AABAAL LITERARY ASSOCIATES
1110 STATE ROUTE 109
P.O. BOX 482
HOQUIAM, WA 98550

Dear Aabaal Literary Associates,

911... Iraq... Outsourcing...
    How will the world look 100 years from now if current geo-political trends continue? "Uberopolis: City Of Light" is an unblinking look into the eye of that future.
    I'm a screenwriter looking for a committed representative, and thought a reading of my new screenplay "Uberopolis: City Of Light" might interest you in adding me to your client family. City Of Light is a thoughtful action-adventure, set 114 years in the future, predicated on the ripple-effect of recent headlines, with a simple storyline:

In 2120, fugitive and former American war hero, Arlo Grainer, has his wife turn-him-in to the government to collect the bounty to pay his daughter's medical expenses. Aware of a dark government secret, the high profile prisoner is taken to labor on Uberopolis, a huge half completed satellite-city, where on one side of a giant construction wall the ultra-rich live in decadent excess; while on the other side, countless prisoners toil to complete the ultimate-city. But when the government attempts to dump him and 200 other prisoners from a shuttle into space, Arlo narrowly escapes back to Earth –where he discovers the state has reneged on the bounty to his wife, and his daughter is near death. Learning of a guardedly protected medication for his daughter (rumored to be made on Uberopolis) Arlo races through Earth's urban underbelly to get a shuttle ticket back to Uberopolis –this time to the glamorous golf course and casino-filled side of the construction wall. Soon, Arlo is racing security forces down the crowded, silver streets of Uberopolis –with time and the armies of the world against him.

    In addition to "Uberopolis: City Of Light", I've recently completed "Sunflowers", a smart comedy-adventure about four young American artist (and friends) who haplessly stumble into an English counterfeit art ring.
    "Uberopolis: City Of Light" is available at your request. I've included an SASE for your convenience. Thanks for your consideration

Best Regards,
Steve Wilson Briggs

birdynumnumz@hotmail.com
646 508 6389

2-9-2006

Suggest that the wife be the one to "turn in" your hero Arlo. Her motivation is a new boyfriend, plus money for the daughter's medical expenses. Why would I suggest this? It is because your hero should be blameless.

I like the idea of very high medical expenses!

Are your scenes about 1⅔ pages?

Do you have about 80 scenes?

Do you have a slug line for scenes? I imagine you do since you sound very knowledgeable.

"City of Light" sounds best but we can discuss your other screenplay over the phone. Call me from 7-9 Pacific Standard Time

Carole Bosley ALA

## Marcia Amsterdam Agency

Thank you for sending us this material. We're sorry, but it doesn't meet our present needs.

### 41 West 82 Street   New York, NY 10024-5613



Dear Author,

Please forgive this impersonal note. We receive a tremendous number of query letters and are forced to focus our attention on a limited number of projects. We regret that we must decline the offer to review your work. We encourage you to keep writing and we wish you every success.

Sincerely,

VICTORIA SANDERS



The Promark Center
3599 Cahuenga Blvd. West, 3rd Floor
Los Angeles, CA 90068

Mr Steve Wilson Briggs
4996 Broadway #4G
NEW YORK, NY

. Briggs
Broadway #4G
York, NY 10034



NEW YORK NY 100

02 FEB 2006  PM 14 T



THE DEITER LITERARY AGENCY
10707 AVERETT DRIVE
FAIRFAX, VA 2

NIXIE      201      1      00 02/

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 10034166947      *3045-03041-

22035+18*0034%1669

N. Briggs
6 Broadway #4G
w York, NY 10034

NEW YORK NY 100

02 FEB 2006  PM 13 T



STRATA SPHERES INC.
205 MULBARRY STREET #ff
NEW YORK,

NIXIE      100      1      00 02/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10034166947      *2945-14225-

10012+45*0034%1669

# Re: Screeplay Query - Uberopolis: City Of Light

From: **cedargroveagency@juno.com**
Sent: Sun 1/15/06 8:57 AM
To:   birdynumnumz@hotmail.com

Dear Mr. Wilson-Briggs:

Thank you for bringing "Uberopolis: City of Light" to my attention. Although the premise sounds intriguing, I unfortunately must pass as I do not think it is something for Cedar Grove at this time.

I appreciate your interest and wish you the best of luck on your search for representation.

Sincerely,

Samantha Powers
Story Editor

http://www.theliteracysite.com/cgi-bin/WebObjects/CTDSites.woa/612/wa/gotoSite?
destSite=LiteracySite&origin=bcsTY&wosid=qr6000Cv000YW600E2&revisionCode=BCSthankyoupg_LSlogo

On Sat, 14 Jan 2006 12:15:15 -0800 "Steve Wilson-Briggs" <birdynumnumz@hotmail.com> writes:
> UBEROPOLIS: CITY OF LIGHT
>
> An omnipotent world leader forces a political captive into a
> prisoner work
> brigade on a giant satellite city orbiting Earth. There, amid a
> massive
> prisoner extermination, the hero escapes back to Earth to save his
> daughter
> —and face his nemesis... and all the world's armies.
>
> Dear Cedar Grove Agency Entertainment,
>      Thank you for reading the logline to my screenplay
> Uberopolis:
> City Of Light, a sci-fi adventure thriller. I'm querying to learn
> if you
> are currently considering new screenwriters to represent? I'm a
> new,
> energetic screenwriter, hoping to bring two new completed
> screenplays to
> market. Uberopolis is a fast past futuristic story set 115 years in
> the
> future. The story's characters mirror a broad swath of the American
> and
> international landscape, with a fair balance of compelling male and
> female

Outlook Print Message

# RE: Screenwiter Seeking Agent - Uberopolis: City Of Light

From: **Paul S. Levine** (pslevine@ix.netcom.com)
Sent: Sun 1/15/06 8:51 PM
To:    'Steve Wilson-Briggs' (birdynumnumz@hotmail.com)


Not for me-thanks anyway.


Paul S. Levine

-----Original Message-----
From: Steve Wilson-Briggs [mailto:birdynumnumz@hotmail.com]
Sent: Sunday, January 15, 2006 4:11 AM
To: pslevine@ix.netcom.com
Subject: Screenwiter Seeking Agent - Uberopolis: City Of Light

Dear Mr. Levine,
I'm a new screenwriter in need a successful representative and I
hoped to interest you in becoming my agent. I have two quick and
entertaining finished scripts to market, but I think you might be most
interested in UBEROPOLIS: CITY OF LIGHT.

Logline:
Set in the year 2120, on a depleted, overpopulated Earth, a fugitive -
and
former American hero- is drawn out of hiding to pay for medication his
ailing daughter needs. His nemesis, the omnipotent world leader,
imprisons
the hero and sends him to work in a prison labor brigade on a beautiful,
giant, half-completed satellite-city orbiting Earth. But amid a
government
planned mass prisoner extermination attempt, the hero escapes back to
Earth,
to save his ailing daughter -and face his nemesis. and all the world's
armies.

The storyline is simple enough for the youngest and most basic
viewers to appreciate, yet it replete with social, scientific and
political
themes for the most discriminating viewers to enjoy. Uberopolis is a
fast
past futuristic story, whose characters mirror a broad swath of the
American
and international landscape, balanced by compelling male and female
characters. Factors that assure Uberopolis: City Of Light a healthy
national
and international following. Further, the dark, technological social

# Re: Screenplay Query - Uberopolis: City Of Light

From: **Gregory Bell** (gbell.11@gmail.com)
Sent: Mon 1/16/06 4:38 PM
To:   Steve Wilson-Briggs (birdynumnumz@hotmail.com)

Steve,

Sounds interesting. Could you send me a script in pdf or ms word form?

