UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEC 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Steve Wilson Briggs
_____
Plaintiff(s),

CASE NO. CV 13 4679 PJH

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Neill BlumKamp,
Sony Pictures Ent. Tristar /
Media Rights Capital
QED International
_____
Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

☑ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  January 9th, 2014

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Steve Wilson Briggs | Self | 510 200 3763 | snc.steve@gmail.co3 |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/19/13

Steve Wilson Briggs (Pro Per)
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05