AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

**FILED**

DEC 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Steve Wilson Briggs
_____
Plaintiff(s)

v.

Neill Blomkamp,
Sony Pictures Ent., Inc.,
TriStar Pictures, Inc.
Media Rights Capital
QED International
_____
Defendant(s)

Civil Action No. CV 13 4679 PJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sony Pictures Ent., Inc.,
10102 West Washington Blvd.
Culver City, CA  USA
AND ALL ABOVE DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 1 5 2013

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* c/o WME for Neill Blomkamp
was received by me on *(date)* 10/18/13 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Josh Alvarez , who is
designated by law to accept service of process on behalf of *(name of organization)* WME
_____ on *(date)* Nov 26, 2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ — for travel and $ 44.00 for services, for a total of $ 44.00 -0.00-.

I declare under penalty of perjury that this information is true.

Date: 11/26/13

_____
Server's signature

Chad J. Marchbanks
Printed name and title

856 W. Beach Ave #11 Inglewood, CA
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to 9601 Wilshire Blvd (3rd fl) in Beverly Hills, CA.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Media Rights Capital**
was received by me on *(date)* **10/18/13**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jonathan Golfman** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Media Rights Capital** on *(date)* **12/5/13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ —— for travel and $ **44.00** for services, for a total of $ **44.00** ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: **12/5/13**

_____
Server's signature

**Chad V. Marchbanks**
Printed name and title

**856 W. Beach Ave #11 Inglewood, CA**
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to 9665 Wilshire Blvd, 2nd floor, Beverly Hills, CA.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __QED International__
was received by me on *(date)* __10/18/13__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Natasha Childress__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__QED International__ on *(date)* __12/4/13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __—__ for travel and $ __44.00__ for services, for a total of $ ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __12/4/13__

_____
Server's signature

__Chad V. Marchbanks__
Printed name and title

__856 W. Beach Ave #11 Inglewood, CA__
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to 1800 N. Highland Ave 5th Floor, Los Angeles, CA. I was told to wait in their lobby for their recipient. I waited for approximentally an hour before they received the documents.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sony Pictures Ent, Inc
was received by me on *(date)* 10/18/13 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nathaniel Benally , who is
designated by law to accept service of process on behalf of *(name of organization)*
Sony Pictures Ent, Inc  on *(date)* 11/7/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ ___ for travel and $ 44.00 for services, for a total of $ 44.00 .

I declare under penalty of perjury that this information is true.

Date: 11/7/13                              *(signature)*
                                           Server's signature

                                           Chad V. Marchbanks
                                           Printed name and title

                                           856 W. Beach Ave #11 Inglewood, CA
                                           Server's address

Additional information regarding attempted service, etc:
I delivered the documents to 10202 W. Washington Blvd in Culver City, CA.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tristar Pictures, Inc.
was received by me on *(date)* 10/18/13 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nathaniel Benally , who is
designated by law to accept service of process on behalf of *(name of organization)*
Tristar Pictures, Inc. on *(date)* 11/7/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ — for travel and $ 44.00 for services, for a total of $ 44.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 11/7/13

_____
Server's signature

Chad V Marchbanks
Printed name and title

856 W Beach Ave #11 Inglewood, CA
Server's address

Additional information regarding attempted service, etc:
I delivered the documents to 10202 W Washington Blvd, in Culver City, CA.