KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT, INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as Media Rights Capital), and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>  Defendants. | Case No. CV 13-4679-PJH<br><br>**STIPULATION TO (1) CONTINUE DEFENDANTS' DATE TO ANSWER AMENDED COMPLAINT, AND (2) CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE** |

STIPULATION

1  WHEREAS Plaintiff filed a First Amended Complaint for Copyright Infringement
2  ("FAC") on December 19, 2013;
3  WHEREAS, pursuant to Fed. R. Civ. P. 15, Defendants' deadline to answer the FAC is
4  January 2, 2014;
5  WHEREAS, as is customary in the film industry, the offices and studios of certain
6  Defendants have been closed throughout the holiday, such that Defendants' counsel have been
7  unable to coordinate with their clients concerning the answer to the FAC;
8  WHEREAS the parties have agreed to allow Defendants an additional week, until January
9  9, 2014, to answer the FAC, which stipulation may be made without a Court Order in accordance
10 with Local Rule 6-1, as no deadlines of the Court will be affected;
11 WHEREAS the parties have further agreed to continue the January 9, 2014 Case
12 Management Conference in this matter until January 16, 2014, or a date thereafter which is more
13 convenient for the Court, due to the fact that, as set forth in the Declaration of Gregory Korn filed
14 contemporaneously herewith, Defendants' lead counsel, Michael J. Kump, must attend a recently-
15 scheduled hearing in the Central District of California (Los Angeles) that is expected to last
16 several hours, and Mr. Kump's co-counsel, Gregory Korn, will be in deposition in Orlando,
17 Florida on the same date in an unrelated matter;
18 ///
19 ///

1
STIPULATION

IT IS HEREBY STIPULATED THAT:

1. Defendants shall have up and until January 16, 2014 to answer the FAC; and

2. The initial case management conference currently scheduled for January 9, 2014, at 2:00 p.m., shall be continued to January 16, 2014 at 2:00 p.m.

DATED: December 30, 2013

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Michael J. Kump
Michael J. Kump
Attorneys for NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P., and QED INTERNATIONAL, LLC

DATED: December 30, 2013

STEVE WILSON BRIGGS

By: /s/ Steve Wilson Briggs
Steve Wilson Briggs
*In pro per*

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On December 30, 2013, I served true copies of the following document(s) described as **STIPULATION TO (1) CONTINUE DEFENDANTS' DATE TO ANSWER AMENDED COMPLAINT, AND (2) CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

Steve Wilson Briggs  *Plaintiff*
681 Edna Way  Tel.: (510) 200-3763
San Mateo, CA 94402  Email: snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2013, at Santa Monica, California.

_____
Candace E. Hoffman