KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT, INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as Media Rights Capital), and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>   Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>   Defendants. | Case No. CV 13-4679-PJH<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE** |

10021.00015/197181.1

[PROPOSED] ORDER

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference, currently scheduled for January 9, 2014 at 2:00 p.m., is hereby continued to January 16, 2014, at 2:00 p.m. The parties shall exchange initial disclosures and file case management conference statements by January 9, 2014.

DATED: December ___, 2013      _____

UNITED STATES DISTRICT JUDGE

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10021.00015/197181.1

1

[PROPOSED] ORDER