KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT, INC.,
TRISTAR PICTURES, INC., MRC II
DISTRIBUTION COMPANY L.P. (erroneously
sued as Media Rights Capital), and QED
INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>　　　　Defendants. | Case No. CV 13-4679-PJH<br><br>**DECLARATION OF GREGORY KORN IN SUPPORT OF STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE**<br><br>[L.R. 6-2] |

10021.00015/197142.1

DECLARATION OF GREGORY KORN

## DECLARATION OF GREGORY KORN

I, Gregory P. Korn, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Defendants NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT, INC., TRISTAR PICTURES, INC., MRC II DISTRIBUTION COMPANY L.P. (erroneously sued as Media Rights Capital), and QED INTERNATIONAL, LLC. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2. A Case Management Conference is currently scheduled for January 9, 2014, at 2:00 p.m., in this matter. Defendants' attorneys in this matter, myself and lead counsel, Michael J. Kump, are unavailable to attend the Conference. In an unrelated matter, I will be in Orlando, Florida to prepare for and defend depositions between January 5 and January 9, traveling to St. Louis, Missouri to defend a deposition in the same matter on January 10. Mr. Kump is likewise unavailable, as he will be attending a critical hearing in the Central District of California (Los Angeles) on January 9, which was just scheduled last week and which is expected to last several hours.

3. I spoke over the telephone with Plaintiff Steve Wilson Briggs, who agreed to continue the Case Management Conference to January 16, 2014 and to continue related filings to January 9, 2014 to accommodate Defendants' counsel.

4. No previous requests have been made for an enlargement of time or for a continuance of any dates. The requested continuance of one week will have negligible impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 30, 2013, at Santa Monica, California.

Gregory P. Korn

10021.00015/197142.1

1

DECLARATION OF GREGORY KORN

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On December 30, 2013, I served true copies of the following document(s) described as **DECLARATION OF GREGORY KORN IN SUPPORT OF STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

Steve Wilson Briggs  
681 Edna Way  
San Mateo, CA 94402  

*Plaintiff*  
Tel.: (510) 200-3763  
Email: snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2013, at Santa Monica, California.

*Candace E. Hoffman*  
Candace E. Hoffman

10021.00015/194734.1