KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT, INC.,
TRISTAR PICTURES, INC., MRC II
DISTRIBUTION COMPANY L.P. (erroneously
sued as Media Rights Capital), and QED
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>       Plaintiff,<br><br>    vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>       Defendants. | Case No. CV 13-4679-PJH<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE** |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1

### ~~PROPOSED~~ ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

3

Conference, currently scheduled for January 9, 2014 at 2:00 p.m., is hereby continued to January

4

16, 2014, at 2:00 p.m.  The parties shall exchange initial disclosures and file case management

5

conference statements by January 9, 2014.

6

7

DATED:  January 2, 2014



8

UNITED STA_____CT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1