Steve Wilson Briggs

681 Edna Way

San Mateo, CA 94402

510 200 3763

snc.steve@hotmail.com

Pro Se **PLAINTIFF**

RECEIVED
JAN - 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL (MRC II, LP), QED INTERNATIONAL,<br><br>Defendants | CASE NO: CV 13 4679 PJH<br><br>[PROSOSED] ORDER GRANTING<br><br>MOTION FOR SANCTIONS |

[PROSOSED] ORDER

The Court has considered the Plaintiff's Motion For Sanctions. Finding that good cause exists the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January ____, 2014

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

This is to certify that on the 6th day of January, 2014, I, Steve Wilson Briggs, served, by way of U.S. mail, true copies of the document described as **[PROSOSED] ORDER GRANTING MOTION FOR SANCTIONS**, on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on January 6th, 2014

By, _____

Steve Wilson Briggs, Plaintiff Pro Se