1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants NEILL BLOMKAMP,
   SONY PICTURES ENTERTAINMENT INC.,
7  TRISTAR PICTURES, INC., MRC II
   DISTRIBUTION COMPANY L.P. (erroneously
8  named as MEDIA RIGHTS CAPITAL), and
   QED INTERNATIONAL, LLC

9

10            **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

12

13  STEVE WILSON BRIGGS,                    Case No. CV 13-4679-PJH

14            Plaintiff,

15        vs.                              **DEFENDANTS' ANSWER AND**
                                           **AFFIRMATIVE DEFENSES TO FIRST**
16  NEILL BLOMKAMP; SONY PICTURES          **AMENDED COMPLAINT FOR**
    ENT., INC., TRISTAR PICTURES, INC.,    **COPYRIGHT INFRINGEMENT**
17  MEDIA RIGHTS CAPITAL, and QED
    INTERNATIONAL,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc., MRC II Distribution Company L.P. (erroneously sued as Media Rights Capital), and QED International, LLC (collectively, "Defendants") answer the Amended Complaint for Copyright Infringement ("Complaint") as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Complaint, Defendants admit that this is an action for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter, "Plaintiff's Screenplay"). Defendants admit that the film "Elysium" was initially theatrically released in the United States on or about August 9, 2013 (hereinafter, the "Film"). Defendants deny each and every remaining allegation in Paragraph 1.

2.      Answering Paragraph 2 of the Complaint, Defendant MRC II Distribution Company L.P. (hereinafter, "MRC"), erroneously sued as "Media Rights Capital," denies that an entity named "Media Rights Capital" is properly named in the Complaint. MRC denies that it is attempting to mislead the Court in answering the Complaint and alleges that it is a company organized and existing under the laws of the State of California and that it, rather than the named "Media Rights Capital," is the entity referred to colloquially as "MRC" or "Media Rights Capital" which contracted in connection with the Film and which owns the relevant copyrights in the Film. The remaining Defendants (excluding MRC) lack sufficient information and belief upon which to admit or deny the allegations concerning the "MRC" entities in Paragraph 2, and on that basis those allegations are denied by those remaining Defendants. All Defendants deny each and every remaining allegation in Paragraph 2.

3.      Answering Paragraph 3 of the Complaint, and for the reasons set forth in Paragraph 2 above, Defendant MRC denies that an entity named "Media Rights Capital" is properly named in the Complaint and alleges that it is the relevant "MRC" entity which contracted in connection with the Film and which owns the relevant copyrights in the Film. MRC denies all remaining allegations in Paragraph 3. The remaining Defendants (excluding MRC) lack sufficient information upon which to admit or deny the allegations in Paragraph 3, and on that basis the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 allegations are denied.

2     4.     Answering Paragraph 4 of the Complaint, Defendants deny each and every

3 allegation thereof.

4     5.     Answering Paragraph 5 of the Complaint, Defendants admit that the Amended

5 Complaints purports to have "added a personal information section."  Except as so admitted,

6 Defendants deny each and every allegation in Paragraph 5.

7                                    **JURISDICTION**

8     6.     Answering Paragraph 6 of the Complaint, Defendants admit that the Court has

9 subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendants deny each and

10 every remaining allegation in Paragraph 6.

11     7.     Answering Paragraph 7 of the Complaint, Defendants admit that the Complaint

12 alleges that venue is proper and alleges that the Court has personal jurisdiction.  Defendants deny

13 each and every remaining allegation in Paragraph 7.

14     8.     Answering Paragraph 8 of the Complaint, Defendants admit that the Complaint

15 alleges that the action is properly assigned to the San Francisco division of the Northern District of

16 California.  Defendants deny each and every remaining allegation in Paragraph 8.

17                                    **THE PARTIES**

18     9.     Answering Paragraph 9 of the Complaint, Defendants lack sufficient information

19 and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20 denied.

21     10.     Answering Paragraph 10 of the Complaint, Defendants admit the allegations

22 thereof.

23     11.     Answering Paragraph 11 of the Complaint, Defendants admit that Sony Pictures

24 Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

25 Culver City, California.  Defendants deny each and every remaining allegation in Paragraph 11.

26     12.     Answering Paragraph 12 of the Complaint, Defendants admit that TriStar Pictures,

27 Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

28 City, California.  Defendants admit that TriStar is a distributor of the Film.  Defendants deny each

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   and every remaining allegation in Paragraph 12.

2   13.   Answering Paragraph 13 of the Complaint, Defendants admit that MRC II

3   Distribution Company (erroneously sued as Media Rights Capital) ("MRC") has its principal place

4   of business at 9665 Wilshire Boulevard, Beverly Hills, CA 90212.  Defendants admit that MRC

5   was involved in the development and production of the Film.  Defendants deny each and every

6   remaining allegation in Paragraph 13.

7   14.   Answering Paragraph 14 of the Complaint, Defendants admit that QED

8   International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

9   90028.  Defendants admit that QED is credited as a producer of the Film.  Defendants deny each

10  and every remaining allegation in Paragraph 14.

11                              **BACKGROUND**

12  15.   Answering Paragraph 15 of the Complaint, Defendants lack sufficient information

13  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14  denied.

