Name: Steve Wilson Briggs
Address: 681 Edna Way
San Mateo, CA 94402
Phone Number: 510 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

FILED
JAN -9 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Steve Wilson Briggs

    Plaintiff,

vs.

Neill Blomkamp, Sony Picture, Ent., TriStar Pictures, Inc., Media Rights Capital (MRC II, LP, QED International

    Defendant.

Case Number: CV 13 4679 PJH

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge: Honorable Phyllis J. Hamilton

  As the (*Plaintiff/Defendant*) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [ ] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 1/9/14    Signature: [signed]

## PROOF OF SERVICE

This is to certify that on the 9th day of January, 2014, I, Steve Wilson Briggs, served, by way of the U.S. mail, true copies of the document described as **MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**, and **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**, on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on January 9th, 2014

By,_____

Steve Wilson Briggs, Plaintiff Pro Se