Name: Steve Wilson Briggs
Address: 681 Edna Way
San Mateo, C 94402A
Phone Number: 510 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

RECEIVED
JAN - 9 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs<br><br>Plaintiff,<br><br>vs.<br><br>Neill Blomkamp, Sony Picture, Ent., TriStar Pictures, Inc., Media Rights Capital (MRC II, LP, QED International<br><br>Defendant. | Case Number: CV 13 4679 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 1/9/14

_____
United States District/Magistrate Judge