UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** January 16, 2014   (Time: 26 minutes)        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-13-4679  PJH

**Case Name:** Briggs v. Blomkamp, et al.

**Attorney(s) for Plaintiff:**        Steve Briggs (pro se)
**Attorney(s) for Defendant:**        Michael Kump

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held.

1.    The plaintiff has named Medical Rights Capital (in the complaint, in the summons and in the proof of service) as a defendant but informs the court that he intended to name and serve Medical Rights Capital II.  Defense counsel informs the court that the correct defendant should be Medical Rights Capital II Distribution LP.  Plaintiff insists that the correct defendant is Medical Rights Capital II.  The plaintiff is only allowed to proceed against the defendants actually named in the amended complaint and served with process.  Thus, Medical Rights Capital II Distribution LP is _not_ a defendant in this case.  That portion of the answer to the amended complaint (Docket No. 27) filed on behalf of Medical Rights Capital II Distribution LP, it is stricken as unnecessary.  Defense counsel shall have an additional week to answer on behalf of the unrepresented defendants Medical Rights Capital (who was named and served) or Medical Rights Capital II (who plaintiff intended to name and serve).

2.    Plaintiff's motion and amended motion for sanctions (Docket No. 24 & 25) are DENIED.

3.    Plaintiff's request to participate in electronic filing (Docket No. 29) is DEFERRED pending plaintiff's filing of a declaration attesting to three items listed in the sample order handed to him in open court.

4.    The court sets a pretrial schedule.  The court bifurcates liability and damages discovery.  The parties shall proceed with liability discovery first.

**PRETRIAL SCHEDULE:**

**Fact and Expert Discovery cutoff (Liability): 5/16/14**
**Expert disclosure: 3/14/14; Rebuttal: 4/18/14**
**Dispositive Motions (Liability) heard by: 7/30/14**
**Fact and Expert Discovery cutoff (Damages): 12/31/14**
**Expert disclosure: 10/31/14; Rebuttal: 11/28/14**
**Dispositive Motions (Damages) heard by: 2/25/15**
**Pretrial Conference: 4/30/15 at 2:00 p.m.**
**Trial: 5/18/15  at  8:30 a.m., for 4 days, by [] Jury  [X]  Court**

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc: chambers**