UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


STEVE WILSON BRIGGS,

                Plaintiff,

   v.

NEILL BLOMKAMP, et al,

                Defendant.

                                   /

Case Number: CV13-04679 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

Dated: January 17, 2014

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk