KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MEDIA RIGHTS
CAPITAL II, L.P., and QED
INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>       Plaintiff,<br><br>     vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>       Defendants. | Case No. CV 13-4679-PJH<br><br><br>**DEFENDANT MEDIA RIGHTS CAPITAL II, L.P.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Defendant Media Rights Capital II, L.P. ("Defendant") answers the Amended Complaint for Copyright Infringement ("Complaint") as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Complaint, Defendant admits that this is an action for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter, "Plaintiff's Screenplay").  Defendant admits that the film "Elysium" was initially theatrically released in the United States on or about August 9, 2013 (hereinafter, the "Film") but denies that Defendant participated in the release of the Film or its distribution.  Defendant denies each and every remaining allegation in Paragraph 1.

2.      Answering Paragraph 2 of the Complaint, Defendant denies each and every allegation thereof.

3.      Answering Paragraph 3 of the Complaint, Defendant denies that it financed, produced, and/or distributed the Film, denies that it has any ownership interest in the Film, and denies that it is properly named in the Complaint.   Defendant denies each and every remaining allegation in Paragraph 3.

4.      Answering Paragraph 4 of the Complaint, Defendant denies each and every allegation thereof.

5.      Answering Paragraph 5 of the Complaint, Defendant admits that the Amended Complaints purports to have "added a personal information section."  Except as so admitted, Defendant denies each and every allegation in Paragraph 5.

## JURISDICTION

6.      Answering Paragraph 6 of the Complaint, Defendant admits that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendant denies each and every remaining allegation in Paragraph 6.

7.      Answering Paragraph 7 of the Complaint, Defendant admits that the Complaint alleges that venue is proper and alleges that the Court has personal jurisdiction.  Defendant denies each and every remaining allegation in Paragraph 7.

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1       8.      Answering Paragraph 8 of the Complaint, Defendant admits that the Complaint

2   alleges that the action is properly assigned to the San Francisco division of the Northern District of

3   California.  Defendant denies each and every remaining allegation in Paragraph 8.

4   **THE PARTIES**

5       9.      Answering Paragraph 9 of the Complaint, Defendant lacks sufficient information

6   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7   denied.

8       10.     Answering Paragraph 10 of the Complaint, Defendant admits the allegations

9   thereof.

10      11.     Answering Paragraph 11 of the Complaint, Defendant admits that Sony Pictures

11  Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

12  Culver City, California.  Defendant denies each and every remaining allegation in Paragraph 11.

13      12.     Answering Paragraph 12 of the Complaint, Defendant admits that TriStar Pictures,

14  Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

15  City, California.  Defendant admits that TriStar is a distributor of the Film.  Defendant denies each

16  and every remaining allegation in Paragraph 12.

17      13.     Answering Paragraph 13 of the Complaint, Defendant admits that it has its

18  principal place of business at 9665 Wilshire Boulevard, Beverly Hills, CA 90212.  Defendant

19  denies that it financed, produced, or distributed the Film and denies that it was properly named in

20  the Complaint.  Defendant denies each and every remaining allegation in Paragraph 13.

21      14.     Answering Paragraph 14 of the Complaint, Defendant admits that QED

22  International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

23  90028.  Defendant admits that QED is credited as a producer of the Film.  Defendant denies each

24  and every remaining allegation in Paragraph 14.

25  **BACKGROUND**

26      15.     Answering Paragraph 15 of the Complaint, Defendant lacks sufficient information

27  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

28  denied.

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3ᴿᴰ Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1    16.    Answering Paragraph 16 of the Complaint, Defendant lacks sufficient information

2  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

3  denied.

4    17.    Answering Paragraph 17 of the Complaint, Defendant lacks sufficient information

5  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

6  denied.

7    18.    Answering Paragraph 18 of the Complaint, Defendant lacks sufficient information

8  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

9  denied.

10    19.    Answering Paragraph 19 of the Complaint, Defendant lacks sufficient information

11  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

12  denied.

13    20.    Answering Paragraph 20 of the Complaint, Defendant lacks sufficient information

14  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15  denied.

16    21.    Answering Paragraph 21 of the Complaint, Defendant denies the allegation that

17  "MRC was a struggling new film company with but 1 credit for 2007, 'Couples', filmed for only

18  $2500." Defendant lacks sufficient information and belief upon which to admit or deny the

19  remaining allegations in Paragraph 21, and on that basis the remaining allegations are denied.

20    22.    Answering Paragraph 22 of the Complaint, Defendant lacks sufficient information

21  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

22  denied.

23    23.    Answering Paragraph 23 of the Complaint, Defendant denies each and every

24  allegation thereof.

25    24.    Answering Paragraph 24 of the Complaint, Defendant lacks sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28    25.    Answering Paragraph 25 of the Complaint, Defendant lacks sufficient information

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2  denied.

