KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MEDIA RIGHTS
CAPITAL II, L.P., and QED
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>             Plaintiff,<br><br>     vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>             Defendants. | Case No. CV 13-4679-PJH<br><br>**DEFENDANT MEDIA RIGHTS CAPITAL II, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

10021.00015/199046.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Steve Wilson Briggs (Plaintiff)

Neill Blomkamp (Defendant)

Sony Pictures Entertainment Inc. (Defendant)

TriStar Pictures, Inc. (Defendant)

QED International, LLC (Defendant)

Media Rights Capital II, L.P. (Defendant)

MRC II Distribution Company L.P. (Subsidiary of Defendant)

DATED: January 23, 2014              KINSELLA WEITZMAN ISER
                                     KUMP & ALDISERT LLP


                                     By:      /s/ Michael J. Kump
                                     Michael J. Kump
                                     Attorneys for NEILL BLOMKAMP, SONY
                                     PICTURES ENTERTAINMENT INC., TRISTAR
                                     PICTURES, INC., MEDIA RIGHTS CAPITAL II,
                                     L.P., and QED INTERNATIONAL, LLC

10021.00015/199046.1

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS