Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
510 200 3763
snc.steve@hotmail.com
Pro Se **PLAINTIFF**

FILED
APR - 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS

Plaintiff,

vs.

NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL (MRC II, LP), QED INTERNATIONAL,

Defendants

CASE NO: CV 13 4679 PJH

Judge: Honorable Phyllis J. Hamilton

**NOTICE OF MOTION AND MOTION FOR A FURTHER CMC AND CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES**

Date: May 14th, 2014
Time: 9:00 a.m.
Courtroom: 3
Judge: Hon. Phyllis J. Hamilton

### NOTICE OF MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES

**PLEASE TAKE NOTICE** on May 14th, 2014, or as soon thereafter as the matter may be heard, in the above titled court, in the courtroom of the Honorable Phyllis J. Hamilton, Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA, Plaintiff, Steve Wilson Briggs, will move the Court for further Case Management Conference, seeking a 120 day continuance of the existing Case Management And Pretrial Order and all deadlines therein.

**Statement of Purpose.** This motion will be made pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16-10(c). The Motion is based on this Notice of Motion, the Motion, the Plaintiff's Declaration, and the Proposed Order (filed herewith).

1

# MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES AND MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16-10(c), the Plaintiff respectfully moves this court for a further Case Management Conference and to extend all deadlines from the Court's January 17th, 2014 Case Management And Pretrial Order by 120 days. The Plaintiff requests this continuance after attorney Vijay Toke, who from late January 2014 to late March 2014 had been actively considering being the Plaintiff's attorney, informed the Plaintiff that he could not accept the case due to conflicts with an upcoming merger between his law firm and another legal firm.

Immediately following the Initial CMC (January 17th, 2014) the Plaintiff took the Court's advice and contacted several contingency attorneys (and litigation financing companies). Although all found the merits of his case very strong (as did independent analyzers of Law360.com, Examiner.com, and more), but all were concerned with the sudden and brief Liability schedule (including Mr. Toke). With Mr. Toke's sudden departure, seemingly no attorney will commit to represent the Plaintiff this late into the liability phase. Thus, the Plaintiff makes this motion for continuance of all deadlines. If the motion is granted the Plaintiff cannot guarantee a contingency attorney will take his case; but an attorney will be much more apt to take the case if this motion is granted. If this motion is denied the Plaintiff will resume representing himself to the best of his abilities.

Wherefore, the Plaintiff respectfully submits this request for further Case Management Conference and an extension of the Case Management And Pretrial Order deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of April, 2014.

Respectfully Submitted,

By: _____
Steve Wilson Briggs,
Plaintiff, in Pro Per
681 Edna Way,
San Mateo, CA 94402

# PROOF OF SERVICE

This is to certify that on the 8th day of April, 2014, I, Steve Wilson Briggs, served, by way of the U.S. mail, true copies of the document described as **NOTICE OF MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES, AND THE PROPOSED ORDER**, on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on April 8th 10th, 2014

By,_____

Steve Wilson Briggs