1 | Steve Wilson Briggs
2 | 681 Edna Way
3 | San Mateo, CA 94402
4 | 510 200 3763
5 | snc.steve@hotmail.com
6 | Pro Se **PLAINTIFF**

RECEIVED
APR - 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS

Plaintiff,

vs.

NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL (MRC II, LP), QED INTERNATIONAL,

Defendants

CASE NO:   CV 13 4679 PJH

Judge: Honorable Phyllis J. Hamilton

**[PROSOSED] ORDER GRANTING MOTION FOR A FURTHER CMC AND CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES**

Date:       May 14th, 2014
Time:       9:00 a.m.
Courtroom:  3
Judge:      Hon. Phyllis J. Hamilton

[PROSOSED] ORDER

1
2
3         The Court has considered the Plaintiff's Motion for a further CMC
4   and Continuance of Case Mangement and Pretrial Order Deadlines by 120 days. Finding that
    good cause exists the Motion is GRANTED.
5
6         IT IS SO ORDERED.
7
8
9   DATED: May _____, 2014
10                                                UNITED STATES DISTRICT JUDGE
                                                  PHYLLIS J. HAMILTON
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER