UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

    Plaintiff,

    v.

NEILL BLOMKAMP, et al.,

    Defendants.

_____/

No. C 13-4679 PJH

**ORDER**

The court is in receipt of a request for a further case management conference and a request for a continuance of the pretrial deadlines. Any party may request a case management conference; accordingly, no response to that request is required from defendants.

The court will conduct a further case management conference on Thursday, April 17, 2014, at 2:00 p.m., at which time the court will discuss with the parties the matter of the pretrial deadlines.

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge