UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 17, 2014    (Time: 12 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-13-4679 PJH

**Case Name:** Briggs v. Blomkamp, et al.

**Attorney(s) for Plaintiff:**    Steve Briggs (pro se)
**Attorney(s) for Defendant:**    Gregory Korn

**Deputy Clerk:** Nichole Heuerman           **Court Reporter:** Not Reported

### PROCEEDINGS

　　Further Case Management Conference-Held.  The court grants plaintiff's request to extend the deadlines in the case management and pretrial order.  Plaintiff shall have until May 16, 2014 to serve any discovery requests on defendant and to respond to defendants discovery request.  Defendants shall have until June 17, 2014 to respond to plaintiff's discovery requests.  The deadline to complete fact and expert discovery is extended to June 17, 2014.  Dispositive motions on liability shall be filed by July 30, 2014 and noticed for hearing on September 3, 2014 at 9:00 a.m.  All the other dates previously set in the case management and pretrial order are VACATED and will be reset after the ruling on dispositive motions.

　　The court discussed summary judgment procedures with plaintiff and indicated that it would be filing instructions for pro per litigants on how to oppose such motions.

**Order to be prepared by:**    [] Pl  [] Def  [X]  Court

**Notes:**

**cc: chambers**