Name: Steve Wilson Briggs
Address: 681 Edna Way
San Mateo, CA 94402
Phone Number: (510) 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

**FILED**
APR 2 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS

Plaintiff,

vs.

NEILL BLOMKAMP, SONY PICTURES ENT., TRISTAR PICTURES, MRC II LP, QED INTERNATIONAL

Defendant.

Case Number: CV 13-4679 PJH

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge: Phyllis J. Hamilton

As the (*Plaintiff*/*Defendant*) Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   [✓] A computer with internet access;
   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [✓] A scanner to convert documents that are only in paper format into electronic files;
   [✓] A printer or copier to create to create required paper copies such as chambers copies;
   [✓] A word-processing program to create documents; and
   [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 4/25/14            Signature: [signature]