Name: Steve Wilson Briggs
Address: 681 Edna Way,
San Mateo, CA 94402
Phone Number: (510) 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

**RECEIVED**

APR 2 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP, SONY PICTURES ENT., TRISTAR PICTURES, MRC II LP, QED INTERNATIONAL<br><br>Defendant. | Case Number: CV 13-4679 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____          _____

United States District/Magistrate Judge