1  Steve Wilson Briggs
   681 Edna Way
2  San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

FILED

APR 2 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II,L.P., and QED INTERNATIONAL<br><br>Defendants | Case No.: CV 13-4679 PJH<br><br>**PLAINTIFF'S ELECTRONIC CASE FILING DECLARATION** |

**PLAINTIFF'S ELECTRONIC CASE FILING DECLARATION**

At the Initial Case Management Conference of this dispute (January 16th, 2014), in contemplation of granting the Plaintiff permission to e-file (Electronic Case Filing), the Honorable Judge Phyllis J. Hamilton directed the Plaintiff to first submit a Declaration that he has read, he understands, and he will comply with all requirements, procedures, rules, etc., concerning pro se litigant's e-filing (found on the U.S. District Court of California/Northern Division's website, at www.cand.uscourts.gov/ECF/proseregistration). Per that directive, in addition to a separate Motion


1  For Permission For Electronic Case Filing, Plaintiff, Steve Wilson Briggs, submits this e-filing
2  Declaration.

### DECLARATION

1) I, Steve Wilson Briggs, have read all of the contents of the "E-filing Registration Instructions for Pro Se Litigants" page at www.cand.uscourts.gov/ECF/proseregistration.

2) I, Steve Wilson Briggs, understand all of the directions, procedures, protocols, rules, requirements, etc., contained on the "E-filing Registration Instructions for Pro Se Litigants" page at www.cand.uscourts.gov/ECF/proseregistration.

3) I, Steve Wilson Briggs, will comply with all of the directions, procedures, protocols, rules, requirements, etc., contained on the "E-filing Registration Instructions for Pro Se Litigants" page at www.cand.uscourts.gov/ECF/proseregistration.

DATED: April 25th, 2014.

Signed: _____
Steve Wilson Briggs
Plaintiff, In Pro Per