1  Name: Steve Wilson Briggs
2  Address: 681 Edna Way,
   San Mateo, CA 94402
3  Phone Number: (510) 200 3763
4  E-mail Address: snc.steve@gmail.com
5  *Pro Se*

**RECEIVED**
APR 2 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | ) Case Number: CV 13-4679 PJH |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | ) DATE: |
| NEILL BLOMKAMP, SONY PICTURES ENT., TRISTAR PICTURES, MRC II LP, QED INTERNATIONAL | ) TIME: ) COURTROOM: ) JUDGE: |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 4/29/14

_____
United States Magistrate Judge
*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*