1  Steve Wilson Briggs
   681 Edna Way
2  San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

**FILED**

MAY 16 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS | Case No.: CV 13-4679 PJH |
| Plaintiff | |
| vs. | **PROOF OF SERVICE** |
| NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II, L.P., and QED INTERNATIONAL | |
| Defendants | |

## PROOF OF SERVICE

This is to certify that on the 16th day of May, 2014, I, Steve Wilson Briggs, served, by way of the U.S. mail, true copies of the document described as **PLAINTIFF"S REBUTTAL TO DEFENDANTS' EXPERT REPORT OF JEFF ROVIN,** on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on May 16th, 2014

By, _____

Steve Wilson Briggs