1  Steve Wilson Briggs
2  681 Edna Way
3  San Mateo, CA 94402
4  510 200 3763
5  snc.steve@hotmail.com
6  Pro Se **PLAINTIFF**

RECEIVED

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS | CASE NO:   CV 13 4679 PJH |
| Plaintiff, | |
| vs. | Judge: Honorable Phyllis J. Hamilton |
| NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL (MRC II, LP), QED INTERNATIONAL, | **[PROSOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN** |
| Defendants | |

**PROPOSED ORDER**

## [PROSOSED] ORDER

The Court has considered the Plaintiff's **MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN**. Finding that good cause exists the Motion is **<u>GRANTED</u>**. WHEREFORE, the Defendants' expert witness, Jeff Rovin, is DISQUALIFIED as a witness in this matter. Further, Mr. Rovin's report filed upon this court, captioned "EXPERT REPORT OF JEFF ROVIN" is also DISQUALIFIED.

IT IS SO ORDERED.

DATED: June _____, 2014

Signed, _____

**UNITED STATES DISTRICT JUDGE**

**PHYLLIS J. HAMILTON**