1  Steve Wilson Briggs
2  681 Edna Way
3  San Mateo, CA 94402
4  510 200 3763
5  snc.steve@hotmail .com
6  Pro Se  **PLAINTIFF**

**RECEIVED**

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP,  SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL (MRC II, LP), QED INTERNATIONAL,<br><br>Defendants | CASE NO:   CV  13  4679   PJH<br><br>Judge: Honorable Phyllis J. Hamilton<br><br>**[PROSOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**PROPOSED ORDER**

|   |   |
|---|---|
| 1 | **[PROSOSED] ORDER** |

The Court has considered the Plaintiff's **MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**. Finding that good cause exists the Motion is **GRANTED**.

IT IS SO ORDERED.

DATED: June _____, 2014

Signed, _____

**UNITED STATES DISTRICT JUDGE
PHYLLIS J. HAMILTON**