Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

**FILED**

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NEILL BOMKAMP, SONY PICTURES )<br>ENT. INC., TRISTAR PICTURES, INC., )<br>MEDIA RIGHTS CAPITAL (AKA MEDIA )<br>RIGHTS CAPITAL II,L.P. & MRC), and )<br>QED INTERNATIONAL )<br>)<br>Defendants | Case No.: CV 13-4679 PJH<br><br><br><br><br>**CORRECTION** |

## CORRECTION:

I, Plaintiff, Steve Wilson Briggs submit this CORRECTION to the Honorable Court to acknowledge and correct a misstatement I made in my filing captioned: **"PLAINTIFF'S REBUTTALL TO DEFENDANTS' EXPERT REPORT OF JEFF ROVIN**. On page 3 of that filing I stated Mr. Rovin had not appeared on the NY Times Best Sellers List 12 times, as he declared in his Expert Report. Rather, I insisted, he had appeared on that list only once. I stand by all of the other facts in that Rebuttal pertaining to Mr. Rovin's egregiously false, fraudulent and fabricated statements —as well as his lack of qualifications; however, I have recently found evidence that Mr. Rovin HAS, in fact, appeared on the Best Sellers List more than once —although I couldn't determine how many times, or if the appearances were for a unique works or for repeat appearances of the same works. I have since filed an Amended Rebuttal with this passage omitted. However, the Amended Rebuttal may be disallowed as it was submitted after the Rebuttal Cutoff. Thus, I am filing this CORRECTION to acknowledge my error in the permanent record.

I will make every effort to double and triple check my facts in all future filings.

I respectfully offer my apologies to the Court and to Mr. Rovin for this misstatement.


Respectfully submitted, this 12th day of June, 2014

Signed, _____
Steve Wilson Briggs
Plaintiff, In Pro Per