UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

    Plaintiff,

    v.

NEILL BLOMKAMP, et al.,

    Defendants.

_____/

No. C 13-4679 PJH

**ORDER**

On June 12, 2014, plaintiff Steve Wilson Briggs filed a motion for leave to file a second amended complaint (Doc. 46). Plaintiff failed to include a copy of the proposed amended complaint with the motion.

Under Civil Local Rule 10-1, "[a]ny party filing or moving to file an amended pleading must reproduce the entire proposed pleading . . . ." It is not sufficient for plaintiff to merely describe, in the motion, how he proposes to amend the complaint. He must attach a copy of the proposed amended complaint to the motion.

The motion is hereby ordered STRICKEN. Plaintiff may re-file the motion, but must include the proposed amended complaint.

**IT IS SO ORDERED.**

Dated: June 16, 2014.

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge