**TOP SECRET**

In the little desert town of Bootstrap stands a huge metal shed. In the shed men are building an object that can change the history of mankind. It is a Space Platform. Propelled to an orbit 4000 miles from Earth this platform will serve as the starting place for man's exploration of mysterious outer space.

SPACE PLATFORM tells the exciting story of a young man helping to build this first station. With scientific accuracy and imagination Murray Leinster, one of the world's top science-fiction writers, describes the building and launching of the platform. Here is a fast-paced story of sabotage and murder directed against a project more secret and valuable than the atom bomb!

Cover illustration by Earle Bergey



THIS IS A GENUINE POCKET BOOK
ROCKEFELLER CENTER    NEW YORK 20, N.Y.

EXHIBIT 2

94