## WARP: REFERENCES TO **MULTIPLE** HEADACHES



EXHIBIT 3    95

