Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

FILED
JUL - 9 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

STEVE WILSON BRIGGS

    Plaintiff

    vs.

NEILL BOMKAMP, SONY PICTURES
ENT., INC., TRISTAR PICTURES, INC.,
MEDIA RIGHTS CAPITAL II LP (AKA
MEDIA RIGHTS CAPITAL,
& MRC), and QED INTERNATIONAL

    Defendants

Case No.: CV 13-4679 PJH

**PROOF OF SERVICE**

## PROOF OF SERVICE

This is to certify that on the 16th day of May, 2014, I, Steve Wilson Briggs, served, by way of the U.S. mail, true copies of the document described as

**PLAINTIFF'S NOTICE OF MOTION AND MOTION**

**TO COMPEL PRODUCTION OF DOCUMENTS;**

**MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on July 9th, 2014

By, _____

Steve Wilson Briggs