Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>    Plaintiff<br><br>    vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL<br><br>    Defendants | Case No.: CV 13-4679 PJH<br><br>**[PROPOSED} ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

- 1 -
**PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION**

**[PROSOSED] ORDER**

The Court has considered the Plaintiff's **MOTION TO COMPEL PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES**, requiring the Defendants produce all documents responsive to Plaintiff's interrogatories request No. 4 & 6, which read:

- **Request No. 4:** "All documents (emails, texts, memos, letters or any other communication) pertaining to Elysium between Defendant Neill Blomkamp and Elysium's film editors Julian Clarke and Lee Smith between June 2011 and August 9th, 2013."

- **Request No. 6:** "All contracts and agreements between any and all Defendants pertaining to Their participation in ANY facet of the writing, production, making, distribution, marketing, etc., of the film "Elysium"."

Finding that good cause exists the Motion is **GRANTED**.

IT IS SO ORDERED.

DATED: July _____, 2014

Signed, _____

**UNITED STATES DISTRICT JUDGE
PHYLLIS J. HAMILTON**

**PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION**