# Exhibit A –Blomkamp Artilcles

Case 4:13-cv-04679-PJH Document 53-2 Filed 07/10/14 Page 2 of 4

The Province>Blogs >Entertainment  Entertainment RSS Feed

# Elysium's ready as director Blomkamp looks ahead to next project

February 14, 2013. 6:00 am • Section: Entertainment, Movies



Neill Blomkamp and Terri Tatchell

Elysium, the long-awaited follow-up to Vancouver director Neill Blomkamp's District 9, is all but done now, awaiting a theatrical release in August.

"It's kind of weird that it sits on a shelf and doesn't come out until August 9th but I think a summer release is fantastic for the film," says Blomkamp in an e-mail.

The new movie stars Matt Damon and Jodie Foster in a sci-fi story about a future where humanity's elite have fled the ruined Earth for orbiting space stations while the planet's poor struggle to survive.

Elysium's ready as director Blomkamp looks ahead to next proje... Page 2 of 3

The 33-year-old Blomkamp moved to Vancouver as a teen with his family from South Africa, and quickly earned a reputation as a digital effects prodigy in Vancouver's busy effects scene.

His debut feature, 2009's District 9, catapulted him to the front ranks of feature directors, a box-office and critical hit that also earned Oscar nominations for best picture, best screenplay (for Blomkamp and Terri Tatchell, his wife and writing partner), best editing for Vancouver's Julian Clarke and best visual effects for a team based out of Vancouver's Image Engine.

The movie about an alien ghetto was filmed in Johannesburg, but extensive post-production was handled in Vancouver.

All eyes were on Blomkamp in the summer of 2011 when filming started here on Elysium. Many of the same collaborators were back – though Blomkamp wrote this screenplay on his own.

Filming continued under tight secrecy until that September, when the show moved to Mexico City.

Then came more than a year of post-production work in Vancouver, just finishing now.

"Elysium is basically done at the end of February," Blomkamp says. "I have some straggling VFX shots that go into April but it's almost done. The stuff looks absolutely amazing."

Here's a look at Damon from the movie:



The director has already begun prep work on a third sci-fi feature that will take him back to Johannesburg for principal photography. He reteamed with his screenwriter wife Tatchell to co-write that film, a sci-fi comedy called Chappie. But as with the previous two movies, post-production and visual effects will happen in Vancouver.

And the Vancouver team that rose to prominence with District 9 and Elysium have become in-demand players in their own right. Editor Clarke has since worked on The Whistleblower and The Thing, while Vancouver-based cinematographer Trent Opaloch will be behind the camera for the mega-budget superhero sequel Captain America: The Winter Soldier, due in theatres in 2014.

As for Blomkamp's co-writer and spouse Tatchell, she's carving out a career as a writer and producer in her own right. She optioned a trilogy of paranormal teen novels by U.S. writer Amanda Hocking, and has written the screenplay adaptation for the first of those books.

From the editor's desk: Fundamentally UnsoundNext Entertainment post Sex Talk in the City of VancouverPrevious Entertainment post

We encourage all readers to share their views on our articles and blog posts. We are committed to maintaining a lively but civil forum for discussion, so we ask you to avoid personal attacks, and please keep your comments relevant and respectful. If you encounter a comment that is abusive, click the "X" in the upper right corner of the comment box to report spam or abuse. We are using Facebook commenting. Visit our FAQ page for more information.



+EXPAND



| INTERVIEWS | MOVIE CLIPS | NEWS | REVIEWS | TRAILERS | TV |


Rumor: Doomsday One of the Five Villains in BATMAN V SUPERMAN: DAWN OF JUSTICE


Exclusive: Guillermo del Toro Talks PACIFIC RIM Animated Series; Says It's Envisioned as a Long Arc That Connects to PACIFIC RIM 2, Not Episodic


New UNBROKEN Trailer and Images Starring Jack O'Connell as Olympian and War Hero Louis Zamperini


2014 Emmy Nominations Announced; TRUE DETECTIVE, FARGO, THE NORMAL HEART, and More Score Multiple Nods


Matt Reeves Talks DAWN OF THE PLANET OF THE APES, Deleted Scenes, the Original Ending, the Next Sequel, and Doing an Extended Cut on Blu-ray with Additional

## Neill Blomkamp Almost Finished with ELYSIUM, Looking Ahead to the Sci-Fi Comedy CHAPPIE

by **Dave Trumbore**    Posted 1 year, 139 days ago

Share 238   Tweet 18   0   Share 256





Director **Neill Blomkamp** (*District 9*) reports that he's just about finished up on *Elysium* and is starting to move forward with his third feature, a sci-fi comedy titled *Chappie*. Starring **Matt Damon** (*The Bourne Ultimatum*) and **Jodie Foster** (*Contact*), *Elysium* takes place in a dystopian future where the elite of humanity have fled to orbiting space stations while the poor are left to eke out an existence on a ruined Earth. Look for the film starting August 9th.

In the meantime, Blomkamp is prepping a return to Johannesburg for principal photography on *Chappie*, which he co-wrote with his wife, **Teri Tatchell**. Hit the jump for more on both projects.

   
Like

**The Province** reports (via **The Playlist**) that Blomkamp is nearly done with post-production on *Elysium* although the film will sit on shelves until August. Here's what Blomkamp said in an email about the picture:



> "It's kind of weird that it sits on a shelf and doesn't come out until August 9th but I think a summer release is fantastic for the film... Elysium is basically done at the end of February. I have some straggling VFX shots that go into April but it's almost done. The stuff looks absolutely amazing."

 
Marvel Studios' Phase 3 Lineup    25 Best Supervillain Movie Costumes Ever

As for *Chappie*, the last we heard about the sci-fi comedy was during **Comic-Con 2012**, so it's nice to see that things are progressing. Blomkamp will shoot *Chappie* in Johannesburg and then return to Vancouver for post-production and to apply his signature visual effects magic. That's all we know for now, but at least we can look forward to hearing more about *Elysium* in the months leading up to its summer release.

 
Check Out the Cast of 'Animal House' 35 Years Later    13 Death Scenes That'll Make You Squirm

Here's the official synopsis for *Elysium*:

> In the year 2159 two classes of people exist: the very wealthy who live on a pristine man-made space station called Elysium, and the rest, who live on an overpopulated, ruined Earth. Secretary Rhodes (Jodie Foster), a hard-line government official, will stop at nothing to enforce anti-immigration laws and preserve the luxurious lifestyle of the citizens of Elysium. That doesn't stop the people of Earth from trying to get in, by any means they can. When unlucky Max (Matt Damon) is backed into a corner, he agrees to take on a daunting mission that if successful will not only save his life, but could bring equality to these polarized worlds.

 
New Details On Ben Affleck's Bat-Suit    12 Questions Left By The Stupidest Superman Ever

EDITOR'S PICK    »