# Exhibit B – Tenley Titles

| | 65,662,820 COMPANIES | 53,791,211 PRINCIPALS | | SEARCH... | |

HOME | COMPANY SEARCH | PEOPLE SEARCH | PRO SEARCH | PRO API | BLOG | COUNTRIES | CONTACT US

# SCOTT TENLEY

Data Updated February 20, 2014

g+1 2.1k  Tweet 780  Like 12k

There are 11 individuals that go by the name of Scott Tenley.

These individuals collectively are associated with 7 companies in Los Angeles California, North Vancouver British Columbia, Olin Iowa, Toronto Ontario, and Tumwater Washington.

**Arrest Records: 2 Secrets**
instantcheckmate.com
1) Enter Name and State. 2) Access Full Background Checks Instantly.

Background Alert®

Bay Area - Stretch Wrap

**SCOTT TENLEY (DIRECTOR)**
**ASGARI INC.**
CANADA NON-DISTRIBUTING CORPORATION WITH 50 OR FEWER SHAREHOLDERS

| | |
|---|---|
| Address: | 119 Spadina Avenue, Suite 400 Toronto, ON M5V 2L1 CA |
| Registered Agent: | None Listed |
| Filing Date: | October 06, 2010 |
| File Number: | 7668163 |

**SCOTT TENLEY (CHAIRMAN/CEO)**
**HUNDREDS OF HATS, INC.**
NEW YORK FOREIGN BUSINESS CORPORATION

| | |
|---|---|
| Address: | 1800 Century Park East 10th Fl Los Angeles, California 90067 |
| Registered Agent: | None Listed |
| Filing Date: | May 14, 2009 |
| File Number: | 3810751 |

**Marriage Records**
myheritage.com
Find Marriage Records. Discover Dates, Locations, Names & More.

**SCOTT TENLEY (PRESIDENT)**
**MIDWEST'S BEST MEATS, INC.**
IOWA CORPORATION

| | |
|---|---|
| Address: | Scott Tenley 5193 Lily Rd Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | July 03, 2007 |
| File Number: | 348199 |

**SCOTT TENLEY (SECRETARY)**
**MIDWEST'S BEST MEATS, INC.**
IOWA CORPORATION

| | |
|---|---|
| Address: | Scott Tenley 5193 Lily Rd Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | July 03, 2007 |
| File Number: | 348199 |

### SCOTT TENLEY (TREASURER)
### MIDWEST'S BEST MEATS, INC.
IOWA CORPORATION

| | |
|---|---|
| Address: | Scott Tenley |
| | 5193 Lily Rd |
| | Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | July 03, 2007 |
| File Number: | 348199 |

### SCOTT TENLEY (PARTNER)
### MRC II DISTRUBUTION COMPANY L.P.
WASHINGTON LIMITED PARTNERSHIP

| | |
|---|---|
| Address: | 300 Deschutes Way Sw Ste 304 |
| | Tumwater, WA 98501 |
| Registered Agent: | Corporation Service Company |
| Filing Date: | April 02, 2008 |
| File Number: | 602819763 |

### SCOTT TENLEY (PRESIDENT)
### OAKTREE ENTERTAINMENT, INC.
CALIFORNIA CORPORATION

| | |
|---|---|
| Address: | 1800 Century Park East 10th Fl |
| | Los Angeles, CA 90067 |
| Registered Agent: | Scott Tenley |
| Filing Date: | November 03, 2006 |
| File Number: | C2933204 |

### SCOTT TENLEY (DIRECTOR)
### STREETWISE PROFESSOR INC.
CANADA CORPORATION

| | |
|---|---|
| Address: | 555 Brooksbank Avenue |
| | Bldg. 6 |
| | North Vancouver, BC V7J 3S5 CA |
| Registered Agent: | None Listed |
| Filing Date: | June 03, 2013 |
| File Number: | 8537682 |

### SCOTT TENLEY (PRESIDENT)
### SWINE SURVIVORS, INC.
IOWA CORPORATION

| | |
|---|---|
| Address: | 5193 Lily Rd. |
| | Po Box 26 |
| | Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | April 11, 2003 |
| File Number: | 278352 |

### SCOTT TENLEY (SECRETARY)
### SWINE SURVIVORS, INC.
IOWA CORPORATION

| | |
|---|---|
| Address: | 5193 Lily Rd. |
| | Po Box 26 |
| | Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | April 11, 2003 |
| File Number: | 278352 |

### SCOTT TENLEY (TREASURER)
### SWINE SURVIVORS, INC.
IOWA CORPORATION

| | |
|---|---|
| Address: | 5193 Lily Rd. |
| | Po Box 26 |
| | Olin, IA 52320 |
| Registered Agent: | Scott Tenley |
| Filing Date: | April 11, 2003 |
| File Number: | 278352 |

## Dun & Bradstreet ®Reports
dandb.com/BusinessLookup
Get Business Reports from Dun & Bradstreet ®. Start Now.

NEW ARTICLES THAT MAY INTEREST YOU

What You Need To Know About Social Media

Relieving Your Business Licensing Headaches

Does Your Potential Employee Have A Criminal Background?

Beware Of The Dangers Of Operating Without The Proper Business Licenses!

ADDITIONAL LINKS

Previous Association