# Exhibit C – Plaintiff Interrogatories

the clear meaning is not distorted. The term "or" shall mean "and" and vice-versa, as required to expose for the subsequent interrogatories all information or documents that would be excluded absent this definition.

## REQUEST FOR PRODUCTION

**REQUEST NO. 1:**

Any and drafts and versions of the screenplay/script "Elysium" by Defendant Neill Blomkamp. *Please provide dates of completion and printing.

**REQUEST NO. 2:**

All copies of the screenplay/script by Neill Blomkamp forwarded to any other Defendant, or any employee or agent of any of the Defendants, in any and all formats (printed, PDF, RTF, etc.).

**REQUEST NO. 3:**

Any and all documents (emails, texts, letters, memos, etc.), between the Defendants, or between the Defendants and any other unnamed interested party, IN ANY WAY concerning the screenplay or the film or the prospective film "Elysium" (or the project "Elysium under any previous titles) exchanged between February 1st, 2007 and October 7th, 2013.

**REQUEST NO. 4:**

All documents (emails, texts, memos, letters or any other communication) pertaining to Elysium between Defendant Neill Blomkamp and Elysium's film editors Julian Clarke and Lee Smith between June 2011 and August 9th, 2013.

**REQUEST NO. 5:**

All documents (emails, texts, memos, letters or any other communication) exchanged between Defendants, or between Defendants and any other party, concerning Plaintiff or his works "Butterfly Driver" or "Uberopolis: City of Light", between January 2007 and October 7th, 2013.

**REQUEST NO. 6:**

All contracts and agreements between any and all Defendants pertaining to their participation in ANY facet of the writing, production, making, distribution, marketing, etc., of the film "Elysium".

**REQUEST NO. 7:**

ALL documents (emails, etc.) pertaining to any similarities and differences between Elysium and Plaintiff's "Butterfly Driver" or "Uberopolis: City of Light".

**REQUEST NO. 8:**

ALL documents (emails, texts, letters, conversations, etc.) between ALL Defendants and any other party, (whether party to this suit or not, including major cast members), in ANY WAY pertaining to ANY concerns about Elysium's story-line, plot, structure, character relationships, etc.

**REQUEST NO. 9:**

All documents or diaries pertaining to Elysium's editing schedule.

**REQUEST NO. 10:**

All documents (with date confirmation) illustrating the Defendants' (particularly Sony Pictures Ent. Inc, and MRC) due diligence to make sure Elysium was not an infringement of another artist's work.

**REQUEST NO. 11:**

All documents illustrating (with date confirmation) the Defendants' diligent efforts to check the merits of Plaintiff's claim of copyright infringement, before dismissing them as unfounded.

DATED: May 14th, 2014

Signed,_____
Steve Wilson Briggs
Plaintiff, In Pro Per