Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP (AKA MEDIA RIGHTS CAPITAL, & MRC), and QED INTERNATIONAL<br><br>　　　　Defendants | Case No.: CV 13-4679 PJH<br><br>**NOTICE OF WITHDRAWAL OF MOTION CAPTIONED: "PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES"** |

This notice respectfully requests that the Court withdraw the Plaintiff's motion filing, Captioned: **"PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS ANDAUTHORITIES".**

The Plaintiff makes this request as he wishes to replace the aforementioned motion filing with the AMENDED motion filing, captioned: **"AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES".**

Thank you for your trouble.

Dated: July 10th , 2014

Respectfully,  /s/  Steve Wilson Briggs

Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way, San Mateo, CA 94402
Telephone: (510) 200 3763,
Email: snc.steve@gmail.com