1  Steve Wilson Briggs
2  681 Edna Way
   San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11  STEVE WILSON BRIGGS            )   Case No.: CV 13-4679 PJH
                                   )
12       Plaintiff                 )
                                   )   **CORRECTION CONCERNING**
13   vs.                           )   **AMENDED NOTICE OF MOTION AND**
                                   )   **MOTION TO COMPEL PRODUCTION**
14  NEILL BOMKAMP, SONY PICTURES   )   **OF DOCUMENTS, AND [PRPOSED**
    ENT., INC., TRISTAR PICTURES, INC., )   **ORDER]**
15  MEDIA RIGHTS CAPITAL II LP, QED )
    INTERNATIONAL                  )
16                                 )
        Defendants
17

18

19

20

21      In the Plaintiff's recent filings, "AMENDED NOTICE OF MOTION AND MOTION TO

22  COMPEL PRODUCTION OF DOCUMENTS", concerning his request **for** 'all exchanges between

23  Blomkamp and editors Julian Clarke and Lee Smith,' Plaintiff assured the Court that **"these**

24  **documents are specifically ONLY between three people, during a two month period."**

25      Although I, Plaintiff, believed that statement was true, the document request that I submitted

26  to the Defendants AND to the Court in the proposed order (cut and pasted form the request for

27  documents) pertained to a period of time of NOT two months, rather TWO YEARS and two

28  months. On the proposed order the item read:

- 1 -
**PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION**

"**Request No. 4:** "<u>All documents (emails, texts, memos, letters or any other communication) pertaining to Elysium between Defendant Neill Blomkamp and Elysium's film editors Julian Clarke and Lee Smith between June 2011 and August 9th, 2013</u>.""

Clearly, I didn't double check my own composition.

The Plaintiff intended to requests from the Defendants these documents between June 2013 and July of 2013: not June of 2011, as the request read. This two year request is extremely overbroad –and, frankly, absurd in that it sought post-production film editing documents from June of 2011 –when production phase filming didn't even begin until July 2011.

This mistake wasted the Court's time, and could only have seemed unreasonably to the Defense Counsel.

I respectfully apologize for this oversight and any inconvenience to the Honorable Court, and the Defense Counsel and the Defendants alike.

Dated: July 14th, 2014.

                              Respectfully Submitted,   /s/ Steve Wilson Briggs

                                                Steve Wilson Briggs
                                                Plaintiff, Pro Se
                                                681 Edna Way
                                                San Mateo, CA 94402
                                                Telephone: (510) 200 3763
                                                Email: snc.steve@gmail.com

**PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION**