UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES  DISTRICT COURT

9              Northern District of California

10                 San Francisco Division

11   STEVE WILSON BRIGGS,                    No. C 13-04679 PJH (LB)

12              Plaintiff,          **NOTICE OF REFERRAL AND
         v.                         ORDER REGARDING DISCOVERY
13                                  PROCEDURES**

   SONY PICTURES ENTM'T, INC., et al.,
14
              Defendants.
15   _____/

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17      The district court has referred Plaintiff's amended motion to compel, electronically filed on July

18   10, 2014, which is a discovery matter, to the undersigned.  *See* Amended Motion to Compel, ECF

19   No. 53; Referral Order, ECF No. 55.  The motion was noticed for hearing before the district court on

20   August 20, 2014.

21      The Court **VACATES** the current August 20, 2014 hearing date and **DIRECTS** the parties to

22   comply with the following procedure for this discovery dispute only. Given Plaintiff's pro se status

23   and his already-filed 8-page, double-spaced motion, the court directs Plaintiff and Defendants'

24   counsel to meet and confer about the dispute by telephone no later than 5:00 p.m. PDT on Friday,

25   July 18, 2014.  If Plaintiff and Defendants' counsel are able to resolve the dispute, they shall file a

26   notice informing the court of this fact.  If they are not, Defendants shall file an 8-page, double-

27   spaced opposition to Plaintiff's amended motion by 5:00 p.m. PDT on Friday, July 25, 2014.

28   Plaintiff then may file a four-page, double-spaced reply by 5:00 p.m. PDT on Wednesday, July 30,

1    2014.  After reviewing the papers, the court will evaluate whether further proceedings are necessary,

2    including any further briefing or argument.

3        For any future discovery disputes, the court orders the parties to comply with the procedures for

4    addressing discovery disputes set forth in the undersigned's standing order (attached).  If the

5    undersigned's meet-and-confer requirement does not resolve the disagreement, the parties must file

6    a joint letter brief instead of a formal motion.  The letter brief must be filed under the Civil Events

7    category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."  After

8    reviewing the joint letter brief, the court will evaluate whether further proceedings are necessary,

9    including any further briefing or argument.

10       **IT IS SO ORDERED.**

11   Dated: July 15, 2014                                      _____

12                                                             LAUREL BEELER
                                                               United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REFERRAL
C 13-04679 PJH (LB)                        2

UNITED STATES DISTRICT COURT
For the Northern District of California