# [PROSOSED] ORDER

The Court has considered the Plaintiff's **AMENDED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT.**

Finding that good cause exists the Motion is **GRANTED**.

IT IS SO ORDERED.

DATED: July _____, 2014

Signed, _____

**UNITED STATES DISTRICT JUDGE
PHYLLIS J. HAMILTON**