# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-683-232**

**Effective date of registration:**

June 21, 2013

---

## Title

**Title of Work:** Butterfly Driver

**Previous or Alternative Title:** Uberopolis: City of Light

## Completion/Publication

**Year of Completion:** 2005

## Author

**Author:** Steve Kenyatta Wilson Briggs

**Author Created:** text

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs

681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs

**Date:** June 21, 2013

---

Outlook Print Message

# Fw: Read this screenplay -not the other one

From: **Saul Goode** (q22skidoo@yahoo.com)   This sender is in your contact list.

Sent: Sat 6/01/13 4:54 PM

To:   Steve Wilson-Briggs (birdynumnumz@hotmail.com)

----- Forwarded Message -----
From: Steve Wilson-Briggs <birdynumnumz@hotmail.com>
To: Saul Goode <q22skidoo@yahoo.com>; Morgan Marchbanks <mmarchba@seq.org>; marina wilson
<marinahope@hotmail.com>; dennis <denwil@sonic.net>; Cecile Lusby <cecilusby@hotmail.com>
Sent: Wednesday, May 25, 2005 6:31 AM
Subject: Read this screenplay -not the other one

Uberopolis: City Of Light

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE
THE EARTH. IN THE BACKGROUND, THE EARTH IS SEEN -HALF
SHADED IN THE COVER OF NIGHT, BUT THE SUNLIT HALF IS SEEN
WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION
COVERING MOST OF THE SKY. THE OCEAN IS AN UNHEALTHY
GREENISH-BLUE -NOT THE VIBRANT BLUE OCEAN OF THE PAST.
THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S
GRAVITATIONAL PULL UNTIL ITS SKIN BEGINS TO PEEL AND
BURN FROM THE HEAT GENERATED FROM THE FRICTION OF RE-
ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE DARK
SIDE OF EARTH.
THE CAMERA DESCENDS FROM THE SKY TO A SMALL CITY AT
NIGHT, FULL OF LIGHT, SOMEWHERE IN SOUTH AMERICA. THE
CAMERA DESCENDS AND MOVES IN CLOSER AND CLOSER UNTIL
IT IS CLEAR THAT THE LIGHTED CITY IS LITTLE MORE THAN A
WASTELAND.
EXT. A GLOOMY WASTELAND STREET -- NIGHT
Beneath a polluted night sky, an attractive Latina mother (perhaps 35) walks
alongside her fairly-muscular ("multinational looking") teen-aged son (John
Carlos) on a desolate street on the outskirts of a large third world city. She
carries a small bag of groceries while her son carries the woman's 6 year old
daughter (his sister, Franny). On the streets around them futuristic police and
military vehicle hover ominously over the streets as they cruise slowly past,
belching ever-more pollution into the air, homeless people burn fires in trash cans
and barrels to keep warm, children run in and out of shanty-town dilapidated box

houses, a few teens wearing headphones sniff paint from a plastic bag in the shadows, other shabbily dressed teen-aged boys wearing headsets and headphones, stand eerily on the corners and stoops, scanning the street predatorily for some unsuspecting prey. The woman's teen-aged son keeps a firm tough look on his face, careful not to seem like an easy target. The mother keeps her gaze down, not wanting to invite the thugs' cat calls and advances.

The flash of the shooting star (the dead body) whips across the sky. The young daughter (Franny) notices it and lifts her head from her brother's shoulder and points a weak finger.

                              FRANNY

              Mama, look! A shooting star!

The mother (Rianna) and her son (John Carlos) turns to see.

                              RIANNA

              Easy, relax remember your breathing.

                              FRANNY

              But a star...

                              RIANNA

              You're right, Franny. Make a wish.

                              FRANNY

              No, you.

                              RIANNA

              No, I'm too old. Wishes are for the young. You sound
              wheezy... I think you need your inhaler.

Rianna digs in her jacket pocket and produces a long kid's inhaler. Rianna hands the inhaler to Franny.

                              FRANNY

              Then you, John Carlos.

As John Carlos speaks Franny puffs the inhaler.

                              JOHN CARLOS

              I didn't see it. You make the wish.

# Documentation of Registration

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

The Writers Guild of America, west, Inc. issues this certificate to:

STEVE KENYATTA WILSON BRIGGS

**for the material entitled:**

Uberopolis: City of Light

**by the following:**

STEVE KENYATTA WILSON BRIGGS - Writer

Effective Date: 12/16/05
Expiration Date: 12/16/10

Registration #:    1103287
Material Type:    SCREENPLAY
Registered By:    STEVE KENYATTA WILSON BRIGGS

0000000049.2006011013480346.0000000012

Print

Close

# screenplay uberopolis

From: **Steve Wilson-Briggs** (birdynumnumz@hotmail.com)
Sent: Mon 1/16/06 9:35 PM
To:    birdynumnumz@hotmail.com

```
ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE
THE EARTH. IN THE
BACKGROUND, THE EARTH IS SEEN HALF SHADED IN THE COVER OF
NIGHT. THE SUNLIT
HALF IS SEEN WITH ENORMOUS GRAY AND BROWN CLOUDS OF
POLLUTION COVERING MOST
OF THE SURFACE. THE OCEAN IS AN UNHEALTHY GREENISH-BLUE
-NOT THE VIBRANT
BLUE OCEAN OF THE PAST. THE DEAD BODY IS SLOWLY SUCKED
INTO EARTH'S
GRAVITATIONAL PULL, UNTIL THE SKIN BEGINS TO PEEL AND
BURN FROM THE
FRICTION-GENERATED HEAT OF RE-ENTRY. THE BODY IGNITES AND
ROCKETS TOWARD THE
DARK SIDE OF EARTH.

THE CAMERA PERSPECTIVE DESCENDS FROM THE SKY TO A SMALL
LIGHTED REGION OF
EARTH, A CITY AT NIGHT, SOMEWHERE IN THE REGION OF THE
NORTH AMERICA ONCE
KNOWN AS TEXAS. THE CAMERA MOVES IN CLOSER, UNTIL IT IS
CLEAR THAT THE
LIGHT IS EMITTED FROM A POOR, RUN-DOWN, MID-SIZED CITY.
THE YEAR IS 2120.

EXT. A GLOOMY RUN-DOWN CITY STREET -- NIGHT

Beneath a polluted night sky, an attractive mother
(Rianna, about 40) walks
alongside her lean teen-aged son (John Carl) on a gritty
```

street of an
impoverished town. She carries a small bag of groceries
while her son
carries his sister, Franny. On the streets around them
futuristic police
and military vehicles hover ominously above the street as
they cruise slowly
about, belching ever-more pollution into the air;
homeless people burn fires
in trash cans and barrels to keep warm; children run in
and out of rundown
tenement housing; a few teens wearing headphones sniff
paint from a plastic
bag in the shadows; other shabbily dressed teen-aged boys
wearing headsets
and headphones stand eerily on the corners and stoops,
scanning the street
predatorily for some unsuspecting prey. The woman's teen-
aged son keeps a
firm tough look on his face, careful not to seem an easy
target.

The flash of the shooting star (the dead body) whips
across the sky. The
young daughter (Franny) notices it and lifts her head
from her brother's
shoulder and points a weak finger.


FRANNY
Mommy, look! A shooting star!

The mother and her son turn to see.

RIANNA/MOTHER
Relax. Remember your breathing.

FRANNY
But a star...

RIANNA
You're right, Franny. Make a wish.

FRANNY

No, you.

RIANNA
Wishes are for the young. You sound wheezy. I think you
need your inhaler.

Rianna digs in her jacket pocket and produces a long
kid's respiratory
inhaler. Rianna hands the inhaler to Franny.

FRANNY
Then you, John Carl.

Franny puffs the inhaler.

JOHN CARL
You.

Franny exhales.

FRANNY
I'll save it for daddy.

JOHN CARL
The person who sees it is supposed to make the wish.

FRANNY
OK. I want...

John Carl puts a finger over each of their lips.

JOHN CARL
You're not supposed to tell...

John Carl's eyes dot back and forth, as if suddenly aware
that perhaps the
local thugs have caught him in a tender moment with his
sister. He takes
his fingers down from their lips.

FRANNY
Oohhh...

