Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

|  |  |
|---|---|
| STEVE WILSON BRIGGS<br><br>         Plaintiff<br><br>         vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP (AKA MEDIA RIGHTS CAPITAL, & MRC), and QED INTERNATIONAL<br><br>         Defendants | Case No.:  CV  13-4679  PJH<br><br>**NOTICE OF WITHDRAWAL OF MOTION CAPTIONED:**<br>**"AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT"** |

NOTICE OF WITHDRAWAL OF "PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL…"

1   This notice respectfully requests that the Court withdraw the Plaintiff's motion filing,

2   Captioned: **"AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A**

3   **SECOND AMENDED COMPLAINT".**

4   The Plaintiff makes this request after learning the actual SAC was not attached to the motion;

5   rather, a second motion (with the SAC's file name) was attached. The Plaintiff intends to re-file the motion for

6   leave after the existing motion is withdrawn Thank you for your trouble.

7   Dated: July 18th , 2014

Respectfully,  /s/  Steve Wilson Briggs

Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way, San Mateo, CA 94402
Telephone: (510) 200 3763,
Email: snc.steve@gmail.com

---

NOTICE OF WITHDRAWAL OF "PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL…"