kjSteve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| **STEVE WILSON BRIGGS** | ) Case No.: CV 13-4679 PJH |
| | ) |
| **Plaintiff** | ) **SECOND AMENDED COMPLAINT** |
| | ) **FOR:** |
| **vs.** | )   **1) COPYRIGHT INFRINGEMENT** |
| | )   **2) CONTRIBUTORY COPYRIGHT** |
| **NEILL BOMKAMP,** | )      **INFRINGEMENT** |
| | )   **3) VICARIOUS COPYRIGHT** |
| **SONY PICTURES ENT., INC.,** | )      **INFRINGEMENT** |
| | ) |
| **TRISTAR PICTURES, INC.,** | ) |
| | ) |
| **QED INTERNATIONAL,** | ) |
| | ) |
| **MEDIA RIGHTS CAPITAL II, L.P.,** | ) |
| | ) |
| **MRC II DISTRIBUTION COMPANY,** | ) |
| | ) |
| **MRC II HOLDINGS, L.P.,** | ) |
| | ) |
| **MRC II SUB GP, LLC** | ) |
| | ) |
| **OAKTREE ENTERTAINMENT, INC.,** | ) |
| | ) |
| **ASGARI, INC.,** | ) |
| | ) |
| **SABLE PRODUCTIONS, LTD.,** | ) |
| | ) |
| **MORDECAI WICZYK,** | ) |
| | ) |
| **ASIF SATCHU** | ) |
| | ) |
| **SIMON KINBERG** | ) |
| | ) |
| **Defendants** | ) |

1.    Pursuant to 17 U.S.C. § 101, et seq, this is an action for copyright infringement of the Plaintiff's copyright protected screenplay "Butterfly Driver" **[see Exhibit A]** (originally "Uberopolis: City of Light") written in 2005; W.G.A. reg. #1103287, 2005; U.S. Copyright Office reg. certificate # PAu 3-683-232, June 21st, 2013. **[Exhibit C].** The Defendants' infringing screenplay **[Exhibit B],** and film, "Elysium", grossly infringe on the Plaintiff's work, including infringing upon the HEART OF HIS STORY, his plot, characters, settings, conflict, catalyst, crisis, climax-twist, themes (immigration, healthcare...), hero's "affliction", "keepsake necklace", and much more.

2.    In this Second Amended Complaint (**SAC**) the Plaintiff will show: 1) "Elysium" bears Substantial Similarity to his work; 2) the Defendants had access to his work. The Defendants' infringement is marked by staggering similarities to the Plaintiff's work, beyond reason and probability, and further confirmed by: 1) obvious attempts to give the appearance of dissimilarity; 2) the Plaintiff's idiosyncrasies present in the Defendants' work, AND; 3) the Plaintiff's uniqueness, intricacy and complexity emulated in the Defendants' work.

3.    The extent of the infringement in this matter may be the most brazen and severe in major motion-picture history. If the infringement is allowed, this case will establish a new precedent, and become the map and model for the raiding of American creativity,

## <u>JURISDICTION</u>

4.    **Jurisdiction.** This court has subject matter jurisdiction over this complaint pursuant to 28 U.S.C. **§§** 1331 & 1338(a), as this action is for copyright infringement arising under the copyright laws **of** the United States, and pursuant to 28 U.S.C. 1332(a)(2) as, upon information, Defendant, Neill BlomKamp, is believed to be a citizen of Canada and South Africa.

5.    **Venue.** Venue is proper, and this court has personal jurisdiction, pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to this complaint occurred in this district. It is also the proper venue pursuant to 28 U.S.C. § 1391(d) by virtue of Defendant's business transactions with this district; and under 326 US 310, as all Defendants meet minimum contact rule.

6.    **Intradistrict Assignment.** San Francisco is the proper division assignment as a substantial part of the events and omissions giving rise to this lawsuit occurred in this district.

## <u>THE PARTIES</u>

**7.** **The Plaintiff,** STEVE WILSON BRIGGS, is a resident of San Mateo, California. He is the writer, producer and director of the independent feature film "The Amazing Mr. Excellent", father, musician and a teacher's aide at Sequoia High School in Redwood City, California.

**8.** **Defendant,** NEILL BLOMKAMP is a resident of Vancouver, Canada. He is credited with writing, directing and co-producing the screenplay in question, "Elysium".

**9.** **Defendant,** SONY PICTURES ENT., INC., is a subsidiary of Sony. Upon information, provided aid to produce Elysium; Located at 10202 West Washington Blvd., Culver City, California.

**10.** **Defendant,** TRISTAR PICTURES, INC., is a film production/distribution studio (a property of Sony Pictures), and the distributor of "Elysium; located in Culver City California.

**11.** **Defendant,** MEDIA RIGHTS CAPITAL II, L.P., is credited with financing and producing "Elysium"; located at 9665 Wilshire Blvd, 2nd Floor, Beverly Hills, CA 90212.

**12**. **Defendant,** QED INTERNATIONAL is a film production and financing company, credited with producing Elysium; located at1800 N Highland Ave, 5th Flr., L.A., CA 90028.

**13.** **Defendant,** MRC II DISTRIBUTION COMPANY, is a subsidiary of Media Right Capital II LP, and purported by MRC II LP, to have produced and financed Elysium; purportedly located at 1800 Century Park East, 10th Floor, Los Angeles, CA 90067; but, this address is believed to be defunct.

**14.** **Defendant,** MRC II HOLDINGS, L.P. is a business entity, somehow related to MRC II, L.P., who signed a "directing deal" with Neill Blomkamp; located, purportedly, at 1800 Century Park East,10th Floor, Los Angeles, CA 90067; however, this address is believed defunct.

**15**. **Defendant, MRC II SUB GP, LLC** is, on information and belief, the "Principal" or Parent of MRC II, L.P., and MRC II Holdings; located, purportedly, at: 1800 Century Park East,10th Floor, Los Angeles, CA 90067; however, this address is believed to be defunct.

**16.** **Defendant,** OAKTREE ENTERTAINMENT, INC., is an entity, somehow related to MRC II, L.P., who entered a writing agreement with Neill Blomkamp's loan-out company Sable Productions, Ltd.; located, purportedly, at 1800 Century Park East,10th Floor, Los Angeles, CA 90067; however, this address is believed to be defunct.

**17.** **Defendant,** ASGARI, INC., is an entity, somehow related to MRC II, L.P., who participated in The production of Elysiun, and entered into one or more agreements related to the production of

Elysium; located, purportedly, at 119 Spadina Avenue, Suite 400 Toronto, CANADA

**18. Defendant,** SABLE PRODUCTIONS, LTD., is Neill Blomkamp's loan-out company, which entered into a writing contract related to Elysium, with Oaktree Ent. Ltd.; No known location.

**19. Defendant,** MORDECAI WICZYK, is a Co-Founder and Co-CEO of Media Rights Capital II, L.P., and assumedly the other MRC entities; his principal place of business is located at 9665 Wilshire Blvd, 2nd Floor, Beverly Hills, CA 90212.

**20. Defendant,** ASIF SATCHU, is a Co-Founder and Co-CEO of Media Rights Capital II, L.P., and assumedly the other MRC entities; his principal place of business is located at 9665 Wilshire Blvd, 2nd Floor, Beverly Hills, CA 90212.

**21. Defendant,** SIMON KINBERG, is the "Producer" of the film Elysium; his representative is located at 1925 Century Park East 22nd Fl Los Angeles, CA; believed to be a citizen of England.

## BACKGROUND

**22.** In May 2005, the Plaintiff completed the first draft of his screenplay "Uberopolis: City of light", emailing it to family and friends. **[See Exhibit D** (the first 3 pages of 113**].**

**23.** December 16th, 2005, the Plaintiff registered a revised version of "Uberopolis: City of Light" with the Writer's Guild of America (West); registration ID #: 1103287. **[See Exhibit E]**

**24.** January 16, 2006, the Plaintiff emailed a copy of his latest script to himself**. [Exhibit F, first few pages of a 120 page email].**

**25.** In January, 2006, the Plaintiff began a 23 month campaign to market his script. During this campaign, the Plaintiff sent dozens of query letters and emails to literary agents, and film companies. **[See Exhibit G** -a few of many letters and emails]. The Plaintiff posted loglines (very short synopses) on screenwriter websites; entered events like the Philadelphia Logline Festival **[See Exhibit H]**; entered private script competitions, like the 2006 Slamdance Screenplay Competition **[See Exhibit I];** posted loglines and synopses on Inktip.com –a private, secured screenwriter to industry professional website (with strict "Terms Of Use").**[See Exhibit J]**.

**26.** After revising, again (approx. January 2007) the Plaintiff renamed his script "Butterfly Driver".

**27.** February, 2007, the Plaintiff posted the entire draft of the script "Butterfly Driver" on Kevin Spacey's and Dana Brunetti's filmmaker-screenwriter website, "Trigger Street" (triggerstreet.com)

–named one of the Time Magazine's "50 Best Websites of 2004"; designed to link filmmakers and screenwriters with industry professionals, by allowing members to post screenplays, short films (10 minutes or less), and short stories to get feedback from peers and professionals. [**See Exhibit K**]

28.   Trigger Street had approximately 50,000 <u>active</u> members in 2007. With this large Membership –and Trigger Streets popularity as one of Time Magazine's "50 Best Websites"–it is safe to  assert that there was widespread access to the Plaintiff's script on triggerstreet.com.

29.    From May 2005 to August 2007 Plaintiff estimates he printed 15-20 various "versions" of *Uberopolis* and its later title, **Butterfly Driver**; keeping most of them himself, but giving a few to friends and family, to get feedback. Of those various versions only six (6) versions survive; four versions of *Uberopolis*, and the two version of Butterfly Driver –including the current, "final" version posted to TriggerStreet.com.

30.    Time Magazine described Triggerstreet.com as: "<u>A place for aspiring filmmakers and screenwriters to get feedback on their work and, possibly, some exposure within the industry</u>." A very accurate description as this is the very reason the Plaintiff, like tens of thousands of other writers and short filmmakers used the site.

31.    In 2011 the site was re-named "Trigger Street Labs" and moved to "labs.triggerstreet.com", allowing Spacey and Brunetti to use "triggerstreet.com" exclusively for their production company. But in 2007, when the Plaintiff's work was posted, there was one site: triggerstreet.com, known as "Trigger Street".

32.    Trigger Street (now Trigger Street Labs) is a private site. Anyone can become a member, free (anonymously, if they wish), by agreeing to "Terms of Use" (not to use, copy or share other members' expressions, ideas, work, etc.), then access thousands of screenplays and short films.

33.    In 2012, the Ninth Circuit Court of Appeals established in L.A. Printex Indus. Inc. v Aeropostale, Inc., that, under the widespread dissemination theory of **access**, factors such as marketing efforts, availability (mail, radio, TV, internet), the length of time the work was disseminated,  <u>and whether the respective parties were in the same market</u> can help determine a finding of "access".

34.    In 2007, like today, the majority of Trigger Street members were **<u>short filmmakers</u>** and screenwriters.

35.   In 2007, Defendant, Neill Blomkamp was a **short filmmaker**, with only a few short films to his credit. Blomkamp wouldn't begin his first feature length film for another year.

36.   Defendant, MRC, was a struggling new film company with but 1 credit for 2007, "Couples", filmed for only $2,500.

36.   Trigger Street is the ONLY place the Plaintiff  ever posted a complete script of Butterfly Driver -and the only place he released a version of the script with the new "inciting incident", the "keepsake necklace", and  his hero's secret "character affliction".

