**[PROSOSED] ORDER**

The Court has considered the Plaintiff's **SECOND NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT.**

Finding that good cause exists the Motion is **<u>GRANTED</u>**.

IT IS SO ORDERED.

DATED: July _____, 2014

Signed, _____

**UNITED STATES DISTRICT JUDGE**
**PHYLLIS J. HAMILTON**