1

2                                    **[PROSOSED] ORDER**

3

4

5          The Court has considered the Plaintiff's **MOTION FOR SUMMARY JUDGMENT;**

6   **MEMORANDUM AND POINTS OF AUTHORITY IN SUPPORT THEREOF**.  And finds

7   that  there is no genuine dispute as to any material fact. Therefore the movant, the Plaintiff, is

8   entitled to judgment as a matter of law."

9          The facts and evidence are clear and tip decisively in the Plaintiff's favor, surpassing the

10  standards of "a preponderance of evidence" and "clear and convincing evidence"; leaving no

11  question of fact remaining to resolve by the evidentiary standards at trial, and leaving no doubt that

12  the Plaintiff would prevail by those standards.

13

14

15         Finding that good cause exists the Motion is **GRANTED**. Finding for Plaintiff.

16

17             IT IS SO ORDERED.

18

19

20         DATED: August _____, 2014

21

22

23                              Signed,_____

24                                        **UNITED STATES DISTRICT JUDGE**
                                              **PHYLLIS J. HAMILTON**

25

26

27

28

                                          - 1 -