# 2006 Slamdance Screenplay Competition Quarterfinalist Announcement!

From: **John Stoddard** (screenplay@slamdance.com)
Sent: Tue 8/29/06 8:59 PM
To:  John Stoddard (screenplay@slamdance.com)

Gentle Writer,

Thank you for participating in the 2006 Slamdance Screenplay Competition. We
received over 2,000 submissions this year. Please visit the Slamdance
website for an entire list of the top 200 quarterfinalists:
www.slamdance.com/screencomp/winners.asp

Unfortunately the screenplay that you submitted did not make it to the
final
rounds of consideration in our Competition. In the event that you
submitted
multiple entries, unless you receive notification of quarterfinalist
status
for a different entry, this letter may apply to everything you
submitted.
If you resubmitted a version of your screenplay that made the
quarterfinals,
this letter may apply to an earlier draft.

We continue to hone our online application process and corresponding
online
feedback and coverage. If you haven't already, please visit
www.slamdance.com/screencomp and sign onto the website using your
username
and password to review feedback. If there is any missing coverage or
feedback, please alert the Slamdance office immediately by e-mail:
coverage@slamdance.com

For those that requested coverage, a new feature added midseason this
year
includes a scoring function allowing you to rate your satisfaction with
the
feedback on a scale of 1-10. If you have not already, please return to
the
Slamdance website, review your coverage, and provide a score. This will
allow us to further hone our coverage service.

We would very much appreciate any feedback you can provide on your
experience with this year's competition. For any delay in coverage or

feedback we apologize. You can trust that every screenplay was thoroughly
read and considered for the competition, and that any missing feedback or
coverage does not mean your script fell through the cracks. It simply means
there is a glitch in the system that we now have to rectify. Also keep in
mind that the number of responses to your screenplay does not represent the
complete amount of consideration that went into the decision-making process
regarding your submission.

Please e-mail screenplay@slamdance.com with your feedback and comments. You
can always resubmit in 2006 based on the feedback provided for a discounted
price. We begin accepting submissions in November 2006. Our 2006 Teleplay
Competition is currently accepting online applications. Please visit
www.slamdance.com/teleplay for more information. If you have any interest in
writing Horror, we are accepting applications for a brand new Horror
Screenwriting Competition. The submission deadline is October 31, 2006 visit
www.slamdance.com/screencomp/horror for more information.

Thank you for choosing Slamdance.

Sincerely,

John Stoddard
Screenplay Competition Director