# TriggerStreet.com Review Notification (Friday, March 2, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sat 3/03/07 1:05 AM
To: birdynumnum (birdynumnumz@hotmail.com)

```
----------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Friday, March 2, 2007
----------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at TriggerStreet.com. In our attempt to deliver you the best possible user experience, our system returns running stats. By following these nightly updates you can keep track of your uploads - when they have been reviewed, where your short film is being ranked, and who is responding to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com

```
----------------
BUTTERFLY DRIVER
----------------
```

Written By: Steve Wilson Briggs

Total Reviews: 1
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "REVIEW OF BUTTERFLY DRIVER" (reviewed by Myriads In Blue Ascending)

----

If you would like to stop receiving review notification alerts, please log-in to http://www.triggerstreet.com/ and select "My Trigger Page" from the main navigation. Once there, select edit account on the top left of
the page to edit your settings.

----

# TriggerStreet.com Review Notification (Saturday, March 3, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Sun 3/04/07 1:02 AM
To:   birdynumnum (birdynumnumz@hotmail.com)

```
----------------------------------------
TRIGGERSTREET.COM REVIEW NOTIFICATION
Saturday, March 3, 2007
----------------------------------------
```

Dear TriggerStreet User:

This nightly update charts upload and review activity at TriggerStreet.com. In our attempt to deliver you the best possible user experience, our system returns running stats. By following these nightly updates you can keep track of your uploads - when they have been reviewed, where your short film is being ranked, and who is responding to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to:
http://www.triggerstreet.com

```
-----------------
BUTTERFLY DRIVER
-----------------
```
Written By: Steve Wilson Briggs

Total Reviews: 2
Reviews Today: 1
Total Views: 9
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Review of BUTTERFLY DRIVER" (reviewed by f chong rutherford)

----------------------------------------------------
If you would like to stop receiving review notification alerts, please log-in to http://www.triggerstreet.com/ and select "My Trigger Page" from the main navigation. Once there, select edit account on the top left of
the page to edit your settings.
----------------------------------------------------

# TriggerStreet.com Review Notification (Tuesday, March 6, 2007)

From: **TriggerStreet Dispatcher** (dispatcher@triggerstreet.com)
Sent: Wed 3/07/07 1:02 AM
To: birdynumnum (birdynumnumz@hotmail.com)

---

TRIGGERSTREET.COM REVIEW NOTIFICATION
Tuesday, March 6, 2007

---

Dear TriggerStreet User:

This nightly update charts upload and review activity at TriggerStreet.com. In our attempt to deliver you the best possible user xperience, our system returns running stats. By following these nightly updates you can keep track of your uploads - when they have been reviewed, where your short film is being ranked, and who is responding to the reviews that you may have already posted.

So get connected, and stay connected. All you have to do is log-in to: http://www.triggerstreet.com

---

BUTTERFLY DRIVER
---

Written By: Steve Wilson Briggs

Total Reviews: 3
Reviews Today: 1
Total Views: 10
Screenplay Ranking: Review minimum currently not met.

New Review:
* "Butteryfly Driver Review" (reviewed by filmsnoir)

---

If you would like to stop receiving review notification alerts, please log-in to http://www.triggerstreet.com/ and select "My Trigger Page" from the main navigation. Once there, select edit account on the top left of the page to edit your settings.

---