Case 4:13-cv-04679-PJH   Document 63-12   Filed 07/30/14   Page 1 of 1



◀ Back to Article    🖨 Click to Print



**Monday, Aug. 23, 2004**
# Triggerstreet.com
By MARYANNE MURRAY BUECHNER

A place for aspiring filmmakers and screenwriters to get feedback on their work and, possibly, some exposure within the industry. Register, upload your masterpiece and subject it to the scrutiny of thousands. The site hosts its own festivals; judges include industry heavyweights like Danny DeVito and Cameron Crowe. You'll need RealOne player and QuickTime to watch the shorts; if you don't already have these free programs, the site provides links to where you can download them.

🖨 Click to Print

**Find this article at:**
http://content.time.com/time/specials/packages/article/0,28804,2012560_2012537_2012506,00.html

Copyright © 2014 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

Privacy Policy   |   Add TIME Headlines to your Site   |   Contact Us   |   Customer Service