# Online Festivals Nurture Film

Jason Silverman ✉ 01.15.04

In the late 1990s, a half-dozen online film companies -- each promising to revolutionize movie viewing -- were among the noisiest participants at the Sundance Film Festival.

A few years later, the revolution has stalled. Most online film channels have disappeared (Steven Spielberg's Pop, AntEye, Digital Entertainment Net, Scour and Pseudo), with some changing direction (Eveo is now a purveyor of rich media). The two leaders, AtomFilms and IFilm, have settled into relatively mellow maturity.

But online film festivals, an offshoot of the commercial film channel, are stepping up to fill the void. The Sundance Online Film Festival, in its fourth year, has launched its biggest and most ambitious program to date. Anarchy, the monthly online film contest produced by Slamdance, has seen a steady rise in submissions. And TriggerStreet.com is becoming an increasingly high-profile site for aspiring filmmakers and screenwriters.

All three will present films in Park City, Utah, during the 2004 Sundance Film Festival, which runs Jan. 15 to 25.

At least in terms of hype, online festivals remain poor cousins to brick-and-mortar film fests. But John Cooper, the director of programming at the Sundance Film Festival, points out that more viewers now see shorts online at the Sundance Online Film Fest, or SOFF, than at the festival in Park City. More than 600,000 unique visitors came to the SOFF site in 2003, each watching, on average, four films.

Cooper has made an effort to embed the 2004 SOFF within the physical festival. Films from the online fest will play at a digital theater in Park City and, for the first time, five short films from the physical festival will be posted at the SOFF site. Cooper hopes in the next few years to make all Sundance shorts available online.

"The filmmakers spend their festival running around, asking people, 'Will you see my film?'" he said. "It's impossible for industry executives to see all of this material, but with all of the films online, everyone will have their chance to see everything."

Cooper said the number of submissions for Web-based work rose to more than 200 this year from about 10 for the 2001 SOFF. The 2004 online fest includes 30 works, including live-action and animated films and a New Forms Gallery. SOFF, for the first time, has a $10, all-you-can-watch admission fee. Cooper predicts the number of Web-based movies will continue to increase as a new generation embraces digital tools.

"When I was in high school, I hung out in art class and worked at a potter's wheel," Cooper said. "But if I was a kid now, I'd be sitting at a computer. Young filmmakers are more likely to use Flash than film -- that's the technology they know. I didn't want to let the work of this whole new generation go untapped and unnurtured."

Nurturing is also the goal for TriggerStreet.com, initially created as a way for Oscar-winning actor Kevin Spacey to cope with the burgeoning number of short films and scripts that people tried to hand him at coffee shops.

TriggerStreet's online festivals are designed to promote these aspiring filmmakers and screenwriters. Scripts and shorts uploaded to the site are critiqued by other members of what President Dana Brunetti called the "TriggerStreet community" -- the site's 100,000 members.

Several times a year, the top-rated films move from cyberspace to a festival theater, where a jury of entertainment professionals picks a winner. The whole process, according to Brunetti, has a festive feel.

"Once we announce the festival, there are a lot of hoots and hollering in the message boards," Brunetti said. "And people get excited when a new movie arrives and starts moving up in the rankings -- it's the same kind of buzz you might get at Sundance: 'You've got to see *The Station Agent*.'"

On Jan. 22, a panel including actors Kate Bosworth and Billy Bob Thornton, *Finding Nemo* director Andrew Stanton and hip-hop artist Q-Tip will select a new TriggerStreet short-film champion from 10 finalists.

Commercial film channels have recognized the appeal of online festivals -- traffic has spiked for each of the first two Star Wars Fan Film Awards, produced by Atom and Lucasfilm.

As Shane Kuhn of Slamdance points out, all of these festivals are basically jockeying for position, waiting for average folks to be able to download high-quality video to their computers. Once that happens, Kuhn said, the established online festivals will become key outlets for alternative cinema.

"Anarchy is still a grass-roots operation, not a moneymaker," he said. "But it will eventually become a much bigger part of Slamdance's future. Someday, Anarchy, with its global reach, will probably dwarf Slamdance's physical events."