DAVID
I feed him here everyday at lunch time... This crap isn't fit for human consumption.

Arlo looks at his sandwich meat, then dumps it to the dolphin, too.

DAVID
I hear they have hundreds of different kinds of fish in there. The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything up here.

ARLO
You're like an encyclopedia.

David smiles faintly. Arlo notices a scar on Spike's nose.

ARLO
What's that scar on Spike's nose?

DAVID
I dunno -a beauty mark.

David pats Spike's nose.  Arlo bends over and gives spike a pat, too.

Arlo stands up, then unexpectedly drops to his knees and grabs his head with both hand, in pain.

ARLO
GGGRRRR!

DAVID
What's wrong?!

Arlo's eyes roll back for a moment. Arlo growls louder:

ARLO
AAAAHHHH!

David watches in shock, then bends over and places a hand on Arlo's shoulder. After a moment Arlo's body relaxes again, as the horrible pain subsides.

DAVID
Opthalmodynia?

Arlo raises his head, his nose is now bleeding, and nods.

ARLO
I get headaches sometimes.

DAVID
Ice picks.

Arlo nods again.

CUT TO:

INT. UBEROPOLIS WORK ZONE -MODULAR WORK BARRACKS -- LATER

At the end of the work day, Arlo and a group of about 100 other prison workers in his work party -all wearing orange work suits- enter a large modular barrack. Arlo walks into a break area and drinks down a glass of water. A man in a gray jump suit (the prison work warden) approaches Arlo.

ARLO
Excuse me, Warden!  I haven't called home in a month. Can I get a call card to tell my wife about my court date?

WARDEN ARNOLD
Sure.

The warden reaches into his pocket and gives Arlo a a credit card sized card.

ARLO
Thanks.

WARDEN ARNOLD
Sure thing.

Warden Arnold walks away.  Arlo pours another glass of water and walks into his cell-room.

INT. ARLO'S CELL-ROOM -- MOMENTS LATER

Arlo's room-mate, Mick, is in the barrack room too, on the top bunk watching TV. Arlo and Mick nod politely at each other as Arlo proceeds to change his clothes in the small room.  As he does, he listen's to a broadcast on Mick's TV.

MALE BROADCASTER'S VOICE ON TV