Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP (AKA MEDIA RIGHTS CAPITAL, & MRC), and QED INTERNATIONAL<br><br>Defendants | Case No.: CV 13-4679 PJH<br><br>**DECLARATION OF DENNIS WILSON, WITNESS FOR THE PLAINTIFF** |

**DECLARATION:**

I, Dennis Wilson, have been asked to provide this declaration by Plaintiff, Steve Wilson Briggs.

I am Steve Wilson Briggs' (step)father and a civil engineer, serving Sonoma County.

In 2005, my son, Steve Wilson Briggs, gave me a copy of his screenplay, "Uberopolis: City of Light", which he later retitled "Butterfly Driver". Upon receiving this screenplay, in 2005, I read the entire screenplay.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date): 7/20/2014.

Signed: : _DWilson_

---

DECLARATION OF DENNIS WILSON, WITNESS FOR THE PLAINTIFF

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL<br><br>Defendants | Case No.: CV 13-4679 PJH<br><br>**DECLARATION OF SARA WILSON, WITNESS FOR THE PLAINTIFF** |

### DECLARATION:

I, Sara Wilson, have been asked to provide this declaration by Plaintiff, Steve Wilson Briggs.

I am Steve Wilson Briggs' stepmother and a retired teacher, formerly serving Sonoma County.

In 2005, my stepson, Steve Wilson Briggs, gave me a copy of his screenplay, "Uberopolis: City of Light". Upon receiving this screenplay, in 2005, I read the entire screenplay.

In 2007, after he revised and retitled his screenplay "Butterfly Driver", Steve Wilson Briggs, gave me a copy of this revised and retitled screenplay. Upon receiving his revised and retitled screenplay in 2007, I promptly read the entire screenplay.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date): 7/20/14 .

Signed: :  *Sara Wilson*

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| STEVE WILSON BRIGGS | ) | Case No.: CV 13-4679 PJH |
|---|---|---|
| Plaintiff | ) | **DECLARATION OF TONY INWANE, WITNESS FOR THE PLAINTIFF** |
| vs. | ) | |
| NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP (AKA MEDIA RIGHTS CAPITAL, & MRC), and QED INTERNATIONAL | ) | |
| Defendants | | |

**DECLARATION:**

I, Tony Iwane, have been asked to provide this declaration by Plaintiff, Steve Wilson Briggs.

I am the Lead Naturalist/Project Specialist for Tree Frog Treks and Co-Directed of the independent film "The Amazing Mr. Excellent" with the plaintiff.

In 2008, Steve Wilson Briggs gave me a copy of his screenplay, "Butterfly Driver". Upon receiving this screenplay, in 2008, I read portions of this screenplay.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date): 7/20/14 .

Signed: :  _____

DECLARATION OF TONY IWANE, WITNESS FOR THE PLAINTIFF

1  Steve Wilson Briggs
   681 Edna Way
2  San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10 STEVE WILSON BRIGGS              ) Case No.: CV 13-4679 PJH
                                    )
11      Plaintiff                   ) **DECLARATION OF IVAN BRIGGS,**
                                    ) **WITNESS FOR THE PLAINTIFF**
12      vs.                         )
                                    )
13 NEILL BOMKAMP, SONY PICTURES     )
   ENT., INC., TRISTAR PICTURES, INC., )
14 MEDIA RIGHTS CAPITAL II LP,      )
   QED INTERNATIONAL                )
15                                  )
16      Defendants

17

18                              **DECLARATION:**

19      I, Ivan Briggs, have been asked to provide this declaration by Plaintiff, Steve Wilson Briggs.

20      I am Steve's brother and The Director of the Fine Writing Instruments Department at Bonhams

21 auction house, San Francisco.

22      In 2005, Steve Wilson Briggs sent me a copy of his screenplay, "Uberopolis: City of Light",

23 which I am informed he later retitled "Butterfly Driver". Upon receiving this screenplay, in 2005, I read

24 it promptly.

25      I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and

26 correct. Executed on (date): July 20, 2014.

27

28                         Signed: _____

DECLARATION OF IVAN BRIGGS, WITNESS FOR THE PLAINTIFF