KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
 mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
 gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II, L.P., and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>Defendants. | Case No. CV 13-4679-PJH<br><br>**DECLARATION OF NEILL BLOMKAMP IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 3, 2014<br>Time: 9:00 a.m.<br>Crtrm.: 3 |

## DECLARATION OF NEILL BLOMKAMP

I, Neill Blomkamp, declare as follows:

1. I am a Defendant in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am a writer and director of motion pictures. I am originally from Johannesburg, South Africa, where I lived for eighteen years before moving to Vancouver. As a teenager, I began pursuing 3D animation and design, which I studied further in film school.

3. Between 2004 and 2007, before I made my first feature film, I produced a series of short films. *Tetra Vaal* was a short film about a third-world robotic police force. *Alive in Joburg* was a faux documentary about extraterrestrials marooned in Johannesburg. *Tempbot* was a comedic short about a robotic worker. Each of these short films integrated computer animation with live action, a style for which I have become known.

4. My first feature film was *District 9*, which I wrote and directed. *District 9* was inspired by my short film *Alive in Joburg*. *District 9* tells the story of extraterrestrials who are marooned in South Africa when their spacecraft becomes disabled, and who are confined to a camp outside of Johannesburg called "District 9." The film explores themes of racism and segregation while telling the story of a lead character, who transforms into an alien after coming in contact with an extraterrestrial substance. *District 9* received an Oscar nomination for Best Picture, and I earned an Oscar nomination for Best Adapted Screenplay along with Terri Tatchell.

5. *Elysium* was the second feature film that I wrote and directed. I created *Elysium* in the same way I create my other films. I am a "visual" screenwriter and filmmaker, in that I start with visual concepts and build from there, which is what I did with *Elysium*. Before I wrote a screenplay for the film, I spent time thinking about and developing the visuals that I wanted to use in the film. During that process, for example, I reviewed several images of space stations, some of which were in the shape of a circular "torus," including a decades-old concept that I found known as the "Stanford torus." The idea of a utopian space station, which is referred to in *Elysium* as "Elysium" or "the torus," was inspired by these images.

1
4:13-CV-04679-PJH
DECLARATION OF NEILL BLOMKAMP

6. In addition to the visuals I wanted to use in *Elysium*, I also wanted to continue to explore in *Elysium* some of the themes from my earlier works, including the themes of racial and class segregation featured in *District 9*, and the notion of a robotic police force from my earlier films.

7. I have been informed that the plaintiff in this lawsuit wrote a screenplay, and that he accuses me of finding that screenplay on a website called triggerstreet.com and copying it in writing *Elysium*. That accusation is false and offensive.

8. Before this lawsuit was filed, I had never heard of the website triggerstreet.com. I never visited that website and have not to this day. I did not obtain a copy of the plaintiff's screenplay on that site or anywhere else. No one provided me with a copy of the plaintiff's screenplay, nor did anyone discuss plaintiff's screenplay with me or describe it to me in any way whatsoever. Nothing in *Elysium* was based in any way upon plaintiff's screenplay, which still to this day I have not read.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2014, at Vancouver, British Columbia, Canada.

_____
Neill Blomkamp