1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants
   NEILL BLOMKAMP, SONY PICTURES
7  ENTERTAINMENT INC., TRISTAR
   PICTURES, INC., MEDIA RIGHTS CAPITAL
8  II, L.P., and QED INTERNATIONAL, LLC

9

10            UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

12

13  STEVE WILSON BRIGGS,                    Case No. CV 13-4679-PJH

14            Plaintiff,

15     vs.                                  **DECLARATION OF JEFF ROVIN IN
                                            SUPPORT OF DEFENDANTS' MOTION
                                            FOR SUMMARY JUDGMENT**
16  NEILL BLOMKAMP; SONY PICTURES
    ENT., INC., TRISTAR PICTURES, INC.,
17  MEDIA RIGHTS CAPITAL, and QED           Date:      September 3, 2014
    INTERNATIONAL,                          Time:      9:00 a.m.
18                                          Crtrm.:    3
            Defendants.
19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **DECLARATION OF JEFF ROVIN**

I, Jeff Rovin, declare as follows:

1.      Unless stated on information and belief, I have personal knowledge of the following facts, and I could and would testify competently to these facts under oath.

2.      I have been retained by Kinsella Weitzman Iser Kump & Aldisert LLP on behalf of Defendants in the above-referenced action to conduct an analysis and to provide expert testimony concerning Plaintiff's allegation that the feature film *Elysium* is substantially similar to his screenplay entitled *Butterfly Driver*.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Jeff Rovin dated March 14, 2014 (the "Report").  I hereby incorporate by reference the Report as if fully set forth herein and adopt it as my testimony in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2014, at New York, New York.

Jeff Rovin

# EXHIBIT 3

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MEDIA RIGHTS
CAPITAL II, L.P., and QED
INTERNATIONAL, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. CV 13-4679-PJH |
| Plaintiff, | |
| vs. | **EXPERT REPORT OF JEFF ROVIN** |
| NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL, | |
| Defendants. | |

1

## I.   INTRODUCTION AND SUMMARY OF OPINION

I have been retained as an expert witness on behalf of Defendants Neill Blomkamp, Media Rights Capital II L.P., Sony Pictures Entertainment Inc., TriStar Pictures, Inc. and QED International LLC ("Defendants") in the matter of *Steve Wilson Briggs v. Neill Blomkamp, et al.*, Case No. 13-4679-PJH (N.D. Cal.) (the "Action").  My compensation is $500 hourly.

I have been asked to analyze and compare Plaintiff's unproduced dramatic screenplay *Butterfly Driver* (originally known as *Uberopolis: City of Light*) and Defendants' motion picture *Elysium* and to opine whether the common elements in the works, if any, are elements that are present in "prior art" literature and film. Stated another way, I have been asked to assess whether the elements in Plaintiff's screenplay which Defendants allegedly copied are common elements in prior works or are *scènes à faire*.

As discussed at length below, my opinion is that if *Butterfly Driver* and *Elysium* share anything it all, it is nothing more than a few bare ideas that could be described as similar only when viewed at the broadest, most general level of comparison.  All of the ideas that Plaintiff contends were copied, moreover, are ideas that are common in the prior art (literature, films, television, comic books)

especially in the science fiction genre, and that are expressed differently in the two works.

## II.    QUALIFICATIONS

I have supported myself entirely as a professional writer since 1971, from the age of nineteen.  I have written dozens of non-fiction and encyclopedic books on film history, fantasy and science fiction, spaceships, and pop culture.  Among my many books are *A Pictorial History of Science Fiction Films* (1975), the science fiction saga *The Transgalactic Guide to Solar System M-17* (1981), *The Laserdisc Film Guide* (1993), *Aliens, Robots, and Spaceships* (1995) and many others. I recently sold the fiction trilogy *EarthEnd* to Simon & Schuster: it will be the inaugural novel of their new Simon451 science fiction imprint. My magazine publications include creating and editing the Atlas Comics line – several titles of which were set in dystopian futures – and serving as the exclusive film columnist for the science fiction magazines *Analog* and *Omni*.  I have also edited licensed science fiction film souvenir magazines, including *Moonraker* and *Alien*.

I am a member of seven professional authors' guilds and have written 14 national bestsellers, including 12 novels on the *New York Times* bestseller list.  I have also adapted numerous science fiction and adventure motion picture screenplays to novel form ("novelization") including *The Re-Animator*, *The Game*,

and *Broken Arrow*.  A copy of my CV listing my professional activities and publications is attached to this report as Appendix 2.

During the past five years I have provided legal testimony in a variety of legal matters. A listing of these cases is provided in Appendix 3.

## III.    MATERIALS CONSIDERED

To form my opinion, I have watched the film *Elysium* and read Plaintiff's unproduced screenplay and Amended Complaint.  I have also referred to the additional works discussed and shown in this report, a list of which is attached as Appendix 1. All of the images contained in this report from prior works are true and correct copies of images that I culled from films, books, and other prior art materials as identified in my report.

## IV.    OVERVIEW OF THE PARTIES' WORKS

The following is a brief summary of the plots of Plaintiff's *Butterfly Driver* and Defendants' *Elysium*:

*Butterfly Driver*

Arlo Grainer is a 45 year-old hover-jet operator, volunteer cop, and parent at an unspecified time in the future. A former war hero, Grainer is hired to take war exile Tamara on a risky "butterfly run," smuggling an A-cell (Antimatter cell)

4

prototype that will prevent many deaths from traditional fuel pollution. When police attack Arlo's transport, Tamara is killed and Arlo is falsely imprisoned for her kidnap and death.

Concerned for the declining health of his seven-year old daughter, Arlo escapes from the Earth prison and runs amok in New York City, seeking a ride to the ultra-modern floating city Uberopolis, slangily referred to as "Sky Town." Arlo's goal is to obtain an Earth-manufactured medicine called Drexlerin-2. The drug is temporarily being stored in Uberopolis to keep it safe from piracy, after which it will be returned to Earth for use by the population.  Arlo makes his way to Uberopolis searching for the drug. Unsuccessful in these efforts, Arlo contacts the developer of Uberopolis, President Drexler, and proposes a deal: he will trade the potentially valuable A-cell for Drexlerin. A showdown between the two is broadcast to Earth television by security cameras throughout Uberopolis. Arlo exposes the fact that Drexler is, in fact, a murderous war criminal named "Midland" who killed Drexler, stole his identity, and inherited his wealth. Arlo causes a diversionary riot by releasing several prisoners on Uberopolis, which enables him to obtain the medicine he needs. He heads home, saving his daughter and returning to his life as a hover-jet pilot.

*Elysium*

Elysium is a torus (donut-shaped) habitat in Earth orbit in the year 2154. It is a bucolic home to the wealthy who seek refuge from a crowded, dilapidated world patrolled by soulless robots.  Max Da Costa, 36, is a paroled thief who lives in ruined Los Angeles and works for the Armadyne factory that builds those robots. After suffering a lethal dose of radiation, Max's only hope for survival is to reach one of the "Med-Bays" located exclusively on Elysium. Spider, a smuggler, agrees to help Max reach Elysium if Max will download financial data from the brain of John Carlyle, CEO of Armadyne. Max has an exoskeleton grafted to his body to give him superhuman physical abilities and a skull-penetrating brain-interface to upload data. Intercepting Carlyle, Max downloads the information. Max is wounded during the adventure and goes to the home of his friend Frey – a nurse – whose daughter Matilda is dying of leukemia.

On Elysium – where all the robot police carry firearms – Secretary of Defense Delacourt wants to become President, a goal Carlyle was helping her to achieve by creating a program to give her control over Elysium's computers. That override was stored in Carlyle's brain and was dumped into Max's brain during the download. When Max goes back to Spider, they realize that this program can be used to make everyone on earth a citizen of Elysium – and, thus, eligible for advanced medical care. Ultimately, Max, Frey, Matilda, and Spider rocket to

Elysium where Delacourt is slain and Max is able to activate the new computer program. Though he perishes in the process, Matilda is cured by a Med-Bay and Elysium's reprogrammed computer sends medical ships to Earth to begin curing the habitat's "new citizens."

## V.     ANY SHARED ELEMENTS BETWEEN PLAINTIFF'S AND DEFENDANTS' WORKS ARE *SCENES-A-FAIRE* OR GENERIC IDEAS

As the summaries above reveal, *Butterfly Driver* and *Elysium* are two entirely different stories.  A detailed comparison of the plots, dialogue, characters, settings, and themes of these works, such as is performed under the "Extrinsic Test" for copyright infringement, proves that *Butterfly Driver* and *Elysium* are completely dissimilar. Indeed, the only way Plaintiff can identify similarities is by distilling the works into abstract elements, which he scrubs of detail and context before making comparisons. This exercise could be performed with any two films, particularly those in the somewhat formulaic big-budget action/adventure and science fiction genre, to create the false illusion of similarity.  That is what Plaintiff has done.

