KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., Tristar Pictures, Inc., Media Rights Capital and QED International

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT, INC., MEDIA RIGHTS CAPITAL, QED INTERNATIONAL,<br><br>Defendants. | Case No. CV 13 4679 PJH<br>The Hon. Phyllis J. Hamilton<br><br>**MANUAL FILING NOTIFICATION:**<br>**EXHIBIT 2 - MOTION PICTURE *ELYSIUM* IN DVD FORMAT**<br><br>Date:   September 3, 2014<br>Time:   9:00 a.m.<br>Ctrm:   3 |

    Regarding: Exhibit 2 to the Declaration of Gregory Korn in Support of Defendants' Motion for Summary Judgment:

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

    If you are a participant on this case, this filing will be served in hard-copy shortly.

    For information on retrieving this file directly from the court, please see the court's main web site at http://www/cand.uscourts.gov under Frequently Asked Questions (FAQ)

10021.00015/223740.1     CV 13 4679 PJH

**MANUAL FILING NOTIFICATION**

This filing is not efiled for the following reason(s):

☐ Voluminous Document (PDF file size larger than efiling system allowances)

☐ Unable to Scan Documents

☒ Physical Object: **Motion Picture *Elysium* In DVD Format**

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

☐ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other: _____

DATED: July 30, 2014                KINSELLA WEITZMAN ISER KUMP
                                    & ALDISERT LLP


                                    By:     /s/
                                        Gregory Korn
                                        Attorneys for Defendants Neill Blomkamp, Sony
                                        Pictures Entertainment Inc., Tristar Pictures, Inc.,
                                        Media Rights Capital and QED International

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10021.00015/223740.1                            1                              CV 13 4679 PJH
**MANUAL FILING NOTIFICATION**