KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
NEILL BLOMKAMP, SONY PICTURES
ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL
II, L.P., and QED INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>            Plaintiff,<br><br>    vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>            Defendants. | Case No. CV 13-4679-PJH<br><br>**DEFENDANTS' NOTICE TO PLAINTIFF RE: APRIL 17, 2014 FIRST NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Defendants' Notice of Motion and Motion for Summary Judgment, and supporting Declarations and Exhibits, filed and served concurrently herewith]<br><br>Date:      September 3, 2014<br>Time:      9:00 a.m.<br>Crtrm.:  3 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

NOTICE REGARDING FILING OF MOTION FOR SUMMARY JUDGMENT

**TO PLAINTIFF STEVE WILSON BRIGGS:**

     **PLEASE TAKE NOTICE** of the Order entitled "First Notice Of Filing Of Motion For Summary Judgment and Notice – Warning To Pro Se Plaintiff Steve Wilson Briggs" (the "Notice"), a true and correct copy of which is attached hereto as <u>Exhibit A</u>.  The attached Notice describes the requirements for opposing Defendants' Motion for Summary Judgment.

DATED: July 30, 2014

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP

By:       /s/ Gregory P. Korn
          Gregory P. Korn
          Attorneys for Defendants
          NEILL BLOMKAMP, SONY PICTURES
          ENTERTAINMENT INC., TRISTAR
          PICTURES, INC., MEDIA RIGHTS CAPITAL II,
          L.P., and QED INTERNATIONAL, LLC

10021.00015/223747

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

NOTICE REGARDING FILING OF MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

               Plaintiff(s),

     v.

NEILL BLOMKAMP, et al.,

               Defendant(s).

_____/

No. C 13-4679 PJH

**FIRST NOTICE OF FILING OF MOTION
FOR SUMMARY JUDGMENT**

**NOTICE -- WARNING TO PRO SE PLAINTIFF STEVE WILSON BRIGGS**:

     As per the discussion at the case management conference on April 17, 2014, you are hereby notified that defendants will soon be filing a motion for summary judgment by which they seek to have your case dismissed.  A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

     Rule 56 tells you what you must do in order to oppose a motion for summary judgment.  Generally, summary judgment must be granted when there is no genuine issue of material fact.  That is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case.  When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says.  Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be

United States District Court
For the Northern District of California

Case 4:13-cv-04678-PJH Document 58 Filed 07/30/14 Page 5 of 6

1    entered against you.  If summary judgment is granted, your case will be dismissed and

2    there will be no trial.

3         The court provides this "fair notice" pursuant to *Rand v. Rowland*, 154 F.3d 952,

4    953-954 (9th Cir. 1998) (en banc).  In *Rand*, the Ninth Circuit held that pro se prisoners

5    must be given a warning about the requirements of Rule 56 of the Federal Rules of Civil

6    Procedure pertaining to summary judgment and the consequences of such a motion.  This

7    court routinely provides these warnings in its orders of service for prisoner pro se civil rights

8    complaints.  While a *Rand* notice is required only in pro se prisoner cases, the court finds it

9    appropriate to provide this notice to you, a non-prisoner pro se civil plaintiff, out of an

10   abundance of caution.

11        The Ninth Circuit recently held that *Rand* notices must be provided at the time the

12   motions are filed, and that notices given in advance of such motions are not sufficient.

13   *Woods v. Carey*, 684 F.3d 934, 940-41 (9th Cir. 2012) (*Rand* notices must be given at the

14   time motion for summary judgment is filed, not earlier); *Rand* at 960 (separate paper

15   required).  Accordingly, at the time that a summary judgment motion is served, defendant

16   shall also serve a copy of this order as a further reminder of the requirements of opposing a

17   summary judgment motion.

18        Civil Local Rule 7-3 requires that you file your opposition to the motion for summary

19   judgment no later than 14 days after the motion is served and filed.  You may file an

20   affidavit or declaration in support of your opposition, as well as a brief or memorandum

21   which may not exceed 25 pages of text unless you file a request for permission of the court

22   to exceed the page limit prior to the due date and the court grants your request.  Any

23   evidentiary and procedural objections to the motion for summary judgment must be

24   contained within the brief or memorandum.

25        **IT IS SO ORDERED.**

26   Dated: April 17, 2014

27                                                    PHYLLIS J. HAMILTON
                                                      United States District Judge

28

2

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

       Plaintiff,

  v.

NEILL BLOMKAMP, et al,

       Defendant.

_____/

Case Number: CV13-04679 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

Dated: April 18, 2014

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk