Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>    Plaintiff<br><br>    vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, ET AL<br><br>    Defendants | Case No.: CV 13-4679 PJH<br><br>**DECLARATION OF PLAINTIFF, STEVE WILSON BRIGGS TO AUTHENTICATE DOCUMENTS IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM AND POINTS OF AUTHORITY IN SUPPORT THEREOF , AS ORDERED BY THE COURT (08/04/14, CASE DOCUMENT 73)** |

## **DECLARATION:**

I, Steve Wilson Briggs, plaintiff in this copyright infringement dispute, hereby provide this declaration to the Court, to authenticate the documents attached to my (First) Amended Complaint (FAC), as permitted under rule 56. I attest, with certainty, that all documents attached to my FAC are true and correct. I have personal knowledge of each document attached and described herein. I am competent to testify in this matter. These documents are as follows (in the exhibit nomenclature as attached to the FAC):

1) **Exhibit A**: "Butterfly Driver" screenplay (the final of 2 surviving drafts of my screenplay under this title, from <u>July/August 2007</u>; posted on TriggerStreet.com. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

2) **Exhibit B:** "Elysiun" screenplay, by Defendant Blomkamp; downloaded by Plaintiff online

1

June, 13th, 2013 at http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . The script conforms to the film and to screenplay discovery documents provided by the Defendants. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

3) **Exhibit C:** Certificate of Copyright Registration with US Copyright Office.  I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

4) **Exhibit D:** First few pages of a lengthy email to my (plaintiff) family and friends containing the first draft of Uberopolis: City of Light (the original title of "Butterfly Driver"), sent May 25th, 2005. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

5) **Exhibit E:** WGA-w (Writer's Guild of America, west) registration of my (plaintiff) screenplay Uberopolis: City of Light. Registered by Plaintiff 12/16/2005.  I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

6) **Exhibit F:** A few of many letters and emails I (plaintiff) sent literary agents and production companies, primarily in 2006. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

7) **Exhibit G:** Philadelphia Logline Festival registration/acceptance responsive letter (email), sent to plaintiff by festival administrators, from 03/31/2007. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

8) **Exhibit H:** Slamdance Quarterfinalist notification/rejection email from administrators of the Slamdance Screenplay Competition to the plaintiff, 08/29/2006. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

9) **Exhibit I:** Notification email from Inktip.com, a very popular screenwriter's website to connect with industry professionals, from August 2006 through November 2007.  I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

10) **Exhibit J:** A few emails (of many) from TriggerStreet.com sent to me (plaintiff), concerning my screenplay, Butterfly Driver, placed on the website (from 2007). I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

11) **Exhibit K:** Time Magazine article from August 23rd, 2004, declaring Trigger Street one of the 50 Best Websites of 2004. I, Steve Wilson Briggs (plaintiff) have personal knowledge of these document(s).

12) **Exhibit L:** an article in Wired Magazine says Trigger Street had 100,000 members, 01/15/ 2004. I, Steve Wilson Briggs (plaintiff) have personal knowledge of these document(s).

13) **Exhibit M:** a page from my (plaintiff) website(August 6th, 2010) marketing a few synopses/loglines to potential film investors. On this page I am marketing the logline/synopsis to "Butterfly Driver". Although the website was taken down in 2012, the page can still be seen, archived at:

https://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html

I, Steve Wilson Briggs (plaintiff) have personal knowledge of these document(s).

14) **Exhibit N**: Two page from version #4 of Plaintiff's screenplay Uberopolis: City of Light, January 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date):   August 6th, 2014.

Signed:  /s/  Steve Wilson Briggs

Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com