Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>　　　Plaintiff<br><br>　　　vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, ET AL<br><br>　　　Defendants | Case No.:  CV  13-4679  PJH<br><br>Judge: Honorable Phyllis J. Hamilton<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT THEREOF; AND IN SUPPORT OF PLAINTIFF'S FAC (RE: 08/04/14 COURT ORDER –DOC. #73)**<br><br>**AND**<br><br>**DECLARATION OF STEVE WILSON BRIGGS**<br><br>Date:　　　Sept. 3rd, 2014<br>Time:　　　9:00 a.m.<br>Courtroom:　3<br>Judge:　　　Hon. Phyllis J. Hamilton |

1

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE  CV  13-4679  PJH

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to rule 201 of the Federal Rules of Evidence, the Plaintiff hereby respectfully requests that the Court take judicial notice of Exhibits 1-22 of the Declaration of Plaintiff, Steve Wilson Briggs, in support of Plaintiff's Motion for Summary Judgment. Rule 201(c)(2) states the court must take judicial notice of facts "if a party requests it and the court is supplied with the necessary information." Rule 201(d) permits the court to take judicial notice at any stage of the proceeding. In this light, the Plaintiff requests that the Court take judicial notice of the Exhibits 1-22 attached to this filing.

Exhibits 1-20 are exhibits documents attached to the Plaintiff's FAC. Many of these exhibits were also attached to the Plaintiff's recently filed Motion for Summary Judgment. However, Exhibits 21 and 22 are documents that were attached to the Plaintiff's Motion for Summary Judgment, but not attached to the FAC.

On Aug 4th, 2014, the Court filed an order directing the Plaintiff to properly authenticate his exhibits attached to his motion for summary judgment by August 6th. In the opening of that order the Court referred to exhibits attached to the Plaintiff's *motion for summary judgment,* but in closing, the Court mentioned authenticating documents that are attached to the *"complaint"*. The Plaintiff is Uncertain if by "complaint" if the Court meant the FAC or the Summary Judgment. Therefore, with the existing time constraints, the Plaintiff is requesting judicial notice of all exhibits attached to both filings, all attached herewith. The Plaintiff apologizes for the added time requirement.

Dated: August 6th, 2014.

Respectfully Submitted,  /s/  *Steve Wilson Briggs*

> Steve Wilson Briggs
> Plaintiff, In Pro Per
> 681 Edna Way
> San Mateo, CA 94402
> Telephone: (510) 200 3763
> Email: snc.steve@gmail.com

**DECLARATION OF STEVE WILSON BRIGGS**

I, STEVE WILSON BRIGGS, declare:

1) I am the Plaintiff in this copyright infringement suit. I make this declaration, in support of my Motion for Summary Judgment and (First) Amended Complaint. The fact set forth below are set forth with my personal knowledge, and I am competent to testify on the matters stated.

2) The documents attached to this filing as Exhibits B, C, D, E, F, G, H, J, K, L M, N, O, P, Q, R, S, T, U, V, and Exhibit 21 and 22, listed subsequently, are true and correct copies of documents filed with my FAC against the Defendants in this suit, and many of which were also filed with my motion for summary judgment in this same matter.

These Exhibits are as follow:

**Exhibit**          **Document Description**

\* Indicates documents that are attached to both the FAC and the Motion for Summary Judgment.

1) **\*Exhibit B:** "Elysiun" screenplay, by Defendant Blomkamp; downloaded by Plaintiff online June, 13th, 2013 at http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF. The script conforms to the film and to screenplay discovery documents provided by the Defendants.

2) **\*Exhibit C:** Certificate of Copyright Registration with US Copyright Office.

3) **Exhibit D:** MRC executive(s) give marketing interview for Elysium to "Think Progress"; published: July 31st, 2013.

4) **Exhibit E:** MRC's website Contact/About page describing their from 12/17/2013.

5) **Exhibit F**: NY Times article about MRC's co-founders, their questionable ethics, and why many in Hollywood insiders will not work with them, March 19th, 2007.

6) **\*Exhibit G** (Exhibit D in Plaintiff's "Motion for Summary Judgment (**MSJ**)): First few pages of a lengthy email to my (plaintiff) family and friends containing the first draft of Uberopolis: City of Light (the original title of "Butterfly Driver"), sent May 25th, 2005.

7) **\*Exhibit H** (Exhibit E in MSJ): WGA-w (Writer's Guild of America, west) registration of my (plaintiff) screenplay Uberopolis: City of Light. Registered by Plaintiff 12/16/2005.

8) **\*Exhibit J** (Exhibit G in MSJ)**:** Philadelphia Logline Festival registration/acceptance

responsive letter (email), sent to plaintiff by festival administrators, from <u>3/31/2007</u>.

9) **\*Exhibit K** (Exhibit H in MSJ): Slamdance Quarterfinalist notification/rejection email from administrators of the Slamdance Screenplay Competition to the plaintiff, <u>08/29/2006</u>.

10) **\*Exhibit L** (Exhibit I in MSJ): Notification email from Inktip.com, a very popular screenwriter's website to connect with industry professionals, from <u>August 2006 – November 2007</u>.

11) **\*Exhibit M** (Exhibit J in MSJ)**:** A few emails (of many) from TriggerStreet.com sent to Plaintiff, concerning his screenplay, Butterfly Driver, placed on the website (from 2007).

12) **Exhibit N:** Two of several emails from Trigger Street member Tom Gilman, <u>March 2007</u>.

13) **Exhibit O:** An email thread between myself and Trigger Street member Jason Beck (July and **<u>August 2007</u>**).

14) **Exhibit P:** An email exchange between myself (plaintiff) and Bob Thielke, from <u>July 2007</u>.

15) \***Exhibit Q** (Exhibit M in MSJ)**:** a page from my (plaintiff) website(<u>August 6th, 2010</u>) marketing a few synopses/loglines to potential film investors. On this page I am marketing the logline/synopsis to "Butterfly Driver". Although the website was taken down in 2012, the page can still be seen, archived at:

https://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html

16) **Exhibit R:** an interview with Jody Foster from WJLT Radio concerning extreme secrecy on Elysium's set, from <u>March 13th, 2013</u>; and an article from the Collider –also about set secrecy.

17) **Exhibit S:** Article from Huffington Post, <u>07/29/13</u>, Jody Foster says her role was originally written for a man.

18) **Exhibit T:** An email I (plaintiff) sent the Defense Counsel, <u>June 3rd, 2013</u>.

19) **Exhibit U:** Hollywood Accounting article (excerpted from Wikipedia). The article explains why unethical Hollywood companies use subsidiaries to help hide profits.

20) **Exhibit V:** Wall Street Journal "MoneyBeat" article, <u>June 17th, 2013</u>, in which Sony's largest private investor, Daniel Loeb writes an open letter to Sony's CEO, saying Sony Pictures, Ent. Inc. lacks transparency, discipline and accountability.

21) **Exhibit 21** (Exhibit K on Motion For Summary Judgment): Time Magazine article from August 23rd, 2004, declaring Trigger Street one of the 50 Best Websites of 2004.

22) **Exhibit 22** (Exhibit L in Motion for summary judgment), an article in Wired Magazine says Trigger Street had 100,000 members, 01/15/ 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date):   August 6th, 2014.

Signed: /s/  Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com