# Fw: Read this screenplay -not the other one

From: **Saul Goode** (q22skidoo@yahoo.com)   This sender is in your contact list.
Sent: Sat 6/01/13 4:54 PM
To:  Steve Wilson-Briggs (birdynumnumz@hotmail.com)

----- Forwarded Message -----
**From:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>
**To:** Saul Goode <q22skidoo@yahoo.com>; Morgan Marchbanks <mmarchba@seq.org>; marina wilson <marinahope@hotmail.com>; dennis <denwil@sonic.net>; Cecile Lusby <cecilusby@hotmail.com>
**Sent:** Wednesday, May 25, 2005 6:31 AM
**Subject:** Read this screenplay -not the other one

Uberopolis: City Of Light

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE THE EARTH. IN THE BACKGROUND, THE EARTH IS SEEN -HALF SHADED IN THE COVER OF NIGHT, BUT THE SUNLIT HALF IS SEEN WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION COVERING MOST OF THE SKY. THE OCEAN IS AN UNHEALTHY GREENISH-BLUE -NOT THE VIBRANT BLUE OCEAN OF THE PAST. THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S GRAVITATIONAL PULL UNTIL ITS SKIN BEGINS TO PEEL AND BURN FROM THE HEAT GENERATED FROM THE FRICTION OF RE-ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE DARK SIDE OF EARTH.
THE CAMERA DESCENDS FROM THE SKY TO A SMALL CITY AT NIGHT, FULL OF LIGHT, SOMEWHERE IN SOUTH AMERICA. THE CAMERA DESCENDS AND MOVES IN CLOSER AND CLOSER UNTIL IT IS CLEAR THAT THE LIGHTED CITY IS LITTLE MORE THAN A WASTELAND.
EXT. A GLOOMY WASTELAND STREET -- NIGHT
Beneath a polluted night sky, an attractive Latina mother (perhaps 35) walks alongside her fairly-muscular ("multinational looking") teen-aged son (John Carlos) on a desolate street on the outskirts of a large third world city. She carries a small bag of groceries while her son carries the woman's 6 year old daughter (his sister, Franny). On the streets around them futuristic police and military vehicle hover ominously over the streets as they cruise slowly past, belching ever-more pollution into the air, homeless people burn fires in trash cans and barrels to keep warm, children run in and out of shanty-town dilapidated box

houses, a few teens wearing headphones sniff paint from a plastic bag in the shadows, other shabbily dressed teen-aged boys wearing headsets and headphones, stand eerily on the corners and stoops, scanning the street predatorily for some unsuspecting prey. The woman's teen-aged son keeps a firm tough look on his face, careful not to seem like an easy target. The mother keeps her gaze down, not wanting to invite the thugs' cat calls and advances.

The flash of the shooting star (the dead body) whips across the sky. The young daughter (Franny) notices it and lifts her head from her brother's shoulder and points a weak finger.

FRANNY

Mama, look! A shooting star!

The mother (Rianna) and her son (John Carlos) turns to see.

RIANNA

Easy, relax remember your breathing.

FRANNY

But a star...

RIANNA

You're right, Franny. Make a wish.

FRANNY

No, you.

RIANNA

No, I'm too old. Wishes are for the young. You sound wheezy... I think you need your inhaler.

Rianna digs in her jacket pocket and produces a long kid's inhaler. Rianna hands the inhaler to Franny.

FRANNY

Then you, John Carlos.

As John Carlos speaks Franny puffs the inhaler.

JOHN CARLOS

I didn't see it. You make the wish.

                          FRANNY

            Maybe I'll save it for daddy.

                        JOHN CARLOS

            The person who sees it is supposed to make the wish.

                        FRANNY

            OK. I want...

John Carlos puts a finger over each of their lips.

                        JOHN CARLOS

            Shhh. You're not supposed to tell...

John Carlos's eyes dot back and forth, as if he's aware that perhaps the local thugs have caught him in a tender moment with his sister. He takes his fingers down from their lips.

                        FRANNY

            Oohhh...

Franny contemplates, then closes her eyes briefly to wish.

                        FRANNY

            It was a good one.

Franny takes another puff of her inhaler.

                        JOHN CARLOS

            Yeah. But mine woulda been better, if I woulda seen it.

                        RIANNA

            When I was a little girl shooting stars were so uncommon - maybe once or twice a year I'd see one. Now, it seems like every night you can see them - even through all this pollution.

A teen age male's voice calls out from the streets in a tough Spanish accent.

                        VOICE