# Re: ? about "Butterfly Driver"

From: **Jason Beck** (phreesh@yahoo.com)
Sent:  Thu 8/02/07 6:58 AM
To:    Steve Wilson Briggs (birdynummumz@hotmail.com)

I think its okay.  I'm not passionate about it, but it didn't bother me.

Thinking about why I didn't *love* it...

Maybe placement?  Could it be put into a place that felt more like the story was possibly over?  I'm not sure if there's a spot for it just a little later.  Maybe something to think about.

Maybe different visuals?  What would most be on Arlo's mind when he's dying?  And it'd be double-good if you could include either some foreshadowing or reveal a plot twist.

I think you've done a good job making it suitably 'dreamlike'.  The child in the cockpit, the dolphin in the cargo bay (bonus points for making the window look like a porthole) work well, I think.

Frankly, I don't have any concrete advice.  Like I said, I think it's decent (I, too, generally dislike dream sequences), but not mind-blowing.

Good luck,

Phreesh
----- Original Message ----
From: Steve Wilson Briggs <birdynummumz@hotmail.com>
To: phreesh@yahoo.com
Sent: Thursday, August 2, 2007 7:14:39 AM
Subject: Re: ? about "Butterfly Driver"

Phreesh (or Jason),

I've been laboring to repair my script. I'm still floored by all the insight
and sage advise you offered. I was wondering, if you have a moment -and
still remembered the script this long after the fact- but when Arlo was
apparently dying, at the end, and had the dream, with the dolphin, which
triggered his final epiphany, did that work for you? I usually avoid
flashbacks and dreams like the plague, but this tied into Benni's belief in
dreams, which may work for a motiff, but not for the story. So I was hoping
to get your thoughts. If you don't have time, or don't recall, I understand.
Thanks again.

>From: Jason Beck <phreesh@yahoo.com>
>To: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>Subject: Re: ? about landscape of "Butterfly Driver".
>Date: Tue, 31 Jul 2007 06:57:53 -0700 (PDT)
>
>I have to first say that the instinct to pare down description is the right
>one. Especially in the first ten pages. You want to get your story going
>right away and engage the reader. That said, because you set this in a
>world very different from our own, I think you need to orient us a little.
>
>The thing that was missing to me was, I guess, a sense of the
>'neighbourhood'. Is Arlo's place a typical suburban house that has all the
>comforts of the modern future? Or is this more of a downtrodden place that
>has a lot of abandoned homes and makeshift shelters? I guess I'm wondering
>what the quality of life is like for Arlo and his friends. And then
>describe the important bits of technology a little more fully. What does
>Arlo's bike look like and what does it do (I recall that you did a pretty
>decent job of this). And the omni-com. What size is it? What does it
>look like?
>
>And then, what life is like in Los Angeles. Is it like the Star Warz
>prequels with beautiful, immaculate, huge buildings or like Blade Runner
>with a hodgepodge of different cultures and economic lifestyles?
>
>Now that I think about it, I think a sense of 'lifestyle' is what I'm
>looking for. You do a pretty good job of describing Uberopolis and its
>decadent lifestyle. I think you need to do just as good a job with Earth
>(or at least the bits that you show).
>
>Best of luck,
>
>Phreesh
>
>
>
>----- Original Message ----
>From: Steve Wilson Briggs <birdynumnumz@hotmail.com>
>To: phreesh@yahoo.com
>Sent: Monday, July 30, 2007 3:07:50 PM
>Subject: Re: ? about landscape of "Butterfly Driver".
>
>

>Jason,
>
>I'm honored that you emailed back. I haven't had an opportunity to read
>your
>work, but from the great reviews and your evident acumen, I have a feeling
>I'm corresponding with a future "insider".
>Anyway, if you have a minute or two...
>You mention that maybe I should make the world I've envisioned a little
>more
>clear. I cut out substantial stuff after receiving input that the world was
>too elaborate, a few months ago. I have about twenty out takes that could
>help concretize my world of the future -and some new ideas. Are there any
>specific ways that you felt my world lacking?
>Oh yeah. Thanks for pointing out my margin problems. I can't figure how or
>when they got screwed up.
>
>Take care.
>
>
>
> >From: Jason Beck <phreesh@yahoo.com>
> >To: "TriggerStreet Member: birdynumnum" <birdynumnumz@hotmail.com>
> >Subject: Re: Thanks fpr the review of "Butterfly Driver".
> >Date: Mon, 30 Jul 2007 08:07:31 -0700 (PDT)
> >
> >I DID notice the reference to violets at the end, but didn't give you
> >enough credit as a writer.  I thought it was more of an accidental
> >reference and it made me think of Benni and that you had forgot her.
> >
> >Now that you've pointed out that it was on purpose, I can see where you
> >were going.
> >
> >Maybe it's too subtle?  Could be just me.  Now that you've pointed it
>out,
> >I like it.
> >
> >Beaver Foods sez:
> >
> >"We take care of the meat.
> >You do the rest."
> >
> >
> >
> >----- Original Message ----
> >From: TriggerStreet Member: birdynumnum <birdynumnumz@hotmail.com>

> >To: phreesh <phreesh@yahoo.com>
> >Sent: Monday, July 30, 2007 1:02:15 AM
> >Subject: Thanks fpr the review of "Butterfly Driver".
> >
> >
> >This is the third time I've posted BD, and your reviw was the most
>thorough
> >and thoughtful to date. Much of your input I expect to act on as soon as
>I
> >finish this email; a few things are style decisions that I may stick
>with.
> >There were two points you mentioned I was hoping to explore with you. 1)
> >you mentionen the gens inclusion being sort of random an undeveloped. The
> >gens were suposed to part of the State's cover up of the prisoner
>execution
> >program. Let the concerned families chat with gens in a simulated
>prison...
> >I guess I may not have done my job as a writer on this point. 2) I really
> >appreciate that you noticed the VIOLET theme and how that was supposed to
> >be connect visual to Benni. In the final pages when Arlo's saying goodbye
> >to his wife Rianna, we see her VIOLET mascara runnig, and Arlo says she's
> >"...still beautiful in the rain." This was supposed to be a referrence to
> >Benni, who said of her violet was"...even prettier in the rain,". The
> >closing referrence was intended also to suggest that Arlo had an
>enduring
> >interest in Benni.
> >Thanks a bunch.
> >Steve
> >
> >
> >      Be smarter than spam. See how smart SpamGuard is at giving junk
> >email the boot with the All-new Yahoo! Mail at
> >http://mrd.mail.yahoo.com/try_beta?.intl=ca
> >
>
>_____
>Local listings, incredible imagery, and driving directions - all in one
>place! http://maps.live.com/?wip=69&FORM=MGAC01
>
>
>      Be smarter than spam. See how smart SpamGuard is at giving junk
>email the boot with the All-new Yahoo! Mail at
>http://mrd.mail.yahoo.com/try_beta?.intl=ca
>