# RE: Thanks for the Butterfly Driver review

From: **Thielke, Bob** (BThielke@TLIsolutions.com)
Sent: Tue 7/31/07 8:19 AM
To:    TriggerStreet Member: birdynumnum (birdynumnumz@hotmail.com)

Hey Steve

It's nice to hear the feedback on the reviews, I'm glad I was of some help. Regarding Drexler, if you can ever get ahold of the script for LA confidential, see how they handle the police chief whose name escapes me. He's THE bad guy in the story, but they include him early and fairly often as a good guy with only the slightest hints that there may be problems with him. I know exactly what you're saying about the feeling of arlo finding the bodies with the donor organs. The other way of looking at it is to suggest that cloning doesn't work for some particular organs, then you could still have the need for donor organs. Maybe some environmental calamity causes the cloned organs to fail. just throwing stuff out there.

I liked the story alot and think it has some serious potential.

bob

---

From: TriggerStreet Member: birdynumnum
[mailto:birdynumnumz@hotmail.com]
Sent: Mon 7/30/2007 3:39 PM
To: Thielke, Bob
Subject: Thanks for the Butterfly Driver review

Thanks for the good input. I intend to implement most of your points. The stuff about the donor organs vs. clonong was right on point. I thought about changing it, but kept it only because Arlo finding the bodies had a certain 'feeling'. But it needs to go. I decided to introduce Drexler gradually, and maybe late, because putting too much attention and focus on him early tended to telegraph him as the "heavy".

Thanks again for your thoughts and advice.

Steve