

http://www.mrexcellentmovie.com/future.html   Go

1 captures
7 Aug 10 - 7 Aug 10

JUL | AUG | SEP
2009 | **7** 2010 | 2011

Close ✖
Help ?

<%@LANGUAGE="JAVASCRIPT" CODEPAGE="65001"%>

# The Amazing Mr. Excellent movie website

- HOME
- CLIPS
- PRDCR/DIRCTR NOTES
- CAST
- PRODUCTION TEAM
- THE MAKING OF MR. X
- THE MUSIC
- THANKS & LINKS
- STORE
- OUTREACH
- FUTURE PROJECTS
- PARTNERS WANTED
- INVESTMENT OPPS.
- MISSION
- ABOUT
- CONTACT

## Future Projects:

I'm hoping to begin shooting the following scripts, perhaps shooting Sweeter Nectar Cherries first. But we need help. We are seeking investment and production partners to get these projects finished.

SWEETER NECTAR CHERRIES: When Lenny. a homeless pick-pocket with Parkinson's disease, is arrested he learns he has inherited a multi-million dollar estate. Lenny gets probation and rents his home out to several rock bands, some of his homeless friends, and a cannibal -allowing Lenny time to pursue the heart of his sexy new probation officer. Before long Lenny has his probation officer's job on the line and his estate in jeopardy -and is in danger of becoming one of his tenant's dinner. FEATURE LENGTH, ROMANTIC COMEDY, ALL AUDIENCES.

SUNFLOWERS: When four naive young American artists take summer jobs working in London for a wealthy art procurer they quickly find themselves at the center of a vast counterfeit art ring. When the artists poorly planned efforts to extricate themselves from the plot fail they find themselves racing across through the city from London's deadliest underworld kingpin. FEATURE LENGTH, COMDEY, YOUNG ADULTS.

BUTTERFLY DRIVER: In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxery satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth. FEATURE LENGTH, SCI-FI/ ACTION-ADVENTURE, ALL AUDIENCES.

ALFREY AND DORY: The chronicle of the lives of two young, ordinary life-long friends and room-mates (one Irish, one Dominican) surviving New York's inner city -set entirely in their apartment. FEATURE LENGTH, COMEDY, YOUTH AND YOUNG ADULT.

**SEE IT! In high def and AMAZING 2D technology!!**