UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 7, 2014                                                                 Judge: Laurel Beeler

Time: 4 minutes

Case No.      **4:13-cv-04679-PJH**
Case Name     **Steve Kenyatta Wilson Briggs v. Neill Blomkamp, et al.**

Attorney for Plaintiff:      Steve Briggs – Pro se (appearing telephonically)
Attorney for Defendants:     Gregory P. Korn (appearing telephonically)

Deputy Clerk: William Noble                     FTR Recording: 11:58 a.m. – 12:02 p.m.

## PROCEEDINGS

Telephonic Conference re: Amended to Compel Production of Documents

## RESULT OF HEARING

Hearing held.

Court inquired of Mr. Briggs regarding outstanding Request for Production of Documents number 4 and 6. Defendant served supplemental response to request 4 and verified response to request 6.

Court will issue written order.