UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>NEILL BLOMKAMP, et al.,<br><br>    Defendants. | Case No.  13-cv-04679-PJH   (LB)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Steve Kenyatta Wilson Briggs
    681 Edna Way
    San Mateo, CA 94402

Dated: 8/7/2014

    Richard W. Wieking
    Clerk, United States District Court

    By:_____
    William Noble, Deputy Clerk to the
    Honorable Laurel Beeler