The security workers notice the A-Cell in their X-ray monitors and pull it out.

Arlo's faces tightens.

Mistaking the A-Cell's smooth, phallic shape for a sexual stimulator (dildo), the FEMALE SECURITY WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER begins giggling.

> ARLO
> For my wife.

> FEMALE SECURITY WORKER
> Of course, Mr. Hibbard.

Allowing Arlo past, the female security worker giggles as she gives Arlo his jacket and the A-Cell.


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle watching a celebrity feature about Drexler on his personal shuttle TV screen.

ON THE TV

Drexler exits his private shuttle with a BEAUTIFUL WOMAN, waving to their admirers.

> NARRATOR
> Today, President Drexler and his wife, Lisa, arrived on Uberopolis for a week long government summit; where he announced Drexler Labs would soon make Genetic reprogramming available to the public for low 9 figures. He looks amazing at 50. People often forget, ten years ago he was reprogrammed to a permanent age of 25 and his DNA now produces no myostatin; so his bulging biceps are three times normal strength - without exercise.

BACK TO SCENE

A flight attendant hands Arlo a cup of orange juice.

> ARLO
> Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.