Are you tired of the extreme pollution levels and respiratory problems? Well there's an answer:  Uberopolis: City of Light!  Renown for its huge condos and ultra-sheik home owners. Uberopolis features everything from spacious family units, to giant penthouses.  All for only a few million more than you'd pay on Earth.

ANGLE ON : AS THE COMMERCIAL RUNS IMAGES OF THE SATELLITE CITY OF UBEROPOLIS ARE SHOWN.

TELEVISION: COMMERCIAL ANNOUNCER
Floating 10,000 miles above earth, now you can own a piece of Heaven. Uberopolis! The crime-free city -where the pristine air quality heals respiratory ailments, and the low gravity has been proven to reverse bone disorders.

The television shows a man jumping out of a tall building (fairly slowly) and landing safely on the street.

TELEVISION: COMMERCIAL ANNOUNCER
The Sky City is known for it's beautiful malls, casinos, nightclubs, museums and golf courses.  Why vacation on a polluted Earth beach when you can swim with dolphins in Uberopolis Harbor? The first half of Uberopolis City sold out in 6 months.  The second half is under construction and will be open next year. Buy now!  Come live in the greatest city off Earth. Uberopolis! A Drexler Media holding.

As the commercial ends, John Carl turns his attention to his father, curiously.

JOHN CARL
Why do they call it line-riding, anyway?

ARLO
The U.W.N.'s radar shield is 200 feet above ground level.  To avoid being shot down we have to ride  below that line.

JOHN CARL
Hmm.  So, when are you gonna take me on a run with you?

ARLO
Never.  I wish you'd get that idea out of your head.  We need more doctors and business...

Arlo brings the car to a stop near a large warehouse on the perimeter of the town. He and John Carl exit and walk into the warehouse.