JERRY
Morn. Guerrero's supposed to call with Lespi, about the crater. He's late.

Howard hands Jerry the yellow hamster wheel.

                HOWARD
That's for Jacob... How's he doing?

                JERRY
Thanks... Sick again.

                HOWARD
Maybe he needs a lung transplant? My landlord had an elective transplant on Sky Town, now he feels even better.

                JERRY
The rich going up there to avoid our transplant laws and waiting lines, has pushed organ prices so high, insurers won't cover transplants.

                HOWARD
Maybe that Drexlerin stuff?

                JERRY
Out of supply. 'Sides, the doctor says he's allergen impacted. So, it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                JERRY (CONT'D)
Commissioner...

                COMMISSIONER GUERRERO
Matthiessen, I've got Lespi. You got one minute. Ready?

                JERRY
A minute?

                COMMISSIONER GUERRERO
Maximum security limits. Here he is.

                JERRY
Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears, sitting in a cell.