EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port he notices countless video cameras mounted on every street.

Seeing a well dressed woman approaching, happily eating her ice cream, Jerry addresses the woman.

>              JERRY
> Excuse me. I'm looking for a rental car.

>              WOMAN #2
> Sorry. I'm just here for a quick liver transplant.

Jerry nods, politely. The woman walks away.

Spotting a police officer in a sky-ranger, Jerry pulls out his badge and hails him to a stop.

>              POLICE OFFICER 2
> We got a prisoner on the loose. What do you need?

>              JERRY
> That's who I'm after... Where can I get a sky-car?

>              POLICE OFFICER 2
> Get a cop ranger or cycle from the downtown station. Civilian vehicles are tied to the magnetic floor grid and can't go higher than twenty feet from the street. The cop vehicles can free-range.

Jerry nods appreciatively and points at a video camera mounted along the street.

>              JERRY
> Can the station get me access to these camera monitors, to locate the prisoner?

>              POLICE OFFICER 2
> Hell no. Until today we never had crime to monitor. Those are so The Drexler Media Center can televise the celebrities here. It's good for business. I gotta run.

Jerry nods. The cop drives away.