SHORT MAN
If you make it back, there are a lot of kids around here who could use one of those pills...

ARLO
I'll remember.

The black man pulls a document from a printer and hands it to Arlo.

BLACK MAN
Here's what we got. The cadaver is roughly your profile. Killed on Earth in a skyway accident last month, but his estate hasn't vacated his Uberopolis permits yet.

Arlo nods appreciatively. The woman turns to address Arlo.  There's a map of Uberopolis on her computer screen.

WOMAN #1
You're booked under that name on the  3:30 shuttle to Uberopolis.

ARLO
Thanks.

The shorter Chinese man turns from his workstation and hands Arlo two pieces of identification.

SHORT MAN
They won't scan but they're fool-proof to they eye.

ARLO
Thanks... Listen, they'll be here soon.  Don't lie for me, they don't like lies.

A tense silence passes.

ARLO
Before I went into hiding, I sent your father a few war keepsakes. Did he keep any special little things around here.

SHORT MAN
There's just a small box of things he wanted protected.

The tall man walks into another room to get the box. Tina quietly addresses Arlo.