# Plot point

From Wikipedia, the free encyclopedia

*For the role-playing games concept see Plot point (role-playing games)*

In television and film, a **plot point** is a significant event within a plot that spins the action around in another direction. Noted screenwriting teacher Syd Field in his "paradigm" proposes that a well-structured movies has two plot points within a three-act structure. The first plot point occurs 20 to 30 minutes into the film (assuming a standard 120-minute running time), and the second one occurs 80 to 90 minutes into the film. The first plot point ends Act I and propels the story into Act II; likewise, the second plot point ends Act II and propels the story into Act III.

## See also

- Screenwriting theories, overview of list of plot points

## External links

- Plot Point I and The Inciting Incident: Always Remember the Difference (http://www.icq.com/blogs/post/48559)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Plot_point&oldid=588239665"

Categories:  Narratology | Plot (narrative) | Television stubs

---

- This page was last modified on 29 December 2013 at 18:19.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.