Case 4:13-cv-04679-PJH   Document 79-7   Filed 08/12/14   Page 1 of 3

# Syd Field

From Wikipedia, the free encyclopedia

*This article is about the screenwriting guru; for information on the British comedian, see Sid Field.*

**Sydney Alvin Field** (December 19, 1935 − November 17, 2013) was an American screenwriting guru who wrote several books on the subject of screenwriting. He also conducted workshops and seminars on the subject of producing salable screenplays. Hollywood film producers have increasingly used his ideas on structure as a guideline to a proposed screenplay's potential.

Field was born on December 19, 1935 in Hollywood, California.[1]

Field taught screenwriting at the Master of Professional Writing Program, University of Southern California. Field also wrote and produced the television series *Men in Crisis*, *Hollywood and the Stars*, *National Geographics*, and *Jacque Cousteau Specials* from 1963−1965 for David L. Wolper Productions.

| | Sydney Alvin Field |
|---|---|
| |  |
| | Syd Field at the 2008 Screenwriting Expo. |
| **Born** | December 19, 1935 Hollywood, California, United States |
| **Died** | November 17, 2013 (aged 77) Beverly Hills, California, United States |
| **Occupation** | Screenwriting guru |
| **Years active** | 1960–2013 |
| **Website** | |
| http://sydfield.com/ | |

Syd Field died of hemolytic anemia on November 17, 2013, aged 77, at his home

Case 4:13-cv-04679-PJH   Document 79-7   Filed 08/12/14   Page 2 of 3

in Beverly Hills, California, surrounded by his wife, family, and friends.[2]

## Contents

- 1 The paradigm
- 2 Books
- 3 References
- 4 External links

## The paradigm

Field's most notable contribution is his articulation of the ideal Paradigm "three act structure". In this structure, a film's plot is set up within the first twenty to thirty minutes. Then the main character protagonist experiences a 'plot point' that provides a goal to achieve. About half the movie's running time focuses on the character's struggle to achieve this goal. This second act is the 'Confrontation' period. Field also refers to the 'Midpoint', a more subtle turning point in the plot that happens at approximately page 60 (of a 120 pages screenplay). This turning point is often an apparently devastating reversal of the main character's fortune. The final third (the third act) of the film depicts a climactic struggle by the protagonist to finally achieve (or not achieve) his or her goal and the aftermath of this struggle.

## Books



Syd Field in an instructional video.

- *Screenplay* (1979)
- *The Screenwriter's Workbook* (1984)
- *Selling a Screenplay: The Screenwriter's Guide to Hollywood* (1989)
- *Four Screenplays: Studies in the American Screenplay* (1994)

- *The Screenwriter's Problem Solver: How To Recognize, Identify, and Define Screenwriting Problems* (1998)
- *Going to the Movies: A Personal Journey Through Four Decades of Modern Film* (2001)
- *The Definitive Guide to Screenwriting* (2003)

# References

1. ^ Syd Field (http://www.mylife.com/syd-field) at MyLife
2. ^ SydField.com (http://sydfield.com/)

# External links

- Official website (http://www.sydfield.com/)
- Syd Field (http://www.imdb.com/name/nm0276055/) at the Internet Movie Database
- Interview by Jamie Sherry (http://www.writersguild.org.uk/public/008_Featurearticl/032_SydField.html)
- Interview by Karel Segers (http://thestorydepartment.com/interview-sydney-field-in-sydney/)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Syd_Field&oldid=601452705"

Categories: 1935 births | 2013 deaths | Disease-related deaths in California | Deaths from anemia | Film theorists | Screenwriting instructors | University of Southern California faculty

---

- This page was last modified on 27 March 2014 at 02:48.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.