Case 4:13-cv-04679-PJH   Document 79-11   Filed 08/12/14   Page 1 of 1

# What Happens in Act III

**Act III** comprises the final quarter of the film. (For a two hour movie, Act III would be the final 30 minutes.)

*What happens in Act III (Resolution)?*

> **Climax (Second Culmination)**--The point at which the plot reaches its maximum tension and the forces in opposition confront each other at a peak of physical or emotional action.
>
> **Denouement**--The brief period of calm at the end of a film where a state of equilibrium returns.



# Return to Three-Act Structure page

# Return to Act Two