

News, cases, companies   | Search |

Advanced Search

Subscribe | Sign In

Sign In

News, cases, companies

- Subscribe
- Sign In

-

-

News, cases, companies

Advanced Search

# 'Elysium' Director Stole Idea For Sci-Fi Film, Writer Says

Share us on: By **Chelsea Naso**

Law360, New York (October 10, 2013, 6:18 PM ET) -- A screenwriter told a California federal court Thursday that writer and director Neill Blomkamp pirated his idea for the movie "Elysium" after reading his screenplay "Butterfly Driver" online.

Both the film and the allegedly stolen screenplay, according to Steve Wilson Briggs' complaint, follow the struggle of a poor man living on a ruined Earth who has only five days to make an illegal and dangerous trip to a wealthy satellite planet for life-saving medicine.

Case 4:13-cv-04679-PJH   Document 79-14   Filed 08/12/14   Page 2 of 4

Briggs alleges in the complaint that, "the heart of his story, plot, characters, unusual settings, themes, conflict, catalyst, crisis, climax twist, his hero's unique 'character affliction,' the hero's 'keepsake necklace' and more" were all present in the film.

"Elysium" was released in August 2013 and stars Matt Damon and Jodie Foster. The film has grossed $272.7 million worldwide, according to BoxOfficeMojo.com. Blomkamp, a dual citizen of Canada and South Africa, also directed the 2009 film "District 9."

Briggs claims he finished a first draft of the screenplay in May 2005 and sent it via email to friends and family. That December, he began to market the screenplay in hopes of having it produced. He reportedly spent just less than two years sending it via postal mail and email, entering it in contests and sharing it on screenwriter's websites such as Triggerstreet.

After multiple revisions, Briggs said he posted the full script in its final form between July and August of 2007 on Triggerstreet. That is the only version, according to Briggs, that was publicly available and contained key story elements such as the protagonist's severe headaches and his keepsake necklace. It was downloaded several times from Triggerstreet and Briggs was once contacted by an anonymous director, who he now believes was Blomkamp.

In December 2007, he gave up his script marketing efforts, resolving to produce the movie on his own, according to the complaint. Briggs then began directing and producing his first feature length film, "The Amazing Mr. Excellent."

It wasn't until Briggs went to a movie theater in May 2013 that he heard of "Elysium," according to the complaint. After watching the preview there, he downloaded an early version of the script online and allegedly found multiple plot, character and setting similarities between the two.

In June, Briggs registered "Butterfly Driver" with the U.S. Copyright Office in order to file an infringement suit.

Both stories have slight differences, which Briggs describes as "add-ons" and alleges were purposefully tacked on to "Elysium" to help disguise the copyright infringement.

"The defendant's infringement is so extensive that when the plaintiff's infringed content is extracted from Elysium there is no story left to market — all that remains are robots, two exoskeletons, some high-tech guns and the hero's new backstory; all of which are simply "add-ons" added to disguise infringement," the complaint said.

Alongside Blomkamp, the complaint names the companies and studios involved in the film's production — Sony Pictures Entertainment Inc., TriStar Pictures Inc., Media Rights Capital II LLP and Qed International — as defendants.

Briggs is asking the court to order all current existing copies and formats of the film to be destroyed and never produced again, including any derivatives such as video games and soundtracks. He is also asking for damages and lost profits.

Sony Entertainment and TriStar declined to comment Thursday on the lawsuit.

Counsel information for all parties was not immediately available.

The case is Steve Wilson Briggs v. Neill Blomkamp et al., case number 13-cv-4679, in the U.S. District Court for the Northern District of California.

--Editing by Stephen Berg.

## Related Articles

- Fox Accused Of Swiping Ideas For New Kiefer Sutherland Show

View comments

Case 4:13-cv-04679-PJH   Document 79-14   Filed 08/12/14   Page 4 of 4



- [Printable Version](#)
- [Rights/Reprints](#)
- [Editorial Contacts](#)

## Related

### Sections

- [California](#)
- [Intellectual Property](#)
- [Media & Entertainment](#)

## Case Information

### Case Title

[Briggs v. Blomkamp et al](#)

### Case Number

[4:13-cv-04679](#)

### Court

California Northern