POWERGRID | THEGRILL NYC | THEGRILL | AWARDS & FOREIGN SCREENING SERIES | INDIE SCREENING SERIES | JOBS



# THE WRAP — Covering Hollywood

HOME | MOVIES | TV | MEDIA | AWARDS | CULTURE | REVIEWS | VIDEOS | PHOTOS | HOLLYBLOGS | EVENTS   Search

## 'Elysium' Director Neill Blomkamp, Sony, Producers Sued for Copyright Infringement

**DEAL CENTRAL** | By **Jeff Sneider** on October 9, 2013 @ 5:19 pm   Follow @theinsneider

262 | 131 | 4 | +1 9 | 132 | 5 | 1616   Email  Print



**YOU MAY LIKE...**


Kim Kardashian's New Bikini Selfies Are So Hot It's Kind of Insane (PHOTOS)
*(Stirring Daily)*


Benham Brothers Blame HGTV Cancellation on Anti-Faith Agenda: 'We Love



**Screenwriter Steve Wilson Briggs alleges that the "Elysium" filmmakers cribbed from his "Butterfly Driver" script**

Screenwriter Steve Wilson Briggs has sued Sony Pictures, TriStar pictures, Media Rights Capital, QED International and director Neill Blomkamp over similarities between their recent sci-fi movie "Elysium" and his screenplay "Butterfly Driver," according to the lawsuit obtained by **TheWrap**.

Briggs filed the lawsuit for copyright infringement on Tuesday in U.S. District Court in the Northern District of California.

A spokesperson for TriStar declined to comment on the lawsuit.

**Also Read:** Stephen Baldwin Gets Book He Didn't Write Thrown at Him in Publishing Lawsuit

Briggs alleges that "Elysium" infringes on the heart of his "Butterfly Driver" story as well as its plot, characters, unusual settings, themes,

## DEAL CENTRAL

 Deal Central gives you the latest on Hollywood casting, script buys, greenlights and negotiations in the entertainment industry.



**LATEST DEAL CENTRAL POSTS**

August 4, 2014 | about 6 hours ago
Taylor Kitsch Offered Lead in 'The Raid' Remake (Exclusive)

August 4, 2014 | about 7 hours ago
Exclusive Media's Alex Brunner Joins UTA Independent Film Group as Agent

August 4, 2014 | about 7 hours ago
'House of Cards' Alum Rachel Brosnahan and David Call to Star in 'Americana'

August 4, 2014 | about 9 hours ago
Jennifer Connelly Joins Ewan McGregor in 'American Pastoral'

MORE ▾

**THE WRAP FEATURED VIDEO**

Case 4:13-cv-04679-PJH   Document 79-16   Filed 08/12/14   Page 2 of 2



**How 'Guardians of the Galaxy' Brought Rocket Raccoon and Groot to Life**

**Philip Seymour Hoffman's 'A Most Wanted Man' Takes Off at Specialty Box Office**

conflict, catalyst, crisis, climax-twist, the hero's unique "character-affiliation," the hero's "keepsake necklace" and more.

The writer claims that "Elysium" is substantially similar to his work, that the defendants had access to his work and that the parties tried to disguise their infringement.

Briggs finished the first draft of the script in May 2005 and registered a revised version with the WGA-West in Dec. 2005. In February 2007, he posted the entire script on **Kevin Spacey** and Dana Brunetti's screenwriting website TriggerStreet.com, which is how Briggs claims Blomkamp had access to the script and the ideas within. He registered his script with the U.S. Copyright Office in June 2013 in order to file an infringement complaint.

There are indeed a number of similarities between the two scripts, as alleged in the lawsuit, though these types of claims are commonplace in Hollywood, particularly with regard to blockbuster studio movies. Since opening in August, "Elysium" has grossed $272 million worldwide to date.

Also Read: **'Real Housewives' Lisa Vanderpump's Husband Files Lawsuit: I Was Attacked With a Concrete Chipper!**

Briggs, whose lone credit on IMDb is as the writer, director and producer of the feature film "The Amazing Mr. Excellent," is currently a teacher's aide at Sequoia High School in Redwood City, California.

Pamela Chelin contributed to this report.

KEVIN SPACEY

262  131  4  +1 9  132  5  1616  Email  Print



← PREVIOUS STORY
**CHRISTIAN BALE, AMY ADAMS PLOT THEIR BEST CON EVER IN NEW 'AMERICAN HUSTLE' TRAILER (VIDEO)**

NEXT STORY →
**JENNIFER LAWRENCE'S 'GLASS CASTLE' LANDS 'SHORT TERM 12' DIRECTOR**

August 1, 2014 By Lindsay Goldstein

**'Guardians of the Galaxy' WrapOff Review: 'It's Just Sort of Fun and Ridiculous' (Video) PLAY**
Does the latest Marvel film deserve all its hype?...

MOST POPULAR   MOST SHARED   MOST COMMENTED


**'Guardians of Galaxy' Skyrockets to Stellar $94 Million at Box Office**
34437 Views


**Kevin Costner Reveals Hollywood Wouldn't Finance Racially Charged 'Black and White'**
27052 Views


**7 Reasons Why 'Guardians of Galaxy' Blew Up the Box Office**
9684 Views


**Michael B. Jordan on 'Fantastic Four' Racist Backlash: 'It Was Expected'**
8739 Views


**What's Next After 'Guardians of the Galaxy': 11 More Offbeat Marvel Heroes Who Deserve Their Own Movies**
8141 Views

**Beyonce and Jay-Z Concert Bizarre Groping-Turned-Finger Biting Incident Ends in Arrest**
5752 Views


**BeyonceEJay Z Knock Justin Bieber With Mugshot During Concert: 'Even the Greatest Can Fail'**
4626 Views