Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, ET AL<br><br>Defendants | Case No.: CV 13-4679 PJH<br><br>**DECLARATION OF PLAINTIFF TO AUTHENTICATE DOCUMENTS IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

## DECLARATION:

I, Steve Wilson Briggs, plaintiff in this copyright infringement dispute, hereby provide this declaration to the Court, to support and authenticate the documents attached to my August 12th filing, captioned **PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**. I attest that all documents attached to this opposition brief are true and correct. I have personal knowledge of each document described herein. I am competent to testify in this matter. These documents are as follows:

1) **Exhibit A**: Page 67 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for document production. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

2) **Exhibit B:** Page 10 of Uberopolis: City of Light (4th surviving version Jan. 2006). The Plaintiff provided the Defense a copy of this screenplay –from an email copy– in response to the Defense's requests for production of documents). I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

3) **Exhibit C:** Page 35 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for production of documents. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

4) **Exhibit D:** Page 76 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for production of documents. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

5) **Exhibit E:** Page 65 of Uberopolis: City of Light (4th surviving version Jan. 2006). The Plaintiff provided the Defense a copy of this screenplay –from an email copy– in response to the Defense's requests for production of documents). I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

6) **Exhibit F:** an article on "Plot Points" from the web-service Wikipedia, at http://en.wikipedia.org/wiki/Plot_point. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

7) **Exhibit G:** An article on Syd Field from the web-service Wikipedia, found at: http://en.wikipedia.org/wiki/Syd_Field. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

8) **Exhibit H:** The 'home page' of a website dedicated to Syd Field's three act paradigm and his plot points, at http://www.cod.edu/people/faculty/pruter/film/threeact.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

9) **Exhibit I:** The 'Act I' page of a website dedicated to Syd Field's three act paradigm and his plot points http://www.cod.edu/people/faculty/pruter/film/act1.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

10) **Exhibit J:** The 'Act II' page of a website dedicated to Syd Field's three act paradigm and his plot points http://www.cod.edu/people/faculty/pruter/film/act2.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

11) **Exhibit K:** The 'Act III' page of a website dedicated to Syd Field's three act paradigm and his plot points, at http://www.cod.edu/people/faculty/pruter/film/act3.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

12) **Exhibit L:** An article about "inciting incidents", by Jim Hall.  Published online at: http://narrativefirst.com/articles/plot-points-and-the-inciting-incident . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

13) **Exhibit M:** An article on "inciting incidents" from the web-service Wikipedia, located at: http://en.wikipedia.org/wiki/Inciting_incident. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

14) **Exhibit N:** An article written by Chelsea Naso at Lexisnexis' Law360.com, at: http://www.law360.com/articles/479281/elysium-director-stole-idea-for-sci-fi-film-writer-says . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

15) **Exhibit O**: an article from examiner.com, by Zack Mandell, located at: http://www.examiner.com/article/achilles-heel-the-copyright-infringement-case-against-elysium. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

16) **Exhibit P:** an article by Jeff Sneider on thewrap.com. at: http://www.thewrap.com/elysium-director-neill-blomkamp-sony-producers-sued-copyright-infringement/ . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date):   August 13th, 2014.         Signed:  /s/  Steve Wilson Briggs

Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com