Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, ET AL<br><br>Defendants | Case No.:  CV  13-4679  PJH<br><br>Judge: Honorable Phyllis J. Hamilton<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S BREIF IN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         Sept. 3rd, 2014<br>Time:         9:00 a.m.<br>Courtroom:  3<br>Judge:        Hon. Phyllis J. Hamilton |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to rule 201 of the Federal Rules of Evidence, the Plaintiff hereby respectfully requests that the Court take judicial notice of Exhibits 1-16 of the Declaration of Plaintiff, Steve Wilson Briggs, in support of Plaintiff's opposition brief. Rule 201(c)(2) states the court must take judicial notice of facts "if a party requests it and the court is supplied with the necessary information." Rule 201(d) permits the court to take judicial notice at any stage of the proceeding. In this light, the Plaintiff requests that the Court take judicial notice of the Exhibits 1-16 attached to this filing.

Exhibits 1-16 are exhibits documents attached to the Plaintiff's opposition brief. .

Dated: August 6th, 2014.

                              Respectfully Submitted,  /s/  *Steve Wilson Briggs*

                                            Steve Wilson Briggs
                                            Plaintiff, In Pro Per
                                            681 Edna Way
                                            San Mateo, CA 94402
                                            Telephone: (510) 200 3763
                                            Email: snc.steve@gmail.com

## DECLARATION OF STEVE WILSON BRIGGS

I, STEVE WILSON BRIGGS, declare:

1) I am the Plaintiff in this copyright infringement suit. I make this declaration, in support of my Motion for Summary Judgment and (First) Amended Complaint. The fact set forth below are set forth with my personal knowledge, and I am competent to testify on the matters stated.

2) The documents attached to this filing as Exhibits A, B, C, D, E, F, G, H, J, K, L M, N, O, P, Q, R, S, T, U, V, listed subsequently, are true and correct copies of documents filed with my brief in opposition to the Defendants' motion for summary judgment. These Exhibits are as follow:

**Exhibit**                    **Document Description**

1) **Exhibit A**: Page 67 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for document production. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

2) **Exhibit B:** Page 10 of Uberopolis: City of Light (4th surviving version Jan. 2006). The Plaintiff provided the Defense a copy of this screenplay –from an email copy–in response to the Defense's requests for production of documents). I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

3) **Exhibit C:** Page 35 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for production of documents. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

4) **Exhibit D:** Page 76 from second to last surviving version of Butterfly Driver; posted to TriggerStreet.com July of 2007. This screenplay version, containing this page, was provided to the Defense in response to their requests for production of documents. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these Document(s).

5) **Exhibit E:** Page 65 of Uberopolis: City of Light (4th surviving version Jan. 2006). The Plaintiff provided the Defense a copy of this screenplay –from an email copy– in response to the Defense's requests for production of documents). I, Steve Wilson Briggs (plaintiff) have

personal knowledge of this/these document(s).

6) **Exhibit F:** an article on "Plot Points" from the web-service Wikipedia, at http://en.wikipedia.org/wiki/Plot_point. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

7) **Exhibit G:** An article on Syd Field from the web-service Wikipedia, found at: http://en.wikipedia.org/wiki/Syd_Field. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

8) **Exhibit H:** The 'home page' of a website dedicated to Syd Field's three act paradigm and his plot points, at http://www.cod.edu/people/faculty/pruter/film/threeact.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

9) **Exhibit I:** The 'Act I' page of a website dedicated to Syd Field's three act paradigm and his plot points http://www.cod.edu/people/faculty/pruter/film/act1.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

10) **Exhibit J:** The 'Act II" page of a website dedicated to Syd Field's three act paradigm and his plot points http://www.cod.edu/people/faculty/pruter/film/act2.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

11) **Exhibit K:** The 'Act III' page of a website dedicated to Syd Field's three act paradigm and his plot points, at http://www.cod.edu/people/faculty/pruter/film/act3.htm. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

12) **Exhibit L:** An article about "inciting incidents", by Jim Hall. Published online at: http://narrativefirst.com/articles/plot-points-and-the-inciting-incident . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

13) **Exhibit M:** An article on "inciting incidents" from the web-service Wikipedia, located at: http://en.wikipedia.org/wiki/Inciting_incident. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

14) **Exhibit N:** An article written by Chelsea Naso at Lexisnexis' Law360.com, at: http://www.law360.com/articles/479281/elysium-director-stole-idea-for-sci-fi-film-writer-says . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

15) **Exhibit O**: an article from examiner.com, by Zack Mandell, located at: http://www.examiner.com/article/achilles-heel-the-copyright-infringement-case-against-elysium. I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

16) **Exhibit P:** an article by Jeff Sneider on thewrap.com. at: http://www.thewrap.com/elysium-director-neill-blomkamp-sony-producers-sued-copyright-infringement/ . I, Steve Wilson Briggs (plaintiff) have personal knowledge of this/these document(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date):  August 13th, 2014.

                                              Signed:  /s/  Steve Wilson Briggs
                                                       Steve Wilson Briggs
                                                       Plaintiff, In Pro Per
                                                       681 Edna Way
                                                       San Mateo, CA 94402
                                                       Telephone: (510) 200 3763
                                                       Email: snc.steve@gmail.com

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE  CV  13-4679  PJH