Case 4:13-cv-04679-PJH   Document 81-9   Filed 08/13/14   Page 1 of 2

# What Happens in Act I

**Act I** comprises the first quarter of the screenplay. (For a two hour movie, Act I would last approximately 30 minutes.)

### *What happens in Act I (Setup)?*

> **Exposition**--The part of a story that introduces the characters, shows some of their interrelationships, and places them within a time and place.
>
>> This part of the story introduces the main character, the dramatic premise, and the dramatic situation.
>>
>>> **Main character**--the person in the story who has a need/objective to fulfill and whose actions drive the story
>>>
>>> **Dramatic premise**--what the story's about
>>>
>>> **Dramatic situation**--the circumstances surrounding the action
>
> **Inciting Incident**--an event that sets the plot of the film in motion. It occurs

Case 4:13-cv-04679-PJH   Document 81-9   Filed 08/13/14   Page 2 of 2

approximately halfway through the first act.

The **"Plot Point"**--According to Field, the three acts are separated by two plot points. A plot point, often called a reversal, is an event that thrusts the plot in a new direction, leading into a new act of the screenplay. Later screenplay gurus have built on Field's theory by stating that Plot Point #1, which leads into Act II, is the moment when the hero takes on the problem.



# Return to Three-Act Structure page

# Go on to Act Two