Case 4:13-cv-04679-PJH   Document 81-10   Filed 08/13/14   Page 1 of 2

# What Happens in Act II

**Act II** comprises the next two quarters of the film. (For a two hour movie, Act II would last approximately 60 minutes.)

### What happens in Act II (Confrontation)?

**Obstacles**--In the second act, the main character encounters obstacle after obstacle that prevent him from achieving his dramatic need.

**First Culmination**--a point just before the halfway point of the film where the main character seems close to achieving his or her goal/objective. Then, everything falls apart, leading to the midpoint.

**Midpoint**--a point approximately halfway through the film where the main character reaches his/her lowest point and seems farthest from fulfilling the dramatic need or objective.

The **"Plot Point"**--According to Field, the three acts are separated by two plot points. A plot point, often called a reversal, is an event that thrusts the plot in a new direction, leading into a new act of the screenplay.

Case 4:13-cv-04679-PJH   Document 81-10   Filed 08/13/14   Page 2 of 2



**Return to Three-Act Structure page**

**Return to Act One**

**Go on to Act Three**