Case 4:13-cv-04679-PJH   Document 81-13   Filed 08/13/14   Page 1 of 2

# Inciting incident

From Wikipedia, the free encyclopedia

An **inciting incident** is an essential plot element in a work of fiction, where an event is struck upon the protagonist(s) where their life changes from the norm to adapt to the story's plot. It could be as simple as meeting someone new in a romantic comedy, or as complicated as witnessing a murder. Although it is often debatable to what the inciting incident in a particular story actually is, it is incredibly important to the plot.

## Examples in popular media

*A Bug's Life*: The inciting incident is when the character of Flik accidentally loses all the collected food. Because of this event, Flik is banished to the city, leaving the others as vulnerable as ever.

*Road to Perdition*: The inciting incident in this film is when Michael Sullivan Jr. accidentally witnesses what his father does for a living through a brutal murder. Because of this, Connor Rooney tries to kill him but instead kills his brother. This then causes the main plot the ignite as the character of Michael Sullivan Sr. tries to get revenge on Connor for killing half of his family.

*Chinatown*: The inciting incident in this film is debatable but is most likely when J.J. Gittes finally meets the real Evelyn Mulwray and is explained that he has been played for a fool.

*The Godfather: Part II*: Usually, the inciting incident happens quite early in the film, but in this movie, since there are two similar story lines, there are two inciting incidents. One occurs when Vito meets the Don of the town, and the other one is almost an hour in when there is an assassination attempt on the Corleone family. This is accepted as the film is more than three hours long.«»

Retrieved from "http://en.wikipedia.org/w/index.php?title=Inciting_incident&oldid=596275495"

Case 4:13-cv-04679-PJH   Document 81-13   Filed 08/13/14   Page 2 of 2

Categories:  Plot (narrative)

- This page was last modified on 20 February 2014 at 02:07.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.