UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: September 3, 2014 (Time: 15 minutes)          JUDGE:  Phyllis J. Hamilton

Case No: 13-cv-04679-PJH
Case Name: Briggs v. Blomkamp, et al.

Attorney(s) for Plaintiff:        Steve Briggs (Pro Se)
Attorney(s) for Defendant:     Michael Kump; Gregory Korn

Deputy Clerk: Nichole Heuerman          Court Reporter: Kelly Polvi

PROCEEDINGS

    Plaintiff's Motion for Summary Judgment-Held.  The court takes the matter under submission.

    Defendants' Motion for Summary Judgment-Held.  The court takes the matter under submission.

Order to be prepared by:   [] Pl [] Def [x] Court

Notes:

cc: chambers