UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

    Plaintiff,

    v.

NEILL BLOMKAMP, et al.,

    Defendants.
_____/

No. C 13-4679 PJH

**JUDGMENT**

    The court having granted defendants' motion for summary judgment and denied plaintiff's motion for summary judgment,

    It is Ordered and Adjudged

    that plaintiff Steve Wilson Briggs take nothing, and that the action be dismissed.

Dated: October 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge