Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff<br><br>vs.<br><br>NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL<br><br>Defendants | Case No.: CV 13-4679 PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Steve Wilson Briggs, plaintiff in the above named case, hereby appeals to United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court's October 3rd, 2014 Order Re Motions For Summary Judgment.

DATED: October 31st, 2014.

Respectfully Submitted, _____
Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way,
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

NOTICE OF APPEAL   CV 13-4679 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

This is to certify that on the 31st day of October, 2014, I, Steve Wilson Briggs, served, by way of the U.S. mail, true copies of the document described as

# "NOTICE OF APPEAL"

on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on October 31st, 2014

By,_____
Steve Wilson Briggs

- 1 -
PROOF OF SERVICE