1  Steve Wilson Briggs
2  681 Edna Way
   San Mateo, CA 94402
3  Telephone: (510) 200 3763
   Email: snc.steve@gmail.com

4  Pro Se Plaintiff

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE WILSON BRIGGS | No.: 14-17175 |
| Plaintiff-Appellant | D.C. No. 4:13-cv-04679-PJH |
| vs. | U.S. District Court For Northern California (Oakland) |
| SONY PICTURES ENT., INC., NEILL BOMKAMP, TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL | **RESPONSE TO ORDER (CASE DOC. 90), RE: PROOF OF DOCKETING FEE PAID** |
| Defendants-Appellee | |

On October 31, 2014, I, plaintiff/appellant pro se, Steve Wilson Briggs, filed Notice of Appeal at the lower Court (Oakland Division). At the time of filing notice I paid the $505 docketing fees, in full. I HAVE ATTACHED A COPY OF THE RECEIPT OF THAT TRANSACTION TO THIS FILING. The transaction amount, receipt number, cashier number, etc., are all on the receipt. Somehow that transaction was not forwarded to the 9th Circuit's Clerk's office, thus I received an ORDER to pay these fees promptly. I hope you will update all records to reflect the docketing fees are paid, and CONFIRM.

DATE: 11/05/2014.

Respectfully Submitted, /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way,
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

RESPONSE TO ORDER: RE: FILING FEES PAID   14-17175