```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611011957
Cashier ID: lenahac
Transaction Date: 10/31/2014
Payer Name: Steve Griggs
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steve Griggs
 Case/Party: D-CAN-4-13-CV-004679-001
 Amount:         $505.00
--------------------------------
CASH
 Amt Tendered:   $505.00
--------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```