UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL PICTURES, et al.,<br><br>    Defendants. | Case No. 17-cv-06552-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to Chief Judge Phyllis J. Hamilton for consideration of whether the case is related to *Briggs v. Blomkamp*, 13-cv-04679.

**IT IS SO ORDERED.**

Dated: December 8, 2017

VINCE CHHABRIA
United States District Judge