UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                                General Court Number
Clerk of Court                                                                                                        510-637-3530

April 16, 2018

CASE NUMBER:  13-cv-04679-PJH

CASE TITLE: Briggs v. Blomkamp

USCA NUMBER:  14-17175

DATE MANDATE FILED:  April 16, 2018

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

*Cynthia J. Lenahan*
_____
by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538