# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 11, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Steve K. Wilson Briggs
           v. Sony Pictures Entertainment, Inc., et al.
           No. 18-63
           (Your No. 14-17175)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 30, 2018 and placed on the docket July 11, 2018 as No. 18-63.

                                 Sincerely,

                                 **Scott S. Harris**, Clerk

                                 by

                                 Jacob C. Travers
                                 Case Analyst