UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong                                                                                General Court Number
Clerk of Court                                                                                      510-637-3530

August 19, 2019

Case Number: 13-cv-04679-PJH

Case Title: Briggs v. Blomkamp

TO COUNSEL OF RECORD;

    In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith.  If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c).

    Docket 70 - EXHIBIT 2 in Support of [66] Declaration filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.

Very truly yours,

Susan Y. Soong, Clerk

*Cynthia J. Lenahan*
by:  Cynthia Lenahan
Case Systems Administrator
510-637-3538