

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

September 19, 2019

CASE NUMBER:  13-cv-04679-PJH

CASE TITLE:  B<span style="font-variant:small-caps">riggs v. Blomkamp</span>

      Exhibits disposed in accordance with Criminal Local Rule 55-1 and Civil Local Rule 79-4(c).

List of Exhibits Disposed:

Docket 70 - EXHIBIT 2 in Support of [66] Declaration filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.

    Very truly yours,

    Susan Y. Soong, Clerk

    *Cynthia J. Lenahan*

    _____
    by:  Cynthia Lenahan
    Case Systems Administrator
    510-637-3538

R<span style="font-variant:small-caps">ev.</span> *7-19*