Greg Bell

On 1/16/06, Steve Wilson-Briggs <birdynumnumz@hotmail.com> wrote:
> Dear G. Bell,
> The future is a deadly place...
> How will the world look 100 years from now, if current
> geo-political trends continue? UBEROPOLIS: CITY OF LIGHT is an
unblinking
> look into the eye of that future.
>
> The year is 2120. 14 years after America was absorbed into the
> new United World Nation. With little money, and his daughter ailing
from a
> pollution driven respiratory condition, a fugitive and former American
> soldier, Arlo Grainer, has his wife turn him in to the government -to
> collect the unconditional bounty offered for his arrest.
> Dubbed "a national threat" Arlo carries an explosive secret into
> the prison system. A secret the United World Nation President, Peter
Drexler
> wants forgotten. Arlo is quickly taken to work on a huge satellite
city,
> orbiting 10,000 miles above Earth, Uberopolis. But Uberopolis is only
half
> completed. On one side of the giant construction barrier the super-
rich and
> famous live in decadent excess. On the other side, thousand of prison
> workers toil to complete the ultimate-city.
> On Uberopolis, Arlo narrowly escapes a government sponsored
> prisoner extermination plan and races back to Earth in a stolen
shuttle
> -chased chased by guided warheads. Back on Earth, Arlo discovers the
state
> has reneged on the reward money to his wife, and his daughter is near
death.
> But after learning of an extremely expensive, and guardedly protected
> medicine (rumored to be made on Uberopolis) capable of reversing his
> daughter's condition, Arlo uses his underworld ties to secure a
shuttle

# (no subject)

From: **SouthSeventeen@aol.com**
Sent: Wed 1/18/06 9:09 PM
To: birdynumnumz@hotmail.com

Hi there,

I located your Logline via the screenwriters market. Your idea is very intriguing and I would love to take a look at the script at your earliest convenience. I would be happy to sign a nondisclosure if necessary. I look forward to hearing from you.

Cheers
Matthew Morris
South17 Entertainment

Outlook Print Message

# Re: Screenplay query

From: **Zero Gravity Mgmt** (zerogravity.mgmt@verizon.net)

Sent: Fri 1/20/06 3:48 PM

To:   Steve Wilson-Briggs (birdynumnumz@hotmail.com)

     1 attachment

     STANDARD RELEASE FORM.doc (23.0 KB)


Thanks for the query. You can send your script City Of Light via regular
mail or email (.pdf only please) along with the attached submission form
and
a copy of your original email. If sending your script via email you may
'electronically' sign the form by typing in your name where it requires
your
signature.


Since we do receive a lot of scripts we are only able to reply to those
we
are interested in pursuing and do not send out rejection notices.


Best,


Georgia


Zero Gravity Management

1531 14th Street

Santa Monica, Ca 90404
----- Original Message -----
From: "Steve Wilson-Briggs" <birdynumnumz@hotmail.com>
To: <zerogravity.mgmt@verizon.net>
Sent: Friday, January 20, 2006 7:03 AM
Subject: Screenplay query


> Dear Zero Gravity Management,
>
> I am responding to your query for screenplays posted on
moviebytes.com.

# RE: Screenplay query: Uberopolis: City Of Light

From: **Submisions** (submissions@aeionline.com)
Sent:  Mon 1/30/06 4:44 PM
To:    Steve Wilson-Briggs (birdynumnumz@hotmail.com)


Thank you for thinking of us; however, I don't think that AEI is the
right company for this project.

We appreciate your interest in AEI, and wish you the best of luck in
finding the appropriate place for your work.

Jennifer Pope
AEI

-----Original Message-----
From: Steve Wilson-Briggs [mailto:birdynumnumz@hotmail.com]
Sent: Saturday, January 14, 2006 3:59 AM
To: Submisions
Subject: Screenplay query: Uberopolis: City Of Light

UBEROPOLIS: CITY OF LIGHT
(sci-fi - adventure - thriller)
An omnipotent world leader forces a hated political prisoner into a
prison work brigade on a giant satellite city orbiting Earth. Amid a
massive prisoner extermination attempt the hero escapes back to Earth to
save his daughter -and face his nemesis -and all the world's armies.

Dear Jennifer Pope,

Thank you for reading the logline to my screenplay Uberopolis:
City Of Light. I'm querying to learn if you are currently considering
new screenwriters to represent? Uberopolis: City Of Light is one of two
completed screenplays I'm currently trying to market. Uberopolis: City
Of Light is a fast past futuristic story set 115 years in the future.
The story's characters mirror a broad swath of the American and
international landscape, with a fair balance of compelling male and
female characters.

"In the year 2120, on a depleted, overpopulated Earth, a fugitive (and
former American hero) is drawn out of hiding to fight the all powerful
world government to get the medication his ailing daughter needs."

The storyline is simple enough for the youngest and most basic
viewers to appreciate, yet it replete with social, scientific and
political themes for the most developed and discriminating viewers. All
these factors all but guarantee that Uberopolis: City Of Light will
garner a healthy national and international following. Further, the

EX. J

Outlook Print Message

# The Philadelphia Logline Festival BEGINS NOW!

From: **Joe Frio** (phillyscriptfest@screenplayfest.com)
Sent:  Sat 3/31/07 2:37 PM
To:    phillyscriptfest@screenplayfest.com

Congratulations!

Your Logline has been accepted into the <u>Philadelphia Logline Festival</u>!  Your Logline has been posted on our website for members to vote on and review – visit our website today!  Remember — the Logline with the highest votes wins the Logline Festival – So Tell Your Friends and Vote Now!  Voting CLOSES on July 1, 2007!

We are very excited for all our contestants and are thankful for your support in our festival.  Website updates are still being made so please be patient.

AWARDS:

The Top Twenty Loglines receive a discounted price of $20 into our Screenplay Festival.

The Top Three Loglines receive <u>Chris Soth's "Million Dollar Screenwriting"</u> and Free Entry into our Screenplay Festival.

The Top Logline also receives a Free Ticket to the <u>Great American Pitchfest</u> (a value of $250).

**VOTER'S AWARD:**

The Number One Voter/Reviewer will receive a **$20 Reward!**  So Vote Now and Tell Your Friends!  We encourage everyone to review, comment and critique the Loglines.

RULES:

**You must register with B-Side in order to vote (You have NOT done so yet - Just visit our Logline Festival Page and enter the festival to do so).**

Please use your email address as your Desired Username when registering.

You will be disqualified if you vote more then once on each Logline.

You must vote on a minimum of Ten Loglines for your votes to count.

<u>VOTER BIAS RULE</u> - your votes will NOT count if you are bias (if you vote 5 stars on one logline and 1 star on nine loglines).

Contestants are allowed ONE FREE revised submission of their Logline throughout the duration of the Logline Festival. You are allowed to submit more revisions but you will be charged a processing fee of $5. We do this to make the festival fair and more challenging for our contestants.

Email your revised Logline Submissions to <u>phillyscriptfest@screenplayfest.com</u>. An application is required to be mailed to us after using your FREE Logline Revision Submission. Please <u>click here</u> for more information.

PLEASE NOTE: One hundred percent of all fees will be plowed back into the Festival, e.g., building the best possible website, publicity and advertising, size of Awards, dinner for winners, etc.

**<u>The Philadelphia Screenplay</u> Festival is presently accepting submissions. If you would like to submit a screenplay to our festival please visit our website – you may submit more then one screenplay! $500 in prizes! We are working towards a cash prize of $10,000! Enter Today!**

We thank you for your support and wish you a great competition!