15  16.   Answering Paragraph 16 of the Complaint, Defendants lack sufficient information

16  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17  denied.

18  17.   Answering Paragraph 17 of the Complaint, Defendants lack sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21  18.   Answering Paragraph 18 of the Complaint, Defendants lack sufficient information

22  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23  denied.

24  19.   Answering Paragraph 19 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27  20.   Answering Paragraph 20 of the Complaint, Defendants lack sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    denied.

2        21.     Answering Paragraph 21 of the Complaint, Defendants deny the allegation that

3    "MRC was a struggling new film company with but 1 credit for 2007, 'Couples', filmed for only

4    $2500."  Defendants lack sufficient information and belief upon which to admit or deny the

5    remaining allegations in Paragraph 21, and on that basis the remaining allegations are denied.

6        22.     Answering Paragraph 22 of the Complaint, Defendants lack sufficient information

7    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8    denied.

9        23.     Answering Paragraph 23 of the Complaint, Defendants deny each and every

10   allegation thereof.

11       24.     Answering Paragraph 24 of the Complaint, Defendants lack sufficient information

12   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13   denied.

14       25.     Answering Paragraph 25 of the Complaint, Defendants lack sufficient information

15   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16   denied.

17       26.     Answering Paragraph 26 of the Complaint, Blomkamp denies that he was aware of

18   the triggerstreet.com website at any time prior to the filing of this lawsuit.  Blomkamp denies that

19   he contacted Plaintiff regarding Plaintiff's  Screenplay.  All Defendants deny that they were

20   familiar with and/or accessed Plaintiff's Screenplay in any way or at any time, including without

21   limitation on triggerstreet.com.  Defendants lack sufficient information and belief upon which to

22   admit or deny the remaining allegations in Paragraph 26, and on that basis, those remaining

23   allegations are denied.

24       27.      Answering Paragraph 27 of the Complaint, Defendants lack sufficient information

25   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26   denied.

27       28.     Answering Paragraph 28 of the Complaint, Defendants lack sufficient information

28   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  denied.

2        29.      Answering Paragraph 29 of the Complaint, Defendants lack sufficient information

3  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

4  denied.

5        30.      Answering Paragraph 30 of the Complaint, Defendants lack sufficient information

6  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7  denied.

8        31.      Answering Paragraph 31 of the Complaint, Defendants lack sufficient information

9  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11        32.      Answering Paragraph 32 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14        33.      Answering Paragraph 33 of the Complaint, Defendants deny that the Film and the

15  trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's

16  Screenplay.  Defendants lack sufficient information and belief upon which to admit or deny the

17  remaining allegations in Paragraph 33, and on that basis those remaining allegations are denied.

18        34.      Answering Paragraph 34 of the Complaint, Defendants deny that the story structure

19  of the Film conforms to Plaintiff's Screenplay in any way.  Defendants lack sufficient information

20  and belief upon which to admit or deny the remaining allegations in Paragraph 34, and on that

21  basis those remaining allegations are denied.

22        35.      Answering Paragraph 35 of the Complaint, Defendants lack sufficient information

23  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24  denied.

25        36.      Answering Paragraph 36 of the Complaint, Defendants lack sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28        37.      Answering Paragraph 37 of the Complaint, Defendants object on the basis that the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

2  Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

3      38.    Answering Paragraph 38 of the Complaint, Defendants lack sufficient information

4  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5  denied.

6      39.    Answering Paragraph 39 of the Complaint, Defendants lack sufficient information

7  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8  denied.

9          **STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

10     40.    Answering Paragraph 40 of the Complaint, Defendants admit that the Film was

11  theatrically released in the United States and certain other territories on August 9, 2013.

12  Defendants deny each and every remaining allegation in Paragraph 40 and specifically deny that

13  the Film infringes Plaintiff's alleged copyright interests.

14     41.    Answering Paragraph 41 of the Complaint, Defendants lack sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17     42.    Answering Paragraph 42 of the Complaint, Defendants deny that the Film infringes

18  any copyright interests Plaintiff might have in the Screenplay in whole or part.  Defendants lack

19  sufficient information and belief upon which to admit or deny the remaining allegations in

20  Paragraph 42, and on that basis those remaining allegations are denied.

21     43.    Answering Paragraph 43 of the Complaint, Defendants deny each and every

22  allegation thereof.

23     44.    Answering Paragraph 44 of the Complaint, Defendants admit that Plaintiff's

24  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

25  every allegation in Paragraph 44.

26     45.    Answering Paragraph 45 of the Complaint, Defendants admit that the Film is the

27  best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

28  evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Paragraph 45.

2          46.    Answering Paragraph 46 of the Complaint, Defendants admit that Plaintiff's

3    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4    every allegation in Paragraph 46.

5          47.    Answering Paragraph 47 of the Complaint, Defendants admit that Plaintiff's

6    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

7    every allegation in Paragraph 47 and specifically deny that the "plot features" referenced in

8    Paragraph 47 constitute either Plaintiff's original or copyrightable expression.

9          48.    Answering Paragraph 48 of the Complaint, Defendants deny each and every

10   allegation thereof.