3      26.    Answering Paragraph 26 of the Complaint, denies that it was familiar with and/or

4  accessed Plaintiff's Screenplay in any way or at any time, including without limitation on

5  triggerstreet.com.  Defendant lacks sufficient information and belief upon which to admit or deny

6  the remaining allegations in Paragraph 26, and on that basis, those remaining allegations are

7  denied.

8      27.    Answering Paragraph 27 of the Complaint, Defendant lacks sufficient information

9  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11      28.    Answering Paragraph 28 of the Complaint, Defendant lacks sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      29.    Answering Paragraph 29 of the Complaint, Defendant lacks sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17      30.    Answering Paragraph 30 of the Complaint, Defendant lacks sufficient information

18  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

19  denied.

20      31.    Answering Paragraph 31 of the Complaint, Defendant lacks sufficient information

21  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

22  denied.

23      32.    Answering Paragraph 32 of the Complaint, Defendant lacks sufficient information

24  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

25  denied.

26      33.    Answering Paragraph 33 of the Complaint, Defendant denies that the Film and the

27  trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's

28  Screenplay.  Defendant lacks sufficient information and belief upon which to admit or deny the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    remaining allegations in Paragraph 33, and on that basis those remaining allegations are denied.

2    　　　34.　　Answering Paragraph 34 of the Complaint, Defendant denies that the story

3    structure of the Film conforms to Plaintiff's Screenplay in any way.  Defendant lacks sufficient

4    information and belief upon which to admit or deny the remaining allegations in Paragraph 34,

5    and on that basis those remaining allegations are denied.

6    　　　35.　　Answering Paragraph 35 of the Complaint, Defendant lacks sufficient information

7    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8    denied.

9    　　　36.　　Answering Paragraph 36 of the Complaint, Defendant lacks sufficient information

10   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

11   denied.

12   　　　37.　　Answering Paragraph 37 of the Complaint, Defendant objects on the basis that the

13   allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

14   Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

15   　　　38.　　Answering Paragraph 38 of the Complaint, Defendant lacks sufficient information

16   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17   denied.

18   　　　39.　　Answering Paragraph 39 of the Complaint, Defendant lacks sufficient information

19   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20   denied.

21   　　　　　**STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

22   　　　40.　　Answering Paragraph 40 of the Complaint, Defendant admits that the Film was

23   theatrically released in the United States and certain other territories on August 9, 2013 but denies

24   that it was involved in the release, distribution, and public display of the Film.  Defendant denies

25   each and every remaining allegation in Paragraph 40 and specifically denies that the Film infringes

26   Plaintiff's alleged copyright interests.

27   　　　41.　　Answering Paragraph 41 of the Complaint, Defendant lacks sufficient information

28   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

1    denied.

2        42.      Answering Paragraph 42 of the Complaint, Defendant denies that the Film

3    infringes any copyright interests Plaintiff might have in the Screenplay in whole or part.

4    Defendant lacks sufficient information and belief upon which to admit or deny the remaining

5    allegations in Paragraph 42, and on that basis those remaining allegations are denied.

6        43.      Answering Paragraph 43 of the Complaint, Defendant denies each and every

7    allegation thereof.

8        44.      Answering Paragraph 44 of the Complaint, Defendant admits that Plaintiff's

9    Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10   every allegation in Paragraph 44.

11       45.      Answering Paragraph 45 of the Complaint, Defendant admits that the Film is the

12   best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best

13   evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in

14   Paragraph 45.

15       46.      Answering Paragraph 46 of the Complaint, Defendant admits that Plaintiff's

16   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

17   every allegation in Paragraph 46.

18       47.      Answering Paragraph 47 of the Complaint, Defendant admits that Plaintiff's

19   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

20   every allegation in Paragraph 47 and specifically denies that the "plot features" referenced in

21   Paragraph 47 constitute either Plaintiff's original or copyrightable expression.

22       48.      Answering Paragraph 48 of the Complaint, Defendant denies each and every

23   allegation thereof.

24       49.      Answering Paragraph 49 of the Complaint, Defendant denies each and every

25   allegation thereof.

26       50.      Answering Paragraph 50 of the Complaint, Defendant denies each and every

27   allegation thereof.

28       51.      Answering Paragraph 51 of the Complaint, Defendant admits that Plaintiff's

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

2  admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

3  each and every allegation in Paragraph 51.

4      52.    Answering Paragraph 52 of the Complaint, Defendant admits that Plaintiff's

5  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

6  every allegation in Paragraph 52.

7      53.    Answering Paragraph 53 of the Complaint, Defendant admits that the Film is the

8  best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best

9  evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in

10  Paragraph 53.

11      54.    Answering Paragraph 54 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 54.

14      55.    Answering Paragraph 55 of the Complaint, Defendant admits that Plaintiff's

15  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16  every allegation in Paragraph 55.

17      56.    Answering Paragraph 56 of the Complaint, Defendant admits that the Film is the

18  best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best

19  evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in

20  Paragraph 56 and specifically denies that any characters from the Film or the screenplay on which

21  the Film is based infringe Plaintiff's alleged copyright interests.