Steve Wilson Briggs
4996 Broadway #4G
New York, NY 10034

02/01/2006

AABAAL LITERARY ASSOCIATES
1110 STATE ROUTE 109
P.O. BOX 482
HOQUIAM, WA 98550

Dear Aabaal Literary Associates,

911... Iraq... Outsourcing...
    How will the world look 100 years from now if current geo-political trends continue? "Uberopolis: City Of Light" is an unblinking look into the eye of that future.
    I'm a screenwriter looking for a committed representative, and thought a reading of my new screenplay "Uberopolis: City Of Light" might interest you in adding me to your client family. City Of Light is a thoughtful action-adventure, set 114 years in the future, predicated on the ripple-effect of recent headlines, with a simple storyline:

In 2120, fugitive and former American war hero, Arlo Grainer, has his wife turn-him-in to the government to collect the bounty to pay his daughter's medical expenses. Aware of a dark government secret, the high profile prisoner is taken to labor on Uberopolis, a huge half completed satellite-city, where on one side of a giant construction wall the ultra-rich live in decadent excess; while on the other side, countless prisoners toil to complete the ultimate-city. But when the government attempts to dump him and 200 other prisoners from a shuttle into space, Arlo narrowly escapes back to Earth –where he discovers the state has reneged on the bounty to his wife, and his daughter is near death. Learning of a guardedly protected medication for his daughter (rumored to be made on Uberopolis) Arlo races through Earth's urban underbelly to get a shuttle ticket back to Uberopolis –this time to the glamorous golf course and casino-filled side of the construction wall. Soon, Arlo is racing security forces down the crowded, silver streets of Uberopolis –with time and the armies of the world against him.

    In addition to "Uberopolis: City Of Light", I've recently completed "Sunflowers", a smart comedy-adventure about four young American artist (and friends) who haplessly stumble into an English counterfeit art ring.
    "Uberopolis: City Of Light" is available at your request. I've included an SASE for your convenience. Thanks for your consideration

Best Regards,
Steve Wilson Briggs

birdynumnumz@hotmail.com
646 508 6389

2-9-2006

Suggest that the wife be the one to "turn in" your hero Arlo. Her motivation is a new boyfriend, plus money for the daughter's medical expenses. Why would I suggest this? It is because your hero should be blameless.

I like the idea of very high medical expenses!

Are your scenes about 1⅔ pages?

Do you have about 80 scenes?

Do you have a slug line for scenes? I imagine you do since you sound very knowledgeable.

"City of Light" sounds best but we can discuss your other screenplay over the phone.

Call me from 7-9 Pacific Standard Time

Carole Bodry ALA

## Marcia Amsterdam Agency

Thank you for sending us this material. We're
sorry, but it doesn't meet our present needs.

**41 West 82 Street   New York, NY 10024-5613**



Dear Author,

Please forgive this impersonal note. We receive a tremendous number of
query letters and are forced to focus our attention on a limited number of
projects. We regret that we must decline the offer to review your work.
We encourage you to keep writing and we wish you every success.

Sincerely,

VICTORIA SANDERS



The Promark Center
3599 Cahuenga Blvd. West, 3rd Floor
Los Angeles, CA 90068

Mr Steve Wilson Briggs
4996 Broadway #4G
NEW YORK, NY

10034+1616 17

. Briggs
B Broadway #4G
York, NY 10034

NEW YORK NY 100

02 FEB 2006 PM 14 T



THE DEITER LITERARY AGENCY
10707 AVERETT DRIVE
FAIRFAX, VA 2

NIXIE        201      1       00 02/
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 10034166947      *3045-03341-

22039+121Z10034Z1669

N. Briggs
B6 Broadway #4G
w York, NY 10034

NEW YORK NY 100

02 FEB 2006 PM 13 T



STRATA SPHERES INC.
205 MULBARRY STREET #56
NEW YORK,

NIXIE        100      1       00 02/
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10034166947      *2945-14225-

10012+45Z10034Z1669

Outlook Print Message

# Re: Screeplay Query - Uberopolis: City Of Light

From: **cedargroveagency@juno.com**
Sent:   Sun 1/15/06 8:57 AM
To:    birdynumnumz@hotmail.com

Dear Mr. Wilson-Briggs:

Thank you for bringing "Uberopolis: City of Light" to my attention.  Although the premise sounds intriguing, I unfortunately must pass as I do not think it is something for Cedar Grove at this time.

I appreciate your interest and wish you the best of luck on your search for representation.

Sincerely,

Samantha Powers
Story Editor

http://www.theliteracysite.com/cgi-bin/WebObjects/CTDSites.woa/612/wa/gotoSite?
destSite=LiteracySite&origin=bcsTY&wosid=qr6000Cv000YW600E2&revisionCode=BCSthankyoupg_LSlogo

On Sat, 14 Jan 2006 12:15:15 -0800 "Steve Wilson-Briggs" <birdynumnumz@hotmail.com> writes:
> UBEROPOLIS: CITY OF LIGHT
>
> An omnipotent world leader forces a political captive into a
> prisoner work
> brigade on a giant satellite city orbiting Earth. There, amid a
> massive
> prisoner extermination, the hero escapes back to Earth to save his
> daughter
> --and face his nemesis... and all the world's armies.
>
> Dear Cedar Grove Agency Entertainment,
>        Thank you for reading the logline to my screenplay
> Uberopolis:
> City Of Light, a sci-fi adventure thriller .  I'm querying to learn
> if you
> are currently considering new screenwriters to represent?  I'm a
> new,
> energetic screenwriter, hoping to bring two new completed
> screenplays to
> market. Uberopolis is a fast past futuristic story set 115 years in
> the
> future. The story's characters mirror a broad swath of the American
> and
> international landscape, with a fair balance of compelling male and
> female

Outlook Print Message

# RE: Screenwiter Seeking Agent - Uberopolis: City Of Light

From: **Paul S. Levine** (pslevine@ix.netcom.com)

Sent: Sun 1/15/06 8:51 PM

To: 'Steve Wilson-Briggs' (birdynumnumz@hotmail.com)

Not for me-thanks anyway.


Paul S. Levine

-----Original Message-----
From: Steve Wilson-Briggs [mailto:birdynumnumz@hotmail.com]
Sent: Sunday, January 15, 2006 4:11 AM
To: pslevine@ix.netcom.com
Subject: Screenwiter Seeking Agent - Uberopolis: City Of Light

Dear Mr. Levine,
I'm a new screenwriter in need a successful representative and I
hoped to interest you in becoming my agent. I have two quick and
entertaining finished scripts to market, but I think you might be most
interested in UBEROPOLIS: CITY OF LIGHT.

Logline:
Set in the year 2120, on a depleted, overpopulated Earth, a fugitive -
and
former American hero- is drawn out of hiding to pay for medication his
ailing daughter needs. His nemesis, the omnipotent world leader,
imprisons
the hero and sends him to work in a prison labor brigade on a beautiful,
giant, half-completed satellite-city orbiting Earth. But amid a
government
planned mass prisoner extermination attempt, the hero escapes back to
Earth,
to save his ailing daughter -and face his nemesis. and all the world's
armies.


The storyline is simple enough for the youngest and most basic
viewers to appreciate, yet it replete with social, scientific and
political
themes for the most discriminating viewers to enjoy. Uberopolis is a
fast
past futuristic story, whose characters mirror a broad swath of the
American
and international landscape, balanced by compelling male and female
characters. Factors that assure Uberopolis: City Of Light a healthy
national
and international following. Further, the dark, technological social

5/28/13

Outlook Print Message

# Re: Screenplay Query - Uberopolis: City Of Light

From: **Gregory Bell** (gbell.11@gmail.com)

Sent: Mon 1/16/06 4:38 PM

To: Steve Wilson-Briggs (birdynumnumz@hotmail.com)


Steve,

Sounds interesting. Could you send me a script in pdf or ms word form?

Greg Bell

On 1/16/06, Steve Wilson-Briggs <birdynumnumz@hotmail.com> wrote:
> Dear G. Bell,
> The future is a deadly place...
> How will the world look 100 years from now, if current
> geo-political trends continue? UBEROPOLIS: CITY OF LIGHT is an unblinking
> look into the eye of that future.
>
> The year is 2120. 14 years after America was absorbed into the
> new United World Nation. With little money, and his daughter ailing from a
> pollution driven respiratory condition, a fugitive and former American
> soldier, Arlo Grainer, has his wife turn him in to the government -to
> collect the unconditional bounty offered for his arrest.
> Dubbed "a national threat" Arlo carries an explosive secret into
> the prison system. A secret the United World Nation President, Peter Drexler
> wants forgotten. Arlo is quickly taken to work on a huge satellite city,
> orbiting 10,000 miles above Earth, Uberopolis. But Uberopolis is only half
> completed. On one side of the giant construction barrier the super-rich and
> famous live in decadent excess. On the other side, thousand of prison
> workers toil to complete the ultimate-city.
> On Uberopolis, Arlo narrowly escapes a government sponsored
> prisoner extermination plan and races back to Earth in a stolen shuttle
> -chased chased by guided warheads. Back on Earth, Arlo discovers the state
> has reneged on the reward money to his wife, and his daughter is near death.
> But after learning of an extremely expensive, and guardedly protected
> medicine (rumored to be made on Uberopolis) capable of reversing his
> daughter's condition, Arlo uses his underworld ties to secure a shuttle

Outlook Print Message

# The Philadelphia Logline Festival BEGINS NOW!

From: **Joe Frio** (phillyscriptfest@screenplayfest.com)
Sent: Sat 3/31/07 2:37 PM
To:   phillyscriptfest@screenplayfest.com

Congratulations!