37.  TriggerStreet.com is where the Defendants had access to the Plaintiff's script.

38.  From late February to August of 2007, the Plaintiff posted "Butterfly Driver" on TriggerStreet.com about 4 or 5 times.

39.   During his time on TriggerStreet.com the Plaintiff communicated with Trigger Street members, Thomas Gilman, Jason Beck**,** and Bob Thielke **[Exhibits L, M, N]**, whose input helped improve his script. Thomas Gilman was particularly helpful in identifying that the Plaintiff was using long paragraphs  –against modern screenwriting conventions of fast, snappy prose. **[Exhibit O].** Mr. Gilman urged the Plaintiff to read David Trottier's "Screenwriter's Bible". **[Exhibit P  bottom page].**

40.  The Plaintiff took Mr. Gilman's advice, then spent weeks revising Butterfly Driver.

41.   Late July or early August, 2007, the Plaintiff posted to Trigger Steet the final revision of "Butterfly Driver", for a short while**.** During this time, his script received more downloads than usual. A person identifying himself as a writer or producer for the TV series "The Wire" or "Homicide: Life On The Streets" contacted the plaintiff, through the site's message board, to compliment the script. A young director (whose name escapes the Plaintiff) also praised the script through the message board. The Plaintiff believes this director MAY have been Defendant, Neill Blomkamp. Although Blomkamp, or any associate, may have accessed the Plaintiff's work, without a word.

42.   NOTE: in recent months (April 2014) Plaintiff contacted Trigger Street to try to get their records of these interactions **[See Exhibit Q]**. Trigger Street responded, explaining that when the Plaintiff removed his listing those internal communications were erased **[See Exhibit R].**

43.   In December, 2007, or January 2008, now intent to produce his own movies, the Plaintiff stopped marketing his script; Butterfly Driver, intent to film it himself, someday.

44.    January 2008, The Plaintiff began production of his film "The Amazing Mr. Excellent".

45.    December 22nd, 2008, in the last few lines of an email to his friend, and professional cinematographer, Nigel Ellis, the Plaintiff discusses his plans to film the movie "Butterfly Driver" one day, and the Plaintiff calls the film his 'magnum opus'. **[See Exhibit S]**

46.    In 2009, the Plaintiff filmed an investment trailer for his screenplay "Sunflowers".

47.    In 2010, The Amazing Mr. Excellent won "Best Of Fest" at the Temecula Valley International Film Festival; and was singled out at the 2011 Oakland International Film Festival.

48.    In the spring of 2012, the Plaintiff wrote and filmed an anti-bullying short film, "The Space Nerd", with students of Sequoia High School, San Mateo, CA (viewable online).

49.    In 2012, the Plaintiff  filmed investment trailers for two of his new scripts, "Sweeter Nectar Cherries" and "Alfy and Darry" (both viewable online, A&D script unfinished). He also produced two infomercials for "Sweeter Nectar Cherries", and ran a Kickstarter.com financing campaign for the film (which failed), and opened the film's website: sweeternectarcherries.com.

50.    On May 27th, 2013, the Plaintiff went to see a movie with friend, Sequoia High School teacher, Cameron Farris. Before the feature, the theater previewed a trailer for the film "Elysium", featuring a plot, characters, settings seemingly misappropriated from Butterfly Driver.

51.    Later that evening, the Plaintiff read about Elysium online, at Wikipedia.com; and discovered Elysium's story structure closely conformed to his script.

52.    June 13th, 2013, the Plaintiff found and downloaded the Defendants' screenplay, "Elysium" (possibly an unauthorized posting), at the web address: http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . **[See Exhibit B]**

53.    The text of the script conforms to the film, Elysium.

54.    On May 28th, 2013, Plaintiff began contacting attorneys for representation, including Defense counsel: Kinsella, Weitzman, Iser, Kump, and Aldisert, LLP, on June 3rd, 2013.

55.    October 8th, 2013, the Plaintiff filed his original Complaint in this matter.

56.    December 21st, after observing what he considered to be questionable conduct by one or more of the Defendants, the Plaintiff filed his (first) Amended Complaint.

57.    During the discovery process, April through June 2014, evidence emerged that Defendant

Media Rights Capital II, L.P. signed agreements related to the production of Elysium using subsidiary companies as well as "affiliates" and other MRC "entities". These other MRC "entities" and "affiliates" have been added as Defendant parties to in this SAC –as well **as** MRC's Co-chairmen and **Co-**CEOs Mordecai Wiczyk, and Asif Satchu. The newly added MRC "entities" are: MRC II Holdings, L.P., Oaktree Entertainment, Inc., Asgari, Inc., MRC II SUB GP, LLC, and MRC II Distribution Company.

58.   During Discovery Defendant Neill Blomkamp admitted that his loan-out company, Sable Productions, Ltd., entered a writing agreement with Oaktree Entertainment, Inc., an MRC "entity" or affiliate. The infringement of the Plaintiff's work began with Defendant Blomkamp's composition of his infringing screenplay (with the intent to profit from this activity), thus the loan-out company, Sable Productions, Ltd., has been added as a Defendant party to this suit in this SAC.

59.   During Discovery evidence emerged that Elysium's (the film) producer, Simon Kinberg, contributed to the writing of the screenplay "Elysium". Mr. Kinberg is also a successful screenwriter and script-doctor (a person who helps problematic screenplays). Thus he has been added to this SAC as a Defendant.

60.    July, 2014, to clarify events, add charges, expand extrinsic infringement analysis, and add parties based upon Discovery revelations, the Plaintiff requested permission to file this SAC.

**NOTE:**

61.   The Plaintiff's screenplay is a highly original work; a product of intense thought and imagination –not fact based, historical, non-fiction work. Thus, deserving the Court's thickest protection. **Harper & Row v. Nation Enterprises, 471 U.S. 539, (1985),** established that

  1)     highly original works are afforded the Court's **thickest protection**.

  2)     The heart (or essence) of a subject or story is deserving of special protection

INFRINGEMENT:

62.   Copyright infringement is determined by a simple, logical formula:

substantial similarity + access = infringement.

ACCESS:

63.   "Access" is "reasonable opportunity"  –it is not a smoking gun, with a handy fingerprint.

64.   The current orders from US 9th Cir. Manual of Modern Civil Jury Instructions 17.16 explains:

"You may find that the defendant had access to the plaintiff's work if [[the defendant] [whoever created the work owned by the defendant]] had a reasonable opportunity to [view] [read] [hear] [copy] the plaintiff's work before the defendant's work was created."

65.   The Manual explains the three methods of showing "reasonable opportunity" of access :

**1.**   "a chain of events connecting plaintiff's work and the defendant's opportunity to [view] [hear] [copy] that work [such as dealings through a third party (such as a publisher or record company) that had access to the plaintiff's work and with whom both the plaintiff and the defendant were dealing]

**2.**   the plaintiff's work being widely disseminated] [or]

**3.**   a similarity between the plaintiff's work and the defendant's work that is so "striking" that it is highly likely the works were not created independent of one another]."

66.   The Plaintiff need only show the Defendants had reasonable opportunity of access via ONE of the methods above. But, the Plaintiff can show the Defendants had "reasonable opportunity" to access his work according to ALL THREE standards.

## STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF:

67.   On August 9th, 2013, the Defendants released, distributed and displayed publicly, "Elysium" in The USA and 11 other countries.

68.   On August 10th, 2013, the Plaintiff viewed the film, Elysium, at a local theater. This confirmed the script the Plaintiff found online was the Elysium script, but not the final draft.

69.   Upon viewing the Defendants' film, the Plaintiff concluded the film and screenplay, Elysium, was a severe infringement on his copyright protected story "Butterfly Driver", as a whole, and on the parts, and believes the Court will find the works are substantially (or "strikingly") similar.

## SUBSTANTIAL (or "STRIKING") SIMILARITY & THE EXTRINSIC TEST

70.   Courts have relied on several factors to aid in a striking similarity analysis. Among these are:

**1)**   **Uniqueness, intricacy, or complexity of the similar sections;**

**2)**   **If the Plaintiff's work contains an unexpected or idiosyncratic element that is Repeated in the alleged infringing work;**

**3)**   **The appearance of the same errors or mistakes in both works:**

4) **Fictitious entries (omitted as not applicable);**

5) **Obvious or crude attempts to give the appearance of dissimilarity.**

**Patry, William. "§9".** *Patry on Copyright* **3 (September 2009 ed.). Thomson West**

EXTRINSIC ANALYSIS

71.  The Ninth Circuit uses "intrinsic/extrinsic" testing to determine infringement. The "extrinsic" test compares literary "elements" between contested works (Shaw, 919 F.2d at 1363). Among these elements are: plot, setting, characters, themes, events, pace, dialogue, mood, sequence (Id.). Thus, this SAC pays careful attention to these, and other, conventional and traditional screenplay and story elements, such as: climax, crisis, catalyst, goal (the hero's), conflict, resolution, inciting incident, etc.

72.  **COMPARRISON NOTE:** In the following paragraphs the Plaintiff compares his script to the Defendants' script. The Defense will argue that the comparison should be between the Plaintiff's script and the Defendants' film, "Elysium" –derived from their script. The Plaintiff disagrees, and believes the law is with him. **Walt Disney Productions v. Filmation Associates 628 F. Supp., 871, (1986),** established that PRELIMINARY WORKS in the production of a MOTION PICTURE (specifically a film script) can constitute infringing copies under the 1976 Copyright Act.

73.  Nimmer summarized the Disney v Filmation finding, "To constitute an actionable copy, therefore, an expression need only be a material object permanently case in some intelligible form… The fact that the articles may never be published or, indeed, may be prepared only for the use of Filmation's animators, does not obviate the possibility of infringement." **[2 Nimmer on Copyrights, § 8.02(B), pp. 8-22—8-25 (1985)].**

74.  This SAC will almost exclusively compare Plaintiff's Butterfly Driver **[Exhibit A]**, to the Defendants' script "Elysium" **[Exhibit B]**. However, the version of the Plaintiff's script nearest to how it first appeared on Triggerstreet.com is the last surviving version of "Uberopolis: City of Light" (UBER) from 01/16/06**.** This version is then significant to this case because Elysium infringes on elements of prior versions of the Plaintiff's script posted on TriggerStreet. This SAC will only refer to "Uberopolis: City of Light" (UBER) for SIX items: ONE item under heading "**Plaintiff's Idiosyncrasies Duplicated In Defendants Work**"; **ONE** item under the heading "**Setting 1: Giant Satellite World For The Rich;** THREE items under the heading **"Elysium's Infringement of**

**Uberopolis: City of Light";** and ONE item under heading: "**Internet/Multi-Media Infringement**"; consistent with 17 U.S.C. § 101**"Derivation Works"** definition that all editorial versions of a work are protected under the same copyright; Derivative Work: "A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship, is a "derivative work." Rather than encumbering this SAC with a third 100 page screenplay attachment, the Plaintiff has added six single page exhibits from Uberopolis for these items.