Here, the crux of Plaintiff's infringement claim is that *Butterfly Driver* and *Elysium* allegedly share these settings and plot elements: (1) a "dystopian" Earth set in the future with social and income inequality; (2) a satellite space station that

7

orbits Earth; (3) the aforementioned satellite as a refuge for the "super-rich" who are isolated from the poor masses living on Earth; (4) the satellite requires special identification to enter; (5) the satellite enjoys advanced medical resources which are unavailable to the masses on Earth; (6) the protagonist travels to the satellite to obtain medical help that is otherwise unavailable on Earth; (7) the protagonist is prone to excruciating headaches; (8) the protagonist has a "keepsake necklace" that is critical to the character; and (9) the "villain" in the story has been "genetically reprogrammed" to appear younger than he or she is.

As discussed in the sections that follow, all of these elements are basic ideas that can be found extensively throughout the prior art; to the extent that they are shared between the two works they are *expressed* very differently; and in some instances it is incorrect to state that these general ideas actually appear in both *Butterfly Driver* and *Elysium*.

1.    A Dystopian Earth With Social And Income Inequality

Plaintiff alleges that both works present a "Poor Dystopic Earth," which is a "unique setting" (Amended Complaint, p. 16). "Dystopia" is a word coined by British philosopher John Stuart Mill in 1868 to describe the flip side of utopia. In fiction, dystopia is typically the result of military, political, and economic

8

oppression that results in dehumanization, often accompanied by poverty and disease.

A dystopic future is an exceedingly common theme in the prior art, and science fiction has often depicted dystopian futures in which there is a wide separation between the wealthy and the poor. This is a theme that frequently drives the plot. As the Tramp says at the beginning of the classic 1971 film *A Clockwork Orange*, "What sort of a world is it at all? Men on the moon, and men spinning around the earth, and there's not no attention paid to earthly law and order no more."

In literature, one of the first dystopian novels to address the idea of conflict arising from financial disparity was H.G. Wells' *The Time Machine* (1895), in which the author spoke unenthusiastically of a future in which "the exclusive tendency of richer people—due, no doubt, to the increasing refinement of their education, and the widening gulf between them and the rude violence of the poor—is already leading to (disaster)" (p. 63) and "(t)he rich had been assured of his wealth and comfort, the toiler assured of his life and work" (p. 87).

This dim view of tomorrow was followed by Jack London's *The Iron Heel* (1907), in which the tyrannical Oligarchy sends the middle class into poverty and then uses the poor to build Asgard, a city for the rich. The Oligarchy also frees

9

well-heeled men of science for the task of "probing space for the stars and the laws of the stars" (p. 8).

This social divide has also been expressed in novels like Aldous Huxley's *Brave New World* (1932) — in which people live in strictly enforced castes – and in Margaret Atwood's *Oryx and Crake* (2003), whose wealthy dwell in compounds inaccessible to the poor.

In films, poverty and wealth clash in the science fiction masterpiece *Metropolis* (1927), where the rich live in gleaming towers and the poor dwell underground with revolution the inevitable result (EXHIBITS 1 and 2).



Case 4:13-cv-04679-PJH   Document 50-2   Filed 06/26/14   Page 11 of 93



EXHIBITS 1 and 2

Nearly a half-century later, science fiction was still exploiting this theme in films like *Soylent Green* (1973) with smoggy, overcrowded, dilapidated streets of the future depicted in sharp contrast with the sterile, elegant abodes of the wealthy (EXHIBITS 3 and 4).





EXHIBITS 3 and 4

Following the success of *Soylent Green*, science fiction films and TV series

increasingly exploited the financial divide. The animated film *Rock and Rule*

(1983) is set in Earth's post-apocalyptic future. In the biggest city, Nuke York, the

villain lives in splendor within his sleek skyscraper, while below the common

citizens scrape by in a dank city (EXHIBITS 5 and 6).





EXHIBITS 5 and 6

13

That same year, 1983, in the film *Demolition Man,* society of the future has become a utopia of good behavior and clean living. However, rebels dwell in the sewers to escape and overturn the repressive society (EXHIBITS 7 and 8).





EXHIBITS 7 and 8

14

In the animated TV series *Futurama* (1999-2013), humans live in splendor above-ground while the mutated, sickly and less fortunate live underground, in slums (EXHIBITS 9 and 10). These are but a few of the many examples that draw on the theme of economic disparity.





EXHIBITS 9 and 10

15

Clearly, even if Plaintiff's and Defendants' works shared the idea of a dystopian Earth, it is a common and unoriginal theme. But they do *not*, in fact, share this element. *Elysium* is uncompromising in its depiction of a dystopian Earth with extreme poverty and shantytowns, drug and alcohol abuse, and rampant unsanitary conditions. An opening scene shows crumbling, burning skyscrapers (EXHIBIT 11). Robot police abuse the populace and there is little work or little reason *to* work. The chasm between rich and poor cannot be crossed as only extremely wealthy people are permitted to dwell on Elysium.



EXHIBIT 11

By contrast, in Plaintiff's screenplay, citizens on Earth enjoy "100 percent employment" and "almost no crime" (screenplay, p. 4). Plaintiff describes Earth as being overpopulated (15 billion people) with "pollution and congestion," but not

16

unlivable.  In the screenplay, New York's Manhattan retains the recognizable

contours and personality of a major city: there are upscale areas and slums,

apartment complexes, shopping malls, subways, and the like.  Citizens drive sky-

cars, sky-cycles, and hover-jets using freeways in the sky.

Plaintiff's vision of Earth is futuristic, but not dystopian.  In that respect,

Plaintiff clearly draws upon past science fiction.  Personal flying vehicles, much

like those described by Plaintiff, were a staple of the 1962-3 cartoon series *The

Jetsons*, the 1965 TV series *Thunderbirds*, and many others (EXHIBITS 12 and

13).

 

EXHIBITS 12 and 13

Flying police vehicles as in Plaintiff's work are also a staple of science

fiction, dating back to the long-running comic book *Magnus Robot Fighter 4000

A.D.* (1963) #1 (EXHIBIT 14), which is also set in the future and features a hero

who, like  Plaintiff's Arlo, is skilled in martial arts. *Magnus Robot Fighter 4000*

*A.D.* is, in fact, a seminal work in many ways, not the least of which is its depiction

of a hero who frees an oppressed populace of the future and gets them much-

needed medical care (EXHIBIT 15) (#7, 1964).



EXHIBIT 14



EXHIBIT 15

I created the comic book *Planet of Vampires* (1974) in which police ships fly over a war-ravaged earth that is suffering extreme poverty (EXHIBIT 16). Heroes who had been in space for an extended period return to Earth to help the oppressed masses.



EXHIBIT 16

Plaintiff's vision of future Earth also shares a great deal with the film *Blade Runner* (1982), in which Spinners – flying police cars – pass over a seedy, overpopulated Earth of the future (EXHIBIT 17). This dismal future also features off-world colonies worked by slave labor, as in Plaintiff's screenplay.



EXHIBIT 17

Plaintiff's expression of a futuristic Earth is vastly different than *Elysium's* expression of a ruined and hopeless dystopian planet policed by harsh, unfeeling robots.  At most, the two works coincidentally share the idea of an overpopulated and polluted planet, where wealthy individuals live separate from the masses. This

20

idea is common in the prior art to the point of being a cliché.  It is not a "unique" creation of Plaintiff's as the Amended Complaint alleges (p. 8, paragraph 47).

### 2.    A Satellite Orbiting Earth

Plaintiff alleges that a second "unique setting" of *Butterfly Driver* is a "satellite for the super-rich, orbiting Plaintiff's dystopic future-Earth" (Amended Complaint, p. 16).  Plaintiff alleges that he is "aware of no other story, prior to *Butterfly Driver*, featuring a gigantic man-made super satellite with giant aquatic and forested areas, great medical technologies for the rich, and other aspects" of the satellite world he calls "Uberopolis" (Amended Complaint, p. 16).

In fact, as discussed in this and the following two sections, there are countless prior works which feature satellite stations with "aquatic and forested areas" and "great medical technologies for the rich."  Defendants' satellite station in *Elysium* was obviously inspired by one such example, the "Stanford torus" (see EXHIBITS 25 - 28, below).

While the idea of space travel was popularized by the likes of Jules Verne and H.G. Wells in the 19th century, the "space station" – a habitat that didn't travel to or from a destination but remained in planetary orbit – was first proposed by engineer Herman Potočnik in his 1928 book *Das Problem der Befahrung des*

*Weltraums - der Raketen-Motor* (*The Problem of Space Travel - the Rocket Motor*) (EXHIBIT 18).



EXHIBIT 18

Potočnik's work established the familiar "space wheel" look that was embraced by science fiction films such as *The Conquest of Space* (1955), Japan's *The Mysterians* (1957), *2001: A Space Odyssey* (1968) – in which shuttles routinely travel from Earth – and in novels like *Earthwreck* (1975) by Thomas N.