**Joseph Frio**

**Founder**

**The Philadelphia Screenplay Festival**

**www.ScreenplayFest.com**

Ex K

# 2006 Slamdance Screenplay Competition Quarterfinalist Announcement!

From: **John Stoddard** (screenplay@slamdance.com)
Sent: Tue 8/29/06 8:59 PM
To:   John Stoddard (screenplay@slamdance.com)

Gentle Writer,

Thank you for participating in the 2006 Slamdance Screenplay
Competition. We
received over 2,000 submissions this year. Please visit the Slamdance
website for an entire list of the top 200 quarterfinalists:
www.slamdance.com/screencomp/winners.asp

Unfortunately the screenplay that you submitted did not make it to the
final
rounds of consideration in our Competition. In the event that you
submitted
multiple entries, unless you receive notification of quarterfinalist
status
for a different entry, this letter may apply to everything you
submitted.
If you resubmitted a version of your screenplay that made the
quarterfinals,
this letter may apply to an earlier draft.

We continue to hone our online application process and corresponding
online
feedback and coverage. If you haven¹t already, please visit
www.slamdance.com/screencomp and sign onto the website using your
username
and password to review feedback. If there is any missing coverage or
feedback, please alert the Slamdance office immediately by e-mail:
coverage@slamdance.com

For those that requested coverage, a new feature added midseason this
year
includes a scoring function allowing you to rate your satisfaction with
the
feedback on a scale of 1-10. If you have not already, please return to
the
Slamdance website, review your coverage, and provide a score. This will
allow us to further hone our coverage service.

We would very much appreciate any feedback you can provide on your
experience with this year¹s competition. For any delay in coverage or

feedback we apologize. You can trust that every screenplay was thoroughly
read and considered for the competition, and that any missing feedback or
coverage does not mean your script fell through the cracks. It simply means
there is a glitch in the system that we now have to rectify. Also keep in
mind that the number of responses to your screenplay does not represent the
complete amount of consideration that went into the decision-making process
regarding your submission.

Please e-mail screenplay@slamdance.com with your feedback and comments. You
can always resubmit in 2006 based on the feedback provided for a discounted
price. We begin accepting submissions in November 2006. Our 2006 Teleplay
Competition is currently accepting online applications. Please visit
www.slamdance.com/teleplay for more information. If you have any interest in
writing Horror, we are accepting applications for a brand new Horror
Screenwriting Competition. The submission deadline is October 31, 2006
visit
www.slamdance.com/screencomp/horror for more information.

Thank you for choosing Slamdance.

Sincerely,

John Stoddard
Screenplay Competition Director

Ex 1

# Expiration of listing

From: **jerrol@InkTip.com**
Sent: Tue 8/15/06 2:10 AM
To:   birdynumnumz@hotmail.com


Dear Steve Wilson Briggs,

Re: Uberopolis

This listing has now expired and will be deleted soon.

If you would like to keep it on the site, please log
in and click on the 'Purchase' tab. It is $50 per
placement for 6 months. You can pay by credit card or
you can mail a check to:

InkTip.com
PO Box 312
Glendale, CA 91209

Please let me know which you plan to do.

If you don't want to keep it on the site, please print
the pages showing who viewed your synopsis, treatment
and/or script for your records. Log into the site and
click on the 'New Viewings' link at the top left in the
'Viewings Summary' box.

Thanks,
Maia
http://www.InkTip.com
This is an automated email.

# 6 Week Warning

From: **jerrol@InkTip.com**
Sent: Mon 11/05/07 2:10 AM
To:   birdynumnumz@hotmail.com


Dear Steve,

Re: Butterfly Driver

This listing will be expiring in 6 weeks.
If you have not done so recently, please
update your placement for maximum exposure.

We have set up the site so that every six
weeks you can modify any part of your listing
to have it brought back up to the top of the list.
Just log into the site and click on the title of
your work on the left. We suggest at least updating
your logline and synopsis so that it shows up new
and fresh for the industry pros.

For tips on loglines and synopses, please log into
the site and click on the 'Help and Directions' tab.
Select 'Tips on Loglines and Synopses', the 4th option down.

Thanks,
Maia
www.InkTip.com
This is an automated email.

# Notice: Your Work has been Viewed!

From: **Jerrol LeBaron** (jerrol@inktip.com)
Sent: Tue 11/27/07 10:50 AM
To:   Steve Wilson Briggs (birdynumnumz@hotmail.com)

Dear Steve,

An industry professional has viewed or downloaded one of your works
(synopsis, treatment, or script) on www.InkTip.com. For more
information, log in and click "New Viewings" under 'Viewings Summary' on
the 'My InkTip' tab. (If you are a representative, log in and select
"Scripts I Represent.")

FOR WRITERS: If only your synopsis was viewed, please do not contact the
industry pro. If the industry pros have further interest, they will
either contact you or view your treatment or script. Please see "User
Protocol" for further details: http://www.InkTip.com/protocol.php

To ensure you get the best results from the website, please read 'Make
InkTip Work for You!' (available on the 'Help & Directions' tab).

Best Wishes,
The InkTip Team


This is an automated e-mail. Sorry we couldn't send it personally!
birdynumnumz@hotmail.com
A6020361389(*I5VW

# TriggerStreet.com Review Notification (Friday, March 2, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sat 3/03/07 1:05 AM
To:    birdynumnum (birdynumnumz@hotmail.com)

```
---------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Friday, March 2, 2007
---------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


```
----------------
BUTTERFLY DRIVER
----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 1
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "REVIEW OF BUTTERFLY DRIVER" (reviewed by Myriads In Blue Ascending)


```
--------------------------------------------------
```
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
```
--------------------------------------------------
```

# TriggerStreet.com Review Notification (Saturday, March 3, 2007)

---

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sun 3/04/07 1:02 AM
To:    birdynumnum (birdynumnumz@hotmail.com)


```
--------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Saturday, March 3, 2007
--------------------------------------

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


----------------
BUTTERFLY DRIVER
----------------
Written By: Steve Wilson Briggs

Total Reviews: 2
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Review of BUTTERFLY DRIVER" (reviewed by f chong rutherford)


------------------------------------------------
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
------------------------------------------------
```

# TriggerStreet.com Review Notification (Tuesday, March 6, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Wed 3/07/07 1:02 AM
To:    birdynumnum (birdynumnumz@hotmail.com)

```
-----------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Tuesday, March 6, 2007
-----------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at TriggerStreet.com. In our attempt to deliver you the best possible user experience, our system returns running stats. By following these nightly updates you can keep track of your uploads - when they have been reviewed, where your short film is being ranked, and who is responding to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com

```
----------------
BUTTERFLY DRIVER
----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 3
Reviews Today: 1
Total Views: 10
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Butteryfly Driver Review" (reviewed by filmsnoir)

```
--------------------------------------------------
```
If you would like to stop receiving review notification alerts, please log-in to http://www.triggerstreet.com/ and select "My Trigger Page" from the main navigation. Once there, select edit account on the top left of the page to edit your settings.
```
--------------------------------------------------
```

Ex. N

# Re: Thanks for the input

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent: Sat 3/03/07 7:00 AM
To:   birdynumnumz@hotmail.com

All right, there are only two kinds of headings, MAJOR and MINOR.  From the previous sentence you drop THREE SPACES for a MAJOR HEADING, and TWO SPACES  for a MINOR HEADING.   A major heading is supposed to look like this:  INT. JOE'S HOUSE - DAY   A minor heading is to be used once we're already in Joe's house and want to move around.  A minor heading doesn't need INT. OR EXT. and so five minutes after you've entered the house and the scene moves, you have IN THE KITCHEN or UP THE STAIRS or UNDER THE BED.  Minor headings don't need formality, they just need CAPS.

Examples of varity in headings -- INT. JOE'S HOUSE - UPSTAIRS TOILET - DAY

INT. JOE'S HOUSE - SECOND STORY LANDING - DAY

You can accomplish a great deal with a properly formatted heading, and whatever you do be brief and direct, and NEVER LET A HEADING RUN MORE THAN  ONE LINE.

Time elements?  You look like a pro just by keeping it simple, by which I mean use nothing but DAY or NIGHT.  If you absolutely must convey to the reader that it's something else, something more precise, use your descriptive line for that, e.g. dusk, twilight, early evening, late evening, before sunrise, just after sunrise.