11         49.    Answering Paragraph 49 of the Complaint, Defendants deny each and every

12   allegation thereof.

13         50.    Answering Paragraph 50 of the Complaint, Defendants deny each and every

14   allegation thereof.

15         51.    Answering Paragraph 51 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

17   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

18   each and every allegation in Paragraph 51.

19         52.    Answering Paragraph 52 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21   every allegation in Paragraph 52.

22         53.    Answering Paragraph 53 of the Complaint, Defendants admit that the Film is the

23   best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

24   evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

25   Paragraph 53.

26         54.    Answering Paragraph 54 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28   every allegation in Paragraph 54.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

55.     Answering Paragraph 55 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 55.

56.     Answering Paragraph 56 of the Complaint, Defendants admit that the Film is the best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 56 and specifically deny that any characters from the Film or the screenplay on which the Film is based infringe Plaintiff's alleged copyright interests.

57.     Answering Paragraph 57 of the Complaint, Defendants deny each and every allegation thereof.

58.     Answering Paragraph 58 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 58.

59.     Answering Paragraph 59 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 59.

60.     Answering Paragraph 60 of the Complaint, Defendants admit that the Film is the best evidence of its contents.  Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 60.

61.     Answering Paragraph 61 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 61.

62.     Answering Paragraph 62 of the Complaint, Defendants admit the purported document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 62.

63.     Answering Paragraph 63 of the Complaint, Defendants admit that Plaintiff's

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2   admitted, Defendants deny each and every allegation in Paragraph 63.

3           64.      Answering Paragraph 64 of the Complaint, Defendants admit that Plaintiff's

4   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

5   admitted, Defendants deny each and every allegation in Paragraph 64.

6           65.      Answering Paragraph 65 of the Complaint, Defendants deny each and every

7   allegation thereof.

8           66.      Answering Paragraph 66 of the Complaint, Defendants deny each and every

9   allegation thereof.

10           67.      Answering Paragraph 67 of the Complaint, Defendants admit that Exhibit B to the

11   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12   every allegation in Paragraph 67.

13           68.      Answering Paragraph 68 of the Complaint, Defendants deny each and every

14   allegation thereof.

15           69.      Answering Paragraph 69 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

17   admitted, Defendants deny each and every allegation in Paragraph 69.

18           70.      Answering Paragraph 70 of the Complaint, Defendants deny each and every

19   allegation thereof.

20           71.      Answering Paragraph 71 of the Complaint, Defendants admit that Plaintiff's

21   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

22   every allegation in Paragraph 71.

23           72.      Answering Paragraph 72 of the Complaint, Defendants admit that Exhibit B to the

24   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

25   every allegation in Paragraph 72.

26           73.      Answering Paragraph 73 of the Complaint, Defendants deny each and every

27   allegation thereof.

28           74.      Answering Paragraph 74 of the Complaint, Defendants admit that Plaintiff's

1   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2   admitted, Defendants deny each and every allegation in Paragraph 74.

3         75.     Answering Paragraph 75 of the Complaint, Defendants admit that Plaintiff's

4   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

5   every allegation in Paragraph 75.

6         76.     Answering Paragraph 76 of the Complaint, Defendants admit that Plaintiff's

7   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

8   every allegation in Paragraph 76 and specifically deny that the "characteristics, actions,

9   motivations and conditions listed in paragraph 75" constitute either Plaintiff's original or

10  copyrightable expression.

11        77.     Answering Paragraph 77 of the Complaint, Defendants deny each and every

12  allegation thereof.

13        78.     Answering Paragraph 78 of the Complaint, Defendants deny each and every

14  allegation thereof.

15        79.     Answering Paragraph 79 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17  every allegation in Paragraph 79.

18        80.     Answering Paragraph 80 of the Complaint, Defendants deny each and every

19  allegation thereof.

20        81.     Answering Paragraph 81 of the Complaint, Defendants admit the Film is the best

21  evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of

22  its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 81.

23        82.     Answering Paragraph 82 of the Complaint, Defendants admit that Plaintiff's

24  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

25  every allegation in Paragraph 82.

26        83.     Answering Paragraph 83 of the Complaint, Defendants admit that Plaintiff's

27  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28  every allegation in Paragraph 83 and specifically deny that the characteristics listed in Paragraph

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1   82 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

2   84.   Answering Paragraph 84 of the Complaint, Defendants deny each and every

3   allegation thereof.

4   85.   Answering Paragraph 85 of the Complaint, Defendants deny each and every

5   allegation thereof.

6   86.   Answering Paragraph 86 of the Complaint, Defendants deny each and every

7   allegation thereof.

8   87.   Answering Paragraph 87 of the Complaint, Defendants deny each and every

9   allegation thereof.

10   88.   Answering Paragraph 88 of the Complaint, Defendants admit that Plaintiff's

11   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

12   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

13   each and every allegation in Paragraph 88.

14   89.   Answering Paragraph 89 of the Complaint, Defendants admit that Plaintiff's

15   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

16   admit that the purported website www.welcometoelysium.com is the best evidence of its contents.