22      57.    Answering Paragraph 57 of the Complaint, Defendant denies each and every

23  allegation thereof.

24      58.    Answering Paragraph 58 of the Complaint, Defendant admits that Plaintiff's

25  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

26  every allegation in Paragraph 58.

27      59.    Answering Paragraph 59 of the Complaint, Defendant admits that Exhibit B to the

28  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   every allegation in Paragraph 59.

2       60.     Answering Paragraph 60 of the Complaint, Defendant admits that the Film is the

3   best evidence of its contents.  Defendant admits that Plaintiff's Screenplay and Exhibit B to the

4   Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each

5   and every allegation in Paragraph 60.

6       61.     Answering Paragraph 61 of the Complaint, Defendant admits that Plaintiff's

7   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

8   admitted, Defendant denies each and every allegation in Paragraph 61.

9       62.     Answering Paragraph 62 of the Complaint, Defendant admits the purported

10  document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best

11  evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in

12  Paragraph 62.

13      63.     Answering Paragraph 63 of the Complaint, Defendant admits that Plaintiff's

14  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

15  admitted, Defendant denies each and every allegation in Paragraph 63.

16      64.     Answering Paragraph 64 of the Complaint, Defendant admits that Plaintiff's

17  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

18  admitted, Defendant denies each and every allegation in Paragraph 64.

19      65.     Answering Paragraph 65 of the Complaint, Defendant denies each and every

20  allegation thereof.

21      66.     Answering Paragraph 66 of the Complaint, Defendant denies each and every

22  allegation thereof.

23      67.     Answering Paragraph 67 of the Complaint, Defendant admits that Exhibit B to the

24  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25  every allegation in Paragraph 67.

26      68.     Answering Paragraph 68 of the Complaint, Defendant denies each and every

27  allegation thereof.

28      69.     Answering Paragraph 69 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2    admitted, Defendant denies each and every allegation in Paragraph 69.

3         70.    Answering Paragraph 70 of the Complaint, Defendant denies each and every

4    allegation thereof.

5         71.    Answering Paragraph 71 of the Complaint, Defendant admits that Plaintiff's

6    Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

7    every allegation in Paragraph 71.

8         72.    Answering Paragraph 72 of the Complaint, Defendant admits that Exhibit B to the

9    Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10   every allegation in Paragraph 72.

11        73.    Answering Paragraph 73 of the Complaint, Defendant denies each and every

12   allegation thereof.

13        74.    Answering Paragraph 74 of the Complaint, Defendant admits that Plaintiff's

14   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

15   admitted, Defendant denies each and every allegation in Paragraph 74.

16        75.    Answering Paragraph 75 of the Complaint, Defendant admits that Plaintiff's

17   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

18   every allegation in Paragraph 75.

19        76.    Answering Paragraph 76 of the Complaint, Defendant admits that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

21   every allegation in Paragraph 76 and specifically denies that the "characteristics, actions,

22   motivations and conditions listed in paragraph 75" constitute either Plaintiff's original or

23   copyrightable expression.

24        77.    Answering Paragraph 77 of the Complaint, Defendant denies each and every

25   allegation thereof.

26        78.    Answering Paragraph 78 of the Complaint, Defendant denies each and every

27   allegation thereof.

28        79.    Answering Paragraph 79 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

2  every allegation in Paragraph 79.

3        80.     Answering Paragraph 80 of the Complaint, Defendant denies each and every

4  allegation thereof.

5        81.     Answering Paragraph 81 of the Complaint, Defendant admits the Film is the best

6  evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best evidence of

7  its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 81.

8        82.     Answering Paragraph 82 of the Complaint, Defendant admits that Plaintiff's

9  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10  every allegation in Paragraph 82.

11        83.     Answering Paragraph 83 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 83 and specifically denies that the characteristics listed in Paragraph

14  82 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

15        84.     Answering Paragraph 84 of the Complaint, Defendant denies each and every

16  allegation thereof.

17        85.     Answering Paragraph 85 of the Complaint, Defendant denies each and every

18  allegation thereof.

19        86.     Answering Paragraph 86 of the Complaint, Defendant denies each and every

20  allegation thereof.

21        87.     Answering Paragraph 87 of the Complaint, Defendant denies each and every

22  allegation thereof.

23        88.     Answering Paragraph 88 of the Complaint, Defendant admits that Plaintiff's

24  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

25  admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

26  each and every allegation in Paragraph 88.

27        89.     Answering Paragraph 89 of the Complaint, Defendant admits that Plaintiff's

28  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  admits that the purported website www.welcometoelysium.com is the best evidence of its

2  contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 89.

3       90.     Answering Paragraph 90 of the Complaint, Defendant admits that Plaintiff's

4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies and

5  every allegation in Paragraph 90 and specifically denies that the characteristics listed in Paragraph

6  89 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

7       91.     Answering Paragraph 91 of the Complaint, Defendant denies each and every

8  allegation thereof.