Your Logline has been accepted into the Philadelphia Logline Festival!  Your Logline has been posted on our website for members to vote on and review – visit our website today!  Remember — the Logline with the highest votes wins the Logline Festival – So Tell Your Friends and Vote Now!  Voting CLOSES on July 1, 2007!

We are very excited for all our contestants and are thankful for your support in our festival.  Website updates are still being made so please be patient.

AWARDS:

The Top Twenty Loglines receive a discounted price of $20 into our Screenplay Festival.

The Top Three Loglines receive Chris Soth's "Million Dollar Screenwriting" and Free Entry into our Screenplay Festival.

The Top Logline also receives a Free Ticket to the Great American Pitchfest (a value of $250).

**VOTER'S AWARD:**

The Number One Voter/Reviewer will receive a **$20 Reward!**  So Vote Now and Tell Your Friends!  We encourage everyone to review, comment and critique the Loglines.

RULES:

**You must register with B-Side in order to vote (You have NOT done so yet - Just visit our Logline Festival Page and enter the festival to do so).**

Please use your email address as your Desired Username when registering.

Outlook Print Message

You will be disqualified if you vote more then once on each Logline.

You must vote on a minimum of Ten Loglines for your votes to count.

VOTER BIAS RULE - your votes will NOT count if you are bias (if you vote 5 stars on one logline and 1 star on nine loglines).

Contestants are allowed ONE FREE revised submission of their Logline throughout the duration of the Logline Festival. You are allowed to submit more revisions but you will be charged a processing fee of $5. We do this to make the festival fair and more challenging for our contestants.

Email your revised Logline Submissions to phillyscriptfest@screenplayfest.com. An application is required to be mailed to us after using your FREE Logline Revision Submission. Please click here for more information.

PLEASE NOTE: One hundred percent of all fees will be plowed back into the Festival, e.g., building the best possible website, publicity and advertising, size of Awards, dinner for winners, etc.

**The Philadelphia Screenplay Festival is presently accepting submissions. If you would like to submit a screenplay to our festival please visit our website – you may submit more then one screenplay! $500 in prizes! We are working towards a cash prize of $10,000! Enter Today!**

We thank you for your support and wish you a great competition!

Joseph Frio

Founder

The Philadelphia Screenplay Festival

www.ScreenplayFest.com

# 2006 Slamdance Screenplay Competition Quarterfinalist Announcement!

From: **John Stoddard** (screenplay@slamdance.com)
Sent:  Tue 8/29/06 8:59 PM
To:    John Stoddard (screenplay@slamdance.com)

Gentle Writer,

Thank you for participating in the 2006 Slamdance Screenplay Competition. We
received over 2,000 submissions this year. Please visit the Slamdance
website for an entire list of the top 200 quarterfinalists:
www.slamdance.com/screencomp/winners.asp

Unfortunately the screenplay that you submitted did not make it to the
final
rounds of consideration in our Competition. In the event that you
submitted
multiple entries, unless you receive notification of quarterfinalist
status
for a different entry, this letter may apply to everything you
submitted.
If you resubmitted a version of your screenplay that made the
quarterfinals,
this letter may apply to an earlier draft.

We continue to hone our online application process and corresponding
online
feedback and coverage. If you haven¹t already, please visit
www.slamdance.com/screencomp and sign onto the website using your
username
and password to review feedback. If there is any missing coverage or
feedback, please alert the Slamdance office immediately by e-mail:
coverage@slamdance.com

For those that requested coverage, a new feature added midseason this
year
includes a scoring function allowing you to rate your satisfaction with
the
feedback on a scale of 1-10. If you have not already, please return to
the
Slamdance website, review your coverage, and provide a score. This will
allow us to further hone our coverage service.

We would very much appreciate any feedback you can provide on your
experience with this year¹s competition. For any delay in coverage or

feedback we apologize. You can trust that every screenplay was thoroughly
read and considered for the competition, and that any missing feedback or
coverage does not mean your script fell through the cracks. It simply means
there is a glitch in the system that we now have to rectify. Also keep in
mind that the number of responses to your screenplay does not represent the
complete amount of consideration that went into the decision-making process
regarding your submission.

Please e-mail screenplay@slamdance.com with your feedback and comments. You
can always resubmit in 2006 based on the feedback provided for a discounted
price. We begin accepting submissions in November 2006. Our 2006 Teleplay
Competition is currently accepting online applications. Please visit
www.slamdance.com/teleplay for more information. If you have any interest in
writing Horror, we are accepting applications for a brand new Horror
Screenwriting Competition. The submission deadline is October 31, 2006 visit
www.slamdance.com/screencomp/horror for more information.

Thank you for choosing Slamdance.

Sincerely,

John Stoddard
Screenplay Competition Director

5/28/13                                    Outlook Print Message

# Expiration of listing

From: **jerrol@InkTip.com**
Sent: Tue 8/15/06 2:10 AM
To:   birdynumnumz@hotmail.com


Dear Steve Wilson Briggs,

Re: Uberopolis

This listing has now expired and will be deleted soon.

If you would like to keep it on the site, please log
in and click on the 'Purchase' tab. It is $50 per
placement for 6 months. You can pay by credit card or
you can mail a check to:

InkTip.com
PO Box 312
Glendale, CA 91209

Please let me know which you plan to do.

If you don't want to keep it on the site, please print
the pages showing who viewed your synopsis, treatment
and/or script for your records. Log into the site and
click on the 'New Viewings' link at the top left in the
'Viewings Summary' box.

Thanks,
Maia
http://www.InkTip.com
This is an automated email.

5/28/13                                                    Outlook Print Message

# 6 Week Warning

From: **jerrol@InkTip.com**
Sent:  Mon 11/05/07 2:10 AM
To:    birdynumnumz@hotmail.com


Dear Steve,

Re: Butterfly Driver

This listing will be expiring in 6 weeks.
If you have not done so recently, please
update your placement for maximum exposure.

We have set up the site so that every six
weeks you can modify any part of your listing
to have it brought back up to the top of the list.
Just log into the site and click on the title of
your work on the left. We suggest at least updating
your logline and synopsis so that it shows up new
and fresh for the industry pros.

For tips on loglines and synopses, please log into
the site and click on the 'Help and Directions' tab.
Select 'Tips on Loglines and Synopses', the 4th option down.

Thanks,
Maia
.ww.InkTip.com
This is an automated email.

# Notice: Your Work has been Viewed!

From: **Jerrol LeBaron** (jerrol@inktip.com)
Sent:  Tue 11/27/07 10:50 AM
To:    Steve Wilson Briggs (birdynummumz@hotmail.com)


Dear Steve,

An industry professional has viewed or downloaded one of your works
(synopsis, treatment, or script) on www.InkTip.com. For more
information, log in and click "New Viewings" under 'Viewings Summary' on
the 'My InkTip' tab. (If you are a representative, log in and select
"Scripts I Represent.")

FOR WRITERS: If only your synopsis was viewed, please do not contact the
industry pro. If the industry pros have further interest, they will
either contact you or view your treatment or script. Please see "User
Protocol" for further details: http://www.InkTip.com/protocol.php

To ensure you get the best results from the website, please read 'Make
InkTip Work for You!' (available on the 'Help & Directions' tab).

Best Wishes,
The InkTip Team


This is an automated e-mail. Sorry we couldn't send it personally!
birdynumnumz@hotmail.com
`6020361389(*I5VW

# TriggerStreet.com Review Notification (Friday, March 2, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent:   Sat 3/03/07 1:05 AM
To:     birdynumnum (birdynumnumz@hotmail.com)


```
------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Friday, March 2, 2007
------------------------------------

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


----------------
BUTTERFLY DRIVER
----------------
Written By: Steve Wilson Briggs

Total Reviews: 1
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "REVIEW OF BUTTERFLY DRIVER" (reviewed by Myriads In Blue Ascending)


-------------------------------------------------
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
-------------------------------------------------
```

# TriggerStreet.com Review Notification (Saturday, March 3, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sun 3/04/07 1:02 AM
To:    birdynumnum (birdynumnumz@hotmail.com)

```
----------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Saturday, March 3, 2007
----------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
experience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com

```
-----------------
BUTTERFLY DRIVER
-----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 2
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Review of BUTTERFLY DRIVER" (reviewed by f chong rutherford)

```
-------------------------------------------------
```
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
```
-------------------------------------------------
```

# TriggerStreet.com Review Notification (Tuesday, March 6, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)

Sent: Wed 3/07/07 1:02 AM

To:    birdynumnum (birdynumnumz@hotmail.com)

---

```
-------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Tuesday, March 6, 2007
-------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at
TriggerStreet.com. In our attempt to deliver you the best possible user
xperience, our system returns running stats. By following these nightly
updates you can keep track of your uploads - when they have been
reviewed, where your short film is being ranked, and who is responding
to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com


```
----------------
BUTTERFLY DRIVER
----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 3
Reviews Today: 1
Total Views: 10
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Butteryfly Driver Review" (reviewed by filmsnoir)


```
--------------------------------------------------
```
If you would like to stop receiving review notification alerts, please
log-in to http://www.triggerstreet.com/ and select "My Trigger Page"
from the main navigation. Once there, select edit account on the top
left of
the page to edit your settings.
```
--------------------------------------------------
```