## PRIMARY INCIDENTS OF COPYRIGHT INFRINGEMENT

- PLOT INFRINGEMENT:

"Butterfly Driver" Plot :

75.   After his best friend is killed by State bounty hunters, a poor man (Arlo), who lives in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor), must pay his family's emigration out of their dangerous "zone" city by doing a dangerous mission for a disabled transporter. The hero is arrested, but inevitably makes a daring escape. Reuniting with his family, Arlo learns his seven year old daughter will die within seven days without medicine found only on a satellite world (Uberopolis) for the super-rich: where crime and unemployment do not exist. But the hero is poor; and getting to the satellite requires big money and special identification; impossible without help from an outlaw political network. The outlaw network's "techie" programmers help Arlo get fake I.D. and documents to get into Uberopolis. The hero suffers sudden, short, excruciating headaches -and carries secrets the World President will kill to suppress . The President, who has been genetically "reprogrammed" to appear much younger than he really is, makes an announcement that reprogramming will soon be available to all (the rich). The President deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for medical aid for his son. The agent also must negotiate with insurers for medical care to save the life of his son. An important woman gives the hero a special "keepsake necklace". To gain access to the villain, Arlo threatens to detonate an explosive device. In the climatic final battle, when it looks as if the hero might prevail, he falls to his knees, clutches his head and screams with a terrible headache. Eventually the hero defeats the villain -but sustains a life threatening injury. As the hero drifts off toward death, he has a dream-like vision about the "keepsake necklace". The vision saves the hero. In the end, the hero's

action impacts the world: bringing a cheap energy source, and allowing people to vote in open elections.

"Elysium"  Plot :

76.    After getting radiation poisoning, a poor man (Max), living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) has less than a week to get to a satellite world for the super-rich (Elysium): where crime and unemployment do not exist. Max must get there to get medical care to save himself (and his girl-friend's dying six year old daughter). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without the help of an outlaw, disabled human trafficker -who requires that the hero do a dangerous mission in exchange for emigration to the satellite. The hero carries a "keepsake necklace", given to him by an important woman from his past. The trafficker's "techie" programmers help Max with fake identification to enter Elysium. While downloading information into his brain, the hero acquires a condition of sudden, short, excruciating headaches. In his brain, the hero now carries secrets that a powerful Elysium official (who has been genetically "re-atomized" to appear much younger than she is) will kill to possess. On Elysium, re-atomization is available to all (the rich). The official deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for restored privileges and a mansion on Elysium –while Max's old girl-friend, Frey, negotiates with the hospital for her daughter's life. Although the special agent kills Max' best friend. Undaunted, to gain access to the satellite world, Max threatens to detonate an explosive device held to his head. In the climatic final battle, just when it looks as if the hero might finally prevail, the hero suddenly falls to his knees, clutches his head and screams with a terrible headache. Somehow the hero defeats the villain. But the hero must die to save much of the world. As he prepares to die the hero takes comfort in his "keepsake necklace", in a dream-like montage. In the end, the hero's action brings medical aid, and perfect health, to the world.

SUMMARY: Plot Infringement

77.    The Plaintiff's plot features: **1)** the central setting of a giant satellite world for the super-rich, which features giant forests and aquatic features; **2)** a hero prone to excruciating headaches (which knock him to his knees); **3)** a villain who has been genetically reprogrammed to appear much younger

than he/she is; **4)** advanced medicine only found on the satellite world;  **5)** a hero who must get to the satellite world for medicine (or medical care); **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero who witnesses the death of his best-friend, and struggles to get I.D. and transport to a satellite world; **9)** an "anguish of living without healthcare" theme; **10)** a disabled transporter who will help the hero's emigration plan –IF the hero does a very dangerous mission; **11)** an agent (sent by the villain to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace, carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished Earth, where police vehicles loom in the sky and brutalize the poor, who are policed by the rich elite who live on the satellite world; **14)** a hero who threatens the villain with detonating an explosive device; **15)** underground "techie" programmers who help the hero with fake identification to get into the satellite world; **17)** a primary character who negotiates with insurers (or a hospital) for the life of his/her child; **18)** A climatic battle between the hero and villain, during which the hero suffers a terrible headache.

78.    The unique collection of plot features, in paragraph 77, outline a crafted expression, the plot of the Plaintiff's screenplay, Butterfly Driver; copyright of the plaintiff.

79.    "Elysium" uses each aspect of the Plaintiff's plot, listed in paragraph 77 (and much more, delineated in the subsequent pages); infringing on the Plaintiff's copyright protect work.

80.    Further, the Defendants made obvious efforts to give the appearance of dissimilarity by changing their medical technology's name from "reprogramming" to "re-atomizing"; changing the villain's gender; making the sick girl the girl-friend's daughter, rather than the hero's daughter.

- <u>CHARACTER INFRINGEMENT</u>

81.    Several central characters (including the hero and villain) of the Defendants', "Elysium", infringe on copyright protected characters from the Plaintiff's "Butterfly Driver". Compare:

**THE HERO:**  Arlo vs Max

82.    The heroes of both movies are  tough, poor men, age 35-45 (Plaintiff's hero is 45, Defendants' script hero is "30s", played in film by Matt Damon at 41-42), who carry keepsake necklaces, and suffer a unique affliction: short, sudden, excruciating headaches, which cause the hero to stumble, grab his head and scream. Both heroes have the same goals:

83.   THE HERO'S GOAL (**Butterfly Driver**): the hero has less than a week to get from Earth to a satellite world for the rich, to get medicine to save his daughter.

84.   THE HERO'S GOAL, (**Elysium**): the hero has less than a week to get to a satellite world for the rich, to get medical care to save himself (and inevitably, his girl-friend's daughter).

SUMMARY: Arlo Vs Max

85.   The Plaintiff 's hero, Arlo Grainer**: 1)** is a 35-45 year old male, living 100 plus years in the future; **2)** is poor, living in the overpopulated ruins of a largely impoverished Earth; **3)** has less than a week to get to a satellite world for the super-rich; **4)** contacts underworld figures to get I.D. and transport to the satellite world; **5)** suffers from rare, brief, excruciating headaches; **6)** suffers a headache, battling in the story's climax; **7)** must get medical aid or medicine to save his daughter; **8)** carries a keepsake necklace from a special woman from his past.

86.   The characteristics, context and conditions listed in paragraph 85 are the expression of the Plaintiff's copyrighted character, Arlo Grainer; from the Plaintiff's work "Butterfly Driver".

87.   All of the characteristics, context and conditions, listed in paragraph 85, apply to the Defendants' character "Max". Thus, the Defendants' "Max" infringes on the Plaintiff's copyright protected character, "Arlo", and his copyright protected work, Butterfly Driver.

88.   The Defendants made obvious efforts to conceal their infringement by changing their hero's goal from: "going to a satellite world to save his 7 year old daughter"; to "going to a satellite world to save himself ," then attaching a girl-friend's 6 year old daughter to achieve the same effect.

**THE HERO'**S "AFFLICTION"

89.   The Plaintiff's hero, Arlo,  suffered rare (**never before used in film**) ophthalmodynia (ice picks) headaches, so excruciating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo occasionally: 1) falls to his knees; 2) clutches his head; 3) cries-out in pain.

90.   In the script's climax, Arlo suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

91.   Elysium's hero, Max, displays the same symptoms and reactions as the Plaintiff's hero, listed in paragraph 88, in regard to his headaches condition –even suffering a headache in battle, in the climax –just as the Plaintiff's hero, expressed in paragraph 89. **[Exhibit B pp. 62, 63, 77, 112].**

COMPARISON OF PLAINTIFF & DEFENDANTS' AFFLICTION "HEADACHES"

**92.    NOTE:** the script "Elysium" contains four headache, but the film shows only three. The Plaintiff's "Butterfly Driver" had three events -but the early WGA reg. version "Uberopolis: City of Light" had four. The extra event from that script (EVENT #2) was added, for comparison.

LEGEND:      Plaintiff's "Butterfly Driver" (**BD**) - **in bold print [Exhibit A];**

Defendants' "Elysium" - in regular print **[Exhibit B]**

- FIRST EVENT:

**93. (BD):  Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR."**

**His eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

(ELYSIUM)    Max tries to run, but he collapses. He clasps his head in pain... Max clasps his head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

- SECOND EVENT:

**94. (BD):   Arlo stands up, then unexpectedly drops to his knees and grabs his head with both**

**hands, in pain.**

**ARLO: "GGGRRRR!"**

**DAVID: "What's wrong?!"**

**Arlo's eyes roll back for a moment. Arlo growls louder. [See Exhibit T: UBER p. 32]**

(ELYSIUM):    Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

- THIRD EVENT:

**95. (BD):   He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick**

**headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as**

**if defying the pain to stop him. [Exhibit A p. 46]**

(ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head wants to explode. He collapses to the ground... (more)  **[Exhibit B p. 77]**

- FOURTH EVENT:

**96. (BD):  Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his**

**face. ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving**

**him to one knee. Arlo's eyes roll in their sockets as he groans and struggles to his**

**feet. BANG! A fist smashes Arlo in the face, knocking him to the ground. Arlo**

**looks up to find Drexler looming over him.**

**DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

(ELYSIUM):   Max starts to get the upper-hand when- A white hot flash of cerebral pain... He trips and stumbles over desks and terminals, holding his head.  Manual grabs Max and pulls him back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel. Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112**]

SUMMARY: Hero's Affliction

97.    <u>The unusual headaches (described in paragraph 89-96) and the way they manifest in the Plaintiff's character, Arlo (grabbing head, stumbling, crying-out), and the surprising way a headache occurs in the story's climax, are the Plaintiff's unique expression and copyright.</u>

98.    In adopting the symptoms and reactions of the Plaintiff's hero's affliction, and using them similarly (including amid battle in the climax), the Defendants infringed on the Plaintiff's copyright protected character, Arlo Grainer, and on his copyrighted script, "Butterfly Driver".

99.    As seen in paragraphs 93-96, the Defendants do not call these events "headaches"; rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>. The Defendants also, twice, call the events "seizures", and an "epileptic white static" -which reveal the Defendants' misinformation of a serious disability, as epilepsy and epileptic seizures do not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also call the event "A white hot flash of cerebral pain." But "cerebral pain" is a "headache".

100.    The Defendants' willful misuse of language, illustrated in paragraph 93-96 and 99, are crude and obvious efforts to give an appearance of dissimilarity (e.g. using the terms "migraines", "seizures" and "epileptic white static", to avoid the word "headache").

## Uniqueness And Intricacy

101.    Amid these headaches, the Defendants mirror the Plaintiff's hero's "will" to his feet (above in paragraph 95, from the Plaintiff's work). "...**<u>Arlo rises to his feet, holding his temple, as if defying the pain to stop him;</u>** and paragraph 93, above, the Plaintiff writes: **"<u>as he fights his way back to his</u>**

1   **feet" [Exhibit A p. 9].** Compare to Defendants' work, (paragraph 96, Line 8): "...Max uses every ounce
2   of strength to will himself to his feet." **[Exhibit B p. 112]**.

3   102.   The example provided in paragraph 101 (as well as the general parity of the passages compared
4   in paragraph 93 through 96) show replication of uniqueness, intricacy and complexity .

5                **THE HERO'**S "KEEPSAKE NECKLACE"

6   103.   In the Plaintiff's, "Butterfly Driver", a character, "Benni", gives the hero, Arlo, a keepsake
7   necklace . As Arlo faces death, near the end of the screenplay, he sees the necklace in a dream-like
8   vision, which saves his life. The Plaintiff refers to the necklace as a "necklace" and a "pendant".
9   **[Exhibit A pp. 54, 55, 65, 113]**

10   103.   In "Elysium" a nun gives Max a keepsake necklace. As Max faces death, near the end,he
11   looks at the necklace and remembers "Frey" (in a dream-like way). The Defendants refer to the
12   necklace as a "pendant", and a "necklace" (and once as a "locket"). **[Exhibit B pp. 29, 117, 120]**

13   105.   SUMMARY: In using a keepsake necklace, in Elysium, as the Plaintiff used the keepsake
14   necklace in Butterfly Driver, the Defendants infringed on the Plaintiff's copyright.