22

Case 4:13-cv-04679-PJH   Document 50-2   Filed 06/26/14   Page 25 of 95

Scortia, in which space stations represent salvation from a ravaged Earth.  While

adhering to the general fundamental design espoused by Potočnik, each space

station is different in specific look and function (EXHIBITS 19-22).









EXHIBITS 19 - 22

These space stations were typically upscale environments populated by the military, scientists, or politicians. There was rarely a trace of squalor and never a hint of poverty.

The "space station" evolved into the more sophisticated "space habitat."

In literature, the most celebrated artificial space habitat was introduced in author Larry Niven's *Ringworld* (1970) and its many sequels (EXHIBITS 23 and 24).

 

EXHIBITS 23 and 24

This massive space habitat was a harbinger of the "second generation" of space stations: the Stanford torus, which emerged from a 1975 NASA study conducted at Stanford University.  As mentioned above, the torus is doughnut-shaped ring which attempts to simulate the configuration and conditions of a planet-based colony.  Shown in the images below (EXHIBITS 25 and 26), the Stanford torus envisioned a lush habitat with "aquatic and forested areas" – exactly what Plaintiff incorrectly claims as his own unique creation.





EXHIBITS 25 and 26

I am informed that *Elysium* director Neill Blomkamp says he was inspired by the Stanford torus when conceiving his film. That claim is borne out by comparing the torus visualizations above (EXHIBITS 25 and 26) and the *Elysium* images below (EXHIBITS 27 and 28).





EXHIBITS 27 and 28

Further, as shown below, the exterior appearance of the satellite station in

*Elysium* is also consistent with the Stanford torus and other prior works (EXHIBIT

29).



EXHIBIT 29

In summation, the idea of a satellite space station orbiting the Earth, as shown in *Elyisum*, is common in science fiction.

Additionally, Plaintiff's screenplay does not express the idea of a satellite habitation in the same way as depicted in *Elysium*.  Plaintiff categorizes Uberopolis as "a giant satellite world" without describing whether it's a satellite like the moon (perhaps built from harvested lunar rock or a captured asteroid), a space station, or something else.  In any case, it is never depicted as a donut-shaped space station as in *Elysium*.

The dimensions and altitude of each habitat also appear to vary greatly. Uberopolis is described as being one thousand miles from earth and three miles wide (screenplay, p. 3).  Elysium is large enough to be conspicuously visible and

quickly reachable from Earth, suggesting it is both closer and larger (see EXHIBIT 29, above).

### 3.   The Satellite Serves as a Refuge For The Rich

Plaintiff claims that it was his unique idea to have a satellite world that serves as a refuge for the "super-rich," a concept he alleges Defendants must have copied (Amended Complaint p. 8, paragraph 46). The idea of the rich living in a refuge away from the poor is common in literature and film (e.g., the Jack London novel, *Metropolis*, *Soylent Green*), and the specific idea of a satellite world for the rich has been used in numerous prior works.

The early, outstanding example is Jack Vance's classic short story "Abercrombie Station" (1952). According to a "ferry" pilot shuttling an earth girl to space, the space station is exclusively inhabited by the rich "who wouldn't spit on the best part of an Earth girl" (p. 20). That does not deter the heroine, "a juvenile delinquent with million dollar ambitions" (p. 12-13). She wants to leave Earth proper, "A…black crumble of surface buildings (and) pallid roadways" (p. 14). To realize her dream she has to marry Abercrombie who, she is told, "suffers from…an incurable disease" (p. 13) (EXHIBIT 30).

30



EXHIBIT 30

On television, the *Star Trek* episode "The Cloud Minders" (1969) sent

Captain Kirk and Mr. Spock to a planet where intellectuals and artists inhabit a

stratospheric utopian city, physically unattached to the planet, while everyone else labors in mines on the barren world (EXHIBIT 31).



EXHIBIT 31

The Christopher Stasheff novel *A Wizard in Bedlam* (1979) similarly features "a successful planetary colony – for the very rich" (EXHIBIT 32).



EXHIBIT 32

Plaintiff's work was also predated by the A. Bertram Chandler novel *The Anarch Lords* (1981) in which the wealthy denizens of Liberia, in space, "had made that world a paradise of cheap labor…which included slavery" (back cover).

In its August, 1981 issue, the comic book *Heavy Metal* published the story "Paradise Lost" in which the pristine space habitat Earth 2 (populated with

33

skyscrapers, as in Plaintiff's later work) is "the artificial moon of Earth 1" (p. 38)

and features police-like robots as well as floating vehicles (EXHIBIT 33)



EXHIBIT 33

The idea of a wealth-oriented space station was also notably represented in

the novel *The Taking of Satcon Station* (1982) by Barney Cohen and Jim Baen,

about the space habitat known as "the Queen of the Sky" (p. 11), home to a

lucrative Exxon research division (p. 10). That same year, the science fiction comic

book *1994* #24 featured "the high roller pleasure satellite," an exclusive

playground for the wealthy (EXHIBITS 34 and 35)



EXHIBITS 34 and 35

In 1983, John Dalmas and Carl Martin published *Touch the Stars:*

*Emergence,* about wealthy individuals wanting to control space in order to control

Earth. As the hero thinks about the politics of wealth: "*A 'crowded planet,'* he mused. *It's not a matter of room. It's habitability and economics*" (p. 16). As in Defendants' *Elysium*, the politics of wealth creates a schism: "If this (is) backed by some of the world's richest, most powerful men, why was the world in such lousy shape?" (p. 19)  (EXHIBIT 36).



EXHIBIT 36

In Mack Reynolds's 1983 novel *The Lagrangists* (named for the point in space where a habitat can be constructed and "held in place" by the opposing pull of the moon and the Earth), characters discuss the obvious appeal of space habitats to "racial minorities, fed up with society as it is on Earth" while at the same time

36

fearing that space stations are "on the expensive side....Where would a few

hundred crackpots, or malcontents, raise the funds to build themselves a space

colony?" (p. 145-6).  By the time of Reynolds' second novel in the series, *Chaos in*

*Lagrangia* (1984), the finished space habitat has "foothills (and) a quite sizeable

lake" (p. 9) and streams (p. 11). Yet Reynolds once again worried about elitism: an

officer states, "We demanded a minimum I.Q. of 130 and left the rest behind,

Earthside" (p. 250) (EXHIBITS 37 and 38).

 

EXHIBITS 37 and 38

*Threshold* (1991) by Janet and Chris Morris is also about an elite space habitat (coincidentally, the same name as the space station in my *Phoenix* comic book) that is: "…paradise….Nowhere was dirt. Nowhere was squalor. Nowhere was pain or misery or want. Here beggars did not sit with their bowls beside your palace….Here it never rained or snowed, the wind never howled…a world of colored lights and turbo lifts and shiny electric cars…" (p. 24).

In another example of separating rich from poor in space, the 2004 comic book *Ministry of Space* was set on a space station where blue collar people of color were segregated from white citizens  (EXHIBIT 39).



EXHIBIT 39

38

There are many other examples. To name just a few: Robert Asprin's novel *Phule's Paradise* (1992) is set on Lorelei, a resort space station for the wealthy. The comic book *Kamandi At Earth's End* # 5, 1993, not only features a stratospheric habitat: it's called Sky City, very similar to Plaintiff's Sky Town (EXHIBIT 40).



EXHIBIT 40

The novels of the *Night's Dawn* trilogy (1996-99) by Peter F. Hamilton portray a dangerous future in which many humans live on giant, wealthy space stations such as *Eden*, which controls Earth's fuel source; the tax haven base *Tranquility*; and others. People who live on war-torn worlds dream of escaping into space (EXHIBITS 41 and 42).

39

 

EXHIBITS 41 and 42

On the 2002 Cartoon Network series *Spaced Out*, the wealthy Krach Industries builds a very exclusive space station on which only specially selected families are invited to settle. The habitat is located in earth orbit, accessible only by shuttlecraft.  There is also a sophisticated medical bay (EXHIBITS 43-45).







EXHIBITS 43 - 45

The enormously popular and enduring (since 1963) TV series *Dr. Who* aired the episode "End of the World" in 2005. In it, a satellite for the exclusive use of the wealthy was a vantage point from which to watch the destruction of Earth (EXHIBIT 46).



EXHIBIT 46

In the 2008 film *WALL-E*, a massive space settlement called "*Axiom*" carries generations of obese passengers who are meant to re-colonize a ruined Earth. They live a life of leisure, allowing the ship's automated systems to take care of them.

The videogame *Mass Effect* (2007; sequels in 2010 and 2012) features a pristine space station habitat called "*Citadel*" where the wealthy occupants are

42

served by all the conveniences and recreational facilities of a major city

(EXHIBITS 47 - 50).