To qualify as a legitimate heading you need INT. or EXT. up front.  You cannot just have BACK IN THE HOUSE WHERE JOE BANGED SUZY BEFORE.  You cannot have IN THE KITCHEN WHERE ANNA PRAYED WITH JOHNNY FOR JOE BECAUSE THEY CAUGHT HIM BANGING SUZY.

Except for headings and specific SOUNDS it's important to stay away from using upper case words.  That and too many exclamation points makes your text look like a comic book.  And you certainly don't want one, two, three or four lines of description (action lines) done in CAPS.  It not only looks amatuerish, it is amatuerish.  Writers I review get after me for being a stickler about formatting, but believe me when I say that nothing will get your script thrown onto the reject pile faster than formatting errors.  Why?  Because it tips the reader off that they're reading the work of a beginner who has not put in the time to learn the craft, and they run down the hallway screaming LEPROSY!  RUN FOR YOUR LIVES!

I hope this little bit helps.  If there's anything else, let me know.  Enjoy the day. Tom

# Re: Thanks for the input

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent:  Sat 3/03/07 10:57 AM
To:    birdynumnumz@hotmail.com

Steve ~ I think I got your second email first.  Here's the answer about shots and angles.

It's incredibly simple, though it seems enormously complex and troubling.

You can direct your characters and the action all you want by simply pointing the camera of your words where you want it to go.  You focus our attention, just like a camera does, on who or what you want to focus it on. It's all about the headings, here's how.

XT. JONE'S RANCH - DAY

It's a large spread, well kept.  There's a RACKET in

THE BARN

and smoke rises from the roof where the fire started.  The roof is almost gone when

JOHN

runs from the house.  He yells at

BILL AND CURLY

as they come from

THE BUNKHOUSE

where Woody and Jeff appear.

Whatever you make your heading is what the camera in the reader's imagination shows.

Screenplays used to be filled with ANGLE ON and CUT TO and WIDEN FRAME until it was made clear that spec scripts are for storytelling, while shooting scripts are for the production people to make the movie from.  You want as little fancy clutter in your spec script as possible because it makes you look like an amatuer and distracts from the story your reader is desperate fo focus on and you're equally desperate to tell.

One final thing -- invest in David Trottier's SCREENWRITER'S BIBLE.  You absolutely will not make it without it or one like it.  Buy it, read it, memorize it.

Anytime, Tom

Ex. O

# Re: ? about "Butterfly Driver"

From: **Jason Beck** (phreesh@yahoo.com)
Sent: Thu 8/02/07 6:58 AM
To:    Steve Wilson Briggs (birdynumnumz@hotmail.com)

I think its okay.  I'm not passionate about it, but it didn't bother me.

Thinking about why I didn't *love* it...

Maybe placement?  Could it be put into a place that felt more like the story was possibly over?  I'm not sure
if there's a spot for it just a little later.  Maybe something to think about.

Maybe different visuals?  What would most be on Arlo's mind when he's dying?  And it'd be double-good if
you could include either some foreshadowing or reveal a plot twist.

I think you've done a good job making it suitably 'dreamlike'.  The child in the cockpit, the dolphin in the
cargo bay (bonus points for making the window look like a porthole) work well, I think.

Frankly, I don't have any concrete advice.  Like I said, I think it's decent (I, too, generally dislike dream
sequences), but not mind-blowing.

Good luck,

Phreesh
----- Original Message ----
From: Steve Wilson Briggs <birdynumnumz@hotmail.com>
To: phreesh@yahoo.com
Sent: Thursday, August 2, 2007 7:14:39 AM
Subject: Re: ? about "Butterfly Driver"

Phreesh (or Jason),

I've been laboring to repair my script. I'm still floored by all the insight
and sage advise you offered. I was wondering, if you have a moment -and
still remembered the script this long after the fact- but when Arlo was
apparently dying, at the end, and had the dream, with the dolphin, which
triggered his final epiphany, did that work for you? I usually avoid
flashbacks and dreams like the plague, but this tied into Benni's belief in
dreams, which may work for a motiff, but not for the story. So I was hoping
to get your thoughts. If you don't have time, or don't recall, I understand.
Thanks again.

>From: Jason Beck <phreesh@yahoo.com>
>To: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>Subject: Re: ? about landscape of "Butterfly Driver".
>Date: Tue, 31 Jul 2007 06:57:53 -0700 (PDT)
>
>I have to first say that the instinct to pare down description is the right
>one.  Especially in the first ten pages.  You want to get your story going
>right away and engage the reader.  That said, because you set this in a
>world very different from our own, I think you need to orient us a little.
>
>The thing that was missing to me was, I guess, a sense of the
>'neighbourhood'.  Is Arlo's place a typical suburban house that has all the
>comforts of the modern future?  Or is this more of a downtrodden place that
>has a lot of abandoned homes and makeshift shelters?  I guess I'm wondering
>what the quality of life is like  for Arlo and his friends.  And then
>describe the important bits of technology a little more fully.  What does
>Arlo's bike look like and what does it do (I recall that you did a pretty
>decent job of this).  And the omni-com.  What size is it?  What does it
>look like?
>
>And then, what life is like in Los Angeles.  Is it like the Star Warz
>prequels with beautiful, immaculate, huge buildings or like Blade Runner
>with a hodgepodge of different cultures and economic lifestyles?
>
>Now that I think about it, I think a sense of 'lifestyle' is what I'm
>looking for.  You do a pretty good job of describing Uberopolis and its
>decadent lifestyle.  I think you need to do just as good a job with Earth
>(or at least the bits that you show).
>
>Best of luck,
>
>Phreesh
>
>
>
>----- Original Message ----
>From: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>To: phreesh@yahoo.com
>Sent: Monday, July 30, 2007 3:07:50 PM
>Subject: Re: ? about landscape of "Butterfly Driver".
>
>

>Jason,
>
>I'm honored that you emailed back. I haven't had an opportunity to read
>your
>work, but from the great reviews and your evident acumen, I have a feeling
>I'm corresponding with a future "insider".
>Anyway, if you have a minute or two...
>You mention that maybe I should make the world I've envisioned a little
>more
>clear. I cut out substantial stuff after receiving input that the world was
>too elaborate, a few months ago. I have about twenty out takes that could
>help concretize my world of the future -and some new ideas. Are there any
>specific ways that you felt my world lacking?
>Oh yeah. Thanks for pointing out my margin problems. I can't figure how or
>when they got screwed up.
>
>Take care.
>
>
>
> >From: Jason Beck <phreesh@yahoo.com>
> >To: "TriggerStreet Member: birdynumnum" <birdynumnumz@hotmail.com>
> >Subject: Re: Thanks for the review of "Butterfly Driver".
> >Date: Mon, 30 Jul 2007 08:07:31 -0700 (PDT)
> >
> >I DID notice the reference to violets at the end, but didn't give you
> >enough credit as a writer.  I thought it was more of an accidental
> >reference and it made me think of Benni and that you had forgot her.
> >
> >Now that you've pointed out that it was on purpose, I can see where you
> >were going.
> >
> >Maybe it's too subtle?  Could be just me.  Now that you've pointed it
>out,
> >I like it.
> >
> >Beaver Foods sez:
> >
> >"We take care of the meat.
> >You do the rest."
> >
> >
> >
> >----- Original Message ----
> >From: TriggerStreet Member: birdynumnum <birdynumnumz@hotmail.com>