17   Except as so admitted, Defendants deny each and every allegation in Paragraph 89.

18   90.   Answering Paragraph 90 of the Complaint, Defendants admit that Plaintiff's

19   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

20   every allegation in Paragraph 90 and specifically deny that the characteristics listed in Paragraph

21   89 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

22   91.   Answering Paragraph 91 of the Complaint, Defendants deny each and every

23   allegation thereof.

24   92.   Answering Paragraph 92 of the Complaint, Defendants deny each and every

25   allegation thereof.

26   93.   Answering Paragraph 93 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

28   admitted, Defendants deny each and every allegation in Paragraph 93.

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

94.     Answering Paragraph 94 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 94 and specifically deny that the characteristics listed in Paragraph 93 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

95.     Answering Paragraph 95 of the Complaint, Defendants deny each and every allegation thereof.

96.     Answering Paragraph 96 of the Complaint, Defendants deny each and every allegation thereof.

97.     Answering Paragraph 97 of the Complaint, Defendants deny each and every allegation thereof.

98.     Answering Paragraph 98 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

99.     Answering Paragraph 99 of the Complaint, Defendants admit that the referenced episode of *Star Trek* is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 99.

100.     Answering Paragraph 100 of the Complaint, Defendants admit that Plaintiff's Screenplay, the Film, and the referenced episode of *Star Trek* are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 100.

101.     Answering Paragraph 101 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit Q to the Complaint are the best evidence of their contents.  Defendants admit that the Film and any screenplay on which the Film is based are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 101.

102.     Answering Paragraph 102 of the Complaint, Defendants deny each and every allegation thereof.

103.     Answering Paragraph 103 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  each and every allegation in Paragraph 103.

2      104.    Answering Paragraph 104 of the Complaint, Defendants admit that Plaintiff's

3  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4  every allegation in Paragraph 104 and specifically deny that the characteristics listed in Paragraph

5  103 (as incorporated by reference) constitute either Plaintiff's original or copyrightable

6  expression.

7      105.    Answering Paragraph 105 of the Complaint, Defendants deny each and every

8  allegation thereof.

9      106.    Answering Paragraph 106 of the Complaint, Defendants deny each and every

10  allegation thereof.

11      107.    Answering Paragraph 107 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

13  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

14  each and every allegation in Paragraph 107.

15      108.    Answering Paragraph 108 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17  every allegation in Paragraph 108 and specifically deny that the "themes" listed in Paragraph 107

18  (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

19      109.    Answering Paragraph 109 of the Complaint, Defendants deny each and every

20  allegation thereof.

21      110.    Answering Paragraph 110 of the Complaint, Defendants deny each and every

22  allegation thereof.

23      111.    Answering Paragraph 111 of the Complaint, Defendants deny each and every

24  allegation thereof and further allege that Paragraph 111 contains no allegation of fact and is

25  unintelligible.

26      112.    Answering Paragraph 112 of the Complaint, Defendants admit that Plaintiff's

27  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28  every allegation in Paragraph 112.

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   113.   Answering Paragraph 113 of the Complaint, Defendants admit that Exhibit B to the

2   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

3   every allegation in Paragraph 113.

4   114.   Answering Paragraph 114 of the Complaint, Defendants deny each and every

5   allegation thereof and further allege that Paragraph 114 contains no allegation of fact and is

6   unintelligible.

7   115.   Answering Paragraph 115 of the Complaint, Defendants admit that Plaintiff's

8   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

9   admitted, Defendants deny each and every allegation in Paragraph 115.

10   116.    Answering Paragraph 116 of the Complaint, Defendants admit that Plaintiff's

11   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12   every allegation in Paragraph 116.

13   117.   Answering Paragraph 117 of the Complaint, Defendants admit that Exhibit B to the

14   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15   every allegation in Paragraph 117.

16   118.   Answering Paragraph 118 of the Complaint, Defendants deny each and every

17   allegation thereof and further allege that Paragraph 118 contains no allegation of fact and is

18   unintelligible.

19   119.   Answering Paragraph 119 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21   every allegation in Paragraph 119.

22   120.   Answering Paragraph 120 of the Complaint, Defendants admit that the Film is the

23   best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

24   evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

25   Paragraph 120.

26   121.   Answering Paragraph 121 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

28   admitted, Defendants deny each and every allegation in Paragraph 121.

122.     Answering Paragraph 122 of the Complaint, Defendants deny each and every allegation thereof.

123.     Answering Paragraph 123 of the Complaint, Defendants deny each and every allegation thereof.

124.     Answering Paragraph 124 of the Complaint, Defendants deny each and every allegation thereof and further allege that Paragraph 124 contains no allegation of fact and is unintelligible.

125.     Answering Paragraph 125 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 125.

126.     Answering Paragraph 126 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 126.

127.     Answering Paragraph 127 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 127.

128.     Answering Paragraph 128 of the Complaint, Defendants deny each and every allegation thereof.

129.     Answering Paragraph 129 of the Complaint, Defendants deny each and every allegation thereof.

130.     Answering Paragraph 130 of the Complaint, Defendants deny each and every allegation thereof.

131.     Answering Paragraph 131 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 131.

132.     Answering Paragraph 132 of the Complaint, Defendants admit that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2   every allegation in Paragraph 132.