9       92.     Answering Paragraph 92 of the Complaint, Defendant denies each and every

10  allegation thereof.

11       93.     Answering Paragraph 93 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

13  admitted, Defendant denies each and every allegation in Paragraph 93.

14       94.     Answering Paragraph 94 of the Complaint, Defendant admits that Plaintiff's

15  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies and

16  every allegation in Paragraph 94 and specifically denies that the characteristics listed in Paragraph

17  93 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

18       95.     Answering Paragraph 95 of the Complaint, Defendant denies each and every

19  allegation thereof.

20       96.     Answering Paragraph 96 of the Complaint, Defendant denies each and every

21  allegation thereof.

22       97.     Answering Paragraph 97 of the Complaint, Defendant denies each and every

23  allegation thereof.

24       98.     Answering Paragraph 98 of the Complaint, Defendant lacks sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27       99.     Answering Paragraph 99 of the Complaint, Defendant admits that the referenced

28  episode of *Star Trek* is the best evidence of its contents.  Except as so admitted, Defendant denies

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  each and every allegation in Paragraph 99.

2       100.    Answering Paragraph 100 of the Complaint, Defendant admits that Plaintiff's

3  Screenplay, the Film, and the referenced episode of *Star Trek* are the best evidence of their

4  contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 100.

5       101.    Answering Paragraph 101 of the Complaint, Defendant admits that Plaintiff's

6  Screenplay and Exhibit Q to the Complaint are the best evidence of their contents.  Defendant

7  admits that the Film and any screenplay on which the Film is based are the best evidence of their

8  contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 101.

9       102.    Answering Paragraph 102 of the Complaint, Defendant denies each and every

10  allegation thereof.

11       103.    Answering Paragraph 103 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

13  admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

14  each and every allegation in Paragraph 103.

15       104.    Answering Paragraph 104 of the Complaint, Defendant admits that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

17  every allegation in Paragraph 104 and specifically denies that the characteristics listed in

18  Paragraph 103 (as incorporated by reference) constitute either Plaintiff's original or copyrightable

19  expression.

20       105.    Answering Paragraph 105 of the Complaint, Defendant denies each and every

21  allegation thereof.

22       106.    Answering Paragraph 106 of the Complaint, Defendant denies each and every

23  allegation thereof.

24       107.    Answering Paragraph 107 of the Complaint, Defendant admits that Plaintiff's

25  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

26  admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

27  each and every allegation in Paragraph 107.

28       108.    Answering Paragraph 108 of the Complaint, Defendant admits that Plaintiff's

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

2   every allegation in Paragraph 108 and specifically denies that the "themes" listed in Paragraph 107

3   (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

4        109.   Answering Paragraph 109 of the Complaint, Defendant denies each and every

5   allegation thereof.

6        110.   Answering Paragraph 110 of the Complaint, Defendant denies each and every

7   allegation thereof.

8        111.   Answering Paragraph 111 of the Complaint, Defendant denies each and every

9   allegation thereof and further allege that Paragraph 111 contains no allegation of fact and is

10  unintelligible.

11       112.   Answering Paragraph 112 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 112.

14       113.   Answering Paragraph 113 of the Complaint, Defendant admits that Exhibit B to the

15  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16  every allegation in Paragraph 113.

17       114.   Answering Paragraph 114 of the Complaint, Defendant denies each and every

18  allegation thereof and further allege that Paragraph 114 contains no allegation of fact and is

19  unintelligible.

20       115.   Answering Paragraph 115 of the Complaint, Defendant admits that Plaintiff's

21  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

22  admitted, Defendant denies each and every allegation in Paragraph 115.

23       116.   Answering Paragraph 116 of the Complaint, Defendant admits that Plaintiff's

24  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25  every allegation in Paragraph 116.

26       117.   Answering Paragraph 117 of the Complaint, Defendant admits that Exhibit B to the

27  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28  every allegation in Paragraph 117.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    118.    Answering Paragraph 118 of the Complaint, Defendant denies each and every

2    allegation thereof and further allege that Paragraph 118 contains no allegation of fact and is

3    unintelligible.

4    119.    Answering Paragraph 119 of the Complaint, Defendant admits that Plaintiff's

5    Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

6    every allegation in Paragraph 119.

7    120.    Answering Paragraph 120 of the Complaint, Defendant admits that the Film is the

8    best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best

9    evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in

10   Paragraph 120.

11   121.    Answering Paragraph 121 of the Complaint, Defendant admits that Plaintiff's

12   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

13   admitted, Defendant denies each and every allegation in Paragraph 121.

14   122.    Answering Paragraph 122 of the Complaint, Defendant denies each and every

15   allegation thereof.

16   123.    Answering Paragraph 123 of the Complaint, Defendant denies each and every

17   allegation thereof.

18   124.    Answering Paragraph 124 of the Complaint, Defendant denies each and every

19   allegation thereof and further allege that Paragraph 124 contains no allegation of fact and is

20   unintelligible.