Outlook.com Print Message                                                                 Page 1 of 1

Print                                                                                          Close

## Re: Thanks for the input

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent: Tue 3/06/07 10:13 AM
To:    birdynumnumz@hotmail.com

Steve ~ Screenplays are nothing more or less than blueprints. They get taken to banks for meetings about financing the project. There are rules here, just like there are rules with blueprints used for building houses. And guess what happens if the blueprint isn't done well. Disaster. Same with screenplays. The payoff for you as a writer, the place where you make your impact is the viseral feeling the reader gets in his gut when it's done right. One reviewer of Kelly Kittrick began Whoa!! Did I ever have a violent reaction to this violent film! Bingo! Remember, Steve, that less is more and more is less. The clarion call for screenwriters is BREVITY and CLARITY. The power of your writing, the evidence to one and all that he is a guy that can write, comes through the scarcity of words not the abundance. Your stylistic signature is simply, Did that script kick my butt, or what? Fortunately the majority of readers of Kelly Kittrick seem to like it, or at least parts of it. Some are apathetic, some wildly for it, others wildly against it. If and when you read it, I guarantee, you will fall into one of those categories. As a writer of screenplays your primary function is to leave the reader nowhere else to go. Either wild reaction is great -- it means I've probably done what I set out to do.

Readers that object to the violence done to a pretty, young woman, especially the sexual violence, don't get it. That crap happens to women every day. I wanted to portray courage and and heroism in a woman. Stallon, Swarzenegger, et al, have had their time. All of my scripts feature prominently a woman overcoming huge odds, though none so horrific as Kelly. Enjoy the day, Tom

# Re: ? about "Butterfly Driver"

From: **Jason Beck** (phreesh@yahoo.com)
Sent: Thu 8/02/07 6:58 AM
To:   Steve Wilson Briggs (birdynummumz@hotmail.com)

I think its okay.  I'm not passionate about it, but it didn't bother me.

Thinking about why I didn't *love* it...

Maybe placement?  Could it be put into a place that felt more like the story was possibly over?  I'm not sure
if there's a spot for it just a little later.  Maybe something to think about.

Maybe different visuals?  What would most be on Arlo's mind when he's dying?  And it'd be double-good if
you could include either some foreshadowing or reveal a plot twist.

I think you've done a good job making it suitably 'dreamlike'.  The child in the cockpit, the dolphin in the
cargo bay (bonus points for making the window look like a porthole) work well, I think.

Frankly, I don't have any concrete advice.  Like I said, I think it's decent (I, too, generally dislike dream
sequences), but not mind-blowing.

Good luck,

Phreesh
----- Original Message ----
From: Steve Wilson Briggs <birdynummumz@hotmail.com>
To: phreesh@yahoo.com
Sent: Thursday, August 2, 2007 7:14:39 AM
Subject: Re: ? about "Butterfly Driver"

Phreesh (or Jason),

I've been laboring to repair my script. I'm still floored by all the insight
and sage advise you offered. I was wondering, if you have a moment -and
still remembered the script this long after the fact- but when Arlo was
apparently dying, at the end, and had the dream, with the dolphin, which
triggered his final epiphany, did that work for you? I usually avoid
flashbacks and dreams like the plague, but this tied into Benni's belief in
dreams, which may work for a motiff, but not for the story. So I was hoping
to get your thoughts. If you don't have time, or don't recall, I understand.
Thanks again.

Steve

>From: Jason Beck <phreesh@yahoo.com>
>To: Steve Wilson Briggs <birdynummumz@hotmail.com>
>Subject: Re: ? about landscape of "Butterfly Driver".
>Date: Tue, 31 Jul 2007 06:57:53 -0700 (PDT)
>
>I have to first say that the instinct to pare down description is the right
>one. Especially in the first ten pages. You want to get your story going
>right away and engage the reader. That said, because you set this in a
>world very different from our own, I think you need to orient us a little.
>
>The thing that was missing to me was, I guess, a sense of the
>'neighbourhood'. Is Arlo's place a typical suburban house that has all the
>comforts of the modern future? Or is this more of a downtrodden place that
>has a lot of abandoned homes and makeshift shelters? I guess I'm wondering
>what the quality of life is like for Arlo and his friends. And then
>describe the important bits of technology a little more fully. What does
>Arlo's bike look like and what does it do (I recall that you did a pretty
>decent job of this). And the omni-com. What size is it? What does it
>look like?
>
>And then, what life is like in Los Angeles. Is it like the Star Warz
>prequels with beautiful, immaculate, huge buildings or like Blade Runner
>with a hodgepodge of different cultures and economic lifestyles?
>
>Now that I think about it, I think a sense of 'lifestyle' is what I'm
>looking for. You do a pretty good job of describing Uberopolis and its
>decadent lifestyle. I think you need to do just as good a job with Earth
>(or at least the bits that you show).
>
>Best of luck,
>
>Phreesh
>
>
>
>----- Original Message ----
>From: Steve Wilson Briggs <birdynummumz@hotmail.com>
>To: phreesh@yahoo.com
>Sent: Monday, July 30, 2007 3:07:50 PM
>Subject: Re: ? about landscape of "Butterfly Driver".
>
>

>Jason,
>
>I'm honored that you emailed back. I haven't had an opportunity to read
>your
>work, but from the great reviews and your evident acumen, I have a feeling
>I'm corresponding with a future "insider".
>Anyway, if you have a minute or two...
>You mention that maybe I should make the world I've envisioned a little
>more
>clear. I cut out substantial stuff after receiving input that the world was
>too elaborate, a few months ago. I have about twenty out takes that could
>help concretize my world of the future -and some new ideas. Are there any
>specific ways that you felt my world lacking?
>Oh yeah. Thanks for pointing out my margin problems. I can't figure how or
>when they got screwed up.
>
>Take care.
>
>
>
> >From: Jason Beck <phreesh@yahoo.com>
> >To: "TriggerStreet Member: birdynumnum" <birdynumnumz@hotmail.com>
> >Subject: Re: Thanks fpr the review of "Butterfly Driver".
> >Date: Mon, 30 Jul 2007 08:07:31 -0700 (PDT)
> >
> >I DID notice the reference to violets at the end, but didn't give you
> >enough credit as a writer.  I thought it was more of an accidental
> >reference and it made me think of Benni and that you had forgot her.
> >
> >Now that you've pointed out that it was on purpose, I can see where you
> >were going.
> >
> >Maybe it's too subtle?  Could be just me.  Now that you've pointed it
>out,
> >I like it.
> >
> >Beaver Foods sez:
> >
> >"We take care of the meat.
> >You do the rest."
> >
> >
> >
> >----- Original Message ----
> >From: TriggerStreet Member: birdynumnum <birdynumnumz@hotmail.com>

> >To: phreesh <phreesh@yahoo.com>
> >Sent: Monday, July 30, 2007 1:02:15 AM
> >Subject: Thanks for the review of "Butterfly Driver".
> >
> >
> >This is the third time I've posted BD, and your reviw was the most
>thorough
> >and thoughtful to date. Much of your input I expect to act on as soon as
>I
> >finish this email; a few things are style decisions that I may stick
>with.
> >There were two points you mentioned I was hoping to explore with you. 1)
> >you mentionen the gens inclusion being sort of random an undeveloped. The
> >gens were suposed to part of the State's cover up of the prisoner
>execution
> >program. Let the concerned families chat with gens in a simulated
>prison...
> >I guess I may not have done my job as a writer on this point. 2) I really
> >appreciate that you noticed the VIOLET theme and how that was supposed to
> >be connect visual to Benni. In the final pages when Arlo's saying goodbye
> >to his wife Rianna, we see her VIOLET mascara runnig, and Arlo says she's
> >"...still beautiful in the rain." This was supposed to be a referrence to
> >Benni, who said of her violet was"...even prettier in the rain,". The
> >clossing referrence was intended also to suggest that Arlo had an
>enduring
> >interest in Benni.
> >Thanks a bunch.
> >Steve
> >
> >
> >     Be smarter than spam. See how smart SpamGuard is at giving junk
> >email the boot with the All-new Yahoo! Mail at
> >http://mrd.mail.yahoo.com/try_beta?.intl=ca
> >
>
> _____
>Local listings, incredible imagery, and driving directions - all in one
>place! http://maps.live.com/?wip=69&FORM=MGAC01
>
>
>     Be smarter than spam. See how smart SpamGuard is at giving junk
>email the boot with the All-new Yahoo! Mail at
>http://mrd.mail.yahoo.com/try_beta?.intl=ca
>

5/28/13                                    Outlook Print Message

# Re: Thanks for the input

---

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent: Sat 3/03/07 7:00 AM
To:   birdynumnumz@hotmail.com


All right, there are only two kinds of headings, MAJOR and MINOR.  From the previous sentence you drop
THREE SPACES for a MAJOR HEADING, and TWO SPACES for a MINOR HEADING.   A major heading is
supposed to look like this:   INT. JOE'S HOUSE - DAY   A minor heading is to be used once we're already in
Joe's house and want to move around.  A minor heading doesn't need INT. OR EXT. and so five minutes
after you've entered the house and the scene moves, you have IN THE KITCHEN or UP THE STAIRS or
UNDER THE BED.  Minor headings don't need formality, they just need CAPS.