15               **THE VILLAIN:** Drexler Vs Delacourt (Rhodes)

16   106.   The Villains of both works (Drexler in Butterfly Driver; Delecourt/Rhodes in Elysium) have
17   been genetically "reprogrammed" (or "re-atomized") to appear much younger than they are **[Exhibit**
18   **A p. 3; Exhibit B p. 18];** both villains send agents to apprehend the hero due to information he
19   possesses; and both villains order mass killings of prisoners traveling in space shuttles (to reveal the
20   depth of the character's evil) **[Exhibit A p.105; Exhibit B pp. 12, 13];** and both villains are
21   seemingly evil, but committed to the belief that they are defending their elite ilk.**[Exhibit A pp. 93-**
22   **96; Exhibit B p. 18].** Additionally**,** The villain of Butterfly Driver, Drexler, is the World President,
23   and used his media company to cheat himself into The Presidency. Here, again, following the
24   Plaintiff's model, in the film, Elysium, the villain, Delacourt, devises an evil plan to cheat herself into
25   The Presidency.

26              SUMMARY: Drexler Vs Delacourt (Rhodes)

27   107.   The plaintiff's character, "Drexler": 1) has been genetically *"reprogrammed" to appear
28   much younger than he is (Elysium calls this technology *"re-atomizing"); 2) is very rich; 3) lives on a

satellite world for the rich; 4) orders mass killings of people traveling in space shuttles; 5) wants the hero apprehended for information he possesses; 6) sends a special agent to apprehend the hero; 7) is evil, but believes his deeds serve his elite ilk; 8) cheats himself into the Presidency.

108.   The characteristics, actions, motivations and conditions listed in paragraph 106 are the Plaintiff's unique expression; forming his copyright protected character "Drexler", from his copyright protected work, "Butterfly Driver".

109.   By adopting all (or substantial aspects) of these attributes listed in paragraph 108, for their villain, "Delacourt" ("Rhodes" in the original screenplay), the Defendants infringed on the Plaintiff's copyright protected character, "Drexler", and his protected work "Butterfly Driver".

110.    In changing minor details about their character "Deleacourt" or "Rhodes" (gender, rank, making the character intent to cheat her way into the Presidency, rather than having already committed the deed), the Defendants made obvious efforts to disguise their infringement.

### SICK CHILD:  Franny Vs Matilda

111.   "Franny" is Arlo's sick 7 year old daughter, who has a respiratory disease. She will die in less than a week -without medicine found only on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. Franny is saved by the hero and seen, healthy, in the script's final minutes. She lives in a world where the rich live on a giant satellite with great medical aid, and where the poor live on Earth.

112.   The unique role Franny plays in the plot, within the story's unique settings, are part of her copyrightability. Han Solo would just be another guy in a vest, and Luke Skywalker another guy in a Karate gi, if not for the unique world and events around them.

113.    Elysium's, "MATILDA" is Frey's (the hero's girl-friend) sick 6 year old daughter. She is very sick with Leukemia. She will die in less than a week -without medical aid only found on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. She is saved by the hero's action, and seen, healthy, in the story's final moments. Matilda lives in a world where the rich live on a giant satellite with great medical aid, and the poor live on Earth.

SUMMARY: "Franny" Vs "Matilda"

113.    The Plaintiff's character, "Franny", has these characteristics and conditions: 1) she is a very sick little girl; 2) she has less than a week to live -without medicine or medical aid found on a satellite for the rich; 3) her life depends on the hero's actions; 4) she is saved by the hero and seen healthy in the final story's final moments; 5) she is a central to the plot; 6) she lives in a world where the rich live on a giant satellite with great medical aid; while the poor live on Earth.

114.    The unique role Franny plays in the plot, and the unique settings around her, are part of her copyrightability. The unique collection of characteristics and circumstances, listed in paragraph 113 form an intricate, interdependent, copyrightable character structure, and are the Plaintiff's expression of his copyright protected character, "Franny", from his work, "Butterfly Driver".

115.    The Defendant's, "Matilda", shares all attributes, listed in paragraph 113, thus, the Defendants' "Matilda" infringes on the Plaintiff's character, "Franny".

116.    In making nuanced changes to "Matilda" (e.g. changing her name, her relationship to the hero) the Defendants made obvious efforts to disguise their infringement.

- SETTING INFRINGEMENT:

116.    Perhaps the most unusual settings in film in 2013, the two central settings of the Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

## SETTING 1:  GIANT SATELLITE WORLD FOR THE RICH

117.    NOTE: upon the aforementioned advice of TriggerStreet member Thomas Gilman **[Exhibit P]**, Plaintiff read Trottier's "The Screenwriter's Bible".  Trottier advises writers to get to the "second act" about one quarter of the way through their screenplay. Prior to this, Butterfly Driver entered the second act around page 50. Thus, the Plaintiff edited out 15 pages from Butterfly Driver. This required reducing the description of the satellite city down to a few sentences. Thus, the Plaintiff provides the following, more elaborate, description of his satellite city from "Uberopolis: City of Light" **[Exhibit U: UBER: p 26]**. This description reads:

118.    EXT. UBEROPOLIS -NEW CONSTRUCTION ZONE -- LATER ANGLE ON : THERE IS A
        SCREEN NOTE READING: "UBEROPOLIS, 4 MONTHS LATER."
        The massive city of Uberopolis is finally seen up close. It is enclosed in an enormous 12 inch
        thick polycarbonate-thermoplastic spherical, transparent (like glass) shield. The outer shield

has  about 50 airlock shuttle entry points, scattered near the city floor, to keep the sky view clear -including 10 long, tubular airlocks that allow long shuttle trains to enter and exit. There are 2  large golf courses and countless high rise apartments, innumerable narrow roads with magnetic-electric cars, two small lakes and a large harbor area teaming with aquatic  life. The underside of the city is divided into the underwater side of the harbor, and a dense green forest, very usable by the citizens of Uberopolis, since there is no up or down in the weightless environment. The dense forest and green aquatic life, provide much of the air for the sealed biosphere. Around the outside  of the glass encased structure flying work vehicles and shuttles fly about. Inside the dome,  thousands of tiny vehicle drive the streets, dwarfed by the enormity of the city.

119.      The Plaintiff's satellite is 3 miles in diameter**.** The Defendants' script calls for a satellite 60 miles in diameter. But the film's satellite appears about 2 miles in diameter as the shuttles enter.

120.      The plaintiff's satellite world has many unusual aspects outlined above and in his script: **1)** it is an enormous man-made satellite-world, with forests and large aquatic features; **2)** only the super-rich live in the satellite's pristine biosphere; **3)** fantastic medical technologies are available there; **4)** there is no crime  on the satellite;  **5)** the satellite enjoys 100% employment; **6)** entering the satellite requires special identification; **7)** it is home to the story's genetically reprogrammed villain; **8)** the satellite orbits an overpopulated, impoverished Earth; **9)** it is where the final battle transpires; **10)** where many large and small vehicles fly above the surface and about the exterior of the satellite. **11)** there, prisoners in orange jumpsuits board shuttles for Earth. **[Exhibit A pp.3, 33; Exhibit B p. 5]; 12)** the satellite's capacity is 300,000, when complete, 150,000 currently. (Elysium's capacity is 251,200*); **13)** marketers there market homes on the satellite to the rich on Earth*. **[Exhibit A p. 4; *Elysium website: http://www.welcometoelysium.com/ &  http://www.itsbetterupthere.com/site/]**

SUMMARY:  Setting 1, Giant Satellite for the Rich

121.    The list of features, in paragraph 120 are a simplification of the Plaintiff's expression of his copyright protected satellite world, Uberopolis, featured in his work, "Butterfly Driver".

122.    The Defendants, "Elysium" uses all of characteristics listed in paragraph 120 for their satellite World; thus, the Defendant's "Elysium" infringes on the Plaintiff's copyright.

SETTING 2:  DYSTOPIAN EARTH

123.   The other central setting of both screenplays is the impoverished overpopulated ruin of Earth. <u>On this setting, **in both scripts**</u>: 1) the poor have little access to medical care; 2) the hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7];** 4) Army ships, full of "undesirables" are released into the slums **[Exhibit A p. 53; Exhibit B p. 5];** 5) the poor are brutalized by the government of the satellite world (who also do a few kind things for the poor, such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18];** 6) rich businesses build manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95; Exhibit B pp.15, 16, 27, 28];** 7) people commonly travel by flying shuttles and flying cars, and commute to the giant satellite; 8) the poor live in the ruins of cities in decay. (NOTE:  Elysium's script doesn't specify "ruins", but its synopsis does, and the film illustrates this state).

SUMMARY: Setting 2, Dystopian Earth

124.   The characteristics listed in paragraph 123 are the Plaintiff's expression of his dystopian vision of a future Earth, and his copyright, from his copyright protected work, "Butterfly Driver".

125.   The Defendants', "Elysium", adopts (all, or significant aspects of) each of the conditions listed in paragraph 123, thus infringing on the Plaintiff's copyright.

• <u>CONJOINED SETTINGS: Rich Satellite World, Poor Dystopic Earth:</u>

126.   The placement of the Plaintiff's two unique settings (the satellite for the super-rich, orbiting the Plaintiff's dystopic future-Earth, paragraphs 118-123) are the Plaintiff's copyright.

127.   The Plaintiff is aware of no other story, prior to Butterfly Driver, featuring a gigantic man-made super satellite with giant aquatic and forested areas, great medical technologies for the rich, and the other aspects listed in paragraph 89, juxtaposed against a counter-world, on Earth, featuring the Plaintiff's vision of a dystopic future-Earth, with all the aspects listed in paragraph 123.

• SETTING: YEAR

128.   Butterfly Driver is set in the year **2120**.  However, In 2010, before the Defendants had written their script, the Plaintiff posted an 80 word logline of his screenplay (for investors), on his website (mrexcellentmovie.com) in which he changed the setting year of Butterfly Driver to **2144**

**[See Exhibit V].**  Elysium's script says the movie is set in **2109**. But the actual film and official synopsis revise that year to **2154** –ten years from Butterfly Driver''s final setting year of 2144.

129.    In placing Elysium's setting year near the Plaintiff's setting year, the Defendants adhere to and expand a pattern of infringement and similarity.

- <u>CENTRAL CONFLICT INFRINGEMENT</u>

130.    The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes of both, the Plaintiff's, Butterfly Driver, and the Defendants', Elysium, have extremely similar goals. Both heroes need to get to a satellite world to access medical technology. Both heroes must overcome an almost identical conflict list:: 1) the hero is not a citizen of the satellite world; 2) the hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a  powerful, evil, official wants the hero stopped; 5) the hero suffers debilitating headaches which make reaching his goal more difficult; 6) The evil, powerful official  sends a special agent to apprehend the hero.

SUMMARY: Central Conflict

131.    All of the story conflicts, enumerated in paragraph 130, together, are an expression of the Plaintiff's effort, from his screenplay, "Butterfly Driver", the Plaintiff's exclusive copyright.

132.    The Defendants infringed on the Plaintiff's copyright by adopting all of the Plaintiff's central "conflicts", listed in paragraph 130, for their screenplay and film, "Elysium".

133.    Further, in making minor changes to the "conflicts" in "Elysium" (e.g. making the pursuing agent into an "evil" agent), the Defendants endeavored to disguise their infringement.

- <u>THEME(S) INFRINGEMENT</u>

134.    The Plaintiff's "Butterfly Driver" has at least five imperative central themes:

1) <u>Survival without adequate healthcare is inhumane</u>

2) <u>the plight of immigrants is brutal</u>

3) <u>wealth corrupts and divides us</u> (literally -the poor on Earth, the rich on a satellite)

4) <u>Heroic Sacrifice</u>:  BUTTERFLY DRIVER: Arlo  risks everything for his daughter.

ELYSIUM: Max gives up his life to save Matilda and mankind.