EXHIBITS 47 - 50

Far from being new, Plaintiff's concepts of wealth and privilege in connection with space habitats have been a part of science fiction for decades. Moreover, while that idea is something Plaintiff's work and Defendants' work happen to share at a very general level, they do not express that common idea similarly.

Plaintiff's Uberopolis is open to anyone who can afford it. The screenplay describes advertisements which are shown on Earth to induce people to buy real estate off-world.  People can book passage on the shuttles that travel regularly between Earth and Uberopolis, and Plaintiff's hero Arlo easily passes through customs and onto a shuttle to get to Uberopolis.

By contrast, in *Elysium*, the habitat is primarily rural, with no structures more than a few stories tall. Laborers do not live on Elysium; the "help" are all robots. Importantly, there is also a blatant class divide between Earth and the satellite world: the underprivileged are relegated to Earth with no hope of moving to Elysium or enjoying its health care benefits – other than by trying to reach it via illegal shuttles, which are shot down killing those onboard.

There are skyscrapers in Uberopolis and a large area for prisoners/workers who are not wealthy and are kept behind a great wall; this is not the case with

Elysium. And while a trip to Uberopolis requires several hours, the journey to Elysium takes just 19 minutes.

Clearly, there is no expressive similarity between Elysium – an isolated space station that is completely cut-off from an impoverished, trapped citizenry of Earth – and Uberopolis, which is essentially a freely accessible condominium complex in the sky, one where such access is encouraged by the builders.

4.    Special Identification For Entering The Satellite

Plaintiff alleges that an "unusual aspect" of his satellite world is that "entering the satellite requires special identification" (Amended Complaint, p. 15). This is not unusual and naturally follows from the very idea of a space station: because consumable resources must be imported at great expense, access to fictional space stations is necessarily restricted to authorized and accredited occupants, and thus, by definition, exclusive.

Science fiction has repeatedly embraced this theme of exclusivity, as well as the *scènes à faire* idea of people trying to sneak onto such a space habitat. Murray Leinster's *Space Platform* (1953) presented the core elements that Plaintiff claims as proprietary – a space station that is resented by those who are not aboard, a base that not only represents wealth but is a fortified sanctuary removed from the threat of war hanging over Earth:

46

"The Platform was guarded as no object in all history had ever been guarded. It was ironic that it had to be protected so, because it was actually the only hope of escape from atomic war. But that was why some people hated the Platform, and their hatred had made it seem obviously an item of national defense. Ironically that was the reason the money had been provided for its construction. But the greatest irony of all was that (its proponents) would in time become rich beyond envy" (p. 131-2) (EXHIBIT 51).



EXHIBIT 51

47

In my own comic book *Phoenix* # 1 (1975), only uniquely qualified individuals are permitted to board the earth-orbit space station *Threshold* (EXHIBIT 52).



EXHIBIT 52

In the comic book *Time Warp* (1980), the story "The Dimensions of Greed" posited that the wealthy will be the first to colonize space (EXHIBIT 53) only to be

followed by thugs from Earth who would infiltrate "legitimate" tours with forged

documentation (EXHIBIT 54).




EXHIBIT 53                              EXHIBIT 54

This exclusivity is seen repeatedly in films as well. To name just two

examples: in *2001: A Space Odyssey,* no one can board the space station without

passing through a sophisticated security checkpoint (EXHIBIT 55). And in the

1979 film *Moonraker*, James Bond leaves earth aboard a shuttle to infiltrate an

elite space station (EXHIBIT 56).

49



EXHIBIT 55



EXHIBIT 56

The prior art aside, this common idea of special identification required for entering a space station is depicted in *Elysium* but *not* in Plaintiff's screenplay. In *Elysium*, only a select few can travel openly to the space habitat, and for outsiders to make the journey they must employ mercenary-operated shuttles and steal air

50

traffic codes.  (This harks back to the 1983 "Star Wars" film *Return of the Jedi*, in which the heroes require a stolen code to land on the world Endor.)

In Plaintiff's script, as mentioned above, travel back and forth between Uberopolis and Earth is easily accomplished on regularly scheduled civilian shuttles. There is nothing in Plaintiff's screenplay about illegal aliens trying to secretly immigrate to the satellite using stolen codes. While the hero Arlo does need a fake ID to sneak on to Uberopolis, that is *only* because he's a fugitive.

In short, the idea of a space stations requiring special identification is common and, in any event, does not accurately describe Plaintiff's screenplay.

5.     Disparate Medical Resources On Earth And On The Satellite

Plaintiff alleges copying of the idea that a satellite for rich has advanced health care (Amended Complaint p. 8, paragraph 46). This, too, is a common idea in the prior art.

One expects that an advanced satellite would have advanced medical facilities. This is certainly the case in the prior art, such as the slick, sophisticated medical bays on the space station in the luridly-titled 1969 film *The Green Slime* (EXHIBITS 57 and 58) and in the 1972 film *Silent Running* in which robots perform surgery onboard the space station Valley Forge (EXHIBIT 59).

51





EXHIBITS 57 and 58



EXHIBIT 59

Another example of exclusive, restorative medical technology appears in the science fiction classic *The Day The Earth Stood Still* (1951), in which a spaceship has a healing bed, run by the robot Gort, that cures a fatal bullet wound (EXHIBIT 60).



EXHBIT 60

The idea of sophisticated space station medicine is also the subject of the enduring James White novels known as the "Sector General" series about a large hospital-space station. The series began in 1957 and consists of a dozen major books that were published through 1999 (EXHIBITS 61 and 62) (See D, below, for more on this series).



EXHIBITS 61 and 62

In comic books, the only issue of *UFO and Alien Comix* (1977) published the story "Stars, My Salvation" which featured an alien being who uses a "cure-all" scientific device on his starship to heal himself, then brings it to war-torn earth to save humans (EXHIBITS 63 and 64).





EXHIBITS 63 and 64

Also in comic books, the Justice League of America (a DC Comics teaming of Superman, Batman, Wonder Woman, and others) has had an earth-orbit satellite with a sick bay since 1981 (EXHIBITS 65 and 66).





EXHIBITS 65 and 66

For my own 1981 science fiction, *The Transgalactic Guide to Solar System M-17*, I created an exclusive space settlement that offers "royal" accommodations with advanced medical facilities for those who can afford them, services which include "genetic surgeons, sonar-toners for the skin, cellpins to firm weak muscles, an energizing blood wash…" and more (p. 279).

Again, while the idea of a space station with medical advances is clearly not new, Plaintiff's screenplay and *Elysium* are not comparable in this regard. In *Elysium*, medical care on Earth is dismal. The hospital where Frey works is like a *M\*A\*S\*H* unit in a war zone. Most importantly, the contrast between health care on Earth and on Elysium is stark.  While citizens of Earth struggle to get any health care at all, every resident of Elysium has special beds that can cure any ailment including cancer. The technology is so advanced that it can even rebuild a face that has been utterly destroyed by an explosion.

By contrast, in Plaintiff's screenplay, there is no technology similar to the medical beds in *Elysium* that are reserved *only* for the residents of the satellite.  In fact, the health care on Earth and on Uberopolis is comparable.  There are medicines and advanced curatives on Earth including, for example, oxygen chambers for the son of Arlo's partner Jerry.  Even the drug Drexlerin, needed by Arlo's daughter, is *not* limited to Uberopolis.  It is produced on Earth (screenplay, p. 135) and is typically available on Earth (screenplay, p. 46: Arlo is looking in a

58

terrestrial warehouse that normally stores Drexlerin). The issue in *Butterfly Driver* is that Drexlerin is being pulled from the market to make room for Drexlerin 2. This singular situation forces Arlo to travel to Uberopolis to find remaining supplies.

In summation, the idea of a satellite habitat with advanced health care is common in the prior art. Even if it could be said that Plaintiff's screenplay includes this idea, Plaintiff expresses the concept very differently than in *Elysium*.

6.  The Protagonist Who Must Travel To The Satellite World For Medicine

Plaintiff alleges that in both works the protagonist must travel to a satellite to obtain medical care, and that this is evidence of copying by Defendants (Amended Complaint p. 8, paragraph 46). Even if it could be fairly said that the works share the idea of a character needing to travel to a satellite world for medical care (which is discussed more below), this idea is common in the prior art.

Author Edgar Rice Burroughs pioneered the concept of a journey undertaken for advanced medical care on another world in *The Master Mind of Mars*. In this 1927 novel, a Martian scientist provides healthy bodies for aging, wealthy clients. Hero John Carter – who is originally from Earth – must travel vast distances on Mars to get medical aid for his gravely injured bride (EXHIBIT 67).



EXHIBIT 67

In the abovementioned Sector General series, the idea of off-world medical technology is the crux of *Star Surgeon* (1963). The team of the Sector General station not only heals the hero – who arrives in a ship "broadcasting distress signals" (p. 8) – they confront a world plagued by corruption and oppression, assisting until "the Emperor and his administration are virtually extinct" (p. 158).