Outlook Print Message

> >To: phreesh <phreesh@yahoo.com>
> >Sent: Monday, July 30, 2007 1:02:15 AM
> >Subject: Thanks fpr the review of "Butterfly Driver".
> >
> >
> >This is the third time I've posted BD, and your reviw was the most
>thorough
> >and thoughtful to date. Much of your input I expect to act on as soon as
>I
> >finish this email; a few things are style decisions that I may stick
>with.
> >There were two points you mentioned I was hoping to explore with you. 1)
> >you mentionen the gens inclusion being sort of random an undeveloped. The
> >gens were suposed to part of the State's cover up of the prisoner
>execution
> >program. Let the concerned families chat with gens in a simulated
>prison...
> >I guess I may not have done my job as a writer on this point. 2) I really
> >appreciate that you noticed the VIOLET theme and how that was supposed to
> >be connect visual to Benni. In the final pages when Arlo's saying goodbye
> >to his wife Rianna, we see her VIOLET mascara runnig, and Arlo says she's
> >"...still beautiful in the rain." This was supposed to be a refferrence to
> >Benni, who said of her violet was"...even prettier in the rain,". The
> >clossing refferrence was intended also to suggest that Arlo had an
>enduring
> >interest in Benni.
> >Thanks a bunch.
> >Steve
> >
> >
> >      Be smarter than spam. See how smart SpamGuard is at giving junk
> >email the boot with the All-new Yahoo! Mail at
> >http://mrd.mail.yahoo.com/try_beta?.intl=ca
> >
>
>_____
>Local listings, incredible imagery, and driving directions - all in one
>place! http://maps.live.com/?wip=69&FORM=MGAC01
>
>
>      Be smarter than spam. See how smart SpamGuard is at giving junk
>email the boot with the All-new Yahoo! Mail at
>http://mrd.mail.yahoo.com/try_beta?.intl=ca
>

Ex P

# RE: Thanks for the Butterfly Driver review

From: **Thielke, Bob** (BThielke@TLIsolutions.com)
Sent: Tue 7/31/07 8:19 AM
To:   TriggerStreet Member: birdynumnum (birdynumnumz@hotmail.com)

Hey Steve

It's nice to hear the feedback on the reviews, I'm glad I was of some
help. Regarding Drexler, if you can ever get ahold of the script for LA
confidential, see how they handle the police chief whose name escapes
me. He's THE bad guy in the story, but they include him early and fairly
often as a good guy with only the slightest hints that there may be
problems with him. I know exactly what you're saying about the feeling
of arlo finding the bodies with the donor organs. The other way of
looking at it is to suggest that cloning doesn't work for some
particular organs, then you could still have the need for donor organs.
Maybe some environmental calamity causes the cloned organs to fail. just
throwing stuff out there.

I liked the story alot and think it has some serious potential.

bob

---

From: TriggerStreet Member: birdynumnum
[mailto:birdynumnumz@hotmail.com]
Sent: Mon 7/30/2007 3:39 PM
To: Thielke, Bob
Subject: Thanks for the Butterfly Driver review

Thanks for the good input. I intend to implement most of your points.
The stuff about the donor organs vs. clonong was right on point. I
thought about changing it, but kept it only because Arlo finding the
bodies had a certain 'feeling'. But it needs to go. I decided to
introduce Drexler gradually, and maybe late, because putting too much
attention and focus on him early tended to telegraph him as the "heavy".

Thanks again for your thoughts and advice.

Steve

Ex a



Ex. P

# Why Jodie Foster Is Sworn to Secrecy

By Julie Michaels March 13, 2013 ( http://wjltevansville.com/why-jodie-foster-is-sworn-to-secrecy/ )

At a Comic-Con: International press conference in San Diego, Academy Award winning actress, Jodie Foster revealed she has been sworn to secrecy. Her one and only secretive movie is the new movie "Elysium," an upcoming American sci-fi thriller, written and directed by Neill Blomkamp. Foster plays "Secretary Delacourt," a government official on a pristine man-made space station called "Elysium." In rare publicity photos from the movie, Jodie is seen sporting a very short, sassy blonde do.

Geektyrant.com describes Elysium as a "ring-shaped world created and inhabited by the rich that orbits the Earth; a paradise where any sickness can apparently be healed and on which only people who reach a certain income level can afford to step foot." Anti-immigration laws are in place on Elysium to preserve their citizens' luxurious lifestyle.

# Jodie Foster Talks ELYSIUM

by Christina Radish   ( http://collider.com/jodie-foster-elysium-2/ )

At the press day for the independent drama The Beaver, directed by Jodie Foster, Collider was able to briefly talk to the multi-talented artist about her upcoming role in Neill Blomkamp's next sci-fi alien film, the highly anticipated Elysium, which is starring Matt Damon, Sharlto Copley and William Fichtner. While we'll run the portion of the interview about The Beaver closer to that film's May 6th release date, we wanted to post the little bits she did hint at, as the film has been so closely guarded, having only revealed previously that it will involve a battle between an alien race and the human race. Check out what she had to say after the jump. You can catch up on all of our Elysium coverage here.

jodie-foster-imageQuestion: The L.A. Times quoted you this week as saying that you would be playing "the head of an alien planet" in Neill Blomkamp's next film, Elysium. Would you say that's an accurate description of the role?

JODIE FOSTER: Yes. I hope I'm allowed to say that. I think I'm allowed to say that. That's pretty vague.

Is there anything else you can say about the film?

FOSTER: Those sci-fi movies are all really hush-hush. I don't even own a screenplay. They won't even give me a screenplay. I've read it, but they won't give me one to physically keep in my home 'cause they're so worried about everybody.

What was it about that project that appealed to you and made you want to get involved? Did you just want to work with Neill Blomkamp?

FOSTER: Yes, definitely. He did District 9, which I think is as close to a perfect movie as you can get. It's just an extraordinary film. And, this film has a lot of that social commentary in it, but uses sci-fi to get there. It's great.

Ex. 5

December 17, 2013

## HUFF POST ENTERTAINMENT

# Jodie Foster's 'Elysium' Role Was Originally Written For A Man

Posted: 07/29/2013 12:43 pm EDT | Updated: 07/29/2013 12:56 pm EDT



Jodie Foster's "Elysium" role was originally a man.

Jodie Foster stars as the antagonist in Neill Blomkamp's "Elysium," making her one of the few female villains on screen this summer. In a new interview with EW.com, however, Blomkamp revealed that Foster's character was initially written as a male, before he had a change of heart. It was then that Foster entered into his thinking for the role.

"I thought, 'That would be f--king awesome, but there's just no way," Blomkamp said about casting Foster. "But then, within, like, a day I had a meeting with her and she said, 'I want to play it.' I was like, 'Holy sh-t!'"

The news that Foster's character in "Elysium" was initially written for a man might have surprised the actress. In an interview with Movieline at the 2012 edition of Comic-Con, Foster said the part "pretty much was" always a woman.

"I think genre films, because they have to, usually paint things much more in black and white, whether it's women or not women, because the storytelling in ways is a lot more primitive," Foster said.

Foster isn't the first actress this summer to play a character originally written for a man; Helen Mirren's role in "Monsters University" was also male, before the part changed genders in the development process.

For more on "Elysium," head to EW.com.

[via EW]

Loading Slideshow

Ex. T



## Seeking representation vs Sony Pictures, Tristar...

**Steve Wilson Briggs** <snc.steve@gmail.com>
To: dkinsella@kwikalaw.com

Mon, Jun 3, 2013 at 6:35 PM

Dear Kinsella,

My name is Steve Wilson Briggs, the writer/producer/director of the feature film The Amazing Mr. Excellent, filmmaker and writer of several other developmental scripts. Recently I discovered that one of scripts (written in 2004-2005, registered wga-w # 1103287) was stolen, wholesale (changing only dialogue and peripheral content), and produced into a major motion picture, projected **to be released August 2013, by Sony and TriStar Pictures**. There are no differences in plot, setting or structure.