3       133.    Answering Paragraph 133 of the Complaint, Defendants lack sufficient information

4   and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to

5   "reference immigration in a warlike state," and on that basis the allegation is denied.  Defendants

6   deny each and every remaining allegation in Paragraph 133.

7       134.    Answering Paragraph 134 of the Complaint, Defendants admit that Plaintiff's

8   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9   every allegation in Paragraph 134.

10      135.    Answering Paragraph 135 of the Complaint, Defendants admit that Exhibit B to the

11  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12  every allegation in Paragraph 135.

13      136.    Answering Paragraph 136 of the Complaint, Defendants admit that Plaintiff's

14  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

15  admitted, Defendants deny each and every allegation in Paragraph 136.

16      137.    Answering Paragraph 137 of the Complaint, Defendants admit that Plaintiff's

17  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18  every allegation in Paragraph 137.

19      138.    Answering Paragraph 138 of the Complaint, Defendants admit that Exhibit B to the

20  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21  every allegation in Paragraph 138.

22      139.    Answering Paragraph 139 of the Complaint, Defendants admit that Plaintiff's

23  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24  every allegation in Paragraph 139.

25      140.    Answering Paragraph 140 of the Complaint, Defendants admit that Exhibit B to the

26  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 140.

28      141.    Answering Paragraph 141 of the Complaint, Defendants admit that Plaintiff's

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3ᴿᴰ Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2   every allegation in Paragraph 141.

3           142.    Answering Paragraph 142 of the Complaint, Defendants admit that Exhibit B to the

4   Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

5   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

6   142 and specifically deny that the Film "follows the Plaintiff's model" in any way.

7           143.    Answering Paragraph 143 of the Complaint, Defendants deny each and every

8   allegation thereof.

9           144.    Answering Paragraph 144 of the Complaint, Defendants admit that Plaintiff's

10  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

11  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

12  each and every allegation in Paragraph 144.

13          145.    Answering Paragraph 145 of the Complaint, Defendants deny each and every

14  allegation thereof.

15          146.    Answering Paragraph 146 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

17  admitted, Defendants deny each and every allegation in Paragraph 146.

18          147.    Answering Paragraph 147 of the Complaint, Defendants admit that Plaintiff's

19  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

20  every allegation in Paragraph 147.

21          148.    Answering Paragraph 148 of the Complaint, Defendants admit that Exhibit B to the

22  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

23  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

24  148.

25          149.    Answering Paragraph 149 of the Complaint, Defendants deny each and every

26  allegation thereof.

27          150.    Answering Paragraph 150 of the Complaint, Defendants admit that Plaintiff's

28  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    admitted, Defendants deny each and every allegation in Paragraph 150.

2        151.    Answering Paragraph 151 of the Complaint, Defendants deny each and every

3    allegation thereof.

4        152.    Answering Paragraph 152 of the Complaint, Defendants deny each and every

5    allegation thereof.

6        153.    Answering Paragraph 153 of the Complaint, Defendants admit that Plaintiff's

7    Screenplay is the best evidence of its contents.   Except as so admitted, Defendants deny each and

8    every allegation in Paragraph 153.

9        154.    Answering Paragraph 154 of the Complaint, Defendants admit that Exhibit B to the

10   Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

11   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

12   154.

13       155.    Answering Paragraph 155 of the Complaint, Defendants admit that Plaintiff's

14   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15   every allegation in Paragraph 155.

16       156.    Answering Paragraph 156 of the Complaint, Defendants admit that Exhibit B to the

17   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18   every allegation in Paragraph 156.

19       157.    Answering Paragraph 157 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21   every allegation in Paragraph 157.

22       158.    Answering Paragraph 158 of the Complaint, Defendants admit that Exhibit B to the

23   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24   every allegation in Paragraph 158.

25       159.    Answering Paragraph 159 of the Complaint, Defendants admit that Plaintiff's

26   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27   every allegation in Paragraph 159.

28       160.    Answering Paragraph 160 of the Complaint, Defendants admit that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2   every allegation in Paragraph 160.

3   161.    Answering Paragraph 161 of the Complaint, Defendants admit that Plaintiff's

4   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

5   admitted, Defendants deny each and every allegation in Paragraph 161.

6   162.    Answering Paragraph 162 of the Complaint, Defendants admit that Plaintiff's

7   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

8   every allegation in Paragraph 162.

9   163.    Answering Paragraph 163 of the Complaint, Defendants admit that Exhibit B to the

10  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

11  every allegation in Paragraph 163.

12  164.    Answering Paragraph 164 of the Complaint, Defendants deny each and every

13  allegation thereof.

14  165.    Answering Paragraph 165 of the Complaint, Defendants deny each and every

15  allegation thereof.

16  166.    Answering Paragraph 166 of the Complaint, Defendants admit that Plaintiff's

17  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18  every allegation in Paragraph 166.

19  167.    Answering Paragraph 167 of the Complaint, Defendants admit that Exhibit B to the

20  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21  every allegation in Paragraph 167.

22  168.    Answering Paragraph 168 of the Complaint, Defendants admit that Plaintiff's

23  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24  every allegation in Paragraph 168.