21   125.    Answering Paragraph 125 of the Complaint, Defendant admits that Plaintiff's

22   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

23   admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

24   each and every allegation in Paragraph 125.

25   126.    Answering Paragraph 126 of the Complaint, Defendant admits that Plaintiff's

26   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

27   every allegation in Paragraph 126.

28   127.    Answering Paragraph 127 of the Complaint, Defendant admits that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

2    of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

3    127.

4        128.    Answering Paragraph 128 of the Complaint, Defendant denies each and every

5    allegation thereof.

6        129.    Answering Paragraph 129 of the Complaint, Defendant denies each and every

7    allegation thereof.

8        130.    Answering Paragraph 130 of the Complaint, Defendant denies each and every

9    allegation thereof.

10       131.    Answering Paragraph 131 of the Complaint, Defendant admits that Plaintiff's

11   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

12   every allegation in Paragraph 131.

13       132.    Answering Paragraph 132 of the Complaint, Defendant admits that Exhibit B to the

14   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

15   every allegation in Paragraph 132.

16       133.    Answering Paragraph 133 of the Complaint, Defendant lacks sufficient information

17   and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to

18   "reference immigration in a warlike state," and on that basis the allegation is denied.  Defendant

19   denies each and every remaining allegation in Paragraph 133.

20       134.    Answering Paragraph 134 of the Complaint, Defendant admits that Plaintiff's

21   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

22   every allegation in Paragraph 134.

23       135.    Answering Paragraph 135 of the Complaint, Defendant admits that Exhibit B to the

24   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25   every allegation in Paragraph 135.

26       136.    Answering Paragraph 136 of the Complaint, Defendant admits that Plaintiff's

27   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

28   admitted, Defendant denies each and every allegation in Paragraph 136.

137.    Answering Paragraph 137 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 137.

138.    Answering Paragraph 138 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 138.

139.    Answering Paragraph 139 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 139.

140.    Answering Paragraph 140 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 140.

141.    Answering Paragraph 141 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 141.

142.    Answering Paragraph 142 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 142 and specifically denies that the Film "follows the Plaintiff's model" in any way.

143.    Answering Paragraph 143 of the Complaint, Defendant denies each and every allegation thereof.

144.    Answering Paragraph 144 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 144.

145.    Answering Paragraph 145 of the Complaint, Defendant denies each and every allegation thereof.

146.    Answering Paragraph 146 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2   admitted, Defendant denies each and every allegation in Paragraph 146.

3          147.    Answering Paragraph 147 of the Complaint, Defendant admits that Plaintiff's

4   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

5   every allegation in Paragraph 147.

6          148.    Answering Paragraph 148 of the Complaint, Defendant admits that Exhibit B to the

7   Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

8   of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

9   148.

10          149.    Answering Paragraph 149 of the Complaint, Defendant denies each and every

11   allegation thereof.

12          150.    Answering Paragraph 150 of the Complaint, Defendant admits that Plaintiff's

13   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

14   admitted, Defendant denies each and every allegation in Paragraph 150.

15          151.    Answering Paragraph 151 of the Complaint, Defendant denies each and every

16   allegation thereof.

17          152.    Answering Paragraph 152 of the Complaint, Defendant denies each and every

18   allegation thereof.

19          153.    Answering Paragraph 153 of the Complaint, Defendant admits that Plaintiff's

20   Screenplay is the best evidence of its contents.   Except as so admitted, Defendant denies each and

21   every allegation in Paragraph 153.

22          154.    Answering Paragraph 154 of the Complaint, Defendant admits that Exhibit B to the

23   Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

24   of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

25   154.

26          155.    Answering Paragraph 155 of the Complaint, Defendant admits that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28   every allegation in Paragraph 155.

1   156.   Answering Paragraph 156 of the Complaint, Defendant admits that Exhibit B to the

2   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

3   every allegation in Paragraph 156.

4   157.   Answering Paragraph 157 of the Complaint, Defendant admits that Plaintiff's

5   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

6   every allegation in Paragraph 157.

7   158.   Answering Paragraph 158 of the Complaint, Defendant admits that Exhibit B to the

8   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

9   every allegation in Paragraph 158.

10   159.   Answering Paragraph 159 of the Complaint, Defendant admits that Plaintiff's

11   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

12   every allegation in Paragraph 159.

13   160.   Answering Paragraph 160 of the Complaint, Defendant admits that Exhibit B to the

14   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

15   every allegation in Paragraph 160.

16   161.   Answering Paragraph 161 of the Complaint, Defendant admits that Plaintiff's

17   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

18   admitted, Defendant denies each and every allegation in Paragraph 161.

19   162.   Answering Paragraph 162 of the Complaint, Defendant admits that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

21   every allegation in Paragraph 162.

22   163.   Answering Paragraph 163 of the Complaint, Defendant admits that Exhibit B to the

23   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

24   every allegation in Paragraph 163.