Examples of varity in headings -- INT. JOE'S HOUSE - UPSTAIRS TOILET - DAY

INT. JOE'S HOUSE - SECOND STORY LANDING - DAY

You can accomplish a great deal with a properly formatted heading, and whatever you do be brief and
direct, and NEVER LET A HEADING RUN MORE THAN ONE LINE.

Time elements?  You look like a pro just by keeping it simple, by which I mean use nothing but DAY or
NIGHT.  If you absolutely must convey to the reader that it's something else, something more precise,
use your descriptive line for that, e.g. dusk, twilight, early evening, late evening, before sunrise, just
after sunrise.

To qualify as a legitimate heading you need INT. or EXT. up front.  You cannot just have BACK IN THE
HOUSE WHERE JOE BANGED SUZY BEFORE.  You cannot have IN THE KITCHEN WHERE ANNA PRAYED WITH
JOHNNY FOR JOE BECAUSE THEY CAUGHT HIM BANGING SUZY.

Except for headings and specific SOUNDS it's important to stay away from using upper case words.  That
and too many exclamation points makes your text look like a comic book.  And you certainly don't want
one, two, three or four lines of description (action lines) done in CAPS.  It not only looks amatuerish, it is
amatuerish.  Writers I review get after me for being a stickler about formatting, but believe me when I
say that nothing will get your script thrown onto the reject pile faster than formatting errors.  Why?
Because it tips the reader off that they're reading the work of a beginner who has not put in the time to
learn the craft, and they run down the hallway screaming LEPROSY! RUN FOR YOUR LIVES!

I hope this little bit helps.  If there's anything else, let me know.  Enjoy the day.  Tom

# Re: Thanks for the input

From: **tomgilman1@netzero.net** (tomgilman1@netzero.net)
Sent:  Sat 3/03/07 10:57 AM
To:    birdynumnumz@hotmail.com

Steve ~ I think I got your second email first.  Here's the answer about shots and angles.

It's incredibly simple, though it seems enormously complex and troubling.

You can direct your characters and the action all you want by simply pointing the camera of your words where you want it to go.  You focus our attention, just like a camera does, on who or what you want to focus it on. It's all about the headings, here's how.

EXT. JONE'S RANCH - DAY

It's a large spread, well kept.  There's a RACKET in

THE BARN

and smoke rises from the roof where the fire started.  The roof is almost gone when

JOHN

runs from the house.  He yells at

BILL AND CURLY

as they come from

THE BUNKHOUSE

where Woody and Jeff appear.

Whatever you make your heading is what the camera in the reader's imagination shows.

Screenplays used to be filled with ANGLE ON and CUT TO and WIDEN FRAME until it was made clear that spec scripts are for storytelling, while shooting scripts are for the production people to make the movie from.  You want as little fancy clutter in your spec script as possible because it makes you look like an amatuer and distracts from the story your reader is desperate fo focus on and you're equally desperate to tell.

One final thing -- invest in David Trottier's SCREENWRITER'S BIBLE.  You absolutely will not make it without it or one like it.  Buy it, read it, memorize it.

Anytime, Tom

Case 4:13-cv-04679-PJH   Document 59-4   Filed 07/18/14   Page 32 of 48

<u>Print</u>                                                                                    <u>Close</u>

# Records Request

From: **Steve** (birdynumnumz@hotmail.com)
Sent: Tue 4/15/14 12:23 AM
To:   Operations@TriggerStreet.com (operations@triggerstreet.com)

Dear TriggerStret Operations,

My name is Steve Wilson Briggs, (TS member name "birdynumnum";
member since June 10, 2004). I'm the Plaintiff in a copyright suit
concerning a screenplay I posted on TriggerStreet.com in 2007, called
Butterfly Driver. I posted the script 3-6 times from January to August of
2007. I'm contacting you to request all records of every member who
accessed my work during that timeframe (01/01/2007 to 08/31/2007). I'd
also like to receive ALL communication records you have between myself
and other TS members on your public and private comments, posts
and message boards. Please, let me know at your earliest convenience how
soon I can expect this information and what I can do accelerate things. I'm
sorry for any inconvenience this request creates.
Thanks so much.

Steve Wilson Briggs

Print                                                                        Close

## Screenplay -and Sunflowers shooting info, future plans

From: **Steve** (birdynumnumz@hotmail.com)
Sent: Mon 12/22/08 4:28 PM
To:    Nigel Ellis (nigel_ellis@prodigy.net)

Nigel,

After you read the script, please, let me email you info about a few of the significant revisions. Then, maybe you can synthesize that into your impression and let me know what you think. Remember it was written before I knew about many standard screenwriting layout conventions. So some narrative may run, too long and there are bunches of little layout devices I used in Mr. Excellent that I wasn't aware of when I wrote Sunflowers. I'll fix those.

   As far as business moves. I'd like to get your blessing to put an ad in Craigslist for actors (4-5) to audition in late January. With Mr. Excellent dragginga little. I want to resist the temptation to back up our movie shooting plans. Rather, I'd like to accelerate things. Auditioning isn't a commitment to hire or film, just seeing what are local talent resources yield. I'd also like to advertise in Craigslist London that we intend to audition actors there in March. And emphasize our preference for American actors in London. I don't see why we should wait. More time seems like a good thing. We could just keep relisting the ad week after week,  to see what sort of talent we lure. I know you're still waiting for a few things from me. I'll get those over the Holidays. Finishing Mr. Ex and getting it in a festival or two will take some attention but not too much. We should probably try to get our personnel resources in place soon. And maybe talk about what reasonable percentage offerings might be, if we don't get financing for a while. The reason being is we want people to get cracking for us so we can better pilot the ship.

   On another, future viewing note. I'd love to read your screenplay, if you're open to it. We might also want to be brash enough to come up with a strategy to making that script a reality. Such as doing two or three lower budget films. Doing them well, then trying to get money to make it happen. I think you might wind up, naturally directing that one, so I might just co-produce, and, with your permission provide some music. Unless I'm needed on the set, that might be a pint where we begin working either together or independently. I wouldn't want to hang out on a set and do nothing. The fact is, all I know how to do on a set is direct. I have no specialized skills, like you. Producing doesn't require a set presence. Sometime after we get your screenplay finished to our satisfaction I hope we might have established sufficient connections that we might be able to also get a fairly big budget movie that I've written off the ground, too. My current magnum opus. emotional sci/fi: in Blade Runner tradition.

   Anyway, just throwing some ideas out there for the coffer...
Great Holidays.

Steve

Life on your PC is safer, easier, and more enjoyable with Windows Vista®. See how

DAVID
I feed him here everyday at lunch time... This crap isn't fit for human consumption.

Arlo looks at his sandwich meat, then dumps it to the dolphin, too.

DAVID
I hear they have hundreds of different kinds of fish in there. The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything up here.

ARLO
You're like an encyclopedia.

David smiles faintly. Arlo notices a scar on Spike's nose.

ARLO
What's that scar on Spike's nose?

DAVID
I dunno -a beauty mark.

David pats Spike's nose.  Arlo bends over and gives spike a pat, too.

Arlo stands up, then unexpectedly drops to his knees and grabs his head with both hand, in pain.

ARLO
GGGRRRR!

DAVID
What's wrong?!

Arlo's eyes roll back for a moment. Arlo growls louder:

ARLO
AAAAHHHH!

David watches in shock, then bends over and places a hand on Arlo's shoulder. After a moment Arlo's body relaxes again, as the horrible pain subsides.

DAVID
Opthalmodynia?

JUDGE
Plea accepted.  Bail denied. Unfounded rumors have surfaced that the state
made an attempt on your life recently. To demonstrate the state's intent to
keep all prisoners safe -even terrorists like you- I'm sending you to the
Uberopolis prison work program until your trial is complete.

CUT TO:

EXT. A LONDON AIRPORT  --  THE NEXT MORNING

Arlo is seen boarding an enormous, futuristic shuttle with hundreds of other
prisoner passengers.

EXT. GIANT SHUTTLE -- MOMENTS LATER

The giant shuttle rumbles off of its launch-pad and into space.

FADE OUT:

EXT. UBEROPOLIS -NEW CONSTRUCTION ZONE -- LATER

ANGLE ON : THERE IS A SCREEN NOTE READING: "UBEROPOLIS, 4 MONTHS LATER."