5) <u>Redemption comes from refusing to give up hope</u> (the spiritual theme of both movies).

BUTTERFLY DRIVER (spiritual theme): Arlo doesn't give up hope of saving his

daughter. Thus, in the end, he finds redemption and liberates the world with free, fair elections. (Butterfly Driver uses a rabbi, a cleric, a pastor and a necklace to reinforce this theme).

ELYSIUM (spiritual theme): Max doesn't give up his dream of getting to Elysium; thus, finds redemption -and liberates the world. (Elysium uses a nun and a necklace to reinforce this theme).

SUMMARY: Themes

135.    The five themes (listed in paragraph 134) are, in the context of his script, "Butterfly Driver", or in any substantially similar story, the artful expression and copyright of the Plaintiff.

136.    The Defendants adopted all five of the Plaintiff's central themes for "Elysium", further infringing on the Plaintiff's copyright.

- CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT

137.    Typically a screenplay has three imperative "plot points": 1) catalyst, 2) crisis, 3) climax. Elysium borrows all three from the Plaintiff's, "Butterfly Driver".

**CATALYST**

138.    The catalyst is the event that pushes the hero into action, and gives him his goal. The catalyst usually marks then end of the first act and the beginning of second.

139.    BUTTERFLY DRIVER:  the hero learns his daughter has less than a week to live, unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

140.    ELYSIUM:  the hero learns he has only five days to live, unless he can get to Elysium for medical care. *His girl-friend's dying daughter must get there, too. In the film Max has 5 days to live. Elysium's script is <u>inconsistent</u>: "only a few days" or "20 days". **[Exhibit B pp 31, 72]**

**CRISIS**

141.    The crisis is the story's low point –often when all hope seems lost.

142.    Usually the crisis occurs about halfway through the story. The Plaintiff's crisis occurs near the third act, The Defendants also place their crisis near the end.  Compare:

143.    BUTTERFLY DRIVER:  after struggling to get to Uberopolis, Arlo learns the medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**

144.   ELYSIUM:  Arriving to Elysium, Max learns he can't be treated without wiping out the data in his head, and Matilda can't be treated because she's not a citizen. **[Exhibit B pp. 105, 106]**

### CLIMAX

145.   The **climax** begins when the hero directly confronts the villain, until the resolution.

146.   The Plaintiff set his climax on the giant satellite for the effect: the great battle on the great satellite. Arlo initiates the climax by holding an explosive device to his head to gain access to the villain.

147.   Conversely, the Defendants started their climax on Earth (when Max held the grenade to his head), where the battle could have ended. But the Defendants moved the dying child, her mother, the hero, and the villain, all to the satellite world, to conclude –to emulate the Plaintiff's script.

### Climax Twist

148.   Both works have identical **CLIMAX TWISTS**: The hero battles the villain on the giant satellite. They struggle. Finally the hero gains the advantage, then suddenly, the "twist": the hero has a massive headache. **[Exhibit A p. 109; Exhibit B p 112]**

### SUMMARY: Catalyst, Crisis, Climax (and twist)

149.   The Plaintiff's catalysts, crisis, climax, and "climax twist", explained in paragraphs 138-148 are, collectively and separately, the Plaintiff's unique expression, and the Plaintiff's exclusive copyright.

150.   As shown in paragraph 138-148, the Defendants' catalyst, crisis and climax are all identical, or extremely similar to the Plaintiff's; and thus, infringe on the Plaintiff's copyright.

- INCITING INCIDENT INFRINGEMENT

151.   The inciting incident, as many writers and screenwriters know, is the event that takes the hero out of his normal routine world. It is sometimes, simply, the catalyst.

152.   The Plaintiff's inciting incident occurs midway through the first act. The Defendants' "Elysium" uses the Plaintiff's inciting incident as the first event of the second act. But **in both works**, oddly, the **inciting incident is a separate events sequence from the catalyst**.

153.   BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city and into the rich, safe "State". But he needs money to pay their transport and immigration ("repatriation") fees.

Arlo turns to his friend -a local underground transporter. <u>The transporter has a disability: he is a missing arm</u>. The transporter arranges Arlo's wife and kids' transport and immigration -BUT Arlo must do a VERY dangerous mission in exchange.

154.    ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With no money to pay, Max asks his friend (a local underground transporter) to smuggle him to Elysium. <u>The transporter has a disability: he has a paralyzed leg</u>. The transporter agrees to transport Max -if Max does a VERY dangerous mission in exchange.

SUMMARY: Inciting Incident

155.   The unusual structure of "paying emigration transport to a satellite world for the rich to obtain medical care, by doing a very dangerous mission for a disabled underworld transporter," is the Plaintiff's expression and copyright.

156.    As illustrated in paragraph 151-154, the Defendants "Elysium", adopts the Plaintiff's inciting incident, and thus infringes on the Plaintiff's copyright.

- <u>FUTURE TECHNOLOGICAL 'VISION" INFRINGEMENT</u>

157.   **Butterfly Driver:** the Plaintiff's future vision is expressed in three central technologies:

   1)  <u>an advanced satellite world for the rich</u>;

   2)  <u>medical technology –including genetic re-programming, which allows people to live indefinitely</u>;

   3)  a future where the rich routinely <u>commute from Earth, to their homes on a satellite world, in private and public spacecraft</u>.

   **Elysium:** features these same central technologies, and thus further infringes on the Plaintiff's technological "vision", and on his copyright protected work, Butterfly Driver.

   **[Exhibit A p  33, 70, 73, 76; Exhibit B p 50, 51, 52 ].**

- <u>RESOLUTION SIMILARITY</u>

158.    In both scripts, the heroes actions have unlikely global consequences. Compare:

159.    **"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

160.  **"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

161.  SUMMARY: The Defendants' resolution mirrors the nature, style and scale of the Plaintiff's resolution (paragraph 160) and conforms to and expands a pattern of similarity and infringement.

- MOOD and PACING

162.  Mood is the pervading feel of a work; created by setting, tone and pace. The Defendants' mirror the mood of the Plaintiff's work, as; 1) The pacing of both works is similar: fast but not frenetic; (2) both works feature disabled characters, suggesting a brutal government; (3) both works are serious, with little humor in narrative, dialogue or action; (4) the settings and themes of both works are identical; (5) both works used similar scenes too darken the mood, such as unnecessary, casual police beatings of the heroes. **[See Exhibit A p. 30; See Exhibit B p. 8]**

163.  Again, both works feature the mood and pacing aspects listed in paragraph 162, expanding the Defendants' pattern of infringement of the Plaintiff's work.

- **DIALOGUE SIMILARITIES**

164.  **Example 1**: Butterfly Driver, page 14 (Tamara speaks to the hero, Arlo)

  **TAMARA:  "Honored to meet the legend."**

 compare to:

  Elysium, page 25 (Julio speaks to the hero, Max)

  **JULIO:  "I will wear you down. You used to be a legend."**

165.  **Example 2**:  Butterfly Driver, Page 112 (Jerry speaks to Arlo–with a bullet wound in his neck).

  Jerry presses Arlo's own hand against his neck wound.

  **JERRY: "Keep the pressure... Arlo!"**

 compare to:

  Elysium, Page 72 (Frey works to help Max, who has been stabbed with a knife)

  **FREY: "Max, this is a life threatening wound. You need to put as much pressure on it as you can okay? Help me out here."**

166.  **Example 3:** Page 112 of BUTTERFLY DRIVER: (as Arlo and Jerry race from Uberopolis, chased by a warhead)

1      **JERRY: "I got a warhead. What do I do?"**

2      **ARLO: "<u>Go faster</u>."**

3      compare to:

4      Page 95 of ELYSIUM (as "Spider" races in his shuttle to get to Elysium, a "techie"

5      informs Spider that Max has just landed on Elysium's surface. Spider responds).

6      **SPIDER:  "Got it... <u>Go faster</u>."**

7      167.   **Example 4:** Page 22 of BUTTERFLY DRIVER: (on the phone, Jerry negotiates with medical

8      insurers for the life of his son).

9      **JERRY: "Yes... Yes... You've been very fair... Right... But an oxygen chamber**

10      **isn't a luxury... How much time can I get... Three days... Alright."**

11      compare to:

12      Page 26 of ELYSIUM (Frey pleads to a doctor, who informs Frey the hospital wants

13      her dying daughter to go home so the hospital can use the bed for other patients).

14      **FREY: "Can I just have till the end of the week? There are more supplies I have**

15      **to get, please. Please."**

16      **DOCTOR: "Alright."**

17      168.   **Example 5**: Page 44 of BUTTERFLY DRIVER: (Jerry explains to his sick 7 year old son,

18      Matty, that he will need to stay in his air chamber for a few days).

19      **MATTY: "How long will I have to stay in here this time?"**

20      **JERRY: "Probably only three days."**

21      compare to:

22      Page 66 of ELYSIUM (Frey talks to her sick 6 year old daughter, Matilda, that she

23      will be finally able to leave the hospital).

24      **FREY: "Remember how mommy said we could go home when you get better?"**

25      **MATILDA: Am I better? Can we go home?**

26      169.   **Example 6:** Page 82 of BUTTERFLY DRIVER, Jerry orders the engineer of the Uberopolis

27      broadcast center to turn on hidden cameras around the city, saying:

28      **JERRY: "I need <u>surveillance</u> camera access"**

1      compare to:

2          Page 67 of ELYSIUM (Kruger walks through the jet over to the control room).

3          **KRUGER: "Alright, let's get <u>surveillance</u> up."**

4            Three surveillance UAV's (Unmanned Aerial Vehicles) take off and fly...  .

5  170. **Example 7**: Page 41 of <u>Butterfly Driver</u> (the character VAN reflects  some current attitudes

6          toward immigrants, when he comments about an immigrant woman's hard work,

7        **VAN: "She just repatriated. People from the State can't work like that."**

8      compare to:

9          Page 17 of <u>ELYSIUM</u> (Rhodes (Delacourt) reflects some current attitudes toward

10          Immigrants).

11        **RHODES: "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants..**

12        **<u>PLAINTIFF'S IDIOSYNCRACIES DUPLICATED IN DEFENDANTS' WORK:</u>**

13  171. The Defendants' "Elysium", duplicates most of the Plaintiff's story and style idiosyncrasies :

14  • **ALLITERATION**

15  172. In BUTTERFLY DRIVER <u>the Plaintiff uses a playful "P" alliteration to  describe the poverty</u>

16          the characters witness as they pass through their community: "Bennie hurries ahead of

17          Arlo, through the **<u>impoverished local pedestrians, predators and their quarry</u>**."

18          **[Exhibit A, p59 line 17]**

19      ELYSIUM <u>also uses a playful "P" alliteration to describe the poverty</u> their characters witness

20          as they scout their community: "**<u>More kids, poverty, pollution pass</u>**." (p52 line 9)

21  • **REPROGRAMMING V RE-ATOMIZING**

22  173. BUTTERFLY DRIVER uses the term genetic "reprogramming" for the act of reversing

23          the effects of disease, age, and physically improving a person. **[Exhibit A p. 3, 36, 90).**

24        ELYSIUM uses a similar term "re-atomizing" for the act of reversing the effects

25  of disease and age, and physically improving a person**. [Exhibit B pp. 2, 4, 104)**

26  • **NO SEX**

27  174. BUTTERFLY DRIVER is somewhat unique in that there is no sex in it's storyline

28      (against Hollywood conventions). The Plaintiff did this to maintain the integrity of his

story and his hero, and to add urgency to the storyline.

ELYSIUM also follows the Plaintiff's model and omits sex.