On TV, *Star Trek: The Next Generation* used this idea in the 1989 episode "Samaritan Snare" in which Captain Picard must take a shuttle to a star base to repair his failing artificial heart.

The series *Star Trek: Deep Space 9* also employed this idea in the episode "Armageddon Game" (1994), when engineer Miles Obrien becomes deathly ill on a planet and must get to space station Deep Space 9 to be cured.

The film *Contact* (1997; based on the Carl Sagan novel from 1985) features a space station that is said to prolong the life of wealthy, cancer-ridden S.R. Hadden (EXHIBIT 68).



EXHIBIT 68

This common idea of traveling to a space station for medical care is also expressed by Plaintiff and Defendants in two entirely different plots and sequences

of events.  In Plaintiff's screenplay, Arlo must travel to Uberopolis to obtain Drexlerin for his daughter only because she has little time to live and because the curative drugs – which are normally available on Earth – are temporarily being stored on Uberopolis to keep them from thieves.

In *Elysium*, Max suffers a fatal dose of radiation.  There is no cure on Earth and never will be.  His only hope is to sneak onto Elysium and use a medical bay, reserved only for citizens of Elysium, which has the ability to cure any sickness. Other needy souls are eventually cured as a result of his efforts.

This is a key difference in the works.  The foundational idea in Defendants' film is a class divide so great that some kind of revolutionary response is the only remedy for Max. That is radically different than Plaintiff's plot, in which Arlo is forced to travel to Uberopolis because the drug he wants for his daughter – and only for his daughter – will not be made available on Earth in time to help her.

Additionally, the motivations for the protagonists traveling to the satellite are very different.  In Plaintiff's work, Arlo has no medical problems of his own. He selflessly travels to Uberopolis to get medication for his daughter.  Critical to *Elysium*, on the other hand, is that Max abandons those around him and travels to Elysium to save himself.  Initially, he even refuses to help his longtime friend Frey whose daughter is dying of leukemia. It is only in the climactic scenes that Max

decides to sacrifice his life to help make Elysium's advanced medical bays available to the impoverished residents of Earth, including Frey's daughter.

In conclusion, the basic idea of needing health care from a satellite is not only common in the prior art, it is expressed very differently in *Butterfly Driver* and *Elysium*.

7.     A Hero Prone To Excruciating Headaches

Plaintiff alleges that the protagonists in both works suffer headaches, and that this shared element is evidence of copying (Amended Complaint p. 8, paragraph 46).  The idea of a hero suffering headaches is common in science fiction (as it is in all drama). The following are just a few examples from science fiction films:

In the 1953 film version of Curt Siodmak's 1942 novel *Donovan's Brain*, Dr. Cory suffers his first debilitating headache and ends up on his knees after being put under the control of a disembodied brain (EXHIBIT 69, at 57:56).



EXHIBIT 69

In the 1970 film *Beneath the Planet of the Apes*, astronaut Brent suffers

crippling headaches (EXHIBIT 70; at 1:02:42) after being subjected to an assault

by telepathic mutants.



EXHIBIT 70

In the 1988 film *They Live*, hero John Nada – who is hunting for aliens posing as earthlings – suffers from migraines.

The short story "Where I Wasn't Going" (1963) by Leigh and Walt Richmond is set on a space station with an advanced medical bay and a hero who is injected with "sulph-hydral anti-radiation shots" resulting in "a headache" that leaves him "quite ill in the shower," causes him "to slash himself rather badly with the razor while shaving... and so weak he could hardly move." (EXHIBIT 71)



EXHIBIT 71

The comic book *Warp* (1983) is about an ordinary earthman who is about to become a space hero (on a space habitat) and who suffers crushing headaches (EXHIBITS 72 and 73).





EXHIBITS 72 and 73

Notwithstanding that this is an oft-used plot device, headaches are expressed differently in *Butterfly Driver* and *Elysium*.  In Plaintiff's work, Arlo has long suffered a medical condition that gives him "ice-pick" headaches.  In *Elysium*, Max only suffers seizures because of a computer implant that has been surgically bolted into his head and a lethal software program that has inadvertently been downloaded to his brain. These are hardly the same.

8.    A "Keepsake" Necklace

Plaintiff alleges that another similarity between his screenplay and *Elysium* is the protagonists in each story having "keepsake" necklaces that are important to them (Amended Complaint, p. 8, paragraph 46).

Such pendants and necklaces are a common device in films.  For example, it is one of the most iconic elements in the 1985 blockbuster *Rambo: First Blood Part II*. When the hero's beloved female companion Co Bao is slain, the muscular avenger dons the very feminine necklace (EXHIBIT 74 and 75).

68





EXHIBIT 74 and 75

A keepsake necklace is also prominently featured in the above-mentioned

film *Contact* (1997) whose heroine ends up in space (EXHIBITS 76 and 77).





EXHIBITS 76 and 77

Not only is the idea of a necklace which has special meaning to a character common, the nature and significance of the objects in the two works are very different.  In *Butterfly Driver*, the keepsake is described as, "A large handmade woven-yarn pendant of a YELLOW BUTTERFLY on a simple string" (screenplay, p. 54) and it is given to the adult Arlo by a 25 year-old woman.  It is barely present in the screenplay, it has no bearing on plot or character development, and it is one of several such "keepsake" items used throughout.

70

In *Elysium*, Max's necklace is a metal chain with a locket that contains a photograph of Earth. It is given to Max when he's a boy by a much older caretaker and is akin to a lifelong beacon.  It is something Max refers to constantly and which is notably present at his death.

There is nothing similar about the roles that the necklaces play in Plaintiff's screenplay and in *Elysium*.

9.    A genetically reprogrammed villain

Plaintiff alleges that in his screenplay and *Elysium*, the villains have been genetically reprogrammed to look younger than they are (Amended Complaint p. 8, paragraph 46).  This idea is hardly new: it dates back to Greek mythology when aged Zeus physically transformed into the likeness of beautiful Alcmene's handsome young husband in order to seduce her. Charles Dickens employed this conceit in his short fantasy story "The Magic Fishbone" (1867), in which Prince Certainpersonio is "waiting to be ninety" when an enchantment makes him young (p. 21).

In science fiction, the idea was previously used in *Supernova* (2000) (EXHIBITS 78 and 79), among many other works.

 

EXHIBITS 78 and 79

Regardless, it is not accurate to state that Plaintiff's screenplay and *Elysium* share the idea of a genetically reprogrammed villain. The "reveal" in Plaintiff's screenplay (p. 94) is that the main villain, President Drexler, only *claims* to have been genetically reprogrammed. In fact, he is actually the soldier Midland who adopted the identity of a soldier named "Drexler" and underwent plastic surgery. President Drexler looks younger than he claims to be only as a secondary byproduct of this subterfuge.

In *Elysium*, there is no villain who has been uniquely reprogrammed to look younger, as Plaintiff suggests. Secretary Delacourt may appear younger than she actually is because of her ability to access medical bays on Elysium which mask the effects of aging, but this is never highlighted in the film and it makes the Secretary no different than everyone else on Elysium. The villain Kruger has his

face rebuilt in a medical bay after it is blown apart by a grenade, but that does not fit Plaintiff's description of a villain who has been reprogrammed to look younger, and *no* reference is made to this fact in the film other than his looking less weather-worn than he once did.

## VI. CONCLUSION

Any elements the works of Plaintiff and Defendants happen to share are *scènes à faire* or are basic ideas that are alike only at the most abstract, general level of comparison and are exceedingly common in the prior art. The two works bear no resemblance to each other and can only be made to *appear* similar by erroneously comparing shared ideas at the most abstract level.

The approach taken by Plaintiff is fundamentally unreliable. By selectively emphasizing cherry-picked elements and de-emphasizing others, and then describing them in the abstract, it is possible to create false similarities between almost any two films. For example, one could isolate the following elements found in *Elysium*:

1. A beefy thug named Spider.

2. An ambitious woman who secretly conspires with a well-to-do businessman to control her district (Delacourt and Carlyle).

73

3. Unfeeling police (robots).

4. A major city setting (Los Angeles)

5. An impoverished setting in the city for part of the film (LA slums).

6. A woman wooed by a former boyfriend who is an ex-con (Frey by Max).

7. A major female character is stabbed and dies (Delacourt).

8. The ex-con dies in the end (Max).

9. There is an illegal underground operation (smuggling people to Elysium).

10. A main character receives keepsake jewelry (Max).

11. The urban populace in the film drinks and smokes to excess (the Los Angelians).

12. The hero carries secret information in his head (Max).

13. The story is set over a century from our time (2154)

In fact, each of these elements is also present, precisely as described above, in the 1933 Mae West film *She Done Him Wrong*. That film is set in New York's Bowery during the "Gay Nineties" (over a century ago) and is about a power-hungry entertainer named Lady Lou who is assisted by her beefy aide Spider, is courted by a former boyfriend – a crook, who dies at the climax – and who works

74

with a businessman to buy more buildings, all the while hounded by bullying cops. One of Lou's rivals, Rita, is stabbed to death after learning that Lou has been given a diamond keepsake by a mutual male friend. Other characters are secretly counterfeiters who smuggle their illicit bills. Still others are heavy drinkers and smokers. The hero is a clergyman who possesses secret knowledge: that he is, in fact, an FBI agent.