The synopsis/logline to my script, titled "Uberopolis: City of Light" and/or "Butterfly Driver" reads:

*To get medicine to save his daughter, a fugitive has seven days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the beautiful space satellite city -and home of the ultra-rich, Uberoplis. Because the fugitive has secret information about the villainous owner of Uberopolis, he is tracked by a relentless special investigator.*

The synopsis/logline to my stolen script (now called "Elysium" by Sony, TriStar) reads almost identically:

*To get medicine to save himself, a fugitive has five days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the beautiful space satellite city -and home of the ultra-rich, Elysium. Because the fugitive has secret information about the villainous administrator of Uberopolis, he is tracked by a relentless tracker.*

The plagiarizers even kept my underlying themes of the indignity of immigration, healthcare themes, and my treatment of genetic reprogramming for the rich on Uberopolis/Elysium. They also took my post-apocalyptic vision of the war-torn overpopulated, brutal, police-state wasteland of planet Earth, where corporations capitalize on cheap labor by manufacturing in the ruins. Additionally they took my vision of futuristic hover-cars, trucks and cycles flying above these ruins –and on Uberopolis/Elysium.

From 2005-2007 I marketed my script, heavily, online and through conventional mail. Among other places I posted my script on Inktip.com (connecting 50,000 users with thousands of industry professionals), Kevin Spacey's Triggerstreet.com (also serving thousands of members and industry professionals). I also posted my loglines and synopses on countless screenwriting websites, and sent it to many agents and producers, as well as entering the script into several screenplay competitions. I've kept most of those exchanges and verifications.

In addition to the script and my WGA registration, I have a bounty of verification of my efforts to sell my script from 2005 to almost 2008. I DID attract some interests before I decided not to sell the script; choosing to keep it to produce myself -after I garnered a reputation producing and directing a few less ambitious projects.

That said, I am contacting you to see if you might be willing to represent me in suits against Sony, TriStar, Simon Kinberg, Media Rights Capital, QED International and Neill Blomkamp. The movie will be released in just over two months. I know time is critical. I am hoping to find an attorney who is willing to represent me on contingency, because I have no disposable income. I am also hoping to find an attorney who might consider NOT settling and going to trial, if necessary, as I convinced the entire movie is my intellectual property. Thus, in addition to monetary compensation, it's important to me to reclaim creative credit and licensing rights of my intellectual property –which means a reasonable share of profits and licensing. Because of the exciting landscape that I designed, Sony (owner of Playstation) will likely make more from video-gaming from this movie than they will make from the actual movie itself.

I will forward you a copy of the screenplay upon your request. I live in the SF Bay Area (California), but I'm hoping to arrange a meeting with you next week, if you are interested.

Thanks for your consideration.

Steve Wilson Briggs

Ex. U

Hollywood Accounting

From Wikipedia, the free encyclopedia
(some passages of this article have been edited out, for brevity)

Hollywood accounting (also known as Hollywood bookkeeping)[1] refers to the opaque accounting methods used by the film, video and television industry to budget and record profits for film projects. Expenditures can be inflated to reduce or eliminate the reported profit of the project, thereby reducing the amount which the corporation must pay in royalties or other profit-sharing agreements, as these are based on the net profit.

Hollywood accounting gets its name from its prevalence in the entertainment industry—that is, in the movie studios of Hollywood. Those affected can range from the writers[2] to the actors.[3]
John D. MacDonald's novel Free Fall in Crimson (1981) references Hollywood accounting in its dialogue:
Darling! This is the Industry! The really creative people are the accountants. A big studio got over half the profit, after setting breakeven at about three times the cost, taking twenty-five percent of income as an overhead charge, and taking thirty percent of income as a distribution charge, plus rental fees, and prime interest on what they advanced.

How it works

Hollywood accounting can take several forms. In one form, a subsidiary is formed to perform a given activity and the parent entity will extract money out of the subsidiary not in terms of profits but in the form of charges for certain "services". The specific schemes can range from the simple and obvious to the extremely complex.
Three main factors in Hollywood accounting reduce the reported profit of a movie, and all have to do with the calculation of overhead:
Production overhead: Studios, on average, calculate production overhead by using a figure around 15% of total production costs.
Distribution overhead: Film distributors typically keep 30% of what they receive from movie theaters ("gross rentals").
Marketing overhead: To determine this number, studios usually choose about 10% of all advertising costs.
All of the above means of calculating overhead are highly controversial, even within the accounting profession. Namely, these percentages are assigned without much regard to how, in reality, these estimates relate to actual overhead costs. In short, this method does not, by any rational standard, attempt to adequately trace overhead costs.
Due to Hollywood accounting, it has been estimated[citation needed] that only about 5% of movies officially show a net profit, and the "losers" include such blockbuster films as Rain Man, Forrest Gump, Who Framed Roger Rabbit, and Batman, which all took in huge amounts in box office and video sales.
Because of this, net points (a percentage of the net income (i.e. gross income minus expenses) as opposed to a percentage of the gross income) are sometimes referred to as "monkey points", a term attributed to Eddie Murphy, who is said to have also stated that only a fool would accept net points in his or her contract.[5][6]
All of this shows why so many big-name actors insist on "gross points" (a percentage of some definition of gross revenue) rather than net profit participation. This practice reduces the likelihood of a project showing a profit, as a production company will claim

a portion of the reported box-office revenue was diverted directly to gross point participants.

Examples

Winston Groom's price for the screenplay rights to his novel Forrest Gump included a share of the profits; however, due to Hollywood accounting, the film's commercial success was converted into a net loss, and Groom received nothing.[7] That being so, he has refused to sell the screenplay rights to the novel's sequel, stating that he "cannot in good conscience allow money to be wasted on a failure".
Stan Lee, co-creator of the character Spider-Man, filed a lawsuit after the producers of the movie Spider-Man (2002) did not give him a portion of the gross revenue.[8]
The estate of Jim Garrison sued Warner Bros. for their share of the profits from the movie JFK, which was based on Garrison's book On the Trail of the Assassins.[9]
Art Buchwald received a settlement after his lawsuit Buchwald v. Paramount over Paramount's use of Hollywood accounting. The court found Paramount's actions "unconscionable", noting that it was impossible to believe that a movie (1988's Eddie Murphy comedy Coming to America) which grossed US$350 million failed to make a profit, especially since the actual production costs were less than a tenth of that. Paramount settled for an undisclosed sum, rather than have its accounting methods closely scrutinized.
The film My Big Fat Greek Wedding was considered hugely successful for an independent film, yet according to the studio, the film lost money. Accordingly, the cast (with the exception of Nia Vardalos who had a separate deal) sued the studio for their part of the profits. The original producers of the film have sued Gold Circle Films due to Hollywood accounting practices because the studio has claimed the film, which cost less than $6 million to make and made over $350 million at the box office, lost $20 million.[10]
Peter Jackson, director of The Lord of the Rings, and his studio Wingnut Films, brought a lawsuit against New Line Cinema after "an audit... on part of the income of The Fellowship of the Ring". Jackson stated this is regarding "certain accounting practices", which may be a reference to Hollywood accounting. In response, New Line stated that their rights to a film of The Hobbit were time-limited, and since Jackson would not work with them again until the suit was settled, he would not be asked to direct The Hobbit, as had been anticipated.[12] Fifteen actors are suing New Line Cinema, claiming that they have never received their 5% of revenue from merchandise sold in relation to the movie, which contains their likeness.[13] Similarly, the Tolkien estate sued New Line, claiming that their contract entitled them to 7.5% of the gross receipts of the $6 billion hit.[14] Overall according to New Line's accounts the trilogy made "horrendous losses" and no profit at all.[15]
According to Lucasfilm, Return of the Jedi despite having earned $475 million at the box-office against a budget of $32.5 million, "has never gone into profit".[16]
A WB receipt was leaked online, showing that the hugely successful movie Harry Potter and the Order of the Phoenix ended up with a $167 million loss on paper.[17]
Michael Moore is suing Bob and Harvey Weinstein for creative accounting to deprive him of his share of profits for the film Fahrenheit 9/11.[18]
The famous and critically acclaimed educational TV show Bill Nye the Science Guy was ended because the producers had not "shown a profit" in twenty years due to this practice.