25  169.    Answering Paragraph 169 of the Complaint, Defendants admit that Exhibit B to the

26  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 169

28  170.    Answering Paragraph 170 of the Complaint, Defendants deny each and every

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   allegation thereof.

2       171.    Answering Paragraph 171 of the Complaint, Defendants admit that Plaintiff's

3   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

4   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

5   each and every allegation in Paragraph 171.

6       172.    Answering Paragraph 172 of the Complaint, Defendants admit that Plaintiff's

7   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

8   every allegation in Paragraph 172.

9       173.    Answering Paragraph 173 of the Complaint, Defendants admit that Exhibit B to the

10  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

11  every allegation in Paragraph 173.

12      174.    Answering Paragraph 174 of the Complaint, Defendants admit that Plaintiff's

13  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

14  every allegation in Paragraph 174.

15      175.    Answering Paragraph 175 of the Complaint, Defendants admit that Exhibit B to the

16  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

17  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

18  175.

19      176.    Answering Paragraph 176 of the Complaint, Defendants deny each and every

20  allegation thereof.

21      177.    Answering Paragraph 177 of the Complaint, Defendants admit that Plaintiff's

22  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

23  every allegation in Paragraph 177.

24      178.    Answering Paragraph 178 of the Complaint, Defendants admit that Exhibit B to the

25  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26  every allegation in Paragraph 178.

27      179.    Answering Paragraph 179 of the Complaint, Defendants deny each and every

28  allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    180.    Answering Paragraph 180 of the Complaint, Defendants admit that Plaintiff's
2    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
3    every allegation in Paragraph 180.

4    181.    Answering Paragraph 181 of the Complaint, Defendants admit that Exhibit B to the
5    Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
6    every allegation in Paragraph 181.

7    182.    Answering Paragraph 182 of the Complaint, Defendants deny each and every
8    allegation thereof.

9    183.    Answering Paragraph 183 of the Complaint, Defendants deny each and every
10   allegation thereof.

11   184.    Answering Paragraph 184 of the Complaint, Defendants admit that Plaintiff's
12   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
13   every allegation in Paragraph 184.

14   185.    Answering Paragraph 185 of the Complaint, Defendants admit that Exhibit B to the
15   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
16   every allegation in Paragraph 185.

17   186.    Answering Paragraph 186 of the Complaint, Defendants admit that Plaintiff's
18   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
19   every allegation in Paragraph 186.

20   187.    Answering Paragraph 187 of the Complaint, Defendants admit that Exhibit B to the
21   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
22   every allegation in Paragraph 187.

23   188.    Answering Paragraph 188 of the Complaint, Defendants admit that Plaintiff's
24   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
25   every allegation in Paragraph 188.

26   189.    Answering Paragraph 189 of the Complaint, Defendants admit that Exhibit B to the
27   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and
28   every allegation in Paragraph 189.

190.    Answering Paragraph 190 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 190.

191.    Answering Paragraph 191 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 191.

192.    Answering Paragraph 192 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 192.

193.    Answering Paragraph 193 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 193.

194.    Answering Paragraph 194 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 194.

195.    Answering Paragraph 195 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 195.

196.    Answering Paragraph 196 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 196.

197.    Answering Paragraph 197 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 197.

198.    Answering Paragraph 198 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 198.

199.    Answering Paragraph 199 of the Complaint, Defendants deny each and every

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    allegation thereof.

2         200.    Answering Paragraph 200 of the Complaint, Defendants admit that Plaintiff's

3    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

4    admit that the purported "official Elysium website" is the best evidence of its contents.

5    Defendants admit that the Film is the best evidence of its contents.  Except as so admitted,

6    Defendants deny each and every allegation in Paragraph 200.

7         201.    Answering Paragraph 201 of the Complaint, Defendants admit that Plaintiff's

8    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9    every allegation in Paragraph 201.

10        202.    Answering Paragraph 202 of the Complaint, Defendants admit that Exhibit B to the

11   Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

12   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

13   202.

14        203.    Answering Paragraph 203 of the Complaint, Defendants admit that Plaintiff's

15   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16   every allegation in Paragraph 203.

17        204.    Answering Paragraph 204 of the Complaint, Defendants admit that the purported

18   "official ELYSIUM website" is the best evidence of its contents.  Except as so admitted,

19   Defendants deny each and every allegation in Paragraph 204.

20        205.    Answering Paragraph 205 of the Complaint, Defendants admit that Plaintiff's

21   Screenplay is the best evidence of its contents.  Defendants admit that the purported "Elysium

22   official website" is the best evidence of its contents.  Except as so admitted, Defendants deny each

23   and every allegation in Paragraph 205.

24        206.    Answering Paragraph 206 of the Complaint, Defendants admit that Plaintiff's

25   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26   every allegation in Paragraph 206.

27        207.    Answering Paragraph 207 of the Complaint, Defendants admit that the purported

28   "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendants

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  deny each and every allegation in Paragraph 207.

2      208.    Answering Paragraph 208 of the Complaint, Defendants deny each and every

3  allegation thereof.