25   164.   Answering Paragraph 164 of the Complaint, Defendant denies each and every

26   allegation thereof.

27   165.   Answering Paragraph 165 of the Complaint, Defendant denies each and every

28   allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   166.   Answering Paragraph 166 of the Complaint, Defendant admits that Plaintiff's

2   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

3   every allegation in Paragraph 166.

4   167.   Answering Paragraph 167 of the Complaint, Defendant admits that Exhibit B to the

5   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

6   every allegation in Paragraph 167.

7   168.   Answering Paragraph 168 of the Complaint, Defendant admits that Plaintiff's

8   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

9   every allegation in Paragraph 168.

10   169.   Answering Paragraph 169 of the Complaint, Defendant admits that Exhibit B to the

11   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

12   every allegation in Paragraph 169

13   170.   Answering Paragraph 170 of the Complaint, Defendant denies each and every

14   allegation thereof.

15   171.   Answering Paragraph 171 of the Complaint, Defendant admits that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

17   admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

18   each and every allegation in Paragraph 171.

19   172.   Answering Paragraph 172 of the Complaint, Defendant admits that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

21   every allegation in Paragraph 172.

22   173.   Answering Paragraph 173 of the Complaint, Defendant admits that Exhibit B to the

23   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

24   every allegation in Paragraph 173.

25   174.   Answering Paragraph 174 of the Complaint, Defendant admits that Plaintiff's

26   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

27   every allegation in Paragraph 174.

28   175.   Answering Paragraph 175 of the Complaint, Defendant admits that Exhibit B to the

1   Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

2   of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

3   175.

4        176.    Answering Paragraph 176 of the Complaint, Defendant denies each and every

5   allegation thereof.

6        177.    Answering Paragraph 177 of the Complaint, Defendant admits that Plaintiff's

7   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

8   every allegation in Paragraph 177.

9        178.    Answering Paragraph 178 of the Complaint, Defendant admits that Exhibit B to the

10   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

11   every allegation in Paragraph 178.

12        179.    Answering Paragraph 179 of the Complaint, Defendant denies each and every

13   allegation thereof.

14        180.    Answering Paragraph 180 of the Complaint, Defendant admits that Plaintiff's

15   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16   every allegation in Paragraph 180.

17        181.    Answering Paragraph 181 of the Complaint, Defendant admits that Exhibit B to the

18   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

19   every allegation in Paragraph 181.

20        182.    Answering Paragraph 182 of the Complaint, Defendant denies each and every

21   allegation thereof.

22        183.    Answering Paragraph 183 of the Complaint, Defendant denies each and every

23   allegation thereof.

24        184.    Answering Paragraph 184 of the Complaint, Defendant admits that Plaintiff's

25   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

26   every allegation in Paragraph 184.

27        185.    Answering Paragraph 185 of the Complaint, Defendant admits that Exhibit B to the

28   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   every allegation in Paragraph 185.

2        186.    Answering Paragraph 186 of the Complaint, Defendant admits that Plaintiff's

3   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

4   every allegation in Paragraph 186.

5        187.    Answering Paragraph 187 of the Complaint, Defendant admits that Exhibit B to the

6   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

7   every allegation in Paragraph 187.

8        188.    Answering Paragraph 188 of the Complaint, Defendant admits that Plaintiff's

9   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10   every allegation in Paragraph 188.

11        189.    Answering Paragraph 189 of the Complaint, Defendant admits that Exhibit B to the

12   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

13   every allegation in Paragraph 189.

14        190.    Answering Paragraph 190 of the Complaint, Defendant admits that Plaintiff's

15   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16   every allegation in Paragraph 190.

17        191.    Answering Paragraph 191 of the Complaint, Defendant admits that Exhibit B to the

18   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

19   every allegation in Paragraph 191.

20        192.    Answering Paragraph 192 of the Complaint, Defendant admits that Plaintiff's

21   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

22   every allegation in Paragraph 192.

23        193.    Answering Paragraph 193 of the Complaint, Defendant admits that Exhibit B to the

24   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25   every allegation in Paragraph 193.

26        194.    Answering Paragraph 194 of the Complaint, Defendant admits that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28   every allegation in Paragraph 194.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

195.    Answering Paragraph 195 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 195.

196.    Answering Paragraph 196 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 196.

197.    Answering Paragraph 197 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 197.

198.    Answering Paragraph 198 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 198.

199.    Answering Paragraph 199 of the Complaint, Defendant denies each and every allegation thereof.

200.    Answering Paragraph 200 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant admits that the purported "official Elysium website" is the best evidence of its contents. Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 200.

201.    Answering Paragraph 201 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 201.

202.    Answering Paragraph 202 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 202.

203.    Answering Paragraph 203 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   every allegation in Paragraph 203.

2          204.    Answering Paragraph 204 of the Complaint, Defendant admits that the purported

3   "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendant

4   denies each and every allegation in Paragraph 204.