The massive city of Uberopolis is finally seen up close.  It  is enclosed in
an enormous 12 inch thick polycarbonate-thermoplastic spherical, transparent
(like glass) shield. The outer shield has about about 50 airlock shuttle
entry points, scattered near the city floor, to keep the sky view clear
-including 10 long, tubular airlocks that allow long shuttle trains to enter
and exit. There are 2 large golf courses and countless high rise apartments,
innumerable narrow roads with magnetic-electric cars, two small lakes and a
large harbor area teaming with aquatic life. The underside of the city is
divided into the underwater side of the harbor, and a dense green forest,
very usable by the citizens of Uberopolis, since there is no up or down in
the weightless environment.  The dense forest and green aquatic life,
provide much of the air for the sealed biosphere. Around the outside of the
glass encased structure flying work vehicles and shuttles fly about. Inside
the dome, thousands of tiny vehicle drive the streets, dwarfed by the
enormity of the city.

On the rear half of the city, but still inside the biosphere, is a giant
on-going construction project, where tens of huge work vehicles shuttle the
thousands of prison construction workers to various work sites. Almost all
of the work vehicle and shuttles are within the biosphere, except a few
shuttles on the outside of the city. Although the city is bright, beautiful
and vast, the metal skeleton of the new construction project shows that the



I'm hoping to begin shooting the following scripts, perhaps shooting Sweeter Nectar Cherries first. But we need help. We are seeking investment and production partners to get these projects finished.

SUNFLOWERS: When four naïve young American artists take summer jobs working in London for a wealthy art procurer they quickly find themselves at the center of a vast counterfeit art ring. When the artists poorly planned efforts to extricate themselves from the plot fail they find themselves racing across through the city from London's deadliest underworld kingpin. FEATURE LENGTH, COMDEY, YOUNG ADULTS.

BUTTERFLY DRIVER: In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxery satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Gramer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth. FEATURE LENGTH, SCI-FI/ ACTION-ADVENTURE, ALL AUDIENCES.

SEE IT! In high def and AMAZING        technology!!

Are you tired of the extreme pollution levels and respiratory problems? Well
there's an answer:  Uberopolis: City of Light!  Renown for its huge condos
and ultra-sheik home owners. Uberopolis features everything from spacious
family units, to giant penthouses.  All for only a few million more than
you'd pay on Earth.

ANGLE ON : AS THE COMMERCIAL RUNS IMAGES OF THE SATELLITE CITY OF UBEROPOLIS
ARE SHOWN.

TELEVISION: COMMERCIAL ANNOUNCER
Floating 10,000 miles above earth, now you can own a piece of Heaven.
Uberopolis! The crime-free city -where the pristine air quality heals
respiratory ailments, and the low gravity has been proven to reverse bone
disorders.

The television shows a man jumping out of a tall building (fairly slowly)
and landing safely on the street.

TELEVISION: COMMERCIAL ANNOUNCER
The Sky City is known for it's beautiful malls, casinos, nightclubs, museums
and golf courses.  Why vacation on a polluted Earth beach when you can swim
with dolphins in Uberopolis Harbor? The first half of Uberopolis City sold
out in 6 months.  The second half is under construction and will be open
next year. Buy now!  Come live in the greatest city off Earth. Uberopolis! A
Drexler Media holding.

As the commercial ends, John Carl turns his attention to his father,
curiously.

JOHN CARL
Why do they call it line-riding, anyway?

ARLO
The U.W.N.'s radar shield is 200 feet above ground level.  To avoid being
shot down we have to ride  below that line.

JOHN CARL
Hmm.  So, when are you gonna take me on a run with you?

ARLO
Never.  I wish you'd get that idea out of your head.  We need more doctors
and business...

Arlo brings the car to a stop near a large warehouse on the perimeter of the
town. He and John Carl exit and walk into the warehouse.

PRES. PETER DREXLER
I've explained before: we need an enemy to galvanize the people behind us.
If we destroy the zones, we lose the perfect enemy -and our cheap labor.
That's why we keep them on the power grid, remember? In 15 years the zones
have bred beyond capacity. Poverty is at 70 percent, starvation is at 20
percent. This 'enemy' is powerless. But without an enemy, we have content,
rational voters...

CUT TO:

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

As Arlo zips around the streets of Uberopolis, unbeknownst to him, a police
officer above him recognizes him. The police officer flags another police
officer and together they descend on Arlo.

One of the  police officers fires a stun gun that launches an electronic
projectile current. The current hits Arlo's hover-craft. Arlo looks over his
shoulder and sees the officers apprehending him. Arlo hits the accelerator
and begins to weave through the streets of Uberopolis.

One of the police vehicles is easily shaken, the other follows Arlo
tenaciously. Arlo drive quickly down a series of narrow alley ways. But not
easily shaken, the police sky-ranger pulls very close behind Arlo.

Arlo turns the wrong way down a one-way street, followed by the police
vehicle. They begin weaving wildly against the flow of hover-vehicles,
pedestrians watching on the street race for safety in panic.

Arlo looks forward to discover he's being chased into a dead-end with a
building in front of him, police behind him and speeding hover-cars above,
below, left and right. Arlo leaps backward, off of his sky-cycle and onto
the police sky-ranger.  The sky cycle he had been riding crashes into the
side of a large steel building, causing more chaos on the street below. Arlo
reaches through the sky-ranger driver's window and shoves down on the
steering wheel, sending the sky-ranger crashing into a street level wall.

Arlo flies off the sky-ranger and into a wall. Arlo recovers from the pain
to find the police-driver of the sky-ranger knocked-out and groaning in the
front seat of the car. Arlo looks around to find no-one around them, in a
dark alley.

CUT TO:

EXT. UBEROPOLIS SHUTTLE LANDING PAD -- MORNING

Jerry's eyes swell with pain.

JERRY MATTHIESSEN
I could never be mad at you. Plus we have our own special fun, big guy.  And
you're great at all the important things.

JACOB
Like what?

JERRY MATTHIESSEN
Like talking about things, and reading, and looking around out your window
here and seeing what's going on... and caring. You're the best at caring
-Mr. Fritters will tell you that.  When you grow up... you're gonna be twice
the person I am.  You understand?

Jerry rubs his son's face again and takes his hand.

JERRY MATTHIESSEN
You understand?

JACOB
I understand.

Jerry taps on Jacob's chest lightly.

JERRY MATTHIESSEN
'Cause you have more in here... You have more in here...

Jerry stands and walks to the door and turns out the light.

JERRY MATTHIESSEN
Good night, baby.

JACOB
Night, Dad.

INT. JERRY GRAINER'S LIVING-ROOM -- CONTINUOUS

Jerry walks out of his son's room and into his living-room.  His wife, Laura
sits reading a book listening to a radio broadcast. Jerry breathes deeply,
as if stressed, rubs his forehead and sits down.

RADIO BROADCAST:
And today experts announced that the world population topped the 21 billion
mark. With 65 percent of them living in poverty, primarily in the unsecured
zones...

ARLO
Great leaders don't kill thousands of people each week for transplant organs
for the rich. They don't dump thousands of prisoners into space each week,
then use computer imaging to fool their families to believe they're still
alive.

PRES. PETER DREXLER
All part of our population control strategy. Overpopulation in the zones is
the root problem.

ARLO
The zones had stable populations -until YOU zoned your poorest regions
'unsecured'.

Peter shrugs indifferently.

PRES. PETER DREXLER
An effective business eliminates inefficiency... I've had to make hard
choices, Arlo! The greater good requires sacrifice. Remember, the ruin of
America wasn't my doing. It was the doing of the people. They gave their
vote to any devil who promised tax cuts -until there was no money left -for
even their army. The people would race themselves to extinction without
government to save them. And good government costs money!!... The Unified
World Nation is on the rise, Arlo. We have more billionaires than ever, no
national enemies, and zero population growth... Tell me, why are you so
loyal to a government that did so little for you?

Arlo pauses, reflectively.

ARLO
As bad as things got, in America, there was always hope.  Your government is
hopeless.

PRES. PETER DREXLER
Hopeless! Your whole war is hopeless!
(yelling)
Do you know why?!
(collecting himself)
Because I own the minds of your youth. I've seen to it that they have plenty
of cheap headphones, T.V./phones, and plenty of mindless programs and video
games to amuse them. All to distract them from their own suffering -keeping
them too stimulated to worry about injustice. Too stimulated to read -or be
inspired to fight. I keep them safe from the knowledge of their own
destruction. It's hard work creating heaven on Earth, Arlo... For now,
Uberopolis is MY nation's paradise. Our City Of Light. A reminder of what
we'll be when your kind is gone and we reclaim our Earth.

Arlo raises his head, his nose is now bleeding, and nods.

ARLO
I get headaches sometimes.

DAVID
Ice picks.

Arlo nods again.

CUT TO:

INT. UBEROPOLIS WORK ZONE -MODULAR WORK BARRACKS -- LATER

At the end of the work day, Arlo and a group of about 100 other prison
workers in his work party -all wearing orange work suits- enter a large
modular barrack. Arlo walks into a break area and drinks down a glass of
water. A man in a gray jump suit (the prison work warden) approaches Arlo.

ARLO
Excuse me, Warden!  I haven't called home in a month. Can I get a call card
to tell my wife about my court date?