* *

- **Repatriate**

175. BUTTERFLY DRIVERT uses the very uncommon word "repatriate", in lieu of the word 'immigration'.

ELYSIUM also uses the word  "repatriated" (on page 5), despite Defendant Blomkamp's simple writing style –and ordinarily simple language selection.

- **Debris v Disposal**

176. <u>BUTTERFLY DRIVER</u> shows humans (prisoners) killed in space, and their bodies left to fall back to Earth. The writer uses the terms "**disposal**" and "**litter**" to show the dead bodies are the new "trash" hazard. Playing with this motif, Drexler, orders the prisoners evacuation shuttle train to be set for **"disposal"**–meaning: dump all aboard into space. **[Exhibit A, p 105].** When a guard learns of the plan, he incredulously asks, "Their gonna **dispose** of all of 'em?!"  **[Exhibit A, p 107]**

<u>ELYSIUM</u>: Kruger shoots down two shuttles full of immigrants, leaving their bodies to fall fto Earth. Before Rhodes orders Kruger to 'fire', she asks how many of the immigrant ships are a "**debris** danger" -clearly playing with the Plaintiff's "trash" theme. (ELYS 10, 11)

- **Police brutality: Pounding The Ribs v. Cracking The Ribs**

177. BUTTERFLY DRIVER: to show police brutality, the Plaintiff writes: "<u>Safe from retaliation, the guard pounds Arlo in the **ribs**</u>." **[Exhibit A: p 30, line 15]**

ELYSIUM: to show police brutality, Blomkamp writes: "<u>They subdue him violently, giving him a crack to the **ribs**.</u>" **[Exhibit B: p 8, bottom line]**

**THE PLAINTIFF"S MISTAKES PRESENT IN THE DEFENDANTS' WORK**

- **Jump-Suited**

178. **"Jumpsuit"** is a compound word, spelled "jumpsuit", not hyphenated. The Plaintiff and Defendants both misspelled the word as "jump-suit", using a hyphen:

BUTTERFLY DRIVER:  "...a brown **jump-suited** security desk guard..." **[Ex A: p 79, line 5]**

ELYSIUM: "...orange **jump-suited** humans..." **[Ex A: p5, line 3]**

- **Latex Gloves**

179. **Butterfly Driver:** "...puts on a pair of <u>latex</u> gloves." **[Ex A: p 2, line 14]**

**Elysium:** "...in his <u>latex</u> gloved hand." **[Ex B: p 45 line 7]**

*These gloves should NOT be called "latex gloves". Latex is one of several materials these gloves can be made of. They should be called "medical gloves", "surgical gloves" or "exam gloves".

- <u>MULTIPLE TERMS USED FOR THE SAME PROP OBJECTS</u>

180.   The following "multiple" terms were used by both scripts for the same objects. This is an unusual mistake not just because the writers use two or more of the same words for the same objects, it's  a mistake because screenwriters are expected to use one consistent term for each prop object, so when the script is dissected for production, the production manager can efficiently determine what props need to be on each set, without duplication.

- **Restraints/Harness**

181.  Both screenplays feature scenes where characters riding in shuttles find themselves trapped in their seats by unique "safety belts". In both scripts these belts "Restraints" and "Harnesses".

Butterfly Driver: **"Restraints"** p30 line 13, 15,17, 20; **"Harness"** p30 line 7

Elysium: "**Restraints**" p89 line 9, p90 line 9; "**Harness**" p95 line 13.

BOTH screenplays also mention "<u>chest-harness</u>";

- **Necklace/Pendant**

182. Plaintiff's "Butterfly Driver" refers to the necklace as a **<u>"necklace"</u>** and a **<u>"pendant"</u>.**

Defendants' "Elysium" refers to their necklace as a **<u>"necklace" and a "pendant"</u>**  (just as the Plaintiff). They also refer to the necklace as "locket".

**Wrist Watch-Phone-TV Device**

183.  Both screenplays feature primary characters who use watch-phone-tv-computer devises (and eye and/or ear attachments). Both screenplays USE MULTIPLE NAMES for these devices. Butterfly Driver: **"Watch Phone"** (Ex A: p 84, p 87, p 107, p 111)

**"Wrist-Watch-TV"** (Ex A: p 22)

Elysium: "**Wrist Phone**" (Ex B: p 20), "**Wrist Device**" (Ex B: p 42, p 50) "**Wrist Computer**" (Ex B p 54, p 62).

<u>PLAINTIFF'S FEATURES ERRANTLY DUPLICATED IN THE DEFENDANTS' SCRIPT</u>

- **Ticket To Elysium**

184.   BUTTERFLY DRIVER: Arlo must get ID and a "ticket" to get to Uberopolis.*Arlo needs a real, physical ticket to board a shuttle to Elysium.

ELYSIUM duplicates this refrain of the Plaintiff work and repeatedly states that Max needs ID and a **"ticket"** to get to Elysium. <u>However, Max does not need a "ticket" to get to Elysium</u>, nor does he ever receive one. He hopes to ride in the battered shuttled of an underworld thug, "Spider", who simply needs money to transport. <u>Spider does not give</u> "**tickets**". Blomkamp's use of the word **"ticket,"** rather than "transport" or "a ride" is a Freudian slip; an unwitting parroting of the Plaintiff's original work.

.
- **Pollution**

185.   Both scripts make frequent mention of "pollution". However, pollution is central to Butterfly Driver's plot –as it is the reason Franny is so sick. <u>Pollution has nothing to do with Elysium's storyline.</u>

**<u>PLAINTIFF'S UNIQUE LANGUAGE DUPLICATED IN DEFENDANTS' WORK</u>**

186.   In addition to many previous examples (such as <u>reprogram</u> v <u>re-atomized</u>, and <u>repatriate</u>), there are many other language similarities:

- **"CITIZEN"**

187.   <u>BUTTERFLY DRIVER</u>: "**Citizen**" is the signature term Butterfly Driver uses to refer to the rich who live on Uberopolis and in the "State".  The term is featured in character dialogue and narrative (**Ex A**: p 29 line 9, 12, p 84 line 28, p 98 line 29, p 104 line 16, p 107 line 2,).

<u>In ELYSIUM</u>: "**Citizen**" is <u>the</u> signature term of Elysium, used by the writer frequently. used to refer to the rich who live on Elysium. The term is featured in character dialogue and narrative throughout (**Ex B:** p 53 line 11 & 14, p 84 line 13, 103 line 4, many more).

- **911 TERMINOLOGY**

188.   Butterfly Driver: uses G.W. Bush era, post 911 terms and language, like: **"I don't negotiate**

with State enemies," and tags like "**embolden**".  [Exhibit A pp. 51, 88]

Elysium  borrows this stroke with "**Homeland Defense**" ("Homeland Security" in the movie). [Exhibit B p. 2, 100] 7)

- **CHIPS**

189.   Butterfly Driver:  Arlo's friend, David Levine, uses a razor blade to cut a **<u>tracking chip</u>** out of his neck. **[Exhibit A pp. 26, 33]**

Elysium: Kruger cuts a "**<u>citizenship chip</u>**" tracking device out of his own wrist with a knife. **[Exhibit B p. 57]**

- **RESPIRATOR MASKS AND RESPIRATORS**

190.   Both screenplays make multiple references to characters wearing "respirator masks" or just respirators: Butterfly **Driver (Ex A: p113 line 3; respirators: 11 line 14, p34 line 27, more**); Elysium **(Ex B: p15 line 19,  more)**

- <u>**MINOR LANGUAGE SIMILARITIES**</u>

- **"Organic"**

191.   **Butterfly Driver** discusses "organic" matter in dialogue (p2 line 2).

**Elysium** discusses "organic" information in dialogue (p37 line 15). *However there is nothing organic about the information (as seen on p50  line 10) the data is digital an uploaded into the character's brain.

- **"Thousands of Workers/Prisoners"**

192.   BUTTERFLY DRIVER: "...a construction zone, where thousands of prisoners toil to complete the city." (p24 line 20)

ELYSIUM: "Thousands of workers slave over machinery." (p 16 line 5)

- **Organ Failure/System Failure**

193.   In Butterfly Driver, a doctor explains that Arlo's daughter's condition will result in  biological "**<u>system failures</u>,**" without hard to obtain medicine, will kill her. (p35 line 16).

In Elysium a droid explains that Max will experience "**<u>organ failure</u>**" -contributing to his inevitable death.

- **"Eyes Shifting As He Thinks"**

194.   BUTTERFLY DRIVER: "Arlo's eyes race, calculating his options." **(Ex B: p96 line 4)**

ELYSIUM: "Eyes shifting as he thinks" **(Ex B: p78 line 5)**

- **"Tightens"**

195.   BUTTERFLY DRIVER: "Arlo's face tightens." **(Ex A: p70 line 14)**

ELYSIUM: "Carlyle tightens." (Ex B: p43 line 12)

- **"Identities Confirmed, Unknown"**

196.   BUTTERFLY DRIVER: "...analyzer <u>screen reads: IDENTITIES CONFIRMED</u>:"

**(Ex A: p 24, line 23)**

ELYSIUM: "...huge <u>screen reads IDENTITY: UNKNOWN</u>." **(Ex B: p 63, line 17)**

- **Pristine**

197.   Elysium's script and marketing campaign used the term "pristine" to describe Elysium. This too, is taken from the Plaintiff, in a TV commercial, when Drexler says,"Uberopolis! The crime-free city -where the <u>pristine</u> air quality heals respiratory ailments, **[See Exhibit W: UBER, p 10]**

## **SECONDARY STORY INFRINGEMENT**

198.   In <u>Butterfly Driver</u>, to gain direct access to the villain, Arlo, holds up an explosive "A-cell" and threatens to detonate it. In an uncertain moment with the villain, Arlo throws the A-cell  out a window.  **[Exhibit A pp. 88, 97]**

In <u>Elysium</u>, to get to Elysium, Max holds a grenade to his head and threatens to detonate. In a moment of uncertainty, Max throws the grenade in a shuttle's cockpit.

**[Exhibit B  pp. 94-95]**

199.   BUTTERFLY DRIVER: Jerry negotiates with insurers for his son's life. **[Exhibit A p. 22]**

<u>ELYSIUM</u>: Frey negotiates with hospital for her daughter's life.**[Exhibit B pp. 26, 27]**

200.   In <u>BOTH</u> screenplays tech programmers must forge documents to get the heroes into Uberopolis and Elysium, respectively. **[Exhibit A pp. 57-58, Exhibit B pp. 44]**

201.   <u>Butterfly Driver</u>:  Arlo has a tracker cut out of his neck.**[Exhibit A p. 33]**

<u>Elysium</u>: Kruger cuts an ID & tracking chip out of his wrist. **[Exhibit B p. 57]**

202.   <u>Butterfly Driver</u>, hero, Arlo, is strap-locked in a doomed shuttle, and breaks free and struggles to saves his friend from his straps.  **[Exhibit A p. 31]**

Elysium: hero, Max, must struggle to free his friend, Frey, who is strap-locked in the seat of a doomed shuttle. [**Exhibit B p. 96-99**]

203.   Butterfly Driver: Drexler and leaders talk politics and P.R. [**Exhibit A p.75**]

Elysium : Delacourt, and leaders discuss politics and P.R. [**Exhibit B pp. 17-18**]

## SECONDARY CHARACTER INFRINGEMENT

- **Rianna & Benni v Frey :**

204.   Elysium's character FREY is a hybrid character based on the characters RIANNA & BENNI from the Plaintiff's copyright protected work, "Butterfly Driver".  Compare:

205.   Butterfly Driver: Rianna lives in a slum, but is an educated, devoted mother; while Benni is beautiful, hopeful, but disappointed with the men around her. [**Exhibit A p. 52**].