Needless to say, even though one can identify many abstract ideas that are present in both *Elysium* and *She Done Him Wrong*, the two works are in reality nothing alike.

One could apply the same exercise with Plaintiff's screenplay which utilizes many ideas that were expressed in the film *Soylent Green* – so much so that one could argue it was the inspiration for *Butterfly Driver*. Early in Plaintiff's script, President Drexler addresses the populace via television to extol the virtues of a government initiative which is the subject of the film. Similarly, early in *Soylent Green*, the leader – Governor Santini – appears on TV to celebrate the benefits of a new government initiative which is the subject of the film (EXHIBIT 80).



EXHIBIT 80

Both works open with the bloody murder of a leading citizen; both works feature police who have specially-equipped vehicles; both works have a secret facility the hero must infiltrate to obtain products that are guarded within. The scene on p. 39 of Plaintiff's screenplay, where characters talk wistfully about a time when "real meat" hotdogs were available, is similar to a scene in *Soylent Green* when one character says wistfully, "When I was a kid, you could buy meat anywhere!" (at 5:46).

Though this comparison may be superficially appealing, it exaggerates, quarantines, and over-emphasizes similarities in what are different works.  It is likewise reductive and overbroad to describe Plaintiff's screenplay and *Elysium* as

76

similar. These works are clearly and deeply rooted in the prior art, using ideas that have been part of the language of science fiction for generations – in some cases, for millennia.  If Plaintiff's screenplay and *Elyisum* share anything at all, it is only those basic science fiction ideas that have been utilized frequently in the past.

Further, Plaintiff repeatedly invokes necessarily vague language in comparing the two works because a comparison of the *expressive* specifics does not hold up under scrutiny.  Any idea shared by Plaintiff's screenplay and *Elysium* is expressed dissimilarly, resulting in two completely different works with different stories, different sequences of events, different dialogue, and different characters.

Respectfully submitted, this 14th day of March, 2014

Jeff Rovin

APPENDIX 1

Primary sources cited:

"The Magic Fishbone," 1867, *Masterpieces of Fantasy and Enchantment*,
    International Collectors Library, 1988

*The Time Machine* by H.G. Wells, 1895, Fawcett Premier edition, 1968

*The Iron Heel* by Jack London, 1907, Bantam Books edition, 1971

*Metropolis,* 1927, Kino Blu-ray DVD.

*After Worlds Collide* by Philip Wylie and Edwin Balmer, 1933, Paperback
    Library edition, 1970

*The Day the Earth Stood Still*, 1951, 20th Century Fox Home Video

"Abercrombie Station" by Jack Vance*, Thrilling Wonder Stories*, 1952

*Donovan's Brain*, 1953, MGM "Midnight Movies" DVD

*Space Platform* by Murray Leinster, Pocket Books edition, 1953

*Conquest of Space*, 1955, Paramount Home Video

*The Mysterians*, 1957, Toho Home Video

*Star Surgeon* by James White, 1963, Del Rey edition, 1981

"Where I Wasn't Going," *Analog Magazine*, October and November, 1963

*Magnus Robot Fighter 4000 A.D.* #1, Gold Key Comics, 1963

*Magnus Robot Fighter 4000 A.D.* #7, Gold Key Comics, 1964

*2001: A Space Odyssey*, 1968, Warner Home Video

"The Cloud Minders," 1969, *Star Trek*, Paramount Home Video

*The Green Slime*, 1969, Warner Brothers Archive Collection

*Beneath the Planet of the Apes*, 1970, 20th Century Fox Home Video

*Ringworld* by Larry Niven, Ballantine Books edition, 1970

*A Wizard in Bedlam* by Christopher Stasheff, DAW SF edition, 1970

*A Clockwork Orange*, 1971, Warner Home Video

*Silent Running*, 1972, Eureka Home Video

*Soylent Green*, 1973, Warner Home Video

*Phoenix* #1, Atlas Comics, 1975

*Planet of Vampires* #1, Atlas Comics, 1975

"The Stars My Salvation," *UFO and Alien Comix* #1, Warren Publishing, 1977

*Moonraker,* 1979, MGM Home Video

"The Dimensions of Greed," *Time Warp* #3, D.C. Comics, 1980

*The Transgalactic Guide to Solar System M-17* by Jeff Rovin, Perigee Books, 1981

"Paradise Lost," *Heavy Metal Magazine*, August, 1981

*The Anarch Lords* by A. Bertram Chandler, DAW SF edition, 1981

*The Taking of Satcon Station* by Barney Cohen and Jim Baen, Tor edition, 1982

"The Ugliest Woman in Creation," *1994* Magazine # 24, Warren Publishing, 1982

*Touch the Stars: Emergence* by John Dalmas and Carl Martin, Tor edition, 1983

*Warp* #1, First Comics, 1983

*Rock & Rule*, 1983, Unearthed Films Home Video

*Demolition Man*, 1983, Warner Home Video

*The Lagrangists* by Mack Reynolds, Tor Books edition, 1983

*Chaos in Lagrangia* by Mack Reynolds, Tor Books edition, 1983

*The Void Captain's Tale* by Norman Spinrad, Bantam Spectra edition, 1986

*Threshold* by Janet and Chris Morris, Roc edition, 1991

*Kamandi At Earth's End* #5, D.C. Comics, October, 1993

*Contact,* 1997, Warner Home Video

*A Second Chance at Eden* by Peter F. Hamilton (story collection), Pan Books
edition, 1999

*Futurama*, 1999, 20th Century Fox Home Video

*Supernova* , 2000, MGM Home Video

*Spaced Out* , 2002, http://www.youtube.com/watch?v=j9WIm-T_XIA
http://www.youtube.com/watch?v=ptIZr0pHQOw

*Ministry of Space* #3, Image Comics, 2004

APPENDIX 2

**Jeff Rovin Curriculum Vitae**

Jeff Rovin, One West Street, PH 10, NY, NY 10004, 212-742-7917,
      Jeffrovin@aol.com

PUBLISHED BOOKS (from the earliest)

1.  A PICTORIAL HISTORY OF SCIENCE FICTION FILMS (reprinted as
      CLASSIC SCIENCE FICTION FILMS): NF/Citadel/1975

2.  HOLLYWOOD DETECTIVE: GARRISON: F/Manor/1975

3.  HOLLYWOOD DETECTIVE: THE WOLF: F/Manor/1975

4.  THE HINDENBURG DISASTER: F/Manor/1975

5.  OF MICE AND MICKEY: NF/Manor/1975

6.  THE FABULOUS FANTASY FILMS: NF/Barnes/1977

      Playboy Book Club/Movie Book Club

7.  FROM JULES VERNE TO STAR TREK: NF/Drake/1977

8.  THE SUPERNATURAL MOVIE QUIZBOOK: NF/Drake/1977

9.  THE GREAT TELEVISION SERIES: NF/Barnes/1977

      Nostalgia Book Club selection.