Ex. √

12/17/13

Case 4:13-cv-04679-PJH Document 17-2 Filed 12/19/13 Page 61 of 70
Loeb's Letter: Sony Entertainment Lacks Discipline, Accountability - MoneyBeat - WSJ

News, Quotes, Companies, Videos      SEARCH

Log In

MARKETS & FINANCE

ONLY $1 A WEEK FOR 12 WEEKS
**SUBSCRIBE NOW >>**   For a limited time.


# /\/\MONEYBEAT


MARKETS
Morning
MoneyBeat: How to
Play the Fed? Look
to the Smart Money


MARKETS
Bubble in U.S.
Stocks? Think Again

MARKETS      DEALS      BANKS      PRIVATE EQUITY      HEDGE FUNDS      BANKRUPTCY

HOT TOPICS:  DELL BUYOUT   MICROSOFT-NOKIA   VERIZON WIRELESS                SELECT A REGION: GLOBAL

8:11 pm
Jun 17, 2013      DEALS

PREVIOUS
Morning MoneyBeat
Asia: Like, Chill Out

NEXT
REITS in Hong Kong,
Singapore Lose Their
Allure

# Loeb's Letter: Sony Entertainment Lacks Discipline, Accountability

SEARCH MONEYBEAT                    GO

ARTICLE | COMMENTS (1)

DAN LOEB    SONY    THIRD POINT

Email    Print

By STEPHEN GROCER

Daniel Loeb is ratcheting up a campaign to convince Sony [6758.TO -1.06%] to launch an initial public offering of its entertainment division.

Loeb has boosted its stake in Sony and Tuesday morning his hedge fund hand-delivered a letter from him to Sony Chief Executive Kazuo Hirai that reiterates the investor's argument that Sony should sell a 15% to 20% stake in its entertainment arm.

Here is the letter:

\* \* \*

Mr. Kazuo Hirai
President and CEO
Sony Corporation
7-1, Konan 1-Chome, Minato-ku,
Tokyo 108-0075 Japan

Dear Mr. Hirai:

Sony Corporation ("Sony" or "the Company") appears to be regaining its competitive edge. Recent highlights include the debut of PlayStation 4 with its consumer-friendly approach to next-generation gaming and Xperia, which recently overtook Apple as the #1 smartphone in Japan. We expect the upcoming Xperia Z Ultra to generate similar success in Europe and were pleased to see Vodafone [VOD.LN +0.37%] 's CEO using an Xperia Z in a recent meeting.

As a sign of our increased confidence in the Company's direction under your leadership, funds managed by Third Point LLC ("Third Point") have increased their stake in Sony to 70 million shares valued at ¥136.5 billion ($1.4 billion), held via 46 million shares of ordinary stock valued at ¥89.7 billion ($944 million) and economic exposure to 24 million shares valued at ¥46.8 billion ($492 million) through cash-settled swaps. Given our large stake, we reiterate our offer to serve on Sony's Board of Directors.

Another sign of progress is the news that the Company has retained financial advisors to help evaluate our proposal to publicly list a minority stake in Sony Entertainment ("Entertainment") through a rights offering backstopped by Third Point. We remain convinced that the proposed transaction will strengthen the Company as a whole. The newly-listed entity will thrive with a governance structure which focuses on increasing profitability, competitiveness and accountability. We expect that this transaction will strengthen rather than diminish Sony's ability to exploit meaningful synergies between

## Popular Now                    What's This?

**1**  First-Year Law School
       Enrollment At 1977
       Levels

       

**2**  A Full-Featured, $38 Tablet Is Coming to the
       U.S.

the Entertainment and Electronics divisions, a goal we share.

Our proposal is a simple one: it contemplates a *semi*-independent governance structure. We believe that you, Mr. Hirai, should serve as Chairman of both Boards, to promote synergies between Entertainment and Sony Corporation. Entertainment's dedicated Board should be composed of diverse individuals with deep knowledge of media, entertainment and digital technology, who value creative talent and can institute best practices of governance. Today, Entertainment is a sleeping giant — a multi-platform content business with a global footprint, encompassing leading film and television production, cable networks and music interests. An incredible opportunity exists to integrate Entertainment's components to create a dominant creative platform for today's artist-entrepreneurs – *but the right leadership at the Board level is imperative.*

An independent Entertainment Board will go a step further: holding management accountable by establishing goals for growth while setting compensation tied to value creation using stock and options. It can also help determine important capital allocation decisions, ensuring that Entertainment's robust cash flow is used efficiently. A capital shortfall has prevented Sony from taking advantage of attractive acquisition opportunities; instead, the Company has resorted to joint ventures and costly loans to engage in strategic transactions like those in music publishing (i.e. EMI). Our research has confirmed media reports depicting Entertainment as lacking the discipline and accountability that exist at many of its competitors. In light of this track record, it seems difficult to argue that Entertainment would not be strengthened by the transparency that comes with public reporting, an active media analyst community evaluating financial performance regularly, and an expert Board with strongly aligned incentives.



We understand past Sony management teams have considered a complete spin-off of Entertainment, but concluded that the potential for synergies outweighed the obvious value that would result. We respectfully disagree with any suggestion that listing a minority stake in the Entertainment division would curtail opportunities for cooperation. While we trust management's judgment that this theoretical opportunity is ripe, it remains an unfulfilled aspiration twenty-four years after the acquisition of Columbia Pictures. Shareholders should not have to wait any longer. We support efforts to create an integrated Sony ecosystem but must not forget that today the Company's most valuable untapped synergies lie within Entertainment itself.

While the transaction we have proposed is not a panacea, it will provide a necessary organizational apparatus to streamline an overly cumbersome corporate structure and allow each company to *focus* on its strengths without sacrificing potential alliances. We encourage management and the newly-appointed Board members to maintain the brisk pace of change you have recommended. Indeed, Sony has an opportunity to serve as a shining example of how structural reforms, the "Third Arrow" of Prime Minister Abe's economic plan, can be implemented successfully through constructive shareholder engagement.



Although we have not yet been asked to discuss our ideas with the Company's investment bankers or Board, we would like to do so promptly. We hope that after seriously considering the merits of our proposal, Sony's Board will share the enthusiasm that other shareholders have resoundingly expressed for it. We can think of no better opportunity for you and the Board to demonstrate real commitment to your declaration that "Sony Must Change."

Sincerely,

Daniel S. Loeb
Chief Executive Officer

---

DAN LOEB    SONY    THIRD POINT

PREVIOUS
Morning MoneyBeat Asia: Like, Chill Out

NEXT
REITS in Hong Kong, Singapore Lose Their Allure

MONEY BEAT HOME PAGE

[ Email ]   [ Print ]

## Don't Miss
[2]


Charles Schwab: Biggest Mistake Investors Make


Intermittent Fasting: Better for the Waistline and Brain

---



**3** First-Year Law School Enrollment Lowest Since 1977



**4** The 1% Secret to Getting Richer



**5** 'The Voice' Finale: Who Will Win?



[ Show 5 More ]