4      209.    Answering Paragraph 209 of the Complaint, Defendants admit that the purported

5  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendants deny each and

6  every allegation in Paragraph 209 and specifically deny that Defendants created a synopsis of the

7  Film which is patterned after Plaintiff's alleged synopsis.

8      210.    Answering Paragraph 210 of the Complaint, Defendants admit that the "synopsis"

9  purportedly quoted in Paragraph 210 is the best evidence of its contents.  Except as so admitted,

10 Defendants deny each and every allegation in Paragraph 210.

11     211.    Answering Paragraph 211 of the Complaint, Defendants admit that the purported

12 synopsis quoted in Paragraph 211 is the best evidence of its contents.  Except as so admitted,

13 Defendants deny each and every allegation in Paragraph 211.

14     212.    Answering Paragraph 212 of the Complaint, Defendants admit that the purported

15 synopsis is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16 every allegation in Paragraph 212 and specifically deny that Defendants created a synopsis of the

17 Film which "follows" Plaintiff's alleged synopsis in any way.

18     213.    Answering Paragraph 213 of the Complaint, Defendants deny each and every

19 allegation thereof.

20     214.    Answering Paragraph 214 of the Complaint, Defendants deny each and every

21 allegation thereof.

22     215.    Answering Paragraph 215 of the Complaint, Defendants deny each and every

23 allegation thereof.

24     216.    Answering Paragraph 216 of the Complaint, Defendants object on the basis that the

25 allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

26 Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

27     217.    Answering Paragraph 217 of the Complaint, Defendants admit that Exhibit B to the

28 Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

2   217 and specifically deny that they were aware of Plaintiff's Screenplay before the filing of this

3   lawsuit and edited the Film for any reasons relating to Plaintiff's Screenplay.

4         218.    Answering Paragraph 218 of the Complaint, Defendants deny each and every

5   allegation thereof.

6         219.    Answering Paragraph 219 of the Complaint, Defendants deny each and every

7   allegation thereof.

8         220.    Answering Paragraph 220 of the Complaint, Defendants deny each and every

9   allegation thereof.

10        221.    Answering Paragraph 221 of the Complaint, Defendants admit that the documents

11  referenced in Paragraph 221 are the best evidence of their contents.  Except as so admitted,

12  Defendants deny each and every allegation in Paragraph 221.

13        222.    Answering Paragraph 222 of the Complaint, Defendants lack sufficient information

14  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15  denied.

16        223.    Answering Paragraph 223 of the Complaint, Defendants deny each and every

17  allegation thereof.

18        224.    Answering Paragraph 224 of the Complaint, Defendants deny each and every

19  allegation thereof.

20        225.    Answering Paragraph 225 of the Complaint, Defendants admit that the Ninth

21  Circuit opinion quoted in Paragraph 225 is the best evidence of its contents.  Except as so

22  admitted, Defendants deny each and every allegation in Paragraph 225.

23        226.    Answering Paragraph 226 of the Complaint, Defendants admit that no one was

24  complicit in Defendants' alleged access to Plaintiff's Screenplay, as none of Defendants were

25  aware of or accessed Plaintiff's Screenplay prior to the filing of this action.  Defendants deny each

26  and every remaining allegation in Paragraph 226.

27        227.    Answering Paragraph 227 of the Complaint, Defendants deny each and every

28  allegation thereof.

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1   228.   Answering Paragraph 228 of the Complaint, MRC admits that it and Trigger Street

2   Productions are among the producers of the television series *House of Cards*.  MRC denies each

3   and every remaining allegation in Paragraph 228.  The remaining Defendants (excluding MRC)

4   lack sufficient information and belief upon which to admit or deny the allegations in Paragraph

5   228, and on that basis the allegations are denied by those Defendants.

6   229.   Answering Paragraph 229 of the Complaint, QED admits that it was for some

7   period of time contracted as a sales agent on the film "Inseparable."  QED denies the remaining

8   allegations in Paragraph 229.  The remaining Defendants (excluding QED) lack sufficient

9   information and belief upon which to admit or deny the allegations in Paragraph 229, and on that

10  basis the allegations are denied by those Defendants.

11  230.   Answering Paragraph 230 of the Complaint, SPE and TriStar deny each and every

12  allegation thereof.  The remaining Defendants (excluding SPE and TriStar) lack sufficient

13  information and belief upon which to admit or deny the allegations in Paragraph 230, and on that

14  basis the allegations are denied by those Defendants.

15  231.   Answering Paragraph 231 of the Complaint, Defendants admit that Blomkamp is a

16  well-known writer and director of feature films.  Defendants lack sufficient information and belief

17  upon which to admit or deny the remaining allegations in Paragraph 231, and on that basis those

18  remaining allegations are denied.

19  232.   Answering Paragraph 232 of the Complaint, Defendants admit that Blomkamp was

20  a screenwriter and filmmaker as of 2007.  Defendants deny that Blomkamp was aware of the

21  website triggerstreet.com in 2007.  Defendants lack sufficient information and belief upon which

22  to admit or deny the remaining allegations in Paragraph 232, and on that basis those remaining

23  allegations are denied.

24  233.   Answering Paragraph 233 of the Complaint, Defendants admit that Blomkamp was

25  a filmmaker as of 2007.  Defendants admit that the film *District 9* was theatrically released in

26  2009.  Defendants lack sufficient information and belief upon which to admit or deny the

27  remaining allegations in Paragraph 233, and on that basis those remaining allegations are denied.