5          205.    Answering Paragraph 205 of the Complaint, Defendant admits that Plaintiff's

6   Screenplay is the best evidence of its contents.  Defendant admits that the purported "Elysium

7   official website" is the best evidence of its contents.  Except as so admitted, Defendant denies each

8   and every allegation in Paragraph 205.

9          206.    Answering Paragraph 206 of the Complaint, Defendant admits that Plaintiff's

10  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

11  every allegation in Paragraph 206.

12         207.    Answering Paragraph 207 of the Complaint, Defendant admits that the purported

13  "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendant

14  denies each and every allegation in Paragraph 207.

15         208.    Answering Paragraph 208 of the Complaint, Defendant denies each and every

16  allegation thereof.

17         209.    Answering Paragraph 209 of the Complaint, Defendant admits that the purported

18  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendant denies each and

19  every allegation in Paragraph 209.

20         210.    Answering Paragraph 210 of the Complaint, Defendant admits that the "synopsis"

21  purportedly quoted in Paragraph 210 is the best evidence of its contents.  Except as so admitted,

22  Defendant denies each and every allegation in Paragraph 210.

23         211.    Answering Paragraph 211 of the Complaint, Defendant admits that the purported

24  synopsis quoted in Paragraph 211 is the best evidence of its contents.  Except as so admitted,

25  Defendant denies each and every allegation in Paragraph 211.

26         212.    Answering Paragraph 212 of the Complaint, Defendant admits that the purported

27  synopsis is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28  every allegation in Paragraph 212.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

213.     Answering Paragraph 213 of the Complaint, Defendant denies each and every allegation thereof.

214.     Answering Paragraph 214 of the Complaint, Defendant denies each and every allegation thereof.

215.     Answering Paragraph 215 of the Complaint, Defendant denies each and every allegation thereof.

216.     Answering Paragraph 216 of the Complaint, Defendant objects on the basis that the allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

217.     Answering Paragraph 217 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 217 and specifically denies that it was aware of Plaintiff's Screenplay before the filing of this lawsuit and that the Film was edited for any reasons relating to Plaintiff's Screenplay.

218.     Answering Paragraph 218 of the Complaint, Defendant denies each and every allegation thereof.

219.     Answering Paragraph 219 of the Complaint, Defendant denies each and every allegation thereof.

220.     Answering Paragraph 220 of the Complaint, Defendant denies each and every allegation thereof.

221.     Answering Paragraph 221 of the Complaint, Defendant admits that the documents referenced in Paragraph 221 are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 221.

222.     Answering Paragraph 222 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

223.     Answering Paragraph 223 of the Complaint, Defendant denies each and every allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    224.    Answering Paragraph 224 of the Complaint, Defendant denies each and every

2    allegation thereof.

3    225.    Answering Paragraph 225 of the Complaint, Defendant admits that the Ninth

4    Circuit opinion quoted in Paragraph 225 is the best evidence of its contents.  Except as so

5    admitted, Defendant denies each and every allegation in Paragraph 225.

6    226.    Answering Paragraph 226 of the Complaint, Defendant denies that it had access to

7    Plaintiff's Screenplay at any time prior to the filing of this lawsuit and thus admits that no one was

8    complicit in providing Defendant with such non-existent access.  Defendant denies each and every

9    remaining allegation in Paragraph 226.

10    227.    Answering Paragraph 227 of the Complaint, Defendant denies each and every

11    allegation thereof.

12    228.    Answering Paragraph 228 of the Complaint, Defendant denies each and every

13    allegation thereof.

14    229.    Answering Paragraph 229 of the Complaint, Defendant lacks sufficient information

15    and belief upon which to admit or deny the allegations in Paragraph 229, and on that basis the

16    allegations are denied.

17    230.    Answering Paragraph 230 of the Complaint, Defendant lacks sufficient information

18    and belief upon which to admit or deny the allegations in Paragraph 230, and on that basis the

19    allegations are denied.

20    231.    Answering Paragraph 231 of the Complaint, Defendant admits that Blomkamp is a

21    well-known writer and director of feature films.  Defendant lacks sufficient information and belief

22    upon which to admit or deny the remaining allegations in Paragraph 231, and on that basis those

23    remaining allegations are denied.

24    232.    Answering Paragraph 232 of the Complaint, Defendant admits that Blomkamp was

25    a screenwriter and filmmaker as of 2007.  Defendant lacks sufficient information and belief upon

26    which to admit or deny the remaining allegations in Paragraph 232, and on that basis those

27    remaining allegations are denied.

28    233.    Answering Paragraph 233 of the Complaint, Defendant admits that Blomkamp was

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    a filmmaker as of 2007.  Defendant admits that the film *District 9* was theatrically released in

2    2009.  Defendant lacks sufficient information and belief upon which to admit or deny the

3    remaining allegations in Paragraph 233, and on that basis those remaining allegations are denied.

4    234.    Answering Paragraph 234 of the Complaint, Defendant admits that the Answer and

5    Affirmative Defenses to Complaint for Copyright Infringement filed by certain other defendants is

6    the best evidence of its contents.  Except as so admitted, Defendant denies each and every

7    allegation in Paragraph 234.

8    235.    Answering Paragraph 235 of the Complaint, Defendant denies each and every

9    allegation thereof.

10   236.    Answering Paragraph 236 of the Complaint, Defendant admits that this action

11   alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendant lacks

12   sufficient information and belief upon which to admit or deny the remaining allegations in

13   Paragraph 236, and on that basis those remaining allegations are denied.

14   237.    Answering Paragraph 237 of the Complaint, Defendant admits that this action

15   alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendant lacks

16   sufficient information and belief upon which to admit or deny the remaining allegations in

17   Paragraph 237, and on that basis those remaining allegations are denied.

18   238.    Answering Paragraph 238 of the Complaint, Defendant lacks sufficient information

19   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20   denied.

21   239.    Answering Paragraph 239 of the Complaint, Defendant lacks sufficient information

22   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23   denied.

24   **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

25   240.    Answering Paragraph 240 of the Complaint, Defendant denies each and every

26   allegation thereof.

27   241.    Answering Paragraph 241 of the Complaint, Defendant lacks sufficient information

28   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   denied.

2       242.    Answering Paragraph 242 of the Complaint, Defendant lacks sufficient information

3   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

4   denied.

5       243.    Answering Paragraph 243 of the Complaint, Defendant lacks sufficient information

6   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7   denied.

8       244.    Answering Paragraph 244 of the Complaint, Defendant lacks sufficient information

9   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11      245.    Answering Paragraph 245 of the Complaint, Defendant lacks sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      246.    Answering Paragraph 246 of the Complaint, Defendant lacks sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17      247.    Answering Paragraph 247 of the Complaint, Defendant lacks sufficient information

18  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

19  denied.

20      248.    Answering Paragraph 248 of the Complaint, Defendant lacks sufficient information

21  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

22  denied.

23      249.    Answering Paragraph 249 of the Complaint, Defendant lacks sufficient information

24  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

25  denied.

26                          **<u>COUNT ONE</u>**

27      250.    Answering Paragraph 250 of the Complaint, Defendant incorporates by reference

28  the admissions and denials in Paragraphs 1 through 249, inclusive, as though fully set forth herein.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

251.    Answering Paragraph 251 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

252.    Answering Paragraph 252 of the Complaint, Defendant denies that it owns the Film and denies that it financed, produced, or distributed the Film.  Defendant denies each and every remaining in Paragraph 252.

253.    Answering Paragraph 253 of the Complaint, Defendant denies that it owns the Film and denies that it financed, produced, or distributed the Film.  Defendant denies each and every remaining in Paragraph 253.

254.    Answering Paragraph 254 of the Complaint, Defendant denies each and every allegation thereof.

255.    Answering Paragraph 255 of the Complaint, Defendant denies each and every allegation thereof.

256.    Answering Paragraph 256 of the Complaint, Defendant denies each and every allegation thereof.

257.    Answering Paragraph 257 of the Complaint, Defendant denies that it owns the Film and denies that it financed, produced, or distributed the Film.  Defendant denies each and every remaining in Paragraph 257.

258.    Answering Paragraph 258 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations concerning the accessibility of triggerstreet.com, and on that basis those allegations are denied.  Defendant denies each and every remaining allegation in Paragraph 258 and specifically denies that it was aware of and accessed Plaintiff's Screenplay prior to the filing of this action.

259.    Answering Paragraph 259 of the Complaint, Defendant denies each and every allegation thereof.

260.    Answering Paragraph 260 of the Complaint, Defendant denies that it owns the Film and denies that it financed, produced, or distributed the Film.  Defendant denies each and every remaining in Paragraph 260.

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

261.   Answering Paragraph 261 of the Complaint, Defendant denies each and every allegation thereof.

### AFFIRMATIVE DEFENSES

Defendants set forth the following affirmative defenses without admitting that they have the burden of proof with regard to these matters:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

262.   Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (No Statutory Damages Or Attorneys' Fees)

263.   One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

### THIRD AFFIRMATIVE DEFENSE

### (Invalid Copyright)

264.   Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

### FOURTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, and Waiver)

265.   Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

### FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

266.   Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.   That Plaintiff shall take nothing by way of the Complaint;

2.    That the Complaint shall be dismissed with prejudice;

3.    For an award of attorneys' fees and costs; and

4.    For such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: January 23, 2014          KINSELLA WEITZMAN ISER
                                 KUMP & ALDISERT LLP


By:        /s/ Michael J. Kump
   _____
   Michael J. Kump
   Attorneys for NEILL BLOMKAMP, SONY
   PICTURES ENTERTAINMENT INC., TRISTAR
   PICTURES, INC., MEDIA RIGHTS CAPITAL II,
   L.P., and QED INTERNATIONAL, LLC

10021.00015/198937.1

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850