WARDEN ARNOLD
Sure.

The warden reaches into his pocket and gives Arlo a a credit card sized
card.

ARLO
Thanks.

WARDEN ARNOLD
Sure thing.

Warden Arnold walks away.  Arlo pours another glass of water and walks into
his cell-room.

INT. ARLO'S CELL-ROOM -- MOMENTS LATER

Arlo's room-mate, Mick, is in the barrack room too, on the top bunk watching
TV. Arlo and Mick nod politely at each other as Arlo proceeds to change his
clothes in the small room.  As he does, he listen's to a broadcast on Mick's
TV.

MALE BROADCASTER'S VOICE ON TV

Howard opens the donut box, removes a donut and takes a bite, while Jerry replies.

JERRY MATTHIESSEN
Same stuff.  Son sick. Marital problems. Job sucking my soul dry.

HOWARD MANN
It's too early to whine, Jerry... ...You have the coolest job in the Unified nation. Semi-famous government watchdog -nuclear family. I'm an assistant investigator -a 38 year old, single parent, whose partner just left him for some 22 year old tart.  I can't buy a date and I whine less than you.

JERRY MATTHIESSEN
Being honest isn't whining, How. Sue we have great titles, but we're government watchdogs who are employed by the government. You see the conflict? Our assignments change whenever we get close to something significant -or the state buries our report in the e-press, cause: If it's not on TV, people don't care... Years of law school for this?

HOWARD MANN
There's always the private sector.

JERRY MATTHIESSEN
I have a sick kid. I need a regular check and benefits.

HOWARD MANN
My landlord got a preventative lung transplant on Sky Town and now she feels even better. Maybe Jake needs a lung...

JERRY MATTHIESSEN
The rich running to Uberopolis to avoid our preventative laws, has driven organ prices so high insurers won't cover transplants.

With no words of consolation, Howard pauses, then changes the subject.

HOWARD MANN
So, Arlo Grainer was arrested -ALIVE.

The monitor shows a flurry of media attention concerning Arlo Grainer. In the poor sectors of the unified nation, people are shown rioting and throwing rocks and bottles at military forces, waving signs reading "FREE ARLO NOW".

JERRY MATTHIESSEN
I know.

Besides the great malls and beautiful casinos, one of the little known
reasons the rich and famous go to Uberopolis is to visit President Peter
Drexler's world famous organ transplant center. Donor organs are shipped
there daily from around the globe -as getting elective organ transplants has
become the rage among the rich, sheik, executive set.

Arlo takes a concerned look at Mick.

ARLO
Why are you still in bed?

MICK
(In a weak-ish voice)
I think I'm sick. I'm waiting for an escort to take me to the medical
center.  I'm kinda worried though.

ARLO
Why?

MICK
I know a few of dudes who went over there for little problems and they never
came back. They sent 'em home.  Replaced 'em with some healthy workers I
don't wanna go home. The clean air  here is good for me.

ARLO
I wouldn't worry.

Arlo picks up the phone, slides his card in the card reader, and dials.  The
phone rings.  His wife answers, her image pops up on the telephone video
screen.

RIANNA / PHONE
Hello.

ARLO
Hey.

RIANNA / PHONE
Arlo, are you OK?

ARLO
I'm fine.  How 'bout you and the kids?

RIANNA / PHONE
I'm great. Franny and John Carl are great too.  We're back in New York, to
be close to Mom.

The woman politely smiles and shrugs, as if to say "I don't know" and
replies::

WOMAN #2
I'm just here for a quick liver transplant.  Sorry.

Jerry nods with understanding as the woman walks away. Jerry spots a police
officer rushing toward him (responding to the chaos Arlo has created
downtown). Jerry pulls out his badge and paper work.

JERRY MATTHIESSEN
Hey.  Wait up.

The cop slows and stops.

JERRY MATTHIESSEN
What's going on?

POLICE OFFICER #2
We have a prisoner on the loose.

JERRY MATTHIESSEN
That's who I'm here for. Where can I get a rental sky-car around here.

POLICE OFFICER #2
(pointing)
You can get a courtesy-coach in front of the shuttle-port, or get a mid-size
midtown. But you oughta go to the police substation and get a sky-ranger or
sky-cycle.

JERRY MATTHIESSEN
Does it matter?

POLICE OFFICER #2
(nodding "yes")
The civilian vehicles can't go more than twenty feet off the street -they're
connected to the electromagnetic floor grid.  The cop vehicles can
free-range at any-level.

JERRY MATTHIESSEN
Thanks. Tell me something.  Why do you have all these cameras around here?

POLICE OFFICER #2
We have a lot of celebrities up here and Mr. Drexler wants his stations  to
catch all of their action -all the time.  It's good for business. I gotta



## Seeking representation vs Sony Pictures, Tristar...

**Steve Wilson Briggs** <snc.steve@gmail.com>
To: dkinsella@kwikalaw.com

Mon, Jun 3, 2013 at 6:35 PM

Dear Kinsella,

My name is Steve Wilson Briggs, the writer/producer/director of the feature film The Amazing Mr. Excellent, filmmaker and writer of several other developmental scripts. Recently I discovered that one of scripts (written in 2004-2005, registered wga-w # 1103287) was stolen, wholesale (changing only dialogue and peripheral content), and produced into a major motion picture, projected **to be released August 2013, by Sony and TriStar Pictures**. There are no differences in plot, setting or structure.

The synopsis/logline to my script, titled "Uberopolis: City of Light" and/or "Butterfly Driver" reads:

*To get medicine to save his daughter, a fugitive has seven days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the <u>beautiful space satellite city -and home of the ultra-rich, Uberopolis</u>. Because the fugitive has secret information about the villainous owner of Uberopolis, he is tracked by a relentless special investigator.*

The synopsis/logline to my stolen script (now called "Elysium" by Sony, TriStar) reads almost identically:

*To get medicine to save himself, a fugitive has five days to travel across the impoverished, crime-ridden ruins and wastelands of Earth to find transport to the <u>beautiful space satellite city -and home of the ultra-rich, Elysium.</u> Because the fugitive has secret information about the villainous administrator of Uberopolis, he is tracked by a relentless tracker.*

The plagiarizers even kept my underlying themes of the indignity of immigration, healthcare themes, and my treatment of genetic reprogramming for the rich on Uberopolis/Elysium. They also took my post apocalyptic vision of the war-torn overpopulated, brutal, police-state wasteland of planet Earth, where corporations capitalize on cheap labor by manufacturing in the ruins. Additionally they took my vision of futuristic hover-cars, trucks and cycles flying above these ruins –and on Uberopolis/Elysium.

From 2005-2007 I marketed my script, heavily, online and through conventional mail. Among other places I posted my script on Inktip.com (connecting 50,000 users with thousands of industry professionals), Kevin Spacey's Triggerstreet.com (also serving thousands of members and industry professionals). I also posted my loglines and synopses on countless screenwriting websites, and sent it to many agents and producers, as well as entering the script into several screenplay competitions. I've kept most of those exchanges and verifications.

In addition to the script and my WGA registration, I have a bounty of verification of my efforts to sell my script from 2005 to almost 2008. I DID attract some interests before I decided not to sell the script; choosing to keep it to produce myself -after I garnered a reputation producing and directing a few less ambitious projects.

That said, I am contacting you to see if you might be willing to represent me in suits against Sony, TriStar, Simon Kinberg, Media Rights Capital, QED International and Neill Blomkamp. The movie will be released in just over two months. I know time is critical. I am hoping to find an attorney who is willing to represent me on contingency, because I have no disposable income. I am also hoping to find an attorney who might consider NOT settling and going to trial, if necessary, as I convinced the entire movie is my intellectual property. Thus, in addition to monetary compensation, it's important to me to reclaim creative credit and licensing rights of my intellectual property –which means a reasonable share of profits and licensing. Because of the exciting landscape that I designed, Sony (owner of Playstation) will likely make more from video-gaming from this movie than they will make from the actual movie itself.

## Why Jodie Foster Is Sworn to Secrecy

By Julie Michaels March 13, 2013 ( http://wjltevansville.com/why-jodie-foster-is-sworn-to-secrecy/ )

At a Comic-Con: International press conference in San Diego, Academy Award winning actress, Jodie Foster revealed she has been sworn to secrecy.  Her one and only secretive  movie is the new movie "Elysium," an upcoming American sci-fi thriller, written and directed by Neill Blomkamp. Foster plays "Secretary Delacourt," a government official on a pristine man-made space station called "Elysium." In rare publicity photos from the movie, Jodie is seen sporting a very short, sassy blonde do.

Geektyrant.com describes Elysium as a "ring-shaped world created and inhabited by the rich that orbits the Earth; a paradise where any sickness can apparently be healed and on which only people who reach a certain income level can afford to step foot."  Anti-immigration laws are in place on Elysium to preserve their citizens' luxurious lifestyle.

## Jodie Foster Talks ELYSIUM

by Christina Radish   ( http://collider.com/jodie-foster-elysium-2/ )

At the press day for the independent drama The Beaver, directed by Jodie Foster, Collider was able to briefly talk to the multi-talented artist about her upcoming role in Neill Blomkamp's next sci-fi alien film, the highly anticipated Elysium, which is starring Matt Damon, Sharlto Copley and William Fichtner. While we'll run the portion of the interview about The Beaver closer to that film's May 6th release date, we wanted to post the little bits she did hint at, as the film has been so closely guarded, having only revealed previously that it will involve a battle between an alien race and the human race. Check out what she had to say after the jump. You can catch up on all of our Elysium coverage here.

jodie-foster-imageQuestion: The L.A. Times quoted you this week as saying that you would be playing "the head of an alien planet" in Neill Blomkamp's next film, Elysium. Would you say that's an accurate description of the role?

JODIE FOSTER: Yes. I hope I'm allowed to say that. I think I'm allowed to say that. That's pretty vague.

Is there anything else you can say about the film?

FOSTER: Those sci-fi movies are all really hush-hush. I don't even own a screenplay. They won't even give me a screenplay. I've read it, but they won't give me one to physically keep in my home 'cause they're so worried about everybody.

What was it about that project that appealed to you and made you want to get involved? Did you just want to work with Neill Blomkamp?

FOSTER: Yes, definitely. He did District 9, which I think is as close to a perfect movie as you can get. It's just an extraordinary film. And, this film has a lot of that social commentary in it, but uses sci-fi to get there. It's great.

THE SHOPS

News, Quotes, Companies, Videos     SEARCH

Log In

MARKETS & FINANCE

ONLY $1 A WEEK FOR 12 WEEKS
SUBSCRIBE NOW >>

for a limited time

 **MONEYBEAT**

 MARKETS
Morning
MoneyBeat: How to
Play the Fed? Look
to the Smart Money

 MARKETS
Bubble in U.S.
Stocks? Think Again

MARKETS     DEALS     BANKS     PRIVATE EQUITY     HEDGE FUNDS     BANKRUPTCY

HOT TOPICS:   DELL BUYOUT   MICROSOFT-NOKIA   VERIZON WIRELESS        SELECT A REGION: GLOBAL

8:11 pm
Jun 17, 2013        DEALS

# Loeb's Letter: Sony Entertainment Lacks Discipline, Accountability

| ARTICLE | COMMENTS (1) |

DAN LOEB     SONY     THIRD POINT

Email     Print

By STEPHEN GROCER

Daniel Loeb is ratcheting up a campaign to convince Sony 6758.TO -1.06% to launch an initial public offering of its entertainment division.

Loeb has boosted its stake in Sony and Tuesday morning his hedge fund hand-delivered a letter from him to Sony Chief Executive Kazuo Hirai that reiterates the investor's argument that Sony should sell a 15% to 20% stake in its entertainment arm.

Here is the letter:

\* \* \*

Mr. Kazuo Hirai
President and CEO
Sony Corporation
7-1, Konan 1-Chome, Minato-ku,
Tokyo 108-0075 Japan

Dear Mr. Hirai:

Sony Corporation ("Sony" or "the Company") appears to be regaining its competitive edge. Recent highlights include the debut of PlayStation 4 with its consumer-friendly approach to next-generation gaming and Xperia, which recently overtook Apple as the #1 smartphone in Japan. We expect the upcoming Xperia Z Ultra to generate similar success in Europe and were pleased to see Vodafone VOD.LN +0.37% 's CEO using an Xperia Z in a recent meeting.

As a sign of our increased confidence in the Company's direction under your leadership, funds managed by Third Point LLC ("Third Point") have increased their stake in Sony to 70 million shares valued at ¥136.5 billion ($1.4 billion), held via 46 million shares of ordinary stock valued at ¥89.7 billion ($944 million) and economic exposure to 24 million shares valued at ¥46.8 billion ($492 million) through cash-settled swaps. Given our large stake, we reiterate our offer to serve on Sony's Board of Directors.

Another sign of progress is the news that the Company has retained financial advisors to help evaluate our proposal to publicly list a minority stake in Sony Entertainment ("Entertainment") through a rights offering backstopped by Third Point. We remain convinced that the proposed transaction will strengthen the Company as a whole. The newly-listed entity will thrive with a governance structure which focuses on increasing profitability, competitiveness and accountability. We expect that this transaction will strengthen rather than diminish Sony's ability to exploit meaningful synergies between

## PREVIOUS
Morning MoneyBeat
Asia: Like, Chill Out

## NEXT
REITs in Hong Kong,
Singapore Lose Their
Allure

SEARCH MONEYBEAT     GO

### Popular Now                    What's This?

**1**  First-Year Law School
Enrollment At 1977
Levels



**2**  A Full-Featured, $38 Tablet Is Coming to the
U.S.

Case 4:13-cv-04679-PJH   Document 59-4   Filed 07/18/14   Page 48 of 48

the Entertainment and Electronics divisions, a goal we share.

Our proposal is a simple one: it contemplates a *semi*-independent governance structure. We believe that you, Mr. Hirai, should serve as Chairman of both Boards, to promote synergies between Entertainment and Sony Corporation. Entertainment's dedicated Board should be composed of diverse individuals with deep knowledge of media, entertainment and digital technology, who value creative talent and can institute best practices of governance. Today, Entertainment is a sleeping giant — a multi-platform content business with a global footprint, encompassing leading film and television production, cable networks and music interests. An incredible opportunity exists to integrate Entertainment's components to create a dominant creative platform for today's artist-entrepreneurs – *but the right leadership at the Board level is imperative.*

An independent Entertainment Board will go a step further: holding management accountable by establishing goals for growth while setting compensation tied to value creation using stock and options. It can also help determine important capital allocation decisions, ensuring that Entertainment's robust cash flow is used efficiently. A capital shortfall has prevented Sony from taking advantage of attractive acquisition opportunities; instead, the Company has resorted to joint ventures and costly loans to engage in strategic transactions like those in music publishing (i.e. EMI). Our research has confirmed media reports depicting Entertainment as lacking the discipline and accountability that exist at many of its competitors. In light of this track record, it seems difficult to argue that Entertainment would not be strengthened by the transparency that comes with public reporting, an active media analyst community evaluating financial performance regularly, and an expert Board with strongly aligned incentives.

We understand past Sony management teams have considered a complete spin-off of Entertainment, but concluded that the potential for synergies outweighed the obvious value that would result. We respectfully disagree with any suggestion that listing a minority stake in the Entertainment division would curtail opportunities for cooperation. While we trust management's judgment that this theoretical opportunity is ripe, it remains an unfulfilled aspiration twenty-four years after the acquisition of Columbia Pictures. Shareholders should not have to wait any longer. We support efforts to create an integrated Sony ecosystem but must not forget that today the Company's most valuable untapped synergies lie within Entertainment itself.

While the transaction we have proposed is not a panacea, it will provide a necessary organizational apparatus to streamline an overly cumbersome corporate structure and allow each company to *focus* on its strengths without sacrificing potential alliances. We encourage management and the newly-appointed Board members to maintain the brisk pace of change you have recommended. Indeed, Sony has an opportunity to serve as a shining example of how structural reforms, the "Third Arrow" of Prime Minister Abe's economic plan, can be implemented successfully through constructive shareholder engagement.

Although we have not yet been asked to discuss our ideas with the Company's investment bankers or Board, we would like to do so promptly. We hope that after seriously considering the merits of our proposal, Sony's Board will share the enthusiasm that other shareholders have resoundingly expressed for it. We can think of no better opportunity for you and the Board to demonstrate real commitment to your declaration that "Sony Must Change."

Sincerely,

Daniel S. Loeb
Chief Executive Officer

DAN LOEB    SONY    THIRD POINT

PREVIOUS
Morning MoneyBeat Asia: Like, Chill Out

NEXT
REITS in Hong Kong, Singapore Lose Their Allure

MONEYBEAT HOME PAGE

  Email    Print

## Don't Miss

[?]



**Charles Schwab: Biggest Mistake Investors Make**



**Intermittent Fasting: Better for the Waistline and Brain**

---



**3**   First-Year Law School Enrollment Lowest Since 1977



**4**   The 1% Secret to Getting Richer



**5**   'The Voice' Finale: Who Will Win?



| Show 5 More |
| --- |

## The MoneyBeat Team


Stephen Grocer
Editor


Phillipa Leighton-Jones
European Editor


Paul Vigna
Reporter
New York


Steven Russolillo
Reporter
New York


David Benoit
Reporter
New York


Isabella Steger
Reporter
Hong Kong


Gillian Tan
Reporter
Sydney


David Cottle
Reporter
London

## MoneyBeat Columnists


Ronald Barusch
Dealpolitik


Francesco Guerrera
Current Account


David Weidner
Writing on the Wall


Jason Zweig
The Intelligent Investor


Michael J. Casey
Horizons


Spencer Jakab
Ahead of the Tape


Simon Nixon


E.S. Browning