206.   Elysium : Frey lives in a slum, but is an educated, tough and devoted mother –also beautiful hopeful and disappointed with the men around her [**Exhibit B p. 75**].

207.   Butterfly Driver: the writer hints at an attraction between Benni and Arlo, but no romance occurs, as it would undermine the story's urgency. [**Exhibit A p. 52**]

208..   Elysium : Max is attracted to Frey, but no romance occurs. [**Exhibit B pp. 15, 75**]

- **(2) Jerry v Kruger**:

209.   Although Elysium's "KRUGER" is evil and Butterfly Driver's JERRY Matthiessen is good, they have a few important things in common:

210.   **(A)** JERRY and KRUGER are both sent to apprehend the hero by a high ranking official.

211.   **(B)** Butterfly Driver: when superiors ask agent Jerry Matthiessen to find Arlo, Jerry bargains For health care for his son, before accepting the mission. [**Exhibit A pp. 25, 45**]

212.   Elysium : when his superior asks special agent Kruger to apprehend Max, Kruger bargains for a mansion and more, before accepting the mission. [**Exhibit B pp. 56, 57**]

- **(3) Drexler v Kruger** :

213.   **(D)** In Butterfly Driver, the villain, Drexler, is extremely strong and doesn't age because he was reprogrammed (without myostatin) [**Exhibit A p. 36**]. Drexler refers to himself as "immortal", perhaps suggesting he feels superior to regular humans. [**Exhibit A p. 99**]

214.   In Elysium, the villain, Kruger possesses "immense strength" and does not age from re-

atomizing. [**Exhibit B p. 20**]. Kruger calls the humans on Earth "humans" and "peasants", suggesting he thinks he and Elysians are superior to regular humans.  [**Exhibit B pp. 57, 67, 91**]

- **(4)  Dylan v Spider**:

215.   The Defendants' character "SPIDER" bears a striking resemblance to the Plaintiff's character, "DYLAN". Compare:

216.  In <u>Butterfly Driver</u>, "Dylan" runs an underground base with flight path monitors on the walls. He sometimes transports immigrants. <u>He is disabled: missing an arm</u>.  [**Exhibit A p. 7**]

217.  In <u>Elysium</u>, "Spider" runs an underground base, with flight path monitors on the walls. He transports immigrants. <u>He is disabled: a paralyzed leg</u>.  [**Exhibit B p. 36**]

- **(5)  Matty v Matilda:**

218.  Elysium's character, "Matilda" (who infringes on Plaintiff's character, "Franny") also bears striking resemblance to the Plaintiff's character "MATTY". Compare:

219.  <u>Butterfly Driver</u>: "Matty" is Jerry's sick 9 year old son. He is dying of a respiratory disease. He wants to be healthy and get out of his air chamber.  [**Exhibit A  p. 44**]

220.  <u>Elysium</u> : "Matilda" is 6 and dying of Leukemia. She is the daughter of Frey, Max's childhood sweetheart. Matilda wants to be healthy and get out of the hospital.  [**Exhibit B p. 66**]

221.  The fact that "Matilda" is the feminine form of "Matty" is somewhat curious.

222.  SUMMARY:  Paragraphs **164-221** provide many further examples and evidence of the Defendants' infringement of the Plaintiff's copyright protected screenplay, Butterfly Driver, and greatly expand a pattern of similarity.

## <u>MINOR SCRIPT INFRINGEMENT:</u>

223.  **(A)**      Guards beat Arlo unnecessarily.[Exhibit A: 30]

Police beat Max unnecessarily. [Exhibit B: p 8, bottom]

224.  **(B)**      <u>Butterfly Driver</u>: the final battle and chase on Uberopolis, Arlo runs through doors that take the fight under the metal city floor.  [**Exhibit A p. 101**]

<u>Elysium</u>: the final battle and chase on Elysium, Max goes through a hatch that takes the fight under the metal city floor. [**Exhibit B pp. 110-112**]

225.  **(C)**      <u>Butterfly Driver</u>: Arlo's best friend is killed by a state bounty hunter. [**Exhibit A p. 10**]

<u>Elysium</u>: Max's best friend is killed by state assassin, Kruger. [**Exhibit B p. 64**]

227. **(D)**   <u>Butterfly Driver</u>: the massive climax battle causes chaos among civilians, and causes

security officers to evacuate as alarms blare.  [**Exhibit A p. 105**]

<u>Elysium</u>: the massive climax battle causes chaos among civilians, and causes security

officers to evacuate as alarms blare. [**Exhibit B p. 110**]

228**. (E)**   <u>Butterfly Driver</u>: "Arlo touches the handgun to the teen's mouth, as if asking him to

hush." [**Ex A, p 46, line 21**]

<u>Elysium</u>: "Kruger silences her by putting his finger on her lip." [**Ex B: p 88, line**

229. **(F)**   <u>Butterfly Driver</u>: remote cameras track Arlo. [**Exhibit A pp. 98, 103, 107**]

<u>Elysium</u> : remote cameras track Max [**Exhibit B pp. 80, 90**]

230.    Paragraphs 223-229 provide further examples and evidence of the Defendants' infringement

of the Plaintiff's copyright, and expand a pattern of similarity.

## <u>ELYSIUM'S INFRINGEMENT OF UBEROPOLIS: CITY OF LIGHT</u>

- **70% In Poverty, 20% Face Starvation, Gross Overpopulation**

231.   A radio voice says, "And today experts announced that the world population topped the

21 billion mark. With 65 percent of them living in poverty, primarily in the unsecured

zones..." Later, Drexel explains, **"…**The zones have bred beyond capacity. Poverty is at

70 percent, starvation is at 20 percent,"[**Exhibit X: UBER, p 74, 53**].

\*Elysium, of course, borrows these circumstances.

- **A Higher Race**

232.   Elysium's elite believe they are almost a different race from the poor on Earth. This too was

taken from the Plaintiff's work, articulated when Drexler tells Arlo, Uberopolis is: "<u>A reminder of</u>

<u>what we'll be when your kind is gone and we reclaim our Earth</u>**." [Exhibit Y, UBER p 91]**

- **The Warden**

233.   BOTH STORIES feature a prison warden character. But the Plaintiff's hero, Arlo, was an

adult, in prison, when he encountered <u>Warden Arnold</u>.  [**Exhibit Z: UBER p 33]. However**, the

Defendant's hero, Max, encountered his "**Warden**" in a flashback to when he was about 11 years old,

in juvenile detention center. [**Exhibit B, p 119**]. Even this character is likely inspire by Butterfly

driver, as children's detention centers don't have "Wardens"; they have "Directors"

## INTERNET / MULTI-MEDIA INFRINGEMENT

234.   The Plaintiff, showed the science, social and political history behind his world,. The Defendants eliminated the social and political history from their script and film, but included this information on the official Elysium website. These details further infringe on the Plaintiff's "Butterfly Driver"; listed below:

**(A)     The Richest Man In The World –Who Owns Three Businesses**

235.   In <u>Butterfly Driver:</u> the villain, Drexler, is directly responsible for creating Uberopolis. He is the richest man in the world and owner of the most profitable company ever -Drexler Industries. Drexler Industries makes its fortunes from 3 enterprises: 1) HEALTH & MEDICAL; 2) REAL ESTATE (homes on Uberopolis);  3) its media company.

236.    In <u>Elysium</u>  the evil character Carlyle is directly responsible for creating Elysium. He is the CEO of Armadyne Corp. Armadyne is the most profitable company ever. Armadyne makes its fortune from 3 enterprises: 1) HEALTH & MEDICAL COMPANY;2) REAL ESTATE (Elysium); 3) his robotics products. (http://www.armadyne.net/company/leadership.php )

**(B)     Population of Satellite World**

237.   <u>Butterfly Driver:</u> : When the second half of Uberopolis is completed it will support 300,000 citizens.  **[Exhibit A p. 4]**

238.    The official <u>Elysium</u> website says Elysium has a maximum capacity of 251,200 citizens – approximating Uberopolis's capacity. (<u>http://www.welcometoelysium.com/</u>) "The current Elysium torus can support a population of 251,200 humans."

**(C)     Immigration IQ Testing**

239.    In <u>Butterfly Driver:</u>, immigration into the state costs tens of thousands of dollars. But only citizens who pass an intelligence test can vote.  **[Exhibit A pp. 12, 84].** On the <u>Elysium</u>  official website, it is revealed that legal immigration requires an IQ test. The website includes an IQ test site visitors can take.  http://www.itsbetteruphere.com/

**(D)     Business Centered World Government**

240.   In "<u>Butterfly Driver:</u>" the government of Uberopolis also governs Earth, from Uberopolis, and

1    it is a corporate, business centered world government.

2    241.   The official <u>Elysium</u>  website establishes that the government of Elysium also governs the

3    Earth. It is a business centered world government, governed by The Elysium Corporate Authority.

4    ( http://www.armadyne.net/#../company/about.php).

5           **(E)    Transplant Organs Available On The Satellite World**

6    242.   On Elysium's website you learn synthetic transplant organs are available on Elysium. This too

7    was taken from the Plaintiff's work, where transplant organs are readily available –if you can afford

8    them. **[Exhibit AA, UBER pp 19, 34, 77].** After the initiation of this lawsuit, Sony, apparently,

9    deactivate the Armedyne page from the Elysium website. But parts of it can still be seen here:

10   https://web.archive.org/web/20130730084706/http://www.armadyne.net/products/healthcare.php

11   243.   Paragraphs 223-242 provide further examples and evidence of the Defendants' infringement

12   of the Plaintiff's copyright interest in his protected work, Butterfly Driver.

13               **MARKETING INFRINGEMENT**

14            **The Official Marketing Synopsis/ Logline**

15   244.   The synopsis is a filmmaker's foremost marketing tool.  In 2010, the Plaintiff posted

16   an updated Butterfly Driver investor logline synopsis online, **[See Exhibit V]** archived Aug. 6th,

17   2010, at:  http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html .

18   The Defendants synopsis seems patterned after that synopsis written by the Plaintiff's. Compare:

19   245.   "**BUTTERFLY DRIVER** (Synopsis/ Logline)**:  In** 2144 Earth is grossly overpopulated, with

20   95% of the population living in poverty, while the elite .01% live on the giant man made luxury

21   satellite, Uberopolis. Against this backdrop, in some anonymous slum, legendary soldier -and world's

22   most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she

23   receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of

24   Uberopolis, pursued by every bounty hunter on Earth".

25   246.   **ELYSIUM** (Synopsis-Logline): "In the year 2154, two classes of people exist: the very

26   wealthy, who live on a pristine man-made space station called Elysium, and the rest, who live on an

27   overpopulated, ruined planet. The people of Earth are desperate to escape the crime and poverty that is

28   now rampant throughout the land. The only man with the chance to bring equality to these worlds is

Max (Matt Damon), an ordinary guy in desperate need to get to Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but if he succeeds, he could save not only his own life, but millions of people on Earth as well."

### SUMMARY: Marketing Infringement

247.    The Defendants' synopsis only mentions aspects infringed on from the Plaintiff's work -no mention of robots, exoskeleton suits, or high-tech guns, as they are insubstantial, and added only to disguise the infringement.  The Defendants' synopsis follows the Plaintiff's synopsis structure. Mention, first, the year, then the class division, then the satellite world, followed by plot details. On IMDB's top 200 science fiction films, of the future-set non-time-travel films, only "Elysium" and "Children Of Men", include the setting year in their synopsis, just as the Plaintiff.

248.    Paragraphs 1-247 show the Defendants' marketing synopsis, and virtually every aspect of their screenplay and film, Elysium,  infringes on the Plaintiff's copyright protected screenplay, "Butterfly Driver" and its earlier derivations under the name "Uberopolis: City of Light".

### CONCEALING INFRINGEMENT

249.    Late May 2013, the Plaintiff contacted about 40 attorneys (including the Defendants' Counsel: Kinsella, Weitzman, Iser, Kump & Aldisert, LLP, (K.W.I.K.A. Law) providing, via email, many case details. **[See Exhibit BB]**. A few attorneys declined due to a "conflict of interests". KWIKA Law did not respond.

250.    The Plaintiff believes, in May or early June 2013, the Defendants were informed of the immanent suit, giving them two months to re-edit portions of the film. The Plaintiff suspects this because the Defendants' script calls for four headaches, yet the film shows only three. And the 3 surviving headaches were inexplicably short; and all missing the special effects described in the script. The "epileptic white static", the "blast of static pain", the "searing white light", and the "white hot flash of cerebral pain..." are all missing, as if someone tried to edit out the headaches, but couldn't make the scene work without a pinch of the headache footage. Defendant, Neill Blomkamp, is a special effects master. Every special effect in his film is executed as described -except the headaches. The Plaintiff contends the Defendants removed one headache, and  attempted to remove the others, but could not,

1    due to  insufficient coverage film footage.

2                        **DEFENDANTS' SET SECRECY**

3    251.   Defendants efforts to hide their infringement began long before the film was released. While

4    making Elysium, the Defendants implemented measures of extreme secrecy -to keep the Plaintiff

5    unaware his work was being misappropriated. In pre-production, the Defendants would not permit

6    actors to see a script, or review their lines before auditioning. Cast and crew members were not

7    permitted to reveal any story details, or take a script home. Legendary actress, Jody Foster, star of

8    Silence of The Lambs (the film with, perhaps, the most surprise scene ever), says she had never seen

9    such secrecy. **[See Exhibit CC]**.

10                        **DEFENDANTS' PROFITS**

11    252.   As of  December 16th, 2013, Elysium had earned over $286,000,000, worldwide, against a

12    cost of 115,000,000; amounting to profits of $161,000,000 (not include online, TV, or DVD sales).

13    The Plaintiff believes each Defendants' fees, royalties, salaries, or other "expenses" received for any

14    service they provided in the infringement (including fees for writing, directing, producing, facilities,

15    rights, etc.) must be deducted from costs and counted as profit.

16                      DEFENDANTS' BUSINESS ETHICS CONCERN

17    253.    On May 14th, and June 11th 2013, billionaire investor, Daniel Loeb, CEO of Third Point,

18    LLP, Sony's largest shareholder (7%), wrote an open letter to Sony's President, Kazuo Hirai, asking

19    Hirai to make Sony Pictures Entertainment (Defendant) a partially publically traded company because

20    it lacks transparency, accountability and discipline. **[See Exhibit DD]**. Other articles criticize Sony

21    picture for not implementing the same accounting methods for their film production as propounded in

22    their investment business plans. Mr. Loeb's letter initiated an investor conference,  November 2013,

23    and a budget slashing of $100,000,000 at Sony Pictures.

24                      **PERSONAL DAMAGES AND INJURY**

25    254.   The Plaintiff's "Butterfly Driver" is a tight, thoughtful work, cultivated  from the American

26    experience of a Californian, transplanted to an immigrant community in New York City's Washington

27    Heights, with his young asthmatic son, during the events of 911; forged from first-hand perspective of

28    the failures of American (then broken) healthcare system –and as a life-long witness to the wrenching

divide engendered by America's unique immigration history and issues.

255.   Conversely, the Defendant(s)'s "Elysium" lacked any authenticity of feel, and is marred by story flaws and the collision of thoughtful and absurd ideas; lacking character depth, story consistency –and any basic science understanding (e.g., using turbine engines for space travel; a satellite mass eight times to small -and diameter half the size- required to contain its own atmosphere, etc.).

256.   The Defendants' film promulgated conspicuously racist views; such as their vision of a future where Latinos have amassed no wealth and (in the Defendants' eyes) have no work ethic -as seemingly all Latinos in their film and script, wish to illegally enter a space world, where no jobs are offered, so they can illegally live in mansions, get free health care, and not work. These flaws and offensive views made Elysium one of Slate Magazine's Worst Movies of 2013.

257.   As a consequence of the Defendants' infringement, and their offensive views, the Plaintiff's' reputation may be permanently damaged by the ignominious association with the Defendants' infringing work. The Defendants' infringement makes it much harder for the Plaintiff to approach the filmmaking establishment for support on future works, as Sony Pictures Ent., Inc. also owns Columbia Pictures, and fellow Defendant, TriStar Pictures.

258.   The Defendant's infringement makes it impossible for the Plaintiff to market his screenplay, as there is no room in the film market for two films about a poor man living in the future ruins of an impoverished Earth, who needs to get to a satellite world for the super-rich, etc. As affirmed by LEWIS GALOOB TOYS, INC.v. NINTENDO OF AMERICA, INC., 964 F.2d 965 (9th Cir. 1992) Judge FARRIS [Cite: The Supreme Court specifically affirmed finding that the motion picture adaptation "impinged on the ability to market new versions of the story." Stewart, 495 U.S. at 238]

## COUNT ONE

## Copyright Infringement Under 17 U.S.C. §§ 101 et seq.

259.   Plaintiffs incorporate by reference the foregoing allegations, as if fully set forth herein.

260.   The Plaintiff is the writer of his screenplay, Butterfly Driver. Butterfly Driver is an original screenplay, copyrightable under the Copyright Act, The Plaintiff has a valid Copyright to his work. As such, per Title 17 U.S.C. §§ 101. et seq., the Plaintiff has the exclusive right to reproduce, distribute, perform, display, license, and to prepare derivative works based on the copyrighted work.

261.   The Plaintiff alleges that the Defendants' screenplay and film Elysium are derived from unauthorized misappropriation of the Plaintiff's work, Butterfly Driver; and infringes on the Plaintiff's copyright; in violation of Title 17 U.S.C. §§ 101. et seq.

262.   Pursuant to 17 USC § 106, in making derivatives, reproducing, distributing and  displaying publicly their film, "Elysium" (based on their screenplay, Elysium), which infringes on the Plaintiff copyright protected Butterfly Driver, the Defendants violated the Plaintiff's exclusive rights of under Title 17 U.S.C. §§ 101. et seq.

263.    The Plaintiff alleges the Defendant's willfully committed the infringement of the Plaintiff's work for purposes of commercial advantage and/or private financial gain.

264.    On information and belief, The Plaintiff alleges that, as a result of the Defendants' infringement of the Plaintiff's copyright protected work, Butterfly Driver, the Defendants have realized and continue to realize profits, rightfully belonging to the Plaintiff. As of October 1st, 2013, Elysium had earned over $286,000,000 million, against a cost of $90 to $115,000,000. Earning profits in excess of $161,000,000, and growing.

265.    The Plaintiff contends that the Defendant's screenplay and film, Elysium, bear "Substantial or Striking Similarity" to the Plaintiff's screenplay.

266.    The Plaintiff alleges each of the Defendants had discrete, widespread and convenient access to his work via Trigger Street (triggerstreet.com).

267.    Beyond the vast similarity, the Plaintiff contends: 1) the Defendants made obvious attempts to give the appearance of dissimilarity; 2) the plaintiff's work contains idiosyncratic elements repeated or emulated in the Defendants work; 3) uniqueness, and intricacy of sections of the Plaintiff's work are mirrored in the Defendants'; 4) the same mistakes occur in both works.

268.    The Plaintiff  alleges the Defendants' screenplay and film specifically infringe on the heart of the Plaintiff's story, Butterfly Driver, comprising the Plaintiff's plot, characters, settings (satellite for the rich), hero's affliction headache, hero's keepsake necklace, hero's goal, themes, central conflict, catalyst, crisis, inciting incident, climax-twist, idiosyncratic elements, resolution, future vision,  more.

269.    The Defendant's infringement is so extensive that when the Plaintiff's infringed content is extracted from Elysium there is no story left to market -all that remains are robots, two exoskeletons,

some high-tech guns, and the hero's new backstory; all of which are simply "add-ons", added to disguise infringement –and are not connected to the central story.

## COUNT TWO

### Contributory Copyright Infringement Under 17 U.S.C. §§ 101 et seq.

270.   Plaintiffs incorporate by reference the foregoing allegations, as if fully set forth herein.

271.    Contributory copyright infringement occurs when a defendant, acting with knowledge of the infringement, either intentionally induces a third party to infringe on a person's copyright, OR otherwise indirectly, but materially, participates in or facilitates the infringement.

272.   Knowing, or reasonably suspecting that Neill Blomkamp's screenplay "Elysium" was an infringement of another artist's work, Defendant Media Rights Capital II, L.P., (MRC) the producer and financier of the infringing screenplay and film, "Elysium", hired Simon Kinberg to produce the film AND to help rewrite the infringing screenplay, hoping to better conceal the infringement.

273.    Intent to protect themselves from financial responsibility and legal accountability (should the actual copyright owner take legal action against them), MRC entered into numerous contracts with various artists, agents, producers and distributors under many different subsidiary business names.

274.   Knowing, or suspecting, the film was an infringement of another artist's work, MRC induced other studios, actors, producers, distributors, agents, etc., to participate in the infringing conduct of making derivatives, distributing, displaying, etc., with the intent to make profit, under various subsidiaries names to protect the parent company from financial responsibility and reputational harm.

## COUNT THREE

### Vicarious Copyright Infringement Under 17 U.S.C. §§ 101 et seq.

275.   Plaintiffs incorporate by reference the foregoing allegations, as if fully set forth herein.

Vicarious copyright infringement occurs when a defendant had the right and ability to control the infringing activities and had a direct financial interest in such activities. It is not necessary for a defendant to be aware of the infringing activity to be guilty of vicarious infringement; only that they had the right to control the activity, AND have a financial interest in the activity.

276.   With the exception of Neill Blomkamp (who is believed to be the direct infringer), all of the Defendants had the right and the ability to control the infringement.

277.   Upon information and belief, all of the Defendants had a financial interest in their infringing product, and have realized substantial profits from their activity related to Elysium.

**PRAYERS FOR RELIEF**

278.   WHEREFORE, the Plaintiff asks the Court to enter judgment in his favor, and against Defendants, ON ALL COUNTS, and grant the Plaintiff the following relief:

279.   1.) ON ALL COUNTS, declare that the Defendants' unauthorized conduct violates the Plaintiff's rights under the Federal Copyright Act;

280.   2.) ON ALL COUNTS, pursuant to Title 17 USC § 503(b) the Plaintiff requests The Court order the end of production and distribution, and the impounding and destruction of all original recordings and all copies of the Defendants' film "Elysium", in all formats (DVD, CD, film, digital, etc), and order the impounding and destruction of all derivatives (video games, soundtracks, etc.);

281.   3.) ON ALL COUNTS, as per Title 17 USC § 504(a)(b) the Plaintiff seeks Actual Damages;

282.   4.) Such other and further relief as the Court deems just and proper;

283   5.) For costs of suit herein;

284.   6.) For reimbursement to Plaintiff of attorneys' fees, as provided by law;

285.   7.) ON COUNT ONE, pursuant to Title 17 USC § 506(a)(1)(A), as the Defendants' actions were willful and for purposes of commercial advantage, the Plaintiff asks the Court to hold the Defendant(s) criminally accountable as provided under section 2319 of Title 18.


Dated: July 18th, 2014


Respectfully submitted, By:   /s/  Steve Wilson Briggs

Steve Wilson Briggs
Pro Se Plaintiff
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com