10. MOVIE SPECIAL EFFECTS: NF/Barnes/1977

11. THE FILMS OF CHARLTON HESTON: NF/Citadel/1977

      Movie Book Club

12. FROM THE LAND BEYOND BEYOND: The Films of Ray Harryhausen:
      NF/Berkley-Windhover/1977

13. MARS!: NF/Corwin-Pinnacle/1978

14. THE UFO MOVIE QUIZ BOOK: NF/Signet/1978

15. THE SUPER HERO MOVIE AND TV QUIZBOOK: NF/Signet/1979

16. THE FANTASY ALMANAC: NF/Dutton/1979

17. COUNT DRACULA'S VAMPIRE QUIZ BOOK: NF/Signet/1979

18. THE SIGNET BOOK OF MOVIE LISTS: NF/Signet/1979

19. THE ANDRASSY LEGACY: F/Jove/1981

20. THE TRANSGALACTIC GUIDE TO SOLAR SYSTEM M-17: F/
    Perigee/1981

21. THE SCIENCE FICTION COLLECTOR'S CATALOG: NF/Barnes/1982

22. THE SIGNET BOOK OF TV LISTS: NF/Signet/1982

23. THE SECOND SIGNET BOOK OF MOVIE LISTS: NF/Signet/1982

24. ALWAYS, LANA: NF/Bantam/1982 (bio of Lana Turner)

25. THE COMPLETE GUIDE TO CONQUERING VIDEOGAMES:
    NF/Macmillan/1982, Doubleday Book Club

26. RICHARD PRYOR: BLACK AND BLUE: NF/Bantam/1983 (bought by HBO
    in 1996 for a movie)

27. THE MADJAN: F/Charter/1984

28. WINNING AT TRIVIAL PURSUIT: NF/Signet/1984

    National Bestseller

29. IN SEARCH OF TRIVIA: NF/Signet/1984

    National Bestseller

30. TV BABYLON: NF/Signet/1984; revised 1987

31. JOAN COLLINS: NF/Bantam/1984

32. JULIO!: NF/Bantam/1985

33. THE ENCYCLOPEDIA OF SUPER HEROES: NF/Facts-On-File/1985

    Movie/Entertainment Book Club

34. STALLONE: A HERO'S STORY: NF/Pocket Books/1985

35. APRIL FOOL'S DAY: F/Pocket Books/1986

36. 1,001 GREAT JOKES: NF/Signet/1987

37. THE RE-ANIMATOR: F/Pocket Books/1987

38. THE ENCYCLOPEDIA OF SUPER VILLAINS: NF/Facts-On-File/1987

39. STARIK: F/Dutton/1988 (Pinnacle/paperback/1989)

40. DAGGER: F/Charter/1988

41. HOW TO WIN AT NINTENDO GAMES: NF/St. Martins/1988 updated 1989
    National Bestseller

42. 1,001 MORE GREAT JOKES: NF/Signet/1989

43. FORCE FIVE: DESTINATION ALGIERS: F/Lynx/1989

44. FORCE FIVE: DESTINATION STALINGRAD: F/Lynx/1989

45. FORCE FIVE: DESTINATION NORWAY: F/Lynx/1989

46. THE ENCYCLOPEDIA OF MONSTERS: NF/Facts-On-File/1989

47. 1,001 GREAT ONE-LINERS: NF/Signet/1989

48. HOW TO WIN AT NINTENDO GAMES 2: NF/St. Martins, 1989

49. HOW TO WIN AT NINTENDO GAMES 3: NF/St. Martins, 1990

50. THE RED ARROW: F/Dutton/1990

51. THE SPIRITS OF AMERICA: NF/Pocket Books/1990

52. 500 HILARIOUS JOKES FOR KIDS: NF/Signet/1990

53. 500 MORE HILARIOUS JOKES FOR KIDS: NF/Signet/1990

54. THE UNAUTHORIZED TEENAGE MUTANT NINJA TURTLES QUIZ
    BOOK: NF/St. Martins/1990

55. HOW TO WIN AT NINTENDO SPORTS GAMES: NF/St. Martins, 1990

56. HOW TO WIN AT SUPER MARIO BROS. GAMES: NF/St. Martins, 1990

57. SIMPSON FEVER! NF/St. Martins, 1990

58. 1,001 GREAT SPORTS JOKES: NF/Signet/1991

59. HOW TO WIN AT SEGA/GENESIS GAMES: NF/St. Martins, 1991

60. THE ILLUSTRATED ENCYCLOPEDIA OF CARTOON ANIMALS:
    NF/Prentice Hall   Press/1991

61. TV BABYLON 2: NF/Signet/1991

62. HOW TO WIN AT GAME BOY GAMES: NF/St. Martins/1991

63. HOW TO WIN AT NINTENDO GAMES 4: NF/St. Martins/1991

64. LUKE MANIA/JASON FEVER: NF/Berkley/1991

65. LAWS OF ORDER: NF/Ballantine/1992

66. 500 GREAT LAWYER JOKES: NF/Signet/1992

67. 500 GREAT DOCTOR JOKES: NF/Signet/1992

68. 1,001 GREAT PET JOKES: NF/Signet/1992

69. HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1992

70. THE BEST OF HOW TO WIN AT NINTENDO GAMES: NF/St.
    Martins/1992

71. THE WORLD ACCORDING TO ELVIS: NF/HarperCollins/1992

72. THE LASERDISC FILM GUIDE: NF/St. Martins/1993

73. THE FIRST GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1993

74. SPORTS BABYLON: NF/Signet/1993

75. COUNTRY MUSIC BABYLON: NF/St. Martins/1993

76. CLIFFHANGER: F/Berkley/1993

77. THE SECOND GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1994

78. THE UNBELIEVABLE TRUTH!: NF/Signet/1994

79. WHAT'S THE DIFFERENCE?: NF/Ballantine/1994

80. BACK TO THE BATCAVE! with Adam West: NF/Berkley/1994

81. DINOMITE DINOSAUR JOKES: F/Pocket Books/1994

82. GAMEMASTER: HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1994

83. GAMEMASTER: HOW TO WIN AT SEGA GENESIS GAMES: NF/St. Martins/1994

84. ELLEN!: NF/Pocket/1994

85. ADVENTURE HEROES: NF/Facts on File/1995

86. GAMEMASTER: HOW TO WIN AT VIDEOGAMES: NF/St. Martins/1995

87. DUMB MOVIE BLURBS: NF/Berkley/1995

88. ROBOTS, SPACESHIPS, AND ALIENS: NF/Facts on File/1995

89. MORTAL KOMBAT: F/Boulevard Books/1995

90. CAT ANGELS: F/HarperCollins/1995

91. KELSEY GRAMMER: NF/HarperCollins/1995

92. BROKEN ARROW: F/Berkley/1995

93. TOM CLANCY'S OP-CENTER: F/Berkley/1995: New York Times #1 bestseller

94. TOM CLANCY'S OP-CENTER: MIRROR IMAGE: F/Berkley/1995: New York Times Bestseller

95. TOM CLANCY'S OP-CENTER: GAMES OF STATE: F/Berkley/1996: New YorkTimes Bestseller

96. TOM CLANCY'S OP-CENTER: ACTS OF WAR: F/Berkley/1997: New York Times Bestseller

97. THE ESSENTIAL JACKIE CHAN: NF/Pocket Books/1997

98. THE GAME: F/Boulevard Books/1997

99. TOM CLANCY'S OP-CENTER: BALANCE OF POWER: F/Berkley/1998: New York Times Bestseller

100. THE RETURN OF THE WOLF MAN: F/Boulevard Books (MCA)/1998

101. VESPERS: F/St. Martins/1998 (bought by Touchstone and Sonnenfeld-
Josephson for a motion picture; Book of the Month Club Main Selection;
Random House Audio Book)

102. TOM CLANCY'S OP-CENTER: STATE OF SIEGE: F/Berkley/1999: New
York Times Bestseller

103. ST. WAR: F/Berkley/2000 (optioned by Bob Rehme Productions for a TV
mini-series)

104. FATALIS: F/St. Martins/2000 (optioned by Universal Pictures for Sylvester
Stallone)

105. TOM CLANCY'S OP-CENTER: DIVIDE AND CONQUER:
F/Berkley/2000: New York Times Bestseller

106. ST. WAR: DEAD RISING F/Berkley/2004

107. TOM CLANCY'S OP-CENTER: LINE OF CONTROL: F/Berkley/2001:
New York Times Bestseller

108. TOM CLANCY'S OP-CENTER: MISSION OF HONOR: F/Berkley/2002:
New York Times Bestseller

109. TOM CLANCY'S OP-CENTER : SEA OF FIRE: F/Berkley/2003: New York
Times Bestseller

110: TOM CLANCY'S OP-CENTER: CALL TO TREASON: F/Berkley/2004
New York Times Bestseller

111: TOM CLANCY'S OP-CENTER: WAR OF EAGLES: F/Berkley/2005

New York Times Bestseller

112. UNIT OMEGA: LOCH NESS: F/Berkley/2004 (as Jim Grand)

113: UNIT OMEGA: MEDUSA: F/Berkley/2004 (as Jim Grand)

114: TEMPEST DOWN: F/St Martins/2004

115: ROGUE ANGEL: F/St Martins/2005

116: THE DEVIL'S RANGERS: F/Berkley/2006 (as Jim Grand)

117: CONVERSATIONS WITH THE DEVIL: F/Tor/2007

118: DON'T EVEN THINK ABOUT TELLING THIS JOKE AT WORK:
F/Berkley/2007 (as Henry Bergen)

119: DON'T EVEN THINK ABOUT TELLING THIS JOKE TO YOUR
LAWYER: F/Berkley/2007 (as Henry Bergen)

120: GOLDIE'S LOX AND THE THREE BAGELS: F/Kensington/2007 (as Lila
Dubinsky)

121: MOTHER GOOSEBERG'S NURSERY RHYMES: F/Kensington/2008 (as
Lila Dubinsky)

122: ERNIE: The autobiography of Ernest Borgnine; NF/Kensington/2008
(Ghostwritten)

123: YINGLISH: Jewish-American neologisms; F/Kensington/2009 (as Sasha
Klotz)

124: 3:10 TO BOCA:  Jewish Westerns: F/Kensington/2009 (as Zane Greyberg)

125: ONE FOOT IN THE GRAVY: F/Kensington/2011 (as Delia Rosen)

126:  (Confidential, ghostwritten New York Times bestseller): F/St. Martins/2012

127: BLOOD OF PATRIOTS: F/Kensington/2012 (as William Johnstone)

128: THE OPERATIVE: F/Kensington/2012 (as Andrew Britton)

129: KILLER IN THE RYE: F/Kensington/2012 (as Delia Rosen)

130: FROM HERRING TO ETERNITY: F/Kensington/2013 (as Delia Rosen)

131: (Confidential, ghostwritten sequel to 126) F/St. Martin's/2013

132: (Confidential, ghostwritten novel) F/Headline Books/2013

133: TO KILL A MATZOBALL: F/Kensington/2014 (as Delia Rosen)

134: THE COURIER: F/Kensington/2014 (as Andrew Britton)

135: CRY ME A LIVER: F/Kensington/2014 (as Delia Rosen)

136: EARTHEND: VISION OF FIRE: F/Simon & Schuster/2014 with Gillian
Anderson

137: (Confidential, ghostwritten sequel to 132) F/Headline Books/2015

138: THE PROPHET: F/Kensington/2015 (as Andrew Britton)

139: EARTHEND: A DREAM OF ICE: F/Simon & Schuster/2015 with Gillian Anderson

140: (Confidential, ghostwritten sequel to 131) F/St. Martin's/2015

141: EARTHEND: A SOUND OF SEAS: F/Simon & Schuster/2016 with Gillian Anderson


DVD AUDIO COMMENTARY

Perhaps Love (2007)

Dragon Tiger Gate (2007)

Shamo (2008)

Sleepy Eyes of Death (2009)


SHORT STORIES

1. "The Horse that Jack Built," Analog Yearbook, Avon, 1979

2. "A Knight at the Opera," The Further Adventures of Batman: Catwoman: Bantam, 1992

3. Gotham City 14 Miles: Afterword for Batman book: Sequart Research & Literacy      Organization, 2010


SELECTED MAGAZINES

IN TOUCH Magazine (Bauer Publications): (Content consultant, March, 2014 - present)

THE BROADSHEET (film columnist, November, 2009 to October, 2012)

WEEKLY WORLD NEWS (freelance editor-in-chief, March, 2005 -August, 2007): Paranormal, monster and extraterrestrial reportage.

SCIENCE FICTION CHRONICLE: 1990 - 2007 (monthly film/DVD/TV/Comic book column, "SF Cinema")

FASCINATING FACTS FROM THE BIBLE: NEW TESTAMENT (2001)

FASCINATING FACTS FROM THE BIBLE (1995)

I WISH I'D THOUGHT OF THAT (1995)

GREAT AMERICAN GHOST STORIES (1994)

MYSTERY SCENE: 1994-1998 (film column, "Mystery Media"), 1999 - 2001 (monthly film column, "Mystery Scinema") (also ran on Hollywood.com)

MAD MAGAZINE: 1986 -1998 (monthly "quote" from Alfred E. Neuman)

LADIES HOME JOURNAL: 1978 - 1993 (celebrity interviews)

EYE-ON: 1984 -1985 (publisher/editor magazine of pop-culture)

VIDEOGAMING ILLUSTRATED: 1982 - 1984 (publisher/editor)

OMNI: 1980 -1982 (monthly film column)

ANALOG: 1975 -1980 (film articles)

HARVEY COMICS: writer, NEW KIDS ON THE BLOCK comic book

ARCHIE COMICS: writer for LAUGH comic book

CRACKED MAGAZINE (humor)

MUPPET MAGAZINE (humor)


TV SERIES

ACCESS HOLLYWOOD, 1997 - 1999, consultant to syndicated entertainment series.

ENTERTAINMENT TONIGHT, 1994-5, daily consultant.

THOMASON, Linda Bloodworth and Harry, 1993-5, consultant on prime time series Designing Women, Evening Shade and Hearts Afire.

TRIVIA TRAP: written for Mark Goodson Productions. Aired on ABC 1984-5.

OMNI TV SHOW: writer/consultant, 1980.


MEDIA CONSULTANT

WORLD TRADE ART GALLERY: December, 2013 – present: curator of comic
book and Animation art.

APPLE/NATIONAL ENQUIRER: December, 2011 - August, 2012: Editor,
Enquirer-Plus iPad App

RadarOnline: October, 2008 – March, 2009: Oversaw the transition from print to

web-based, including dramatic demographic shift.

BIG Entertainment (now Hollywood Media) 1996-7 (consultant on comic books,
graphic novels, novels, toys, and multimedia enterprises)

DC COMICS 1986-9 (consultant book publishing program)

BLOCKBUSTER VIDEO 1992-3 (consultant on improving rentals)

ENCYCLOPEDIA AMERICANA 1988-91 (wrote entries on popular culture)

LJN 1986 (national spokesperson for Photon toy)

WORLD BOOK ENCYCLOPEDIA 1981-83 (consultant on film coverage)

MGM 1981 (creative consultant on film CLASH OF THE TITANS and developed
motion picture THAT'S SPECIAL EFFECTS!)

WARREN PUBLISHING COMPANY 1976 – 1983 (consultant, special projects
editor)

CONDE NAST 1975 (created touring science fiction film program)

PETER PAN INDUSTRIES 1975 (packaged series of STAR TREK records)

SCHOLASTIC MAGAZINES 1975 (consultant, fantasy publications)


STAFF EMPLOYMENT

(1971-75; freelance since then)

Editor, Seaboard magazines and comics, 1974-5: superhero and horror comics, romance magazines, puzzle books, etc.

Associate Editor, Warren magazines 1973-4, including FAMOUS MONSTERS, CREEPY, VAMPIRELLA, others.  Ran Captain Company mail order division.

Copywriter, Country Studios Advertising, 1972-3.

Assistant Editor, DC Comics, 1972. Wrote for comic books TARZAN, LOIS LANE, LEGION OF SUPER-HEROES, GI WAR STORIES, SGT. ROCK, others. Worked with Gloria Steinem on Wonder Woman book.

Assistant Editor, Skywald Publishing, 1971-2. Worked on horror and science fiction comics.

Editorial Assistant, Beagle Books (Ian Ballantine): 1970


ACTIVE PROFESSIONAL MEMBERSHIPS

AUTHORS GUILD

SCIENCE FICTION AND FANTASY WRITERS OF AMERICA

MYSTERY WRITERS OF AMERICA

WESTERN WRITERS OF AMERICA

HORROR WRITERS ASSOCIATION

ROMANCE WRITERS OF AMERICA

THE INTERNATIONAL ASSOCIATION OF MEDIA TIE-IN WRITERS

APPENDIX 3

Legal matters in which I have provided testimony during the past five years. The party on whose behalf I testified is underlined, and the names of the works at issue are in quotations following each party's name.

| CASE NAME | COURT |
|---|---|
| Mark Gable ("Karma") v. <u>NBC ("My Name is Earl")</u> | C.D. Cal. |
| Warren Publishing Company v. <u>J. David Spurlock</u> | E.D. Pa. |
| James Muller ("The Lost Continent") v. | |
|     <u>Twentieth Century Fox ("Alien vs. Predator")</u> | S.D.N.Y. |
| Joseph Davis ("Animal's Night Out") v. | |
|     <u>DreamWorks Animation ("Madagascar")</u> | S.D. Fla. |
| Yolanda Buggs ("Critter Island") v. | |
|     <u>DreamWorks Animation ("Flushed Away")</u> | C.D. Cal. |
| Terence Dunn ("Zen-Bear") v. | |
|     <u>DreamWorks Animation ("Kung Fu Panda")</u> | Cal. Sup. Ct. |
| Summit Entertainment ("Twilight") v. <u>Beckett Media</u> | C.D. Cal. |
| Anthony Spinner ("Lost") v. <u>ABC ("Lost")</u> | Cal. Sup. Ct. |
| Corbello v. <u>DeVito ("Jersey Boys")</u> | D. Nev. |
| Chuck Zito ("Nomads") v. <u>FX ("Sons of Anarchy")</u> | Cal. Sup. Ct. |
| CBS ("Big Brother") v. <u>ABC ("Glass House")</u> | C.D. Cal. |
| Don Bellisario v. <u>CBS ("NCIS")</u> | Cal. Sup. Ct. |
| Bryant Moore ("Aquatica/Pollination") v. | |
|     <u>Lightstorm Entertainment ("Avatar")</u> | D. Md. |
| Randall Shuptrine ("Woodsculpting") v. | |

<u>Scripps Network</u> ("Man Caves")                    Chanc. Ct. Tenn.

Jayme Gordon ("Panda Power") v.

<u>DreamWorks Animation</u>  ("Kung Fu Panda")        D. Mass.