## The MoneyBeat Team


Stephen Grocer
Editor


Phillipa Leighton-Jones
European Editor


Paul Vigna
Reporter
New York


Steven Russolillo
Reporter
New York


David Benoit
Reporter
New York


Isabella Steger
Reporter
Hong Kong


Gillian Tan
Reporter
Sydney


David Cottle
Reporter
London

## MoneyBeat Columnists


Ronald Barusch
Dealpolitik


Francesco Guerrera
Current Account


David Weidner
Writing on the Wall


Jason Zweig
The Intelligent Investor


Michael J. Casey
Horizons


Spencer Jakab
Ahead of the Tape


Simon Nixon


E.S. Browning



EX. W



SOCIAL SECURITY ADMINISTRATION
PO BOX 33018
BALTIMORE MD 21290-3018

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

TO BE OPENED BY ADDRESSEE ONLY, UNDER PENALTY OF LAW

PRSRT
FIRST-CLA
POSTAGE &
SOCIAL SE
ADMINIST
PERMIT #

000104727   01 AV   0.324 A1 R 0412
STEVEN K. WILSON BRIGGS
4322 CHICO AVE
SANTA ROSA  CA  95407-6506



# *DMV* CALIFORNIA *DMV*

### DRIVER LICENSE

CLASS: C

EXPIRES 09-24-13



STEVE KENYATTA
               WILSON-BRIGGS
4322 CHICO AVE
SANTA ROSA CA 95407

SEX:M     HAIR:BLK     EYES:GRN
HT:5-10   WT:178       DOB:09-24-6

12/10/2008 SSS  07  FD/13

---

Name _____ STEVE WILSON BRIGGS _____

Acct.
No. _____

Signature _____

## Member Identification Card
Present This Card When You Conduct Business Here.



Platinum Check Card

WELLS FARGO

4342

CUSTOMER
SINCE

DEBIT

VISA



Emergency Road Service
(800) 222-4357



CLUB CODE     MEMBERSHIP NUMBER

MEMBER SINCE     VALID THRU

2013          JUL 5 2014
STEVE K WILSON BRIGGS

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Code / Codigo   Passport No. / No. du Passeport / No. de Pasaporte
USA

Surname / Nom / Apellidos
BRIGGS
Given Names / Prénoms / Nombres
STEVE KENYATTA
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
24 Sep 1964
Place of birth / Lieu de naissance / Lugar de nacimiento
CALIFORNIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
04 Aug 2009
Date of expiration / Date d'expiration / Fecha de caducidad
03 Aug 2019
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State

USA

P<USABRIGGS<<STEVE<KENYATTA<<<<<<<<<<<<<<<<<<<
JUSA6409247M1908033230761636<287278

Official Business
Penalty for Private Use, $300

PRE
FIRST-
POSTAGE

PERM



95407



Department of the Treasury
**Internal Revenue Service**
Fresno, CA  93888-0010

319807.449858.1497.034 1 AV 0.324 863

STEVE K  WILSON-BRIGGS
4322 CHICO AVE
SANTA ROSA  CA    95407-6506224

319807

---

SR 12 (REV. 11/2003)

***DEPARTMENT OF MOTOR VEHICLES***
*P.O. BOX 942884*
*SACRAMENTO, CA 94284-0884*



PRESORTED
FIRST CLASS



0212104609C3254539WIL051609
STEVE KENYATTA WILSONBRIGGS
4322 CHICO AVE
SANTA ROSA, CALIFORNIA 95407

ACDWNGI  95407



Store | iPod + iTunes | Mac | QuickTime | Support | Mac OS X

Address Book   Bookmarks   HomePage   iCards   Help         Log Out   token

Mail   Compose   Delete   Reply   Reply All   Forward   Add Sender   Print Ready      **Move Message To:**      Logout

13 of 40 in INBOX

*(handwritten)* back to California from NYC June 21 2005

**From:** JetBlue Reservations <jetblue.190480.7903.25430214@reply.jetblue.com>
**To:** ███████████████
**Date:** Sat Jun 04, 2005 08:18:36 PM PDT
**Subject:** Your JetBlue E-tinerary

# Blue
### AIRWAYS·

Kiosk Check-in

## You're all set!

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Change your flights online and save $5. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers traveling without checked baggage have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or change seat assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick seats between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

Please note: JetBlue's terminal at JFK now offers great new food and dining options. There are delicious choices whether you want to sit and relax or grab and go. Soon even more choices will be available, so we appreciate your patience during the construction period.

We look forward to welcoming you aboard.

## Flight Summary

| | |
|---|---|
| **STEVE WILSON BRIGGS**<br>600 W. 218th St. # 1-B<br>New York, NY 10034 | Confirmation Number: **KK54CX**<br>**(change flights)**<br>Date Booked: **04 Jun 05**<br>Modified: **04 Jun 05**<br>Booked By: **96641** |

| | Name | TrueBlue Number |
|---|---|---|
| **Welcome Aboard:** | STEVE WILSON BRIGGS<br>████████████ | |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 21 Jun 05 | 93 | New York, JFK 07:05am | Oakland, CA 10:15am | 0 |

Total for 2 customers

| | |
|---|---|
| Fare: | 295.82 |
| Tax: | 28.58 |
| Security Fee: | 5.00 |
| Passenger Facility Charge: | 6.00 |
| **Total:** | **$335.40** |

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER RECEIPT

ISSUED BY
A T A AIRLINES

DATE OF ISSUE 06SEP05   ISSUING OFFICE CODE 01705055   HR.

ISS. AGENT IC. SFO 4HT   FARE BASIS   PLACE OF ISSUE SAN FRANCISCO   TOUR CODE

NAME OF PASSENGER NOT TRANSFERABLE
WILSON BRIGGS/STEVE

FROM  **NOT VALID FOR**  CARR  FLIGHT  CLASS DATE  TIME  STATUS  NOT VALID BEFORE  NOT VALID AFTER

**TRANSPORTATION**   PSGR TICKET 3662113564779

ENDORSEMENTS/RESTRICTIONS   PNR CODE MUOPZ/TZ   CONJ. TKT. NO.

SFOMDW-TZ MDWLGA-TZ   ISSUED IN EXCHANGE FOR 25.00
01   OVERWEIGHT 51-70 LBS
FARE CALCULATION

FARE USD  25.00   EQUIV. FARE PAID   FORM OF PAYMENT FF CASH
TAX  NA   PCS   CK. WT.   UNCK. WT.   SEC. NO.  ALLOW.  PCS.  CK. WT.  UNCK. WT.
TAX  NA   STOCK CONTROL NUMBER TX
TAX  NA  36600939639444   0 366 2600226882 2
TOTAL USD  25.00   EFF 3/05

1   A T A AIRLINES
REFUNDABLE ONLY WITH
RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR
JOURNEY

FOR CONDITIONS OF
CONTRACT – SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL

---

**UNITED   DEPARTURE MANAGEMENT CARD**

WILSONBRIGGS/STEVE

CONFIRMED IN   UNITED ECONOMY
BP CATEGORY:   BP2
TIME ADDED TO DM:   1246
UA577   20-DEC-05
FROM:   CHICAGO/OHARE
TO:   SACRAMENTO
GATE:
BOARDS AT:   450P
DEPARTS AT:   520P

DOCS CHECKED:   N   BAGS CHECKED:   N

RECLOC:   N57R58
AGENT ID:   RLGAU03
037 2160429681 2

ETKT   SSRS: NONE

---



**UNITED**

ETKT   PASSENGER RECEIPT
DUPLICATE   1579452645
A24639860   19DEC05
01WZ   19DEC05
WILSONBRIGGS/STEVE JMLW64/UA SA14UNL   0
**NOT VALID FOR**   THIS IS YOUR RECEIPT
**TRANSPORTATION**   WZ2WEB
NREF-CHG100PLUSFAREDIF-/CXL BY FLT DATE OR NOVALUE
XXXXXXXXXXXX8020
XT 6.40ZP 5.00AY 9.00XFSFO4.50RD4.5

USD125.11
US9.39
XT20.40
USD154.90   0 016 1579452645 2

**UNITED**

1579452645
WILSONBRIGGS/STEVE
SFOORDUA 906 S 3JAN
ORDLGAUA 692 S 3JAN
*********************
*********************
*********************
*********************
*********************
*********************
*********************
*********************
*********************
NOT VALID FOR TRAVEL
0 016 1579452645 2