28  234.   Answering Paragraph 234 of the Complaint, Defendants admit that their Answer

1   and Affirmative Defenses to Complaint for Copyright Infringement is the best evidence of its

2   contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 234.

3       235.    Answering Paragraph 235 of the Complaint, Defendants deny each and every

4   allegation thereof.

5       236.    Answering Paragraph 236 of the Complaint, Defendants admit that this action

6   alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

7   sufficient information and belief upon which to admit or deny the remaining allegations in

8   Paragraph 236, and on that basis those remaining allegations are denied.

9       237.    Answering Paragraph 237 of the Complaint, Defendants admit that this action

10  alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

11  sufficient information and belief upon which to admit or deny the remaining allegations in

12  Paragraph 237, and on that basis those remaining allegations are denied.

13      238.    Answering Paragraph 238 of the Complaint, Defendants lack sufficient information

14  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15  denied.

16      239.    Answering Paragraph 239 of the Complaint, Defendants lack sufficient information

17  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

18  denied.

19  **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

20      240.    Answering Paragraph 240 of the Complaint, Defendants deny each and every

21  allegation thereof.

22      241.    Answering Paragraph 241 of the Complaint, Defendants lack sufficient information

23  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24  denied.

25      242.    Answering Paragraph 242 of the Complaint, Defendants lack sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28      243.    Answering Paragraph 243 of the Complaint, Defendants lack sufficient information

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2  denied.

3      244.    Answering Paragraph 244 of the Complaint, Defendants lack sufficient information

4  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5  denied.

6      245.    Answering Paragraph 245 of the Complaint, Defendants lack sufficient information

7  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8  denied.

9      246.    Answering Paragraph 246 of the Complaint, Defendants lack sufficient information

10  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

11  denied.

12      247.    Answering Paragraph 247 of the Complaint, Defendants lack sufficient information

13  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14  denied.

15      248.    Answering Paragraph 248 of the Complaint, Defendants lack sufficient information

16  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17  denied.

18      249.    Answering Paragraph 249 of the Complaint, Defendants lack sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21  **<u>COUNT ONE</u>**

22      250.    Answering Paragraph 250 of the Complaint, Defendants incorporate by reference

23  the admissions and denials in Paragraphs 1 through 249, inclusive, as though fully set forth herein.

24      251.    Answering Paragraph 251 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27      252.    Answering Paragraph 252 of the Complaint, Defendants deny each and every

28  allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    253.    Answering Paragraph 253 of the Complaint, Defendants deny each and every

2    allegation thereof.

3    254.    Answering Paragraph 254 of the Complaint, Defendants deny each and every

4    allegation thereof.

5    255.    Answering Paragraph 255 of the Complaint, Defendants deny each and every

6    allegation thereof.

7    256.    Answering Paragraph 256 of the Complaint, Defendants deny each and every

8    allegation thereof.

9    257.    Answering Paragraph 257 of the Complaint, Defendants deny each and every

10   allegation thereof.

11   258.    Answering Paragraph 258 of the Complaint, Defendants lack sufficient information

12   and belief upon which to admit or deny the allegations concerning the accessibility of

13   triggerstreet.com, and on that basis those allegations are denied.  Defendants deny each and every

14   remaining allegation in Paragraph 258 and specifically deny that they were aware of and accessed

15   Plaintiff's Screenplay prior to the filing of this action.

16   259.    Answering Paragraph 259 of the Complaint, Defendants deny each and every

17   allegation thereof.

18   260.    Answering Paragraph 260 of the Complaint, Defendants deny each and every

19   allegation thereof.

20   261.    Answering Paragraph 261 of the Complaint, Defendants deny each and every

21   allegation thereof.

22   **AFFIRMATIVE DEFENSES**

23   Defendants set forth the following affirmative defenses without admitting that they have

24   the burden of proof with regard to these matters:

25   **FIRST AFFIRMATIVE DEFENSE**

26   **(Failure To State A Claim)**

27   262.    Plaintiff's Complaint fails to state a claim upon which relief may be granted.

28

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## SECOND AFFIRMATIVE DEFENSE

### (No Statutory Damages Or Attorneys' Fees)

263.    One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

## THIRD AFFIRMATIVE DEFENSE

### (Invalid Copyright)

264.    Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, and Waiver)

265.    Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

266.    Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiff shall take nothing by way of the Complaint;

2.    That the Complaint shall be dismissed with prejudice;

3.    For an award of attorneys' fees and costs; and

4.    For such other and further relief as the Court deems just and proper.

Respectfully submitted,

1    DATED: January 9, 2014                     KINSELLA WEITZMAN ISER
                                                KUMP & ALDISERT LLP
2

3

4
                                       By:          /s/ Michael J. Kump
5                                              Michael J. Kump
                                               Attorneys for NEILL BLOMKAMP, SONY
6                                              PICTURES ENTERTAINMENT INC., TRISTAR
                                               PICTURES, INC., MRC II DISTRIBUTION
7                                              COMPANY L.P., and QED INTERNATIONAL,
                                               LLC
8    10021.00015/196948

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT